Exhibit 1

# DOMAIN REGISTRATION AGREEMENT

(https://www.namecheap.com/legal/domains/registration-agreement/)



## Registration Agreement

### Namecheap, Inc. Registration Agreement

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services ("Services"). In this Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Agreement explains our obligations to you, and explains your obligations to us for various services offered by Namecheap. When you use your account or permit someone else to use it to purchase or otherwise acquire access to additional Namecheap service(s) or products or to cancel your Namecheap service(s) (even if we were not notified of such authorization), this Agreement covers such service or actions.

### 1. You agree to this agreement and the referenced agreements

By using the service(s) provided by Namecheap under this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement, the accompanying dispute policy and any pertinent rules or policies that are or may be published by Namecheap, the Uniform Dispute Resolution Policy ("UDRP") described below, and the rules, policies, or agreements published in association with specific of the Service(s) and/or which may be enforced by Internet Corporation of Assigned Names and Numbers ("ICANN"), the registries, and governments.

- If you are registering a domain name in the following registries: .AC, .AI, .AU, .BZ, .CA, .CC, .CH, .CM, .CN, .CO, .CX, .DE, .ES, .EU, .FM, .FR, .GG, .ID, .IN, .IO, .LA, .LI, .ME, .MX, .NU, .PE, .PW, .SE, .SG, .SH, .TV, .UK, .US, .VC, .WS, you are also agreeing to the additional terms and requirements promulgated by and pertaining to each such registry, as set out in the Supplemental Agreement and the specific agreements and/or covenants referenced therein and incorporated into this Agreement.

- If you are enrolling in the WhoisGuard™ privacy protection services, you also agree to the WhoisGuard™ Service Agreement.

- If you are ordering an SSL certificate, you also agree to the SSL Service Agreement.

- If you are enrolling in the Namecheap Affiliate Program, you also agree to the Affiliate Program Service Agreement.

Domain
Registration
Agreement

Supplemental
Registry
Agreement for
Certain TLDs

Uniform Domain
Name Dispute
Resolution Policy

Registrant Rights,
Benefits &
Responsibilities

ICANN fee

Fast Transfer
Agreement

Registration Data
Access Protocol
("RDAP") Terms
of Service
Agreement

## 2. Changes to agreement

This Agreement will change over time in response to changes in the requirements of governments and administrative bodies, legislation and changes in the nature of industry. If, as a result of such a change to this Agreement, you no longer agree with its term, you agree that your exclusive remedy is to transfer your domain name registration services to another registrar or request Namecheap to cancel your domain name registration and/or related Services. Should you elect to cancel the Agreement with Namecheap, you will not receive a refund for any fees you may have paid to Namecheap. If you continue to use the Services following a change in this Agreement and/or the Services, your continued use of the Services indicates your consent to the changes. You agree to review this Agreement periodically to make yourself aware of any such revisions.

## 3. Term

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through Namecheap or as long as you are employing any Service(s). You agree that you will not transfer any domain name registered through Namecheap to another domain name registrar during the first sixty (60) calendar days from its initial registration date.

## 4. Service(s) provided at will and termination of service(s)

We may reject your domain name registration application or elect to discontinue providing Service(s) to you for any reason within 30 days of a Service initiation or a Service renewal. Outside of this period, we may terminate or suspend the Service(s) at any time for cause, which, without limitation, includes registration of prohibited domain name(s), abuse of the Services, payment irregularities, material allegations of illegal conduct, or if your use of the Services involves us in a violation of any Internet Service Provider's ("ISP's") acceptable use policies, including the transmission of unsolicited bulk email in violation of the law. You agree that if we terminate or suspend the Services provided to you under this Agreement, that we may then, at our option, make either ourselves or a third party the beneficiary of Services which are substantially similar to those which were previously providing to you and that any reference in this Agreement to termination or suspension of the Services to you includes this option. If we have grounds to terminate or suspend Service(s) with respect to one domain name or in relation to other Service(s) provided through your account, we may terminate or suspend all Service(s) provided through your account, including Service(s) to other domain names maintained by you with us. No fee refund will be made when there is a suspension or termination of Service(s) for cause. At any time and for any reason, we may terminate the Services thirty (30) days after we send notice of termination via mail or email, at our option, to the WHOIS contact information provided in association with your domain name registration. Following notice of termination other than for cause, you must transfer your domain name or risk that we may delete your domain name or suspend or modify Services to it. If we terminate Services for a reason other than cause, we will attempt to refund your fees. You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation or transfer by any ICANN procedure, by any registrar or registry administrator procedures approved by an ICANN-adopted policy, to correct mistakes by us, another registrar or the registry administrator in administering the domain name or for the resolution of disputes concerning the domain name. You agree that your failure to comply completely with the terms and conditions of this agreement and any Namecheap rule or policy may be considered by Namecheap to be a material breach of this agreement and that Namecheap may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide Namecheap with material evidence that you have not breached your obligations to Namecheap within ten (10) business days, Namecheap may terminate its relationship with you and take any remedial action available to Namecheap under the applicable laws. Such remedial action may be implemented without notice to you and may include, but is not limited to, canceling the registration of any of your domain names and discontinuing any services provided by Namecheap to you.



## 5. Our Services

- **Domain name registration.** We are an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for Top Level Domain Names ("TLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the TLDs. Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms, terms which end on the expiration date. For domain names which are created as a new registration out of the available namespace, the term begins on the date the domain name registration is acknowledged by the applicable registry; for domain names registrations which were not returned to the available namespace, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry. You agree that we are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator arising out of or related to a request to register, renew, modify the settings for, or transfer of a domain name registration (our limitation of liability is explained further, below). You further agree that domain name registration is a service, that domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, and that domain name registration services do not create a property interest.

- **After market domain names.** We offer for sale domain names that are registered to third parties (also known as aftermarket domain names) in a variety of top level domain names ("TLDs") ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you and will add one year to the existing registration period. Any subsequent renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we will refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy.

  Once the After Market Domain Name is transferred into your Account, such After Market Domain Name may not be transferred away from us to another registrar during the first 60 days following the transfer, during which time the After Market Domain Name may be placed on transfer lock. All of your obligations under this Agreement which apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

## 6. Agreement not to use "services" for improper purpose

You agree not to use the Services provided by Namecheap, or to allow or enable others, to use the services provided by Namecheap for the purposes of: 1) the transmission of unsolicited email in violation of the law; or 2) repetitive, high volume inquires into any of the services provided by Namecheap (i.e. domain name availability, etc.). Further, if you are hosting your domain's domain name servers ("DNS") on Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with Namecheap, you are responsible for ensuring that there is no



domain's domain name servers ("DNS") or Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with Namecheap, you are responsible for ensuring that there is no excessive overloading of Namecheap's DNS systems. You may not use Namecheap's servers and your domain as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that Namecheap reserves the right to deactivate your domain name from its DNS system if Namecheap deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that Namecheap, in its sole discretion and without liability to you, may refuse to accept the registration of any domain name. Namecheap also may in its sole discretion and without liability to you delete the registration of any domain name during the first five (5) days after registration has taken place.

## 7. Your obligations to ensure entitlement to use domain name

Without limitation, the following are not included in the Services: We cannot and do not check to see whether the domain name(s) you select, or the use you make of the domain name(s), or other of the Service(s), infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use infringes legal rights of others. We might be ordered by a court to cancel, modify, or transfer your domain name; it is your responsibility to list accurate contact information in association with your account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications to you. We will comply with court orders unless you contact us to contest the order.

## 8. Threatened legal action(s)

If we are sued or threatened with a lawsuit, an administrative proceeding or any other legal or administrative proceeding in connection with Service(s) provided to you, we may turn to you to indemnify us and to hold us harmless from the claims and expenses (including attorney's fees and court costs). Under such circumstances, you agree that you will, upon demand, obtain a performance bond with a reputable bonding company or, if you are unable to obtain a performance bond, that you will deposit money with us to pay for our reasonably anticipated expenses in relation to the matter for the coming year. Such deposit will be drawn down as expenses are incurred, with all account notices sent to the WHOIS contact information provided in association with your domain names and/or account. We shall not be obliged to extend you any credit in relation to such expenses and we may terminate the Services for a failure to make or renew such a deposit. We will return any unused deposit upon the later of three (3) months from deposit or the conclusion of the matter.

## 9. Dispute resolution policy

You agree to the Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Rules for Uniform Domain Name Dispute Resolution Policy ("UDRP Rules"), copies of which are available at http://www.icann.org/dndr/udrp/policy.htm and https://www.icann.org/resources/pages/udrp-rules-2015-03-11-en. You agree that the UDRP may be changed by ICANN (or ICANN's successor) at any time and that such a change will be binding upon you. You agree that, if the registration or reservation of your domain name is challenged by a third party, you will be subject to the provisions specified in the UDRP in effect at the time your domain name registration is disputed by the third party. You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP. You also understand that it is important for you to regularly monitor email sent to the email address associated with your account and domain names because, among other reasons, if a dispute arises regarding Services provided to you, you may lose your rights to receive the Services if you do not respond expeditiously to an email sent in conjunction therewith.

## 10. Fees and payments

As consideration for the Service(s), renewal of the Service(s), and, if you select it, automatic renewal of the Service(s), you agree to pay, prior to the effectiveness of the desired Service(s), the applicable Service(s) fees. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement or the Namecheap Refund Policy specifically provides for a refund. You may pay for Services by providing a valid credit or debit card, an electronic check (from your personal or business checking account, as appropriate), PayPal, Bitcoin, or any other payment method then accepted by Namecheap (each, a "Payment Method"); provided, however, that we may at our option require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another. Namecheap expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online on the Namecheap website and effective immediately without need for further notice to you. If you have purchased the Service(s) for a period of months or years, changes or modifications in prices and fees shall be effective when the Service(s) in question come up for renewal as further described below. For our current fee structure, you may access the schedule of fees available on the Namecheap website: New Registration Fees Renewal Fees Post-Expiration Renewal Fees Redemption Fees In the event of a refund, Namecheap will issue you a refund receipt to confirm its submission of your refund to the Payment Method charged at the time of the original purchase. You acknowledge and agree that the associated payment provider and/or individual issuing bank establish and regulate the time frames for posting your refund. Refund posting time frames may range from five (5) business days to a full billing cycle. If Namecheap is for any reason unable to charge your chosen Payment Method for the full amount owed for the Services provided, or if Namecheap is charged a penalty for any fee previously charged to your Payment Method, you agree that Namecheap may pursue all available lawful remedies in order to obtain payment. You agree that the remedies Namecheap may pursue in order to effect payment shall include, but not be limited to, suspension of Services, cancellation of domain names registered through our Services, and/or suspension of access to any and all accounts you have with us and/or your Primary Service Provider; and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) will be billed to your chosen Payment Method as charges for "NAME-CHEAP.COM." Namecheap also reserves the right to charge you reasonable "administrative fees" or "processing fees" for (i) tasks Namecheap may perform outside the normal scope of its Services, (ii) additional time and/or costs Namecheap may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by Namecheap in its sole and absolute discretion). Typical scenarios include, but are not limited to, customer service issues that require additional personal time or attention, fees incurred by third-party payment providers such as PayPal or Alipay, fees incurred as the result of chargebacks or other payment disputes brought by you, your bank, or a Payment Method processor, and disputes that require accounting or legal services. These administrative fees or processing fees will be billed to the Payment Method you have on file with Namecheap.

## 11. Payment

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Service(s), you agree that we may suspend access to any and all accounts you have with us and/or your Primary Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the



Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) which use our credit card payment processor will be identified on your credit card statement as "NAME-CHEAP.COM".

