# Exhibit 3

**Int. Cls.: 35 and 38**

**Prior U.S. Cls.: 100, 101, 102, and 104**

**Reg. No. 3,122,052**

**United States Patent and Trademark Office** **Registered July 25, 2006**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# FACEBOOK

FACEBOOK, INC. (DELAWARE CORPORATION)
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301

FOR: PROVIDING AN ONLINE DIRECTORY INFORMATION SERVICE FEATURING INFORMATION REGARDING, AND IN THE NATURE OF, COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

FOR: PROVIDING ONLINE CHAT ROOMS FOR REGISTERED USERS FOR TRANSMISSION OF MESSAGES CONCERNING COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-574,730, FILED 2-24-2005.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

United States Patent and Trademark Office

# FACEBOOK

**Reg. No. 3,881,770**

**Registered Nov. 23, 2010**

**Int. Cls.: 35, 38, 41, 42, and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 SOUTH CALIFORNIA AVENUE
PALO ALTO, CA 94304

FOR: ADVERTISING AND INFORMATION DISTRIBUTION SERVICES, NAMELY, PROVIDING CLASSIFIED ADVERTISING SPACE VIA THE GLOBAL COMPUTER NETWORK; PROMOTING THE GOODS AND SERVICES OF OTHERS OVER THE INTERNET; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF CLASSIFIEDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-4-2004; IN COMMERCE 4-0-2004.

FOR: PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR REGISTERED USERS FOR TRANSMISSION OF MESSAGES CONCERNING COLLEGIATE LIFE, GENERAL INTEREST, CLASSIFIEDS, VIRTUAL COMMUNITY, SOCIAL NETWORKING, PHOTO SHARING, AND TRANSMISSION OF PHOTOGRAPHIC IMAGES; PROVISION OF ON-LINE FORUMS FOR THE TRANSMISSION OF PHOTOGRAPHIC IMAGES; PROVISION OF ON-LINE FORUMS FOR COMMUNICATIONS ON TOPICS OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF COLLEGIATE LIFE CONCERNING COLLEGE ATHLETICS, CONCERTS, ENTERTAINMENT EVENTS, ART, PERFORMING ARTS, MUSIC, DANCE AND ACADEMICS; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES FEATURING COLLEGIATE STUDENT GROUPS CONCERNING SUBJECTS IN THE FIELDS OF ACADEMICS AND ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING ONLINE MEETINGS, GATHERINGS, AND INTERACTIVE DISCUSSIONS; AND COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES AND INFORMATION; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSION, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING; PEER-TO-BROWSER PHOTO SHARING SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING TECHNOLOGY ENABLING USERS TO UPLOAD, VIEW AND DOWNLOAD DIGITAL PHOTOS, IN CLASS 42 (U.S. CLS. 100 AND 101).

UNITED STATES PATENT AND TRADEMARK OFFICE — DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,881,770** FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: INTERNET BASED INTRODUCTION AND SOCIAL NETWORKING SERVICES; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,041,791 AND 3,122,052.

SN 78-920,322, FILED 6-29-2006.

EDWARD NELSON, EXAMINING ATTORNEY

# Exhibit 4




# FB

**Reg. No. 4,659,777**
**Registered Dec. 23, 2014**
**Int. Cl.: 35**
**SERVICE MARK**
**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROMOTING THE GOODS AND SERVICES OF OTHERS OVER THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-521,957, FILED 7-14-2008.

MICHAEL SOUDERS, EXAMINING ATTORNEY




Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# FB

**Reg. No. 4,764,764**

**Registered June 30, 2015**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING ONLINE MEETINGS, GATHERINGS, AND INTERACTIVE DISCUSSIONS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER DEFINED INFORMATION, PERSONAL PROFILES AND INFORMATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-521,965, FILED 7-14-2008.

MICHAEL SOUDERS, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office




# FB

| | |
|---|---|
| **Reg. No. 4,782,234**<br>**Registered July 28, 2015** | FACEBOOK, INC. (DELAWARE CORPORATION)<br>1601 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| **Int. Cl.: 45** | FOR: INTERNET BASED SOCIAL INTRODUCTION AND SOCIAL NETWORKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 4-0-2014; IN COMMERCE 4-0-2014. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-562,177, FILED 3-6-2012. |
| | BILL DAWE, EXAMINING ATTORNEY |




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FB

**Reg. No. 4,782,235**

**Registered July 28, 2015**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG REGISTERED USERS IN THE FIELDS OF COLLEGIATE LIFE, GENERAL INTEREST, CLASSIFIEDS, VIRTUAL COMMUNITY, AND FOR SOCIAL NETWORKING; AND PEER-TO-PEER PHOTO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL IMAGES AMONG INTERNET AND MOBILE DEVICE USERS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-562,193, FILED 3-6-2012.

