# Exhibit 8



# Exhibit 9



# Exhibit 10





