# Exhibit 11

```
Domain name: xn--faceboo-jhb.net
Registry Domain ID: 2348238270_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-30T15:01:43.00Z
Creation Date: 2018-12-30T15:01:43.00Z
Registrar Registration Expiration Date: 2019-12-30T15:01:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Name Server: ns1.xn--faceboo-jhb.net
Name Server: ns2.xn--faceboo-jhb.net
```

```
Domain Name: facebo0k-login.com
Registry Domain ID: 2320116703_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-10-11T08:13:50.00Z
Creation Date: 2018-10-11T08:13:50.00Z
Registrar Registration Expiration Date: 2019-10-11T08:13:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: facebok-securty.com
Registry Domain ID: 2256553838_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-30T12:23:06.00Z
Creation Date: 2018-04-24T20:52:01.00Z
Registrar Registration Expiration Date: 2019-04-24T20:52:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBOKLOGINPAGE.SITE
Registry Domain ID: D73978859-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:38.0Z
Creation Date: 2018-08-10T15:53:35.0Z
Registry Expiry Date: 2019-08-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: facebooksupport.email
Registry Domain ID: 79b576cf1dce4996b93c4106ae07f97a-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2019-06-06T12:05:23Z
Creation Date: 2019-06-01T12:04:52Z
Registry Expiry Date: 2020-06-01T12:04:52Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: ns3.hostinger.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns4.hostinger.com
```

```
Domain Name: howtohackfacebook-account.com
Registry Domain ID: 2300432573_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-21T18:32:02.00Z
Creation Date: 2018-08-21T18:32:02.00Z
Registrar Registration Expiration Date: 2019-08-21T18:32:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACEBOOKVIDEODOWNLOAD.ONLINE
Registry Domain ID: D59084433-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-11-19T19:50:11.0Z
Creation Date: 2018-01-07T03:00:33.0Z
Registry Expiry Date: 2020-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS1.PARKINGCREW.NET
Name Server: NS2.PARKINGCREW.NET
```

```
Domain Name: facebookvideodownloaderonline.com
Registry Domain ID: 2271697878_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-06-26T16:48:48.00Z
Creation Date: 2018-06-05T08:31:24.00Z
Registrar Registration Expiration Date: 2019-06-05T08:31:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Name Server: jay.ns.cloudflare.com
Name Server: nola.ns.cloudflare.com
```

```
Domain Name: FACEBOOOKMAIL.ONLINE
Registry Domain ID: D74916624-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:18:55.0Z
Creation Date: 2018-08-23T21:14:58.0Z
Registry Expiry Date: 2019-08-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOKLOGINPAGE.SPACE
Registry Domain ID: D73978864-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:38.0Z
Creation Date: 2018-08-10T15:53:35.0Z
Registry Expiry Date: 2019-08-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: facebokproblemsolution.com
Registry Domain ID: 2299782152_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-20T12:50:47.00Z
Creation Date: 2018-08-20T12:50:47.00Z
Registrar Registration Expiration Date: 2019-08-20T12:50:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: facebokprofile.com
Registry Domain ID: 2250220195_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-10T11:30:10.00Z
Creation Date: 2018-04-10T11:28:09.00Z
Registrar Registration Expiration Date: 2019-04-10T11:28:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FBPOKERFORTE.COM
Registry Domain ID: 2371193915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-03-20T14:27:23Z
Creation Date: 2019-03-20T14:25:58Z
Registry Expiry Date: 2020-03-20T14:25:58Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
Registry Domain ID: 2371193915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-03-20T14:25:58.00Z
Creation Date: 2019-03-20T14:25:58.00Z
Registrar Registration Expiration Date: 2020-03-20T14:25:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Fax: +51.17057182
Admin Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Fax: +51.17057182
Tech Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Name Server: pdns1.registrar-servers.com
Name Server: pdns2.registrar-servers.com
```

```
Domain Name: FBHELP.ME
Registry Domain ID: D425500000048672729-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2018-05-29T19:54:18Z
Creation Date: 2018-05-29T19:54:17Z
Registry Expiry Date: 2019-05-29T19:54:17Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

For more information on Whois status codes, please visit
https://icann.org/epp

Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.

