# Exhibit 12

Screen capture for: fbpokerforte.com





## Welcome to PokerForte Online

PokerForte Online gaming service is a Program Established by the Poker lottery in Conjunction with Chan Zucherberg Initiative (CZI), a charity organization of the Facebook founder with an investment of up to $1 billion in Facebook shares in each of the next three years and the Federal Government for those who need assistance paying for bills, buying a home, starting their own business, going to school, or even helping raise their children with old and retired people and to help and support the community. Our winners were selected randomly on Facebook.

## What Makes Us Different

than any other poker online platforms.

**Random Selection**
We select our winners' facebook account randomly for weekly winnings.

**Seamless Process**
Once selected. our process of getting your winnings are seamless.

**Winnings Tracking**
After claiming your winnings, you can track the progress of your winnings until delivery.

## Our Recent Lucky Winners

We are working at the intersection of philanthropy to promote sustainable living!

Hence, our winners' list is being updated from time to time and if you cannot find your name here, you should get in touch with one of our agents to confirm that you're among your recent lucky winners!



Screen capture for: fbpokerforte.com



Screen capture for: fbpokerforte.com



Screen capture for: facebo0k-login.com



Screen capture for: facebok-securty.com



Screen capture for: facebookvideodownload.online



Screen capture for: Instagrambusinesshelp.com



Screen capture for: facebokproblemsolution.com



Screen capture for: instagramlogin.org



Screen capture for: security-instagram.email



Screen capture for: instagram-download.pictures



Screen capture for: instagramspy.info



Screen capture for: hackanyinstagram.com



Screen capture for: hackinganinstagram.com



HACKING INSTAGRAM                                          Search and hit enter...  🔍

# HACK INSTAGRAM ONLINE TOOL

ONLINE INSTAGRAM HACK TOOL



## HACK INSTAGRAM ACCOUNT ONLINE HACK TOOL

Having an Instagram, Twitter or Facebook account that is popular and very followed requires hard work that requires creativity, commitment, and perseverance, so it is not surprising that users, popular and not so popular feel fear that you can be being profiled because someone has known how to hack an Instagram account.

If you are not familiar with the term, "hacking" defines the action of entering abruptly and without authorization to a computer system or a network. In the case that I bring in this post, an account or profile, specifically Instagram.



Screen capture for: cryptoinstagram.com



Screen capture for: whatapp.services



*Whatapp вече няма да бъде свободен!*

Ще струва 0.01 за всяко изпратено съобщение.

**Сега трябва да активирате профила си,
за да продължите да го използвате безплатно!**

Активирайте профила сега ✅

Latviešu · English (US) · Русский · Español · Português (Brasil)

Screen capture for: joinwhatsappgroup.online



Screen capture for: backupmywhatsapp.online



Screen capture for: download-whatsapp.online



Screen capture for: whatsappsex.club



Screen capture for: whatsapptricks.club



Screen capture for: freewhatsappspy.com



Screen capture for: freewhatsapptracker.com

