# Exhibit 14

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Accenture Global Services Limited | acceinture.com | WhoisGuard | WIPO | D2019-1222 | TRANSFER |
| Accenture Global Services Limited | acceneture.com | WhoisGuard | WIPO | D2019-0962 | TRANSFER |
| Accenture Global Services Limited | accentuire.com | WhoisGuard | WIPO | D2019-0493 | TRANSFER |
| Accenture Global Services Limited | accenture-corp.com | WhoisGuard | WIPO | D2018-0811 | TRANSFER |
| Accenture Global Services Limited | accenture-grp.com | WhoisGuard | WIPO | D2018-2524 | TRANSFER |
| Accenture Global Services Limited | accentureaviationltd.com | WhoisGuard | WIPO | D2019-0447 | TRANSFER |
| Accenture Global Services Limited | accentureca.net | WhoisGuard | WIPO | D2018-2318 | TRANSFER |
| Accenture Global Services Limited | accenturellp.net | WhoisGuard | WIPO | D2018-1641 | TRANSFER |
| Accenture Global Services Limited | accenturellpusa.com | WhoisGuard | WIPO | D2019-0799 | TRANSFER |
| Accenture Global Services Limited | accentureus.com | WhoisGuard | WIPO | D2018-1091 | TRANSFER |
| Accenture Global Services Limited | accountspayable-accenture.com | Whoisguard | WIPO | D2015-2037 | TRANSFER |
| Accenture Global Services Limited | ap-accenture.com | WhoisGuard | WIPO | D2019-2041 | TRANSFER |
| Bloomberg Finance L.P. | bloomberg-tv.stream | WhoisGuard | NAF | 1774233 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.best | WhoisGuard | NAF | 1846599 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.fun | WhoisGuard | NAF | 1793683 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.pink | WhoisGuard | NAF | 1800273 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg24.trade | WhoisGuard | NAF | 1792871 | SUSPENDED |
| Bloomberg Finance L.P. | bloombergtoday.top | WhoisGuard | NAF | 1742021 | SUSPENDED |
| Bloomberg Finance LP | bloombergnews.club | WhoisGuard | NAF | 1721857 | SUSPENDED |
| Calvin Klein Inc. Calvin Klein Trademark Trust | calvinklein.design | WhoisGuard | WIPO | D2015-2306 | TRANSFER |
| Calvin Klein Trademark Trust, Calvin Klein Inc. | clavinkleinpreferred.com | WhoisGuard | WIPO | D2016-1734 | TRANSFER |
| DIRECTV, LLC | digitaldirecttv.net | WHOISGuard | WIPO | D2015-0585 | TRANSFER |
| Eli Lilly and Company | cialis-buy20mg.com; cialis- | WhoisGuard | WIPO | D2016-1737 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| | canada20mg.com | | | | |
| Eli Lilly and Company | cialis.website | WhoisGuard | NAF | 1715054 | SUSPENDED |
| Eli Lilly and Company | lillywomenshealth.com | WhoisGuard | WIPO | D2007-0162 | TRANSFER |
| Facebook Inc. | facebook.com (xn--facboo-gq7bu7b.com) | WhoisGuard | WIPO | D2019-1668 | TRANSFER |
| Facebook Inc. | fb-nuoma.info; fbnuoma.info | WhoisGuard | WIPO | D2019-1844 | TRANSFER |
| Facebook Inc. Instagram, LLC | facebook.net (xn--faceboo-jhb.net); Instagram.link | WhoisGuard | WIPO | D2019-0797 | TRANSFER |
| Facebook, Inc. | facebook-sports.com; facebook-watch.com; facebooklivegame.comfacebookonlinelive.com; facebookonlinetv.com; fb-live.xyz; fb-livesports.stream; fb-tv.xyz; livefacebooklive.com; livefacebooklive.org | WhoisGuard | WIPO | D2019-0082 | TRANSFER |
| Facebook, Inc. | facebooksupport.email | WhoisGuard | WIPO | D2019-1777 | TRANSFER |
| Facebook, Inc. | fbleadscraper.com; fbmailextractor.com | WhoisGuard | WIPO | D2019-0366 | TRANSFER |
| Gap (Apparel), LLC Gap (ITM) Inc. The Gap, Inc. | secure-gap.com | WhoisGuard | WIPO | D2018-1897 | TRANSFER |
| HUGO BOSS AG HUGO BOSS Trade Mark Management GmbH & Co. KG | metzingenhugoboss.com | WhoisGuard | WIPO | D2013-0540 | TRANSFER |
| Instagram, LLC | instagram.eu.com | WhoisGuard | NAF | 1780141 | TRANSFERRED |
| Instagram, LLC | instagramverifier.com | WhoisGuard | WIPO | D2017-1752 | TRANSFER |
| Jacuzzi Inc. | jacuzze.com | Whoisguard | WIPO | D2016-2355 | TRANSFER |
