David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice to be filed*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice to be filed*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice to be filed*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>　　　　　Defendants. | No.<br><br>**PLAINTIFF INSTAGRAM, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Instagram, LLC, in compliance with the provisions of: *(check one)*

   _x_  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   ____ No such corporation.

   _x_  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

Facebook, Inc.                                        Relationship: Subsidiary of Facebook, Inc.

   ____ Publicly held corporation, not a party to the case, with financial interest in the outcome.  *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed.*)

_____Relationship_____

   ___ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

- 2 -

DATED this 4th day of March, 2020.

        SNELL & WILMER L.L.P.

By: *s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.