AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  __District of Arizona__  on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>03/04/2020 | U.S. DISTRICT COURT<br>District of Arizona | |
|---|---|---|---|
| PLAINTIFF<br>FACEBOOK, INC., INSTAGRAM, LLC, and WHATSAPP INC. | | DEFENDANT<br>NAMECHEAP, INC. and WHOISGUARD, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See attached. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## ATTACHMENT TO AO 120

| Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| 3,122,052 | July 25, 2006 | Facebook, Inc. |
| 3,881,770 | November 23, 2010 | Facebook, Inc. |
| 4,659,777 | December 23, 2014 | Facebook, Inc. |
| 4,764,764 | June 30, 2015 | Facebook, Inc. |
| 4,782,234 | July 28, 2015 | Facebook, Inc. |
| 4,782,235 | July 28, 2015 | Facebook, Inc. |
| 4,795,634 | August 18, 2015 | Instagram, LLC |
| 4,146,057 | May 22, 2012 | Instagram, LLC |
| 4,756,754 | June 16, 2015 | Instagram, LLC |
| 5,566,030 | September 18, 2018 | Instagram, LLC |
| 4,170,675 | July 10, 2012 | Instagram, LLC |
| 4,856,047 | November 17, 2015 | Instagram, LLC |
| 4,822,600 | September 29, 2015 | Instagram, LLC |
| 4,827,509 | October 6, 2015 | Instagram, LLC |
| 4,863,595 | December 1, 2015 | Instagram, LLC |
| 5,019,151 | August 9, 2016 | Instagram, LLC |
| 3,939,463 | April 5, 2011 | WhatsApp Inc. |
| 4,083,272 | January 10, 2012 | WhatsApp Inc. |
| 5,492,738 | June 12, 2018 | WhatsApp Inc. |
| 5,520,108 | July 17, 2018 | WhatsApp Inc. |