FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: rharris@fclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FACEBOOK INC., a Delaware corporation; INSTAGRAM LLC, a Delaware limited liability company; and WHATSAPP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NAMECHEAP INC., a Delaware corporation; and WHOISGUARD INC., a Republic of Panama corporation,<br><br>Defendants. | No. 2:20 cv 00470 PHX GMS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard") (collectively, "Defendants") hereby request an extension of time of 30 days, from March 26, 2020 to April 24, 2020, for Namecheap to file an answer or other response to Plaintiffs' Complaint in the above-titled action. Plaintiffs Facebook, Inc., Instagram LLC, and Whatsapp, Inc. (collectively, "Plaintiffs") do not oppose the relief requested by this motion.

In further support of this motion, Defendants state the following:

1. Plaintiffs brought this action for Anticybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d); Trademark and Service Mark Infringement under 15 U.S.C. § 1114; Trademark and Service Mark Infringement and False Designation of Origin under 15 U.S.C. § 1125(a); and Dilution of Trademarks Under 15 U.S.C. § 1125(c).  In addition to damages, Plaintiffs seek injunctive relief and a trebling of damages.   Plaintiffs filed their Complaint on March 4, 2020.

2. Namecheap was served on March 5, 2020.  Namecheap's answer would therefore be due on or before March 26, 2020.

3. Defense counsel accepted service on behalf of WhoisGuard on March 16, 2020.  WhoisGuard, a Panamanian corporation, would have to answer or otherwise plead on or by April 4, 2020.  Defendants would prefer to file their responses at the same time so that they could be considered jointly by the Court.

4. Defendants cannot reasonably respond to the Complaint within the time set forth in Rule 12(a).  Plaintiffs' Complaint presents a complex factual pattern requiring a comprehensive examination of the claims asserted.  Specifically, the Complaint concerns some forty-five (45) domain names; seventeen (17) claims asserting the domain names infringe Plaintiffs' marks (each with their own history); and references a number of agreements and Internet Corporation for Assigned Names and Numbers ("ICANN") governance documents which are appended as exhibits to the Complaint.  With exhibits, the Complaint exceeds three hundred (300) pages.  An intelligent response to the Complaint would necessitate an examination of each of the domains in question, each alleged inquiry made by Plaintiffs to Defendants, and the trademark rights claimed by Plaintiffs under the governing documents. Due to the sheer volume of information that has to be collected and reviewed, further complicated by the interruption to this process occasioned by the COVID 19 pandemic, Defendants are unable to answer or otherwise respond to the Complaint within the present deadlines.

FENNEMORE CRAIG, P.C.
PHOENIX

4. Defendants do not presently anticipate that a further extension of time will be necessary. However, Defendants respectfully reserve the right to request same in the event that unique circumstances occasioned by the COVID-19 pandemic should occasion a further need to seek an extension.

5. Defendants' California counsel, Eugene Rome, whose *pro hac vice* application is being filed concurrently herewith, conferred with Plaintiffs' counsel, David J. Steele, and is informed that Plaintiffs do not oppose the relief requested in this motion.

6. A proposed order is attached to this filing, and immediately following the filing of this unopposed motion, Defendants will submit, via electronic mail, a proposed order to chambers. Defendants, therefore, respectfully request that this Court extend Defendants deadline to answer or otherwise respond to Plaintiffs' Complaint to April 24, 2020.

Respectfully submitted this 23rd day of March, 2020.

FENNEMORE CRAIG, P.C.


By: /s/ Ray Harris
    Ray K. Harris
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and for service via transmittal of a Notice of Electronic Filing to counsel of record in this proceeding.

/s/  Lela Robertson

FENNEMORE CRAIG, P.C.

PHOENIX

- 4 -