1

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9    Facebook Incorporated, et al.,                 No. CV-20-00470-PHX-GMS

10                  Plaintiffs,                      **ORDER**

11   v.

12   Namecheap Incorporated, et al.,

13                  Defendants.

14

15       Pursuant to the parties' Unopposed Motion to Extend (Doc. 12) and good cause

16   appearing,

17       **IT IS HEREBY ORDERED** that the Motion is granted.  Defendants shall have to

18   and including **April 24, 2020** in which to answer and/or respond to the Complaint.  Thus,

19   the parties' obligations to produce the information called for in the MIDP within 30 days

20   of the filing of an answer, as set forth in paragraph (A)(6) of the General Order, will be

21   triggered by Defendant's filing of an answer after this extension.  No further extension

22   shall be granted.

23       Dated this 23rd day of March, 2020.

24

25                          _____
                                    G. Murray Snow
26                          Chief United States District Judge

27

28