AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-20-470-PHX-GMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Namecheap, Inc.**
was received by me on *(date)* **03/05/2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Harvard Business Service, Inc., Agent, Received by Gary Damini** designated by law to accept service of process on behalf of *(name of organization)* **Namecheap, Inc.** at 16192 Coastal Highway, Lewes, Delaware 19958 at 3:10 p.m. [EST] on *(date)* **03/06/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/09/2020**

*Server's signature*

GRANVILLE MORRIS, Not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
2500 Delaware Avenue, Wilmington, Delaware 19806
Phone No.: (800) 952-2288 / Fax No.: (302) 239-0928
Registration No.: N/A / County: N/A
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) COMPLAINT; 2) CIVIL COVER SHEET; 3) PLAINTIFF FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT; 4) PLAINTIFF INSTAGRAM, LLC'S CORPORATE DISCLOSURE STATEMENT; 5) PLAINTIFF WHATSAPP INC.'S CORPORATE DISCLOSURE STATEMENT; 6) NOTICE TO PARTIES-MANDATORY INITIAL DISCOVERY PILOT PROJECT; 7) GENERAL ORDER 17-08; 8) MANDATORY INITIAL DISCOVERY PILOT PROJECT CHECKLIST; 9) REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; 10) REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; 11) ORDER/NOTICE PURSUANT TO FED. R. CIV. P. 4(m)

Facebook, Inc.; et al. v. Namecheap, Inc.; et al.                                                          #1837581CB