1  David G. Barker (#024657)
   dbarker@swlaw.com
2  Jacob C. Jones (#029971)
   jcjones@swlaw.com
3  SNELL & WILMER L.L.P.
   One Arizona Center
4  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
5  Telephone: 602.382.6000
   Facsimile: 602.382.6070
6
   TUCKER ELLIS LLP
7  David J. Steele (*pro hac vice*)
   david.steele@tuckerellis.com
8  Howard A. Kroll (*pro hac vice*)
   howard.kroll@tuckerellis.com
9  Steven E. Lauridsen (*pro hac vice*)
   steven.lauridsen@tuckerellis.com
10 515 South Flower Street
   Forty-Second Floor
11 Los Angeles, CA 90071-2223
   Telephone: (213) 430-3400
12 Facsimile: (213) 430-3409

13 Attorneys for Plaintiffs,
   Facebook, Inc., Instagram, LLC and
14 WhatsApp Inc.

15

**UNITED STATES DISTRICT COURT**

16

**DISTRICT OF ARIZONA**

17

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**ACCEPTANCE OF SERVICE OF PROCESS FOR DEFENDANT WHOISGUARD, INC.** |

1

I, Eugene Rome, declare as follows:

1. I am counsel for Defendant Whoisguard, Inc., and I am duly authorized to enter into this Acceptance of Service of Process on its behalf.

2. I acknowledge receipt of the Summons issued to Whoisguard, Inc. (ECF No. 10-1), Complaint and Demand for Jury Trial (ECF No. 1) with Exhibits 1-14 (ECF Nos. 1-2 through 1-10), Civil Cover Sheet (ECF No. 1-1), Plaintiff Facebook, Inc.'s Corporate Disclosure Statement (ECF No. 2), Plaintiff Instagram, LLC's Corporate Disclosure Statement (ECF No. 3), Plaintiff WhatsApp, Inc.'s Corporate Disclosure Statement (ECF No. 4), Requests to issue Summons to Namecheap, Inc. and Whoisguard, Inc. (ECF Nos. 5 & 5-1), Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (ECF No. 6), Notice to Parties – Mandatory Initial Discovery Pilot Project (ECF No. 7), AO 120 form (ECF Nos. 8 through 9), and Order/Notice Pursuant to Fed. R. Civ. P. 4(m) (ECF No. 11).

3. I accept service of these documents on behalf of Defendant Whoisguard, Inc. By accepting service, Defendant Whoisguard, Inc. agrees that this action may proceed as if it had been personally served upon Whoisguard, Inc. in Panama City, Panama on March 16, 2020.

4. By accepting the subject service of these documents on Defendant Whoisguard, Inc.'s behalf and executing this document, Whoisguard, Inc. is not conceding this Court's assertion of personal jurisdiction over it, is not making a general appearance in the action and is reserving all defenses available to the action, including, but not limited to, challenge to personal jurisdiction and all other defenses and challenges available under Federal Rules of Civil Procedure, Rule 12.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of March, 2020.

                                        ROME AND ASSOCIATES

                                        <u>s/ Eugene Rome (with permission)</u>
                                        Eugene Rome (*pro hac vice*)
                                        erome@romeandassociates.com
                                        2029 Century Park East, Suite 450
                                        Los Angeles, CA 90067
                                        310.282.0690

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants of record.

By: s/ David G. Barker