FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com
Email:  mvasta@fclaw.com

ROME & ASSOCIATES, A.P.C.
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East
Suite 450
Los Angeles CA 90067
Telephone: (310) 282-0690
erome@romeandassociates.com

Attorneys for Defendants Namecheap, Inc. and WhoisGuard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram LLC, a Delaware limited liability company; and Whatsapp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation,<br><br>Defendants. | No. 2:20 cv 00470 PHX GMS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mario C. Vasta, Esq. of Fennemore Craig, P.C. appears as counsel of record in this action for Defendants Namecheap, Inc. and WhoisGuard, Inc., in addition to Ray K. Harris of the same firm.

All notices, papers, pleadings, and correspondence shall be served upon him in the above-entitled matter, at the below address:

FENNEMORE CRAIG, P.C.
Attn: Mario C. Vasta
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016
Phone: (602)-916-5000
mvasta@fclaw.com

Respectfully submitted this 9th day of April, 2020.

FENNEMORE CRAIG, P.C.

By:   /s/ *Mario C. Vasta*
       Ray K. Harris
       Mario C. Vasta
       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and for service via transmittal of a Notice of Electronic Filing to counsel of record in this proceeding.

By: */s/ Sue Cole*
    Employee, Fennemore Craig, P.C.