FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: rharris@fclaw.com
Email: mvasta@fclaw.com

ROME & ASSOCIATES, A.P.C.
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East
Suite 450
Los Angeles CA 90067
Telephone: (310) 282-0690
erome@romeandassociates.com

Attorneys for Defendants Namecheap, Inc. and WhoisGuard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Inc., a Delaware corporation; Instagram LLC, a Delaware limited liability company; and Whatsapp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation,<br><br>Defendants. | No. 2:20 cv 00470 PHX GMS<br><br>**DEFENDANT WHOISGUARD, INC. CORPORATE DISCLOSURE STATEMENT** |

This corporate disclosure statement is filed on behalf of Defendant WhoisGuard, Inc. in compliance with the provisions of:

1  ☒  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒  No such corporation.

☐  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____ Relationship_____

☐  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

☐  Other (please explain):

_____
_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 9th day of April, 2020.

FENNEMORE CRAIG, P.C.


By: */s/ Mario C. Vasta*
Ray K. Harris
Mario C. Vasta
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and for service via transmittal of a Notice of Electronic Filing to counsel of record in this proceeding.

By: */s/ Sue Cole*
Employee, Fennemore Craig, P.C.