1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10  FACEBOOK INC., a Delaware               No. 2:20 cv 00470 PHX GMS
    corporation; INSTAGRAM LLC, a
11  Delaware limited liability company; and  **ORDER REGARDING ADDITIONAL**
    WHATSAPP INC., a Delaware               **PAGES FOR MOTION TO DISMISS**
12  corporation,

13
                    Plaintiffs,
14          v.

15  NAMECHEAP INC. a Delaware
    corporation; and WHOISGUARD INC. a
16  Republic of Panama corporation,

17
                    Defendants.
18

19          Pursuant to Defendant Namecheap, Inc.'s Motion to Exceed Page Limitation (Doc.

20  ___), and good cause appearing,

21          IT IS HEREBY ORDERED that the Motion.is granted. Namecheap may file a

22  Motion to Dismiss of up to 26 pages (excluding the caption).

23

24

25

26