# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Defendant Namecheap Inc.'s Motion for Leave to Exceed Page Limit (Doc. 21). Defendant Namecheap Inc. indicates that Plaintiffs object to the motion. Therefore,

**IT IS HEREBY ORDERED** directing Plaintiffs file an expedited response to the motion on or before **April 20, 2020**. If Defendant Namecheap Inc. wishes to file a Reply, it may do so no later than **4:00 p.m. on April 21, 2020**.

Dated this 16th day of April, 2020.

_____
G. Murray Snow
Chief United States District Judge