David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>                    Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION TO ALIGN THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

*TUCKER ELLIS LLP*
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

1

4811-6286-8154

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

1    Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and

2  Defendants Namecheap, Inc. ("Namecheap") and Whoisguard, Inc. ("Whoisguard" and,

3  collectively with Namecheap, "Defendants"), by and through this stipulation, seek an

4  order from the Court setting forth a single unified briefing schedule for Defendants'

5  forthcoming motions to dismiss. The parties enter into this stipulation based on the

6  following facts:

7    1.    On March 4, 2020, Plaintiffs filed the complaint in this action. ECF No. 1.

8    2.    On March 23, 2020, the Court entered an order allowing both Defendants

9  until April 24, 2020 to file their answer or to otherwise respond to the complaint. ECF

10  No. 13.

11    3.    On April 15, 2020, the parties' respective counsel met and conferred

12  concerning Defendant Namecheap's intent to file a motion to dismiss for failure to state

13  a claim pursuant to Fed. R. Civ. P. 12(b)(6)—which Defendant Whoisguard intends to

14  join—and Defendant Whoisguard's intent to file a motion to dismiss for lack of

15  personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

16    4.    Pursuant to L.R.Civ. 7.2(c)-(d), the party opposing a motion, including a

17  motion to dismiss for failure to state a claim, must file its opposing papers within

18  fourteen days after service of the motion, and the moving party must file its reply papers

19  within seven days after the opposing party serves its papers. As a result, Plaintiffs'

20  opposition to Defendants' motion to dismiss for failure to state a claim will be due

21  May 8, 2020 with Defendants' reply being due May 15, 2020.

22    5.    Pursuant to L.R.Civ. 12.1(b) and L.R.Civ. 56.1(d), the party opposing a

23  motion to dismiss for lack of personal jurisdiction must file its opposing papers within

24  thirty days of service of that motion, and the moving party must file its reply papers

25  within fifteen days thereafter. Thus, Plaintiffs' opposition to Whoisguard's motion to

26  dismiss for lack of personal jurisdiction will be due May 26, 2020 with Whoisguard's

27  reply being due June 10, 2020.

28    6.    The parties believe that enough of the issues that are the subject of the

4811-6286-8154

motions will be sufficiently intertwined that both the parties' and the Court's resources will best be served by setting a single briefing schedule for both motions to dismiss.

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, that Plaintiffs' opposing papers for all of Defendants' motions to dismiss shall be filed and served on or before May 26, 2020 and that Defendants' reply papers for both motions shall be due on or before June 10, 2020.

The parties do not enter into this stipulation for the purposes of delay but rather because they believe judicial economy will be best served by a uniform briefing schedule on Defendants' forthcoming motions to dismiss. The parties therefore respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

**SO STIPULATED.**

DATED: April 20, 2020                    SNELL & WILMER L.L.P.


                                         By: s/David G. Barker
                                         David G. Barker
                                         Jacob C. Jones
                                         One Arizona Center
                                         400 E. Van Buren, Suite 1900
                                         Phoenix, Arizona 85004-2202

                                         TUCKER ELLIS LLP
                                         David J. Steele
                                         Howard A. Kroll
                                         Steven E. Lauridsen
                                         515 South Flower Street
                                         Forty-Second Floor
                                         Los Angeles, CA 90071-2223

                                         Attorneys for Plaintiffs,
                                         Facebook, Inc., Instagram, LLC,
                                         and WhatsApp Inc.

4811-6286-8154

1

DATED: April 20, 2020                    FENNEMORE CRAIG, P.C.

2

3                                        By: s/Ray Harris
                                         Ray K. Harris
4                                        Mario C. Vasta
                                         2394 E. Camelback Road
5                                        Suite 600
                                         Phoenix, Arizona 85016
6

7                                        ROME & ASSOCIATES, A.P.C.

8                                        Eugene Rome
                                         Sridavi Ganesan
9                                        Brianna Dahlberg
                                         2029 Century Park East
10                                       Suite 450
                                         Los Angeles, CA 90067
11

12                                       Attorneys for Defendants,
                                         Namecheap, Inc. and Whoisguard, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4811-6286-8154

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


By: *s/ Noell Kellers*

4811-6286-8154