1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>               Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ALIGN THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |
|---|---|

1

The Court, having read and considered the parties' Stipulation to Align the Briefing Schedule for Defendants' Motions to Dismiss, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that Plaintiffs' opposing papers to all motions to dismiss filed by either Defendant shall be filed and served no later than May 26, 2020.

It is further **ORDERED** that Defendants' reply papers, if any, shall be filed and served no later than June 10, 2020.

**IT IS SO ORDERED.**

4821-8673-7082