1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9   Facebook Incorporated, et al.,                No. CV-20-00470-PHX-GMS

10              Plaintiffs,                        **ORDER**

11   v.

12   Namecheap Incorporated, et al.,

13              Defendants.

14

15          **IT IS HEREBY ORDERED** that Defendant Namecheap, Inc.'s Motion to Exceed

16   Page Limit for Motion to Dismiss (Doc. 21), which is due by April 24, is granted.

17          **IT IS FURTHER ORDERED** that Plaintiffs' may also have 9 extra pages to

18   respond, if necessary.

19          **IT IS FURTHER ORDERED** granting the parties' Stipulation to Align the

20   Briefing Schedule for Defendants' Motions to Dismiss (Doc. 23) as follows:

21          1.      Plaintiffs' opposing papers to all motions to dismiss filed by either Defendant

22   shall be filed on or before **May 26, 2020**.

23          2.      Defendants' reply papers, if any, shall be filed on or before **June 10, 2020**.

24          No further extensions shall be granted absent extra ordinary circumstances.

25          Dated this 22nd day of April, 2020.

26

27                                  G. Murray Snow
                                    Chief United States District Judge

28