# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** directing the Clerk of Court to strike the Motion to Dismiss (Doc. 27) for failure to comply with LRCiv. 12.1(c).

Dated this 24th day of April, 2020.

G. Murray Snow
Chief United States District Judge