SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**DECLARATION OF KELSEY A. EWING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REFILED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

I, Kelsey A. Ewing, declare as follows:

1. I am an attorney specializing in intellectual property law at Tucker Ellis, LLP, plaintiffs' counsel in this action. I make this declaration of my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. On May 20, 2020, I visited the website of Defendant Namecheap, Inc. ("Namecheap") in order to take screenshots of the Namecheap Domain Registration Agreement (the "Agreement"). The Agreement can be found at www.namecheap.com/legal/domains/registration-agreement/.

3. Annotated screenshots of the Agreement are attached to this Declaration as Exhibits A-D. These annotated screenshots are accompanied by slip sheets showing the URL for the webpage screenshot that follows the slip sheet.

4. The screenshot in Exhibit A, found at www.namecheap.com/legal/domains/registration-agreement/, shows the first page of the Namecheap Registration Agreement. The highlighted portion of Section 1 to the Agreement explains that the registrant of a Namecheap-hosted domain name agrees to the terms of the Agreement and all referenced agreements.

5. The right side of Exhibit A consists of a column containing seven hyperlinks. When someone accesses this website, he or she may click on one of these hyperlinks to navigate to one of the agreements incorporated by reference in Section 1 of the Agreement. The hyperlinks change color such that the link for the agreement currently displayed in the web browser is shown in cyan while the remaining links are shown in black. For instance, the "Domain Registration Agreement" link on Exhibit A is shown in cyan to signify that is the agreement being displayed in the left portion of the window.

6. When a user clicks on the "Registration Rights, Benefits & Responsibilities" hyperlink, which is marked with a red box on Exhibit A, the user's browser navigates to the webpage available at www.namecheap.com/legal/domains/registrant-rights-benefits-and-responsibilities/ which is shown on the screenshot of Exhibit B. Of note, the "Registrant Rights, Benefits & Responsibilities" hyperlink is colored in cyan in Exhibit

1

B to demonstrate which of the incorporated portions of the Agreement the user is viewing.

7. When a user subsequently clicks on the "Registrant Rights & Responsibilities" link on Exhibit B, which is highlighted with a red box and a red arrow, the user's browser navigates to the website www.icann.org/resources/pages/responsibilities-2014-03-14-en. When a user scrolls down, he or she will eventually encounter the text highlighted in yellow at the top portion of the screenshot of Exhibit C. This text contains another hyperlink, which again is highlighted with a red box and a red arrow.

8. If a user does not click on the link in Exhibit C, but instead scrolls further down on this same page, he or she will see the text displayed at the middle portion of Exhibit C, which is highlighted in yellow with a red box around it.

9. If a user does click the link in Exhibit C, his or her browser navigates to a webpage at www.icann.org/resources/pages/ra-agreement-2009-05-21-en#3.7.7.1 showing Section 3.7.7.3 of the ICANN Registration Accreditation Agreement ("RAA"), which is highlighted and shown with a red box on the screenshot of Exhibit D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 25, 2020 in Cleveland, Ohio.

*Kelsey A. Ewing*
KELSEY A. EWING

**INDEX OF EXHIBITS**

| Ex. | Description |
|---|---|
| A | Annotated excerpt of Namecheap Domain Registration Agreement, www.namecheap.com/legal/domains/registration-agreement/ |
| B | Annotated excerpt of Namecheap Registration Rights, Benefits & Responsibilities, www.namecheap.com/legal/domains/registrant-rights-benefits-and-responsibilities/ |
| C | Annotated excerpt of ICANN Registrant Rights & Responsibilities, www.icann.org/resources/pages/responsibilities-2014-03-14-en |
| D | Annotated excerpt of ICANN Registration Accreditation Agreement, www.icann.org/resources/pages/ra-agreement-2009-05-21-en#3.7.7.1 |

# Exhibit A

# DOMAIN REGISTRATION AGREEMENT

(https://www.namecheap.com/legal/domains/registration-agreement/)



# Exhibit B

# REGISTRANT RIGHTS, BENEFITS & RESPONSIBILITIES

(https://www.namecheap.com/legal/domains/registrant-rights-benefits-and-responsibilities/)



# Exhibit C

# REGISTRANT RIGHTS & RESPONSIBILITIES

(https://www.icann.org/resources/pages/responsibilities-2014-03-14-en)



# Exhibit D

# REGISTER ACCREDITATION AGREEMENT

(https://www.icann.org/resources/pages/ra-agreement-2009-05-21-en#3.7.7.1)

