# INDEX OF EXHIBITS

| Ex. | Description |
|---|---|
| A | Quijano & Associates, *Who We Are*, https://www.quijano.com/offices |
| B | Namecheap, *Can I use my WhoisGuard subscription for a domain not registered through Namecheap*, https://www.namecheap.com/support/knowledgebase/article.aspx/279/37/can-i-use-my-whoisguard-subscription-for-a-domain-not-registered-through-namecheap |

# Exhibit A



# Exhibit B

