**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:   310-282-0690
Facsimile:   310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants
Namecheap, Inc., and WhoisGuard, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**DEFENDANT NAMECHEAP INC'S MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS AND PROPOSED ORDER** |

Pursuant to the Court's March 23, 2020 Order (Doc.13), Defendant Namecheap, Inc. ("Namecheap") has until June 9, 2020 to submit a reply brief in support of its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(B)(6) ("Reply Brief"). Undersigned counsel has drafted the Reply Brief and has conferred with counsel representing Plaintiffs Facebook, Inc, WhatsApp, Inc. and Instagram, LLC (collectively, "Plaintiffs") pursuant to LRCiv 12.1 (c). Namecheap respectfully requests the Court's permission to exceed the 11-page limitation applicable to the Reply Brief under LRCiv 7.2(e). Opposing counsel opposes this Motion to exceed the 11-page limit.

Good cause exists to grant this Motion. Namecheap's present draft of the Reply Brief is currently 17 pages, exclusive of the caption. Namecheap has made several efforts to streamline the arguments and reduced the length of the brief. Unfortunately, it cannot cut it down further without an adverse impact on the clarity of the arguments presented. Consequently, Namecheap needs an additional 6 additional pages for its Memorandum in order to adequately respond to the 26 pages of argument advanced by Plaintiffs in their Opposition to Namecheap's Motion to Dismiss.

Further excision would hamper Namecheap's ability to adequately present the applicable law and facts in a comprehensive and clear manner. The additional pages are necessary for the Reply Brief to substantially aid the Court in understanding the record and evaluating the issues, which is critical at the pleading stage.

Namecheap's counsel endeavored to obtain Plaintiffs' agreement to file the overlength brief in a meet and confer call with Plaintiffs' counsel on June 4, 2020 at 3:00 p.m. Namecheap's counsel explained that the extra space was necessary to reply to Plaintiffs' 26-page Opposition, which included arguments Plaintiffs would not otherwise been able to make but for the additional 9 pages stipulated to by Namecheap. However, Plaintiffs' counsel said they would only *consider* stipulating to Namecheap's request to file an overlength Reply Brief if Namecheap's Counsel identified each of the arguments asserted in the Reply Brief and the number of pages written for each argument. Plaintiffs

stated that they would otherwise not stipulate to Namecheap exceeding the page limit for the Reply Brief by 6 pages.  Namecheap's counsel did not concede to Plaintiffs' demand which would have required Namecheap's counsel to set out in detail its planned arguments which are presently in draft form and constitute work product and defend the corresponding length of each section to Plaintiffs' counsel.

        Namecheap, therefore, requests leave to exceed the page limitation for the Memorandum of Points and Authorities in Support of their reply brief by 6 pages, for a total of 17 pages.  Namecheap will strive to further reduce the length of the brief without compromising its arguments by the time it files the reply brief with the Court.

        A proposed form of Order is attached.

Dated:  June 4, 2020

**ROME & ASSOCIATES, A.P.C.**

By: s/ *Eugene Rome*
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**
    Ray K. Harris
    Mario C. Vasta

    Attorneys for Defendants
    Namecheap, Inc. and Whoisguard, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and for service via transmittal of a Notice of Electronic Filing to counsel of record in this proceeding.

By: /s/Dorielle Hammonds
Employee, Rome & Associates, P.C.