**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**ORDER RE DEFENDANT NAMECHEAP INC'S MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Defendant Motion to Exceed Page Limit for Reply in Support of Motion to Dismiss (Doc. 34), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. Namecheap may file a Reply Brief in Support of its Motion to Dismiss of up to 17 pages (excluding the caption).