**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:   310-282-0690
Facsimile:   310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>            Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**REPLY DECLARATION OF VERNON EMMANUEL SALAZAR ZURITA IN SUPPORT OF DEFENDANT WHOISGUARD INC.'S MOTION TO DISMISS COMPLAINT**<br><br>(Oral Argument Requested) |

**REPLY DECLARATION OF VERNON EMMANUEL SALAZR ZURITA**

I, Vernon Emmanuel Salazar Zurita for and on behalf of Barrowgate International Inc., declare as follows:

1. I am the Director of Barrowgate International Inc., which is the President of WhoisGuard, Inc. ("WhoisGuard"), one of the Defendants in the above-entitled action. I make this declaration based on personal knowledge and, if sworn as a witness, could competently testify to the facts set forth herein. I submit this declaration in support of WhoisGuard's Reply in support of its Motion to Dismiss the Complaint.

2. Contrary to Plaintiffs' assertion, WhoisGuard is not a party to the Namecheap Registration Agreement that exists between Namecheap and its customers. When a customer of Namecheap elects to use the WhoisGuard privacy service, no representative from WhoisGuard "clicks through" or otherwise consents to the terms of the Namecheap Registration Agreement. Nor am I aware of any other instance in which WhoisGuard agreed to be bound to the terms in the Namecheap Registration Agreement, including the forum selection clause contained in that agreement.

3. Attached as **Exhibit 1** hereto is a true and correct copy of an email dated January 28, 2019 from WhoisGuard Support (support@mail.whoisguard.com) to Jane Seager of Hogan Lovells (Paris) LLP, which was maintained in the course of WhoisGuard's regularly conducted business activity at or near the time of the events recorded therein.

I declare under penalty of perjury under the laws of the Republic of Panama and the laws of the United States that the foregoing is true and correct.

EXECUTED this 4th day of June 2020 in Panama City, Panama.

_____
Vernon Emmanuel Salazar Zurita

1

# EXHIBIT 1

Re: URGENT - Disclosure request for the domain name <facebooĸ.net>

WhoisGuard Support <support@mail.whoisguard.com>
Mon 1/28/2019 8:05 PM
To:  Seager, Jane <Jane.Seager@hoganlovells.com>

Ms. Seager,

Please be advised that **WhoisGuard does not own, administer, host or provide registration services to the Domain**, but simply provides anonymous privacy protection services to a domain registrant. We cannot remove any content, or links, from the website, provide the registrant contact information, or terminate the Privacy Protection as we do not have control over the service.

As such, we ask that you submit your intellectual property to either the website owner (who can be reached through the anonymized domain registrant email) or the hosting company of the website   To find out who the hosting company is please visit the following website: http://www.whoishostingthis.com/.

Each hosting provider publishes their guidelines on how to submit either a trademark and/or copyright claim.  For copyright claims, most follow the DMCA process that allow copyright holders to submit DMCA notice.

In order for a complaint to be a valid DMCA notice, please include the following information when contacting the Hosting company in writing:
1. the electronic or physical signature of the rights holder or the person authorized to act on behalf of that person;
2. identification of the copyrighted work that has been infringed;
3. an identification of the material that is claimed to be infringing, and information reasonably sufficient to permit the hosting company to locate the material (for example, by providing a URL to the material); or, if applicable, identification of the reference or link to material or activity claimed to be infringing, and information reasonably sufficient to permit the hosting company to locate that reference or link;
4. name, address, telephone number, and email address of the person claiming infringement;
5. a statement by the person claiming infringement has a good faith belief that the disputed use is not authorized by the rights holder, its agent, or the law; and
6. a statement that the information in the notification is accurate and a statement, made under penalty of perjury, that the person claiming infringement is the rights holder or is authorized to act on the behalf of the rights holder.

WhoisGuard services have plainly legitimate purposes, including permitting domain name registrants to avoid SPAM and protecting privacy against information harvesting.  See Matthew Bierlin & Gregory Smith, Privacy Year in Review:  Growing Problems with Spyware and Phishing, Judicial and Legislative Developments  in  Internet Governance,  and the Impacts  on Privacy, 1  I/S: J.L. & POL 'Y FOR INFO. SOC'Y  279, 313-14 (2005). WhoisGuard serves no function as an intermediary of these types of disputes, neither is WhoisGuard typically in a position to adequately investigate such claims and pass judgment on the relative merits involved.

If your grievance is with the domain name, we request you seek resolution through the Uniform Domain Name Dispute Resolution Policy ("UDRP"), the Rules are available at http://www.icann.org/en/dndr/udrp/uniform-rules.htm.  The UDRP is an expedited process that deals specifically with intellectual property claims regarding domain names.  It has been adopted by ICANN and incorporated by reference into the Registration Agreement between the registrant of the Domain and its registrar.  You may apply for a UDRP complaint at http://www.wipo.int/amc/en/domains/.   For further assistance please contact domain registrar.

This letter is not intended to constitute, nor shall it be deemed to constitute, a full statement of all facts, rights or claims relating to this matter, nor is it intended, nor shall it be construed as a waiver, release or relinquishment of any rights or remedies available, whether legal or equitable, all of which are hereby expressly reserved.

Regards,

WhoisGuard  Support

---

**From:** Seager, Jane <Jane.Seager@hoganlovells.com>
**Sent:** Wednesday, January 23, 2019 8:00 PM
**To:** support@mail.whoisguard.com
**Cc:** Rozylo, Maria
**Subject:** URGENT - Disclosure request for the domain name <facebooĸ.net>


Dear Sirs,

We are lawyers acting for our client Facebook, Inc., with its registered office located at 1601 Willow Road, Menlo Park, California, 94025, U.S.A. ("**Facebook**").

