**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation,<br><br>Defendants. | No. 2:20-cv-00470-GMS<br><br>**DECLARATION OF SRIDAVI GANESAN IN SUPPORT OF DEFENDANT WHOISGUARD, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>(Oral Argument Requested) |

### DECLARATION OF SRIDAVI GANESAN

I, Sridavi Ganesan declare as follows:

1.      I am Of Counsel at Rome & Associates, A.P.C. and an attorney of record for Defendants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard") with respect to the above-entitled action. I make this declaration based on personal knowledge and, if sworn as a witness, could competently testify to the facts set forth herein. I submit this declaration in support of WhoisGuard's Reply in support of its Amended Motion to Dismiss Complaint.

2.      On March 11, 2020, I registered the domain sridaviganesan.com with Namecheap. I went to Namecheap's website, searched for my chosen domain, and added it to my "cart." At checkout, the option to use the WhoisGuard proxy service was made available at no additional cost. I opted to use it. I then entered my credit card information and paid for Namecheap's domain registration service for up to one year.

3.      I received a confirmation email almost immediately providing my payment details.

4.      I also separately received an email with the subject line "IMMEDIATE VERIFICATION required for your domain(s)." The email stated that as a "Registrant with Namecheap" I must agree to Namecheap's Registration Agreement. It also provided me a link to verify my email address and "explicitly consent to the terms of [the Namecheap Registration] Agreement." Attached hereto and incorporated by reference as Exhibit "A" is a true and correct copy of this request for verification email I received from Namecheap.

5.       I clicked on the link provided and was taken to a page where I accepted the terms of Namecheap's Registration Agreement.

6.      On June 9, 2020, I went on Namecheap's website and did a search for domain privacy.  The second listed search result was for an article published by Namecheap entitled "What Is Domain Privacy?" I clicked on the link, and it took me to a webpage found at: https://www.namecheap.com/security/what-is-domain-privacy-definition/.  A true and

1

correct printout of that webpage is attached hereto and incorporated herein by reference as Exhibit "B".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 10th day of June 2020 in Los Angeles, California.

_____
Sridavi Ganesan

# EXHIBIT A

          Sridavi Ganesan < ███████████ >

---

# IMMEDIATE VERIFICATION required for your domain(s)

**Namecheap Support** <support@namecheap.com>                Wed, Mar 11, 2020 at 4:45 PM
To: Sridavi < ██████████ >

Hi Sridavi,

As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredited registrars begin verifying the WHOIS contact information for all new domain registrations and Registrant contact modifications.

The following Registrant contact information is associated with one or more of your domains and requires verification:

| | |
|---|---|
| Name | Sridavi Ganesan |
| Address 1 | ███████████████ |
| Address 2 | |
| City | Los Angeles |
| State Province | CA |
| Postal Code | █████ |
| Country | US |
| Email Address | ████████████ |

As a Registrant with Namecheap, you must agree to Namecheap's Registration Agreement.

Please click the link below to verify the Registrant email address and explicitly consent to the terms of our Registration Agreement.

Below you will find the list of domains which require verification within 03/26/2020. This is the time bracket in which your domains will be suspended if no action is taken.

sridaviganesan.com

You have to verify this email address and agree to the Registration Agreement until the time frame listed above. After this date, the domain(s) associated with this Registrant contact will be suspended until the email address is verified and the Registration Agreement agreed to.

Click here to verify your email address and agree to the Registration Agreement.

If the above link does not work, please copy-and-paste the following URL into an open web browser to complete the verification process:

https://raa.namecheap.com/ConfirmProfile.aspx?VerificationKey=b4e2d8aa-b0d9-42ad-b7e1-404143e45ebc

Once you click the link, your email address will be instantly verified and there is no further action required by you.

Best regards,
Team Namecheap

# EXHIBIT B

## The fundamentals of domain privacy

## What is Domain Privacy Protection?

## Why should I get Domain Privacy Protection?



## Can I Get Around Using Domain Privacy Protection?

## Benefits of WHOIS protection

- Protect Your Personal Information
- Prevent Unsolicited Marketing Outreach
- Avoid Spam
- Reduce Scams and Fraud
- Protect Against Identity Theft
- Get Warning users to domain privacy?

## How much does domain privacy protection actually protect me?

### Privacy Protection Isn't Always An Option

## Bottom Line

## How Do I Get Domain Privacy?

| 1 | |
| --- | --- |
| 2 | |

## How Much Does WHOIS protection cost?

## Related Articles