# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** granting Defendants' Motion to Exceed Page Limit (Doc. 34).  The Reply (Doc. 39) in Support of its Motion to Dismiss (Doc. 30) filed on June 10, 2020 will not be stricken.

Dated this 17th day of June, 2020.

G. Murray Snow
Chief United States District Judge