David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT NAMECHEAP, INC'S MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS AND PROPOSED ORDER** |

Plaintiffs respectfully submit the following Non-Opposition to Defendant Namecheap, Inc.'s ("Namecheap") Motion to Exceed Page Limit for Reply in Support of Motion to Dismiss and Proposed Order (Doc. 34 (June 4, 2020)) ("Excess Reply Pages Motion").

Contrary to the Local Rules, Namecheap filed its Reply in Support of *Refiled* Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("12(b)(6) Reply" (Doc. 39)) with six excess pages, rather than lodge it with the Court pending a ruling on the Excess Reply Pages Motion. Namecheap instead offered in a footnote to refile its 12(b)(6) Reply to comply with LRCiv. 7.2(e) if the Court denies the Excess Reply Pages Motion.

Now that Namecheap's 12(b)(6) Reply has already been filed, Plaintiffs decline to oppose the Excess Reply Pages Motion in the interests of preserving the time and resources of the Court and the parties.[1]

---

[1] On April 22, 2020, the Court granted Namecheap's request for nine additional pages for its 12(b)(6) Motion while also allowing Plaintiffs nine additional pages for their Opposition (Doc. 26). During a June 4, 2020, meet and confer call with Plaintiffs' counsel on their request for additional pages for Namecheap's Reply, Namecheap's counsel would only state that Namecheap needed additional pages because Plaintiffs' 12(b)(6) Opposition was 26 pages long. Because Namecheap's counsel did not provide a sufficient explanation warranting excess pages, Plaintiffs indicated they would not stipulate to Namecheap's Excess Reply Pages Motion.

DATED: June 17, 2020                    TUCKER ELLIS LLP


By: s/ David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
FACEBOOK, INC., INSTAGRAM, LLC,
and WHATSAPP INC.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 17, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants of record.


By: s/David G. Barker

3