# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and WhoisGuard, Inc., a Republic of Panama corporation,<br>    Defendants. | No. CV-20-00470-PHX-GMS<br><br>**ORDER** |

    The Court finds it would be beneficial to schedule this matter for oral argument on the pending Amended Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. 31.) The parties should be prepared to discuss:

    1. Whether Defendant WhoisGuard is bound by the forum selection clause in the Namecheap Registration Agreement ("Agreement") regardless of whether WhoisGuard is a party to the Agreement. The parties should particularly focus on whether the Defendants' relationship to the Agreement is analogous to or distinguishable from cases binding nonparties to forum selection clauses. *See, e.g.*, *Holland Am. Line Inc. v. Wartsila N. Am., Inc.*, 485 F.3d 450 (9th Cir. 2007); *Manetti-Farrow, Inc. v. Gucci Am., Inc.*, 858 F.2d 509 (9th Cir. 1988). The parties shall have no more than 20 minutes to argue their opposing positions.

**IT IS HEREBY ORDERED** a Telephonic Oral Argument is set for **September 18, 2020 at 2:00 p.m.** Defendants' counsel shall set up a call-in number on or before noon on **September 15, 2020**, and disseminate the number to all parties, including the Court. Each party shall have 20 minutes to argue its position.

Dated this 10th day of September, 2020.

_____
G. Murray Snow
Chief United States District Judge