Jason M. Venditti (#022073)
**VENDITTI LAW GROUP, PLC**
20860 N. Tatum Blvd. Suite 300
Phoenix, Arizona 85050
Ph: (480) 771-3986
Fax: (480) 771-7101
Email: jason@vendittilaw.com

Attorneys for *Amicus Curiae* NOYB

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp, Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | No.  2:20-cv-00470-GMS<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the Motion for Leave to File Brief of *Amicus Curiae* filed by NOYB – European Center for Digital Rights' ("NOYB") in the above captioned matter, and good cause appearing,

IT IS HEREBY ORDERED that NOYB's Motion to File Brief of *Amicus Curiae* is granted.

IT IS FURTHER ORDERED that NOYB's Brief of *Amicus Curiae* shall be filed forthwith.

Dated this ____ day of _____, 2020

_____
Honorable Murray Snow
United States District Judge