David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING AMENDED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DOC. 31)** |

Pursuant to the Court's request during the hearing on September 18, 2020 (Doc. 42), Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") submit this Notice of Supplemental Authority with the case names and citations that Plaintiffs discussed during the hearing.

1. *Adams v. Raintree Vacation Exch., LLC*, 702 F.3d. 436, 441 (7th Cir. 2012)
2. *Dayhoff Inc. v. H.J. Heinz Co.*, 86 F.3d 1287, 1297 (3rd Cir. 1996)
3. *Lipcon v. Underwriters at Lloyd's*, 148 F.3d 1285, 1299 (11th Cir. 1998)
4. *Meyer v. Homedica Osteonics Corp.*, 2015 WL 728631 at *13 (S.D. Cal. 2015)
5. *Burger King v. Rudzewicz*, 471 U.S. 462, 472 (1985)
6. *Ultratech, Inc. v. Ensure Nanotech*, 108 F. Supp. 3d 815, 822 (N.D. Cal. 2015)
7. *Products and Ventures, Int'l v. Axus Stationary*, 2017 WL 201703 (N.D. Cal. 2017)
8. *Mazal Grp., LLC v. Barak*, 2019 WL 4316244 (C.D. Cal. 2019)
9. *Sabre Int'l Security v. Torres Advanced Enterprise Solutions*, 60 F. Supp. 3d 21 (D.D.C. 2014)

| | |
|---|---|
| DATED: September 18, 2020 | SNELL & WILMER L.L.P. |
| | |
| | By: *s/David G. Barker* |
| | David G. Barker |
| | Jacob C. Jones |
| | One Arizona Center |
| | 400 E. Van Buren, Suite 1900 |
| | Phoenix, Arizona 85004-2202 |
| | |
| | TUCKER ELLIS LLP |
| | David J. Steele |
| | Howard A. Kroll |
| | Steven E. Lauridsen |
| | 515 South Flower Street |
| | Forty-Second Floor |
| | Los Angeles, CA 90071-2223 |
| | |
| | Attorneys for Plaintiffs, |
| | FACEBOOK, INC., INSTAGRAM, LLC, |
| | and WHATSAPP INC. |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants of record.

By: *s/David G. Barker*