**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:     310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com


**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com


Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**DEFENDANT WHOISGUARD INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS *AMENDED* MOTION TO DISMISS (DKT. 31)** |

Pursuant to the Court's request during the telephonic hearing on September 18, 2020, Defendant WhoisGuard, Inc. ("WhoisGuard") respectfully submits this Notice of Supplemental Authority identifying the citation of the recent Ninth Circuit case WhoisGuard's counsel discussed during the hearing:

1. *AMA Multimedia, LLC v. Sagan Ltd.*, 807 Fed. Appx. 677, 679 (9th Cir. 2020)

Dated:  September 18, 2020

          **ROME & ASSOCIATES, A.P.C.**

          By: *s/ Eugene Rome*
              Eugene Rome
              Sridavi Ganesan
              Brianna Dahlberg

          **FENNEMORE CRAIG, P.C.**

          By: *s/ Mario C. Vasta*
              Ray K. Harris
              Mario C. Vasta

              Attorneys for Defendants
              Namecheap, Inc. and Whoisguard, Inc.