☜AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. NAME Mario Vasta | 2. PHONE NUMBER 602-916-5302 | 3. DATE 9/23/20 |
| 4. FIRM NAME Fennemore Craig, P.C. | | |

| 5. MAILING ADDRESS 2394 E. Camelback Road, Suite 600 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
|---|---|---|---|

| 9. CASE NUMBER CV-20-470-Phx | 10. JUDGE G. Murray Snow | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 9/18/20 | 12. |
| 13. CASE NAME Facebook, Inc. v. Namecheap, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 9/18/20 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☑ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS mvasta@fclaw.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Mario Vasta

20. DATE September 23, 2020

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY