**Index to Exhibits**

*Facebook Incorporated, et al. v. Namecheap Incorporated, et al.*
Case No. 2:20-cv-00470-GMS

| Description | Exhibit Number |
|---|---|
| Namecheap Domain Name Registration Agreement | 1 |
| Namecheap WHOIS Proxy Agreement | 2 |
| Registration Certificates for Facebook Trademarks | 3 |
| Registration Certificates for FB Trademarks | 4 |
| Registration Certificates for Instagram Trademarks | 5 |
| Registration Certificates for WhatsApp Trademarks | 6 |
| ICANN RAA | 7 |
| Namecheap's webpage with highlighted text | 8 |
| Whoisguard's Infringing Domain Names that are identical or confusingly similar to the Facebook Trademarks | 9 |
| WHOIS data for each Infringing Domain Name in Exhibit 9 | 10 |
| Whoisguard's Infringing Domain Names that are identical or confusingly similar to the FB Trademarks | 11 |
| WHOIS data for each Infringing Domain Name in Exhibit 11 | 12 |
| Whoisguard's Infringing Domain Names that are identical or confusingly similar to the Instagram Trademarks | 13 |
| WHOIS data for each Infringing Domain Name in Exhibit 13 | 14 |
| Whoisguard's Infringing Domain Names that are identical or confusingly similar to the WhatsApp Trademarks | 15 |
| WHOIS data for each Infringing Domain Name in Exhibit 15 | 16 |
| WHOIS data for domain name "grouplinkswhatapp.com" and parking page used by Namecheap | 17 |
| Screen captures showing Namecheap's use of Infringing Domain Names to host revenue-generating advertising parking pages | 18 |
| Namecheap's Infringing Domain Names that are identical or confusingly similar to the Facebook Trademarks | 19 |
| WHOIS data for each Infringing Domain Name in Exhibit 19 | 20 |
| Namecheap's Infringing Domain Names that are identical or confusingly similar to the FB Trademarks | 21 |
| WHOIS data for each Infringing Domain Name in Exhibit 21 | 22 |
| Namecheap's Infringing Domain Names that are identical or confusingly similar to the Instagram Trademarks | 23 |
| WHOIS data for each Infringing Domain Name in Exhibit 23 | 24 |
| First page of search report for UDRP complaints against Whoisguard | 25 |
| Default judgments against Whoisguard | 26 |
| Examples of Defendants' registered domains that were the subject of UDRP complaints | 27 |
| Annotated screen capture of Namecheap's webpage | 28 |
| Copy of Namecheap's support page "How do I enable WhoisGuard for my domain?" | 29 |
| Screenshots of websites hosted at the Infringing Domain Names | 30 |