## 12. Expiration and renewal of service(s) and notifications of expiration

You acknowledge that it is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. However, ICANN requires, pursuant to its Expired Registration Recovery Policy ("ERRP") that Namecheap follow certain procedures to notify you in advance that renewal fees are due. Pursuant to the ERRP, Namecheap will notify the registered name holder of the expiring domain name twice before the expiration date, once approximately one month before the subject domain's expiration date and again approximately one week before the subject domain's expiration date. Namecheap's renewal reminder will consist of an email message sent to the registered domain holder's email address as it is listed in the expiring domain's whois record. Further, Namecheap reserves the option, but not the obligation, to send additional renewal reminder notices to any other email addresses associated with the expiring domain, including, but not limited to, the email address of the expiring domain's account holder or the billing contact of the expiring domain's whois record. Namecheap also reserves the option, but not the obligation, to send additional renewal reminders at times other than the times required by the ERRP.

Should these fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Service(s), we may attempt to renew the Service(s) a reasonable time before expiration, provided you have sufficient balance in your Namecheap account and up to date. You acknowledge and agree that, while we are not required to, we may contact you with a request to update your account information in the event that an attempted transaction is not processed successfully.

You acknowledge that it is your responsibility to keep your billing information up to date. You acknowledge and understand that, as part of its management of user registrations, Namecheap sends out periodic notices to registrants apprising them of payment deadlines, pending expiration deadlines and other important information affecting your account and, specifically, registration of domain names.

Specifically, any notifications regarding domain registrations, including but not limited to notifications consisting of pre-expiration and post-expiration notifications concerning your registered domains will be sent to you pursuant to ICANN's policies, including, but not limited to, the ERRP. Where appropriate, Namecheap will send such notices to the e-mail address of the subject domain's registered domain holder, the e-mail address you provided as your contact information in connection with your account associated with the subject domain, and/or any other email address that Namecheap determines, in its sole discretion, to be sufficiently related to the subject domain to warrant notice.

You therefore acknowledge and agree that it is your responsibility to provide and maintain accurate account information and domain name whois information, as more fully addressed in Paragraph 13 below, so that Namecheap may provide you with important notices regarding your account.

## 13. Accurate account contact information and domain name



### 13. Accurate account contact information and domain name whois information

As further consideration for the Service(s), you agree to provide certain current, complete and accurate information about you, both with respect to your account information and with respect to the WHOIS information for your domain name(s) for all domains purchased through Namecheap. You agree to maintain and update this information as needed to keep it current, complete and accurate. With respect to you, the administrative, technical, and billing contacts for your domain name registration(s) and other Service(s), Namecheap requires that you must submit the following for both gTLDs and ccTLDs: name, postal address, e-mail address, voice telephone number, and, if available, fax number. For residents in countries subject to GDPR, this means that by registering domains with Namecheap, you have provided contractual consent to collect and process this information. You agree that the type of information you are required to provide may change and you understand that, if you do not provide the newly required information, your registration or and/or other Service(s) may be suspended or terminated or may not be renewed. In the event the lack of accurate/current contact information results in the loss, cancellation or transfer of the domain name(s) associated with your account, you agree that you shall not hold Namecheap liable for any such loss or any damages associated with the loss. Not providing requested information may prevent you from obtaining all Service(s). You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name.

You agree to notify Namecheap within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide Namecheap with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by Namecheap to determine the validity of information provided by you, shall also be considered to be a material breach of this agreement. You agree to retain a copy for your record of the receipt for purchase of your domain name or Services.

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information may also be required to be made publicly available by means of Whois and/or the registry operator may also be required to make this information publicly available by Whois. In addition, you acknowledge and agree that certain registries require this information be made publicly available even to those residents in the EEA who are subject to GDPR. This includes but is not limited to the following ccTLDs: .asia, .ca, .cn, .uk, .co.uk, .de, .eu, .in, .id, .me.uk, .nu, .li, .ch, .fr, .sg, .com.sg, .org.uk, .us, .es, .com.es, .nom.es, .org.es, .com.au, .net.au, .paris, .vote, .voto, .xn--3ds443g, .nyc, .org.au. EEA residents who are eligible for and register domains that do not allow for privacy services explicitly agree to the publication of their personal information.

Both Namecheap and the registry operator may be required to archive this information with a third party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure.

### 14. Account Review, Data Modification or Deletion

To access, view, update, delete or download data associated with your domain name registration, you must be signed into your account. If you make a request to delete your personal data and that data is necessary for the products or services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased

## 14. Account Review, Data Modification or Deletion

To access, view, update, delete or download data associated with your domain name registration, you must be signed into your account. If you make a request to delete your personal data and that data is necessary for the products or services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased or required for our legitimate business purposes or legal or contractual record keeping requirements. In some cases, when data is necessary for the provisioning of service, deletion of data may cancel or suspend the services you have purchased. If you have difficulty accessing your data, modifying it, or deleting it, you may request assistance by contacting our support team.

## 15. Obligations and representations relating to the account and whois contact information

In the event that, in registering a domain name or obtaining other Service(s), you provide information about or on behalf of a third party, you represent that you have (a) provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, and (b) that you have obtained the third party's express consent to the disclosure and use of that party's information as set forth in this Agreement. Further, when registering a domain name on behalf of a third party, you agree to inform any customer of yours, who may be acquiring a domain name through you using Namecheap's registration services, that they are in fact registering their domain name through Namecheap and that Namecheap or its provider is an accredited registrar with ICANN. You agree not to represent that you are an ICANN accredited registrar or that you are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of your promotional materials including your web site. By registering a domain name or applying for other Service(s) you also represent that the statements in your application are true and you also represent that the domain name is not being registered or the Services being procured for any unlawful purpose. You acknowledge that providing inaccurate information or failing to update information promptly will constitute a material breach of this Agreement and will be sufficient basis for suspension or termination of Services to you. As indicated elsewhere in this Agreement, you understand that it is important for you to regularly monitor email sent to the email address associated with your account and WHOIS contact information because, among other reasons, if a dispute arises regarding a domain name(s) or other Service(s), you may lose your rights to the domain name(s) or your right to receive the Service(s) if you do not respond appropriately to an email sent in conjunction therewith.

## 16. Account Security

Please safeguard your account access credentials (including but not limited to your customer username/login, support pin code, password) from any unauthorized use. You agree that any person in possession of your account login identifier and password will have the ability and your authorization to modify your account and domain name information. We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and that such reasonable precautions include procedures for releasing account access information to parties who claim to have lost account access information. You agree that, if we take reasonable precautions in relation thereto, that IN NO EVENT SHALL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND THAT, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, THAT OUR LIABILITY UNDER ANY CIRCUMSTANCES SHALL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND BELOW IN THIS AGREEMENT. If you contact us alleging that a third party has unauthorized access to your account or domain names, you agree that we may charge you administrative fees of $50 (US dollars) per hour for our time spent in relation to the matter, regardless of whether or not we return control over the account and/or domain names to you.

## 17. Transfers of domain names

You agree that transfer of your domain name(s) services shall be governed by ICANN's transfer policy, available at http://www.icann.org/transfers/, as this policy may be modified from time to time. You agree that we may place a "Registrar Lock" on your domain name services and that this will prevent your domain name services from being transferred without your authorization, though we are not required to do so. By allowing your domain name services to remain locked, you provide express objection to any and all transfer requests until the lock is removed. To transfer your domain name(s) you should first login to your account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Only the registrant and the administrative contacts listed in the WHOIS information may approve or deny a transfer request. Without limitation, domain name services may not be transferred within 60 calendar days of initial registration, within 60 calendar days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. Transfer requests typically take five business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire in which event you may need to reinstate the transfer request. You may be required to resubmit a transfer request if there is a communication failure. AS A CONSEQUENCE, YOU ACKNOWLEDGE THAT YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER IF THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

## 18. Privacy Policy

You agree and consent that we will make available the domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit (including through web-based and other on-line WHOIS lookup systems), whether during or after the term of your domain name registration services of the domain name. You hereby irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. Additionally, you acknowledge that ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding WHOIS can be found at http://www.icann.org/registrars/wmrp.htm, http://www.icann.org/registrars/wdrp.htm, and elsewhere on the ICANN website at http://www.icann.org/index.html. You agree that we may make publicly available, or directly available to third parties, some, or all, of the information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by applicable laws. One of the ways that we may make some or all of the information you provide available to the public or third parties is by way of bulk WHOIS data access provided to third parties who enter into a bulk WHOIS data access agreement with us. We reserve the right to discontinue providing bulk WHOIS data access to third parties. You agree that, to the extent permitted by ICANN policies and regulations, Namecheap may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

## 19. Ownership of information and data

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the

## 19. Ownership of information and data

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of all contacts for the domain name registration, (d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and (e) any other information we generate or obtain in connection with the provision of domain name registration services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

## 20. Agents

You may modify the domain registration information from time to time in such a way which may constitute a "Change of Registrant" under ICANN's transfer policy (the "Transfer Policy"). In such a case, you explicitly opt out of any 60-day inter-registrar transfer lock that would otherwise be imposed under the Transfer Policy due to any such Change of Registrant. In addition, you explicitly authorize us and/or the registrar of record to act as its "Designated Agent" (as defined in the Transfer Policy) to approve each "Change of Registrant" (as defined in the Transfer Policy) on its behalf. Such approval will happen automatically and, thereafter, the appropriate notices sent.

You agree that, if you are registering a domain name for or on behalf of someone else, you represent that you have the authority to nonetheless bind that person as a principal to all terms and conditions provided herein. You agree that if you license the use of the domain name registered to you to a third party, you nonetheless remain the domain name holder of record, and remain responsible for all obligations under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full and accurate contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration and for ensuring non-infringement of any third party intellectual property rights or other rights.

## 21. Trademark or copyright claims

Namecheap is a service provider and respects the copyrights, trademarks and other intellectual property rights of others. To the extent Namecheap receives a proper notice of infringement of copyright, trademark or other intellectual property, Namecheap reserves the right to access, preserve and disclose to third parties any of Your information or data (including personally identifiable information and private communications) related to a written complaint of infringement if Namecheap believes in its sole discretion that such access, preservation, or disclosure is necessary or useful to respond to or otherwise address such complaint.

Namecheap expressly reserves the right to terminate in appropriate circumstances an account or the access rights of a subscriber for repeated copyright infringement. Namecheap also reserve the right to terminate an account or subscriber for even one instance of infringement.

Proper notice of infringement shall include the following information in writing to Namecheap's designated agent:

- the electronic or physical signature of the rights holder or the person authorized to act on behalf of that person;



behalf of that person;

- identification of the work that has been infringed;

- an identification of the material that is claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate the material (for example, by providing a URL to the material); or, if applicable, identification of the reference or link to material or activity claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate that reference or link;

- Your name, address, telephone number, and email address;

- a statement by You that You have a good faith belief that the disputed use is not authorized by the rights holder, its agent, or the law; and

- a statement that the information in Your notification is accurate and a statement, made under penalty of perjury, that You are the rights holder or are authorized to act on the behalf of the rights holder.

Namecheap's designated agent to receive notification of claimed infringement can be reached at Attn: Legal Department, Namecheap.com, 4600 East Washington Street, Suite 305, Phoenix, AZ 85034, USA, Facsimile: (310) 312-9513.

## 22. Use of free services

In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other services which we may introduce from time to time but for which there is not a separate fee ("Free Services"), you agree that, if you use such Free Services, we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or other similar advertising means, and that we may aggregate related usage data by means of cookies and other similar means. You agree that from time to time we may provide you with free or low-cost domain name(s) services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es)of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and agree to the terms of this Agreement with respect to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we will be listed as the domain name registrant. Alternatively, you may contact us or your Primary Service Provider to request that we delete the Promotional Name from the namespace. For any domain name services, including these Promotional Names, for which you are listed as registrant but for which you do not pay the registration or renewal fee, you agree that we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

## 23. After expiration of the term of a domain name registration

Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, you acknowledge that we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, we may either leave your WHOIS information intact or that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.