BILL DAWE, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# Exhibit 5

# United States of America
## United States Patent and Trademark Office

# Instagram

**Reg. No. 4,795,634**

**Registered Aug. 18, 2015**

**Int. Cls.: 9, 38, 41, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS; COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION; COMPUTER SOFTWARE FOR USE AS AN APPLICATION PROGRAMMING INTERFACE (API); COMPUTER SOFTWARE IN THE NATURE OF AN APPLICATION PROGRAMMING INTERFACE (API) FOR COMPUTER SOFTWARE WHICH FACILITATES ONLINE SERVICES FOR SOCIAL NETWORKING, BUILDING SOCIAL NETWORKING APPLICATIONS AND FOR ALLOWING DATA RETRIEVAL, UPLOAD, DOWNLOAD, ACCESS AND MANAGEMENT; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA, MESSAGES, GRAPHICS, IMAGES AND INFORMATION; PEER-TO-PEER PHOTO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL PHOTO FILES AMONG INTERNET USERS; PROVIDING ACCESS TO COMPUTER, ELECTRONIC AND ONLINE DATABASES; PROVIDING ONLINE FORUMS FOR COMMUNICATION, NAMELY, TRANSMISSION ON TOPICS OF GENERAL INTEREST; PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; BROADCASTING SERVICES OVER COMPUTER OR OTHER COMMUNICATION NETWORKS, NAMELY, UPLOADING, POSTING, DISPLAYING, TAGGING, AND ELECTRONICALLY TRANSMITTING DATA, INFORMATION, MESSAGES, GRAPHICS, AND IMAGES; TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF PHOTOS AND VIDEOS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.




Michelle K. Lee

Director of the United States Patent and Trademark Office

**Reg. No. 4,795,634** FOR: PROVIDING COMPUTER, ELECTRONIC AND ONLINE DATABASES IN THE FIELD OF ENTERTAINMENT; PUBLICATION OF ELECTRONIC JOURNALS AND WEB LOGS FEATURING USER GENERATED OR SPECIFIED CONTENT; PUBLISHING SERVICES, NAMELY, PUBLISHING OF ELECTRONIC PUBLICATIONS FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: PROVIDING A WEB SITE THAT GIVES USERS THE ABILITY TO UPLOAD PHOTOGRAPHS; COMPUTER SERVICES, NAMELY, PROVIDING AN INTERACTIVE WEB SITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO MANAGE THEIR ONLINE PHOTOGRAPH AND SOCIAL NETWORKING ACCOUNTS; PROVIDING USE OF ONLINE TEMPORARY NON-DOWNLOADABLE SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS; FILE SHARING SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING TECHNOLOGY ENABLING USERS TO UPLOAD AND DOWNLOAD ELECTRONIC FILES; HOSTING ON-LINE WEB FACILITIES FOR OTHERS FOR MANAGING AND SHARING ON-LINE CONTENT; PROVIDING INFORMATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION; PROVIDING SEARCH ENGINES FOR OBTAINING DATA VIA COMMUNICATIONS NETWORKS; COMPUTER SERVICES, NAMELY, CREATING VIRTUAL COMMUNITIES FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA COMMUNICATION NETWORKS; APPLICATION SERVICE PROVIDER (ASP) SERVICES, NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE OR FACILITATE THE UPLOADING, DOWNLOADING, STREAMING, POSTING, DISPLAYING, BLOGGING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER COMMUNICATION NETWORKS; PROVIDING AN ONLINE NETWORK SERVICE THAT ENABLES USERS TO TRANSFER PERSONAL IDENTITY DATA TO AND SHARE PERSONAL IDENTITY DATA WITH AND AMONG MULTIPLE WEB SITES; PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES ONLINE USERS TO CREATE PERSONAL PROFILES FEATURING SOCIAL NETWORKING INFORMATION AND TO TRANSFER AND SHARE SUCH INFORMATION AMONG MULTIPLE WEB SITES; PROVIDING INFORMATION ON TOPICS OF GENERAL INTEREST FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION, INCLUDING TEXT, ELECTRONIC DOCUMENTS, DATABASES, GRAPHICS AND AUDIO VISUAL INFORMATION, ON COMPUTER AND COMMUNICATION NETWORKS NAMELY, PROVISION OF SEARCH ENGINES FOR THE INTERNET; PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE APPLICATIONS FOR SOCIAL NETWORKING, CREATING A VIRTUAL COMMUNITY, AND TRANSMISSION OF AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED OR USER-SPECIFIED INFORMATION, PERSONAL PROFILES, AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: INTERNET BASED SOCIAL INTRODUCTION, NETWORKING AND DATING SERVICES; PROVIDING ONLINE COMPUTER DATABASES IN THE FIELDS OF SOCIAL NETWORKING, SOCIAL INTRODUCTION AND DATING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