```
Domain name: xn--nstaram-yya574a.com
Registry Domain ID: 2425761116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-08-22T13:16:34.00Z
Registrar Registration Expiration Date: 2020-08-22T13:16:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Name Server: brenda.ns.cloudflare.com
Name Server: walt.ns.cloudflare.com
```

```
Domain Name: LNSTAGRAMBUSINESSHELP.COM
Registry Domain ID: 2395314350_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-24T01:34:10Z
Creation Date: 2019-05-26T01:27:18Z
Registry Expiry Date: 2020-05-26T01:27:18Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2395314350_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-05-26T01:27:18.00Z
Creation Date: 2019-05-26T01:27:18.00Z
Registrar Registration Expiration Date: 2020-05-26T01:27:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Fax: +51.17057182
Registrant Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Fax: +51.17057182
Admin Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Fax: +51.17057182
Tech Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns3.hostinger.com
```

```
Domain Name: weblogin-instagram.com
Registry Domain ID: 2353048680_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-17T08:19:06.00Z
Creation Date: 2019-01-17T08:19:06.00Z
Registrar Registration Expiration Date: 2020-01-17T08:19:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: INSTAGRAMLOGIN.ORG
Registry Domain ID: D402200000006306238-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-07-29T03:47:19Z
Creation Date: 2018-05-29T14:28:21Z
Registry Expiry Date: 2019-05-29T14:28:21Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: CNS359.HOSTGATOR.COM
Name Server: CNS360.HOSTGATOR.COM
```

```
Domain Name: INSTAGRAMLOGIN.SITE
Registry Domain ID: D74068374-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:49.0Z
Creation Date: 2018-08-12T16:35:35.0Z
Registry Expiry Date: 2019-08-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: instagramverify.services
Registry Domain ID: 3b2b0fa5e30741d7ad62a39b8490a73d-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-08-22T12:42:15Z
Creation Date: 2018-08-10T20:57:00Z
Registry Expiry Date: 2019-08-10T20:57:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: dummysecondary.pleasecontactsupport.com
Name Server: blockedduetophishing.pleasecontactsupport.com
```

```
Domain Name: securedlogin-lnstagram.com
Registry Domain ID: 2303459563_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-28T22:06:34.00Z
Creation Date: 2018-08-28T22:06:34.00Z
Registrar Registration Expiration Date: 2019-08-28T22:06:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: security-instagram.email
Registry Domain ID: f04d71cda3b649039d4999758ff6ae90-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2019-05-29T11:20:26Z
Creation Date: 2018-06-22T00:22:29Z
Registry Expiry Date: 2020-06-22T00:22:29Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: verified-lnstagram.com
Registry Domain ID: 2342176180_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-11T03:13:28.00Z
Creation Date: 2018-12-11T03:13:28.00Z
Registrar Registration Expiration Date: 2019-12-11T03:13:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Name Server: anirban.ns.cloudflare.com
Name Server: barbara.ns.cloudflare.com
```

```
Domain name: inst4gram.com
Registry Domain ID: 2304755665_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-09-01T01:01:36.00Z
Creation Date: 2018-09-01T01:01:36.00Z
Registrar Registration Expiration Date: 2019-09-01T01:01:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Name Server: brad.ns.cloudflare.com
Name Server: dora.ns.cloudflare.com
```

```
Domain Name: instagram-download.pictures
Registry Domain ID: f43a0524e3cc40c982806383c2f3a20f-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-10-16T01:34:23Z
Creation Date: 2018-10-11T01:33:41Z
Registry Expiry Date: 2019-10-11T01:33:41Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: ns3.hostinger.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns4.hostinger.com
```

```
Domain Name: INSTAGRAM-SPY.ONLINE
Registry Domain ID: D81000469-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-20T10:55:39.0Z
Creation Date: 2018-10-30T19:49:28.0Z
Registry Expiry Date: 2019-10-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAMSPY.INFO
Registry Domain ID: D503300000045195526-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2018-08-01T11:30:05Z
Creation Date: 2017-08-31T12:22:58Z
Registry Expiry Date: 2019-08-31T12:22:58Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: hackanyinstagram.com
Registry Domain ID: 2344613340_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-18T20:51:40.00Z
Creation Date: 2018-12-18T20:51:40.00Z
Registrar Registration Expiration Date: 2019-12-18T20:51:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: hackinganinstagram.com
Registry Domain ID: 2259545343_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-05-04T17:12:35.00Z
Creation Date: 2018-05-03T10:45:42.00Z
Registrar Registration Expiration Date: 2019-05-03T10:45:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: cdninstagram.download
Registry Domain ID: D72BF969369AB428E9F621AA075BFF426-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-02-23T12:49:27Z
Creation Date: 2018-02-13T15:28:40Z
Registry Expiry Date: 2020-02-13T15:28:40Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
```