| Kmart of Michigan, Inc. | kmartpromo.com | WhoisGuard | NAF | 569042 | TRANSFERRED |
| LEGO Juris A/S | chineselego.com | Whoisguard | WIPO | D2017-0143 | TRANSFER |
| LEGO Juris A/S | discountedlegos.com; legoemporium.com; legooverstock.comlegosupplyco.com; overstocklegos.com; ultimatelegosets.com | WhoisGuard | WIPO | D2019-0268 | TRANSFER |
| LEGO Juris A/S | landlego.com | WhoisGuard | WIPO | D2018-2717 | TRANSFER |
| LEGO Juris A/S | legocityairportvipservice.site; legocityfunintheparkcitypeoplepack.site; | WhoisGuard | WIPO | D2017-0188 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| | legocityvolvano.site legocreatorvacationgetaways.site; legoduplobigconstructionsite.site; legoduplomickeyandfriendsbeachhouse.site; legoghostbustersecto.site; legojuniorsbatmanandsupermanvslexluthor.site; legostarwars2016adventcalendar.site; legostarwarscloneturbotank.site | | | | |
| LEGO Juris A/S | legocitycorner.com | WhoisGuard | WIPO | D2011-1693 | TRANSFER |
| LEGO Juris A/S | legodarthvader.org | WhoisGuard | WIPO | D2012-1335 | TRANSFER |
| LEGO Juris A/S | legofiretruck.net | WhoisGuard | WIPO | D2011-1642 | TRANSFER |
| LEGO Juris A/S | legogames.online | WhoisGuard | WIPO | D2016-1471 | TRANSFER |
| LEGO Juris A/S | legograndemporium.com; legohome.org; legowhitehouse.com | WhoisGuard | WIPO | D2012-0404 | TRANSFER |
| LEGO Juris A/S | legoku.com | Whoisguard | WIPO | D2015-0939 | TRANSFER |
| LEGO Juris A/S | legomegastore.com | WhoisGuard | WIPO | D2013-0814 | TRANSFER |
| LEGO Juris A/S | legomovie-2.com | WhoisGuard | WIPO | D2019-0238 | TRANSFER |
| LEGO Juris A/S | legoninjagofiretemple.net | WhoisGuard | WIPO | D2012-0832 | TRANSFER |
| LEGO Juris A/S | legorobots.net | WhoisGuard | WIPO | D2012-2225 | TRANSFER |
| LEGO Juris A/S | legos.biz | WhoisGuard | WIPO | D2014-1783 | TRANSFER |
| LEGO Juris A/S | legos.website | WhoisGuard | WIPO | D2019-0204 | TRANSFER |
| LEGO Juris A/S | legosforgirls.info | WhoisGuard | WIPO | D2010-0545 | TRANSFER |
| LEGO Juris A/S | legosforsale.org | WhoisGuard | WIPO | D2010-0660 | TRANSFER |
| LEGO Juris A/S | legoshop.space | WhoisGuard | WIPO | D2017-2276 | TRANSFER |
| LEGO Juris A/S | legoshop.xyz | WhoisGuard | WIPO | D2016-1082 | TRANSFER |
| LEGO Juris A/S | legostarwars2015.com | Whoisguard | WIPO | D2016-1472 | TRANSFER |
| LEGO Juris A/S | legoworld.website | WhoisGuard | WIPO | D2015-1724 | TRANSFER |
| LEGO Juris A/S | movielego.com | Whoisguard | WIPO | D2013-2088 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| LEGO Juris A/S | mylegosuperstore.com | WhoisGuard | WIPO | D2011-1409 | TRANSFER |
| Mastercard International Incorporated | mastercardcredit.com | Whoisguard | WIPO | D2017-1873 | TRANSFER |
| MasterCard International Incorporated | wwwpriceless.net | WhoisGuard | WIPO | D2007-1137 | TRANSFER |
| Nike Innovate C.V. | nikegiveaway.info | WhoisGuard | WIPO | D2018-1222 | TRANSFER |
| Orange Brand Services Limited | oronge-iptv.com; oronge-store.com | WhoisGuard | WIPO | D2019-2202 | TRANSFER |
| Philip Morris Products S.A. | iqos.host | WhoisGuard | NAF | 1871671 | SUSPENDED |
| Philip Morris Products S.A. | iqos.rocks | WhoisGuard | WIPO | D2017-1026 | TRANSFER |
| Philip Morris Products S.A. | iqosatismagazasi.bid | WhoisGuard | NAF | 1815604 | SUSPENDED |
| Philip Morris Products S.A. | iqoscigaretteltd.com | WhoisGuard | WIPO | D2018-2431 | TRANSFER |
| Philip Morris Products S.A. | iqosheets.net | WhoisGuard | WIPO | D2019-0663 | TRANSFER |
| Philip Morris Products S.A. | iqospost.com | WhoisGuard | WIPO | D2019-0918 | TRANSFER |
| Philip Morris Products S.A. | iqossales.com | WhoisGuard | WIPO | D2019-1208 | TRANSFER |
| Philip Morris Products S.A. | iqostr.online | WhoisGuard | NAF | 1815601 | SUSPENDED |