Our client has recently been alerted that a malicious third party has registered, using your privacy protection service, the Domain Name <xn--faceboo-jhb.net> which translates as the Internationalized Domain Name (IDN) <facebooĸ.net> (**"Domain Name"**), which can only conceivably be used for malicious purposes, such as sending phishing emails to Facebook users.

**Rights of Facebook**

As you are most certainly aware, Facebook is the world's leading provider of online social networking services, with over 2 billion registered users worldwide.  Since it was founded in 2004, Facebook has developed considerable renown and goodwill worldwide in connection with a large number of services, *inter alia*, the provision of an online networking website.  Its main website available at www.facebook.com is ranked as the 3rd most visited website in the world.

Our client owns numerous trade mark registrations in the term FACEBOOK in many jurisdictions around the world. Such trade mark registrations include but are not limited to:

- United States Trade mark No. 3041791, FACEBOOK, registered on 10 January 2006 (first use in commerce in 2004) and
- European Union Trade mark No. 005585518, FACEBOOK, registered on 25 May 2011.

Copies of these trade mark registrations are attached hereto.

Facebook also holds numerous domain names consisting of the term FACEBOOK, such as, <facebook.com>, <facebook.org>, **facebook.net** and <facebook.biz> as well as under numerous country extensions such as, for instance, <facebook.cn> (China), <facebook.at> (Austria), <facebook.be> (Belgium), <facebook.cn> (China), <facebook.eu> (European Union), <facebook.fr> (France), <facebook.de> (Germany), <facebook.in> (India), <facebook.it> (Italy), <facebook.ie> (Ireland), <facebook.pl> (Poland), <facebook.es> (Spain), <facebook.se> (Sweden), <facebook.ch> (Switzerland), <facebook.com.tr> (Turkey), <facebook.ua> (Ukraine) and <facebook.us> (United States).

**The Domain Name**

The Domain Name <xn--faceboo-jhb.net>, which was registered on 30 December 2018 under Punycode system, translates as the IDN <faceboоk.net> and is therefore highly confusing for internet users, given its close resemblance to the FACEBOOK trade mark.

Our client has not authorised the registrant to register or exploit the Domain Name or otherwise make any use of its FACEBOOK trade mark. The Domain Name therefore clearly infringes upon our client's trade mark right and trade name as described above.

Based on the above, the Domain Name infringes upon our client's trade mark rights and trade name and is also detrimental to our client's goodwill, reputation and business.

**Requested action**

**Disclosure of underlying WHOIS details regarding the Domain Name <xn--faceboo-jhb.net>**

Since the Domain Name has been registered through your WHOIS protection service, we kindly request that you **disclose the contact details of the underlying registrant of the Domain Name <xn--faceboo-jhb.net>** as per Article 9 of your Terms of Use (available at http://www.whoisguard.com/legal-tos.asp):
*"Notwithstanding your purchase of the Services administered by WhoisGuard, WhoisGuard reserves the right in its sole judgment and discretion to disclose your personal protected information, or instruct WhoisGuard to disclose such information, in the event any of the following occur:*

- *If the Protected Domain(s) is (are) alleged to violate or infringe a third party's trademark, trade name, copyright interests or other legal rights of third parties;"*

In the event that the registrant is a natural person based within the European Union (EU), we understand that you are now required by the EU General Data Protection Regulation 2016/679

(GDPR) to mask all relevant personal data.  However, Article 4.1 of Appendix A of ICANN's Temporary Specification for gTLD Registration Data (available at https://www.icann.org/resources/pages/gtld-registration-data-specs-en/#appendixA) which applies to all ICANN-accredited registrars specifically provides that:

"*4.1. Registrar and Registry Operator **MUST** provide reasonable access to Personal Data in Registration Data to third parties on the basis of a legitimate interests pursued by the third party, except where such interests are overridden by the interests or fundamental rights and freedoms of the Registered Name Holder or data subject pursuant to Article 6(1)(f) GDPR*."

You are therefore able to disclose non-public registration data to third parties when they have a legitimate interest (except in certain very specific circumstances).  In this case the information requested is necessary for the purposes of our client's legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trade mark infringement and (2) enforcing legal claims.

We thank you in advance for your assistance.

I look forward to your prompt response.

Yours faithfully

Jane

**Jane Seager**

Partner, Intellectual Property Media and Technology

**Hogan Lovells (Paris) LLP**

17, avenue Matignon

CS 30027

75378 Paris Cedex 08

| | |
|---|---|
| Tel: | +33 1 53 67 47 47 |
| Direct: | +33 1 53 67 48 38 |
| Fax: | +33 1 53 67 47 48 |
| Email: | jane.seager@hoganlovells.com |
| | www.hoganlovells.com |

Hogan Lovells (Paris) LLP is a limited liability partnership registered in England and Wales with registered number OC353350, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales. Registered office: Atlantic House, Holborn Viaduct, London EC1A 2FG.
Hogan Lovells (Paris) LLP is an affiliated business of Hogan Lovells International LLP, a limited liability partnership registered in England and Wales. "Hogan Lovells" is an international legal practice that includes Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses. The word "partner" is used to describe a partner or member of Hogan Lovells International LLP, Hogan Lovells US LLP or any of their affiliated entities or any employee or consultant with equivalent standing. Certain individuals, who are designated as partners, but who are not members of Hogan Lovells International LLP, do not hold

qualifications equivalent to members. For more information about Hogan Lovells, the partners and their qualifications, see [www.hoganlovells.com](www.hoganlovells.com).

CONFIDENTIALITY.
This email and any attachments are confidential, except where the email is marked "officiel". It may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.