Reactivation Period Process. You acknowledge and agree that timely renewal of your domain name(s) is your sole responsibility and you assume all risks and consequences related thereto if you do not renew your domain(s) prior to expiration of its original term. We may, but are not obligated, to offer a period of time, the "Reactivation Period", where you can renew an expired domain. You acknowledge and agree that offering a Reactivation Period is in our sole discretion and that we shall not be liable for any reason should we choose not to offer such period. If offered, the Reactivation Period exists for approximately 30 days after expiration of the term of domain name registration services and may involve additional fees which we and your Primary Service Provider may determine. You acknowledge and agree that, during this time and any time thereafter, we may make expired domain name services(s) available to third parties, that we may auction off the rights to expired domain name services, and/or that expired domain name registration services may be re-registered to any party at any time.

After the Reactivation Period, you agree that we may either (i) discontinue and delete the domain name registration services, (ii) pay the registry's registration fee or otherwise provide for the registration services to be continued, with no rights to you or, (iii) or auction, sell or otherwise transfer the domain name services to a third party and transfer the domain name registration services to such third party.

In the case of (i), above, you acknowledge that certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. You acknowledge and agree that we may, but are not obligated to, participate in this process, typically called the "Redemption Grace Period" ("RGP") and that we bear no liability should we decide not to participate. If available, RGP typically ends between 30 and 42 days after the end of the Reactivation Period of the domain name services. The typical RGP fee is $88.88 plus any registration fees, however the redemption fees are higher for certain TLDs. You will be required to pay such higher fee if your domain is one of the listed TLDs. You agree that we are not obliged to contact you to alert you that the domain name registration services are being discontinued.

In the case of (ii), above, you acknowledge that we may then set the name-servers and the DNS settings for the domain name services, that we set the DNS to point to no IP address or to IP address(es) which host parking page(s) or a commercial search engine that may display paid advertisements, and you acknowledge that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name. You acknowledge that you have no right in any of the proceeds for such advertisements, if any, we may earn as a result. During this time, we may or may not offer said domain for auction and/or sale to a third party. Your rights, if any, to redeem an expired domain exist within the defined Reactivation Period as outlined above and the limited additional rights as outlined for domains auctioned within 40 days of expiration. You further agree that we are not obliged to contact you to alert you that the domain name registration services are being continued.,

In the case of (iii), above, where there is a successful auction bid for the domain within the first 40 days post expiration, you have up to these same 40 days post expiration to recover the domain. Otherwise, the third party who won the auction for the domain name services will control the domain name services, including control over the WHOIS information and the DNS settings. You agree that we are not obliged to contact you to alert you that the domain name registration services are or were auctioned. You acknowledge that we do not have to pay you any of the proceeds, if any, we may earn as a result of such an auction.

You acknowledge that you have read, understood and agreed to these post-expiration rights as your sole remedies for renewal of expired domains. If you do not exercise your rights under this provision, you agree that you have abandoned the domain name services, and relinquish all rights and use of the domain name services with no liability to us.

## 24. LIMITATION OF LIABILITY

YOU AGREE THAT WE WILL NOT BE LIABLE FOR ANY (1) SUSPENSION OR LOSS OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION, DOMAIN NAME REGISTRATION SERVICES, (2) USE OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION DOMAIN NAME REGISTRATION SERVICES, (3) INTERRUPTION OF OUR SERVICES OR INTERRUPTION OF YOUR BUSINESS, (4) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICE(S) OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (5) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (6) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (7) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (8) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (9) APPLICATION OF THE DISPUTE POLICY. YOU ALSO AGREE THAT WE WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR REGISTRATION OF THE DOMAIN NAME. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR AND/OR YOUR PRIMARY SERVICE PROVIDER'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 25. Indemnity and defense

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under this Agreement, the Service(s) provided hereunder, or your use of the Service(s), including, without limitation, infringement by you, or by anyone else using the Service(s) we provide to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of our operating rules or policies relating to the Service(s) provided. When we may be involved in a suit involving a third party and which is related to our Service(s) to you under this Agreement, we may seek written assurances from you in which you promise to defend, indemnify and hold us harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which we are the registrar of record. Moreover, should we be forced to defend ourselves in any action or legal proceeding in connection with any Service(s) provided to you, you shall have sole responsibility to defend us against any such claim by the legal counsel of our choosing. This indemnification is in addition to any indemnification required under the UDRP. The terms of this paragraph will survive any termination or cancellation of this Agreement.

## 26. Indemnification of registry operators

You further agree to indemnify, defend and hold harmless all applicable registry administrator(s) (including Verisign Inc., Neulevel, Inc., Public Interest Registry, Afilias Limited, and other registry operators listed at http://www.icann.org/registries/listing.html) and all such parties' directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including any direct, indirect, incidental, special, or consequential damages and reasonable legal fees and expenses) arising out of, or related to, the domain name registration services you are obtaining from us.



## 27. REPRESENTATIONS AND WARRANTIES

YOU REPRESENT THAT, TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICE(S) INFRINGES THE LEGAL RIGHTS OF A THIRD PARTY. YOU FURTHER REPRESENT AND WARRANT THAT ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICE(S) IS ACCURATE. ALL SERVICE(S) ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRAR, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICE(S), INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICE(S) OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICE(S). NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

## 28. Additional reservation of rights

Namecheap expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any account or any Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by Namecheap in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by Namecheap in offering or delivering any Services (including any domain name registration); (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry; (iii) to assist with our fraud and abuse detection and prevention efforts; (iv) to comply with applicable local, state, national and international laws, rules and regulations; (v) to comply with requests of law enforcement, including subpoena requests; (vi) to comply with any dispute resolution process; (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, or (viii) to avoid any civil or criminal liability on the part of Namecheap, its officers, directors, employees and agents, as well as Namecheap's affiliates.

## 29. Right To Transfer Your Domain(s) As Part of Bulk / Partial Bulk Transfer

Namecheap reserves the right to sell all or part of its domain portfolio as a registrar. Upon such sale, You agree that Namecheap may transfer your domain(s) as part of a bulk or partial bulk transfer to the acquiring registrar.

You also agree that, where Namecheap is a reseller and makes an acquisition in whole or in part of another registrars TLD portfolio that is the registrar of record for Your domain(s), Namecheap has the right to transfer Your domain(s) from said registrar to Namecheap's registrar credentials as part of a bulk or partial bulk transfer.

## 30. Governing law and jurisdiction for disputes

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Arizona. You agree that any action brought by you to enforce this Agreement or any matter brought by you and which is against or involves us and which relates to your use of the Services shall be brought exclusively in the United States District Court of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona. You consent to the personal and subject matter jurisdiction of any state or Federal court in Maricopa County, State of Arizona in relation to any dispute between you and us under this Agreement. You agree that service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

Notwithstanding the foregoing, for the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Maricopa County, State of Arizona.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PACE RELATING TO OR ARISING OUT OF THIS AGREEMENT.

## 31. Notices

You agree that any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## 32. Legal Age

You attest that you are of legal age to enter into this Agreement.

## 33. Final Agreement

This Agreement, the referenced agreements, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications, subject to the terms set out in Section 2 above. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us.

## 34. No Agency Relationship

With the exception of the Designated Agency described in Section 19 above, Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## 35. Waiver

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach

### 35. Waiver

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

### 36. Enforceability

In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. We will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, our original objectives and intent as reflected in the original provision.

### 37. Assignment and Resale

Except as otherwise set forth herein, your rights under this Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Agreement, whether by attachment, levy, garnishment or otherwise, renders this Agreement voidable at our option. You agree not to reproduce, duplicate, copy, sell, resell or otherwise exploit for any commercial purposes any of the Services (or portion thereof) without Namecheap's prior express written consent.

### 38. Force Majeure

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Namecheap, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this section (i) shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and (ii) shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Namecheap may immediately terminate this Agreement.

### 39. Headings

The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

Need help? We're always here for you.       Chat with a Live Person

Namecheap Domain Registration

namecheap.com/legal/domains/registration-agreement/

Need help? We're always here for you.

**Chat with a Live Person**

 namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

Learn more about Namecheap →

Read our blog →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com     Join

**Domains**
Domain Name
Search
Transfer
New TLDs
Personal Domain
Marketplace
Whois Lookup
PremiumDNS
FreeDNS

**Hosting**
Shared Hosting
WordPress Hosting
UPDATE
Reseller Hosting
VPS Hosting
Dedicated Servers
Private Email Hosting
Migrate to Namecheap
Website Builder

**WordPress** UPDATE
Shared Hosting
WordPress Hosting
UPDATE
Migrate WordPress

**Security**
WhoisGuard
PremiumDNS
VPN UPDATED
2FA
Public DNS

**Transfer to Us**
TRY ME
Transfer Domains
Migrate Hosting
Migrate WordPress
Migrate Email

**SSL Certificates**
Comodo
Organization Validation
Domain Validation
Extended Validation
Single Domain
Wildcard
Multi-Domain

**Resellers**
SSL Certificates
Reseller Hosting

**Promos**

**Resource Center**

**Support**
Support Center
Status Updates
Knowledgebase
Submit Ticket
Live Chat
Report Abuse

**Careers**

**Affiliates**

**Send us Feedback**

The entirety of this site is protected by copyright © 2001–2020 Namecheap.com.

Terms and Conditions   Privacy Policy   UDRP

WE SUPPORT     ELECTRONIC FRONTIER FOUNDATION     FIGHT FOR THE FUTURE

Payment Options

We are an ICANN accredited registrar.
Serving customers since 2001.



# SUPPLEMENTAL REGISTRY AGREEMENT

# FOR CERTAIN TLDs

(https://www.namecheap.com/legal/domains/supplemental-registry-agreement/)



Namecheap Supplemental Registry Agreement

SUPPORT ▾    SIGN IN ▾    SIGN UP

Legal → Domains → **Supplemental Registry Agreement for Certain TLDs**

# Supplemental Registry Agreement for Certain TLDs

This Supplemental Registry Agreement ("Registry Agreement") supplements the Registration Agreement between you on the one hand and Namecheap, Inc. ("Namecheap") on the other hand with respect to the registration by you of the .BZ, .BIO, .CA, .CC, .CM, .CN, .CO, .DE, .EU, .ES, .IN, .ME, .NU, .TV, .UK, .US, .WS, and any subsequently adapted country-code top-level domains ("ccTLD Services").

Your registration of a domain name in any ccTLD (each a "New TLD Domain Name"), is subject to policies and service agreements established or revised from time to time by the registry (or operator of such registry) for such New TLD Domain Name ("New TLD Registry"), in its capacity as the registry for its respective Top Level Domain. Each respective New TLD Registry's current policies and service agreements ("New TLD Registry Policies") are available for you to review at each New TLD's respective website. For example, the registry policy for .bz can be found at http://www.belizenic.bz/support/legal.php. You agree to be bound by and comply with the applicable New TLD Registry Policies, including amendments and modifications thereto, with respect to your New TLD Domain Name registration.

You acknowledge and agree that you have reviewed and satisfied yourself as to the obligations and conditions contained in the applicable New TLD Registry Policies. Such policies shall not alter the terms and conditions of the Agreement. To the extent there is a conflict between the New TLD Registry policies and the terms of this Registry Agreement or the Agreement, the terms of these Agreements shall prevail. You agree that the New TLD Registry has the right to enforce the New TLD Registry Policies.

1. Submission of ccTLD Orders. Subject to the terms hereof and the applicable New TLD Registry Policies, you may, through the use of the Namecheap ccTLD Services or such other means as Namecheap may designate in writing, place orders for the Namecheap ccTLD Services. Such orders shall be submitted in the form and manner prescribed by Namecheap. By submitting an order for any ccTLD Services, You represent and warrant to Namecheap that the order is consistent with the New TLD Policies for the applicable New TLD Registry. You expressly authorize Namecheap to bind you to all terms and conditions in any corresponding registry or registrar for the ccTLD Services provided pursuant to this Registry Agreement. Furthermore, you acknowledge and agree that in certain specific instances a specific New TLD Registry may require direct contact with you or through Namecheap or a third party provider of the ccTLD Services.