THE MARK CONSISTS OF THE WORD "INSTAGRAM" WRITTEN IN SCRIPT WRITING.

**Reg. No. 4,795,634** SN 85-866,573, FILED 3-4-2013.

WILLIAM ROSSMAN, EXAMINING ATTORNEY




# INSTAGRAM

**Reg. No. 4,146,057**

**Registered May 22, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INSTAGRAM, INC. (DELAWARE CORPORATION)
181 SOUTH PARK AVENUE
SAN FRANCISCO, CA 94107

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORDING "INSTAGRAM" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 85-426,267, FILED 9-19-2011.

BILL DAWE, EXAMINING ATTORNEY




David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,756,754**

**Registered June 16, 2015**

**Int. Cls.: 35 and 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: MARKETING, ADVERTISING AND PROMOTION SERVICES; DISSEMINATION OF ADVERTISING FOR OTHERS VIA COMPUTER AND COMMUNICATION NETWORKS; MARKETING AND ADVERTISING CONSULTATION SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER AND COMMUNICATION NETWORKS; MARKET RESEARCH SERVICES; PROVISION OF MARKET RESEARCH INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2013; IN COMMERCE 11-1-2013.

FOR: TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF ADVERTISEMENTS AND MEDIA ADVERTISING COMMUNICATIONS VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2013; IN COMMERCE 11-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 86-100,072, FILED 10-24-2013.

SANJEEV VOHRA, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 5,566,030**

**Registered Sep. 18, 2018**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Instagram, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 42: Providing a web site that gives users the ability to upload images; file sharing services, namely, providing a website featuring technology enabling users to upload electronic files; providing a web site featuring technology that enables online users to create personal profiles featuring social networking information

FIRST USE 11-5-2012; IN COMMERCE 11-5-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4170675, 4146057

SER. NO. 85-965,167, FILED 06-20-2013




Director of the United States
Patent and Trademark Office




# INSTAGRAM

**Reg. No. 4,170,675**

**Registered July 10, 2012**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, INC. (DELAWARE CORPORATION)
181 SOUTH PARK AVENUE
SAN FRANCISCO, CA 94107

FOR: PROVIDING A WEB SITE THAT GIVES USERS THE ABILITY TO UPLOAD PHOTOGRAPHS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING HELP DESK SERVICES IN THE FIELD OF COMPUTER SOFTWARE, NAMELY, PROVIDING USERS WITH INSTRUCTIONS AND ADVICE ON THE USE OF DOWNLOADABLE COMPUTER SOFTWARE, PROVIDED ONLINE AND VIA E-MAIL; COMPUTER SERVICES, NAMELY, PROVIDING AN INTERACTIVE WEBSITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO MANAGE THEIR ONLINE PHOTOGRAPH AND SOCIAL NETWORKING ACCOUNTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORD "INSTAGRAM" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 85-426,271, FILED 9-19-2011.

BILL DAWE, EXAMINING ATTORNEY




David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,856,047**
**Registered Nov. 17, 2015**
**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROVIDING USE OF ONLINE TEMPORARY NON-DOWNLOADABLE SOFTWARE FOR ENABLING TRANSMISSION OF IMAGES AND AUDIOVISUAL AND VIDEO CONTENT; HOSTING ON-LINE WEB FACILITIES AS WEBSITES AND MOBILE SITES FOR OTHERS FOR MANAGING AND SHARING ON-LINE CONTENT; PROVIDING INFORMATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION; PROVIDING SEARCH ENGINES FOR OBTAINING DATA VIA COMMUNICATIONS NETWORKS; COMPUTER SERVICES, NAMELY, CREATING VIRTUAL COMMUNITIES FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA COMMUNICATION NETWORKS; APPLICATION SERVICE PROVIDER (ASP) SERVICES, NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE OR FACILITATE THE UPLOADING, DOWNLOADING, STREAMING, POSTING, DISPLAYING, BLOGGING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER COMMUNICATION NETWORKS; PROVIDING AN ONLINE NETWORK SERVICE THAT ENABLES USERS TO TRANSFER PERSONAL IDENTITY DATA TO AND SHARE PERSONAL IDENTITY DATA WITH AND AMONG MULTIPLE WEBSITES; PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE APPLICATIONS FOR SOCIAL NETWORKING, CREATING A VIRTUAL COMMUNITY, AND TRANSMISSION OF AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED OR SPECIFIED INFORMATION IN THE NATURE OF PERSONAL PROFILES, AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA, IN CLASS 42 (U.S. CLS. 100 AND 101).




FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Reg. No. 4,856,047** SN 85-983,853, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,822,600**

**Registered Sep. 29, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94035

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF IMAGES, AUDIO-VISUAL AND VIDEO CONTENT; COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION; COMPUTER SOFTWARE FOR USE AS AN APPLICATION PROGRAMMING INTERFACE (API); COMPUTER SOFTWARE IN THE NATURE OF AN APPLICATION PROGRAMMING INTERFACE (API) WHICH FACILITATES ONLINE SERVICES FOR SOCIAL NETWORKING, BUILDING SOCIAL NETWORKING APPLICATIONS AND FOR ALLOWING DATA RETRIEVAL, UPLOAD, DOWNLOAD, ACCESS AND MANAGEMENT; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 85-965,174, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office




# INSTAGRAM

**Reg. No. 4,827,509**

**Registered Oct. 6, 2015**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: INTERNET BASED SOCIAL INTRODUCTION, NETWORKING AND DATING SERVICES; PROVIDING INFORMATION IN THE FORM OF DATABASES FEATURING INFORMATION IN THE FIELDS OF SOCIAL NETWORKING, SOCIAL INTRODUCTION AND DATING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-965,171, FILED 6-20-2013.

EUGENIA MARTIN, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,863,595**

**Registered Dec. 1, 2015**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA, MESSAGES, GRAPHICS, IMAGES, VIDEOS AND INFORMATION; PEER-TO-PEER PHOTO AND VIDEO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL PHOTOS, VIDEO AND AUDIO-VISUAL FILES AMONG INTERNET USERS; PROVIDING ACCESS TO COMPUTER, ELECTRONIC AND ONLINE DATABASES; PROVIDING ONLINE FORUMS FOR COMMUNICATION, NAMELY, TRANSMISSION ON TOPICS OF GENERAL INTEREST; PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; BROADCASTING SERVICES OVER COMPUTER OR OTHER COMMUNICATION NETWORKS, NAMELY, UPLOADING, POSTING, DISPLAYING, TAGGING, AND ELECTRONICALLY TRANSMITTING DATA, INFORMATION, MESSAGES, GRAPHICS, VIDEOS, AND IMAGES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 85-965,177, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Instagram

**Reg. No. 5,019,151**

**Registered Aug. 09, 2016**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Instagram, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 Willow Road
Menlo Park, CA 94025

CLASS 35: Marketing, advertising and promotion services; Dissemination of advertising for others via computer and communication networks; Promoting the goods and services of others via computer and communication networks; Marketing and advertising consultation services; Market research services; Provision of market research information; Providing online advertising services for others; Providing online advertising on computer networks

FIRST USE 8-00-2013; IN COMMERCE 11-1-2013

The mark consists of the word "INSTAGRAM" written in script writing.

SER. NO. 86-725,488, FILED 08-14-2015

JEFFREY J LOOK, EXAMINING ATTORNEY




Michelle K. Lee

Director of the United States
Patent and Trademark Office

# Exhibit 6




# WhatsApp

**Reg. No. 3,939,463**

**Registered Apr. 5, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WHATSAPP INC. (CALIFORNIA CORPORATION)
3561 HOMESTEAD ROAD, #416
SANTA CLARA, CA 95051

FOR: APPLICATION SERVICE PROVIDER, NAMELY, PROVIDING, HOSTING, MANAGING, DEVELOPING, AND MAINTAINING APPLICATIONS, SOFTWARE, WEB SITES, AND DATABASES IN THE FIELDS OF PERSONAL PRODUCTIVITY, WIRELESS COMMUNICATION, MOBILE INFORMATION ACCESS, AND REMOTE DATA MANAGEMENT FOR WIRELESS DELIVERY OF CONTENT TO HANDHELD COMPUTERS, LAPTOPS AND MOBILE ELECTRONIC DEVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-703,877, FILED 4-1-2009.