```
Domain Name: cryptoinstagram.com
Registry Domain ID: 2188245357_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2017-12-30T17:51:20.00Z
Creation Date: 2017-11-17T03:08:41.00Z
Registrar Registration Expiration Date: 2019-11-17T03:08:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: whatapp.services
Registry Domain ID: b9e35748e040441391fc395edc819d65-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-11-06T05:33:38Z
Creation Date: 2017-12-01T06:36:09Z
Registry Expiry Date: 2019-12-01T06:36:09Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: JOINWHATSAPPGROUP.ONLINE
Registry Domain ID: D75019969-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-19T08:35:31.0Z
Creation Date: 2018-08-25T01:12:18.0Z
Registry Expiry Date: 2019-08-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: BELLA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```

```
Domain Name: BACKUPMYWHATSAPP.ONLINE
Registry Domain ID: D74789189-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:18:34.0Z
Creation Date: 2018-08-22T12:01:22.0Z
Registry Expiry Date: 2019-08-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: DOWNLOAD-WHATSAPP.ONLINE
Registry Domain ID: D74939869-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-19T08:32:36.0Z
Creation Date: 2018-08-24T06:13:38.0Z
Registry Expiry Date: 2019-08-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: BELLA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPPDOWNLOAD.SITE
Registry Domain ID: D79929599-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-16T11:44:26.0Z
Creation Date: 2018-10-22T09:55:14.0Z
Registry Expiry Date: 2019-10-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: whatsappsex.club
Registry Domain ID: D622440E1A88A47AD90B452B761F1F167-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-02-19T09:32:16Z
Creation Date: 2018-03-16T13:04:03Z
Registry Expiry Date: 2020-03-16T13:04:03Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
```

```
Domain Name: whatsapptricks.club
Registry Domain ID: DAFEA4B71668E415B90833832BFC94BC9-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-16T18:44:21Z
Creation Date: 2018-04-10T01:19:06Z
Registry Expiry Date: 2019-04-10T01:19:06Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
```

```
Domain Name: WHATZAPPHACKS.XYZ
Registry Domain ID: D75136919-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:19:34.0Z
Creation Date: 2018-08-26T18:08:54.0Z
Registry Expiry Date: 2019-08-26T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: EUROPE1130.BANAHOSTING.COM
Name Server: EUROPE1131.BANAHOSTING.COM
```

```
Domain Name: freewhatsappspy.com
Registry Domain ID: 2154062583_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-08-16T16:12:44.48Z
Creation Date: 2017-08-16T17:37:15.00Z
Registrar Registration Expiration Date: 2020-08-16T17:37:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: freewhatsapptracker.com
Registry Domain ID: 2220188916_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-04T15:15:34.05Z
Creation Date: 2018-01-29T14:09:57.00Z
Registrar Registration Expiration Date: 2020-01-29T14:09:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: GGIRLSNUMBERWHATSAPP.ONLINE
Registry Domain ID: D76998354-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-10-24T09:10:44.0Z
Creation Date: 2018-09-20T06:57:17.0Z
Registry Expiry Date: 2019-09-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NOEL.NS.CLOUDFLARE.COM
Name Server: RUTH.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPP-SOHBET.XYZ
Registry Domain ID: D66089104-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-10-30T14:31:42.0Z
Creation Date: 2018-04-20T11:29:23.0Z
Registry Expiry Date: 2019-04-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: DESI.NS.CLOUDFLARE.COM
Name Server: NOEL.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Billing Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone:
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

```
Domain Name: whatsapponline.bid
Registry Domain ID: D6B637142C34B4E809DD873BB8004F725-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-11-19T22:32:21Z
Creation Date: 2018-07-15T12:54:08Z
Registry Expiry Date: 2019-07-15T12:54:08Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name:
Registrant Organization:
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Fax:
Registrant Email: Please query the RDDS service …
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Fax:
Admin Email: Please query the RDDS service …
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Fax:
Tech Email: Please query the RDDS service …
Name Server: sam.ns.cloudflare.com
Name Server: gail.ns.cloudflare.com
```

```
Domain Name: whatsapp-sohbet.club
Registry Domain ID: D47F48C31B98C4896993131623619CFEC-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-09-03T14:01:12Z
Creation Date: 2018-08-29T14:01:11Z
Registry Expiry Date: 2019-08-29T14:01:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization:
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service …
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service …
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service …
Name Server: noel.ns.cloudflare.com
Name Server: desi.ns.cloudflare.com
```