| Philip Morris Products S.A. | shop-iqos.com | WhoisGuard | WIPO | D2018-0843 | TRANSFER |
| Philip Morris Products S.A. | smokeheets.com | WhoisGuard | WIPO | D2019-2353 | TRANSFER |
| Philip Morris USA Inc. | bensonandhedges-ciga.com | WhoisGuard | WIPO | D2018-1727 | TRANSFER |
| Philip Morris USA Inc. | first-marlboro.com | Whoisguard | WIPO | D2015-2139 | TRANSFER |
| Philip Morris USA Inc. | isomarlboro.racing | WhoisGuard | WIPO | D2016-1826 | TRANSFER |
| Philip Morris USA Inc. | marlboro-cigs.club; marlboro-cigs.info; marlboro-cigs.sitemarlboro-cigs.space; marlboro-cigs.xyz; marlborocigs.club; marlborocigs.space; marlborocigs.xyz; marlboroprimes.com; marlboroprize.biz; marlboroprize.com; marlboropromo.com; marlboroscigs.club; marlboroscigs.com; marlboroscigs.info; marlboroscigs.space; marlboroscigs.xyz; marlborosprize.com | WhoisGuard | WIPO | D2016-0250 | TRANSFER |
| Philip Morris USA Inc. | marlboro-com.life | WhoisGuard | WIPO | D2017-2408 | TRANSFER |
| Philip Morris USA Inc. | marlboroblend420.com | Whoisguard | WIPO | D2014-1583 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Philip Morris USA Inc. | marlborocoupons4u.com | WhoisGuard | WIPO | D2017-1081 | TRANSFER |
| Philip Morris USA Inc. | marlborosfree.site | WhoisGuard | WIPO | D2017-0306 | TRANSFER |
| Philip Morris USA Inc. | pallmall-marlboro.com | Whoisguard | WIPO | D2016-2194 | TRANSFER |
| Qualtrics, LLC | qualtricsinc.com; qualtricsmr.com; qualtricsmrinc.com | WhoisGuard | WIPO | D2019-2384 | TRANSFER |
| Red Bull GmbH | redbull-coupons.com | WhoisGuard | WIPO | D2012-2353 | CANCELLATION |
| Red Bull GmbH | redbull4free.com | WhoisGuard | WIPO | D2013-1464 | CANCELLATION |
| Red Bull GmbH | redbull88.com; redbullqq.com; redbullsqq.com | WhoisGuard | WIPO | D2017-2600 | CANCELLATION |
| Red Bull GmbH | redbullsmlsstore.com | WhoisGuard | WIPO | D2018-0245 | TRANSFER |
| Samsung Electronics Co., Ltd. | samsunggalaxygear.org | Whoisguard | WIPO | D2014-1615 | TRANSFER |
| Singapore Pools (Private) Limited | singaporepools.online | Whoisguard | WIPO | D2018-0048 | TRANSFER |
| Singapore Pools (Private) Limited | singaporepools.org | WhoisGuard | WIPO | D2016-0290 | TRANSFER |
| Tinder, Inc. | letstinder.date; ourtinder.date; tinderdate.hosttinderdates.online; tinderdates.website; tinderflings.date; tinderhookup.online; tinderhookup.xyz; tindermeet.online; tindermeet.party; tindermeetup.date; tindermeetup.site; tindfun.com | Whoisguard | WIPO | D2017-0106 | TRANSFER |
| Tinder, Incorporated | tinder-background.com; tinder-checking.com; tinder-checks.comtinder-datecheck.com; tinder-vcode.com; tinderbgcheck.com; tinderdatechecker.com; tinderdatechecking.com; tinderdatechecks.com; tinderdatecode.com; tindermatchchecks.com; tindermatchchk.com; tindersafe.site; tinderverification.com; tinderverifications.com | WhoisGuard | WIPO | D2016-1610 | TRANSFER |
| Tinder, Incorporated | tinderplusplus.com | Whoisguard | WIPO | D2017-0005 | TRANSFER |
| UnitedHealth Group Incorporated | unitedhealthcarenline.com; unitedhealthcareonlie.com | WhoisGuard | NAF | 944200 | TRANSFERRED |
| Volkswagen AG | vw-poznan.xyz | WhoisGuard | WIPO | D2016-0293 | CANCELLATION |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Wal-Mart Stores Inc. | samslcub.com | WhoisGuard | WIPO | D2007-0425 | TRANSFER |
| Wal-Mart Stores, Inc. | cialisoverthe-counteratwalmart.com; cialisoverthecounteratwalmart.com | WhoisGuard | WIPO | D2016-1760 | TRANSFER |
| Xerox Corporation | acsworldwideltd.com | Whoisguard | WIPO | D2015-1912 | TRANSFER |
| Xerox Corporation | driverfujixerox.net; xerox-printerdriver.com; xerox-printerdrivers.com | WhoisGuard | WIPO | D2019-1278 | TRANSFER |
| Yves Saint Laurent, S.A.S. | yslsale.com | WhoisGuard | WIPO | D2013-0571 | TRANSFER |
| Zappos.com Inc. | myzappos.com | WhoisGuard | NAF | 408128 | TRANSFERRED |