2. Compliance with Registrar and Registry Policies. You are solely responsible for ascertaining the contents of any New TLD Registry Policies, whether reflected in this Registry Agreement or not, and any amendments or modifications thereto. You represent and warrant that any order you submit for ccTLD Services is compliant with the applicable registry policies, terms and conditions. You further represent and warrant that any information provided by or through you to Namecheap

in connection with the services hereunder is accurate and complete, and submitted in the form required by the applicable registry. You also agree that you have a continuing obligation to periodically monitor such policies for any changes.

3. Supporting Documentation. You agree to timely provide Namecheap with all information and supporting documentation reasonably requested by Namecheap to fulfill any accepted order. If such information is not provided prior to the earlier of the time required for the provision of the ccTLD Services or a period of thirty (30) days from the date of the request, or if the information provided is incorrect or false, Namecheap may terminate the portion of the order for which information was requested, and any fees paid in connection therewith shall be non-refundable or, if fees have not yet been paid, a 10% processing fee shall be applied.

4. Warranties. You represent and warrant that any ccTLD domain name registered pursuant to an order made hereunder is registered and used for lawful purposes.

5. No Grace Period For Certain ccTLDs Registrations. There are no grace or redemption periods available for the following country specific domain name: .cm country-specific extension ("Country Specific Domain Name(s)"). In addition, if you do not renew your Country Specific Domain Name prior to the renewal date for such country specific domain name, then you run the risk of loss of your Country Specific Domain Name. **PLEASE NOTE THAT YOUR FAILURE TO RENEW YOUR COUNTRY SPECIFIC DOMAIN NAMES AND RELATED SERVICES BEFORE THE EXPIRATION DATES WILL RESULT IN A DELETION OF YOUR COUNTRY SPECIFIC DOMAIN NAME FROM THE REGISTRY**. You acknowledge and agree that by purchasing Country Specific Domain Name services from Namecheap that Namecheap shall not be liable for the following: (1) any loss, damage or liability you incur due to any interruption caused by your failure to renew the services; (2) any loss, damage or liability you incur due to the loss of domain name registrations as a result of the failure to renew such services; and (3) your sole and exclusive remedy for any claim arising under this Country Specific Domain Name service shall be limited to those remedies provided under the Agreement between you and Namecheap. Namecheap, LLC disclaims any and all liability in the loss of domain name registrations due to failure to renew services.

6. All .nl domain names are registered with SIDN, the administrator of the .nl zone. Where the registration of your chosen domain name and its subsequent management are concerned, Namecheap will act as your representative in dealings with SIDN. Namecheap will also submit an application to register the domain name on your behalf. By instructing Namecheap to submit an application to register a domain name, you agree that, if your application is accepted by SIDN, you will enter into a contract with SIDN, of Arnhem, the Netherlands (Trade Register no. 41215724), covering the domain name's registration. Your rights and obligations under the registration contract, and those of SIDN, are set out in the General Terms and Conditions for .nl Registrants, which can be read here. You acknowledge that you are familiar with the General Terms and Conditions for .nl Registrants and accept their applicability to your registration contract with SIDN.

## Additional Registry Requirements

Below are links to registries that may have additional contractual requirements that you agree to by registering domain names from those registries. You are responsible for reviewing any terms and conditions provided by these registries:

| | | | | | |
|---|---|---|---|---|---|
| .AC | .ACADEMY | .ACCOUNTANT | .ACCOUNTANTS | .ACTOR | .ADULT |
| .AE.ORG | .AFRICA | .AGENCY | .AI | .AIRFORCE | .APARTMENTS |
| .APP | .ARMY | .ART | .ASIA | .ASSOCIATES | .ATTORNEY |
| .AUCTION | .AUDIO | .AUTO | .BABY | .BAND | .BAR |
| .BARGAINS | .BEER | .BERLIN | .BEST | .BID | .BIKE |
| .BINGO | .BIO | .BIZ | .BLACK | .BLACKFRIDAY | .BLOG |
| .BLUE | .BOUTIQUE | .BR.COM | .BUILD | .BUILDERS | .BUSINESS |
| .BUZZ | .BZ | .CA | .CAB | .CAFE | .CAM |
| .CAMERA | .CAMP | .CAPITAL | .CAR | .CARDS | .CARE |

Namecheap Supplemental Registry Agreement

| | | | | | |
|---|---|---|---|---|---|
| .CAMERA | .CAMP | .CAPITAL | .CAR | .CARDS | .CARE |
| .CAREERS | .CARS | .CASA | .CASH | .CASINO | .CATERING |
| .CC | .CENTER | .CEO | .CH | .CHAT | .CHEAP |
| .CHRISTMAS | .CHURCH | .CITY | .CLAIMS | .CLEANING | .CLICK |
| .CLINIC | .CLOTHING | .CLOUD | .CLUB | .CM | .CN.COM |
| .CO | .CO.COM | .CO.UK | .COACH | .CODES | .COFFEE |
| .COLLEGE | .COM | .COM.AU | .COM.BZ | .COM.DE | .COM.ES |
| .COM.MX | .COM.PE | .COM.SE | .COM.SG | .COM.VC | .COMMUNITY |
| .COMPANY | .COMPUTER | .CONDOS | .CONSTRUCTION | .CONSULTING | .CONTRACTORS |
| .COOKING | .COOL | .COUNTRY | .COUPONS | .COURSES | .CREDIT |
| .CREDITCARD | .CRICKET | .CRUISES | .CX | .CYMRU | .DANCE |
| .DATE | .DATING | .DE | .DE.COM | .DEALS | .DEGREE |
| .DELIVERY | .DEMOCRAT | .DENTAL | .DENTIST | .DESI | .DESIGN |
| .DIAMONDS | .DIET | .DIGITAL | .DIRECT | .DIRECTORY | .DISCOUNT |
| .DOCTOR | .DOG | .DOMAINS | .DOWNLOAD | .EARTH | .ECO |
| .EDUCATION | .EMAIL | .ENERGY | .ENGINEER | .ENGINEERING | .ENTERPRISES |
| .EQUIPMENT | .ES | .ESTATE | .EU | .EU.COM | .EVENTS |
| .EXCHANGE | .EXPERT | .EXPOSED | .EXPRESS | .FAIL | .FAITH |
| .FAMILY | .FANS | .FARM | .FASHION | .FEEDBACK | .FILM |
| .FINANCE | .FINANCIAL | .FISH | .FISHING | .FIT | .FITNESS |
| .FLIGHTS | .FLORIST | .FLOWERS | .FM | .FOOTBALL | .FORSALE |
| .FOUNDATION | .FR | .FUN | .FUND | .FURNITURE | .FUTBOL |
| .FYI | .GALLERY | .GAME | .GAMES | .GARDEN | .GB.NET |
| .GDN | .GG | .GIFT | .GIFTS | .GIVES | .GLASS |
| .GLOBAL | .GMBH | .GOLD | .GOLF | .GR.COM | .GRAPHICS |
| .GRATIS | .GREEN | .GRIPE | .GROUP | .GUIDE | .GUITARS |
| .GURU | .HAMBURG | .HAUS | .HEALTH | .HEALTHCARE | .HELP |
| .HIPHOP | .HOCKEY | .HOLDINGS | .HOLIDAY | .HORSE | .HOST |
| .HOSTING | .HOUSE | .HOW | .HU.NET | .ID | .IMMO |
| .IMMOBILIEN | .IN | .IN.NET | .INDUSTRIES | .INFO | .INK |
| .INSTITUTE | .INSURE | .INTERNATIONAL | .INVESTMENTS | .IO | .IRISH |
| .JETZT | .JEWELRY | .JP.NET | .JPN.COM | .JUEGOS | .KAUFEN |

| | | | | | |
|---|---|---|---|---|---|
| .JETZT | .JEWELRY | .JP.NET | .JPN.COM | .JUEGOS | .KAUFEN |
| .KIM | .KITCHEN | .KIWI | .KRD | .KYOTO | .LA |
| .LAND | .LAT | .LAWYER | .LEASE | .LEGAL | .LGBT |
| .LI | .LIFE | .LIGHTING | .LIMITED | .LIMO | .LINK |
| .LIVE | .LOAN | .LOANS | .LOL | .LONDON | .LOVE |
| .LTD | .LTDA | .LUXURY | .MAISON | .MANAGEMENT | .MARKET |
| .MARKETING | .MBA | .ME | .ME.UK | .MEDIA | .MELBOURNE |
| .MEMORIAL | .MEN | .MENU | .MEX.COM | .MOBI | .MODA |
| .MOE | .MOM | .MONEY | .MORTGAGE | .MOVIE | .MX |
| .NAGOYA | .NAME | .NAVY | .NET | .NET.AU | .NET.BZ |
| .NET.PE | .NET.VC | .NETWORK | .NEWS | .NINJA | .NL |
| .NO.COM | .NOM.ES | .NU | .NYC | .OBSERVER | .OKINAWA |
| .ONE | .ONL | .ONLINE | .ORG | .ORG.AU | .ORG.ES |
| .ORG.MX | .ORG.PE | .ORG.UK | .ORG.VC | .OSAKA | .PARIS |
| .PARTNERS | .PARTS | .PARTY | .PE | .PHOTO | .PHOTOGRAPHY |
| .PHOTOS | .PICS | .PICTURES | .PINK | .PIZZA | .PLACE |
| .PLUMBING | .PLUS | .POKER | .PORN | .PRESS | .PRO |
| .PRODUCTIONS | .PROPERTIES | .PROPERTY | .PUB | .PW | .RACING |
| .REALTY | .RECIPES | .RED | .REHAB | .REISE | .REISEN |
| .RENT | .RENTALS | .REPAIR | .REPORT | .REPUBLICAN | .REST |
| .RESTAURANT | .REVIEW | .REVIEWS | .RIP | .ROCKS | .RODEO |
| .RU.COM | .RUN | .RYUKYU | .SA.COM | .SALE | .SARL |
| .SCHOOL | .SCHULE | .SCIENCE | .SE | .SE.NET | .SECURITY |
| .SERVICES | .SEX | .SEXY | .SG | .SH | .SHIKSHA |
| .SHOES | .SHOP | .SHOPPING | .SHOW | .SINGLES | .SITE |
| .SKI | .SOCCER | .SOCIAL | .SOFTWARE | .SOLAR | .SOLUTIONS |
| .SOY | .SPACE | .STORE | .STREAM | .STUDIO | .STUDY |
| .STYLE | .SUCKS | .SUPPLIES | .SUPPLY | .SUPPORT | .SURF |
| .SURGERY | .SYDNEY | .SYSTEMS | .TATTOO | .TAX | .TAXI |
| .TEAM | .TECH | .TECHNOLOGY | .TEL | .TENNIS | .THEATER |
| .THEATRE | .TIENDA | .TIPS | .TIRES | .TODAY | .TOKYO |
| .TOOLS | .TOP | .TOURS | .TOWN | .TOYS | .TRADE |

| | | | | | |
|---|---|---|---|---|---|
| .TOOLS | .TOP | .TOURS | .TOWN | .TOYS | .TRADE |
| .TRAINING | .TUBE | .TV | .UK | .UK.COM | .UK.NET |
| .UNIVERSITY | .UNO | .US | .US.COM | .US.ORG | .VACATIONS |
| .VC | .VEGAS | .VENTURES | .VET | .VIAJES | .VIDEO |
| .VILLAS | .VIN | .VIP | .VISION | .VODKA | .VOTE |
| .VOTING | .VOTO | .VOYAGE | .WALES | .WATCH | .WEBCAM |
| .WEBSITE | .WEDDING | .WIKI | .WIN | .WINE | .WORK |
| .WORKS | .WORLD | .WS | .WTF | .XN--3DS443G | .XN--6FRZ82G |
| .XXX | .XYZ | .YOGA | .YOKOHAMA | .ZA.COM | .ZONE |

Domain Registration Agreement

Supplemental Registry Agreement for Certain TLDs

Uniform Domain Name Dispute Resolution Policy

Registrant Rights, Benefits & Responsibilities

ICANN fee

Fast Transfer Agreement

Registration Data Access Protocol ("RDAP") Terms of Service Agreement

## Need help?
We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**



We'll send you news and offers.

| you@yours.com | Join |

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions       Privacy Policy       UDRP

WE SUPPORT



 We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

  

  

# UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

(https://www.namecheap.com/legal/domains/udrp/)



Legal → Domains → **Uniform Domain Name Dispute Resolution Policy**

## Uniform Domain Name Dispute Resolution Policy

**As Approved by ICANN on October 24, 1999**

1. **Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available here, and the selected administrative-dispute-resolution service provider's supplemental rules.