MARTHA FROMM, EXAMINING ATTORNEY




David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 4,083,272**

**Registered Jan. 10, 2012**

**Int. Cls.: 9 and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WHATSAPP INC. (CALIFORNIA CORPORATION)
#416 3561 HOMESTEAD ROAD
SANTA CLARA, CA 950515161

FOR: DOWNLOADABLE SOFTWARE, NAMELY, INSTANT MESSAGING SOFTWARE, FILE SHARING SOFTWARE, COMMUNICATIONS SOFTWARE FOR ELECTRONICALLY EXCHANGING DATA, AUDIO, VIDEO IMAGES AND GRAPHICS VIA COMPUTER, MOBILE, WIRELESS, TELECOMMUNICATIONS NETWORKS AND DOWNLOADABLE COMPUTER SOFTWARE FOR PROCESSING IMAGES, GRAPHICS, AUDIO, VIDEO, AND TEXT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-10-2009; IN COMMERCE 9-10-2009.

FOR: TELECOMMUNICATION SERVICES, NAMELY, DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION NETWORKS; ELECTRONIC EXCHANGE OF VOICE, DATA, AUDIO, VIDEO, TEXT AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATIONS NETWORKS; INSTANT MESSAGING SERVICES; MOBILE PHONE COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-10-2009; IN COMMERCE 9-10-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.



SER. NO. 85-326,910, FILED 5-22-2011.

LINDA ORNDORFF, EXAMINING ATTORNEY




David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 5,492,738**

**Registered Jun. 12, 2018**

**Int. Cl.: 9, 38, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**



Director of the United States Patent and Trademark Office

WhatsApp Inc. (DELAWARE CORPORATION)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 9: Downloadable software, namely, instant messaging software, file sharing software, communications software for electronically exchanging data, audio, video images and graphics via computer, mobile, wireless, and communication networks; Downloadable computer software for processing images, graphics, audio, video, and text; Downloadable software in the nature of a messaging application; Computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, instant message and online social networking services; Downloadable software in the nature of a mobile application for messaging; Computer software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via computer and communication networks; Software for sending and receiving electronic messages, graphics, images, audio and audio visual content via global communication networks; Computer software for the collection, managing, editing, organizing, modifying, transmission, sharing, and storage of data and information; Computer software for personal information management, and data synchronization software

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 38: Telecommunication services, namely, data transmission and reception services via telecommunication networks; Electronic exchange of voice, data, audio, video, text and graphics accessible via computer and telecommunications networks; Instant messaging services; Mobile phone communication services; Voice over internet protocol (VOIP) services; Audio teleconferencing; Teleconferencing services; Video teleconferencing; Web messaging; Peer-to- peer photo sharing and video sharing services, namely, electronic transmission of digital photo files, videos and audio visual content among users; Providing access to computer, electronic and online databases; Telecommunications services, namely, electronic transmission of data, messages, graphics, images, audio, video and information; Providing online chat rooms, instant messaging services, and electronic bulletin boards; Providing access to computer databases in the field of social networking; Providing online forums for communication on topics of general interest; Providing online communications links that transfer mobile device and Internet users to other local and global online locations

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 42: Application service provider, namely, hosting, managing, developing, and maintaining applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Development, updating and

maintenance of software and database systems in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Computer services, namely, creating an online community for registered users to engage in social networking; Computer services, namely, creating virtual communities for users to participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, hosting electronic facilities for others for interactive discussions via communication networks; Computer services, namely, hosting electronic facilities for others for organizing and conducting discussions via communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via computer and communication networks; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, photographic images and audio visual information, on computer and communication networks; Providing temporary use of non-downloadable software applications for social networking, creating a virtual community, and transmission of audio, video, photographic images, text, graphics and data; Providing online facilities that gives users the ability to upload, modify and share audio, video, photographic images, text, graphics and data

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 45: Online social networking services; Identification verification services, namely, providing authentication of personal identification information; Social introduction and networking services; User verification services, namely, providing authentication of company and personal identification information; Identification verification services, namely, providing authentication of company identification information

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4083272, 3939463

SER. NO. 86-983,863, FILED 10-29-2015

# United States of America

## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 5,520,108**

**Registered Jul. 17, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

WhatsApp Inc. (DELAWARE CORPORATION)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 35: Promoting the goods and services of others via computer and communication networks; Business networking

FIRST USE 1-18-2018; IN COMMERCE 1-18-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4083272, 3939463

SER. NO. 87-040,764, FILED 05-18-2016




Andrei Iancu

Director of the United States
Patent and Trademark Office