2. **Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

3. **Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

   a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

   b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

   c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

   We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

4. **Mandatory Administrative Proceeding.** This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed here (each, a "Provider").

a. **Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that:

i. your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

ii. you have no rights or legitimate interests in respect of the domain name; and

iii. domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

b. **Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

i. circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

ii. you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

iii. you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

iv. by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

c. **How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

i. before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

ii. you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

iii. you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

d. **Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

e. **Initiation of Proceeding and Process and Appointment of Administrative Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

f. **Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

g. **Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

h. **Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

i. **Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

j. **Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

k. **Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

5. **All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

6. **Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

7. **Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

8. **Transfers During a Dispute.**

a. **Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

b. **Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

9. **Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at https://www.namecheap.com/legal/domains/udrp.aspx. at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

---

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions      Privacy Policy      UDRP

WE SUPPORT





 We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options





# REGISTRANT RIGHTS, BENEFITS & RESPONSIBILITIES

(https://www.namecheap.com/legal/domains/registrant-rights-benefits-and-responsibilities/)



## Registrant Rights, Benefits & Responsibilities

If you register a domain name, you become the Registered Name Holder (also known as Registrant) for that domain. The Internet Corporation for Assigned Names and Numbers ICANN has set forth various rights and responsibilities of Registrants over the registration and use of a registered Internet domain name. Further information about ICANN's policies and materials for Registrants is available on the ICANN website:

- Registrant Educational Materials
- Registrant Rights & Responsibilities
- Registrant's Benefits & Responsibilities

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

Registrant Rights, Benefits & Responsibilities

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

### Need help?

We're always here for you.

**Chat with a Live Person**



namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |



The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions     Privacy Policy     UDRP

WE SUPPORT



ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

# REGISTRANT EDUCATIONAL MATERIALS

(https://www.icann.org/resources/pages/educational-2012-02-25-en)

## Registrant (Registrant) Educational Materials

1. What is Domain Name (Domain Name)? (http://youtu.be/2ZUQ2Szu-JI)

2. What is a registrar? (http://youtu.be/bxN14sauJPA)

3. How do I renew my domain name? (http://youtu.be/umt3uZmOaAY)

4. What if I forget to renew my domain name? (http://youtu.be/dcwG9mKSS0A)

# WHAT IS A DOMAIN NAME?

(https://www.youtube.com/watch?v=2ZUQ2Szu-JI&feature=youtu.be)





YouTube Search SIGN IN

Top 10 Linux Job Interview Questions
tutoriaLinux
1.4M views

What Is A Domain Name? | GoDaddy
GoDaddy
105K views

SKIP NAVIGATION

Top 10 Outlook Free Add-ins
Sele Training
95K views

REST API concepts and examples
WebConcepts
4M views

The basics on a Speed square
Classic Work
Recommended for you

8 Mind Blowing MachineS You Need To See!
TTI
Recommended for you

I Hired A $100 Logo Designer On Fiverr (Interesting Results)
Satori Graphics
Recommended for you

POP3 vs IMAP - What's the difference?
PowerCert Animated Videos
382K views

Plastic processing Overview
ConairGroup
Recommended for you

How To Convert pdf to word without software
karim hamdadi
Recommended for you

How To Start A Clothing Line With $0 Dollars | Legit Step by Step Tutorial
John Santos
Recommended for you

How to Grill a Good Steak by Master Chef Robert Del Grande
OPTFOOD
Recommended for you

# WHAT IS A REGISTRAR?

(https://www.youtube.com/watch?v=bxN14sauJPA&feature=youtu.be)





SKIP NAVIGATION



**Automated Manufacturing Robots - FABTECH**
Proto G Engineering
Recommended for you
7:53



**How to Install & Configure printer, Network Printer**
Rohit Sahu
Recommended for you
9:05



**How to Start a Speech**
Conor Neill
Recommended for you
8:47



**Alabama Power's Plant Miller How Electricity Is Generated 3D Animated Tour**
edpvideo
Recommended for you
9:51



**U/PVC & F/PVC PROFILES CO-EXTRUSION LINE**
AMUT Group
Recommended for you
3:56



**How Shell and Tube Heat Exchangers Work (Engineering)**
saVRee 3D
Recommended for you
15:13



**Top 10 most dangerous airports in the world 2019**
World Top ONE
Recommended for you
10:23



**How To Convert pdf to word without software**
karim hamdadi
Recommended for you
9:04

**✓60:00Min. ♥Blue Purple Nebula Star Field Travel♥ HD Longest Motion Background AA VFX**
AA VFX
Recommended for you
1:00:01

**PP PROFILE CO-EXTRUSION LINE**
AMUT Group
Recommended for you
3:00

**Top 10 Diesel Trains Cold Start**
Le Ricette di Ely
Recommended for you

**8 Mind Blowing MachineS You Need To See!**
TTI
Recommended for you

# HOW DO I RENEW MY DOMAIN NAME?

(https://www.youtube.com/watch?v=umt3uZmOaAY&feature=youtu.be)



How Do I Renew My Domain Name?

17,459 views • Mar 13, 2014

👍 22    👎 5    ↗ SHARE    SAVE    •••

ICANN
8.01K subscribers

SUBSCRIBE

This video walks you through how to renew your gTLD domain name. (1 of 4 video tutorials)

Continue learning with:

SHOW MORE

Up next                                                    AUTOPLAY ⬤

How To Convert pdf to word without software
karim hamdadi
Recommended for you
9:04

How to Start a Speech
Conor Neill



YouTube | Search | SIGN IN

Top 10 Outlook Free Add-ins
Sele Training
95K views

SKIP NAVIGATION

Top 10 Linux Job Interview Questions
tutoriaLinux
Recommended for you

Extruder Operation and Control - Paulson Training
PaulsonTraining
Recommended for you

8 Mind Blowing MachineS You Need To See!
TTI
Recommended for you

REST API concepts and examples
WebConcepts
Recommended for you

U/PVC & F/PVC PROFILES CO-EXTRUSION LINE
AMUT Group
Recommended for you

Electroplating - Easy DIY Nickel, Copper, Zinc Plating
Geoffrey Croker
Recommended for you

128,000 Dominoes Falling into past a journey around the world 2 Guinness World Records) YouTub
Ahmed Samir
Recommended for you

I Hired A $100 Logo Designer On Fiverr (Interesting Results)
Satori Graphics
Recommended for you

how to extend trial period of any software in 5 minutes - 2018 latest trick
Trick Tell Tech
3.4M views

How to change your "Email Address (Primary Email)" in Facebook 2015
Skill Guru
1.8M views

Plastic processing Overview
ConairGroup
Recommended for you

# WHAT IF I FORGET TO RENEW MY DOMAIN NAME?

(https://www.youtube.com/watch?v=dcwG9mKSS0A&feature=youtu.be)





YouTube
Search
SIGN IN

Top 10 Linux Job Interview Questions
tutoriaLinux
Recommended for you

Extruder Operation and Control - Paulson Training
PaulsonTraining
Recommended for you

SKIP NAVIGATION

128,000 Dominoes Falling into past a journey around the world 2 Guinness World Records) YouTub
Ahmed Samir
Recommended for you

Metal Casting at Home Part 77 Lost PLA/Greensand Casting for the Myfordboy 3D Printer
myfordboy
Recommended for you

Mariah Carey - All I Want for Christmas Is You (Make My Wish Come True Edition)
Mariah Carey
Recommended for you
New

U/PVC & F/PVC PROFILES CO-EXTRUSION LINE
AMUT Group
Recommended for you

Top 10 Diesel Trains Cold Start
Le Ricette di Ely
Recommended for you

SEWER FISHING with a HUGE RAT LURE!!
Ty PigPatrol
Recommended for you

How to change your "Email Address (Primary Email)" in Facebook 2015
Skill Guru
1.8M views

Top 10 most dangerous airports in the world 2019
World Top ONE
Recommended for you

How to Start a Speech
Conor Neill
Recommended for you

Warren Buffett Explains How To Make A 50% Return Per Year
Cooper Academy - Investing
Recommended for you

# REGISTRANT RIGHTS & RESPONSIBILITIES

(https://www.icann.org/resources/pages/responsibilities-2014-03-14-en)

Registrant Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

# Registrant (Registrant) Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement

This page is available in:

English | العربية (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ar) |
Deutsch (http://www.icann.org/resources/pages/responsibilities-2014-03-14-de) |
Español (http://www.icann.org/resources/pages/responsibilities-2014-03-14-es) |
Français (http://www.icann.org/resources/pages/responsibilities-2014-03-14-fr) |
Italiano (http://www.icann.org/resources/pages/responsibilities-2014-03-14-it) |
日本語 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ja) |
한국어 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ko) |
Português (http://www.icann.org/resources/pages/responsibilities-2014-03-14-pt) |
Русский (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ru) |
中文 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-zh)

---

View current policy (/en/resources/registrars/registrant-rights/benefits)

---

27 June 2011

## Registrant (Registrant) Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement

Background: One of the new provisions added to the 2009 RAA (Registrar Accreditation Agreement) requires ICANN (Internet Corporation for Assigned Names and Numbers) to develop in consultation with registrars a webpage that identifies available registrant rights and responsibilities. This published document is the result of initial input from a joint working group of the GNSO (Generic Names Supporting Organization) Council and the At-Large Advisory Committee (Advisory Committee) and subsequent consultations with the registrars; and provides a "plain language" summary of registrant rights and responsibilities that currently exist under the 2009 RAA (Registrar Accreditation Agreement).

## Introduction

This document provides some "plain language" summarization of terms related to Registrant (Registrant) Rights and Responsibilities as set out in the Registrar Accreditation Agreement (/en/registrars/ra-agreement-21may09-en.htm) (RAA (Registrar Accreditation Agreement)), for posting on Registrar websites. While some of the terms included here do not specifically refer to registrants, those terms are included because of the potential import to understanding registrar/registrant relations. This document also summarizes registrant rights and responsibilities that arise within ICANN (Internet Corporation for Assigned Names and Numbers) (/) Consensus (Consensus) Policies and specifications, as those policies and specifications are incorporated into the RAA (Registrar Accreditation Agreement).'

The summarization of terms within this document do not override or replace the terms set forth in the RAA (Registrar Accreditation Agreement) or within those specifications or policy.

## Preamble

In order to register a domain name, a Registered Name Holder (also known as a Registrant (Registrant)) has to use the services of an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited Registrar. In order to become an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited Registrar, the Registrar must enter into a contract with ICANN (Internet Corporation for Assigned Names and Numbers), referred to as the Registrar Accreditation Agreement or the RAA (Registrar Accreditation Agreement). The RAA (Registrar Accreditation Agreement) sets out various rights and responsibilities for Registrants, and Registrants have additional rights and responsibilities that are set forth in separate ICANN (Internet Corporation for Assigned Names and Numbers) policies and specifications that the Registrars agree to follow.

The RAA (Registrar Accreditation Agreement) and the related policies are drafted in very specific, often legal terminology. In order to help Registrants better understand the rights and responsibilities that come along with the registration of a domain name, these rights and responsibilities are being summarized and presented within a single document. The summaries provided here do not override or replace the actual terms as written in the RAA (Registrar Accreditation Agreement) or the related policies and specifications.

## RAA (Registrar Accreditation Agreement) Terms of Interest

As the RAA (Registrar Accreditation Agreement) is between ICANN (Internet Corporation for Assigned Names and Numbers) and a Registrar, no one else – including a Registered Name Holder – may sue ICANN (Internet Corporation for Assigned Names and Numbers) or the Registrar to claim a breach of the RAA (Registrar Accreditation Agreement).

Registrars may not make claims that they can provide registrants with superior access to any relevant TLD (Top Level Domain) in comparison to other Registrars.

Some of the Registrar obligations are dependent upon Registered Name Holders fulfilling certain responsibilities, particularly as it relates to payment of registration fees, submission of required data points to the Registrars, and submission of accurate data and timely updates to that required data. Registrars also have specific items on which they must provide notice to Registered Name Holders, including notifications of the end of a registration term, use of Registered Name Holder's Personal Data, and notices regarding escrowing of data for domain names registered through privacy or proxy registration services, as well as the posting of fees for the recovery of registered names.

**Registrar Submission of Data to Registry Operators**

For each relevant TLD (Top Level Domain), Registrars must submit certain data (/en/registrars/ra-agreement-21may09-en.htm#3) points relating to each Registered Name within a TLD (Top Level Domain):

- The name of the Registered Name being registered (3.2.1.1 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.1));

- The IP (Internet Protocol or Intellectual Property) addresses of the primary nameserver and secondary nameserver(s) for the Registered Name (3.2.1.2 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.2));

- The corresponding names of those nameservers (3.2.1.3 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.3));

- Unless automatically generated by the registry system, the identity of the Registrar (3.2.1.4 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.4));

Registrar's Rights and Responsibilities under the 2009 Registrar Accreditation Agreement - ICANN

- Unless automatically generated by the registry system, the expiration date of the registration (3.2.1.5 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.5)); and

- Any other data the Registry Operator requires be submitted to it (3.2.1.6 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.6)).

Registered Name Holders are normally required to provide the Registrar with information relating to nameservers (3.2.1.2 – 3 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.2)), and there may be additional data required under Section 3.2.1.6 that the Registered Name Holder must provide. If the Registered Name Holder provides an update on these data points, the Registrar has five (5) days to provide the update to the Registry Operator.

**Whois Data**

Registrars are required to have an interactive web page and port 43 Whois service that is available to the public to query free of charge. The RAA (Registrar Accreditation Agreement) specifies certain data points that must be provided in response to a query:

- The Registered Name (3.3.1.1 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.1));

- The names of the primary nameserver and secondary nameserver(s) for the Registered Name (3.3.1.2 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.2));

- The identity of Registrar (which may be provided through Registrar's website) (3.3.1.3 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.3));

- The original creation date of the registration (3.3.1.4 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.4));

- The expiration date of the registration (3.3.1.5 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.5));

- The name and postal address of the Registered Name Holder (3.3.1.6 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.6))

- The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the technical contact for the Registered Name (3.3.1.7 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.7)); and

- The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the administrative contact for the Registered Name (3.3.1.8 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.8)).

These data points are commonly referred to as Whois data. As discussed below, Registered Name Holders are required to provide a Registrar with timely updates to Whois data for a Registered Name. Upon receiving the update, a Registrar is to "promptly" update the Whois data. Registrars may contract out the maintenance of the public query function.

The RAA (Registrar Accreditation Agreement) allows Registrars to provide bulk access to Whois data to third parties. When providing bulk access or access to the Whois data through the public query function, the Registrar is required to restrict access (/en/registrars/ra-agreement-21may09-en.htm#3.3.6) for high volume queries or other restrictions on uses of Whois data as specified in the RAA (Registrar Accreditation Agreement), including marketing activities and mass solicitations. If a Registrar contracts the public function query to an outside party, the Registrar must require any

Registrar Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

contractor providing the port 43 service to impose the same restrictions on access to and use of the Whois data.

**Communications with Registered Name Holders**

Registrars are required to maintain records of all communications (/en/registrars/ra-agreement-21may09-en.htm#3.4.2) with Registered Name Holders, as well as records of information provided to Registry Operators.

**Escrow of Registered Name Holder Data**

A Registrar is required to maintain a database (/en/registrars/ra-agreement-21may09-en.htm#3.4.1) of all Whois data for all Registered Names registered through the Registrar's accreditation, as well as all data the Registrar submits to the Registry Operator. In addition, the Registrar must include in the database the name and (where available) postal address, e-mail address, voice telephone number, and fax number of the billing contact for each Registered Name.

In some instances, a registrant may choose to limit the amount of personal information that a Registrar makes available in a Whois query. To do so, the name may be registered through a privacy service (allowing a registrant to conceal personal identifying information and often replacing it with the information of the privacy service). Customers may also choose to register names through a proxy service, where the proxy service is the Registered Name Holder, and the proxy service licenses the use of the domain name to the customer. In that situation, the proxy service, as the Registered Name Holder, has its information listed for most or all required data points.

When a Registered Name is registered through a privacy or proxy registration service, that affects the information that is placed in the database, and a Registrar must do one of two things (/en/registrars/ra-agreement-21may09-en.htm#3.4.1): The Registrar must either (1) include in the database the name and postal address, e-mail address, and voice telephone number provided by the customer in connection with each registration, even when a privacy or proxy registration is used; or (2) at the time that a customer elects to use a privacy or proxy registration service, display a notice that the customer's data is not being escrowed. When a customer's data is not being escrowed, only the contact information associated with the privacy or proxy registration service will be escrowed. If a customer's data is not escrowed, and only the information of the proxy or privacy service is maintained in the database, in the event of Registrar or Registry failure future notices may only be sent to the contact information within the database.

**Registrar Business Dealings with Registrants**

The RAA (Registrar Accreditation Agreement) imposes many requirements on a Registrar's business dealings, including its dealings with Registered Name Holders (/en/registrars/ra-agreement-21may09-en.htm#3.7).

A registrar may not activate (/en/registrars/ra-agreement-21may09-en.htm#3.7.4) a Registered Name until it receives reasonable assurance from the Registered Name Holder that the registration fee will be paid.

The RAA (Registrar Accreditation Agreement) sets forth actions the Registrar may take at the conclusion of the registration period (/en/registrars/ra-agreement-21may09-en.htm#3.7.5) if a Registered Name Holder has not provided consent to renew the registration, including the Registrar cancelling the registration at the end of the current registration term. If the Registered Name Holder did not consent to renewal, the Registrar must make sure that a Registered Name is deleted from the Registry database within 45 days of the end of the registration term.

Registrar Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

This right for the Registrar to cancel the registration and the obligation to the delete the domain name is not absolute. Section 3.7.5.1 (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.1) of the RAA (Registrar Accreditation Agreement) sets forth a list of potential "extenuating circumstances," that, if exist, allows the Registrar to renew the domain name even without the consent of the Registered Name Holder. These circumstances include the Registered Name being subject to a UDRP (Uniform Domain-Name Dispute Resolution Policy) action, court order, bankruptcy proceeding, or billing dispute, among other items. The Registrar must keep a record of reasons why the Registrar renewed a registration without the consent of a Registered Name Holder.

Registrars have to provide each new registrant with notice of the Registrar's deletion and auto-renewal policies (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.4). If the Registrar's deletion policy changes during the time of the registration agreement, the Registrar has to make efforts to inform the registrants of those policy changes. Details of the deletion and auto-renewal policies have to be displayed (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.5) on any website the Registrar operates for domain name registration and renewal, and the Registrar should also state on those sites any fee that will be charged for the recovery of a domain name (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.6) during the Redemption Grace Period (the 30 day period of time during which the name is in "Pending Delete" status with the Registry).[1]

If a Registered Name is the subject of a UDRP (Uniform Domain-Name Dispute Resolution Policy) dispute (/en/dndr/udrp/policy.htm) at the time of deletion or expiration of the registration, the UDRP (Uniform Domain-Name Dispute Resolution Policy) complainant has the right to renew (or restore, in the case of a deletion) the domain name. If the complainant renews or restores the name, the Registrar must place the name in a HOLD or LOCK status,[2] and must modify the Whois information to show that the name is subject to dispute. Section 3.7.5.7 (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.7) of RAA (Registrar Accreditation Agreement) also provides for a right for the original domain name registrant to recover or renew the name in the event the UDRP (Uniform Domain-Name Dispute Resolution Policy) complaint is terminated without decision, or the UDRP (Uniform Domain-Name Dispute Resolution Policy) complaint is decided in favor of the original domain name registrant.

*The Registrar/Registered Name Holder Agreement*

Registrars are required to enter into electronic or paper registration agreements (/en/registrars/ra-agreement-21may09-en.htm#3.7.7) with all Registered Name Holders. According to the RAA (Registrar Accreditation Agreement), the Registrar/Registered Name Holder Agreement must include – at minimum – the following items (as stated in Sections 3.7.7.1 – 12 (/en/registrars/ra-agreement-21may09-en.htm#3.7.7.1) of the RAA (Registrar Accreditation Agreement)):

- The Registered Name Holder must provide "accurate and reliable contact details" *and* must "promptly correct and update them" during the registration term. The details required are stated in Section 3.7.7.1.: "the full name, postal address, e-mail address, voice telephone number, and fax number if available of the Registered Name Holder; name of authorized person for contact purposes in the case of an Registered Name Holder that is an organization, association, or corporation; and the data elements listed in Subsections 3.3.1.2, 3.3.1.7 and 3.3.1.8."

- If a Registered Name Holder intentionally provides inaccurate or unreliable information, intentionally fails to promptly update the information, or fails to respond over fifteen (15) days to Registrar inquiries about the accuracy of the contact details, the Registered Name Holder will be in material breach of the agreement and the registration may be cancelled.

Registrant Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

- Whoever is listed as the Registered Name Holder must provide full contact information, and is the Registered Name Holder of record. Sometimes a Registered Name Holder may register a domain name and then allow another person to use the domain name (such as a website designer registering a domain name for a client). If this happens, and the person actually using the name did not enter into the Registrar/Registered Name Holder Agreement (referred to as a "third party" in the RAA (Registrar Accreditation Agreement)), the Registered Name Holder could be accountable for wrongful use of the domain name by the third party. This will happen if the Registered Name Holder is provided with "reasonable evidence of actionable harm" from the third party's use of the domain name. In that situation the Registered Name Holder will "accept liability for harm caused by wrongful use of the Registered Name," unless the Registered Name Holder discloses the user's identity and current contact information.

- The Registrar must provide notice of how it intends to use data provided by the Registered Name Holder and who will received the Registered Name Holder's data. The Registrar must also provide notice of how Registered Name Holders may access and update data. Additionally, the Registrar must identify which data points the Registered Name Holder must provide to the Registrar, and what information can be provided on a voluntary basis. The Registered Name Holder must consent to all of these data processing terms.

- If a Registered Name Holder provides the Registrar with Personal Data on behalf of any person who did not enter into the Registrar/Registered Name Holder Agreement (the "third party" discussed above), the Registered Name Holder must confirm that it (1) provided those third-party individuals with the same data processing notices that the Registrar provides, and (2) received the same consents from the third party regarding the Registrar's data processing terms.

- A Registrar may only process the Registered Name Holder's data as stated in the data processing notices described above.

- A Registrar has to agree that it will take reasonable precautions to protect the Registered Name Holder's data from "loss, misuse, unauthorized access or disclosure, alteration, or destruction."

- Registered Name Holders must represent that: "to the best of the Registered Name Holder's knowledge and belief, neither the registration of the Registered Name nor the manner in which it is directly or indirectly used infringes the legal rights of any third party." This means that the Registered Name Holder must represent to the Registrar that the domain name is not being registered for use in a way that would violate the legal rights of others. An example of this "infringement" could be a registration of a domain name that violates a trademark or copyright held by someone that is not the Registered Name Holder.[3]

- If there is a dispute in connection with the use of the registered name, the Registered Name Holder must agree to jurisdiction of the courts in at least one of two places: where the Registrar is located (often stated on the website or in the Registrar/Registered Name Holder Agreement) or the "Registered Name Holder's domicile." "Domicile" is a word with legally-specific meaning, but typically will be the location the Registered Name Holder provides to the Registrar in the required Personal Data. Agreeing to jurisdiction means that the Registered Name Holder agrees that the courts in those locations have the power to decide these types of cases.[4]

- The Registered Name Holder must agree that its registration is subject to "suspension, cancellation, or transfer" for the reasons stated in Section 3.7.7.11. Those reasons include: if an ICANN (Internet Corporation for Assigned Names and Numbers) adopted specification or policy requires it or if a registrar or registry procedure requires it "to correct mistakes by

Registrant Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

Registrar or the Registry Operator in registering the name or for the resolution of disputes concerning the Registered Name." For example, the UDRP (Uniform Domain-Name Dispute Resolution Policy) (/en/dndr/udrp/policy.htm) is an ICANN (Internet Corporation for Assigned Names and Numbers) adopted policy that specifies that an administrative panel hearing a domain name dispute could order that a domain name registration be suspended, transferred or cancelled, and the Registered Name Holder has to agree that this is a possibility.

- The Registered Name Holder shall "indemnify and hold harmless the Registry Operator and its directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses) arising out of or related to the Registered Name Holder's domain name registration." At its simplest, this means that if the Registry Operator (or its employees, etc.) for the registered name is sued because of the Registered Name Holder's domain name registration, the Registered Name Holder will pay the Registry Operator for all fees and expenses in defending against the suit as well as pay for any judgments or liabilities awarded. This "indemnification" is not solely limited to court cases.

*Verification of contact information*

As described in more detail below, there are specifications and policies that may be created and that apply to the Registrars. Some of the specifications or policies may address a Registrar's obligation to verify the contact information supplied by the Registered Name Holder when the domain is first registered, as well as setting out requirements for periodic re-verification of contact information (/en/registrars/wdrp.htm).

Registrars are also required to take "reasonable steps (/en/registrars/ra-agreement-21may09-en.htm#3.7.8)" to verify contact information in the event *any* person notifies the Registrar that contact information for a Registered Name is inaccurate. The Registrar also has obligations to act to correct inaccuracies in contact information that the Registrar becomes aware of, even if the inaccuracy was not reported by anyone.

The Registrar must also maintain proper contact information (/en/registrars/ra-agreement-21may09-en.htm#3.16) for itself, including a valid email and mailing address. This contact information should be posted on the Registrar's website.

*Reseller arrangements*

The RAA (Registrar Accreditation Agreement) imposes obligations on Registrars working with third-party Resellers (/en/registrars/ra-agreement-21may09-en.htm#3.12) – persons or entities that the Registrar contracts with to provide Registrar Services. The RAA (Registrar Accreditation Agreement) now requires Registrars to include specific items in the Registrar/Reseller Agreements, including: prohibiting the Reseller from making representations that it is accredited by ICANN (Internet Corporation for Assigned Names and Numbers); requiring that all Reseller registration agreements include all provisions that the Registrar is required to include in its Registrar/Registered Name Holder Agreement; requiring the posting of all links to all ICANN (Internet Corporation for Assigned Names and Numbers) websites that the Registrar is obligated to post; and identification of the sponsoring registrar. The Reseller is also required to make sure that that if a customer is using a Reseller's privacy or proxy registration service for a domain name registration, the Reseller does one of the following three things: (1) deposit the identity and contact information of the customer with the Registrar; (2) deposit the identity and contact information in escrow; or (3) posts a notice to the customer that their contact information is not being escrowed.

Registrars | ICANN Responsibilities under the 2013 Registrar Accreditation Agreement | ICANN

The RAA (Registrar Accreditation Agreement) also requires the Registrar to take compliance and enforcement action against a Reseller violating any of the required provisions.

## Other Policies/Specifications

The Restored Names Accuracy Policy (/en/registrars/rnap.htm) (http://www.icann.org/en/registrars/rnap.htm (/en/registrars/rnap.htm)) requires that when a registrar restores a name (from the redemption grace period) that had been deleted on the basis of submission of false contact data or non-response to registrar inquiries, the name must be placed on Registrar Hold status until the registrant has provided updated and accurate Whois information.

In addition to the RAA (Registrar Accreditation Agreement) requirement that a Registered Name Holder represent that to the best of its knowledge, the registration or use of the domain name does not infringe on the legal rights of others, the Uniform Domain Name (Domain Name) Dispute Resolution Policy ("UDRP (Uniform Domain-Name Dispute Resolution Policy) (/en/dndr/udrp/policy.htm)") requires that same representation to be made, as well as a representation that the domain name is not being registered for an unlawful purpose, and will not be used in violation of any applicable laws.

The UDRP (Uniform Domain-Name Dispute Resolution Policy) also requires Registered Name Holders to submit to mandatory administrative proceedings to resolve disputes under the UDRP (Uniform Domain-Name Dispute Resolution Policy). These mandatory administrative proceedings, as described in the UDRP (Uniform Domain-Name Dispute Resolution Policy), are disputes that are filed before one of the ICANN (Internet Corporation for Assigned Names and Numbers) approved UDRP (Uniform Domain-Name Dispute Resolution Policy) dispute resolution providers (/en/dndr/udrp/approved-providers.htm) (listed at http://www.icann.org/en/dndr/udrp/approved-providers.htm (/en/dndr/udrp/approved-providers.htm)) and following the uniform Rules for UDRP (Uniform Domain-Name Dispute Resolution Policy) administrative proceedings (/en/dndr/udrp/uniform-rules.htm) (set out at http://www.icann.org/en/dndr/udrp/uniform-rules.htm (/en/dndr/udrp/uniform-rules.htm)). The requirement for submission to mandatory administrative proceedings does not mean that Registered Name Holders cannot also have judicial proceedings filed against them for the same or similar conduct. Similar to the jurisdictional requirements set out in the RAA (Registrar Accreditation Agreement), the requirement to submit to a mandatory administrative proceeding means that the Registered Name Holder cannot dispute the UDRP (Uniform Domain-Name Dispute Resolution Policy) provider's ability to hear a dispute that is otherwise properly brought under the UDRP (Uniform Domain-Name Dispute Resolution Policy).

The Policy on Transfers of Registrations between Registrars (/en/transfers/policy-en.htm) provides that Registered Name Holders have the right to transfer domain name registrations among registrars. The transfer policy imposes time limits on when the Registrar must respond to a transfer request. The right to transfer is not absolute – there are ICANN (Internet Corporation for Assigned Names and Numbers) and Registry policies that may set limits on the transfer right, including: limitations on when a domain name may be transferred (measured from dates of creation or earlier transfer); and the Registered Name Holder providing of required authorization and documentation for Registrar review. The Registrar of Record may only deny a transfer in the following instances:

- Evidence of fraud

- UDRP (Uniform Domain-Name Dispute Resolution Policy) action

- Court order by a court of competent jurisdiction

- Reasonable dispute over the identity of the Registered Name Holder or Administrative Contact

- No payment for previous registration period (including credit card charge-backs) if the domain name is past its expiration date or for previous or current registration periods if the domain name has not yet expired. In all such cases, however, the domain name must be put into "Registrar Hold" status by the Registrar of Record prior to the denial of transfer.

- Express written objection to the transfer from the Transfer Contact. (e.g. - email, fax, paper document or other processes by which the Transfer Contact has expressly and voluntarily objected through opt-in means)

- A domain name was already in "lock status" provided that the Registrar provides a readily accessible and reasonable means for the Registered Name Holder to remove the lock status.

- The transfer was requested within 60 days of the creation date as shown in the registry Whois record for the domain name.

- A domain name is within 60 days (or a lesser period to be determined) after being transferred (apart from being transferred back to the original Registrar in cases where both Registrars so agree and/or where a decision in the dispute resolution process so directs).

---

[1] A graphic representation of the life cycle of a typical gTLD (generic Top Level Domain) Registered Name is located at http://www.icann.org/en/registrars/gtld-lifecycle.htm (/en/registrars/gtld-lifecycle.htm). This diagram may be useful to refer to for more information on the post-expiration status of domain names.

[2] There are formal technical names for domain name statuses, arising out of the community-based Internet draft Request for Comments. The statuses required here are set by the Registrar. When a registration is in one of these statuses, the domain cannot be deleted and the registration cannot be modified. The Registrar must alter the status in order for any modification to occur.

[3] There are many other potential ways to "infringe the legal rights" of others, and potential Registered Name Holders are encouraged to seek independent advice if they are concerned that the registration or use of a domain name may violate someone else's rights.

[4] There could be other jurisdictions that are able to decide a dispute about the use of a registered name, but those additional jurisdictions are not specified in the RAA (Registrar Accreditation Agreement).

# REGISTRANT'S BENEFITS & RESPONSIBILITIES

(https://www.icann.org/resources/pages/benefits-2013-09-16-en)

# Registrants' Benefits and Responsibilities

This page is available in:
English | العربية (http://www.icann.org/resources/pages/benefits-2017-10-27-ar) |
Español (http://www.icann.org/resources/pages/benefits-2017-10-27-es) |
Français (http://www.icann.org/resources/pages/benefits-2017-10-27-fr) |
Русский (http://www.icann.org/resources/pages/benefits-2017-10-27-ru) |
中文 (http://www.icann.org/resources/pages/benefits-2017-10-27-zh)

> View archived policy (/en/resources/registrars/registrant-rights/responsibilities-27jun11-en.htm)

## *Domain Name (Domain Name) Registrants' Rights:*

1. Your domain name registration and any privacy/proxy services you may use in conjunction with it must be subject to a Registration Agreement with an ICANN (Internet Corporation for Assigned Names and Numbers) Accredited Registrar.

   - You are entitled to review this Registration Agreement at any time, and download a copy for your records.

2. You are entitled to accurate and accessible information about:

   - The identity of your ICANN (Internet Corporation for Assigned Names and Numbers) Accredited Registrar;

   - The identity of any proxy or privacy service provider affiliated with your Registrar;

   - Your Registrar's terms and conditions, including pricing information, applicable to domain name registrations;

   - The terms and conditions, including pricing information, applicable to any privacy services offered by your Registrar;

   - The customer support services offered by your Registrar and the privacy services provider, and how to access them;

   - How to raise concerns and resolve disputes with your Registrar and any privacy services offered by them; and

   - Instructions that explain your Registrar's processes for registering, managing, transferring, renewing, and restoring your domain name registrations, including through any proxy or privacy services made available by your Registrar.

3. You shall not be subject to false advertising or deceptive practices by your Registrar or though any proxy or privacy services made available by your Registrar. This includes deceptive notices, hidden fees, and any practices that are illegal under the consumer protection law of your residence.

## *Domain Name (Domain Name) Registrants' Responsibilities:*

1. You must comply with the terms and conditions posted by your Registrar, including applicable policies from your Registrar, the Registry and ICANN (Internet Corporation for Assigned Names and Numbers).

2. You must review your Registrar's current Registration Agreement, along with any updates.

3. You will assume sole responsibility for the registration and use of your domain name.

4. You must provide accurate information for publication in directories such as WHOIS (WHOIS (pronounced "who is"; not an acronym)), and promptly update this to reflect any changes.

5. You must respond to inquiries from your Registrar within fifteen (15) days, and keep your Registrar account data current. If you choose to have your domain name registration renew automatically, you must also keep your payment information current.

# ICANN FEE

(https://www.namecheap.com/legal/domains/icann-fee/)



namecheap.com screenshot

SUPPORT ▾   SIGN IN ▾   SIGN UP

namecheap

## Legal
Everything you must know in one place

Legal → Domains → **ICANN fee**

## What is ICANN fee?

The Internet Corporation for Assigned Names and Numbers ICANN charges a mandatory annual fee of $0.18 for each year of domain registration, renewal or transfer. Where applicable, the ICANN fee will be added to the listed price for the domain at the time of purchase and itemized in your shopping cart. A full list of affected domains is provided below.

## Which domain extensions require an ICANN fee?

.academy, .accountant, .accountants, .actor, .adult, .africa, .agency, .airforce, .apartments, .app, .army, .art, .asia, .associates, .attorney, .auction, .audio, .auto, .baby, .band, .bar, .bargains, .beer, .berlin, .best, .bid, .bike, .bingo, .bio, .biz, .black, .blackfriday, .blog, .blue, .boutique, .build, .builders, .business, .buzz, .cab, .cafe, .cam, .camera, .camp, .capital, .car, .cards, .care, .careers, .cars, .casa, .cash, .casino, .catering, .center, .ceo, .chat, .cheap, .christmas, .church, .city, .claims, .cleaning, .click, .clinic, .clothing, .cloud, .club, .coach, .codes, .coffee, .college, .com, .community, .company, .computer, .condos, .construction, .consulting, .contractors, .cooking, .cool, .country, .coupons, .courses, .credit, .creditcard, .cricket, .cruises, .cymru, .dance, .date, .dating, .deals, .degree, .delivery, .democrat, .dental, .dentist, .desi, .design, .dev, .diamonds, .diet, .digital, .direct, .directory, .discount, .doctor, .dog, .domains, .download, .earth, .eco, .education, .email, .energy, .engineer, .engineering, .enterprises, .equipment, .estate, .events, .exchange, .expert, .exposed, .express, .fail, .faith, .family, .fans, .farm, .fashion, .feedback, .film, .finance, .financial, .fish, .fishing, .fit, .fitness, .flights, .florist, .flowers, .football, .forsale, .foundation, .fun, .fund, .furniture, .futbol, .fyi, .gallery, .game, .games, .garden, .gdn, .gift, .gifts, .gives, .glass, .global, .gmbh, .gold, .golf, .graphics, .gratis, .green, .gripe, .group, .guide, .guitars, .guru, .hamburg, .haus, .health, .healthcare, .help, .hiphop, .hockey, .holdings, .holiday, .horse, .host, .hosting, .house, .how, .icu, .immo, .immobilien, .inc, .industries, .info, .ink, .institute, .insure, .international, .investments, .irish, .jetzt, .jewelry, .juegos, .kaufen, .kim, .kitchen, .kiwi, .krd, .kyoto, .land, .lat, .lawyer, .lease, .legal, .lgbt, .life, .lighting, .limited, .limo, .link, .live, .llc, .loan, .loans, .lol, .london, .love, .ltd, .ltda, .luxury, .maison, .management, .market, .marketing, .mba, .media, .melbourne, .memorial, .men, .menu, .mobi, .moda, .moe, .mom, .money, .monster, .mortgage, .movie, .nagoya, .name, .navy, .net, .network, .news, .ninja, .nyc, .observer, .okinawa, .one, .onl, .online, .org, .osaka, .page, .paris, .partners, .parts, .party, .photo, .photography, .photos, .pics, .pictures, .pink, .pizza, .place, .plumbing, .plus, .poker, .porn, .press, .pro, .productions, .properties, .property, .protection, .pub, .racing, .realty, .recipes, .red, .rehab, .reise, .reisen, .rent, .rentals, .repair, .report, .republican, .rest, .restaurant, .review, .reviews, .rip, .rocks, .rodeo, .run, .ryukyu, .sale, .sarl, .school, .schule, .science, .security, .services, .sex, .sexy, .shiksha, .shoes, .shop, .shopping, .show, .singles, .site, .ski, .soccer, .social, .software, .solar, .solutions, .soy, .space, .storage, .store, .stream, .studio, .study, .style, .sucks, .supplies, .supply, .support, .surf, .surgery, .sydney, .systems, .tattoo, .tax, .taxi, .team, .tech, .technology, .tel, .tennis, .theater, .theatre, .tienda, .tips, .tires, .today, .tokyo, .tools, .top, .tours, .town, .toys, .trade, .training, .travel, .tube, .university, .uno, .vacations, .vegas, .ventures, .vet, .viajes, .video, .villas, .vin, .vip, .vision, .vodka, .vote, .voting, .voto, .voyage, .wales,

.watch, .webcam, .website, .wedding, .wiki, .win, .wine, .work, .works, .world, .wtf, .xn--3ds443g, .xn--6frz82g, .xxx, .xyz, .yoga, .yokohama, .zone

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

**Chat with a Live Person**



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

   

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

namecheap.com Print Now

WE SUPPORT






We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options





# FAST TRANSFER AGREEMENT

(https://www.namecheap.com/legal/domains/fast-transfer-agreement/)



Legal → Domains → **Fast Transfer Agreement**

# Fast Transfer Agreement

In this Agreement, "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Fast Transfer Agreement ("Agreement") sets for the terms and conditions of your use of Namecheap's Fast Transfer service ("Fast Transfer Service").

## 1. Description of Fast Transfer Service

Namecheap allows you to use the services of Afternic to offer and sell your domain name(s) to third parties through Afternic's registrar network. Domain names sold through Afternic's service will be subject to the Fast Transfer Service. You understand and agree that any domains subject to the Fast Transfer Service may be immediately transferred from your account to the account and/or registrar of the purchaser of the domain name. You confirm that Namecheap may take any actions necessary to facilitate this Fast Transfer Service, including but not limited to removing the transfer lock, initiating a change of registrant information, and disabling Namecheap's standard transfer procedure (as detailed in Namecheap's Registration Agreement). The Fast Transfer Service may not be instantaneous, and may take several days to complete.

You can remove any domain name from Afternic's service at any time, however such removal is not instantaneous and may take several days to complete. You agree that you authorize any sale for any domain name listed through Afternic's service until such time that removal is complete.

You further acknowledge that by using Afternic's services, you agree to the terms of Afternic's Agreements and Policies, including but not limited to the Membership Agreement, Terms of Use, and Privacy Policy. All of Afternic's Agreements and Policies are located at https://www.afternic.com/legal.

## 2. Designated Agent and Change of Registrant Information

You agree that for any domain subject to the Fast Transfer Service, you explicitly authorize us to act as Designated Agent under ICANN's Change of Registrant Policy for the purpose of consenting to any material changes to registrant information to facilitate the Fast Transfer Service.

## 3. Limitations of Liability

For domain names listed and sold through the Fast Transfer Service, you acknowledge that Namecheap does not participate in the listing and sale of domain name(s) through Afternic's service. Namecheap has no liability or obligations regarding your use of Afternic's service, and Namecheap has no control over third party buyers or other registrars in Afternic's registrar network. Namecheap does not review or approve any third party buyer, does not have access to any payment information for any third party purchase through Afternic's service, and is not responsible for any issues arising from you use of Afternic's services (including but not limited to non-payment, chargebacks, and disclosure of payment information).

Namecheap does not guarantee the sale for any domain listed through Afternic's service, and reserves the right, in Namecheap's sole discretion, to (i) block any domain name from being listed through Afternic's service, (ii) remove any domain from being listed through Afternic's service, for reasons including but not limited to domain names that are within 30 days of expiration, are under registrar lock, are subject to a domain name dispute or abuse complaint, are transferred to another registrar, or otherwise violate Namecheap's Universal Terms of Service Agreement.

IN NO EVENT SHALL NAMECHEAP, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) YOUR USE OF AFTERNIC'S SERVICE, (II) THE SALE OF YOUR DOMAIN TO A THIRD PARTY, (III) FAST TRANSFER OF THE DOMAIN NAME FROM YOUR ACCOUNT TO A THIRD PARTY AND/OR ANOTHER REGISTRAR, (IV) FAILURE OF A DOMAIN NAME TO TRANSFER IMMEDIATELY AFTER SALE, AND/OR (V) SALE OF A DOMAIN NAME.

## 4. Governing Law and Jurisdiction for Disputes

Your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Arizona. You agree that any action to enforce this Agreement or any matter relating to Your use of the Services must be brought exclusively in the United States District Court for the Central District of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona. You agree to waive the right to a trial by jury in any action or proceeding that takes place relating to or arising out of this Agreement.

## 5. Headings

The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

## 6. Severability

If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?
We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

   

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions        Privacy Policy        UDRP

WE SUPPORT






We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

# REGISTRATION DATA ACCESS PROTOCOL ("RDAP") TERMS OF SERVICE AGREEMENT

(https://www.namecheap.com/legal/domains/rdap-tos/)



Legal → Domains → **Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

# Registration Data Access Protocol ("RDAP") Terms of Service Agreement

This Registration Data Access Protocol ("RDAP") Terms of Service Agreement sets forth the terms and conditions of the use of Our RDAP service. In this Agreement, "You" and "Your" refer to You as the user of the RDAP service, or any agent, employee, or person authorized to act on Your behalf. "We," "Us," and "Our" refer to Namecheap, Inc., as well as its subsidiaries and affiliated companies ("Namecheap"). By using Our RDAP service, You agree to be bound by the RDAP Terms of Service and that your information will be used in accordance with the Namecheap Privacy Policy.

## 1. Your Obligations

You acknowledge and agree that:

a.  the data in Our RDAP service is provided for informational purposes only;

b.  although We believe the data to be reliable, You agree and acknowledge that any information provided is 'as is' without any guarantee of accuracy;

c.  the data provided may only be used by You for a legal purpose;

d.  You will not access the RDAP service through the use of high volume, automated electronic processes that send queries or data to the systems of Namecheap, any other ICANN-accredited registrar, or any registry operator;

e.  You will not compile, repackage, disseminate, or otherwise use the information contained in the RDAP service in its entirety, or in any substantial portion, without Our prior written permission;

f.  You will not use the RDAP service to allow, enable, or otherwise support the transmission of unsolicited, commercial advertising or solicitations; and

g.  We reserve the right to restrict or terminate Your access to the RDAP service in Our sole discretion to ensure operational stability or for Your failure to abide by these terms of service.

## 2. Limitation of Liability; Waiver and Release

IN NO EVENT SHALL NAMECHEAP, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THE RDAP SERVICE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) OUR SERVICES WHETHER FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY

Namecheap Registration Access Protocol (RDAP) Terms of Service Agreement

CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IX) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, AND/OR (X) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR OUR SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT NAMECHEAP IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

YOU AGREE THAT NAMECHEAP WILL NOT BE LIABLE FOR ANY (I) SUSPENSION OR LOSS OF THE RDAP SERVICE; (II) INTERRUPTION OF BUSINESS; (III) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO THE WEBSITE(S) PROVIDED THROUGH OR BY THE SERVICES; (IV) LOSS OR LIABILITY RESULTING FROM ACTS OF GOD; (V) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (IV) EVENTS BEYOND THE CONTROL OF NAMECHEAP; OR (VII) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF THE RDAP SERVICES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THIS SITE OR OUR SERVICES MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE SUCH CAUSE OF ACTION SHALL BE PERMANENTLY BARRED.

NO WAIVER OF ANY PROVISION OF THIS AGREEMENT SHALL BE EFFECTIVE UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED REPRESENTATIVE OF NAMECHEAP.

## 3. Modification

You acknowledge and agree that these RDAP terms of service are subject to change by Namecheap at any time in its sole and unlimited discretion, that you are responsible for checking these terms periodically for changes and that your use of the RDAP service after such changes are implemented constitutes your acknowledgement and acceptance of the changes.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

Chat with a Live Person

Namecheap Registration Access Protection Terms of Service Agreement



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

   

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions     Privacy Policy     UDRP

WE SUPPORT





 We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

   

