# Exhibit 1

# DOMAIN REGISTRATION AGREEMENT

(https://www.namecheap.com/legal/domains/registration-agreement/)



Legal → Domains → **Domain Registration Agreement**

## Registration Agreement

### Namecheap, Inc. Registration Agreement

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services ("Services"). In this Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Agreement explains our obligations to you, and explains your obligations to us for various services offered by Namecheap. When you use your account or permit someone else to use it to purchase or otherwise acquire access to additional Namecheap service(s) or products or to cancel your Namecheap service(s) (even if we were not notified of such authorization), this Agreement covers such service or actions.

### 1. You agree to this agreement and the referenced agreements

By using the service(s) provided by Namecheap under this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement, the accompanying dispute policy and any pertinent rules or policies that are or may be published by Namecheap, the Uniform Dispute Resolution Policy ("UDRP") described below, and the rules, policies, or agreements published in association with specific of the Service(s) and/or which may be enforced by Internet Corporation of Assigned Names and Numbers ("ICANN"), the registries, and governments.

- If you are registering a domain name in the following registries: .AC, .AI, .AU, .BZ, .CA, .CC, .CH, .CM, .CN, .CO, .CX, .DE, .ES, .EU, .FM, .FR, .GG, .ID, .IN, .IO, .LA, .LI, .ME, .MX, .NU, .PE, .PW, .SE, .SG, .SH, .TV, .UK, .US, .VC, .WS, you are also agreeing to the additional terms and requirements promulgated by and pertaining to each such registry, as set out in the Supplemental Agreement and the specific agreements and/or covenants referenced therein and incorporated into this Agreement.

- If you are enrolling in the WhoisGuard™ privacy protection services, you also agree to the WhoisGuard™ Service Agreement.

- If you are ordering an SSL certificate, you also agree to the SSL Service Agreement.

- If you are enrolling in the Namecheap Affiliate Program, you also agree to the Affiliate Program Service Agreement.

**Domain Registration Agreement**

Supplemental Registry Agreement for Certain TLDs

Uniform Domain Name Dispute Resolution Policy

Registrant Rights, Benefits & Responsibilities

ICANN fee

Fast Transfer Agreement

Registration Data Access Protocol ("RDAP") Terms of Service Agreement

## 2. Changes to agreement

This Agreement will change over time in response to changes in the requirements of governments and administrative bodies, legislation and changes in the nature of industry. If, as a result of such a change to this Agreement, you no longer agree with its term, you agree that your exclusive remedy is to transfer your domain name registration services to another registrar or request Namecheap to cancel your domain name registration and/or related Services. Should you elect to cancel the Agreement with Namecheap, you will not receive a refund for any fees you may have paid to Namecheap. If you continue to use the Services following a change in this Agreement and/or the Services, your continued use of the Services indicates your consent to the changes. You agree to review this Agreement periodically to make yourself aware of any such revisions.

## 3. Term

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through Namecheap or as long as you are employing any Service(s). You agree that you will not transfer any domain name registered through Namecheap to another domain name registrar during the first sixty (60) calendar days from its initial registration date.

## 4. Service(s) provided at will and termination of service(s)

We may reject your domain name registration application or elect to discontinue providing Service(s) to you for any reason within 30 days of a Service initiation or a Service renewal. Outside of this period, we may terminate or suspend the Service(s) at any time for cause, which, without limitation, includes registration of prohibited domain name(s), abuse of the Services, payment irregularities, material allegations of illegal conduct, or if your use of the Services involves us in a violation of any Internet Service Provider's ("ISP's") acceptable use policies, including the transmission of unsolicited bulk email in violation of the law. You agree that if we terminate or suspend the Services provided to you under this Agreement, that we may then, at our option, make either ourselves or a third party the beneficiary of Services which are substantially similar to those which were previously providing to you and that any reference in this Agreement to termination or suspension of the Services to you includes this option. If we have grounds to terminate or suspend Service(s) with respect to one domain name or in relation to other Service(s) provided through your account, we may terminate or suspend all Service(s) provided through your account, including Service(s) to other domain names maintained by you with us. No fee refund will be made when there is a suspension or termination of Service(s) for cause. At any time and for any reason, we may terminate the Services thirty (30) days after we send notice of termination via mail or email, at our option, to the WHOIS contact information provided in association with your domain name registration. Following notice of termination other than for cause, you must transfer your domain name or risk that we may delete your domain name or suspend or modify Services to it. If we terminate Services for a reason other than cause, we will attempt to refund your fees. You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation or transfer by any ICANN procedure, by any registrar or registry administrator procedures approved by an ICANN-adopted policy, to correct mistakes by us, another registrar or the registry administrator in administering the domain name or for the resolution of disputes concerning the domain name. You agree that your failure to comply completely with the terms and conditions of this agreement and any Namecheap rule or policy may be considered by Namecheap to be a material breach of this agreement and that Namecheap may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide Namecheap with material evidence that you have not breached your obligations to Namecheap within ten (10) business days, Namecheap may terminate its relationship with you and take any remedial action available to Namecheap under the applicable laws. Such remedial action may be implemented without notice to you and may include, but is not limited to, canceling the registration of any of your domain names and discontinuing any services provided by Namecheap to you.



## 5. Our Services

- **Domain name registration.** We are an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for Top Level Domain Names ("TLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the TLDs. Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms, terms which end on the expiration date. For domain names which are created as a new registration out of the available namespace, the term begins on the date the domain name registration is acknowledged by the applicable registry; for domain names registrations which were not returned to the available namespace, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry. You agree that we are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator arising out of or related to a request to register, renew, modify the settings for, or transfer of a domain name registration (our limitation of liability is explained further, below). You further agree that domain name registration is a service, that domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, and that domain name registration services do not create a property interest.

- **After market domain names.** We offer for sale domain names that are registered to third parties (also known as aftermarket domain names) in a variety of top level domain names ("TLDs") ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you and will add one year to the existing registration period. Any subsequent renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we will refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy.

    Once the After Market Domain Name is transferred into your Account, such After Market Domain Name may not be transferred away from us to another registrar during the first 60 days following the transfer, during which time the After Market Domain Name may be placed on transfer lock. All of your obligations under this Agreement which apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

## 6. Agreement not to use "services" for improper purpose

You agree not to use the Services provided by Namecheap, or to allow or enable others, to use the services provided by Namecheap for the purposes of: 1) the transmission of unsolicited email in violation of the law; or 2) repetitive, high volume inquires into any of the services provided by Namecheap (i.e. domain name availability, etc.). Further, if you are hosting your domain's domain name servers ("DNS") on Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with Namecheap, you are responsible for ensuring that there is no



domain's domain name servers ("DNS") or Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with Namecheap, you are responsible for ensuring that there is no excessive overloading of Namecheap's DNS systems. You may not use Namecheap's servers and your domain as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that Namecheap reserves the right to deactivate your domain name from its DNS system if Namecheap deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that Namecheap, in its sole discretion and without liability to you, may refuse to accept the registration of any domain name. Namecheap also may in its sole discretion and without liability to you delete the registration of any domain name during the first five (5) days after registration has taken place.

## 7. Your obligations to ensure entitlement to use domain name

Without limitation, the following are not included in the Services: We cannot and do not check to see whether the domain name(s) you select, or the use you make of the domain name(s), or other of the Service(s), infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use infringes legal rights of others. We might be ordered by a court to cancel, modify, or transfer your domain name; it is your responsibility to list accurate contact information in association with your account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications to you. We will comply with court orders unless you contact us to contest the order.

## 8. Threatened legal action(s)

If we are sued or threatened with a lawsuit, an administrative proceeding or any other legal or administrative proceeding in connection with Service(s) provided to you, we may turn to you to indemnify us and to hold us harmless from the claims and expenses (including attorney's fees and court costs). Under such circumstances, you agree that you will, upon demand, obtain a performance bond with a reputable bonding company or, if you are unable to obtain a performance bond, that you will deposit money with us to pay for our reasonably anticipated expenses in relation to the matter for the coming year. Such deposit will be drawn down as expenses are incurred, with all account notices sent to the WHOIS contact information provided in association with your domain names and/or account. We shall not be obliged to extend you any credit in relation to such expenses and we may terminate the Services for a failure to make or renew such a deposit. We will return any unused deposit upon the later of three (3) months from deposit or the conclusion of the matter.

## 9. Dispute resolution policy

You agree to the Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Rules for Uniform Domain Name Dispute Resolution Policy ("UDRP Rules"), copies of which are available at http://www.icann.org/dndr/udrp/policy.htm and https://www.icann.org/resources/pages/udrp-rules-2015-03-11-en. You agree that the UDRP may be changed by ICANN (or ICANN's successor) at any time and that such a change will be binding upon you. You agree that, if the registration or reservation of your domain name is challenged by a third party, you will be subject to the provisions specified in the UDRP in effect at the time your domain name registration is disputed by the third party. You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP. You also understand that it is important for you to regularly monitor email sent to the email address associated with your account and domain names because, among other reasons, if a dispute arises regarding Services provided to you, you may lose your rights to receive the Services if you do not respond expeditiously to an email sent in conjunction therewith.

## 10. Fees and payments

As consideration for the Service(s), renewal of the Service(s), and, if you select it, automatic renewal of the Service(s), you agree to pay, prior to the effectiveness of the desired Service(s), the applicable Service(s) fees. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement or the Namecheap Refund Policy specifically provides for a refund. You may pay for Services by providing a valid credit or debit card, an electronic check (from your personal or business checking account, as appropriate), PayPal, Bitcoin, or any other payment method then accepted by Namecheap (each, a "Payment Method"); provided, however, that we may at our option require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another. Namecheap expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online on the Namecheap website and effective immediately without need for further notice to you. If you have purchased the Service(s) for a period of months or years, changes or modifications in prices and fees shall be effective when the Service(s) in question come up for renewal as further described below. For our current fee structure, you may access the schedule of fees available on the Namecheap website: New Registration Fees Renewal Fees Post-Expiration Renewal Fees Redemption Fees In the event of a refund, Namecheap will issue you a refund receipt to confirm its submission of your refund to the Payment Method charged at the time of the original purchase. You acknowledge and agree that the associated payment provider and/or individual issuing bank establish and regulate the time frames for posting your refund. Refund posting time frames may range from five (5) business days to a full billing cycle. If Namecheap is for any reason unable to charge your chosen Payment Method for the full amount owed for the Services provided, or if Namecheap is charged a penalty for any fee previously charged to your Payment Method, you agree that Namecheap may pursue all available lawful remedies in order to obtain payment. You agree that the remedies Namecheap may pursue in order to effect payment shall include, but not be limited to, suspension of Services, cancellation of domain names registered through our Services, and/or suspension of access to any and all accounts you have with us and/or your Primary Service Provider; and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) will be billed to your chosen Payment Method as charges for "NAME-CHEAP.COM." Namecheap also reserves the right to charge you reasonable "administrative fees" or "processing fees" for (i) tasks Namecheap may perform outside the normal scope of its Services, (ii) additional time and/or costs Namecheap may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by Namecheap in its sole and absolute discretion). Typical scenarios include, but are not limited to, customer service issues that require additional personal time or attention, fees incurred by third-party payment providers such as PayPal or Alipay, fees incurred as the result of chargebacks or other payment disputes brought by you, your bank, or a Payment Method processor, and disputes that require accounting or legal services. These administrative fees or processing fees will be billed to the Payment Method you have on file with Namecheap.

## 11. Payment

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Service(s), you agree that we may suspend access to any and all accounts you have with us and/or your Primary Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the



Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) which use our credit card payment processor will be identified on your credit card statement as "NAME-CHEAP.COM".

## 12. Expiration and renewal of service(s) and notifications of expiration

You acknowledge that it is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. However, ICANN requires, pursuant to its Expired Registration Recovery Policy ("ERRP") that Namecheap follow certain procedures to notify you in advance that renewal fees are due. Pursuant to the ERRP, Namecheap will notify the registered name holder of the expiring domain name twice before the expiration date, once approximately one month before the subject domain's expiration date and again approximately one week before the subject domain's expiration date. Namecheap's renewal reminder will consist of an email message sent to the registered domain holder's email address as it is listed in the expiring domain's whois record. Further, Namecheap reserves the option, but not the obligation, to send additional renewal reminder notices to any other email addresses associated with the expiring domain, including, but not limited to, the email address of the expiring domain's account holder or the billing contact of the expiring domain's whois record. Namecheap also reserves the option, but not the obligation, to send additional renewal reminders at times other than the times required by the ERRP.

Should these fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Service(s), we may attempt to renew the Service(s) a reasonable time before expiration, provided you have sufficient balance in your Namecheap account and up to date. You acknowledge and agree that, while we are not required to, we may contact you with a request to update your account information in the event that an attempted transaction is not processed successfully.

You acknowledge that it is your responsibility to keep your billing information up to date. You acknowledge and understand that, as part of its management of user registrations, Namecheap sends out periodic notices to registrants apprising them of payment deadlines, pending expiration deadlines and other important information affecting your account and, specifically, registration of domain names.

Specifically, any notifications regarding domain registrations, including but not limited to notifications consisting of pre-expiration and post-expiration notifications concerning your registered domains will be sent to you pursuant to ICANN's policies, including, but not limited to, the ERRP. Where appropriate, Namecheap will send such notices to the e-mail address of the subject domain's registered domain holder, the e-mail address you provided as your contact information in connection with your account associated with the subject domain, and/or any other email address that Namecheap determines, in its sole discretion, to be sufficiently related to the subject domain to warrant notice.

You therefore acknowledge and agree that it is your responsibility to provide and maintain accurate account information and domain name whois information, as more fully addressed in Paragraph 13 below, so that Namecheap may provide you with important notices regarding your account.

## 13. Accurate account contact information and domain name



## 13. Accurate account contact information and domain name whois information

As further consideration for the Service(s), you agree to provide certain current, complete and accurate information about you, both with respect to your account information and with respect to the WHOIS information for your domain name(s) for all domains purchased through Namecheap. You agree to maintain and update this information as needed to keep it current, complete and accurate. With respect to you, the administrative, technical, and billing contacts for your domain name registration(s) and other Service(s), Namecheap requires that you must submit the following for both gTLDs and ccTLDs: name, postal address, e-mail address, voice telephone number, and, if available, fax number. For residents in countries subject to GDPR, this means that by registering domains with Namecheap, you have provided contractual consent to collect and process this information. You agree that the type of information you are required to provide may change and you understand that, if you do not provide the newly required information, your registration or and/or other Service(s) may be suspended or terminated or may not be renewed. In the event the lack of accurate/current contact information results in the loss, cancellation or transfer of the domain name(s) associated with your account, you agree that you shall not hold Namecheap liable for any such loss or any damages associated with the loss. Not providing requested information may prevent you from obtaining all Service(s). You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name.

You agree to notify Namecheap within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide Namecheap with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by Namecheap to determine the validity of information provided by you, shall also be considered to be a material breach of this agreement. You agree to retain a copy for your record of the receipt for purchase of your domain name or Services.

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information may also be required to be made publicly available by means of Whois and/or the registry operator may also be required to make this information publicly available by Whois. In addition, you acknowledge and agree that certain registries require this information be made publicly available even to those residents in the EEA who are subject to GDPR. This includes but is not limited to the following ccTLDs: .asia, .ca, .cn, .uk, .co.uk, .de, .eu, .in, .id, .me.uk, .nu, .li, .ch, .fr, .sg, .com.sg, .org.uk, .us, .es, .com.es, .nom.es, .org.es, .com.au, .net.au, .paris, .vote, .voto, .xn--3ds443g, .nyc, .org.au. EEA residents who are eligible for and register domains that do not allow for privacy services explicitly agree to the publication of their personal information.

Both Namecheap and the registry operator may be required to archive this information with a third party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure.

## 14. Account Review, Data Modification or Deletion

To access, view, update, delete or download data associated with your domain name registration, you must be signed into your account. If you make a request to delete your personal data and that data is necessary for the products or services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased

## 14. Account Review, Data Modification or Deletion

To access, view, update, delete or download data associated with your domain name registration, you must be signed into your account. If you make a request to delete your personal data and that data is necessary for the products or services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased or required for our legitimate business purposes or legal or contractual record keeping requirements. In some cases, when data is necessary for the provisioning of service, deletion of data may cancel or suspend the services you have purchased. If you have difficulty accessing your data, modifying it, or deleting it, you may request assistance by contacting our support team.

## 15. Obligations and representations relating to the account and whois contact information

In the event that, in registering a domain name or obtaining other Service(s), you provide information about or on behalf of a third party, you represent that you have (a) provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, and (b) that you have obtained the third party's express consent to the disclosure and use of that party's information as set forth in this Agreement. Further, when registering a domain name on behalf of a third party, you agree to inform any customer of yours, who may be acquiring a domain name through you using Namecheap's registration services, that they are in fact registering their domain name through Namecheap and that Namecheap or its provider is an accredited registrar with ICANN. You agree not to represent that you are an ICANN accredited registrar or that you are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of your promotional materials including your web site. By registering a domain name or applying for other Service(s) you also represent that the statements in your application are true and you also represent that the domain name is not being registered or the Services being procured for any unlawful purpose. You acknowledge that providing inaccurate information or failing to update information promptly will constitute a material breach of this Agreement and will be sufficient basis for suspension or termination of Services to you. As indicated elsewhere in this Agreement, you understand that it is important for you to regularly monitor email sent to the email address associated with your account and WHOIS contact information because, among other reasons, if a dispute arises regarding a domain name(s) or other Service(s), you may lose your rights to the domain name(s) or your right to receive the Service(s) if you do not respond appropriately to an email sent in conjunction therewith.

## 16. Account Security

Please safeguard your account access credentials (including but not limited to your customer username/login, support pin code, password) from any unauthorized use. You agree that any person in possession of your account login identifier and password will have the ability and your authorization to modify your account and domain name information. We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and that such reasonable precautions include procedures for releasing account access information to parties who claim to have lost account access information. You agree that, if we take reasonable precautions in relation thereto, that IN NO EVENT SHALL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND THAT, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, THAT OUR LIABILITY UNDER ANY CIRCUMSTANCES SHALL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND BELOW IN THIS AGREEMENT. If you contact us alleging that a third party has unauthorized access to your account or domain names, you agree that we may charge you administrative fees of $50 (US dollars) per hour for our time spent in relation to the matter, regardless of whether or not we return control over the account and/or domain names to you.



## 17. Transfers of domain names

You agree that transfer of your domain name(s) services shall be governed by ICANN's transfer policy, available at http://www.icann.org/transfers/, as this policy may be modified from time to time. You agree that we may place a "Registrar Lock" on your domain name services and that this will prevent your domain name services from being transferred without your authorization, though we are not required to do so. By allowing your domain name services to remain locked, you provide express objection to any and all transfer requests until the lock is removed. To transfer your domain name(s) you should first login to your account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Only the registrant and the administrative contacts listed in the WHOIS information may approve or deny a transfer request. Without limitation, domain name services may not be transferred within 60 calendar days of initial registration, within 60 calendar days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. Transfer requests typically take five business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire in which event you may need to reinstate the transfer request. You may be required to resubmit a transfer request if there is a communication failure. AS A CONSEQUENCE, YOU ACKNOWLEDGE THAT YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER IF THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

## 18. Privacy Policy

You agree and consent that we will make available the domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit (including through web-based and other on-line WHOIS lookup systems), whether during or after the term of your domain name registration services of the domain name. You hereby irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. Additionally, you acknowledge that ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding WHOIS can be found at http://www.icann.org/registrars/wmrp.htm, http://www.icann.org/registrars/wdrp.htm, and elsewhere on the ICANN website at http://www.icann.org/index.html. You agree that we may make publicly available, or directly available to third parties, some, or all, of the information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by applicable laws. One of the ways that we may make some or all of the information you provide available to the public or third parties is by way of bulk WHOIS data access provided to third parties who enter into a bulk WHOIS data access agreement with us. We reserve the right to discontinue providing bulk WHOIS data access to third parties. You agree that, to the extent permitted by ICANN policies and regulations, Namecheap may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

## 19. Ownership of information and data

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the



## 19. Ownership of information and data

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of all contacts for the domain name registration, (d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and (e) any other information we generate or obtain in connection with the provision of domain name registration services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

## 20. Agents

You may modify the domain registration information from time to time in such a way which may constitute a "Change of Registrant" under ICANN's transfer policy (the "Transfer Policy"). In such a case, you explicitly opt out of any 60-day inter-registrar transfer lock that would otherwise be imposed under the Transfer Policy due to any such Change of Registrant. In addition, you explicitly authorize us and/or the registrar of record to act as its "Designated Agent" (as defined in the Transfer Policy) to approve each "Change of Registrant" (as defined in the Transfer Policy) on its behalf. Such approval will happen automatically and, thereafter, the appropriate notices sent.

You agree that, if you are registering a domain name for or on behalf of someone else, you represent that you have the authority to nonetheless bind that person as a principal to all terms and conditions provided herein. You agree that if you license the use of the domain name registered to you to a third party, you nonetheless remain the domain name holder of record, and remain responsible for all obligations under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full and accurate contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration and for ensuring non-infringement of any third party intellectual property rights or other rights.

## 21. Trademark or copyright claims

Namecheap is a service provider and respects the copyrights, trademarks and other intellectual property rights of others. To the extent Namecheap receives a proper notice of infringement of copyright, trademark or other intellectual property, Namecheap reserves the right to access, preserve and disclose to third parties any of Your information or data (including personally identifiable information and private communications) related to a written complaint of infringement if Namecheap believes in its sole discretion that such access, preservation, or disclosure is necessary or useful to respond to or otherwise address such complaint.

Namecheap expressly reserves the right to terminate in appropriate circumstances an account or the access rights of a subscriber for repeated copyright infringement. Namecheap also reserve the right to terminate an account or subscriber for even one instance of infringement.

Proper notice of infringement shall include the following information in writing to Namecheap's designated agent:

- the electronic or physical signature of the rights holder or the person authorized to act on behalf of that person;



behalf of that person;

- identification of the work that has been infringed;

- an identification of the material that is claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate the material (for example, by providing a URL to the material); or, if applicable, identification of the reference or link to material or activity claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate that reference or link;

- Your name, address, telephone number, and email address;

- a statement by You that You have a good faith belief that the disputed use is not authorized by the rights holder, its agent, or the law; and

- a statement that the information in Your notification is accurate and a statement, made under penalty of perjury, that You are the rights holder or are authorized to act on the behalf of the rights holder.

Namecheap's designated agent to receive notification of claimed infringement can be reached at Attn: Legal Department, Namecheap.com, 4600 East Washington Street, Suite 305, Phoenix, AZ 85034, USA, Facsimile: (310) 312-9513.

## 22. Use of free services

In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other services which we may introduce from time to time but for which there is not a separate fee ("Free Services"), you agree that, if you use such Free Services, we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or other similar advertising means, and that we may aggregate related usage data by means of cookies and other similar means. You agree that from time to time we may provide you with free or low-cost domain name(s) services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es)of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and agree to the terms of this Agreement with respect to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we will be listed as the domain name registrant. Alternatively, you may contact us or your Primary Service Provider to request that we delete the Promotional Name from the namespace. For any domain name services, including these Promotional Names, for which you are listed as registrant but for which you do not pay the registration or renewal fee, you agree that we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

## 23. After expiration of the term of a domain name registration

Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, you acknowledge that we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, we may either leave your WHOIS information intact or that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.



Reactivation Period Process. You acknowledge and agree that timely renewal of your domain name(s) is your sole responsibility and you assume all risks and consequences related thereto if you do not renew your domain(s) prior to expiration of its original term. We may, but are not obligated, to offer a period of time, the "Reactivation Period", where you can renew an expired domain. You acknowledge and agree that offering a Reactivation Period is in our sole discretion and that we shall not be liable for any reason should we choose not to offer such period. If offered, the Reactivation Period exists for approximately 30 days after expiration of the term of domain name registration services and may involve additional fees which we and your Primary Service Provider may determine. You acknowledge and agree that, during this time and any time thereafter, we may make expired domain name services(s) available to third parties, that we may auction off the rights to expired domain name services, and/or that expired domain name registration services may be re-registered to any party at any time.

After the Reactivation Period, you agree that we may either (i) discontinue and delete the domain name registration services, (ii) pay the registry's registration fee or otherwise provide for the registration services to be continued, with no rights to you or, (iii) or auction, sell or otherwise transfer the domain name services to a third party and transfer the domain name registration services to such third party.

In the case of (i), above, you acknowledge that certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. You acknowledge and agree that we may, but are not obligated to, participate in this process, typically called the "Redemption Grace Period" ("RGP") and that we bear no liability should we decide not to participate. If available, RGP typically ends between 30 and 42 days after the end of the Reactivation Period of the domain name services. The typical RGP fee is $88.88 plus any registration fees, however the redemption fees are higher for certain TLDs. You will be required to pay such higher fee if your domain is one of the listed TLDs. You agree that we are not obliged to contact you to alert you that the domain name registration services are being discontinued.

In the case of (ii), above, you acknowledge that we may then set the name-servers and the DNS settings for the domain name services, that we set the DNS to point to no IP address or to IP address(es) which host parking page(s) or a commercial search engine that may display paid advertisements, and you acknowledge that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name. You acknowledge that you have no right in any of the proceeds for such advertisements, if any, we may earn as a result. During this time, we may or may not offer said domain for auction and/or sale to a third party. Your rights, if any, to redeem an expired domain exist within the defined Reactivation Period as outlined above and the limited additional rights as outlined for domains auctioned within 40 days of expiration. You further agree that we are not obliged to contact you to alert you that the domain name registration services are being continued.,

In the case of (iii), above, where there is a successful auction bid for the domain within the first 40 days post expiration, you have up to these same 40 days post expiration to recover the domain. Otherwise, the third party who won the auction for the domain name services will control the domain name services, including control over the WHOIS information and the DNS settings. You agree that we are not obliged to contact you to alert you that the domain name registration services are or were auctioned. You acknowledge that we do not have to pay you any of the proceeds, if any, we may earn as a result of such an auction.

You acknowledge that you have read, understood and agreed to these post-expiration rights as your sole remedies for renewal of expired domains. If you do not exercise your rights under this provision, you agree that you have abandoned the domain name services, and relinquish all rights and use of the domain name services with no liability to us.

## 24. LIMITATION OF LIABILITY

YOU AGREE THAT WE WILL NOT BE LIABLE FOR ANY (1) SUSPENSION OR LOSS OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION, DOMAIN NAME REGISTRATION SERVICES, (2) USE OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION DOMAIN NAME REGISTRATION SERVICES, (3) INTERRUPTION OF OUR SERVICES OR INTERRUPTION OF YOUR BUSINESS, (4) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICE(S) OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (5) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (6) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (7) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (8) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (9) APPLICATION OF THE DISPUTE POLICY. YOU ALSO AGREE THAT WE WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR REGISTRATION OF THE DOMAIN NAME. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR AND/OR YOUR PRIMARY SERVICE PROVIDER'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 25. Indemnity and defense

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under this Agreement, the Service(s) provided hereunder, or your use of the Service(s), including, without limitation, infringement by you, or by anyone else using the Service(s) we provide to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of our operating rules or policies relating to the Service(s) provided. When we may be involved in a suit involving a third party and which is related to our Service(s) to you under this Agreement, we may seek written assurances from you in which you promise to defend, indemnify and hold us harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which we are the registrar of record. Moreover, should we be forced to defend ourselves in any action or legal proceeding in connection with any Service(s) provided to you, you shall have sole responsibility to defend us against any such claim by the legal counsel of our choosing. This indemnification is in addition to any indemnification required under the UDRP. The terms of this paragraph will survive any termination or cancellation of this Agreement.

## 26. Indemnification of registry operators

You further agree to indemnify, defend and hold harmless all applicable registry administrator(s) (including Verisign Inc., Neulevel, Inc., Public Interest Registry, Afilias Limited, and other registry operators listed at http://www.icann.org/registries/listing.html) and all such parties' directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including any direct, indirect, incidental, special, or consequential damages and reasonable legal fees and expenses) arising out of, or related to, the domain name registration services you are obtaining from us.



## 27. REPRESENTATIONS AND WARRANTIES

YOU REPRESENT THAT, TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICE(S) INFRINGES THE LEGAL RIGHTS OF A THIRD PARTY. YOU FURTHER REPRESENT AND WARRANT THAT ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICE(S) IS ACCURATE. ALL SERVICE(S) ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRAR, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICE(S), INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICE(S) OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICE(S). NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

## 28. Additional reservation of rights

Namecheap expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any account or any Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by Namecheap in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by Namecheap in offering or delivering any Services (including any domain name registration); (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry; (iii) to assist with our fraud and abuse detection and prevention efforts; (iv) to comply with applicable local, state, national and international laws, rules and regulations; (v) to comply with requests of law enforcement, including subpoena requests; (vi) to comply with any dispute resolution process; (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, or (viii) to avoid any civil or criminal liability on the part of Namecheap, its officers, directors, employees and agents, as well as Namecheap's affiliates.

## 29. Right To Transfer Your Domain(s) As Part of Bulk / Partial Bulk Transfer

Namecheap reserves the right to sell all or part of its domain portfolio as a registrar. Upon such sale, You agree that Namecheap may transfer your domain(s) as part of a bulk or partial bulk transfer to the acquiring registrar.

You also agree that, where Namecheap is a reseller and makes an acquisition in whole or in part of another registrars TLD portfolio that is the registrar of record for Your domain(s), Namecheap has the right to transfer Your domain(s) from said registrar to Namecheap's registrar credentials as part of a bulk or partial bulk transfer.



## 30. Governing law and jurisdiction for disputes

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Arizona. You agree that any action brought by you to enforce this Agreement or any matter brought by you and which is against or involves us and which relates to your use of the Services shall be brought exclusively in the United States District Court of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona. You consent to the personal and subject matter jurisdiction of any state or Federal court in Maricopa County, State of Arizona in relation to any dispute between you and us under this Agreement. You agree that service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

Notwithstanding the foregoing, for the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Maricopa County, State of Arizona.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PACE RELATING TO OR ARISING OUT OF THIS AGREEMENT.

## 31. Notices

You agree that any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## 32. Legal Age

You attest that you are of legal age to enter into this Agreement.

## 33. Final Agreement

This Agreement, the referenced agreements, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications, subject to the terms set out in Section 2 above. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us.

## 34. No Agency Relationship

With the exception of the Designated Agency described in Section 19 above, Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## 35. Waiver

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach

### 35. Waiver

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

### 36. Enforceability

In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. We will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, our original objectives and intent as reflected in the original provision.

### 37. Assignment and Resale

Except as otherwise set forth herein, your rights under this Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Agreement, whether by attachment, levy, garnishment or otherwise, renders this Agreement voidable at our option. You agree not to reproduce, duplicate, copy, sell, resell or otherwise exploit for any commercial purposes any of the Services (or portion thereof) without Namecheap's prior express written consent.

### 38. Force Majeure

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Namecheap, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this section (i) shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and (ii) shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Namecheap may immediately terminate this Agreement.

### 39. Headings

The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

Need help? We're always here for you.    Chat with a Live Person



Need help? We're always here for you.    **Chat with a Live Person**

## namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com    **Join**

**Domains**
Domain Name
Search
Transfer
New TLDs
Personal Domain
Marketplace
Whois Lookup
PremiumDNS
FreeDNS

**Hosting**
Shared Hosting
WordPress Hosting
UPDATE
Reseller Hosting
VPS Hosting
Dedicated Servers
Private Email
Hosting
Migrate to
Namecheap
Website Builder

**WordPress** UPDATE
Shared Hosting
WordPress Hosting
UPDATE
Migrate WordPress

**Security**
WhoisGuard
PremiumDNS
VPN UPDATED
2FA
Public DNS

**Transfer to Us**
TRY ME
Transfer Domains
Migrate Hosting
Migrate WordPress
Migrate Email

**SSL Certificates**
Comodo
Organization
Validation
Domain Validation
Extended Validation
Single Domain
Wildcard
Multi-Domain

**Resellers**
SSL Certificates
Reseller Hosting

**Promos**

**Resource Center**

**Support**
Support Center
Status Updates
Knowledgebase
Submit Ticket
Live Chat
Report Abuse

**Careers**

**Affiliates**

**Send us Feedback**

The entirety of this site is protected by copyright © 2001–2020 Namecheap.com.    Terms and Conditions   Privacy Policy   UDRP

WE SUPPORT    ELECTRONIC FRONTIER FOUNDATION    FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.
Serving customers since 2001.

Payment Options
     



Download on the
 Google Play     App Store

# SUPPLEMENTAL REGISTRY AGREEMENT

# FOR CERTAIN TLDs

(https://www.namecheap.com/legal/domains/supplemental-registry-agreement/)



Legal → Domains → **Supplemental Registry Agreement for Certain TLDs**

## Supplemental Registry Agreement for Certain TLDs

This Supplemental Registry Agreement ("Registry Agreement") supplements the Registration Agreement between you on the one hand and Namecheap, Inc. ("Namecheap") on the other hand with respect to the registration by you of the .BZ, .BIO, .CA, .CC, .CM, .CN, .CO, .DE, .EU, .ES, .IN, .ME, .NU, .TV, .UK, .US, .WS, and any subsequently adapted country-code top-level domains ("ccTLD Services").

Your registration of a domain name in any ccTLD (each a "New TLD Domain Name"), is subject to policies and service agreements established or revised from time to time by the registry (or operator of such registry) for such New TLD Domain Name ("New TLD Registry"), in its capacity as the registry for its respective Top Level Domain. Each respective New TLD Registry's current policies and service agreements ("New TLD Registry Policies") are available for you to review at each New TLD's respective website. For example, the registry policy for .bz can be found at http://www.belizenic.bz/support/legal.php. You agree to be bound by and comply with the applicable New TLD Registry Policies, including amendments and modifications thereto, with respect to your New TLD Domain Name registration.

You acknowledge and agree that you have reviewed and satisfied yourself as to the obligations and conditions contained in the applicable New TLD Registry Policies. Such policies shall not alter the terms and conditions of the Agreement. To the extent there is a conflict between the New TLD Registry policies and the terms of this Registry Agreement or the Agreement, the terms of these Agreements shall prevail. You agree that the New TLD Registry has the right to enforce the New TLD Registry Policies.

1. Submission of ccTLD Orders. Subject to the terms hereof and the applicable New TLD Registry Policies, you may, through the use of the Namecheap ccTLD Services or such other means as Namecheap may designate in writing, place orders for the Namecheap ccTLD Services. Such orders shall be submitted in the form and manner prescribed by Namecheap. By submitting an order for any ccTLD Services, You represent and warrant to Namecheap that the order is consistent with the New TLD Policies for the applicable New TLD Registry. You expressly authorize Namecheap to bind you to all terms and conditions in any corresponding registry or registrar for the ccTLD Services provided pursuant to this Registry Agreement. Furthermore, you acknowledge and agree that in certain specific instances a specific New TLD Registry may require direct contact with you or through Namecheap or a third party provider of the ccTLD Services.

2. Compliance with Registrar and Registry Policies. You are solely responsible for ascertaining the contents of any New TLD Registry Policies, whether reflected in this Registry Agreement or not, and any amendments or modifications thereto. You represent and warrant that any order you submit for ccTLD Services is compliant with the applicable registry policies, terms and conditions. You further represent and warrant that any information provided by or through you to Namecheap

Namecheap.com Supplemental Registry Agreement

in connection with the services hereunder is accurate and complete, and submitted in the form required by the applicable registry. You also agree that you have a continuing obligation to periodically monitor such policies for any changes.

3. Supporting Documentation. You agree to timely provide Namecheap with all information and supporting documentation reasonably requested by Namecheap to fulfill any accepted order. If such information is not provided prior to the earlier of the time required for the provision of the ccTLD Services or a period of thirty (30) days from the date of the request, or if the information provided is incorrect or false, Namecheap may terminate the portion of the order for which information was requested, and any fees paid in connection therewith shall be non-refundable or, if fees have not yet been paid, a 10% processing fee shall be applied.

4. Warranties. You represent and warrant that any ccTLD domain name registered pursuant to an order made hereunder is registered and used for lawful purposes.

5. No Grace Period For Certain ccTLDs Registrations. There are no grace or redemption periods available for the following country specific domain name: .cm country-specific extension ("Country Specific Domain Name(s)"). In addition, if you do not renew your Country Specific Domain Name prior to the renewal date for such country specific domain name, then you run the risk of loss of your Country Specific Domain Name. **PLEASE NOTE THAT YOUR FAILURE TO RENEW YOUR COUNTRY SPECIFIC DOMAIN NAMES AND RELATED SERVICES BEFORE THE EXPIRATION DATES WILL RESULT IN A DELETION OF YOUR COUNTRY SPECIFIC DOMAIN NAME FROM THE REGISTRY**. You acknowledge and agree that by purchasing Country Specific Domain Name services from Namecheap that Namecheap shall not be liable for the following: (1) any loss, damage or liability you incur due to any interruption caused by your failure to renew the services; (2) any loss, damage or liability you incur due to the loss of domain name registrations as a result of the failure to renew such services; and (3) your sole and exclusive remedy for any claim arising under this Country Specific Domain Name service shall be limited to those remedies provided under the Agreement between you and Namecheap. Namecheap, LLC disclaims any and all liability in the loss of domain name registrations due to failure to renew services.

6. All .nl domain names are registered with SIDN, the administrator of the .nl zone. Where the registration of your chosen domain name and its subsequent management are concerned, Namecheap will act as your representative in dealings with SIDN. Namecheap will also submit an application to register the domain name on your behalf. By instructing Namecheap to submit an application to register a domain name, you agree that, if your application is accepted by SIDN, you will enter into a contract with SIDN, of Arnhem, the Netherlands (Trade Register no. 41215724), covering the domain name's registration. Your rights and obligations under the registration contract, and those of SIDN, are set out in the General Terms and Conditions for .nl Registrants, which can be read here. You acknowledge that you are familiar with the General Terms and Conditions for .nl Registrants and accept their applicability to your registration contract with SIDN.

## Additional Registry Requirements

Below are links to registries that may have additional contractual requirements that you agree to by registering domain names from those registries. You are responsible for reviewing any terms and conditions provided by these registries:

| | | | | | |
|---|---|---|---|---|---|
| .AC | .ACADEMY | .ACCOUNTANT | .ACCOUNTANTS | .ACTOR | .ADULT |
| .AE.ORG | .AFRICA | .AGENCY | .AI | .AIRFORCE | .APARTMENTS |
| .APP | .ARMY | .ART | .ASIA | .ASSOCIATES | .ATTORNEY |
| .AUCTION | .AUDIO | .AUTO | .BABY | .BAND | .BAR |
| .BARGAINS | .BEER | .BERLIN | .BEST | .BID | .BIKE |
| .BINGO | .BIO | .BIZ | .BLACK | .BLACKFRIDAY | .BLOG |
| .BLUE | .BOUTIQUE | .BR.COM | .BUILD | .BUILDERS | .BUSINESS |
| .BUZZ | .BZ | .CA | .CAB | .CAFE | .CAM |
| .CAMERA | .CAMP | .CAPITAL | .CAR | .CARDS | .CARE |

| | | | | | |
|---|---|---|---|---|---|
| .CAMERA | .CAMP | .CAPITAL | .CAR | .CARDS | .CARE |
| .CAREERS | .CARS | .CASA | .CASH | .CASINO | .CATERING |
| .CC | .CENTER | .CEO | .CH | .CHAT | .CHEAP |
| .CHRISTMAS | .CHURCH | .CITY | .CLAIMS | .CLEANING | .CLICK |
| .CLINIC | .CLOTHING | .CLOUD | .CLUB | .CM | .CN.COM |
| .CO | .CO.COM | .CO.UK | .COACH | .CODES | .COFFEE |
| .COLLEGE | .COM | .COM.AU | .COM.BZ | .COM.DE | .COM.ES |
| .COM.MX | .COM.PE | .COM.SE | .COM.SG | .COM.VC | .COMMUNITY |
| .COMPANY | .COMPUTER | .CONDOS | .CONSTRUCTION | .CONSULTING | .CONTRACTORS |
| .COOKING | .COOL | .COUNTRY | .COUPONS | .COURSES | .CREDIT |
| .CREDITCARD | .CRICKET | .CRUISES | .CX | .CYMRU | .DANCE |
| .DATE | .DATING | .DE | .DE.COM | .DEALS | .DEGREE |
| .DELIVERY | .DEMOCRAT | .DENTAL | .DENTIST | .DESI | .DESIGN |
| .DIAMONDS | .DIET | .DIGITAL | .DIRECT | .DIRECTORY | .DISCOUNT |
| .DOCTOR | .DOG | .DOMAINS | .DOWNLOAD | .EARTH | .ECO |
| .EDUCATION | .EMAIL | .ENERGY | .ENGINEER | .ENGINEERING | .ENTERPRISES |
| .EQUIPMENT | .ES | .ESTATE | .EU | .EU.COM | .EVENTS |
| .EXCHANGE | .EXPERT | .EXPOSED | .EXPRESS | .FAIL | .FAITH |
| .FAMILY | .FANS | .FARM | .FASHION | .FEEDBACK | .FILM |
| .FINANCE | .FINANCIAL | .FISH | .FISHING | .FIT | .FITNESS |
| .FLIGHTS | .FLORIST | .FLOWERS | .FM | .FOOTBALL | .FORSALE |
| .FOUNDATION | .FR | .FUN | .FUND | .FURNITURE | .FUTBOL |
| .FYI | .GALLERY | .GAME | .GAMES | .GARDEN | .GB.NET |
| .GDN | .GG | .GIFT | .GIFTS | .GIVES | .GLASS |
| .GLOBAL | .GMBH | .GOLD | .GOLF | .GR.COM | .GRAPHICS |
| .GRATIS | .GREEN | .GRIPE | .GROUP | .GUIDE | .GUITARS |
| .GURU | .HAMBURG | .HAUS | .HEALTH | .HEALTHCARE | .HELP |
| .HIPHOP | .HOCKEY | .HOLDINGS | .HOLIDAY | .HORSE | .HOST |
| .HOSTING | .HOUSE | .HOW | .HU.NET | .ID | .IMMO |
| .IMMOBILIEN | .IN | .IN.NET | .INDUSTRIES | .INFO | .INK |
| .INSTITUTE | .INSURE | .INTERNATIONAL | .INVESTMENTS | .IO | .IRISH |
| .JETZT | .JEWELRY | .JP.NET | .JPN.COM | .JUEGOS | .KAUFEN |

| | | | | |
|---|---|---|---|---|
| .JETZT | .JEWELRY | .JP.NET | .JPN.COM | .JUEGOS | .KAUFEN |

| | | | | | |
|---|---|---|---|---|---|
| .KIM | .KITCHEN | .KIWI | .KRD | .KYOTO | .LA |
| .LAND | .LAT | .LAWYER | .LEASE | .LEGAL | .LGBT |
| .LI | .LIFE | .LIGHTING | .LIMITED | .LIMO | .LINK |
| .LIVE | .LOAN | .LOANS | .LOL | .LONDON | .LOVE |
| .LTD | .LTDA | .LUXURY | .MAISON | .MANAGEMENT | .MARKET |
| .MARKETING | .MBA | .ME | .ME.UK | .MEDIA | .MELBOURNE |
| .MEMORIAL | .MEN | .MENU | .MEX.COM | .MOBI | .MODA |
| .MOE | .MOM | .MONEY | .MORTGAGE | .MOVIE | .MX |
| .NAGOYA | .NAME | .NAVY | .NET | .NET.AU | .NET.BZ |
| .NET.PE | .NET.VC | .NETWORK | .NEWS | .NINJA | .NL |
| .NO.COM | .NOM.ES | .NU | .NYC | .OBSERVER | .OKINAWA |
| .ONE | .ONL | .ONLINE | .ORG | .ORG.AU | .ORG.ES |
| .ORG.MX | .ORG.PE | .ORG.UK | .ORG.VC | .OSAKA | .PARIS |
| .PARTNERS | .PARTS | .PARTY | .PE | .PHOTO | .PHOTOGRAPHY |
| .PHOTOS | .PICS | .PICTURES | .PINK | .PIZZA | .PLACE |
| .PLUMBING | .PLUS | .POKER | .PORN | .PRESS | .PRO |
| .PRODUCTIONS | .PROPERTIES | .PROPERTY | .PUB | .PW | .RACING |
| .REALTY | .RECIPES | .RED | .REHAB | .REISE | .REISEN |
| .RENT | .RENTALS | .REPAIR | .REPORT | .REPUBLICAN | .REST |
| .RESTAURANT | .REVIEW | .REVIEWS | .RIP | .ROCKS | .RODEO |
| .RU.COM | .RUN | .RYUKYU | .SA.COM | .SALE | .SARL |
| .SCHOOL | .SCHULE | .SCIENCE | .SE | .SE.NET | .SECURITY |
| .SERVICES | .SEX | .SEXY | .SG | .SH | .SHIKSHA |
| .SHOES | .SHOP | .SHOPPING | .SHOW | .SINGLES | .SITE |
| .SKI | .SOCCER | .SOCIAL | .SOFTWARE | .SOLAR | .SOLUTIONS |
| .SOY | .SPACE | .STORE | .STREAM | .STUDIO | .STUDY |
| .STYLE | .SUCKS | .SUPPLIES | .SUPPLY | .SUPPORT | .SURF |
| .SURGERY | .SYDNEY | .SYSTEMS | .TATTOO | .TAX | .TAXI |
| .TEAM | .TECH | .TECHNOLOGY | .TEL | .TENNIS | .THEATER |
| .THEATRE | .TIENDA | .TIPS | .TIRES | .TODAY | .TOKYO |
| .TOOLS | .TOP | .TOURS | .TOWN | .TOYS | .TRADE |

| .TOOLS | .TOP | .TOURS | .TOWN | .TOYS | .TRADE |
|---|---|---|---|---|---|
| .TRAINING | .TUBE | .TV | .UK | .UK.COM | .UK.NET |
| .UNIVERSITY | .UNO | .US | .US.COM | .US.ORG | .VACATIONS |
| .VC | .VEGAS | .VENTURES | .VET | .VIAJES | .VIDEO |
| .VILLAS | .VIN | .VIP | .VISION | .VODKA | .VOTE |
| .VOTING | .VOTO | .VOYAGE | .WALES | .WATCH | .WEBCAM |
| .WEBSITE | .WEDDING | .WIKI | .WIN | .WINE | .WORK |
| .WORKS | .WORLD | .WS | .WTF | .XN--3DS443G | .XN--6FRZ82G |
| .XXX | .XYZ | .YOGA | .YOKOHAMA | .ZA.COM | .ZONE |

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**



We'll send you news and offers.



The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT





We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options





# UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

(https://www.namecheap.com/legal/domains/udrp/)



Legal → Domains → Uniform Domain Name Dispute Resolution Policy

# Uniform Domain Name Dispute Resolution Policy

**As Approved by ICANN on October 24, 1999**

1. **Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available here, and the selected administrative-dispute-resolution service provider's supplemental rules.

2. **Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

3. **Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

   a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

   b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

   c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

   We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

4. **Mandatory Administrative Proceeding.** This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed here (each, a "Provider").

a. **Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that:

i. your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

ii. you have no rights or legitimate interests in respect of the domain name; and

iii. domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

b. **Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

i. circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

ii. you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

iii. you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

iv. by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

c. **How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

i. before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

ii. you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

iii. you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

d. **Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

e. **Initiation of Proceeding and Process and Appointment of Administrative Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

f. **Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

g. **Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

h. **Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

i. **Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

j. **Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

k. **Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

5. **All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

6. **Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

7. **Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

8. **Transfers During a Dispute.**

a.  **Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

b.  **Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

9.  **Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at https://www.namecheap.com/legal/domains/udrp.aspx. at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |
| --- | --- |

 

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT



ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

# REGISTRANT RIGHTS, BENEFITS & RESPONSIBILITIES

(https://www.namecheap.com/legal/domains/registrant-rights-benefits-and-responsibilities/)



Legal → Domains → Registrant Rights, Benefits & Responsibilities

# Registrant Rights, Benefits & Responsibilities

If you register a domain name, you become the Registered Name Holder (also known as Registrant) for that domain. The Internet Corporation for Assigned Names and Numbers ICANN has set forth various rights and responsibilities of Registrants over the registration and use of a registered Internet domain name. Further information about ICANN's policies and materials for Registrants is available on the ICANN website:

- Registrant Educational Materials
- Registrant Rights & Responsibilities
- Registrant's Benefits & Responsibilities

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

Registrant Rights, Benefits & Responsibilities

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?

We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap** →

**Read our blog** →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT









We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

# REGISTRANT EDUCATIONAL MATERIALS

(https://www.icann.org/resources/pages/educational-2012-02-25-en)

## Registrant (Registrant) Educational Materials

1. What is Domain Name (Domain Name)? (http://youtu.be/2ZUQ2Szu-JI)

2. What is a registrar? (http://youtu.be/bxN14sauJPA)

3. How do I renew my domain name? (http://youtu.be/umt3uZmOaAY)

4. What if I forget to renew my domain name?
   (http://youtu.be/dcwG9mKSS0A)

# WHAT IS A DOMAIN NAME?

(https://www.youtube.com/watch?v=2ZUQ2Szu-JI&feature=youtu.be)



What Is a Domain Name?

62,686 views • Mar 13, 2014

197     14     SHARE     SAVE

**ICANN**
8.01K subscribers

SUBSCRIBE

Learn about domain names and the Domain Name System (DNS) in this tutorial. (1 of 4 video tutorials)

SHOW MORE

Up next                                                           AUTOPLAY

**JAVA - How To Design Login And Register Form In Java Netbeans**
1BestCsharp blog
1.9M views
44:14

**Can You Become a Data Scientist?**
365 Data Science



Top 10 Linux Job Interview Questions
tutoriaLinux
1.4M views

What Is A Domain Name? | GoDaddy
GoDaddy
105K views

SKIP NAVIGATION

Top 10 Outlook Free Add-ins
Sele Training
95K views

REST API concepts and examples
WebConcepts
4M views

The basics on a Speed square
Classic Work
Recommended for you

8 Mind Blowing MachineS You Need To See!
TTI
Recommended for you

I Hired A $100 Logo Designer On Fiverr (Interesting Results)
Satori Graphics
Recommended for you

POP3 vs IMAP - What's the difference?
PowerCert Animated Videos
382K views

Plastic processing Overview
ConairGroup
Recommended for you

How To Convert pdf to word without software
karim hamdadi
Recommended for you

How To Start A Clothing Line With $0 Dollars | Legit Step by Step Tutorial
John Santos
Recommended for you

How to Grill a Good Steak by Master Chef Robert Del Grande
OPTFOOD
Recommended for you

# WHAT IS A REGISTRAR?

(https://www.youtube.com/watch?v=bxN14sauJPA&feature=youtu.be)





SKIP NAVIGATION



### Automated Manufacturing Robots - FABTECH
Proto G Engineering
Recommended for you
7:53

### How to Install & Configure printer, Network Printer
Rohit Sahu
Recommended for you

### How to Start a Speech
Conor Neill
Recommended for you
8:47



### Alabama Power's Plant Miller How Electricity Is Generated 3D Animated Tour
edpvideo
Recommended for you
9:51



### U/PVC & F/PVC PROFILES CO-EXTRUSION LINE
AMUT Group
Recommended for you
3:56



### How Shell and Tube Heat Exchangers Work (Engineering)
saVRee 3D
Recommended for you
15:13



### Top 10 most dangerous airports in the world 2019
World Top ONE
Recommended for you
10:23



### How To Convert pdf to word without software
karim hamdadi
Recommended for you
9:04



### ✓60:00Min. ♥Blue Purple Nebula Star Field Travel♥ HD Longest Motion Background AA VFX
AA VFX
Recommended for you
1:00:01



### PP PROFILE CO-EXTRUSION LINE
AMUT Group
Recommended for you
3:00

### Top 10 Diesel Trains Cold Start
Le Ricette di Ely
Recommended for you

### 8 Mind Blowing MachineS You Need To See!
TTI
Recommended for you

# HOW DO I RENEW MY DOMAIN NAME?

(https://www.youtube.com/watch?v=umt3uZmOaAY&feature=youtu.be)





YouTube
Search
SIGN IN

Top 10 Outlook Free Add-ins
Sele Training
95K views

SKIP NAVIGATION

Top 10 Linux Job Interview Questions
tutoriaLinux
Recommended for you

Extruder Operation and Control - Paulson Training
PaulsonTraining
Recommended for you

8 Mind Blowing MachineS You Need To See!
TTI
Recommended for you

REST API concepts and examples
WebConcepts
Recommended for you

U/PVC & F/PVC PROFILES CO-EXTRUSION LINE
AMUT Group
Recommended for you

Electroplating - Easy DIY Nickel, Copper, Zinc Plating
Geoffrey Croker
Recommended for you

128,000 Dominoes Falling into past a journey around the world 2 Guinness World Records) YouTub
Ahmed Samir
Recommended for you

I Hired A $100 Logo Designer On Fiverr (Interesting Results)
Satori Graphics
Recommended for you

how to extend trial period of any software in 5 minutes - 2018 latest trick
Trick Tell Tech
3.4M views

How to change your "Email Address (Primary Email)" in Facebook 2015
Skill Guru
1.8M views

Plastic processing Overview
ConairGroup
Recommended for you

# WHAT IF I FORGET TO RENEW MY DOMAIN NAME?

(https://www.youtube.com/watch?v=dcwG9mKSS0A&feature=youtu.be)



What If I Forget To Renew My Domain Name?

9,635 views • Mar 13, 2014

👍 20   👎 5   ↗ SHARE   ⊕ SAVE   •••

ICANN
8.01K subscribers

A video describing what to do if you forget to renew your gTLD domain name. (1 of 4 video tutorials)

SHOW MORE

Up next                                                          AUTOPLAY ⬤

how to extend trial period of any software in 5 minutes - 2018 latest trick
Trick Tell Tech
Recommended for you

7:28

How To Insert Image Into Another Image Using Microsoft Word
Recipes



≡  ▶ YouTube

Search 🔍                    📹 ⊞ ⋮  👤 SIGN IN

**Top 10 Linux Job Interview Questions**
tutoriaLinux
Recommended for you
16:04

**Extruder Operation and Control - Paulson Training**
PaulsonTraining
Recommended for you
SKIP NAVIGATION       :54

**128,000 Dominoes Falling into past a journey around the world 2 Guinness World Records) YouTub**
Ahmed Samir
Recommended for you
7:13

**Metal Casting at Home Part 77 Lost PLA/Greensand Casting for the Myfordboy 3D Printer**
myfordboy
Recommended for you
12:59

**Mariah Carey - All I Want for Christmas Is You (Make My Wish Come True Edition)**
Mariah Carey  ♪
Recommended for you
New
4:03

**U/PVC & F/PVC PROFILES CO-EXTRUSION LINE**
AMUT Group
Recommended for you
3:56

**Top 10 Diesel Trains Cold Start**
Le Ricette di Ely
Recommended for you
15:23

**SEWER FISHING with a HUGE RAT LURE!!**
Ty PigPatrol
Recommended for you
6:40

**How to change your "Email Address (Primary Email)" in Facebook 2015**
Skill Guru
1.8M views
5:55

**Top 10 most dangerous airports in the world 2019**
World Top ONE
Recommended for you
10:23

**How to Start a Speech**
Conor Neill
Recommended for you

**Warren Buffett Explains How To Make A 50% Return Per Year**
Cooper Academy - Investing
Recommended for you

# REGISTRANT RIGHTS & RESPONSIBILITIES

(https://www.icann.org/resources/pages/responsibilities-2014-03-14-en)

Registrant Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

# Registrant (Registrant) Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement

This page is available in:

English | العربية (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ar) |
Deutsch (http://www.icann.org/resources/pages/responsibilities-2014-03-14-de) |
Español (http://www.icann.org/resources/pages/responsibilities-2014-03-14-es) |
Français (http://www.icann.org/resources/pages/responsibilities-2014-03-14-fr) |
Italiano (http://www.icann.org/resources/pages/responsibilities-2014-03-14-it) |
日本語 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ja) |
한국어 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ko) |
Português (http://www.icann.org/resources/pages/responsibilities-2014-03-14-pt) |
Русский (http://www.icann.org/resources/pages/responsibilities-2014-03-14-ru) |
中文 (http://www.icann.org/resources/pages/responsibilities-2014-03-14-zh)

View current policy (/en/resources/registrars/registrant-rights/benefits)

27 June 2011

## Registrant (Registrant) Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement

Background: One of the new provisions added to the 2009 RAA (Registrar Accreditation Agreement) requires ICANN (Internet Corporation for Assigned Names and Numbers) to develop in consultation with registrars a webpage that identifies available registrant rights and responsibilities. This published document is the result of initial input from a joint working group of the GNSO (Generic Names Supporting Organization) Council and the At-Large Advisory Committee (Advisory Committee) and subsequent consultations with the registrars; and provides a "plain language" summary of registrant rights and responsibilities that currently exist under the 2009 RAA (Registrar Accreditation Agreement).

## Introduction

This document provides some "plain language" summarization of terms related to Registrant (Registrant) Rights and Responsibilities as set out in the Registrar Accreditation Agreement (/en/registrars/ra-agreement-21may09-en.htm) (RAA (Registrar Accreditation Agreement)), for posting on Registrar websites. While some of the terms included here do not specifically refer to registrants, those terms are included because of the potential import to understanding registrar/registrant relations. This document also summarizes registrant rights and responsibilities that arise within ICANN (Internet Corporation for Assigned Names and Numbers) (/) Consensus (Consensus) Policies and specifications, as those policies and specifications are incorporated into the RAA (Registrar Accreditation Agreement).'

The summarization of terms within this document do not override or replace the terms set forth in the RAA (Registrar Accreditation Agreement) or within those specifications or policy.

## Preamble

In order to register a domain name, a Registered Name Holder (also known as a Registrant (Registrant)) has to use the services of an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited Registrar. In order to become an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited Registrar, the Registrar must enter into a contract with ICANN (Internet Corporation for Assigned Names and Numbers), referred to as the Registrar Accreditation Agreement or the RAA (Registrar Accreditation Agreement). The RAA (Registrar Accreditation Agreement) sets out various rights and responsibilities for Registrants, and Registrants have additional rights and responsibilities that are set forth in separate ICANN (Internet Corporation for Assigned Names and Numbers) policies and specifications that the Registrars agree to follow.

The RAA (Registrar Accreditation Agreement) and the related policies are drafted in very specific, often legal terminology. In order to help Registrants better understand the rights and responsibilities that come along with the registration of a domain name, these rights and responsibilities are being summarized and presented within a single document. The summaries provided here do not override or replace the actual terms as written in the RAA (Registrar Accreditation Agreement) or the related policies and specifications.

## RAA (Registrar Accreditation Agreement) Terms of Interest

As the RAA (Registrar Accreditation Agreement) is between ICANN (Internet Corporation for Assigned Names and Numbers) and a Registrar, no one else – including a Registered Name Holder – may sue ICANN (Internet Corporation for Assigned Names and Numbers) or the Registrar to claim a breach of the RAA (Registrar Accreditation Agreement).

Registrars may not make claims that they can provide registrants with superior access to any relevant TLD (Top Level Domain) in comparison to other Registrars.

Some of the Registrar obligations are dependent upon Registered Name Holders fulfilling certain responsibilities, particularly as it relates to payment of registration fees, submission of required data points to the Registrars, and submission of accurate data and timely updates to that required data. Registrars also have specific items on which they must provide notice to Registered Name Holders, including notifications of the end of a registration term, use of Registered Name Holder's Personal Data, and notices regarding escrowing of data for domain names registered through privacy or proxy registration services, as well as the posting of fees for the recovery of registered names.

**Registrar Submission of Data to Registry Operators**

For each relevant TLD (Top Level Domain), Registrars must submit certain data (/en/registrars/ra-agreement-21may09-en.htm#3) points relating to each Registered Name within a TLD (Top Level Domain):

- The name of the Registered Name being registered (3.2.1.1 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.1));

- The IP (Internet Protocol or Intellectual Property) addresses of the primary nameserver and secondary nameserver(s) for the Registered Name (3.2.1.2 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.2));

- The corresponding names of those nameservers (3.2.1.3 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.3));

- Unless automatically generated by the registry system, the identity of the Registrar (3.2.1.4 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.4));

- Unless automatically generated by the registry system, the expiration date of the registration (3.2.1.5 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.5)); and

- Any other data the Registry Operator requires be submitted to it (3.2.1.6 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.6)).

Registered Name Holders are normally required to provide the Registrar with information relating to nameservers (3.2.1.2 – 3 (/en/registrars/ra-agreement-21may09-en.htm#3.2.1.2)), and there may be additional data required under Section 3.2.1.6 that the Registered Name Holder must provide. If the Registered Name Holder provides an update on these data points, the Registrar has five (5) days to provide the update to the Registry Operator.

**Whois Data**

Registrars are required to have an interactive web page and port 43 Whois service that is available to the public to query free of charge. The RAA (Registrar Accreditation Agreement) specifies certain data points that must be provided in response to a query:

- The Registered Name (3.3.1.1 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.1));

- The names of the primary nameserver and secondary nameserver(s) for the Registered Name (3.3.1.2 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.2));

- The identity of Registrar (which may be provided through Registrar's website) (3.3.1.3 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.3));

- The original creation date of the registration (3.3.1.4 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.4));

- The expiration date of the registration (3.3.1.5 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.5));

- The name and postal address of the Registered Name Holder (3.3.1.6 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.6))

- The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the technical contact for the Registered Name (3.3.1.7 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.7)); and

- The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the administrative contact for the Registered Name (3.3.1.8 (/en/registrars/ra-agreement-21may09-en.htm#3.3.1.8)).

These data points are commonly referred to as Whois data. As discussed below, Registered Name Holders are required to provide a Registrar with timely updates to Whois data for a Registered Name. Upon receiving the update, a Registrar is to "promptly" update the Whois data. Registrars may contract out the maintenance of the public query function.

The RAA (Registrar Accreditation Agreement) allows Registrars to provide bulk access to Whois data to third parties. When providing bulk access or access to the Whois data through the public query function, the Registrar is required to restrict access (/en/registrars/ra-agreement-21may09-en.htm#3.3.6) for high volume queries or other restrictions on uses of Whois data as specified in the RAA (Registrar Accreditation Agreement), including marketing activities and mass solicitations. If a Registrar contracts the public function query to an outside party, the Registrar must require any

Responsibilities Under the 2009 Registrar Accreditation Agreement - ICANN

contractor providing the port 43 service to impose the same restrictions on access to and use of the Whois data.

**Communications with Registered Name Holders**

Registrars are <u>required to maintain records of all communications (/en/registrars/ra-agreement-21may09-en.htm#3.4.2)</u> with Registered Name Holders, as well as records of information provided to Registry Operators.

**Escrow of Registered Name Holder Data**

A Registrar is required to <u>maintain a database (/en/registrars/ra-agreement-21may09-en.htm#3.4.1)</u> of all Whois data for all Registered Names registered through the Registrar's accreditation, as well as all data the Registrar submits to the Registry Operator. In addition, the Registrar must include in the database the name and (where available) postal address, e-mail address, voice telephone number, and fax number of the billing contact for each Registered Name.

In some instances, a registrant may choose to limit the amount of personal information that a Registrar makes available in a Whois query. To do so, the name may be registered through a privacy service (allowing a registrant to conceal personal identifying information and often replacing it with the information of the privacy service). Customers may also choose to register names through a proxy service, where the proxy service is the Registered Name Holder, and the proxy service licenses the use of the domain name to the customer. In that situation, the proxy service, as the Registered Name Holder, has its information listed for most or all required data points.

When a Registered Name is registered through a privacy or proxy registration service, that affects the information that is placed in the database, and a Registrar <u>must do one of two things (/en/registrars/ra-agreement-21may09-en.htm#3.4.1)</u>: The Registrar must either (1) include in the database the name and postal address, e-mail address, and voice telephone number provided by the customer in connection with each registration, even when a privacy or proxy registration is used; or (2) at the time that a customer elects to use a privacy or proxy registration service, display a notice that the customer's data is not being escrowed. When a customer's data is not being escrowed, only the contact information associated with the privacy or proxy registration service will be escrowed. If a customer's data is not escrowed, and only the information of the proxy or privacy service is maintained in the database, in the event of Registrar or Registry failure future notices may only be sent to the contact information within the database.

**Registrar Business Dealings with Registrants**

The RAA (Registrar Accreditation Agreement) imposes many requirements on a Registrar's business dealings, including its <u>dealings with Registered Name Holders (/en/registrars/ra-agreement-21may09-en.htm#3.7)</u>.

A registrar <u>may not activate (/en/registrars/ra-agreement-21may09-en.htm#3.7.4)</u> a Registered Name until it receives reasonable assurance from the Registered Name Holder that the registration fee will be paid.

The RAA (Registrar Accreditation Agreement) sets forth actions the Registrar may take at the <u>conclusion of the registration period (/en/registrars/ra-agreement-21may09-en.htm#3.7.5)</u> if a Registered Name Holder has not provided consent to renew the registration, including the Registrar cancelling the registration at the end of the current registration term. If the Registered Name Holder did not consent to renewal, the Registrar must make sure that a Registered Name is deleted from the Registry database within 45 days of the end of the registration term.

This right for the Registrar to cancel the registration and the obligation to the delete the domain name is not absolute. Section 3.7.5.1 (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.1) of the RAA (Registrar Accreditation Agreement) sets forth a list of potential "extenuating circumstances," that, if exist, allows the Registrar to renew the domain name even without the consent of the Registered Name Holder. These circumstances include the Registered Name being subject to a UDRP (Uniform Domain-Name Dispute Resolution Policy) action, court order, bankruptcy proceeding, or billing dispute, among other items. The Registrar must keep a record of reasons why the Registrar renewed a registration without the consent of a Registered Name Holder.

Registrars have to provide each new registrant with notice of the Registrar's deletion and auto-renewal policies (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.4). If the Registrar's deletion policy changes during the time of the registration agreement, the Registrar has to make efforts to inform the registrants of those policy changes. Details of the deletion and auto-renewal policies have to be displayed (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.5) on any website the Registrar operates for domain name registration and renewal, and the Registrar should also state on those sites any fee that will be charged for recovery of a domain name (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.6) during the Redemption Grace Period (the 30 day period of time during which the name is in "Pending Delete" status with the Registry).[1]

If a Registered Name is the subject of a UDRP (Uniform Domain-Name Dispute Resolution Policy) dispute (/en/dndr/udrp/policy.htm) at the time of deletion or expiration of the registration, the UDRP (Uniform Domain-Name Dispute Resolution Policy) complainant has the right to renew (or restore, in the case of a deletion) the domain name. If the complainant renews or restores the name, the Registrar must place the name in a HOLD or LOCK status,[2] and must modify the Whois information to show that the name is subject to dispute. Section 3.7.5.7 (/en/registrars/ra-agreement-21may09-en.htm#3.7.5.7) of RAA (Registrar Accreditation Agreement) also provides for a right for the original domain name registrant to recover or renew the name in the event the UDRP (Uniform Domain-Name Dispute Resolution Policy) complaint is terminated without decision, or the UDRP (Uniform Domain-Name Dispute Resolution Policy) complaint is decided in favor of the original domain name registrant.

*The Registrar/Registered Name Holder Agreement*

Registrars are required to enter into electronic or paper registration agreements (/en/registrars/ra-agreement-21may09-en.htm#3.7.7) with all Registered Name Holders. According to the RAA (Registrar Accreditation Agreement), the Registrar/Registered Name Holder Agreement must include – at minimum – the following items (as stated in Sections 3.7.7.1 – 12 (/en/registrars/ra-agreement-21may09-en.htm#3.7.7.1) of the RAA (Registrar Accreditation Agreement)):

- The Registered Name Holder must provide "accurate and reliable contact details" *and* must "promptly correct and update them" during the registration term. The details required are stated in Section 3.7.7.1.: "the full name, postal address, e-mail address, voice telephone number, and fax number if available of the Registered Name Holder; name of authorized person for contact purposes in the case of an Registered Name Holder that is an organization, association, or corporation; and the data elements listed in Subsections 3.3.1.2, 3.3.1.7 and 3.3.1.8."

- If a Registered Name Holder intentionally provides inaccurate or unreliable information, intentionally fails to promptly update the information, or fails to respond over fifteen (15) days to Registrar inquiries about the accuracy of the contact details, the Registered Name Holder will be in material breach of the agreement and the registration may be cancelled.

Responsibilities Under the 2013 Registrar Accreditation Agreement - ICANN

- Whoever is listed as the Registered Name Holder must provide full contact information, and is the Registered Name Holder of record. Sometimes a Registered Name Holder may register a domain name and then allow another person to use the domain name (such as a website designer registering a domain name for a client). If this happens, and the person actually using the name did not enter into the Registrar/Registered Name Holder Agreement (referred to as a "third party" in the RAA (Registrar Accreditation Agreement)), the Registered Name Holder could be accountable for wrongful use of the domain name by the third party. This will happen if the Registered Name Holder is provided with "reasonable evidence of actionable harm" from the third party's use of the domain name. In that situation the Registered Name Holder will "accept liability for harm caused by wrongful use of the Registered Name," unless the Registered Name Holder discloses the user's identity and current contact information.

- The Registrar must provide notice of how it intends to use data provided by the Registered Name Holder and who will received the Registered Name Holder's data. The Registrar must also provide notice of how Registered Name Holders may access and update data. Additionally, the Registrar must identify which data points the Registered Name Holder must provide to the Registrar, and what information can be provided on a voluntary basis. The Registered Name Holder must consent to all of these data processing terms.

- If a Registered Name Holder provides the Registrar with Personal Data on behalf of any person who did not enter into the Registrar/Registered Name Holder Agreement (the "third party" discussed above), the Registered Name Holder must confirm that it (1) provided those third-party individuals with the same data processing notices that the Registrar provides, and (2) received the same consents from the third party regarding the Registrar's data processing terms.

- A Registrar may only process the Registered Name Holder's data as stated in the data processing notices described above.

- A Registrar has to agree that it will take reasonable precautions to protect the Registered Name Holder's data from "loss, misuse, unauthorized access or disclosure, alteration, or destruction."

- Registered Name Holders must represent that: "to the best of the Registered Name Holder's knowledge and belief, neither the registration of the Registered Name nor the manner in which it is directly or indirectly used infringes the legal rights of any third party." This means that the Registered Name Holder must represent to the Registrar that the domain name is not being registered for use in a way that would violate the legal rights of others. An example of this "infringement" could be a registration of a domain name that violates a trademark or copyright held by someone that is not the Registered Name Holder.[3]

- If there is a dispute in connection with the use of the registered name, the Registered Name Holder must agree to jurisdiction of the courts in at least one of two places: where the Registrar is located (often stated on the website or in the Registrar/Registered Name Holder Agreement) or the "Registered Name Holder's domicile." "Domicile" is a word with legally-specific meaning, but typically will be the location the Registered Name Holder provides to the Registrar in the required Personal Data. Agreeing to jurisdiction means that the Registered Name Holder agrees that the courts in those locations have the power to decide these types of cases.[4]

- The Registered Name Holder must agree that its registration is subject to "suspension, cancellation, or transfer" for the reasons stated in Section 3.7.7.11. Those reasons include: if an ICANN (Internet Corporation for Assigned Names and Numbers) adopted specification or policy requires it or if a registrar or registry procedure requires it "to correct mistakes by

Registrar or the Registry Operator in registering the name or for the resolution of disputes concerning the Registered Name." For example, the UDRP (Uniform Domain-Name Dispute Resolution Policy) (/en/dndr/udrp/policy.htm) is an ICANN (Internet Corporation for Assigned Names and Numbers) adopted policy that specifies that an administrative panel hearing a domain name dispute could order that a domain name registration be suspended, transferred or cancelled, and the Registered Name Holder has to agree that this is a possibility.

- The Registered Name Holder shall "indemnify and hold harmless the Registry Operator and its directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses) arising out of or related to the Registered Name Holder's domain name registration." At its simplest, this means that if the Registry Operator (or its employees, etc.) for the registered name is sued because of the Registered Name Holder's domain name registration, the Registered Name Holder will pay the Registry Operator for all fees and expenses in defending against the suit as well as pay for any judgments or liabilities awarded. This "indemnification" is not solely limited to court cases.

*Verification of contact information*

As described in more detail below, there are specifications and policies that may be created and that apply to the Registrars. Some of the specifications or policies may address a Registrar's obligation to verify the contact information supplied by the Registered Name Holder when the domain is first registered, as well as setting out requirements for periodic re-verification of contact information (/en/registrars/wdrp.htm).

Registrars are also required to take "reasonable steps (/en/registrars/ra-agreement-21may09-en.htm#3.7.8)" to verify contact information in the event *any* person notifies the Registrar that contact information for a Registered Name is inaccurate. The Registrar also has obligations to act to correct inaccuracies in contact information that the Registrar becomes aware of, even if the inaccuracy was not reported by anyone.

The Registrar must also maintain proper contact information (/en/registrars/ra-agreement-21may09-en.htm#3.16) for itself, including a valid email and mailing address. This contact information should be posted on the Registrar's website.

*Reseller arrangements*

The RAA (Registrar Accreditation Agreement) imposes obligations on Registrars working with third-party Resellers (/en/registrars/ra-agreement-21may09-en.htm#3.12) – persons or entities that the Registrar contracts with to provide Registrar Services. The RAA (Registrar Accreditation Agreement) now requires Registrars to include specific items in the Registrar/Reseller Agreements, including: prohibiting the Reseller from making representations that it is accredited by ICANN (Internet Corporation for Assigned Names and Numbers); requiring that all Reseller registration agreements include all provisions that the Registrar is required to include in its Registrar/Registered Name Holder Agreement; requiring the posting of all links to all ICANN (Internet Corporation for Assigned Names and Numbers) websites that the Registrar is obligated to post; and identification of the sponsoring registrar. The Reseller is also required to make sure that that if a customer is using a Reseller's privacy or proxy registration service for a domain name registration, the Reseller does one of the following three things: (1) deposit the identity and contact information of the customer with the Registrar; (2) deposit the identity and contact information in escrow; or (3) posts a notice to the customer that their contact information is not being escrowed.

The RAA (Registrar Accreditation Agreement) also requires the Registrar to take compliance and enforcement action against a Reseller violating any of the required provisions.

## Other Policies/Specifications

The Restored Names Accuracy Policy (/en/registrars/rnap.htm) (http://www.icann.org/en/registrars/rnap.htm (/en/registrars/rnap.htm)) requires that when a registrar restores a name (from the redemption grace period) that had been deleted on the basis of submission of false contact data or non-response to registrar inquiries, the name must be placed on Registrar Hold status until the registrant has provided updated and accurate Whois information.

In addition to the RAA (Registrar Accreditation Agreement) requirement that a Registered Name Holder represent that to the best of its knowledge, the registration or use of the domain name does not infringe on the legal rights of others, the Uniform Domain Name (Domain Name) Dispute Resolution Policy ("UDRP (Uniform Domain-Name Dispute Resolution Policy) (/en/dndr/udrp/policy.htm)") requires that same representation to be made, as well as a representation that the domain name is not being registered for an unlawful purpose, and will not be used in violation of any applicable laws.

The UDRP (Uniform Domain-Name Dispute Resolution Policy) also requires Registered Name Holders to submit to mandatory administrative proceedings to resolve disputes under the UDRP (Uniform Domain-Name Dispute Resolution Policy). These mandatory administrative proceedings, as described in the UDRP (Uniform Domain-Name Dispute Resolution Policy), are disputes that are filed before one of the ICANN (Internet Corporation for Assigned Names and Numbers) approved UDRP (Uniform Domain-Name Dispute Resolution Policy) dispute resolution providers (/en/dndr/udrp/approved-providers.htm) (listed at http://www.icann.org/en/dndr/udrp/approved-providers.htm (/en/dndr/udrp/approved-providers.htm)) and following the uniform Rules for UDRP (Uniform Domain-Name Dispute Resolution Policy) administrative proceedings (/en/dndr/udrp/uniform-rules.htm) (set out at http://www.icann.org/en/dndr/udrp/uniform-rules.htm (/en/dndr/udrp/uniform-rules.htm)). The requirement for submission to mandatory administrative proceedings does not mean that Registered Name Holders cannot also have judicial proceedings filed against them for the same or similar conduct. Similar to the jurisdictional requirements set out in the RAA (Registrar Accreditation Agreement), the requirement to submit to a mandatory administrative proceeding means that the Registered Name Holder cannot dispute the UDRP (Uniform Domain-Name Dispute Resolution Policy) provider's ability to hear a dispute that is otherwise properly brought under the UDRP (Uniform Domain-Name Dispute Resolution Policy).

The Policy on Transfers of Registrations between Registrars (/en/transfers/policy-en.htm) provides that Registered Name Holders have the right to transfer domain name registrations among registrars. The transfer policy imposes time limits on when the Registrar must respond to a transfer request. The right to transfer is not absolute – there are ICANN (Internet Corporation for Assigned Names and Numbers) and Registry policies that may set limits on the transfer right, including: limitations on when a domain name may be transferred (measured from dates of creation or earlier transfer); and the Registered Name Holder providing of required authorization and documentation for Registrar review. The Registrar of Record may only deny a transfer in the following instances:

- Evidence of fraud

- UDRP (Uniform Domain-Name Dispute Resolution Policy) action

- Court order by a court of competent jurisdiction

- Reasonable dispute over the identity of the Registered Name Holder or Administrative Contact

- No payment for previous registration period (including credit card charge-backs) if the domain name is past its expiration date or for previous or current registration periods if the domain name has not yet expired. In all such cases, however, the domain name must be put into "Registrar Hold" status by the Registrar of Record prior to the denial of transfer.

- Express written objection to the transfer from the Transfer Contact. (e.g. - email, fax, paper document or other processes by which the Transfer Contact has expressly and voluntarily objected through opt-in means)

- A domain name was already in "lock status" provided that the Registrar provides a readily accessible and reasonable means for the Registered Name Holder to remove the lock status.

- The transfer was requested within 60 days of the creation date as shown in the registry Whois record for the domain name.

- A domain name is within 60 days (or a lesser period to be determined) after being transferred (apart from being transferred back to the original Registrar in cases where both Registrars so agree and/or where a decision in the dispute resolution process so directs).

---

[1] A graphic representation of the life cycle of a typical gTLD (generic Top Level Domain) Registered Name is located at http://www.icann.org/en/registrars/gtld-lifecycle.htm (/en/registrars/gtld-lifecycle.htm). This diagram may be useful to refer to for more information on the post-expiration status of domain names.

[2] There are formal technical names for domain name statuses, arising out of the community-based Internet draft Request for Comments. The statuses required here are set by the Registrar. When a registration is in one of these statuses, the domain cannot be deleted and the registration cannot be modified. The Registrar must alter the status in order for any modification to occur.

[3] There are many other potential ways to "infringe the legal rights" of others, and potential Registered Name Holders are encouraged to seek independent advice if they are concerned that the registration or use of a domain name may violate someone else's rights.

[4] There could be other jurisdictions that are able to decide a dispute about the use of a registered name, but those additional jurisdictions are not specified in the RAA (Registrar Accreditation Agreement).

# REGISTRANT'S BENEFITS & RESPONSIBILITIES

(https://www.icann.org/resources/pages/benefits-2013-09-16-en)

# Registrants' Benefits and Responsibilities

This page is available in:
English | العربية (http://www.icann.org/resources/pages/benefits-2017-10-27-ar) |
Español (http://www.icann.org/resources/pages/benefits-2017-10-27-es) |
Français (http://www.icann.org/resources/pages/benefits-2017-10-27-fr) |
Русский (http://www.icann.org/resources/pages/benefits-2017-10-27-ru) |
中文 (http://www.icann.org/resources/pages/benefits-2017-10-27-zh)

> View archived policy (/en/resources/registrars/registrant-rights/responsibilities-27jun11-en.htm)

## *Domain Name (Domain Name) Registrants' Rights:*

1. Your domain name registration and any privacy/proxy services you may use in conjunction with it must be subject to a Registration Agreement with an ICANN (Internet Corporation for Assigned Names and Numbers) Accredited Registrar.

   - You are entitled to review this Registration Agreement at any time, and download a copy for your records.

2. You are entitled to accurate and accessible information about:

   - The identity of your ICANN (Internet Corporation for Assigned Names and Numbers) Accredited Registrar;

   - The identity of any proxy or privacy service provider affiliated with your Registrar;

   - Your Registrar's terms and conditions, including pricing information, applicable to domain name registrations;

   - The terms and conditions, including pricing information, applicable to any privacy services offered by your Registrar;

   - The customer support services offered by your Registrar and the privacy services provider, and how to access them;

   - How to raise concerns and resolve disputes with your Registrar and any privacy services offered by them; and

   - Instructions that explain your Registrar's processes for registering, managing, transferring, renewing, and restoring your domain name registrations, including through any proxy or privacy services made available by your Registrar.

3. You shall not be subject to false advertising or deceptive practices by your Registrar or though any proxy or privacy services made available by your Registrar. This includes deceptive notices, hidden fees, and any practices that are illegal under the consumer protection law of your residence.

## *Domain Name (Domain Name) Registrants' Responsibilities:*

1. You must comply with the terms and conditions posted by your Registrar, including applicable policies from your Registrar, the Registry and ICANN (Internet Corporation for Assigned Names and Numbers).

2. You must review your Registrar's current Registration Agreement, along with any updates.

3. You will assume sole responsibility for the registration and use of your domain name.

4. You must provide accurate information for publication in directories such as WHOIS (WHOIS (pronounced "who is"; not an acronym)), and promptly update this to reflect any changes.

5. You must respond to inquiries from your Registrar within fifteen (15) days, and keep your Registrar account data current. If you choose to have your domain name registration renew automatically, you must also keep your payment information current.

# ICANN FEE

(https://www.namecheap.com/legal/domains/icann-fee/)



namecheap

Legal → Domains → ICANN fee

## What is ICANN fee?

The Internet Corporation for Assigned Names and Numbers ICANN charges a mandatory annual fee of $0.18 for each year of domain registration, renewal or transfer. Where applicable, the ICANN fee will be added to the listed price for the domain at the time of purchase and itemized in your shopping cart. A full list of affected domains is provided below.

## Which domain extensions require an ICANN fee?

.academy, .accountant, .accountants, .actor, .adult, .africa, .agency, .airforce, .apartments, .app, .army, .art, .asia, .associates, .attorney, .auction, .audio, .auto, .baby, .band, .bar, .bargains, .beer, .berlin, .best, .bid, .bike, .bingo, .bio, .biz, .black, .blackfriday, .blog, .blue, .boutique, .build, .builders, .business, .buzz, .cab, .cafe, .cam, .camera, .camp, .capital, .car, .cards, .care, .careers, .cars, .casa, .cash, .casino, .catering, .center, .ceo, .chat, .cheap, .christmas, .church, .city, .claims, .cleaning, .click, .clinic, .clothing, .cloud, .club, .coach, .codes, .coffee, .college, .com, .community, .company, .computer, .condos, .construction, .consulting, .contractors, .cooking, .cool, .country, .coupons, .courses, .credit, .creditcard, .cricket, .cruises, .cymru, .dance, .date, .dating, .deals, .degree, .delivery, .democrat, .dental, .dentist, .desi, .design, .dev, .diamonds, .diet, .digital, .direct, .directory, .discount, .doctor, .dog, .domains, .download, .earth, .eco, .education, .email, .energy, .engineer, .engineering, .enterprises, .equipment, .estate, .events, .exchange, .expert, .exposed, .express, .fail, .faith, .family, .fans, .farm, .fashion, .feedback, .film, .finance, .financial, .fish, .fishing, .fit, .fitness, .flights, .florist, .flowers, .football, .forsale, .foundation, .fun, .fund, .furniture, .futbol, .fyi, .gallery, .game, .games, .garden, .gdn, .gift, .gifts, .gives, .glass, .global, .gmbh, .gold, .golf, .graphics, .gratis, .green, .gripe, .group, .guide, .guitars, .guru, .hamburg, .haus, .health, .healthcare, .help, .hiphop, .hockey, .holdings, .holiday, .horse, .host, .hosting, .house, .how, .icu, .immo, .immobilien, .inc, .industries, .info, .ink, .institute, .insure, .international, .investments, .irish, .jetzt, .jewelry, .juegos, .kaufen, .kim, .kitchen, .kiwi, .krd, .kyoto, .land, .lat, .lawyer, .lease, .legal, .lgbt, .life, .lighting, .limited, .limo, .link, .live, .llc, .loan, .loans, .lol, .london, .love, .ltd, .ltda, .luxury, .maison, .management, .market, .marketing, .mba, .media, .melbourne, .memorial, .men, .menu, .mobi, .moda, .moe, .mom, .money, .monster, .mortgage, .movie, .nagoya, .name, .navy, .net, .network, .news, .ninja, .nyc, .observer, .okinawa, .one, .onl, .online, .org, .osaka, .page, .paris, .partners, .parts, .party, .photo, .photography, .photos, .pics, .pictures, .pink, .pizza, .place, .plumbing, .plus, .poker, .porn, .press, .pro, .productions, .properties, .property, .protection, .pub, .racing, .realty, .recipes, .red, .rehab, .reise, .reisen, .rent, .rentals, .repair, .report, .republican, .rest, .restaurant, .review, .reviews, .rip, .rocks, .rodeo, .run, .ryukyu, .sale, .sarl, .school, .schule, .science, .security, .services, .sex, .sexy, .shiksha, .shoes, .shop, .shopping, .show, .singles, .site, .ski, .soccer, .social, .software, .solar, .solutions, .soy, .space, .storage, .store, .stream, .studio, .study, .style, .sucks, .supplies, .supply, .support, .surf, .surgery, .sydney, .systems, .tattoo, .tax, .taxi, .team, .tech, .technology, .tel, .tennis, .theater, .theatre, .tienda, .tips, .tires, .today, .tokyo, .tools, .top, .tours, .town, .toys, .trade, .training, .travel, .tube, .university, .uno, .vacations, .vegas, .ventures, .vet, .viajes, .video, .villas, .vin, .vip, .vision, .vodka, .vote, .voting, .voto, .voyage, .wales,

.watch,  .webcam,  .website,  .wedding,  .wiki,  .win,  .wine,  .work,  .works,  .world,  .wtf,  .xn--3ds443g,  .xn--6frz82g,  .xxx,  .xyz,
.yoga,  .yokohama,  .zone

Domain Registration Agreement

Supplemental Registry Agreement for Certain TLDs

Uniform Domain Name Dispute Resolution Policy

Registrant Rights, Benefits & Responsibilities

ICANN fee

Fast Transfer Agreement

Registration Data Access Protocol ("RDAP") Terms of Service Agreement



## Need help?

We're always here for you.

**Chat with a Live Person**

### namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT





 We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options





# FAST TRANSFER AGREEMENT

(https://www.namecheap.com/legal/domains/fast-transfer-agreement/)

Document 56-2 as filed 2020.12.10



SUPPORT ▾   SIGN IN ▾   SIGN UP

Legal → Domains → Fast Transfer Agreement

# Fast Transfer Agreement

In this Agreement, "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Fast Transfer Agreement ("Agreement") sets for the terms and conditions of your use of Namecheap's Fast Transfer service ("Fast Transfer Service").

## 1. Description of Fast Transfer Service

Namecheap allows you to use the services of Afternic to offer and sell your domain name(s) to third parties through Afternic's registrar network. Domain names sold through Afternic's service will be subject to the Fast Transfer Service. You understand and agree that any domains subject to the Fast Transfer Service may be immediately transferred from your account to the account and/or registrar of the purchaser of the domain name. You confirm that Namecheap may take any actions necessary to facilitate this Fast Transfer Service, including but not limited to removing the transfer lock, initiating a change of registrant information, and disabling Namecheap's standard transfer procedure (as detailed in Namecheap's Registration Agreement). The Fast Transfer Service may not be instantaneous, and may take several days to complete.

You can remove any domain name from Afternic's service at any time, however such removal is not instantaneous and may take several days to complete. You agree that you authorize any sale for any domain name listed through Afternic's service until such time that removal is complete.

You further acknowledge that by using Afternic's services, you agree to the terms of Afternic's Agreements and Policies, including but not limited to the Membership Agreement, Terms of Use, and Privacy Policy. All of Afternic's Agreements and Policies are located at https://www.afternic.com/legal.

## 2. Designated Agent and Change of Registrant Information

You agree that for any domain subject to the Fast Transfer Service, you explicitly authorize us to act as Designated Agent under ICANN's Change of Registrant Policy for the purpose of consenting to any material changes to registrant information to facilitate the Fast Transfer Service.

## 3. Limitations of Liability

For domain names listed and sold through the Fast Transfer Service, you acknowledge that Namecheap does not participate in the listing and sale of domain name(s) through Afternic's service. Namecheap has no liability or obligations regarding your use of Afternic's service, and Namecheap has no control over third party buyers or other registrars in Afternic's registrar network. Namecheap does not review or approve any third party buyer, does not have access to any payment information for any third party purchase through Afternic's service, and is not responsible for any issues arising from you use of Afternic's services (including but not limited to non-payment, chargebacks, and disclosure of payment information).

Namecheap does not guarantee the sale for any domain listed through Afternic's service, and reserves the right, in Namecheap's sole discretion, to (i) block any domain name from being listed through Afternic's service, (ii) remove any domain from being listed through Afternic's service, for reasons including but not limited to domain names that are within 30 days of expiration, are under registrar lock, are subject to a domain name dispute or abuse complaint, are transferred to another registrar, or otherwise violate Namecheap's Universal Terms of Service Agreement.

IN NO EVENT SHALL NAMECHEAP, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) YOUR USE OF AFTERNIC'S SERVICE, (II) THE SALE OF YOUR DOMAIN TO A THIRD PARTY, (III) FAST TRANSFER OF THE DOMAIN NAME FROM YOUR ACCOUNT TO A THIRD PARTY AND/OR ANOTHER REGISTRAR, (IV) FAILURE OF A DOMAIN NAME TO TRANSFER IMMEDIATELY AFTER SALE, AND/OR (V) SALE OF A DOMAIN NAME.

## 4. Governing Law and Jurisdiction for Disputes

Your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Arizona. You agree that any action to enforce this Agreement or any matter relating to Your use of the Services must be brought exclusively in the United States District Court for the Central District of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona. You agree to waive the right to a trial by jury in any action or proceeding that takes place relating to or arising out of this Agreement.

## 5. Headings

The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

## 6. Severability

If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?
We're always here for you.

**Chat with a Live Person**



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |
|---|---|

   

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT





We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

     

  

# REGISTRATION DATA ACCESS PROTOCOL ("RDAP") TERMS OF SERVICE AGREEMENT

(https://www.namecheap.com/legal/domains/rdap-tos/)

Namecheap - Registration Data Access Protocol ("RDAP") Terms of Service Agreement



SUPPORT ▾    SIGN IN ▾    SIGN UP

namecheap

Legal
Everything you must know in one place

Legal → Domains → Registration Data Access Protocol ("RDAP") Terms of Service Agreement

# Registration Data Access Protocol ("RDAP") Terms of Service Agreement

This Registration Data Access Protocol ("RDAP") Terms of Service Agreement sets forth the terms and conditions of the use of Our RDAP service. In this Agreement, "You" and "Your" refer to You as the user of the RDAP service, or any agent, employee, or person authorized to act on Your behalf. "We," "Us," and "Our" refer to Namecheap, Inc., as well as its subsidiaries and affiliated companies ("Namecheap"). By using Our RDAP service, You agree to be bound by the RDAP Terms of Service and that your information will be used in accordance with the Namecheap Privacy Policy.

## 1. Your Obligations

You acknowledge and agree that:

a. the data in Our RDAP service is provided for informational purposes only;

b. although We believe the data to be reliable, You agree and acknowledge that any information provided is 'as is' without any guarantee of accuracy;

c. the data provided may only be used by You for a legal purpose;

d. You will not access the RDAP service through the use of high volume, automated electronic processes that send queries or data to the systems of Namecheap, any other ICANN-accredited registrar, or any registry operator;

e. You will not compile, repackage, disseminate, or otherwise use the information contained in the RDAP service in its entirety, or in any substantial portion, without Our prior written permission;

f. You will not use the RDAP service to allow, enable, or otherwise support the transmission of unsolicited, commercial advertising or solicitations; and

g. We reserve the right to restrict or terminate Your access to the RDAP service in Our sole discretion to ensure operational stability or for Your failure to abide by these terms of service.

## 2. Limitation of Liability; Waiver and Release

IN NO EVENT SHALL NAMECHEAP, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THE RDAP SERVICE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) OUR SERVICES WHETHER FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY

Namecheap - Registration Data Protocol (RDAP) Terms of Service Agreement

CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IX) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, AND/OR (X) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR OUR SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT NAMECHEAP IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

YOU AGREE THAT NAMECHEAP WILL NOT BE LIABLE FOR ANY (I) SUSPENSION OR LOSS OF THE RDAP SERVICE; (II) INTERRUPTION OF BUSINESS; (III) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO THE WEBSITE(S) PROVIDED THROUGH OR BY THE SERVICES; (IV) LOSS OR LIABILITY RESULTING FROM ACTS OF GOD; (V) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (IV) EVENTS BEYOND THE CONTROL OF NAMECHEAP; OR (VII) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF THE RDAP SERVICES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THIS SITE OR OUR SERVICES MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE SUCH CAUSE OF ACTION SHALL BE PERMANENTLY BARRED.

NO WAIVER OF ANY PROVISION OF THIS AGREEMENT SHALL BE EFFECTIVE UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED REPRESENTATIVE OF NAMECHEAP.

## 3. Modification

You acknowledge and agree that these RDAP terms of service are subject to change by Namecheap at any time in its sole and unlimited discretion, that you are responsible for checking these terms periodically for changes and that your use of the RDAP service after such changes are implemented constitutes your acknowledgement and acceptance of the changes.

**Domain Registration Agreement**

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

**Fast Transfer Agreement**

**Registration Data Access Protocol ("RDAP") Terms of Service Agreement**

## Need help?
We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

| you@yours.com | Join |

   

The entirety of this site is protected by copyright © 2001–2019 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

**WE SUPPORT**


ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE ♥


We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

   

  

Exhibit 2

SUPPORT ▾    SIGN IN ▾   SIGN UP

namecheap

## Legal
Everything you must know in one place

Legal → WhoisGuard → **WhoisGuard Service Agreement**

## Namecheap WHOIS Proxy Agreement

## 1. INTRODUCTION

This Namecheap WHOIS Proxy Agreement ("Proxy Agreement") sets forth the terms and conditions of your use of the services offered by Whoisguard, Inc., a Republic of Panama corporation, ("Whoisguard") and Namecheap, Inc., a Delaware corporation, ("Namecheap") pursuant to the Services Agreement by and between Whoisguard and Namecheap, wherein Whoisguard agrees to provide consumers of Namecheap's domain name registration and hosting services ("Namecheap Registrant") with WHOIS privacy protection services ("Whoisguard Services Agreement").

This Proxy Agreement serves to supplement your Domain Registration Agreement and/or Hosting Services Agreement between you on the one hand and Namecheap on the other hand, and which is incorporated herein by reference. In this Proxy Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the Namecheap Registrant listed in the WHOIS contact information for the domain name. This Proxy Agreement explains Namecheap's obligations to you in connection with your WHOIS privacy protection services, and explains your obligations to Namecheap for privacy protection services offered by third party Whoisguard under the Whoisguard Services Agreement.

## 2. WHOISGUARD PROXY SERVICES

By subscribing to the Namecheap WHOIS Privacy Protection Services ("WHOIS Privacy Services"), you are engaging Whoisguard to administer and register each domain name controlled by you ("Protected Domain") in the name of WhoisGuard. Thus, your name, postal address, email address, phone and fax numbers shall be kept confidential, subject to this Proxy Agreement. The following information (and not your personal information) will be made publicly available in the WHOIS directory for each Protected Domain:

- An account specific WhoisGuard email address, and WhoisGuard postal address and phone and facsimile number for the registrant, administrative, technical, and billing contacts ("WhoisGuard Addresses");
- The primary and secondary domain name servers you designate for the Protected Domain;
- The Protected Domain's original date of registration and expiration date; and
- The identity of your registrar, domain name service provider (if different from registrar) and the status of the Protected Domain with the registrar (such as, "active," "Registrar Lock," "clienthold," etc.).

## 3. YOUR RIGHTS

You will retain the right to sell, transfer, or assign each Protected Domain.

You will retain the right to control and set the DNS settings for the Protected Domain(s).

You will retain the right to renew each Protected Domain name registration upon expiration (subject to your Namecheap's applicable rules and policies).

You will remain responsible to resolve any and all monetary or other legal claims that arise in connection with your Protected Domain(s), subject to the remaining provisions of this Proxy Agreement, the Whoisguard Services Agreement, and your Domain Registration Agreement and/or Hosting Services Agreement with Namecheap (collectively, "Agreements").

## 4. YOUR PERSONAL INFORMATION

You agree that for each Protected Domain, you will provide to Whoisguard and maintain as current and accurate, the following information:

- Your name, address, email address, postal address, phone and fax numbers;
- The name, address, email address, postal address, phone and fax numbers for the Protected Domain's administrative, technical, and billing contacts; and
- The primary and secondary domain name servers for the Protected Domain.

You agree to:

* Update this information immediately as it changes over time;
* Respond within five (5) business days to any inquiries made by Whoisguard to determine the validity of personal information provided by you;
* Promptly respond to messages regarding correspondence addressed to or involving your Protected Domain(s), as more fully set forth below.

If you do not supply primary and secondary domain name servers, you agree that Whoisguard or Namecheap may point your Protected Domain(s) to an IP address of its choosing until such time as you supply primary and secondary domain name servers.

Whoisguard may modify its information from time to time in such a way which may constitute a "Change of Registrant" under ICANN's transfer policy (the "Transfer Policy"). In such a case, You and Whoisguard explicitly opt out of any 60-day inter-registrar transfer lock that would otherwise be imposed under the Transfer Policy due to any such Change of Registrant. In addition, You and Whoisguard explicitly authorize the registrar of the Protected Domain to act as its "Designated Agent" (as defined in the Transfer Policy) to approve each "Change of Registrant" (as defined in the Transfer Policy) on its behalf.

## 5. RENEWAL AND FEES

If you have selected automatic renewal of the WHOIS Privacy Services administered by Whoisguard, you agree:

* That the WHOIS Privacy Services shall be automatically renewed 30 days prior to the end of term of your Domain Name Registration Agreement or Hosting Services Agreement with Namecheap;
* That Whoisguard will attempt to charge your Namecheap account at the then current rates;
* That you waive any requirement to obtain your ongoing affirmative consent to any such automatic renewal.

If you do not wish to automatically renew the WHOIS Privacy Services administered by Whoisguard, you agree that the exclusive method for communicating this shall be by logging into your Namecheap Account to ensure that the auto-renewal or renewal option is not selected. You understand that you must do this at least 31 days prior to the end of the then current Term (as defined below).

It is your responsibility to keep necessary funds in your Namecheap Account. If Whoisguard is unable to collect renewal or other fees, you agree that Whoisguard may contact you, but is not

obliged to do so, and you agree that Whoisguard may suspend or terminate the WHOIS Privacy Services as a result of inability to obtain payment.

## 6. TERM OF SERVICES

You understand that the term of WHOIS Privacy Services administered by Whoisguard begins on the date your attempt to purchase the WHOIS Privacy Services is accepted by Whoisguard and that it shall run for the unit of time which you order ("Term"). You understand that the Term may be different than the registration term of the Protected Domain which is associated with Namecheap. If a Protected Domain registration expires and is deleted before the end of the Term of the associated WHOIS Privacy Services, then the WHOIS Privacy Services associated with the domain will end when the Protected Domain is deleted and you understand that there will be no refund for any resulting unused portion of the Term. If the Term ends while the registration term for the Protected Domain is still ongoing, then the WHOIS Privacy Services will no longer be provided, the personal information specified in this Proxy Agreement shall be listed in the public WHOIS Directory output for the (then former) Protected Domain, and the communications forwarding services specified in this Proxy Agreement will no longer be provided.

## 7. YOUR REPRESENTATIONS & WARRANTIES

You represent and warrant that all information provided by you pursuant to this Proxy Agreement is truthful, complete, current and accurate and you represent and warrant that you will maintain all information in this status throughout the term of the Agreements.

You also represent and warrant that you are using the WHOIS Privacy Services in good faith and that you have no knowledge or reason to believe that your Protected Domain or the content found at any associated IP address infringes upon or conflicts with the legal rights of any third party or any third party's trademark or trade name.

You also warrant that neither the WHOIS Privacy Services nor Protected Domain(s) will be used in connection with any illegal or morally objectionable activity (as defined below), or, in connection with the transmission of unsolicited commercial email(s) ("Spam"). Further, you represent and warrant that you will not provide any third party with the WhoisGuard Addresses for the purpose of having such third party transmit communications to you through Whoisguard.

## 8. SUSPENSION OR TERMINATION AND DISCLOSURE OF YOUR PERSONAL INFORMATION

Notwithstanding your purchase of the WHOIS Privacy Services administered by Whoisguard, Namecheap reserves the right in its sole judgment and discretion to disclose your personal protected information, or instruct Whoisguard to disclose such information, in the event any of the following occur:

- If the Protected Domain(s) is (are) alleged to violate or infringe a third party's trademark, trade name, copyright interests or other legal rights of third parties;
- If you breach any provision of this Proxy Agreement;
- If you breach any provision of the Agreements incorporated herein by reference;
- If you breach any provision of your Domain Name Registration Agreement or Hosting Services Agreement with Namecheap;
- If necessary to comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;
- If Namecheap is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of your use of the WHOIS Privacy Services or a Protected Domain;
- If necessary to comply with ICANN's Dispute Resolution Policy or other policies promulgated by ICANN;
- If necessary to avoid any financial loss or legal liability (civil or criminal) on the part of Namecheap or its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;
- If necessary to protect the integrity and stability of the applicable domain name registry; or
- If it comes to Backend Service Provider's attention that you are alleged to be using the WHOIS Privacy Services administered by WhoisGuard for purposes of engaging in, participating in, sponsoring or hiding your involvement in illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:

  - Appeal primarily to prurient interests;
  - Defame, embarrass, harm, abuse, threaten, or harass;
  - Violate state or federal laws of the united states and/or foreign territories;
  - Involve hate crimes, terrorism or child pornography;
  - Are tortious, vulgar, obscene, invasive of a third party's privacy, race, ethnicity, or are otherwise objectionable;
  - Impersonate the identity of a third party;
  - Harm minors in any way; or
  - Relate to or transmit viruses, trojan horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

In the event Namecheap decides to take any of the actions set forth above or in the event you elect to cancel the WHOIS Privacy Services administered by Whoisguard for any reason, Namecheap shall not be liable for fees paid by you for the WHOIS Privacy Services administered by Whoisguard.

## 9. COMMUNICATIONS

You agree that from time to time, Whoisguard (and if applicable, Namecheap) will review communications sent to the WhoisGuard Addresses associated with your Protected Domain.

For communications received via certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class mail which does not appear to be unsolicited commercial mail, you agree that Whoisguard may either i) forward such communication to you or ii) may attempt to communicate to you a scanned copy of a page of the communication to ascertain how you wish Whoisguard to proceed with respect to that communication.

You understand that Whoisguard may, in its own judgment and discretion, elect to not forward to you such first class postal mail or email, fax, postal mail or telephone communications which appear to be unsolicited communications, which offer or advertize the sale of goods or services or which solicit charitable contributions, or communications which appear to arise from your use of the WHOIS Privacy Services administered by Whoisguard as a general mail forwarding service. You authorize Whoisguard to either discard all such communications or return all such communications to sender unopened.

You agree to waive any and all claims arising from your failure to receive communications directed to your domain name but not forwarded to you by Whoisguard, including such failures which arise from Whoisguard's mistake of judgment made in good faith in determining whether a communication is or is not an unsolicited communication.

The public WHOIS Directory generally requires an email address for every purchased domain name registration. When you purchase WHOIS Privacy Services administered by Whoisguard, an email address will be automatically generated for the corresponding Protected Domain (e.g. XXXXXX.protect@whoisguard.com). Thereafter, when messages are sent to the email address listed in the WhoisGuard Address, Whoisguard will forward such messages to the email address you provided to WhoisGuard, in accordance with this Proxy Agreement. If such email address becomes non-functioning or if the email to such address bounces, WhoisGuard shall not be obligated to attempt to contact you through other means. You agree that WhoisGuard may elect in its sole discretion, to allow you to access the email server logs if available and view email information sent to the Whoisguard Addresses, though such alternative means of servicing your Account is an option and not a requirement.

When Whoisguard receives a communication to the Protected Domain, Whoisguard will send an email to the email address you provided to Whoisguard in accordance with this Proxy Agreement. The email message from Whoisguard to you will identify the sender of the correspondence and the date received. As an alternative, you agree that Whoisguard may allow you to access your account to view full or partial scanned copies of (non-email) communications sent to the Protected Addresses and that you may be required to interact with your account to have the physical originals of such communications forwarded to you and that if you do not interact with your account in the ways indicated upon accessing your account, that the communications may not be forwarded to you. In either event, you will have seventy-two (72) hours to decide whether to have the communication(s) forwarded. If you do not respond within this time period, the communication(s) will not be forwarded. Method of forward will be determined by Whoisguard. Communication(s) may not be immediately forwarded upon your election; there may be a delay and communication(s) may be aggregated to be forwarded together.

You agree to submit to fees where Whoisguard may begin charging fees for forwarding communications or may change the method by which communications are forwarded without written notice.

In the event you do not respond to communications from Whoisguard, irrespective of whether Whoisguard is forwarding an email or making an unrelated inquiry or communication, Whoisguard may immediately reveal the information you provided in accordance with this Proxy Agreement and/or cancel the WHOIS Privacy Services regarding either the Protected Domain in question or with respect to all of your Protected Domains, depending on the circumstances. This means the Whois directory will revert to displaying your name, postal address, email address and phone number.

## 10. LIMITATION OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL NAMECHEAP BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS PROXY AGREEMENT, YOUR DOMAIN NAME REGISTRATION, THE WHOIS PRIVACY SERVICES ADMINISTERED BY WHOISGUARD, YOUR USE OR INABILITY TO USE THE NAMECHEAP WEBSITE(S) OR THE MATERIALS AND CONTENT OF THE WEB SITE(S) OR ANY OTHER WEB SITES LINKED TO SUCH WEB SITE(S) OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO BACKEND SERVICE PROVIDER OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF NAMECHEAP HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR

INCIDENTAL DAMAGES, NAMECHEAP'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW. IF ANY PROVISION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE UNENFORCEABLE, ONLY SUCH PROVISION SHALL BE REMOVED AND THE REMAINDER SHALL BE ENFORCED TO THE GREATEST EXTENT PERMITTED BY LAW.

You further understand and agree that Namecheap disclaims any loss or liability resulting from:

- The inadvertent disclosure or theft of your personal information;
- Access delays or interruptions to the whoisguard website or the websites of affiliated parties;
- Data non-delivery or inaccurate delivery between you and the providers of the services;
- The failure for whatever reason to renew the WHOIS Privacy Services;
- The unauthorized use of your account or any of the providers of services;
- Errors, omissions or misstatements by providers of services;
- Deletion of, failure to store, failure to process or act upon email messages sent to or forwarded to either you or the email address listed for your protected domain;
- Processing of updated information regarding your account;
- Any act or omission caused by you or your agents (whether authorized by you or not).

YOU AGREE THAT, IN ANY EVENT, THE PRIMARY AND BACKEND SERVICE PROVIDERS' RESPECTIVE MAXIMUM LIABILITY TO YOU SHALL BE CAPPED BY THE LESSER OF THE AMOUNT OF FEES PAID BY YOU TO EACH SERVICE PROVIDER IN THE PRECEDING YEAR WITH RESPECT TO THE SERVICES WHICH GAVE RISE TO THE LIABILITY OR $100.00 PER PROTECTED DOMAIN.

## 11. INDEMNITY AND DEFENSE

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under the Proxy Agreement, the WHOIS Privacy Services provided hereunder, or your use of the WHOIS Privacy Services, including, without limitation, infringement by you, or by anyone else using the WHOIS Privacy Services provided to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of Namecheap's operating rules or policies relating to the WHOIS Privacy Services provided.

When Namecheap may be involved in a suit involving a third party and which is related to the WHOIS Privacy Services administered by Whoisguard to you under this Proxy Agreement, Namecheap may seek written assurances from you in which you promise to defend, indemnify and hold Namecheap harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in Namecheap's sole discretion, the posting of a performance

bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by Namecheap to be a breach of this Proxy Agreement by you and may, in Namecheap's sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which Namecheap is the registrar of record.

Should Namecheap be forced to defend itself in any action or legal proceeding in connection with any WHOIS Privacy Services provided to you, you shall have sole responsibility to defend Namecheap against any such claim by legal counsel of its choosing. This indemnification is in addition to any indemnification required under the Uniform Domain Name Dispute Resolution Policy ("UDRP").

You agree to release, defend, indemnify and hold harmless the Primary and Backend Service Providers, and their parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to the Agreements, the web sites of the Service Providers, your Account, and/or your use of your Protected Domain.

The terms of this Section will survive any termination or cancellation of this Proxy Agreement.

## 12. BACKEND SERVICE PROVIDER WARRANTY DISCLAIMER

THE BACKEND SERVICE PROVIDER, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS PROXY AGREEMENT, THE SERVICES PROVIDED HEREUNDER, THE WEB SITES OF THE BACKEND SERVICE PROVIDER OR ANY WEB SITES LINKED TO SUCH WEB SITES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL BACKEND SERVICE PROVIDER SERVICES, AS WELL AS THE BACKEND SERVICE PROVIDER WEB SITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF BACKEND SERVICE PROVIDER'S SERVICES AND ITS WEB SITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, IN WHICH EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU. IF ANY PROVISION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE UNENFORCEABLE, ONLY SUCH PROVISION SHALL BE REMOVED AND THE REMAINDER SHALL BE ENFORCED TO THE GREATEST EXTENT PERMITTED BY LAW.

## 13. GOVERNING LAW AND JURISDICTION FOR DISPUTES

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Proxy Agreement, your rights and obligations and all actions contemplated by this Proxy Agreement shall be governed by the laws of the United States of America and the State of Arizona.

You agree that any action brought by you to enforce this Proxy Agreement or any matter brought by you and which is against or involves Namecheap and which relates to your use of the Services shall be brought exclusively in the United States District Court of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona.

You consent to the personal and subject matter jurisdiction of any state or Federal court in Maricopa County, State of Arizona in relation to any dispute between you and Namecheap under this Proxy Agreement.

You agree that service of process on you by Namecheap in relation to any dispute arising under this Proxy Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PLACE RELATING TO OR ARISING OUT OF THIS PROXY AGREEMENT.

## 14. NOTICES

You agree that any notices required to be given under this Proxy Agreement by Namecheap to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## 15. LEGAL AGE

You attest that you are of legal age to enter into this Proxy Agreement.

## 16. FINAL AGREEMENT

This Proxy Agreement, the referenced agreements incorporated herein, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and Namecheap, and supersede and govern all prior proposals, agreements, or other communications. This Proxy Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of Namecheap.

## 17. NO AGENCY RELATIONSHIP

Nothing contained in this Proxy Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## 18. NO WAIVER

Any failure on the part of Namecheap to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by Namecheap of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

## 19. ENFORCEABILITY

In the event that any provision of this Proxy Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Proxy Agreement unenforceable or invalid as a whole. Namecheap will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, the original objectives and intent as reflected in the original provision.

## 20. ASSIGNMENT AND RESALE

Except as otherwise set forth herein, your rights under this Proxy Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Proxy Agreement, whether by attachment, levy, garnishment or otherwise, renders this Proxy Agreement voidable at the option of Namecheap.

## 21. FORCE MAJEURE

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Namecheap or its affiliates, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this Section

i   shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and

ii  shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Namecheap may immediately terminate this Proxy Agreement.

## 22. HEADINGS

The section headings appearing in this Proxy Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

**WhoisGuard Service Agreement**

## Need help?
### We're always here for you.

[ Chat with a Live Person ]



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com    Join

   

The entirety of this site is protected by copyright © 2001–2020 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

WE SUPPORT







We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

Exhibit 3

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102, and 104

**United States Patent and Trademark Office**

Reg. No. 3,122,052

Registered July 25, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# FACEBOOK

FACEBOOK, INC. (DELAWARE CORPORATION)
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301

FOR: PROVIDING AN ONLINE DIRECTORY INFORMATION SERVICE FEATURING INFORMATION REGARDING, AND IN THE NATURE OF, COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

FOR: PROVIDING ONLINE CHAT ROOMS FOR REGISTERED USERS FOR TRANSMISSION OF

MESSAGES CONCERNING COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-574,730, FILED 2-24-2005.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FACEBOOK

**Reg. No. 3,881,770**

**Registered Nov. 23, 2010**

**Int. Cls.: 35, 38, 41, 42, and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 SOUTH CALIFORNIA AVENUE
PALO ALTO, CA 94304

FOR: ADVERTISING AND INFORMATION DISTRIBUTION SERVICES, NAMELY, PROVIDING CLASSIFIED ADVERTISING SPACE VIA THE GLOBAL COMPUTER NETWORK; PROMOTING THE GOODS AND SERVICES OF OTHERS OVER THE INTERNET; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF CLASSIFIEDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-4-2004; IN COMMERCE 4-0-2004.

FOR: PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR REGISTERED USERS FOR TRANSMISSION OF MESSAGES CONCERNING COLLEGIATE LIFE, GENERAL INTEREST, CLASSIFIEDS, VIRTUAL COMMUNITY, SOCIAL NETWORKING, PHOTO SHARING, AND TRANSMISSION OF PHOTOGRAPHIC IMAGES; PROVISION OF ON-LINE FORUMS FOR THE TRANSMISSION OF PHOTOGRAPHIC IMAGES; PROVISION OF ON-LINE FORUMS FOR COMMUNICATIONS ON TOPICS OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF COLLEGIATE LIFE CONCERNING COLLEGE ATHLETICS, CONCERTS, ENTERTAINMENT EVENTS, ART, PERFORMING ARTS, MUSIC, DANCE AND ACADEMICS; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES FEATURING COLLEGIATE STUDENT GROUPS CONCERNING SUBJECTS IN THE FIELDS OF ACADEMICS AND ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING ONLINE MEETINGS, GATHERINGS, AND INTERACTIVE DISCUSSIONS; AND COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES AND INFORMATION; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSION, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING; PEER-TO-BROWSER PHOTO SHARING SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING TECHNOLOGY ENABLING USERS TO UPLOAD, VIEW AND DOWNLOAD DIGITAL PHOTOS, IN CLASS 42 (U.S. CLS. 100 AND 101).



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,881,770**   FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: INTERNET BASED INTRODUCTION AND SOCIAL NETWORKING SERVICES; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,041,791 AND 3,122,052.

SN 78-920,322, FILED 6-29-2006.

EDWARD NELSON, EXAMINING ATTORNEY

Exhibit 4

# United States of America

## United States Patent and Trademark Office

# FB

**Reg. No. 4,659,777**

**Registered Dec. 23, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROMOTING THE GOODS AND SERVICES OF OTHERS OVER THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-521,957, FILED 7-14-2008.

MICHAEL SOUDERS, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FB

**Reg. No. 4,764,764**

**Registered June 30, 2015**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING ONLINE MEETINGS, GATHERINGS, AND INTERACTIVE DISCUSSIONS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER DEFINED INFORMATION, PERSONAL PROFILES AND INFORMATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-521,965, FILED 7-14-2008.

MICHAEL SOUDERS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FB

**Reg. No. 4,782,234**

**Registered July 28, 2015**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: INTERNET BASED SOCIAL INTRODUCTION AND SOCIAL NETWORKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-562,177, FILED 3-6-2012.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FB

**Reg. No. 4,782,235**

**Registered July 28, 2015**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FACEBOOK, INC. (DELAWARE CORPORATION)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG REGISTERED USERS IN THE FIELDS OF COLLEGIATE LIFE, GENERAL INTEREST, CLASSIFIEDS, VIRTUAL COMMUNITY, AND FOR SOCIAL NETWORKING; AND PEER-TO-PEER PHOTO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL IMAGES AMONG INTERNET AND MOBILE DEVICE USERS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2014; IN COMMERCE 4-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-562,193, FILED 3-6-2012.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Exhibit 5

# United States of America
## United States Patent and Trademark Office

# Instagram

**Reg. No. 4,795,634**

**Registered Aug. 18, 2015**

**Int. Cls.: 9, 38, 41, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS; COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION; COMPUTER SOFTWARE FOR USE AS AN APPLICATION PROGRAMMING INTERFACE (API); COMPUTER SOFTWARE IN THE NATURE OF AN APPLICATION PROGRAMMING INTERFACE (API) FOR COMPUTER SOFTWARE WHICH FACILITATES ONLINE SERVICES FOR SOCIAL NETWORKING, BUILDING SOCIAL NETWORKING APPLICATIONS AND FOR ALLOWING DATA RETRIEVAL, UPLOAD, DOWNLOAD, ACCESS AND MANAGEMENT; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA, MESSAGES, GRAPHICS, IMAGES AND INFORMATION; PEER-TO-PEER PHOTO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL PHOTO FILES AMONG INTERNET USERS; PROVIDING ACCESS TO COMPUTER, ELECTRONIC AND ONLINE DATABASES; PROVIDING ONLINE FORUMS FOR COMMUNICATION, NAMELY, TRANSMISSION ON TOPICS OF GENERAL INTEREST; PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; BROADCASTING SERVICES OVER COMPUTER OR OTHER COMMUNICATION NETWORKS, NAMELY, UPLOADING, POSTING, DISPLAYING, TAGGING, AND ELECTRONICALLY TRANSMITTING DATA, INFORMATION, MESSAGES, GRAPHICS, AND IMAGES; TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF PHOTOS AND VIDEOS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

Director of the United States
Patent and Trademark Office

**Reg. No. 4,795,634**   FOR: PROVIDING COMPUTER, ELECTRONIC AND ONLINE DATABASES IN THE FIELD OF ENTERTAINMENT; PUBLICATION OF ELECTRONIC JOURNALS AND WEB LOGS FEATURING USER GENERATED OR SPECIFIED CONTENT; PUBLISHING SERVICES, NAMELY, PUBLISHING OF ELECTRONIC PUBLICATIONS FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: PROVIDING A WEB SITE THAT GIVES USERS THE ABILITY TO UPLOAD PHOTO-GRAPHS; COMPUTER SERVICES, NAMELY, PROVIDING AN INTERACTIVE WEB SITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO MANAGE THEIR ONLINE PHO-TOGRAPH AND SOCIAL NETWORKING ACCOUNTS; PROVIDING USE OF ONLINE TEMPORARY NON-DOWNLOADABLE SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS; FILE SHARING SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING TECHNOLOGY ENABLING USERS TO UPLOAD AND DOWNLOAD ELECTRONIC FILES; HOSTING ON-LINE WEB FACILITIES FOR OTHERS FOR MANAGING AND SHARING ON-LINE CONTENT; PROVIDING INFORM-ATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION; PROVIDING SEARCH ENGINES FOR OBTAINING DATA VIA COMMUNICATIONS NETWORKS; COMPUTER SERVICES, NAMELY, CREATING VIRTUAL COMMUNITIES FOR RE-GISTERED USERS TO PARTICIPATE IN DISCUSSIONS AND ENGAGE IN SOCIAL, BUSI-NESS AND COMMUNITY NETWORKING; COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEET-INGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA COMMUNICATION NETWORKS; APPLICATION SERVICE PROVIDER (ASP) SERVICES, NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE OR FACILITATE THE UPLOADING, DOWNLOAD-ING, STREAMING, POSTING, DISPLAYING, BLOGGING, LINKING, SHARING OR OTHER-WISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER COMMUNICATION NETWORKS; PROVIDING AN ONLINE NETWORK SERVICE THAT ENABLES USERS TO TRANSFER PERSONAL IDENTITY DATA TO AND SHARE PERSONAL IDENTITY DATA WITH AND AMONG MULTIPLE WEB SITES; PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES ONLINE USERS TO CREATE PERSONAL PROFILES FEATURING SOCIAL NETWORKING INFORMATION AND TO TRANSFER AND SHARE SUCH INFORMATION AMONG MULTIPLE WEB SITES; PROVIDING INFORMATION ON TOPICS OF GENERAL INTEREST FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION, INCLUDING TEXT, ELECTRONIC DOCUMENTS, DATABASES, GRAPHICS AND AUDIO VISUAL INFORMATION, ON COMPUTER AND COMMUNICATION NETWORKS NAMELY, PROVISION OF SEARCH ENGINES FOR THE INTERNET; PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE APPLICATIONS FOR SOCIAL NETWORKING, CREATING A VIRTUAL COMMUNITY, AND TRANSMISSION OF AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED OR USER-SPECIFIED INFORMATION, PERSONAL PROFILES, AUDIO, VIDEO, PHOTO-GRAPHIC IMAGES, TEXT, GRAPHICS AND DATA, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

FOR: INTERNET BASED SOCIAL INTRODUCTION, NETWORKING AND DATING SER-VICES; PROVIDING ONLINE COMPUTER DATABASES IN THE FIELDS OF SOCIAL NETWORKING, SOCIAL INTRODUCTION AND DATING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

THE MARK CONSISTS OF THE WORD "INSTAGRAM" WRITTEN IN SCRIPT WRITING.

**Reg. No. 4,795,634**   SN 85-866,573, FILED 3-4-2013.

WILLIAM ROSSMAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,146,057**

**Registered May 22, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INSTAGRAM, INC. (DELAWARE CORPORATION)
181 SOUTH PARK AVENUE
SAN FRANCISCO, CA 94107

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF PHOTOGRAPHS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORDING "INSTAGRAM" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 85-426,267, FILED 9-19-2011.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,756,754**

**Registered June 16, 2015**

**Int. Cls.: 35 and 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: MARKETING, ADVERTISING AND PROMOTION SERVICES; DISSEMINATION OF ADVERTISING FOR OTHERS VIA COMPUTER AND COMMUNICATION NETWORKS; MARKETING AND ADVERTISING CONSULTATION SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER AND COMMUNICATION NETWORKS; MARKET RESEARCH SERVICES; PROVISION OF MARKET RESEARCH INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2013; IN COMMERCE 11-1-2013.

FOR: TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF ADVERTISE-MENTS AND MEDIA ADVERTISING COMMUNICATIONS VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2013; IN COMMERCE 11-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 86-100,072, FILED 10-24-2013.

SANJEEV VOHRA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 5,566,030**

**Registered Sep. 18, 2018**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Instagram, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 42: Providing a web site that gives users the ability to upload images; file sharing services, namely, providing a website featuring technology enabling users to upload electronic files; providing a web site featuring technology that enables online users to create personal profiles featuring social networking information

FIRST USE 11-5-2012; IN COMMERCE 11-5-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4170675, 4146057

SER. NO. 85-965,167, FILED 06-20-2013



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,170,675**

**Registered July 10, 2012**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, INC. (DELAWARE CORPORATION)
181 SOUTH PARK AVENUE
SAN FRANCISCO, CA 94107

FOR: PROVIDING A WEB SITE THAT GIVES USERS THE ABILITY TO UPLOAD PHOTO-GRAPHS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING HELP DESK SERVICES IN THE FIELD OF COMPUTER SOFTWARE, NAMELY, PROVIDING USERS WITH INSTRUC-TIONS AND ADVICE ON THE USE OF DOWNLOADABLE COMPUTER SOFTWARE, PROVIDED ONLINE AND VIA E-MAIL; COMPUTER SERVICES, NAMELY, PROVIDING AN INTERACTIVE WEBSITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO MANAGE THEIR ONLINE PHOTOGRAPH AND SOCIAL NETWORKING ACCOUNTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORD "INSTAGRAM" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 85-426,271, FILED 9-19-2011.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# INSTAGRAM

**Reg. No. 4,856,047**

**Registered Nov. 17, 2015**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: PROVIDING USE OF ONLINE TEMPORARY NON-DOWNLOADABLE SOFTWARE FOR ENABLING TRANSMISSION OF IMAGES AND AUDIOVISUAL AND VIDEO CONTENT; HOSTING ON-LINE WEB FACILITIES AS WEBSITES AND MOBILE SITES FOR OTHERS FOR MANAGING AND SHARING ON-LINE CONTENT; PROVIDING INFORMATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION; PROVIDING SEARCH ENGINES FOR OBTAINING DATA VIA COMMUNICATIONS NETWORKS; COMPUTER SERVICES, NAMELY, CREATING VIRTUAL COMMUNITIES FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA COMMUNICATION NETWORKS; APPLICATION SERVICE PROVIDER (ASP) SERVICES, NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE OR FACILITATE THE UPLOADING, DOWNLOADING, STREAMING, POSTING, DISPLAYING, BLOGGING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER COMMUNICATION NETWORKS; PROVIDING AN ONLINE NETWORK SERVICE THAT ENABLES USERS TO TRANSFER PERSONAL IDENTITY DATA TO AND SHARE PERSONAL IDENTITY DATA WITH AND AMONG MULTIPLE WEBSITES; PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE APPLICATIONS FOR SOCIAL NETWORKING, CREATING A VIRTUAL COMMUNITY, AND TRANSMISSION OF AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED OR SPECIFIED INFORMATION IN THE NATURE OF PERSONAL PROFILES, AUDIO, VIDEO, PHOTOGRAPHIC IMAGES, TEXT, GRAPHICS AND DATA, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,856,047** SN 85-983,853, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY



# INSTAGRAM

**Reg. No. 4,822,600**

**Registered Sep. 29, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94035

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR MODIFYING THE APPEARANCE AND ENABLING TRANSMISSION OF IMAGES, AUDIO-VISUAL AND VIDEO CONTENT; COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION; COMPUTER SOFTWARE FOR USE AS AN APPLICATION PROGRAMMING INTERFACE (API); COMPUTER SOFTWARE IN THE NATURE OF AN APPLICATION PROGRAMMING INTERFACE (API) WHICH FACILITATES ONLINE SERVICES FOR SOCIAL NETWORKING, BUILDING SOCIAL NETWORKING APPLICATIONS AND FOR ALLOWING DATA RETRIEVAL, UPLOAD, DOWNLOAD, ACCESS AND MANAGEMENT; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 85-965,174, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,827,509**

**Registered Oct. 6, 2015**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: INTERNET BASED SOCIAL INTRODUCTION, NETWORKING AND DATING SER-
VICES; PROVIDING INFORMATION IN THE FORM OF DATABASES FEATURING INFORM-
ATION IN THE FIELDS OF SOCIAL NETWORKING, SOCIAL INTRODUCTION AND
DATING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-965,171, FILED 6-20-2013.

EUGENIA MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# INSTAGRAM

**Reg. No. 4,863,595**

**Registered Dec. 1, 2015**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INSTAGRAM, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA, MESSAGES, GRAPHICS, IMAGES, VIDEOS AND INFORMATION; PEER-TO-PEER PHOTO AND VIDEO SHARING SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DIGITAL PHOTOS, VIDEO AND AUDIO-VISUAL FILES AMONG INTERNET USERS; PROVIDING ACCESS TO COMPUTER, ELECTRONIC AND ONLINE DATABASES; PROVIDING ONLINE FORUMS FOR COMMUNICATION, NAMELY, TRANSMISSION ON TOPICS OF GENERAL INTEREST; PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; BROADCASTING SERVICES OVER COMPUTER OR OTHER COMMUNICATION NETWORKS, NAMELY, UPLOADING, POSTING, DISPLAYING, TAGGING, AND ELECTRONICALLY TRANSMITTING DATA, INFORMATION, MESSAGES, GRAPHICS, VIDEOS, AND IMAGES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-6-2010; IN COMMERCE 10-6-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,146,057 AND 4,170,675.

SN 85-965,177, FILED 6-20-2013.

BARBARA BROWN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Instagram

**Reg. No. 5,019,151**

**Registered Aug. 09, 2016**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Instagram, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 Willow Road
Menlo Park, CA 94025

CLASS 35: Marketing, advertising and promotion services; Dissemination of advertising for others via computer and communication networks; Promoting the goods and services of others via computer and communication networks; Marketing and advertising consultation services; Market research services; Provision of market research information; Providing online advertising services for others; Providing online advertising on computer networks

FIRST USE 8-00-2013; IN COMMERCE 11-1-2013

The mark consists of the word "INSTAGRAM" written in script writing.

SER. NO. 86-725,488, FILED 08-14-2015

JEFFREY J LOOK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Exhibit 6



# United States of America
## United States Patent and Trademark Office

# WhatsApp

**Reg. No. 3,939,463**
**Registered Apr. 5, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WHATSAPP INC. (CALIFORNIA CORPORATION)
3561 HOMESTEAD ROAD, #416
SANTA CLARA, CA 95051

FOR: APPLICATION SERVICE PROVIDER, NAMELY, PROVIDING, HOSTING, MANAGING, DEVELOPING, AND MAINTAINING APPLICATIONS, SOFTWARE, WEB SITES, AND DATABASES IN THE FIELDS OF PERSONAL PRODUCTIVITY, WIRELESS COMMUNICATION, MOBILE INFORMATION ACCESS, AND REMOTE DATA MANAGEMENT FOR WIRELESS DELIVERY OF CONTENT TO HANDHELD COMPUTERS, LAPTOPS AND MOBILE ELECTRONIC DEVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-703,877, FILED 4-1-2009.

MARTHA FROMM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 4,083,272**

**Registered Jan. 10, 2012**

**Int. Cls.: 9 and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WHATSAPP INC. (CALIFORNIA CORPORATION)
#416 3561 HOMESTEAD ROAD
SANTA CLARA, CA 950515161

FOR: DOWNLOADABLE SOFTWARE, NAMELY, INSTANT MESSAGING SOFTWARE, FILE SHARING SOFTWARE, COMMUNICATIONS SOFTWARE FOR ELECTRONICALLY EXCHANGING DATA, AUDIO, VIDEO IMAGES AND GRAPHICS VIA COMPUTER, MOBILE, WIRELESS, TELECOMMUNICATIONS NETWORKS AND DOWNLOADABLE COMPUTER SOFTWARE FOR PROCESSING IMAGES, GRAPHICS, AUDIO, VIDEO, AND TEXT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-10-2009; IN COMMERCE 9-10-2009.

FOR: TELECOMMUNICATION SERVICES, NAMELY, DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION NETWORKS; ELECTRONIC EXCHANGE OF VOICE, DATA, AUDIO, VIDEO, TEXT AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATIONS NETWORKS; INSTANT MESSAGING SERVICES; MOBILE PHONE COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-10-2009; IN COMMERCE 9-10-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-326,910, FILED 5-22-2011.

LINDA ORNDORFF, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 5,492,738**

**Registered Jun. 12, 2018**

**Int. Cl.: 9, 38, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**

WhatsApp Inc.  (DELAWARE CORPORATION)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 9: Downloadable software, namely, instant messaging software, file sharing software, communications software for electronically exchanging data, audio, video images and graphics via computer, mobile, wireless, and communication networks; Downloadable computer software for processing images, graphics, audio, video, and text; Downloadable software in the nature of a messaging application; Computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, instant message and online social networking services; Downloadable software in the nature of a mobile application for messaging; Computer software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via computer and communication networks; Software for sending and receiving electronic messages, graphics, images, audio and audio visual content via global communication networks; Computer software for the collection, managing, editing, organizing, modifying, transmission, sharing, and storage of data and information; Computer software for personal information management, and data synchronization software

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 38: Telecommunication services, namely, data transmission and reception services via telecommunication networks; Electronic exchange of voice, data, audio, video, text and graphics accessible via computer and telecommunications networks; Instant messaging services; Mobile phone communication services; Voice over internet protocol (VOIP) services; Audio teleconferencing; Teleconferencing services; Video teleconferencing; Web messaging; Peer-to- peer photo sharing and video sharing services, namely, electronic transmission of digital photo files, videos and audio visual content among users; Providing access to computer, electronic and online databases; Telecommunications services, namely, electronic transmission of data, messages, graphics, images, audio, video and information; Providing online chat rooms, instant messaging services, and electronic bulletin boards; Providing access to computer databases in the field of social networking; Providing online forums for communication on topics of general interest; Providing online communications links that transfer mobile device and Internet users to other local and global online locations

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 42: Application service provider, namely, hosting, managing, developing, and maintaining applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Development, updating and



Director of the United States
Patent and Trademark Office

maintenance of software and database systems in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Computer services, namely, creating an online community for registered users to engage in social networking; Computer services, namely, creating virtual communities for users to participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, hosting electronic facilities for others for interactive discussions via communication networks; Computer services, namely, hosting electronic facilities for others for organizing and conducting discussions via communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via computer and communication networks; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, photographic images and audio visual information, on computer and communication networks; Providing temporary use of non-downloadable software applications for social networking, creating a virtual community, and transmission of audio, video, photographic images, text, graphics and data; Providing online facilities that gives users the ability to upload, modify and share audio, video, photographic images, text, graphics and data

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

CLASS 45: Online social networking services; Identification verification services, namely, providing authentication of personal identification information; Social introduction and networking services; User verification services, namely, providing authentication of company and personal identification information; Identification verification services, namely, providing authentication of company identification information

FIRST USE 5-00-2009; IN COMMERCE 5-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4083272, 3939463

SER. NO. 86-983,863, FILED 10-29-2015

# United States of America

## United States Patent and Trademark Office

# WHATSAPP

**Reg. No. 5,520,108**

**Registered Jul. 17, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

WhatsApp Inc. (DELAWARE CORPORATION)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 35: Promoting the goods and services of others via computer and communication networks; Business networking

FIRST USE 1-18-2018; IN COMMERCE 1-18-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4083272, 3939463

SER. NO. 87-040,764, FILED 05-18-2016



Director of the United States
Patent and Trademark Office

Exhibit 7

## 2013 Registrar Accreditation Agreement

1.  **Registrar Accreditation Agreement**

2.  **Whois Accuracy Program Specification**

3.  **Registration Data Directory Service (Whois) Specification**

4.  **Consensus and Temporary Policy Specification**

5.  **Specification on Privacy and Proxy Registrations**

6.  **Data Retention Specification**

7.  **Registrar Information Specification**

8.  **Additional Registrar Operation Specification**

9.  **Registrants' Benefits and Responsibilities**

10. **Logo License Specification**

11. **Compliance Certificate**

12. **Transition Addendum**

Approved by the ICANN Board on 27 June 2013



# Registrar Accreditation Agreement

---

This REGISTRAR ACCREDITATION AGREEMENT (this "Agreement") is by and between the Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and [Registrar Name], a [Organization type and jurisdiction] ("Registrar"), and shall be deemed made on _____, at Los Angeles, California, USA.

**1. DEFINITIONS.** For purposes of this Agreement, the following definitions shall apply:

1.1 "Account Holder" means the person or entity that is paying for the Registered Name or otherwise controls the management of the registered name, when that person or entity is not the Registered Name Holder.

1.2 "Accredited" or "Accreditation" means to identify and set minimum standards for the performance of registration functions, to recognize persons or entities meeting those standards, and to enter into an accreditation agreement that sets forth the rules and procedures applicable to the provision of Registrar Services.

1.3 "Affiliate" means a person or entity that, directly or indirectly, through one or more intermediaries, Controls, is controlled by, or is under common control with, the person or entity specified.

1.4 "Affiliated Registrar" is another Accredited registrar that is an Affiliate of Registrar.

1.5 "Applicable Registrar Family" means, with respect to Affiliated Registrars, such Affiliated Registrar as a group.

1.6 "Consensus Policy" has the meaning set forth in the Consensus Policies and Temporary Policies Specification attached hereto.

1.7 "Control" (including the terms "controlled by" and "under common control with") means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of a person or entity, whether through the ownership of securities, as trustee or executor, by serving as an employee or a

member of a board of directors or equivalent governing body, by contract, by credit arrangement or otherwise.

1.8    "DNS" refers to the Internet domain-name system.

1.9    The "Effective Date" is_____.

1.10   The "Expiration Date" is_____.

1.11   "gTLD" or "gTLDs" refers to the top-level domain(s) of the DNS delegated by ICANN pursuant to a registry agreement that is in full force and effect, other than any country code TLD (ccTLD) or internationalized domain name (IDN) country code TLD.

1.12   "gTLD Zone-File Data" means all data contained in a DNS zone file for the registry, or for any subdomain for which Registry Services are provided and that contains Registered Names, as provided to nameservers on the Internet.

1.13   "Illegal Activity" means conduct involving use of a Registered Name sponsored by Registrar that is prohibited by applicable law and/or exploitation of Registrar's domain name resolution or registration services in furtherance of conduct involving the use of a Registered Name sponsored by Registrar that is prohibited by applicable law.

1.14   "Personal Data" refers to data about any identified or identifiable natural person.

1.15   "Registered Name" refers to a domain name within the domain of a gTLD, whether consisting of two (2) or more (e.g., john.smith.name) levels, about which a gTLD Registry Operator (or an Affiliate or subcontractor thereof engaged in providing Registry Services) maintains data in a Registry Database, arranges for such maintenance, or derives revenue from such maintenance. A name in a Registry Database may be a Registered Name even though it does not appear in a zone file (e.g., a registered but inactive name).

1.16   "Registered Name Holder" means the holder of a Registered Name.

1.17   The word "registrar," when appearing without an initial capital letter, refers to a person or entity that contracts with Registered Name Holders and with a Registry Operator and collects registration data about the Registered Name Holders and submits registration information for entry in the Registry Database.

1.18   "Registrar Approval" means the receipt of either of the following approvals:

　　　1.18.1   The affirmative approval of Applicable Registrars accounting for 90% of the Total Registered Names Under Management by the Applicable Registrars; provided that, for purposes of calculating the Total Registered

Names Under Management by Applicable Registrars, the Total Registered Names Under Management by each Applicable Registrar Family shall not exceed the Total Registered Names Under Management of the Applicable Registrar Family that is the fifth largest Applicable Registrar Family (measured by number of Registered Names Under Management), both for purposes of the numerator and the denominator; or

1.18.2   The affirmative approval of 50% plus one of the Applicable Registrars that participate in the process to approve or disapprove (i.e. vote for or against, but not abstain or otherwise fail to vote) a proposed amendment under Section 6, and the affirmative approval of Applicable Registrars accounting for 66.67% of the Total Registered Names Under Management by all Applicable Registrars; provided that, for purposes of calculating the Total Registered Names Under Management by Applicable Registrars, the Total Registered Names Under Management by each Applicable Registrar Family shall not exceed the total Registered Names Under Management of the Applicable Registrar Family that is the fifth largest Applicable Registrar Family (measured by number of Registered Names Under Management), both for purposes of the numerator and the denominator. An example of these calculations is set forth in Appendix 1 attached hereto.

1.19   "Registrar Services" means the services subject to this Agreement provided by a registrar in connection with a gTLD, and includes contracting with Registered Name Holders, collecting registration data about the Registered Name Holders, and submitting registration information for entry in the Registry Database.

1.20   "Registry Data" means all Registry Database data maintained in electronic form, and shall include gTLD Zone-File Data, all data used to provide Registry Services and submitted by registrars in electronic form, and all other data used to provide Registry Services concerning particular domain name registrations or nameservers maintained in electronic form in a Registry Database.

1.21   "Registry Database" means a database comprised of data about one or more DNS domain names within the domain of a registry that is used to generate either DNS resource records that are published authoritatively or responses to domain-name availability lookup requests or Whois queries, for some or all of those names.

1.22   A "Registry Operator" is the person or entity then responsible, in accordance with an agreement between ICANN (or its assignee) and that person or entity (those persons or entities) or, if that agreement is terminated or expires, in accordance with an agreement between the US Government and that person or entity (those persons or entities), for providing Registry Services for a specific gTLD.

1.23   "Registry Services," with respect to a particular gTLD, shall have the meaning defined in the agreement between ICANN and the Registry Operator for that gTLD.

1.24   A "Reseller" is a person or entity that participates in Registrar's distribution channel for domain name registrations (a) pursuant to an agreement, arrangement or understanding with Registrar or (b) with Registrar's actual knowledge, provides some or all Registrar Services, including collecting registration data about Registered Name Holders, submitting that data to Registrar, or facilitating the entry of the registration agreement between the Registrar and the Registered Name Holder.

1.25   "Restricted Amendment" means (i) an amendment of the Consensus Policies and Temporary Policies Specification or (ii) the term of this Agreement as specified in Section 5.1, as such term may be extended pursuant to Section 5.2.

1.26   A Registered Name is "sponsored" by the registrar that placed the record associated with that registration into the registry. Sponsorship of a registration may be changed at the express direction of the Registered Name Holder or, in the event a registrar loses Accreditation, in accordance with then-current ICANN Specifications and Policies.

1.27   "Specifications and/or Policies" include Consensus Policies, Specifications (such as the Whois Accuracy Program Specification) referenced in this Agreement, and any amendments, policies, procedures, or programs specifically contemplated by this Agreement or authorized by ICANN's Bylaws.

1.28   "Term of this Agreement" begins on the Effective Date and continues to the earlier of (a) the Expiration Date, or (b) termination of this Agreement.

1.29   "Total Registered Names Under Management" means the total number of Registered Names sponsored by all Applicable Registrars as reflected in the latest monthly reports submitted to ICANN by Registrars.

1.30   "Whois Accuracy Program Specification" means the Whois Accuracy Program Specification attached hereto, as updated from time to time in accordance with this Agreement.

1.31   "Whois Specification" means the Registration Data Directory Service (Whois) Specification attached hereto, as updated from time to time in accordance with this Agreement.

1.32   "Working Group" means representatives of the Applicable Registrars and other members of the community that the Registrar Stakeholder Group appoints, from time to time, to serve as a working group to consult on amendments to the Applicable Registrar Agreements (excluding bilateral amendments pursuant to Section 6.9).

## 2.   ICANN OBLIGATIONS.

2.1    Accreditation. During the Term of this Agreement and subject to the terms and conditions of this Agreement, Registrar is hereby Accredited by ICANN to act as a registrar (including to insert and renew registration of Registered Names in the Registry Database) for gTLDs.

2.2    Registrar Use of ICANN Name, Website and Trademarks.  ICANN hereby grants to Registrar a non-exclusive, worldwide, royalty-free license during the Term of this Agreement (a) to state that it is Accredited by ICANN as a registrar for gTLDs, and (b) to link to pages and documents within the ICANN website. Subject to the terms and conditions set forth in the Logo License Specification attached hereto, ICANN hereby grants to Registrar a non-exclusive, worldwide right and license to use the Trademarks (as defined in the Logo License Specification). No other use of ICANN's name, website or Trademarks is licensed hereby. This license may not be assigned or sublicensed by Registrar to any other party, including, without limitation, any Affiliate of Registrar or any Reseller.

2.3    General Obligations of ICANN. With respect to all matters that impact the rights, obligations, or role of Registrar, ICANN shall during the Term of this Agreement:

> 2.3.1    exercise its responsibilities in an open and transparent manner;

> 2.3.2    not unreasonably restrain competition and, to the extent feasible, promote and encourage robust competition;

> 2.3.3    not apply standards, policies, procedures or practices arbitrarily, unjustifiably, or inequitably and not single out Registrar for disparate treatment unless justified by substantial and reasonable cause; and

> 2.3.4    ensure, through its reconsideration and independent review policies, adequate appeal procedures for Registrar, to the extent it is adversely affected by ICANN standards, policies, procedures or practices.

2.4    Use of ICANN Accredited Registrars. In order to promote competition in the registration of domain names, and in recognition of the value that ICANN-Accredited registrars bring to the Internet community, ICANN has ordinarily required gTLD registries under contract with ICANN to use ICANN-Accredited registrars, and ICANN will during the course of this agreement abide by any ICANN adopted Specifications or Policies requiring the use of ICANN-Accredited registrars by gTLD registries.

## 3.   REGISTRAR OBLIGATIONS.

3.1     Obligations to Provide Registrar Services. During the Term of this Agreement, Registrar agrees that it will operate as a registrar for one or more gTLDs in accordance with this Agreement.

3.2     Submission of Registered Name Holder Data to Registry. During the Term of this Agreement:

> 3.2.1    As part of its registration of Registered Names in a gTLD, Registrar shall submit to, or shall place in the Registry Database operated by, the Registry Operator for the gTLD the following data elements:

>> 3.2.1.1   The name of the Registered Name being registered;

>> 3.2.1.2   The IP addresses of the primary nameserver and secondary nameserver(s) for the Registered Name;

>> 3.2.1.3   The corresponding names of those nameservers;

>> 3.2.1.4   Unless automatically generated by the registry system, the identity of the Registrar;

>> 3.2.1.5   Unless automatically generated by the registry system, the expiration date of the registration; and

>> 3.2.1.6   Any other data the Registry Operator requires be submitted to it.

> The agreement between the Registry Operator of a gTLD and Registrar may, if approved by ICANN in writing, state alternative required data elements applicable to that gTLD, in which event, the alternative required data elements shall replace and supersede Subsections 3.2.1.1 through 3.2.1.6 stated above for all purposes under this Agreement but only with respect to that particular gTLD. When seeking approval for alternative required data elements, the data elements set forth in Subsections 3.2.1.1 through 3.2.1.6 should be considered suggested minimum requirements.

> 3.2.2    Within seven (7) days after receiving any updates from the Registered Name Holder to the data elements listed in Subsections 3.2.1.2, 3.1.2.3, and 3.2.1.6 for any Registered Name that Registrar sponsors, Registrar shall submit the updated data elements to, or shall place those elements in the Registry Database operated by, the relevant Registry Operator.

> 3.2.3    In order to allow reconstitution of the Registry Database in the event of an otherwise unrecoverable technical failure or a change in the designated Registry Operator, within ten (10) days of any such request by ICANN,

Registrar shall submit an electronic database containing the data elements listed in Subsections 3.2.1.1 through 3.2.1.6 for all active records in the registry sponsored by Registrar, in a format specified by ICANN, to the Registry Operator for the appropriate gTLD.

3.3     Public Access to Data on Registered Names. During the Term of this Agreement:

   3.3.1     At its expense, Registrar shall provide an interactive web page and, with respect to any gTLD operating a "thin" registry, a port 43 Whois service (each accessible via both IPv4 and IPv6) providing free public query-based access to up-to-date (i.e., updated at least daily) data concerning all active Registered Names sponsored by Registrar in any gTLD. Until otherwise specified by a Consensus Policy, such data shall consist of the following elements as contained in Registrar's database:

      3.3.1.1   The name of the Registered Name;

      3.3.1.2   The names of the primary nameserver and secondary nameserver(s) for the Registered Name;

      3.3.1.3   The identity of Registrar (which may be provided through Registrar's website);

      3.3.1.4   The original creation date of the registration;

      3.3.1.5   The expiration date of the registration;

      3.3.1.6   The name and postal address of the Registered Name Holder;

      3.3.1.7   The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the technical contact for the Registered Name; and

      3.3.1.8   The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the administrative contact for the Registered Name.

The agreement between the Registry Operator of a gTLD and Registrar may, if approved by ICANN in writing, state alternative required data elements applicable to that gTLD, in which event, the alternative required data elements shall replace and supersede Subsections 3.3.1.1 through 3.3.1.8 stated above for all purposes under this Agreement but only with respect to that particular gTLD.

   3.3.2     Upon receiving any updates to the data elements listed in Subsections 3.3.1.2, 3.3.1.3, and 3.3.1.5 through 3.3.1.8 from the Registered Name Holder,

Registrar shall promptly update its database used to provide the public access described in Subsection 3.3.1.

3.3.3    Registrar may subcontract its obligation to provide the public access described in Subsection 3.3.1 and the updating described in Subsection 3.3.2, provided that Registrar shall remain fully responsible for the proper provision of the access and updating.

3.3.4    Registrar shall abide by any Consensus Policy that requires registrars to cooperatively implement a distributed capability that provides query-based Whois search functionality across all registrars. If the Whois service implemented by registrars does not in a reasonable time provide reasonably robust, reliable, and convenient access to accurate and up-to-date data, the Registrar shall abide by any Consensus Policy requiring Registrar, if reasonably determined by ICANN to be necessary (considering such possibilities as remedial action by specific registrars), to supply data from Registrar's database to facilitate the development of a centralized Whois database for the purpose of providing comprehensive Registrar Whois search capability.

3.3.5    In providing query-based public access to registration data as required by Subsections 3.3.1 and 3.3.4, Registrar shall not impose terms and conditions on use of the data provided, except as permitted by any Specification or Policy established by ICANN. Unless and until ICANN establishes a different Consensus Policy, Registrar shall permit use of data it provides in response to queries for any lawful purposes except to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

3.3.6    In the event that ICANN determines, following analysis of economic data by an economist(s) retained by ICANN (which data has been made available to Registrar), that an individual or entity is able to exercise market power with respect to registrations or with respect to registration data used for development of value-added products and services by third parties, Registrar shall provide third-party bulk access to the data subject to public access under Subsection 3.3.1 under the following terms and conditions:

3.3.6.1    Registrar shall make a complete electronic copy of the data available at least one (1) time per week for download by third parties who have entered into a bulk access agreement with Registrar.

3.3.6.2   Registrar may charge an annual fee, not to exceed US$10,000, for such bulk access to the data.

3.3.6.3   Registrar's access agreement shall require the third party to agree not to use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts.

3.3.6.4   Registrar's access agreement shall require the third party to agree not to use the data to enable high-volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

3.3.6.5   Registrar's access agreement must require the third party to agree not to sell or redistribute the data except insofar as it has been incorporated by the third party into a value-added product or service that does not permit the extraction of a substantial portion of the bulk data from the value-added product or service for use by other parties.

3.3.7   To comply with applicable statutes and regulations and for other reasons, ICANN may adopt a Consensus Policy establishing limits (a) on the Personal Data concerning Registered Names that Registrar may make available to the public through a public-access service described in this Subsection 3.3 and (b) on the manner in which Registrar may make such data available. Registrar shall comply with any such Consensus Policy.

3.3.8   Registrar shall meet or exceed the requirements set forth in the Whois Specification.

3.4   Retention of Registered Name Holder and Registration Data.

3.4.1   For each Registered Name sponsored by Registrar within a gTLD, Registrar shall collect and securely maintain, in its own electronic database, as updated from time to time:

3.4.1.1   the data specified in the Data Retention Specification attached hereto for the period specified therein;

3.4.1.2   The data elements listed in Subsections 3.3.1.1 through 3.3.1.8;

3.4.1.3   the name and (where available) postal address, e-mail address, voice telephone number, and fax number of the billing contact;

3.4.1.4   any other Registry Data that Registrar has submitted to the Registry Operator or placed in the Registry Database under Subsection 3.2; and

3.4.1.5   the name, postal address, e-mail address, and voice telephone number provided by the customer of any privacy service or licensee of any proxy registration service, in each case, offered or made available by Registrar or its Affiliates in connection with each registration. Effective on the date that ICANN fully implements a Proxy Accreditation Program established in accordance with Section 3.14, the obligations under this Section 3.4.1.5 will cease to apply as to any specific category of data (such as postal address) that is expressly required to be retained by another party in accordance with such Proxy Accreditation Program.

3.4.2   During the Term of this Agreement and for two (2) years thereafter, Registrar (itself or by its agent(s)) shall maintain the following records relating to its dealings with the Registry Operator(s) and Registered Name Holders:

3.4.2.1   In electronic form, the submission date and time, and the content, of all registration data (including updates) submitted in electronic form to the Registry Operator(s);

3.4.2.2   In electronic, paper, or microfilm form, all written communications constituting registration applications, confirmations, modifications, or terminations and related correspondence with Registered Name Holders, including registration contracts; and

3.4.2.3   In electronic form, records of the accounts of all Registered Name Holders with Registrar.

3.4.3   During the Term of this Agreement and for two (2) years thereafter, Registrar shall make the data, information and records specified in this Section 3.4 available for inspection and copying by ICANN upon reasonable notice.  In addition, upon reasonable notice and request from ICANN, Registrar shall deliver copies of such data, information and records to ICANN in respect to limited transactions or circumstances that may be the subject of a compliance-related inquiry; provided, however, that such obligation shall not apply to requests for copies of the Registrar's entire database or transaction history. Such copies are to be provided at Registrar's expense. In responding to ICANN's request for delivery of electronic data, information and records, Registrar may submit such information in a format reasonably convenient to Registrar and acceptable to ICANN so as to minimize disruption to the Registrar's business.  In the event Registrar believes that the provision of any such data, information or records to ICANN would

violate applicable law or any legal proceedings, ICANN and Registrar agree to discuss in good faith whether appropriate limitations, protections, or alternative solutions can be identified to allow the production of such data, information or records in complete or redacted form, as appropriate. ICANN shall not disclose the content of such data, information or records except as expressly required by applicable law, any legal proceeding or Specification or Policy.

3.4.4    Notwithstanding any other requirement in this Agreement or the Data Retention Specification, Registrar shall not be obligated to maintain records relating to a domain registration beginning on the date two (2) years following the domain registration's deletion or transfer away to a different registrar.

3.5    <u>Rights in Data</u>. Registrar disclaims all rights to exclusive ownership or use of the data elements listed in Subsections 3.2.1.1 through 3.2.1.3 for all Registered Names submitted by Registrar to the Registry Database for, or sponsored by Registrar in, each gTLD for which it is Accredited. Registrar does not disclaim rights in the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and Subsections 3.3.1.3 through 3.3.1.8 concerning active Registered Names sponsored by it in each gTLD for which it is Accredited, and agrees to grant non-exclusive, irrevocable, royalty-free licenses to make use of and disclose the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and 3.3.1.3 through 3.3.1.8 for the purpose of providing a service or services (such as a Whois service under Subsection 3.3.4) providing interactive, query-based public access. Upon a change in sponsorship from Registrar of any Registered Name in each gTLD for which it is Accredited, Registrar acknowledges that the registrar gaining sponsorship shall have the rights of an owner to the data elements listed in Subsections 3.2.1.4 through 3.2.1.6 and 3.3.1.3 through 3.3.1.8 concerning that Registered Name, with Registrar also retaining the rights of an owner in that data. Nothing in this Subsection prohibits Registrar from (1) restricting bulk public access to data elements in a manner consistent with this Agreement and any Specifications or Policies or (2) transferring rights it claims in data elements subject to the provisions of this Subsection 3.5.

3.6    <u>Data Escrow</u>. During the Term of this Agreement, on a schedule, under the terms, and in the format specified by ICANN, Registrar shall submit an electronic copy of the data described in Subsections 3.4.1.2 through 3.4.1.5 to ICANN or, at Registrar's election and at its expense, to a reputable escrow agent mutually approved by Registrar and ICANN, such approval also not to be unreasonably withheld by either party. The data shall be held under an agreement among Registrar, ICANN, and the escrow agent (if any) providing that (1) the data shall be received and held in escrow, with no use other than verification that the deposited data is complete, consistent, and in proper format, until released to ICANN; (2) the data shall be released from escrow upon expiration without renewal or termination of this Agreement; and (3) ICANN's rights under the escrow agreement shall be assigned with any assignment of this Agreement. The escrow shall provide that in

the event the escrow is released under this Subsection, ICANN (or its assignee) shall have a non-exclusive, irrevocable, royalty-free license to exercise (only for transitional purposes) or have exercised all rights necessary to provide Registrar Services.

3.7   Business Dealings, Including with Registered Name Holders.

    3.7.1   In the event ICANN adopts a Specification or Policy that is supported by a consensus of ICANN-Accredited registrars as reflected in the Registrar Stakeholder Group (or any successor group), establishing or approving a Code of Conduct for ICANN-Accredited registrars, Registrar shall abide by that Code of Conduct.

    3.7.2   Registrar shall abide by applicable laws and governmental regulations.

    3.7.3   Registrar shall not represent to any actual or potential Registered Name Holder that Registrar enjoys access to a registry for which Registrar is Accredited that is superior to that of any other registrar Accredited for that registry.

    3.7.4   Registrar shall not activate any Registered Name unless and until it is satisfied that it has received a reasonable assurance of payment of its registration fee. For this purpose, a charge to a credit card, general commercial terms extended to creditworthy customers, or other mechanism providing a similar level of assurance of payment shall be sufficient, provided that the obligation to pay becomes final and non-revocable by the Registered Name Holder upon activation of the registration.

    3.7.5   At the conclusion of the registration period, failure by or on behalf of the Registered Name Holder to consent that the registration be renewed within the time specified in a second notice or reminder shall, in the absence of extenuating circumstances, result in cancellation of the registration by the end of the auto-renew grace period (although Registrar may choose to cancel the name earlier).

        3.7.5.1   Extenuating circumstances are defined as: UDRP action, valid court order, failure of a Registrar's renewal process (which does not include failure of a registrant to respond), the domain name is used by a nameserver that provides DNS service to third-parties (additional time may be required to migrate the records managed by the nameserver), the registrant is subject to bankruptcy proceedings, payment dispute (where a registrant claims to have paid for a renewal, or a discrepancy in the amount paid), billing dispute (where a registrant disputes the amount on a bill), domain name subject to litigation in a court of competent jurisdiction, or other circumstance as approved specifically by ICANN.

3.7.5.2   Where Registrar chooses, under extenuating circumstances, to renew a domain name without the explicit consent of the registrant, the registrar must maintain a record of the extenuating circumstances associated with renewing that specific domain name for inspection by ICANN consistent with clauses 3.4.2 and 3.4.3 of this registrar accreditation agreement.

3.7.5.3   In the absence of extenuating circumstances (as defined in Section 3.7.5.1 above), a domain name must be deleted within 45 days of either the registrar or the registrant terminating a registration agreement.

3.7.5.4   Registrar shall provide notice to each new registrant describing the details of their deletion and auto-renewal policy including the expected time at which a non-renewed domain name would be deleted relative to the domain's expiration date, or a date range not to exceed ten (10) days in length. If a registrar makes any material changes to its deletion policy during the period of the registration agreement, it must make at least the same effort to inform the registrant of the changes as it would to inform the registrant of other material changes to the registration agreement (as defined in clause 3.7.7 of the registrars accreditation agreement).

3.7.5.5   If Registrar operates a website for domain name registration or renewal, details of Registrar's deletion and auto-renewal policies must be clearly displayed on the website.

3.7.5.6   If Registrar operates a website for domain registration or renewal, it should state, both at the time of registration and in a clear place on its website, any fee charged for the recovery of a domain name during the Redemption Grace Period.

3.7.5.7   In the event that a domain which is the subject of a UDRP dispute is deleted or expires during the course of the dispute, the complainant in the UDRP dispute will have the option to renew or restore the name under the same commercial terms as the registrant. If the complainant renews or restores the name, the name will be placed in Registrar HOLD and Registrar LOCK status, the WHOIS contact information for the registrant will be removed, and the WHOIS entry will indicate that the name is subject to dispute. If the complaint is terminated, or the UDRP dispute finds against the complainant, the name will be deleted within 45 days. The registrant retains the right under the existing redemption grace period provisions to recover the name at any time during the Redemption Grace Period, and retains the right to renew the name before it is deleted.

3.7.6    Registrar shall not insert or renew any Registered Name in any gTLD registry in a manner contrary to (i) any Consensus Policy stating a list or specification of excluded Registered Names that is in effect at the time of insertion or renewal, or (ii) any list of names to be reserved from registration as required by the specific Registry Operator for which the Registrar is providing Registrar Services.

3.7.7    Registrar shall require all Registered Name Holders to enter into an electronic or paper registration agreement with Registrar including at least the provisions set forth in Subsections 3.7.7.1 through 3.7.7.12, and which agreement shall otherwise set forth the terms and conditions applicable to the registration of a domain name sponsored by Registrar. The Registered Name Holder with whom Registrar enters into a registration agreement must be a person or legal entity other than the Registrar, provided that Registrar may be the Registered Name Holder for domains registered for the purpose of conducting its Registrar Services, in which case the Registrar shall submit to the provisions set forth in Subsections 3.7.7.1 through 3.7.7.12 and shall be responsible to ICANN for compliance with all obligations of the Registered Name Holder as set forth in this Agreement and Specifications and Policies. Registrar shall use commercially reasonable efforts to enforce compliance with the provisions of the registration agreement between Registrar and any Registered Name Holder that relate to implementing the requirements of Subsections 3.7.7.1 through 3.7.7.12 or any Consensus Policy.

   3.7.7.1    The Registered Name Holder shall provide to Registrar accurate and reliable contact details and correct and update them within seven (7) days of any change during the term of the Registered Name registration, including: the full name, postal address, e-mail address, voice telephone number, and fax number if available of the Registered Name Holder; name of authorized person for contact purposes in the case of an Registered Name Holder that is an organization, association, or corporation; and the data elements listed in Subsections 3.3.1.2, 3.3.1.7 and 3.3.1.8.

   3.7.7.2    A Registered Name Holder's willful provision of inaccurate or unreliable information, its willful failure to update information provided to Registrar within seven (7) days of any change, or its failure to respond for over fifteen (15) days to inquiries by Registrar concerning the accuracy of contact details associated with the Registered Name Holder's registration shall constitute a material breach of the Registered Name Holder-registrar contract and be a basis for suspension and/or cancellation of the Registered Name registration.

   3.7.7.3    Any Registered Name Holder that intends to license use of a domain name to a third party is nonetheless the Registered Name

Holder of record and is responsible for providing its own full contact information and for providing and updating accurate technical and administrative contact information adequate to facilitate timely resolution of any problems that arise in connection with the Registered Name. A Registered Name Holder licensing use of a Registered Name according to this provision shall accept liability for harm caused by wrongful use of the Registered Name, unless it discloses the current contact information provided by the licensee and the identity of the licensee within seven (7) days to a party providing the Registered Name Holder reasonable evidence of actionable harm.

3.7.7.4   Registrar shall provide notice to each new or renewed Registered Name Holder stating:

> 3.7.7.4.1   The purposes for which any Personal Data collected from the applicant are intended;

> 3.7.7.4.2   The intended recipients or categories of recipients of the data (including the Registry Operator and others who will receive the data from Registry Operator);

> 3.7.7.4.3   Which data are obligatory and which data, if any, are voluntary; and

> 3.7.7.4.4   How the Registered Name Holder or data subject can access and, if necessary, rectify the data held about them.

3.7.7.5   The Registered Name Holder shall consent to the data processing referred to in Subsection 3.7.7.4.

3.7.7.6   The Registered Name Holder shall represent that notice has been provided equivalent to that described in Subsection 3.7.7.4 to any third-party individuals whose Personal Data are supplied to Registrar by the Registered Name Holder, and that the Registered Name Holder has obtained consent equivalent to that referred to in Subsection 3.7.7.5 of any such third-party individuals.

3.7.7.7   Registrar shall agree that it will not process the Personal Data collected from the Registered Name Holder in a way incompatible with the purposes and other limitations about which it has provided notice to the Registered Name Holder in accordance with Subsection 3.7.7.4 above.

3.7.7.8   Registrar shall agree that it will take reasonable precautions to protect Personal Data from loss, misuse, unauthorized access or disclosure, alteration, or destruction.

3.7.7.9   The Registered Name Holder shall represent that, to the best of the Registered Name Holder's knowledge and belief, neither the registration of the Registered Name nor the manner in which it is directly or indirectly used infringes the legal rights of any third party.

3.7.7.10 For the adjudication of disputes concerning or arising from use of the Registered Name, the Registered Name Holder shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of the Registered Name Holder's domicile and (2) where Registrar is located.

3.7.7.11 The Registered Name Holder shall agree that its registration of the Registered Name shall be subject to suspension, cancellation, or transfer pursuant to any Specification or Policy, or pursuant to any registrar or registry procedure not inconsistent with any Specification or Policy, (1) to correct mistakes by Registrar or the Registry Operator in registering the name or (2) for the resolution of disputes concerning the Registered Name.

3.7.7.12 The Registered Name Holder shall indemnify and hold harmless the Registry Operator and its directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses) arising out of or related to the Registered Name Holder's domain name registration.

3.7.8   Registrar shall comply with the obligations specified in the Whois Accuracy Program Specification.  In addition, notwithstanding anything in the Whois Accuracy Program Specification to the contrary, Registrar shall abide by any Consensus Policy requiring reasonable and commercially practicable (a) verification, at the time of registration, of contact information associated with a Registered Name sponsored by Registrar or (b) periodic re-verification of such information. Registrar shall, upon notification by any person of an inaccuracy in the contact information associated with a Registered Name sponsored by Registrar, take reasonable steps to investigate that claimed inaccuracy. In the event Registrar learns of inaccurate contact information associated with a Registered Name it sponsors, it shall take reasonable steps to correct that inaccuracy.

3.7.9   Registrar shall abide by any Consensus Policy prohibiting or restricting warehousing of or speculation in domain names by registrars.

3.7.10  Registrar shall publish on its website(s) and/or provide a link to the Registrants' Benefits and Responsibilities Specification attached hereto and shall not take any action inconsistent with the corresponding provisions of this Agreement or applicable law.

3.7.11  Registrar shall make available a description of the customer service handling processes available to Registered Name Holders regarding Registrar Services, including a description of the processes for submitting complaints and resolving disputes regarding the Registrar Services.

3.7.12  Nothing in this Agreement prescribes or limits the amount Registrar may charge Registered Name Holders for registration of Registered Names.

3.8   <u>Domain-Name Dispute Resolution</u>. During the Term of this Agreement, Registrar shall have in place a policy and procedures for resolution of disputes concerning Registered Names. Until ICANN adopts an alternative Consensus Policy or other Specification or Policy with respect to the resolution of disputes concerning Registered Names, Registrar shall comply with the Uniform Domain Name Dispute Resolution Policy ("UDRP") identified on ICANN's website (www.icann.org/general/consensus-policies.htm), as may be modified from time to time. Registrar shall also comply with the Uniform Rapid Suspension ("URS") procedure or its replacement, as well as with any other applicable dispute resolution procedure as required by a Registry Operator for which Registrar is providing Registrar Services.

3.9   <u>Accreditation Fees</u>. As a condition of Accreditation, Registrar shall pay Accreditation fees to ICANN. These fees consist of yearly and variable fees.

3.9.1    Registrar shall pay ICANN a yearly Accreditation fee in an amount established by the ICANN Board of Directors, in conformity with ICANN's bylaws and articles of incorporation. This yearly Accreditation fee shall not exceed US$4,000. Payment of the yearly fee shall be due within thirty (30) days after invoice from ICANN, provided that Registrar may elect to pay the yearly fee in four (4) equal quarterly installments.

3.9.2    Registrar shall pay the variable Accreditation fees established by the ICANN Board of Directors, in conformity with ICANN's bylaws and articles of incorporation, provided that in each case such fees are reasonably allocated among all registrars that contract with ICANN and that any such fees must be expressly approved by registrars accounting, in the aggregate, for payment of two-thirds of all registrar-level fees. Registrar shall pay such fees in a timely manner for so long as all material terms of this Agreement remain in full force and effect, and notwithstanding the pendency of any dispute between Registrar and ICANN.

3.9.3    For any payments thirty (30) days or more overdue, Registrar shall pay interest on late payments at the rate of 1.5% per month or, if less, the maximum rate permitted by applicable law from later of the date of the invoice or the date the invoice is sent pursuant to Section 7.6 of this Agreement. On reasonable notice given by ICANN to Registrar, accountings submitted by Registrar shall be subject to verification by an audit of

Registrar's books and records by an independent third-party designated by ICANN that shall preserve the confidentiality of such books and records (other than its findings as to the accuracy of, and any necessary corrections to, the accountings).

3.9.4    The Accreditation fees due under this Agreement are exclusive of tax. All taxes, duties, fees and other governmental charges of any kind (including sales, turnover, services, use and value-added taxes) that are imposed by or under the authority of any government or any political subdivision thereof on the Accreditation fees for any services, software and/or hardware shall be borne by Registrar and shall not be considered a part of, a deduction from, or an offset against such Accreditation fees. All payments due to ICANN shall be made without any deduction or withholding on account of any tax, duty, charge, or penalty except as required by applicable law, in which case, the sum payable by Registrar from which such deduction or withholding is to be made shall be increased to the extent necessary to ensure that, after making such deduction or withholding, ICANN receives (free from any liability with respect thereof) a net sum equal to the sum it would have received but for such deduction or withholding being required.

3.10   Insurance. Registrar shall maintain in force commercial general liability insurance or similar liability insurance as specified by ICANN with policy limits of at least US$500,000 covering liabilities arising from Registrar's registrar business during the Term of this Agreement.

3.11   Obligations of Registrars under common controlling interest. Registrar shall be in breach of this Agreement if:

3.11.1  ICANN terminates an Affiliated Registrar's accreditation agreement with ICANN (an "Affiliate Termination");

3.11.2  Affiliated Registrar has not initiated arbitration challenging ICANN's right to terminate the Affiliated Registrar's accreditation agreement under Section 5.8 of this Agreement, or has initiated such arbitration and has not prevailed;

3.11.3  the Affiliate Termination was the result of misconduct that materially harmed consumers or the public interest;

3.11.4  a second Affiliated Registrar has pursued, after the Affiliate Termination, the same course of conduct that resulted in the Affiliate Termination; and

3.11.5  ICANN has provided Registrar with written notice that it intends to assert the provisions of this Section 3.11 with respect to Registrar, which notice shall identify in reasonable detail the factual basis for such assertion,

and Registrar has failed to cure the impugned conduct within fifteen (15) days of such notice.

3.12   Obligations Related to Provision of Registrar Services by Third Parties. Registrar is responsible for the provision of Registrar Services for all Registered Names that Registrar sponsors being performed in compliance with this Agreement, regardless of whether the Registrar Services are provided by Registrar or a third party, including a Reseller. Registrar must enter into written agreements with all of its Resellers that enable Registrar to comply with and perform all of its obligations under this Agreement.  In addition, Registrar must ensure that:

3.12.1  Its Resellers do not display the ICANN or ICANN-Accredited Registrar logo, or otherwise represent themselves as Accredited by ICANN, unless they have written permission from ICANN to do so.

3.12.2  Any registration agreement used by reseller shall include all registration agreement provisions and notices required by the ICANN Registrar Accreditation Agreement and any ICANN Consensus Policies, and shall identify the sponsoring registrar or provide a means for identifying the sponsoring registrar, such as a link to the InterNIC Whois lookup service.

3.12.3  Its Resellers identify the sponsoring registrar upon inquiry from the customer.

3.12.4  Its Resellers comply with any ICANN-adopted Specification or Policy that establishes a program for accreditation of individuals or entities who provide proxy and privacy registration services (a "Proxy Accreditation Program"). Among other features, the Proxy Accreditation Program may require that: (i) proxy and privacy registration services may only be provided in respect of domain name registrations by individuals or entities Accredited by ICANN pursuant to such Proxy Accreditation Program; and (ii) Registrar shall prohibit Resellers from knowingly accepting registrations from any provider of proxy and privacy registration services that is not Accredited by ICANN pursuant the Proxy Accreditation Program. Until such time as the Proxy Accreditation Program is established, Registrar shall require Resellers to comply with the Specification on Privacy and Proxy Registrations attached hereto.

3.12.5  Its Resellers' customers are provided with a link to an ICANN webpage detailing registrant educational information, as detailed in subsection 3.16 below.

3.12.6  In the event Registrar learns that a Reseller is causing Registrar to be in breach of any of the provisions of this Agreement, Registrar shall take reasonable steps to enforce its agreement with such Reseller so as to cure and prevent further instances of non-compliance.

3.12.7  Its Resellers shall publish on their website(s) and/or provide a link to the Registrants' Benefits and Responsibilities Specification attached hereto and shall not take any action inconsistent with the corresponding provisions of this Agreement or applicable law.

Registrar shall use commercially reasonable efforts to enforce compliance with the provisions of the agreement between Registrar and any Reseller that relate to the provisions of Registrar Services.

3.13  Registrar Training. Registrar's primary contact as identified in Subsection 7.6 below or designee (so long as the designee is employed by Registrar or an Affiliated Registrar) shall complete a training course covering registrar obligations under ICANN policies and agreements. The course will be provided by ICANN at no expense to Registrar, and shall be available in an online format.

3.14  Obligations Related to Proxy and Privacy Services. Registrar agrees to comply with any ICANN-adopted Specification or Policy that establishes a Proxy Accreditation Program.  Registrar also agrees to reasonably cooperate with ICANN in the development of such program. Until such time as the Proxy Accreditation Program is established, Registrar agrees to comply with the Specification on Privacy and Proxy Registrations attached hereto.

3.15  Registrar Self-Assessment and Audits. Registrar shall complete and deliver to ICANN on a schedule and in the form specified by ICANN from time to time in consultation with registrars a Registrar self-assessment. Registrar shall complete and deliver to ICANN within twenty (20) days following the end of each calendar year, in a form specified by ICANN a certificate executed by the president, chief executive officer, chief financial officer or chief operating officer (or their equivalents) of Registrar certifying compliance with the terms and conditions of this Agreement. ICANN may from time to time (not to exceed twice per calendar year) conduct, or engage a third party to conduct on its behalf, contractual compliance audits to assess compliance by Registrar with the terms and conditions of this Agreement. Any audits pursuant to this Section 3.15 shall be tailored to achieve the purpose of assessing compliance, and ICANN will (a) give reasonable advance notice of any such audit, which notice shall specify in reasonable detail the categories of documents, data and other information requested by ICANN, and (b) use commercially reasonable efforts to conduct such audit in such a manner as to not unreasonably disrupt the operations of Registrar. As part of such audit and upon request by ICANN, Registrar shall timely provide all responsive documents, data and any other information necessary to demonstrate Registrar's compliance with this Agreement. Upon no less than ten (10) days notice (unless otherwise agreed to by Registrar), ICANN may, as part of any contractual compliance audit, conduct site visits during regular business hours to assess compliance by Registrar with the terms and conditions of this Agreement. ICANN shall not disclose Registrar confidential information gathered through such audits except as required by applicable law, legal proceedings, or as expressly permitted by any Specification or

Policy (including ICANN's Documentary Information Disclosure Policy, as such policy may be amended from time to time); provided, however, that, except as required by applicable law or legal proceedings, ICANN shall not release any information that Registrar has marked as, or has otherwise designated in writing to ICANN as, a "confidential trade secret," "confidential commercial information" or "confidential financial information" of Registrar. If any applicable law, legal proceeding or Specification or Policy permits such disclosure, ICANN will provide Registrar no less than fifteen (15) days notice of its intent to disclose such information, unless such notice is prohibited by law or legal proceeding. Such notice shall include to whom and in what manner ICANN plans to disclose such information.

3.16   Link to Registrant Educational Information. ICANN has published an educational webpage summarizing the terms of the Registrar Accreditation Agreement and related Consensus Policies (as of the date of this Agreement, located at: http://www.icann.org/en/registrars/registrant-rights-responsibilities-en.htm). Registrar shall provide a link to such webpage on any website it may operate for domain name registration or renewal clearly displayed to its Registered Name Holders at least as clearly as its links to policies or notifications required to be displayed under ICANN Consensus Policies. ICANN may, in consultation with registrars, update the content and/or URL for this website.

3.17   Registrar Contact, Business Organization and Officer Information. Registrar shall provide to ICANN and maintain accurate and current information as specified in the Registrar Information Specification to this Agreement. In addition, Registrar shall publish on each website through which Registrar provides or offers Registrar Services the information specified as requiring such publication in the Registrar Information Specification. Registrar shall notify ICANN within five (5) days of any changes to such information and update Registrar's website(s) within twenty (20) days of any such changes.

3.18   Registrar's Abuse Contact and Duty to Investigate Reports of Abuse.

3.18.1   Registrar shall maintain an abuse contact to receive reports of abuse involving Registered Names sponsored by Registrar, including reports of Illegal Activity. Registrar shall publish an email address to receive such reports on the home page of Registrar's website (or in another standardized place that may be designated by ICANN from time to time). Registrar shall take reasonable and prompt steps to investigate and respond appropriately to any reports of abuse.

3.18.2   Registrar shall establish and maintain a dedicated abuse point of contact, including a dedicated email address and telephone number that is monitored 24 hours a day, seven days a week, to receive reports of Illegal Activity by law enforcement, consumer protection, quasi-governmental or other similar authorities designated from time to time by the national or

territorial government of the jurisdiction in which the Registrar is established or maintains a physical office. Well-founded reports of Illegal Activity submitted to these contacts must be reviewed within 24 hours by an individual who is empowered by Registrar to take necessary and appropriate actions in response to the report.  In responding to any such reports, Registrar will not be required to take any action in contravention of applicable law.

3.18.3  Registrar shall publish on its website a description of its procedures for the receipt, handling, and tracking of abuse reports. Registrar shall document its receipt of and response to all such reports. Registrar shall maintain the records related to such reports for the shorter of two (2) years or the longest period permitted by applicable law, and during such period, shall provide such records to ICANN upon reasonable notice.

3.19  <u>Additional Technical Specifications to Implement IPV6, DNSSEC and IDNs</u>. Registrar shall comply with the Additional Registrar Operations Specification attached hereto.

3.20  <u>Notice of Bankruptcy, Convictions and Security Breaches</u>. Registrar will give ICANN notice within seven (7) days of (i) the commencement of any of the proceedings referenced in Section 5.5.8. (ii) the occurrence of any of the matters specified in Section 5.5.2 or Section 5.5.3 or (iii) any unauthorized access to or disclosure of registrant account information or registration data. The notice required pursuant to Subsection (iii) shall include a detailed description of the type of unauthorized access, how it occurred, the number of registrants affected, and any action taken by Registrar in response.

3.21  <u>Obligations of Registrars Affiliated with Registry Operators</u>. In the event Registrar is Affiliated with any Registry Operator or back-end registry operator (an "Affiliated Relationship") during the Term of this Agreement, Registrar shall comply with all ICANN Specifications and Policies that may be developed from time to time with respect to such Affiliated Relationships, and will notify ICANN within thirty (30) days of the occurrence of the event that created the Affiliate relationship (e.g., the closing of any merger, acquisition or other transaction, or the execution of any agreement, in each case, giving rise to such Affiliated Relationship).

3.22  <u>Cooperation with Emergency Registry Service Providers</u>. In the event that ICANN transitions the operation of a registry for a gTLD in which Registrar sponsors Registered Names to an emergency registry service provider, Registrar shall cooperate in all reasonable respects with such emergency registry service provider, including by entering into a registry-registrar agreement with such provider necessary to effect the transition and by providing all Registered Name Holder data reasonably requested by such emergency operator for the purpose of facilitating an efficient transition of the registry for the gTLD.

**4.   PROCEDURES FOR ESTABLISHMENT OR REVISION OF SPECIFICATIONS AND POLICIES.**

4.1   Compliance with Consensus Policies and Temporary Policies. During the Term of this Agreement, Registrar shall comply with and implement all Consensus Policies and Temporary Policies in existence as of the Effective Date found at http://www.icann.org/general/consensus-policies.htm, and as may in the future be developed and adopted in accordance with the ICANN Bylaws, provided such future Consensus Policies and Temporary Policies are adopted in accordance with the procedures and relate to those topics and subject to those limitations set forth in the Consensus Policies and Temporary Policies Specification to this Agreement.

**5.   TERM, TERMINATION AND DISPUTE RESOLUTION.**

5.1   Term of Agreement. This Agreement shall be effective on the Effective Date and shall have an initial term running until the Expiration Date, unless sooner terminated.

5.2   Renewal. This Agreement and Registrar's Accreditation will be renewed for successive periods of five (5) years upon the Expiration Date and the expiration of each successive five-year term thereafter under the terms and conditions of this Agreement, unless:

> 5.2.1    at the time of such renewal, Registrar no longer meets the ICANN registrar Accreditation criteria then in effect;

> 5.2.2    Registrar is not in compliance with its obligations under this Agreement at the time of the Expiration Date or at the expiration of any successive five (5) year term thereafter;

> 5.2.3    Registrar has been given notice by ICANN of three (3) or more material breaches of this Agreement within the two (2) years preceding the Expiration Date or the date of expiration of any successive five (5) year term thereafter; or

> 5.2.4    this Agreement has terminated prior to the Expiration Date or the expiration date of any successive five (5) year term thereafter.

In the event Registrar intends to renew this Agreement pursuant to this Section 5.2, Registrar shall provide ICANN written notice thereof during the period that is no more than ninety (90) days and no less than sixty (60) days prior to the Expiration Date and each successive five (5) year term thereafter. The provision of such notice shall not be a condition to renewal hereunder. Pursuant to its customary practices (as may be modified by ICANN), ICANN will provide notice to Registrar of the Expiration Date and the date of expiration of any subsequent term hereunder.

5.3    Right to Substitute Updated Agreement. In the event that, during the Term of this Agreement, ICANN adopts a revised form Registrar accreditation agreement (the "Updated RAA"), Registrar (provided it has not received (i) a notice of breach that it has not cured or (ii) a notice of termination or suspension of this Agreement under this Section 5) may elect, by giving ICANN written notice, to enter into the Updated RAA. In the event of such election, Registrar and ICANN shall as soon as practicable enter into the Updated RAA for the term specified in the Updated RAA, and this Agreement will be deemed terminated.

5.4    Termination of Agreement by Registrar. This Agreement may be terminated before its expiration by Registrar by giving ICANN thirty (30) days written notice. Upon such termination by Registrar, Registrar shall not be entitled to any refund of fees paid to ICANN pursuant to this Agreement.

5.5    Termination of Agreement by ICANN. This Agreement may be terminated before its expiration by ICANN in any of the following circumstances:

5.5.1    There was a material misrepresentation, material inaccuracy, or materially misleading statement in Registrar's application for Accreditation or renewal of Accreditation or any material accompanying the application.

5.5.2    Registrar:

5.5.2.1    is convicted by a court of competent jurisdiction of a felony or other serious offense related to financial activities, or is judged by a court of competent jurisdiction to have:

5.5.2.1.1    committed fraud,

5.5.2.1.2    committed a breach of fiduciary duty, or

5.5.2.1.3    with actual knowledge (or through gross negligence) permitted Illegal Activity in the registration or use of domain names or in the provision to Registrar by any Registered Name Holder of inaccurate Whois information; or

5.5.2.1.4    failed to comply with the terms of an order issued by a court of competent jurisdiction relating to the use of domain names sponsored by the Registrar;

or is the subject of a judicial determination that ICANN reasonably deems as the substantive equivalent of any of the foregoing; or

5.5.2.2    is disciplined by the government of its domicile for conduct involving dishonesty or misuse of funds of others; or

5.5.2.3   is the subject of  a non-interlocutory order issued by a court or arbitral tribunal, in each case of competent jurisdiction, finding that Registrar has, directly or through an Affiliate, committed a specific violation(s) of applicable national law or governmental regulation relating to cybersquatting or its equivalent; or

5.5.2.4   is found by ICANN, based on its review of the findings of arbitral tribunals, to have been engaged, either directly or through its Affiliate, in a pattern and practice of trafficking in or use of domain names identical or confusingly similar to a trademark or service mark of a third party in which the Registered Name Holder has no rights or legitimate interest, which trademarks have been registered and are being used in bad faith.

5.5.3   Registrar knowingly employs any officer that is convicted of a misdemeanor related to financial activities or of any felony, or is judged by a court of competent jurisdiction to have committed fraud or breach of fiduciary duty, or is the subject of a judicial determination that ICANN reasonably deems as the substantive equivalent of any of the foregoing and such officer is not terminated within thirty (30) days of Registrar's knowledge of the foregoing; or any member of Registrar's board of directors or similar governing body is convicted of a misdemeanor related to financial activities or of any felony, or is judged by a court of competent jurisdiction to have committed fraud or breach of fiduciary duty, or is the subject of a judicial determination that ICANN reasonably deems as the substantive equivalent of any of the foregoing and such member is not removed from Registrar's board of directors or similar governing body within thirty (30) days of Registrar's knowledge of the foregoing.

5.5.4   Registrar fails to cure any breach of this Agreement within twenty-one (21) days after ICANN gives Registrar notice of the breach.

5.5.5   Registrar fails to comply with a ruling granting specific performance under Sections 5.7 or 7.1.

5.5.6   Registrar has been in fundamental and material breach of its obligations under this Agreement at least three (3) times within a twelve (12) month period.

5.5.7   Registrar continues acting in a manner that ICANN has reasonably determined endangers the stability or operational integrity of the Internet after receiving three (3) days notice of that determination.

5.5.8    (i) Registrar makes an assignment for the benefit of creditors or similar act; (ii) attachment, garnishment or similar proceedings are commenced against Registrar, which proceedings are a material threat to Registrar's ability to provide Registrar Services for gTLDs, and are not

dismissed within sixty (60) days of their commencement; (iii) a trustee, receiver, liquidator or equivalent is appointed in place of Registrar or maintains control over any of Registrar's property; (iv) execution is levied upon any property of Registrar, (v) proceedings are instituted by or against Registrar under any bankruptcy, insolvency, reorganization or other laws relating to the relief of debtors and such proceedings are not dismissed within thirty (30) days of their commencement, or (vi) Registrar files for protection under the United States Bankruptcy Code, 11 U.S.C. Section 101 et seq., or a foreign equivalent or liquidates, dissolves or otherwise discontinues its operations.

5.6     <u>Termination Procedures</u>. This Agreement may be terminated in circumstances described in Subsections 5.5.1 though 5.5.6 above only upon fifteen (15) days written notice to Registrar (in the case of Subsection 5.5.4 occurring after Registrar's failure to cure), with Registrar being given an opportunity during that time to initiate arbitration under Subsection 5.8 to determine the appropriateness of termination under this Agreement. This Agreement may be terminated immediately upon notice to Registrar in circumstances described in Subsections 5.5.7 and 5.5.8.

5.7     <u>Suspension</u>.

    5.7.1     Upon the occurrence of any of the circumstances set forth in Section 5.5, ICANN may, in ICANN's sole discretion, upon delivery of a notice pursuant to Subsection 5.7.2, elect to suspend Registrar's ability to create or sponsor new Registered Names or initiate inbound transfers of Registered Names for any or all gTLDs for a period of up to a twelve (12) months following the effectiveness of such suspension. Suspension of a Registrar does not preclude ICANN's ability to issue a notice of termination in accordance with the notice requirements of Section 5.6.

    5.7.2     Any suspension under Subsections 5.7.1 will be effective upon fifteen (15) days written notice to Registrar, with Registrar being given an opportunity during that time to initiate arbitration under Subsection 5.8 to determine the appropriateness of suspension under this Agreement.

    5.7.3     Upon suspension, Registrar shall notify users, by posting a prominent notice on its web site, that it is unable to create or sponsor new gTLD domain name registrations or initiate inbound transfers of Registered Names. Registrar's notice shall include a link to the notice of suspension from ICANN.

    5.7.4     If Registrar acts in a manner that ICANN reasonably determines endangers the stability or operational integrity of the Internet and upon notice does not immediately cure, ICANN may suspend this Agreement for five (5) working days pending ICANN's application for more extended specific performance or injunctive relief under Subsection 7.1.  Suspension

**Approved by the ICANN Board on 27 June 2013**

of the Agreement under this Subsection may, at ICANN's sole discretion, preclude the Registrar from (i) providing Registration Services for gTLDs delegated by ICANN on or after the date of delivery of such notice to Registrar and (ii) creating or sponsoring new Registered Names or initiating inbound transfers of Registered Names for any gTLDs. Registrar must also post the statement specified in Subsection 5.7.3.

5.8    Resolution of Disputes Under this Agreement. Subject to the limitations set forth in Section 6 and Section 7.4, disputes arising under or in connection with this Agreement, including (1) disputes arising from ICANN's failure to renew Registrar's Accreditation and (2) requests for specific performance, shall be resolved in a court of competent jurisdiction or, at the election of either party, by an arbitration conducted as provided in this Subsection 5.8 pursuant to the International Arbitration Rules of the American Arbitration Association ("AAA"). The arbitration shall be conducted in English and shall occur in Los Angeles County, California, USA. Except as set forth in Section 7.4.5, there shall be one (1) arbitrator agreed by the parties from a list of AAA arbitrators, or if parties do not agree on an arbitrator within fifteen (15) days of the AAA request that the parties designate an arbitrator, the AAA shall choose and appoint an arbitrator, paying due regard to the arbitrator's knowledge of the DNS. The parties shall bear the costs of the arbitration in equal shares, subject to the right of the arbitrator to reallocate the costs in their award as provided in the AAA rules. The parties shall bear their own attorneys' fees in connection with the arbitration, and the arbitrator may not reallocate the attorneys' fees in conjunction with their award. The arbitrator shall render its decision within ninety (90) days of the conclusion of the arbitration hearing. In the event Registrar initiates arbitration to contest the appropriateness of termination of this Agreement by ICANN pursuant to Section 5.5 or suspension of Registrar by ICANN pursuant to Section 5.7.1, Registrar may at the same time request that the arbitration panel stay the termination or suspension until the arbitration decision is rendered. The arbitration panel shall order a stay: (i) upon showing by Registrar that continued operations would not be harmful to consumers or the public interest, or (ii) upon appointment by the arbitration panel of a qualified third party to manage the operations of the Registrar until the arbitration decision is rendered. In furtherance of sub-clause (ii) above, the arbitration panel is hereby granted all necessary authority to appoint a qualified third-party to manage the operations of the Registrar upon the Registrar's request and if the panel deems it appropriate. In selecting the third-party manager, the arbitration panel shall take into consideration, but shall not be bound by, any expressed preferences of Registrar. Any order granting a request for a stay must be issued within fourteen (14) days after the filing of the arbitration.  If an order granting a request for a stay is not issued within fourteen (14) days, ICANN has the right to proceed with the termination of this Agreement pursuant to Section 5.5 or suspension of the Registrar pursuant to Section 5.7.1. In the event Registrar initiates arbitration to contest an Independent Review Panel's decision under Subsection 4.3.3 sustaining the ICANN Board of Director's determination that a specification or policy is supported by consensus, Registrar may at the same time request that the arbitration

**Approved by the ICANN Board on 27 June 2013**

panel stay the requirement that it comply with the policy until the arbitration decision is rendered, and that request shall have the effect of staying the requirement until the decision or until the arbitration panel has granted an ICANN request for lifting of the stay. In all litigation involving ICANN concerning this Agreement (whether in a case where arbitration has not been elected or to enforce an arbitration award), jurisdiction and exclusive venue for such litigation shall be in a court located in Los Angeles, California, USA; however, the parties shall also have the right to enforce a judgment of such a court in any court of competent jurisdiction. For the purpose of aiding the arbitration and/or preserving the rights of the parties during the pendency of an arbitration, the parties shall have the right to seek temporary or preliminary injunctive relief from the arbitration panel or in a court located in Los Angeles, California, USA, which shall not be a waiver of this arbitration agreement.

5.9    Limitations on Monetary Remedies for Violations of this Agreement. ICANN's aggregate monetary liability for violations of this Agreement shall not exceed an amount equal to the Accreditation fees paid by Registrar to ICANN under Subsection 3.9 of this Agreement during the preceding twelve-month period. Registrar's monetary liability to ICANN for violations of this Agreement shall be limited to Accreditation fees owing to ICANN under this Agreement and, except in the case of a good faith disagreement concerning the interpretation of this agreement, reasonable payment to ICANN for the reasonable and direct costs including attorney fees, staff time, and other related expenses associated with legitimate efforts to enforce Registrar compliance with this agreement and costs incurred by ICANN to respond to or mitigate the negative consequences of such behavior for Registered Name Holders and the Internet community. In the event of repeated willful material breaches of the agreement, Registrar shall be liable for sanctions of up to five (5) times ICANN's enforcement costs, but otherwise in no event shall either party be liable for special, indirect, incidental, punitive, exemplary, or consequential damages for any violation of this Agreement.

## 6.   AMENDMENT AND WAIVER.

6.1    If the ICANN Board of Directors determines that an amendment to this Agreement (including to the Specifications referred to herein, unless such Specifications expressly do not permit amendment thereto) and all other registrar agreements between ICANN and the Applicable Registrars (the "Applicable Registrar Agreements") is desirable (each, a "Special Amendment"), ICANN may adopt a Special Amendment pursuant to the requirements of and process set forth in this Section 6; provided that a Special Amendment may not be a Restricted Amendment.

6.2    Prior to submitting a Special Amendment for Registrar Approval, ICANN shall first consult in good faith with the Working Group regarding the form and substance of such Special Amendment. The duration of such consultation shall be reasonably determined by ICANN based on the substance of the Special Amendment.  Following

such consultation, ICANN may propose the adoption of a Special Amendment by publicly posting such amendment on its website for no less than thirty (30) calendar days (the "Posting Period") and providing notice of such proposed amendment to the Applicable Registrars in accordance with Section 7.6. ICANN will consider the public comments submitted on a Special Amendment during the Posting Period (including comments submitted by the Applicable Registrars).

6.3    If, within one hundred eighty (180) calendar days following the expiration of the Posting Period (the "Approval Period"), the ICANN Board of Directors approves a Special Amendment (which may be in a form different than submitted for public comment, but must address the subject matter of the Special Amendment posted for public comment, as modified to reflect and/or address input from the Working Group and public comments), ICANN shall provide notice of, and submit, such Special Amendment for approval or disapproval by the Applicable Registrars. If, during the sixty (60) calendar day period following the date ICANN provides such notice to the Applicable Registrars, such Special Amendment receives Registrar Approval, such Special Amendment shall be deemed approved (an "Approved Amendment") by the Applicable Registrars, and shall be effective and deemed an amendment to this Agreement on the date that is sixty (60) calendar days following the date ICANN provided notice of the approval of such Approved Amendment to Registrar (the "Amendment Effective Date"). In the event that a Special Amendment does not receive Registrar Approval, the Special Amendment shall be deemed not approved by the Applicable Registrars (a "Rejected Amendment"). A Rejected Amendment will have no effect on the terms and conditions of this Agreement, except as set forth below.

6.4    If the ICANN Board of Directors reasonably determines that a Rejected Amendment falls within the subject matter categories set forth in Section 1.2 of the Consensus Policies and Temporary Policies Specification, the ICANN Board of Directors may adopt a resolution (the date such resolution is adopted is referred to herein as the "Resolution Adoption Date") requesting an Issue Report (as such term is defined in ICANN's Bylaws) by the Generic Names Supporting Organization (the "GNSO") regarding the substance of such Rejected Amendment. The policy development process undertaken by the GNSO pursuant to such requested Issue Report is referred to herein as a "PDP." If such PDP results in a Final Report supported by a GNSO Supermajority (as defined in ICANN's Bylaws) that either (i) recommends adoption of the Rejected Amendment as Consensus Policy or (ii) recommends against adoption of the Rejected Amendment as Consensus Policy, and, in the case of (i) above, the Board adopts such Consensus Policy, Registrar shall comply with its obligations pursuant to Section 4 of this Agreement. In either case, ICANN will abandon the Rejected Amendment and it will have no effect on the terms and conditions of this Agreement. Notwithstanding the foregoing provisions of this Section 6.4, the ICANN Board of Directors shall not be required to initiate a PDP with respect to a Rejected Amendment if, at any time in the twelve (12) month period preceding the submission of such Rejected Amendment for Registrar Approval pursuant to Section 6.3, the subject matter of such Rejected Amendment was the

subject of a concluded or otherwise abandoned or terminated PDP that did not result in a GNSO Supermajority recommendation.

6.5    If (i) a Rejected Amendment does not fall within the subject matter categories set forth in Section 1.2 of the Consensus Policies and Temporary Policies Specification , (ii) the subject matter of a Rejected Amendment was, at any time in the twelve (12) month period preceding the submission of such Rejected Amendment for Registrar Approval pursuant to Section 6.3, the subject of a concluded or otherwise abandoned or terminated PDP that did not result in a GNSO Supermajority recommendation, or (iii) a PDP does not result in a Final Report supported by a GNSO Supermajority that either (a) recommends adoption of the Rejected Amendment as Consensus Policy or (b) recommends against adoption of the Rejected Amendment as Consensus Policy (or such PDP has otherwise been abandoned or terminated for any reason), then, in any such case, such Rejected Amendment may still be adopted and become effective in the manner described below. In order for the Rejected Amendment to be adopted, the following requirements must be satisfied:

6.5.1    the subject matter of the Rejected Amendment must be within the scope of ICANN's mission and consistent with a balanced application of its core values (as described in ICANN's Bylaws);

6.5.2    the Rejected Amendment must be justified by a Substantial and Compelling Reason in the Public Interest, must be likely to promote such interest, taking into account competing public and private interests that are likely to be affected by the Rejected Amendment, and must be narrowly tailored and no broader than reasonably necessary to address such Substantial and Compelling Reason in the Public Interest;

6.5.3    to the extent the Rejected Amendment prohibits or requires conduct or activities, imposes material costs on the Applicable Registrars, and/or materially reduces public access to domain name services, the Rejected Amendment must be the least restrictive means reasonably available to address the Substantial and Compelling Reason in the Public Interest;

6.5.4    the ICANN Board of Directors must submit the Rejected Amendment, along with a written explanation of the reasoning related to its determination that the Rejected Amendment meets the requirements set out in subclauses (i) through (iii) above, for public comment for a period of no less than thirty (30) calendar days; and

6.5.5    following such public comment period, the ICANN Board of Directors must (i) engage in consultation (or direct ICANN management to engage in consultation) with the Working Group, subject matter experts, members of the GNSO, relevant advisory committees and other interested stakeholders with respect to such Rejected Amendment for a period of no less than sixty

(60) calendar days; and (ii) following such consultation, reapprove the
Rejected Amendment (which may be in a form different than submitted for
Registrar Approval, but must address the subject matter of the Rejected
Amendment, as modified to reflect and/or address input from the Working
Group and public comments) by the affirmative vote of at least two-thirds of
the members of the ICANN Board of Directors eligible to vote on such matter,
taking into account any ICANN policy affecting such eligibility, including
ICANN's Conflict of Interest Policy (a "Board Amendment").

Such Board Amendment shall, subject to Section 6.6, be deemed an Approved
Amendment, and shall be effective and deemed an amendment to this Agreement on
the date that is sixty (60) calendar days following the date ICANN provided notice of
the approval of such Board Amendment to Registrar (which effective date shall be
deemed the Amendment Effective Date hereunder).  Notwithstanding the foregoing,
a Board Amendment may not amend the registrar fees charged by ICANN
hereunder, or amend this Section 6.

6.6     Notwithstanding the provisions of Section 6.5, a Board Amendment shall not
be deemed an Approved Amendment if, during the thirty (30) calendar day period
following the approval by the ICANN Board of Directors of the Board Amendment,
the Working Group, on the behalf of the Applicable Registrars, submits to the ICANN
Board of Directors an alternative to the Board Amendment (an "Alternative
Amendment") that meets the following requirements:

> 6.6.1     sets forth the precise text proposed by the Working Group to amend
> this Agreement in lieu of the Board Amendment;

> 6.6.2     addresses the Substantial and Compelling Reason in the Public
> Interest identified by the ICANN Board of Directors as the justification for the
> Board Amendment; and

> 6.6.3     compared to the Board Amendment is: (a) more narrowly tailored to
> address such Substantial and Compelling Reason in the Public Interest, and
> (b) to the extent the Alternative Amendment prohibits or requires conduct or
> activities, imposes material costs on Affected Registrars, or materially
> reduces access to domain name services, is a less restrictive means to
> address the Substantial and Compelling Reason in the Public Interest.

Any proposed amendment that does not meet the requirements of subclauses 6.6.1
through 6.6.3 in the immediately preceding sentence shall not be considered an
Alternative Amendment hereunder and therefore shall not supersede or delay the
effectiveness of the Board Amendment. If, following the submission of the
Alternative Amendment to the ICANN Board of Directors, the Alternative
Amendment receives Registrar Approval, the Alternative Amendment shall
supersede the Board Amendment and shall be deemed an Approved Amendment
hereunder (and shall be effective and deemed an amendment to this Agreement on

the date that is sixty (60) calendar days following the date ICANN provided notice of the approval of such Alternative Amendment to Registrar, which effective date shall deemed the Amendment Effective Date hereunder), unless, within a period of sixty (60) calendar days following the date that the Working Group notifies the ICANN Board of Directors of Registrar Approval of such Alternative Amendment (during which time ICANN shall engage with the Working Group with respect to the Alternative Amendment), the ICANN Board of Directors by the affirmative vote of at least two-thirds of the members of the ICANN Board of Directors eligible to vote on such matter, taking into account any ICANN policy affecting such eligibility, including ICANN's Conflict of Interest Policy, rejects the Alternative Amendment. If (A) the Alternative Amendment does not receive Registrar Approval within thirty (30) days of submission of such Alternative Amendment to the Applicable Registrars (and the Working Group shall notify ICANN of the date of such submission), or (B) the ICANN Board of Directors rejects the Alternative Amendment by such two-thirds vote, the Board Amendment (and not the Alternative Amendment) shall be effective and deemed an amendment to this Agreement on the date that is sixty (60) calendar days following the date ICANN provided notice to Registrar (which effective date shall deemed the Amendment Effective Date hereunder). If the ICANN Board of Directors rejects an Alternative Amendment, the board shall publish a written rationale setting forth its analysis of the criteria set forth in Sections 6.6.1 through 6.6.3. The ability of the ICANN Board of Directors to reject an Alternative Amendment hereunder does not relieve the Board of the obligation to ensure that any Board Amendment meets the criteria set forth in Section 6.5.1 through 6.5.5.

6.7    In the event that Registrar believes an Approved Amendment does not meet the substantive requirements set out in this Section 6 or has been adopted in contravention of any of the procedural provisions of this Section 6, Registrar may challenge the adoption of such Special Amendment pursuant to the dispute resolution provisions set forth in Section 5.8, except that such arbitration shall be conducted by a three-person arbitration panel. Any such challenge must be brought within sixty (60) calendar days following the date ICANN provided notice to Registrar of the Approved Amendment, and ICANN may consolidate all challenges brought by registrars (including Registrar) into a single proceeding. The Approved Amendment will be deemed not to have amended this Agreement during the pendency of the dispute resolution process.

6.8    Registrar may apply in writing to ICANN for an exemption from the Approved Amendment (each such request submitted by Registrar hereunder, an "Exemption Request") during the thirty (30) calendar day period following the date ICANN provided notice to Registrar of such Approved Amendment.

6.8.1    Each Exemption Request will set forth the basis for such request and provide detailed support for an exemption from the Approved Amendment. An Exemption Request may also include a detailed description and support for any alternatives to, or a variation of, the Approved Amendment proposed by such Registrar.

6.8.2    An Exemption Request may only be granted upon a clear and convincing showing by Registrar that compliance with the Approved Amendment conflicts with applicable laws or would have a material adverse effect on the long-term financial condition or results of operations of Registrar. No Exemption Request will be granted if ICANN determines, in its reasonable discretion, that granting such Exemption Request would be materially harmful to registrants or result in the denial of a direct benefit to registrants.

6.8.3    Within ninety (90) calendar days of ICANN's receipt of an Exemption Request, ICANN shall either approve (which approval may be conditioned or consist of alternatives to or a variation of the Approved Amendment) or deny the Exemption Request in writing, during which time the Approved Amendment will not amend this Agreement.

6.8.4    If the Exemption Request is approved by ICANN, the Approved Amendment will not amend this Agreement; provided, that any conditions, alternatives or variations of the Approved Amendment required by ICANN shall be effective and, to the extent applicable, will amend this Agreement as of the Amendment Effective Date. If such Exemption Request is denied by ICANN, the Approved Amendment will amend this Agreement as of the Amendment Effective Date (or, if such date has passed, such Approved Amendment shall be deemed effective immediately on the date of such denial), provided that Registrar may, within thirty (30) calendar days following receipt of ICANN's determination, appeal ICANN's decision to deny the Exemption Request pursuant to the dispute resolution procedures set forth in Section 5.8.

6.8.5    The Approved Amendment will be deemed not to have amended this Agreement during the pendency of the dispute resolution process. For avoidance of doubt, only Exemption Requests submitted by Registrar that are approved by ICANN pursuant to this Article 6 or through an arbitration decision pursuant to Section 5.8 shall exempt Registrar from any Approved Amendment, and no Exemption Request granted to any other Applicable Registrar (whether by ICANN or through arbitration), shall have any effect under this Agreement or exempt Registrar from any Approved Amendment.

6.9    Except as set forth in Section 4, Subsection 5.3, this Section 6, Section 7.4 and as otherwise set forth in this Agreement and the Specifications hereto, no amendment, supplement or modification of this Agreement or any provision hereof shall be binding unless executed in writing by both parties, and nothing in this Section 6 or Section 7.4 shall restrict ICANN and Registrar from entering into bilateral amendments and modifications to this Agreement negotiated solely between the two parties. No waiver of any provision of this Agreement shall be binding unless evidenced by a writing signed by the party waiving compliance with such provision. No waiver of any of the provisions of this Agreement or failure to

enforce any of the provisions hereof shall be deemed or shall constitute a waiver of any other provision hereof, nor shall any such waiver constitute a continuing waiver unless otherwise expressly provided. For the avoidance of doubt, nothing in this Section 6 or Section 7.4 shall be deemed to limit Registrar's obligation to comply with Section 4.

6.10   Notwithstanding anything in this Section 6 to the contrary, (a) if Registrar provides evidence to ICANN's reasonable satisfaction that the Approved Amendment would materially increase the cost of providing Registrar Services, then ICANN will allow up to one-hundred eighty (180) calendar days for the Approved Amendment to become effective with respect to Registrar, and (b) no Approved Amendment adopted pursuant to Section 6 shall become effective with respect to Registrar if Registrar provides ICANN with an irrevocable notice of termination pursuant to Section 5.4.

## 7.   MISCELLANEOUS PROVISIONS.

7.1   Specific Performance. While this Agreement is in effect, either party may seek specific performance of any provision of this Agreement in the manner provided in Section 5.8, provided the party seeking such performance is not in material breach of its obligations.

7.2   Handling by ICANN of Registrar-Supplied Data. Before receiving any Personal Data from Registrar, ICANN shall specify to Registrar in writing the purposes for and conditions under which ICANN intends to use the Personal Data. ICANN may from time to time provide Registrar with a revised specification of such purposes and conditions, which specification shall become effective no fewer than thirty (30) days after it is provided to Registrar. ICANN shall not use Personal Data provided by Registrar for a purpose or under conditions inconsistent with the specification in effect when the Personal Data was provided. ICANN shall take reasonable steps to avoid uses of the Personal Data by third parties inconsistent with the specification.

7.3   Assignment; Change of Ownership or Management.

   7.3.1      Except as set forth in this Section 7.3.1, either party may assign or transfer this Agreement only with the prior written consent of the other party, which shall not be unreasonably withheld. If ICANN fails to expressly provide or withhold its consent to any requested assignment (an "Assignment Request") of this Agreement by Registrar within thirty (30) calendar days of ICANN's receipt of notice of such Assignment Request (or, if ICANN has requested additional information from Registrar in connection with its review of such request, sixty (60) calendar days of the receipt of all requested written information regarding such request) from Registrar, ICANN shall be deemed to have consented to such requested assignment. Notwithstanding the foregoing, (i) ICANN may assign this Agreement without the consent of Registrar upon approval of the ICANN Board of Directors in conjunction with

a reorganization, reconstitution or re-incorporation of ICANN upon such assignee's express assumption of the terms and conditions of this Agreement, (ii) Registrar may assign this Agreement without the consent of ICANN to a wholly-owned subsidiary of Registrar upon such subsidiary's express assumption of the terms and conditions of this Agreement, and (iii) ICANN shall be deemed to have consented to an Assignment Request in which the assignee associated with such Assignment Request is a party to a Registrar Accreditation Agreement with ICANN on the terms set forth in this Agreement (provided that such assignee is then in compliance with the terms and conditions of such Registrar Accreditation Agreement in all material respects), unless ICANN provides to Registrar a written objection to such Assignment Request within ten (10) calendar days of ICANN's receipt of notice of such Assignment Request pursuant to this Section 7.3.1.

7.3.2    To the extent that an entity acquires a Controlling interest in Registrar's stock, assets or business, Registrar shall provide ICANN notice within seven (7) days of such an acquisition. Such notification shall include a statement that affirms that Registrar meets the Specification or Policy on Accreditation criteria then in effect, and is in compliance with its obligations under this Agreement. Within thirty (30) days of such notification, ICANN may request additional information from the Registrar establishing compliance with this Agreement, in which case Registrar must supply the requested information within fifteen (15) days. Any disputes concerning Registrar's continued Accreditation shall be resolved pursuant to Section 5.8.

7.4    Negotiation Process.

7.4.1    If either the Chief Executive Officer of ICANN ("CEO") or the Chairperson of the Registrar Stakeholder Group ("Chair") desires to discuss any revision(s) to this Agreement, the CEO or Chair, as applicable, shall provide written notice to the other person, which shall set forth in reasonable detail the proposed revisions to this Agreement (a "Negotiation Notice"). Notwithstanding the foregoing, neither the CEO nor the Chair may (i) propose revisions to this Agreement that modify any Consensus Policy then existing, (ii) propose revisions to this Agreement pursuant to this Section 7.4 on or before June 30, 2014, or (iii) propose revisions or submit a Negotiation Notice more than once during any twelve month period beginning on July 1, 2014.

7.4.2    Following receipt of the Negotiation Notice by either the CEO or the Chair, ICANN and the Working Group shall consult in good faith negotiations regarding the form and substance of the proposed revisions to this Agreement, which shall be in the form of a proposed amendment to this Agreement (the "Proposed Revisions"), for a period of at least ninety (90) calendar days (unless a resolution is earlier reached) and attempt to reach a mutually acceptable agreement relating to the Proposed Revisions (the "Discussion Period").

7.4.3    If, following the conclusion of the Discussion Period, an agreement is reached on the Proposed Revisions, ICANN shall post the mutually agreed Proposed Revisions on its website for public comment for no less than thirty (30) calendar days (the "Posting Period") and provide notice of such revisions to all Applicable Registrars in accordance with Section 7.6. ICANN and the Working Group will consider the public comments submitted on the Proposed Revisions during the Posting Period (including comments submitted by the Applicable Registrars). Following the conclusion of the Posting Period, the Proposed Revisions shall be submitted for Registrar Approval and approval by the ICANN Board of Directors.  If such approvals are obtained, the Proposed Revisions shall be deemed an Approved Amendment by the Applicable Registrars and ICANN, and shall be effective and deemed an amendment to this Agreement upon sixty (60) calendar days notice from ICANN to Registrar.

7.4.4    If, following the conclusion of the Discussion Period, an agreement is not reached between ICANN and the Working Group on the Proposed Revisions, either the CEO or the Chair may provide the other person written notice (the "Mediation Notice") requiring each party to attempt to resolve the disagreements related to the Proposed Revisions through impartial, facilitative (non-evaluative) mediation in accordance with the terms and conditions set forth below. In the event that a Mediation Notice is provided, ICANN and the Working Group shall, within fifteen (15) calendar days thereof, simultaneously post the text of their desired version of the Proposed Revisions and a position paper with respect thereto on ICANN's website.

> 7.4.4.1    The mediation shall be conducted by a single mediator selected by the parties. If the parties cannot agree on a mediator within fifteen (15) calendar days following receipt by the CEO or Chair, as applicable, of the Mediation Notice, the parties will promptly select a mutually acceptable mediation provider entity, which entity shall, as soon as practicable following such entity's selection, designate a mediator, who is a licensed attorney with general knowledge of contract law and, to the extent necessary to mediate the particular dispute, general knowledge of the domain name system. Any mediator must confirm in writing that he or she is not, and will not become during the term of the mediation, an employee, partner, executive officer, director, or security holder of ICANN or an Applicable Registrar. If such confirmation is not provided by the appointed mediator, then a replacement mediator shall be appointed pursuant to this Section 7.4.4.1.

> 7.4.4.2    The mediator shall conduct the mediation in accordance with the rules and procedures for facilitative mediation that he or she determines following consultation with the parties.  The parties shall

**Approved by the ICANN Board on 27 June 2013**

discuss the dispute in good faith and attempt, with the mediator's assistance, to reach an amicable resolution of the dispute.

7.4.4.3    Each party shall bear its own costs in the mediation. The parties shall share equally the fees and expenses of the mediator.

7.4.4.4    If an agreement is reached during the mediation, ICANN shall post the mutually agreed Proposed Revisions on its website for the Posting Period and provide notice to all Applicable Registrars in accordance with Section 7.6. ICANN and the Working Group will consider the public comments submitted on the agreed Proposed Revisions during the Posting Period (including comments submitted by the Applicable Registrars). Following the conclusion of the Posting Period, the Proposed Revisions shall be submitted for Registrar Approval and approval by the ICANN Board of Directors. If such approvals are obtained, the Proposed Revisions shall be deemed an Approved Amendment by the Applicable Registrars and ICANN, and shall be effective and deemed an amendment to this Agreement upon sixty (60) days notice from ICANN to Registrar.

7.4.4.5    If the parties have not resolved the dispute for any reason by the date that is ninety (90) calendar days following receipt by the CEO or Chair, as applicable, of the Mediation Notice, the mediation shall automatically terminate (unless extended by agreement of the parties). The mediator shall deliver to the parties a definition of the issues that could be considered in future arbitration, if invoked. Those issues are subject to the limitations set forth in Section 7.4.5.2 below.

7.4.5    If, following mediation, ICANN and the Working Group have not reached an agreement on the Proposed Revisions, either the CEO or the Chair may provide the other person written notice (an "Arbitration Notice") requiring ICANN and the Applicable Registry Operators to resolve the dispute through binding arbitration in accordance with the arbitration provisions of Section 5.8, subject to the requirements and limitations of this Section 7.4.5.

7.4.5.1    If an Arbitration Notice is sent, the mediator's definition of issues, along with the Proposed Revisions (be those from ICANN, Registrars or both) shall be posted for public comment on ICANN's website for a period of no less than thirty (30) calendar days. ICANN and the Working Group will consider the public comments submitted on the Proposed Revisions during the Posting Period (including comments submitted by the Applicable Registrars), and information regarding such comments and consideration shall be provided to the a three (3) person arbitrator panel. Each party may modify is Proposed Revisions before and after the Posting Period.  The arbitration

**Approved by the ICANN Board on 27 June 2013**

proceeding may not commence prior to the closing of such public comment period, and ICANN may consolidate all challenges brought by registrars (including Registrar) into a single proceeding. Except as set forth in this Section 7.4.5.1, the arbitration shall be conducted pursuant to Section 5.8.

7.4.5.2     No dispute regarding the Proposed Revisions may be submitted for arbitration to the extent the subject matter of the Proposed Revisions (i) relates to Consensus Policy, (ii) falls within the subject matter categories set forth in Section 1.2 of the Consensus Policies and Temporary Policies Specification , or (iii) seeks to amend any of the following provisions or Specifications of this Agreement: Sections 2, 4 and 6; subsections 3.1, 3.2, 3.3, 3.4, 3.5, 3.7, 3.8, 3.9, 3.14, 3.19, 3.21, 5.1, 5.2 or 5.3; and the Consensus Policies and Temporary Policies Specification, Data Retention Specification, WHOIS Accuracy Program Specification, Registration Data Directory Service (WHOIS) Specification or the Additional Registrar Operation Specification.

7.4.5.3     The mediator will brief the arbitrator panel regarding ICANN and the Working Group's respective proposals relating to the Proposed Revisions.

7.4.5.4     No amendment to this Agreement relating to the Proposed Revisions may be submitted for arbitration by either the Working Group or ICANN, unless, in the case of the Working Group, the proposed amendment has received Registrar Approval and, in the case of ICANN, the proposed amendment has been approved by the ICANN Board of Directors.

7.4.5.5     In order for the arbitrator panel to approve either ICANN or the Working Group's proposed amendment relating to the Proposed Revisions, the arbitrator panel must conclude that such proposed amendment is consistent with a balanced application of ICANN's core values (as described in ICANN's Bylaws) and reasonable in light of the balancing of the costs and benefits to the business interests of the Applicable Registrars and ICANN (as applicable), and the public benefit sought to be achieved by the Proposed Revisions as set forth in such amendment. If the arbitrator panel concludes that either ICANN or the Working Group's proposed amendment relating to the Proposed Revisions meets the foregoing standard, such amendment shall be effective and deemed an amendment to this Agreement upon sixty (60) calendar days notice from ICANN to Registrar and deemed an Approved Amendment hereunder.

7.4.6    With respect to an Approved Amendment relating to an amendment proposed by ICANN, Registrar may apply in writing to ICANN for an exemption from such amendment pursuant to the provisions of Section 6.8.

7.4.7    Notwithstanding anything in this Section 7.4 to the contrary, (a) if Registrar provides evidence to ICANN's reasonable satisfaction that the Approved Amendment would materially increase the cost of providing Registrar Services, then ICANN will allow up to one-hundred eighty (180) calendar days for the Approved Amendment to become effective with respect to Registrar, and (b) no Approved Amendment adopted pursuant to Section 7.4 shall become effective with respect to Registrar if Registrar provides ICANN with an irrevocable notice of termination pursuant to Section 5.4.

7.5    No Third-Party Beneficiaries. This Agreement shall not be construed to create any obligation by either ICANN or Registrar to any non-party to this Agreement, including any Registered Name Holder.

7.6    Notices and Designations. Except as provided in Section 4.4 and Section 6, all notices to be given under this Agreement shall be given in writing at the address of the appropriate party as set forth below, unless that party has given a notice of change of address in writing. Each party shall notify the other party within thirty (30) days of any change to its contact information. Any written notice required by this Agreement shall be deemed to have been properly given when delivered in person, when sent by electronic facsimile with receipt of confirmation of delivery, when scheduled for delivery by internationally recognized courier service, or when delivered by electronic means followed by an affirmative confirmation of receipt by the recipient's facsimile machine or email server. For any notice of a new Specification or Policy established in accordance with this Agreement, Registrar shall be afforded a reasonable period of time after notice of the establishment of such Specification or Policy is e-mailed to Registrar and posted on the ICANN website in which to comply with that specification, policy or program, taking into account any urgency involved. Notices and designations by ICANN under this Agreement shall be effective when written notice of them is deemed given to Registrar.

If to ICANN, addressed to:

Attention: Registrar Accreditation Notices

Internet Corporation for Assigned Names and Numbers
12025 Waterfront Drive, Suite 300
Los Angeles, California 90094-2536 USA
Telephone: +1 310 823-9358
Facsimile: +1 310 823-8649

If to Registrar, addressed to:

[Registrar  Name]

Approved by the ICANN Board on 27 June 2013

[Courier Address]
[Mailing Address]
Attention: [contact person]
Registrar Website URL: [URL]
Telephone: [telephone number]
Facsimile: [fax number]
e-mail: [e-mail address]

7.7     Dates and Times. All dates and times relevant to this Agreement or its performance shall be computed based on the date and time observed in Los Angeles, California, USA.

7.8     Language. All notices, designations, and Specifications or Policies made under this Agreement shall be in the English language.

7.9     Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

7.10    Entire Agreement. Except to the extent (a) expressly provided in a written agreement executed by both parties concurrently herewith or (b) of written assurances provided by Registrar to ICANN in connection with its Accreditation, this Agreement (including the specifications, which form part of it) constitutes the entire agreement of the parties pertaining to the Accreditation of Registrar and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written, between the parties on that subject.

7.11    Severability. If one or more provisions of this Agreement are held to be unenforceable under applicable law, the parties agree to renegotiate such provision in good faith. In the event that the parties cannot reach a mutually agreeable and enforceable replacement for such provision, then (a) such provision shall be excluded from this Agreement; (b) the balance of this Agreement shall be interpreted as if such provision were so excluded; and (c) the balance of this Agreement shall be enforceable in accordance with its terms.

[signature page follows]

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives.

**ICANN**                                    **[Registrar]**


By:_____        By:_____

Name:_____        Name:_____

Title:  _____        Title:  _____

### WHOIS ACCURACY PROGRAM SPECIFICATION

Registrar shall implement and comply with the requirements set forth in this Specification, as well as any commercially practical updates to this Specification that are developed by ICANN and the Registrar Stakeholder Group during the Term of the Registrar Accreditation Agreement.

1. Except as provided for in Section 3 below, within fifteen (15) days of (1) the registration of a Registered Name sponsored by Registrar, (2) the transfer of the sponsorship of a Registered Name to Registrar, or (3) any change in the Registered Name Holder with respect to any Registered Name sponsored by Registrar, Registrar will, with respect to both Whois information and the corresponding customer account holder contact information related to such Registered Name:

    a. Validate the presence of data for all fields required under Subsection 3.3.1 of the Agreement in a proper format for the applicable country or territory.

    b. Validate that all email addresses are in the proper format according to RFC 5322 (or its successors).

    c. Validate that telephone numbers are in the proper format according to the ITU-T E.164 notation for international telephone numbers (or its equivalents or successors).

    d. Validate that postal addresses are in a proper format for the applicable country or territory as defined in UPU Postal addressing format templates, the S42 address templates (as they may be updated) or other standard formats.

    e. Validate that all postal address fields are consistent across fields (for example: street exists in city, city exists in state/province, city matches postal code) where such information is technically and commercially feasible for the applicable country or territory.

    f. Verify:

        i. the email address of the Registered Name Holder (and, if different, the Account Holder) by sending an email requiring an affirmative response through a tool-based authentication method such as providing a unique code that must be returned in a manner designated by the Registrar, or

        ii. the telephone number of the Registered Name Holder (and, if different, the Account Holder) by either (A) calling or sending an SMS to the Registered Name Holder's telephone number providing a unique code that must be returned in a manner designated by the Registrar, or (B) calling the Registered Name Holder's telephone number and requiring the Registered Name Holder to provide a unique code that was sent to the

1

Registered Name Holder via web, email or postal mail.

In either case, if Registrar does not receive an affirmative response from the Registered Name Holder, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If Registrar does not receive an affirmative response from the Account Holder, Registrar shall verify the applicable contact information manually, but is not required to suspend any registration.

2. Except as provided in Section 3 below, within fifteen (15) calendar days after receiving any changes to contact information in Whois or the corresponding customer account contact information related to any Registered Name sponsored by Registrar (whether or not Registrar was previously required to perform the validation and verification requirements set forth in this Specification in respect of such Registered Name), Registrar will validate and, to the extent required by Section 1, verify the changed fields in the manner specified in Section 1 above. If Registrar does not receive an affirmative response from the Registered Name Holder providing the required verification, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If Registrar does not receive an affirmative response from the Account Holder, Registrar shall verify the applicable contact information manually, but is not required to suspend any registration.

3. Except as set forth in paragraph 4 below, Registrar is not required to perform the above validation and verification procedures in Section 1(a) through 1(f) above, if Registrar has already successfully completed the validation and verification procedures on the identical contact information and is not in possession of facts or knowledge of circumstances that suggest that the information is no longer valid.

4. If Registrar has any information suggesting that the contact information specified in Section 1(a) through 1(f) above is incorrect (such as Registrar receiving a bounced email notification or non-delivery notification message in connection with compliance with ICANN's Whois Data Reminder Policy or otherwise) for any Registered Name sponsored by Registrar (whether or not Registrar was previously required to perform the validation and verification requirements set forth in this Specification in respect of such Registered Name), Registrar must verify or re-verify, as applicable, the email address(es) as described in Section 1.f (for example by requiring an affirmative response to a Whois Data Reminder Policy notice). If, within fifteen (15) calendar days after receiving any such information, Registrar does not receive an affirmative response from the Registered Name Holder providing the required verification, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If, within fifteen (15) calendar days after receiving any such information, Registrar does not receive an affirmative response from the customer paying for the Registered Name, if applicable, providing the required verification, Registrar shall verify the applicable

contact information manually, but is not required to suspend any registration.

5. Upon the occurrence of a Registered Name Holder's willful provision of inaccurate or unreliable WHOIS information, its willful failure promptly to update information provided to Registrar, or its failure to respond for over fifteen (15) calendar days to inquiries by Registrar concerning the accuracy of contact details associated with the Registered Name Holder's registration, Registrar shall either terminate or suspend the Registered Name Holder's Registered Name or place such registration on clientHold and clientTransferProhibited, until such time as Registrar has validated the information provided by the Registered Name Holder.

6. The terms and conditions of this Specification shall be reviewed by ICANN in consultation with the Registrar Stakeholder Group on or about the first anniversary of the date that the form of this Agreement is first executed by a registrar.

7. Nothing within this Specification shall be deemed to require Registrar to perform verification or validation of any customer account holder information where the customer account holder does not have any Registered Names under sponsorship of Registrar.

**Approved by the ICANN Board on 27 June 2013**

### WHOIS ACCURACY PROGRAM SPECIFICATION

Registrar shall implement and comply with the requirements set forth in this Specification, as well as any commercially practical updates to this Specification that are developed by ICANN and the Registrar Stakeholder Group during the Term of the Registrar Accreditation Agreement.

1. Except as provided for in Section 3 below, within fifteen (15) days of (1) the registration of a Registered Name sponsored by Registrar, (2) the transfer of the sponsorship of a Registered Name to Registrar, or (3) any change in the Registered Name Holder with respect to any Registered Name sponsored by Registrar, Registrar will, with respect to both Whois information and the corresponding customer account holder contact information related to such Registered Name:

    a. Validate the presence of data for all fields required under Subsection 3.3.1 of the Agreement in a proper format for the applicable country or territory.

    b. Validate that all email addresses are in the proper format according to RFC 5322 (or its successors).

    c. Validate that telephone numbers are in the proper format according to the ITU-T E.164 notation for international telephone numbers (or its equivalents or successors).

    d. Validate that postal addresses are in a proper format for the applicable country or territory as defined in UPU Postal addressing format templates, the S42 address templates (as they may be updated) or other standard formats.

    e. Validate that all postal address fields are consistent across fields (for example: street exists in city, city exists in state/province, city matches postal code) where such information is technically and commercially feasible for the applicable country or territory.

    f. Verify:

        i. the email address of the Registered Name Holder (and, if different, the Account Holder) by sending an email requiring an affirmative response through a tool-based authentication method such as providing a unique code that must be returned in a manner designated by the Registrar, or

        ii. the telephone number of the Registered Name Holder (and, if different, the Account Holder) by either (A) calling or sending an SMS to the Registered Name Holder's telephone number providing a unique code that must be returned in a manner designated by the Registrar, or (B) calling the Registered Name Holder's telephone number and requiring the Registered Name Holder to provide a unique code that was sent to the

1

Registered Name Holder via web, email or postal mail.

In either case, if Registrar does not receive an affirmative response from the Registered Name Holder, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If Registrar does not receive an affirmative response from the Account Holder), Registrar shall verify the applicable contact information manually, but is not required to suspend any registration.

2. Except as provided in Section 3 below, within fifteen (15) calendar days after receiving any changes to contact information in Whois or the corresponding customer account contact information related to any Registered Name sponsored by Registrar (whether or not Registrar was previously required to perform the validation and verification requirements set forth in this Specification in respect of such Registered Name), Registrar will validate and, to the extent required by Section 1, verify the changed fields in the manner specified in Section 1 above. If Registrar does not receive an affirmative response from the Registered Name Holder providing the required verification, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If Registrar does not receive an affirmative response from the Account Holder, Registrar shall verify the applicable contact information manually, but is not required to suspend any registration.

3. Except as set forth in paragraph 4 below, Registrar is not required to perform the above validation and verification procedures in Section 1(a) through 1(f) above, if Registrar has already successfully completed the validation and verification procedures on the identical contact information and is not in possession of facts or knowledge of circumstances that suggest that the information is no longer valid.

4. If Registrar has any information suggesting that the contact information specified in Section 1(a) through 1(f) above is incorrect (such as Registrar receiving a bounced email notification or non-delivery notification message in connection with compliance with ICANN's Whois Data Reminder Policy or otherwise) for any Registered Name sponsored by Registrar (whether or not Registrar was previously required to perform the validation and verification requirements set forth in this Specification in respect of such Registered Name), Registrar must verify or re-verify, as applicable, the email address(es) as described in Section 1.f (for example by requiring an affirmative response to a Whois Data Reminder Policy notice). If, within fifteen (15) calendar days after receiving any such information, Registrar does not receive an affirmative response from the Registered Name Holder providing the required verification, Registrar shall either verify the applicable contact information manually or suspend the registration, until such time as Registrar has verified the applicable contact information. If, within fifteen (15) calendar days after receiving any such information, Registrar does not receive an affirmative response from the customer paying for the Registered Name, if applicable, providing the required verification, Registrar shall verify the applicable

contact information manually, but is not required to suspend any registration.

5. Upon the occurrence of a Registered Name Holder's willful provision of inaccurate or unreliable WHOIS information, its willful failure promptly to update information provided to Registrar, or its failure to respond for over fifteen (15) calendar days to inquiries by Registrar concerning the accuracy of contact details associated with the Registered Name Holder's registration, Registrar shall either terminate or suspend the Registered Name Holder's Registered Name or place such registration on clientHold and clientTransferProhibited, until such time as Registrar has validated the information provided by the Registered Name Holder.

6. The terms and conditions of this Specification shall be reviewed by ICANN in consultation with the Registrar Stakeholder Group on or about the first anniversary of the date that the form of this Agreement is first executed by a registrar.

7. Nothing within this Specification shall be deemed to require Registrar to perform verification or validation of any customer account holder information where the customer account holder does not have any Registered Names under sponsorship of Registrar.

**Approved by the ICANN Board on 27 June 2013**

Approved by the ICANN Board on 27 June 2013

## REGISTRATION DATA DIRECTORY SERVICE (WHOIS) SPECIFICATION

1. **Registration Data Directory Services.** Until ICANN requires a different protocol, Registrar will operate a WHOIS service available via port 43 in accordance with RFC 3912, and a web-based Directory Service providing free public query-based access to at least the elements set forth in Section 3.3.1.1 through 3.3.1.8 of the Registrar Accreditation Agreement in the format set forth in Section 1.4 of this Specification. ICANN reserves the right to specify alternative formats and protocols, and upon such specification, the Registrar will implement such alternative specification as soon as reasonably practicable.

Following the publication by the IETF of a Proposed Standard, Draft Standard or Internet Standard and any revisions thereto (as specified in RFC 2026) relating to the web-based directory service as specified in the IETF Web Extensible Internet Registration Data Service working group, Registrar shall implement the directory service specified in any such standard (or any revision thereto) no later than 135 days after such implementation is requested by ICANN. Registrar shall implement internationalized registration data publication guidelines according to the specification published by ICANN following the work of the ICANN Internationalized Registration Data Working Group (IRD-WG) and its subsequent efforts, no later than 135 days after it is approved by the ICANN Board.

1.1. The format of responses shall follow a semi-free text format outline below, followed by a blank line and a legal disclaimer specifying the rights of Registrar, and of the user querying the database.

1.2. Each data object shall be represented as a set of key/value pairs, with lines beginning with keys, followed by a colon and a space as delimiters, followed by the value.

1.3. For fields where more than one value exists, multiple numbered key/value pairs with the same key shall be allowed (for example to list multiple name servers). The first key/value pair after a blank line should be considered the start of a new record, and should be considered as identifying that record, and is used to group data, such as hostnames and IP addresses, or a domain name and registrant information, together.

**1.4. Domain Name Data:**

1.4.1.   **Query format:** whois –h whois.example-registrar.tld EXAMPLE.TLD

**1.4.2.   Response format:**

The format of responses shall contain all the elements and follow a semi-free text format outline below.  Additional data elements can be added at the end of the text

Approved by the ICANN Board on 27 June 2013

format outlined below.  The data element may, at the option of Registrar, be followed by a blank line and a legal disclaimer specifying the rights of Registrar, and of the user querying the database (provided that any such legal disclaimer must be preceded by such blank line).

> Domain Name: EXAMPLE.TLD
> Registry Domain ID: D1234567-TLD
> Registrar WHOIS Server: whois.example-registrar.tld
> Registrar URL: http://www.example-registrar.tld
> Updated Date: 2009-05-29T20:13:00Z
> Creation Date: 2000-10-08T00:45:00Z
> Registrar Registration Expiration Date: 2010-10-08T00:44:59Z
> Registrar: EXAMPLE REGISTRAR LLC
> Registrar IANA ID: 5555555
> Registrar Abuse Contact Email: email@registrar.tld
> Registrar Abuse Contact Phone: +1.1235551234
> Reseller: EXAMPLE RESELLER[1]
> Domain Status: clientDeleteProhibited[2]
> Domain Status: clientRenewProhibited
> Domain Status: clientTransferProhibited
> Registry Registrant ID: 5372808-ERL[3]
> Registrant Name: EXAMPLE REGISTRANT[4]
> Registrant Organization: EXAMPLE ORGANIZATION
> Registrant Street: 123 EXAMPLE STREET
> Registrant City: ANYTOWN
> Registrant State/Province: AP[5]
> Registrant Postal Code: A1A1A1[6]
> Registrant Country: AA
> Registrant Phone: +1.5555551212
> Registrant Phone Ext: 1234[7]
> Registrant Fax: +1.5555551213
> Registrant Fax Ext: 4321
> Registrant Email: EMAIL@EXAMPLE.TLD
> Registry Admin ID: 5372809-ERL[8]

[1] Data element may be deleted, provided that if the data element is used, it must appear at this location.
[2] Note: all applicable statuses must be displayed in the Whois output.
[3] May be left blank if not available from Registry.
[4] For the Registrant, Admin and Tech contact fields requiring a "Name" or "Organization", the output must include either the name or organization (or both, if available).
[5] All "State/Province" fields may be left blank if not available.
[6] All "Postal Code" fields may be left blank if not available.
[7] All "Phone Ext", "Fax" and "Fax Ext" fields may be left blank if not available.
[8] May be left blank if not available from Registry.

Approved by the ICANN Board on 27 June 2013

Admin Name: EXAMPLE REGISTRANT ADMINISTRATIVE
Admin Organization: EXAMPLE REGISTRANT ORGANIZATION
Admin Street: 123 EXAMPLE STREET
Admin City: ANYTOWN
Admin State/Province: AP
Admin Postal Code: A1A1A1
Admin Country: AA
Admin Phone: +1.5555551212
Admin Phone Ext: 1234
Admin Fax: +1.5555551213
Admin Fax Ext: 1234
Admin Email: EMAIL@EXAMPLE.TLD
Registry Tech ID: 5372811-ERL[9]
Tech Name: EXAMPLE REGISTRANT TECHNICAL
Tech Organization: EXAMPLE REGISTRANT LLC
Tech Street: 123 EXAMPLE STREET
Tech City: ANYTOWN
Tech State/Province: AP
Tech Postal Code: A1A1A1
Tech Country: AA
Tech Phone: +1.1235551234
Tech Phone Ext: 1234
Tech Fax: +1.5555551213
Tech Fax Ext: 93
Tech Email: EMAIL@EXAMPLE.TLD
Name Server: NS01.EXAMPLE-REGISTRAR.TLD[10]
Name Server: NS02.EXAMPLE-REGISTRAR.TLD
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2009-05-29T20:15:00Z <<<

1.5. The format of the following data fields: domain status, individual and organizational names, address, street, city, state/province, postal code, country, telephone and fax numbers, email addresses, date and times must conform to the mappings specified in EPP RFCs 5730-5734 (or its successors), and IPv6 addresses format should conform to RFC 5952 (or its successor), so that the display of this information (or values returned in WHOIS responses) can be uniformly processed and understood.

## 2. Service Level Agreement for Registration Data Directory Services (RDDS)

## 2.1 Definitions

---

[9] May be left blank if not available from Registry.
[10] All associated nameservers must be listed.

- o **IP address.** Refers to IPv4 or IPv6 addresses without making any distinction between the two. When there is need to make a distinction, IPv4 or IPv6 is used.
- o **Probes.** Network hosts used to perform tests (see below) that are located at various global locations.
- o **RDDS.** Registration Data Directory Services refers to the collective of WHOIS and Web based WHOIS services.
- o **RTT.** Round-Trip Time or **RTT** refers to the time measured from the sending of the first bit of the first packet of the sequence of packets needed to make a request until the reception of the last bit of the last packet of the sequence needed to receive the response. If the client does not receive the whole sequence of packets needed to consider the response as received, the request will be considered unanswered.
- o **SLR.** Service Level Requirement is the level of service expected for a certain parameter being measured in a Service Level Agreement (SLA).

## 2.2  Service Level Agreement Matrix

|  | Parameter | SLR (monthly basis) |
|---|---|---|
| RDDS | RDDS availability | less than or equal to 864 min of downtime |
|  | RDDS query RTT | less than or equal to 4000 ms, for at least 95% of the queries |
|  | RDDS update time | less than or equal to 60 min, for at least 95% of the probes |

Registrar is encouraged to do maintenance for the different services at the times and dates of statistically lower traffic for each service. Since substantial downtime is already incorporated in the availability metric, planned outages or similar; any downtime, be it for maintenance or due to system failures, will be noted simply as downtime and counted for SLA purposes.

**2.2.1  RDDS availability.** Refers to the ability of all the RDDS services for the Registrar to respond to queries from an Internet user with appropriate data from the relevant registrar system. If 51% or more of the RDDS testing probes see any of the RDDS services as unavailable during a given time, the RDDS will be considered unavailable.

**2.2.2  WHOIS query RTT.** Refers to the **RTT** of the sequence of packets from the start of the TCP connection to its end, including the reception of the WHOIS response. If the **RTT** is 5-times or more the corresponding SLR, the **RTT** will be considered undefined.

**2.2.3  Web-based-WHOIS query RTT.** Refers to the **RTT** of the sequence of packets from the start of the TCP connection to its end, including the

Approved by the ICANN Board on 27 June 2013

reception of the HTTP response for only one HTTP request. If Registrar implements a multiple-step process to get to the information, only the last step shall be measured. If the **RTT** is 5-times or more the corresponding SLR, the **RTT** will be considered undefined.

**2.2.4**   **RDDS query RTT.** Refers to the collective of "**WHOIS query RTT**" and "**Web-based- WHOIS query RTT**".

**2.2.5**   **RDDS update time**. Refers to the time measured from the receipt of an EPP confirmation to a transform command on a domain name, host or contact, up until the servers of the RDDS services reflect the changes made.

**2.2.6**   **RDDS test.** Means one query sent to a particular "**IP address**" of one of the servers of one of the RDDS services. Queries shall be about existing objects in the registrar system and the responses must contain the corresponding information otherwise the query will be considered unanswered. Queries with an **RTT** 5 times higher than the corresponding SLR will be considered as unanswered. The possible results to an RDDS test are: a number in milliseconds corresponding to the **RTT** or undefined/unanswered.

**2.2.7**   **Measuring RDDS parameters.** Every 5 minutes, RDDS probes will select one IP address from all the public-DNS registered "**IP addresses**" of the servers for each RDDS service of the Registrar being monitored and make an "**RDDS test**" to each one. If an "**RDDS test**" result is undefined/unanswered, the corresponding RDDS service will be considered as unavailable from that probe until it is time to make a new test.

**2.2.8**   **Collating the results from RDDS probes.** The minimum number of active testing probes to consider a measurement valid is 10 at any given measurement period, otherwise the measurements will be discarded and will be considered inconclusive; during this situation no fault will be flagged against the SLRs.

**2.2.9**   **Placement of RDDS probes.** Probes for measuring RDDS parameters shall be placed inside the networks with the most users across the different geographic regions; care shall be taken not to deploy probes behind high propagation-delay links, such as satellite links.

## 2.3  Covenants of Performance Measurement

Registrar shall not interfere with measurement **Probes**, including any form of preferential treatment of the requests for the monitored services. Registrar shall respond to the measurement tests described in this Specification as it would do with any other request from Internet users (for RDDS).

Approved by the ICANN Board on 27 June 2013

## CONSENSUS POLICIES AND TEMPORARY POLICIES SPECIFICATION

**1.  Consensus Policies.**

1.1. "***Consensus Policies***" are those policies established (1) pursuant to the procedure set forth in ICANN's Bylaws and due process, and (2) covering those topics listed in Section 1.2 of this document. The Consensus Policy development process and procedure set forth in ICANN's Bylaws may be revised from time to time in accordance with the process set forth therein.

1.2. Consensus Policies and the procedures by which they are developed shall be designed to produce, to the extent possible, a consensus of Internet stakeholders, including registrars. Consensus Policies shall relate to one or more of the following:

   1.2.1.  issues for which uniform or coordinated resolution is reasonably necessary to facilitate interoperability, security and/or stability of the Internet, Registrar Services, Registry Services, or the Domain Name System ("DNS");

   1.2.2.  functional and performance specifications for the provision of Registrar Services;

   1.2.3.  registrar policies reasonably necessary to implement Consensus Policies relating to a gTLD registry;

   1.2.4.  resolution of disputes regarding the registration of domain names (as opposed to the use of such domain names, but including where such policies take into account use of the domain names); or

   1.2.5.  restrictions on cross-ownership of registry operators and registrars or Resellers and regulations and restrictions with respect to registrar and registry operations and the use of registry and registrar data in the event that a registry operator and a registrar or Reseller are affiliated.

1.3.  Such categories of issues referred to in Section 1.2 shall include, without limitation:

   1.3.1.  principles for allocation of registered names in a TLD (e.g., first-come/first-served, timely renewal, holding period after expiration);

   1.3.2.  prohibitions on warehousing of or speculation in domain names by registries or registrars;

   1.3.3.  reservation of registered names in a TLD that may not be registered initially or that may not be renewed due to reasons reasonably related to (i) avoidance of confusion among or misleading of users, (ii) intellectual property, or (iii) the technical management of the DNS or the Internet (e.g., establishment of reservations of names from registration);

   1.3.4.  maintenance of and access to accurate and up-to-date information concerning Registered Names and name servers;

   1.3.5.  procedures to avoid disruptions of domain name registrations due to suspension or termination of operations by a registry operator or a registrar, including procedures for allocation of responsibility among continuing registrars of the Registered Names sponsored in a TLD by a registrar losing accreditation; and

   1.3.6.  the transfer of registration data upon a change in registrar sponsoring one or more Registered Names.

Approved by the ICANN Board on 27 June 2013

1.4. In addition to the other limitations on Consensus Policies, they shall not:

> 1.4.1. prescribe or limit the price of Registrar Services;
>
> 1.4.2. modify the limitations on Temporary Policies (defined below) or Consensus Policies;
>
> 1.4.3. modify the provisions in the Registrar Accreditation Agreement regarding terms or conditions for the renewal, termination or amendment of the Registrar Accreditation Agreement or fees paid by Registrar to ICANN; or
>
> 1.4.4. modify ICANN's obligations to not apply standards, policies, procedures or practices arbitrarily, unjustifiably, or inequitably and to not single out Registrar for disparate treatment unless justified by substantial and reasonable cause, and exercise its responsibilities in an open and transparent manner.

2. **Temporary Policies.** Registrar shall comply with and implement all specifications or policies established by the ICANN Board of Directors (the "***Board***") on a temporary basis, if adopted by the Board by a vote of at least two-thirds of its members, so long as the Board reasonably determines that such modifications or amendments are justified and that immediate temporary establishment of a specification or policy on the subject is necessary to maintain the stability or security of Registrar Services, Registry Services or the DNS or the Internet ("***Temporary Policies***").

2.1. Such proposed specification or policy shall be as narrowly tailored as feasible to achieve those objectives. In establishing any Temporary Policy, the Board shall state the period of time for which the Temporary Policy is adopted and shall immediately implement the Consensus Policy development process set forth in ICANN's Bylaws.

> 2.1.1. ICANN shall also issue an advisory statement containing a detailed explanation of its reasons for adopting the Temporary Policy and why the Board believes such Temporary Policy should receive the consensus support of Internet stakeholders.
>
> 2.1.2. If the period of time for which the Temporary Policy is adopted exceeds 90 days, the Board shall reaffirm its temporary adoption every 90 days for a total period not to exceed one year, in order to maintain such Temporary Policy in effect until such time as it becomes a Consensus Policy. If the one year period expires or, if during such one year period, the Temporary Policy does not become a Consensus Policy and is not reaffirmed by the Board, Registrar shall no longer be required to comply with or implement such Temporary Policy.

3. **Notice and Conflicts.** Registrar shall be afforded a reasonable period of time following notice of the establishment of a Consensus Policy or Temporary Policy in which to comply with such policy or specification, taking into account any urgency involved. In the event of a conflict between Registrar Services and Consensus Policies or any Temporary Policy, the Consensus Polices or Temporary Policy shall control, but only with respect to subject matter in conflict. For the avoidance of doubt, Consensus Policies that meet the requirements of this Specification may supplement or supersede provisions of the agreements between Registrar and ICANN, but only to the extent that such Consensus Policies relate to the matters set forth in Section 1.2 and 1.3 of this Specification.

Approved by the ICANN Board on 27 June 2013

## SPECIFICATION ON PRIVACY AND PROXY REGISTRATIONS

Until the earlier to occur of (i) January 1, 2017, and (ii) the date ICANN establishes and implements a Privacy and Proxy Accreditation Program as referenced in Section 3.14 of the Registrar Accreditation Agreement, Registrar agrees to comply, and to require its Affiliates and Resellers to comply, with the terms of this Specification, provided that ICANN and the Working Group may mutually agree to extend the term of this Specification.  This Specification may not be modified by ICANN or Registrar.

1. Definitions. For the purposes of this Specification, the following definitions shall apply.

    1.1 "P/P Customer" means, regardless of the terminology used by the P/P Provider, the licensee, customer, beneficial user, beneficiary, or other recipient of Privacy Services and Proxy Services.

    1.2 "Privacy Service" is a service by which a Registered Name is registered to its beneficial user as the Registered Name Holder, but for which alternative, reliable contact information is provided by the P/P Provider for display of the Registered Name Holder's contact information in the Registration Data Service (Whois) or equivalent services.

    1.3 "Proxy Service" is a service through which a Registered Name Holder licenses use of a Registered Name to the P/P Customer in order to provide the P/P Customer use of the domain name, and the Registered Name Holder's contact information is displayed in the Registration Data Service (Whois) or equivalent services rather than the P/P Customer's contact information.

    1.4 "P/P Provider" or "Service Provider" is the provider of Privacy/Proxy Services, including Registrar and its Affiliates, as applicable.

2. Obligations of Registrar. For any Proxy Service or Privacy Service offered by the Registrar or its Affiliates, including any of Registrar's or its Affiliates' P/P services distributed through Resellers, and used in connection with Registered Names Sponsored by the Registrar, the Registrar and its Affiliates must require all P/P Providers to follow the requirements described in this Specification and to abide by the terms and procedures published pursuant to this Specification.

    2.1 Disclosure of Service Terms. P/P Provider shall publish the terms and conditions of its service (including pricing), on its website and/or Registrar's website.

Approved by the ICANN Board on 27 June 2013

2.2   <u>Abuse/Infringement Point of Contact.</u> P/P Provider shall publish a point of contact for third parties wishing to report abuse or infringement of trademarks (or other rights).

2.3   <u>Disclosure of Identity of P/P Provider.</u> P/P Provider shall publish its business contact information on its website and/or Registrar's website.

2.4   <u>Terms of service and description of procedures.</u> The P/P Provider shall publish on its website and/or Registrar's website a copy of the P/P Provider service agreement and description of P/P Provider's procedures for handling the following:

2.4.1   The process or facilities to report abuse of a domain name registration managed by the P/P Provider;

2.4.2   The process or facilities to report infringement of trademarks or other rights of third parties;

2.4.3   The circumstances under which the P/P Provider will relay communications from third parties to the P/P Customer;

2.4.4   The circumstances under which the P/P Provider will terminate service to the P/P Customer;

2.4.5   The circumstances under which the P/P Provider will reveal and/or publish in the Registration Data Service (Whois) or equivalent service the P/P Customer's identity and/or contact data; and

2.4.6   A description of the support services offered by P/P Providers to P/P Customers, and how to access these services.

2.5   <u>Escrow of P/P Customer Information</u>. Registrar shall include P/P Customer contact information in its Registration Data Escrow deposits required by Section 3.6 of the Agreement. P/P Customer Information escrowed pursuant to this Section 2.5 of this Specification may only be accessed by ICANN in the event of the termination of the Agreement or in the event Registrar ceases business operations.

3.   <u>Exemptions</u>. Registrar is under no obligation to comply with the requirements of this specification if it can be shown that:

3.1   Registered Name Holder employed the services of a P/P Provider that is not provided by Registrar, or any of its Affiliates;

Approved by the ICANN Board on 27 June 2013

3.2   Registered Name Holder licensed a Registered Name to another party (i.e., is acting as a Proxy Service) without Registrar's knowledge; or

3.3   Registered Name Holder has used P/P Provider contact data without subscribing to the service or accepting the P/P Provider terms and conditions.

Approved by the ICANN Board on 27 June 2013

## DATA RETENTION SPECIFICATION

1. During the Term of this Agreement, for each Registered Name sponsored by Registrar within a gTLD, Registrar shall collect and securely maintain in its own electronic database (as updated from time to time) the data specified below:

   1.1. Registrar shall collect the following information from registrants at the time of registration of a domain name (a "Registration") and shall maintain that information for the duration of Registrar's sponsorship of the Registration and for a period of two additional years thereafter:

      1.1.1. First and last name or full legal name of registrant;

      1.1.2. First and last name or, in the event registrant is a legal person, the title of the registrant's administrative contact, technical contact, and billing contact;

      1.1.3. Postal address of registrant, administrative contact, technical contact, and billing contact;

      1.1.4. Email address of registrant, administrative contact, technical contact, and billing contact;

      1.1.5. Telephone contact for registrant, administrative contact, technical contact, and billing contact;

      1.1.6. WHOIS information, as set forth in the WHOIS Specification;

      1.1.7. Types of domain name services purchased for use in connection with the Registration; and

      1.1.8. To the extent collected by Registrar, "card on file," current period third party transaction number, or other recurring payment data.

   1.2. Registrar shall collect the following information and maintain that information for no less than one hundred and eighty (180) days following the relevant interaction:

      1.2.1. Information regarding the means and source of payment reasonably necessary for the Registrar to process the Registration transaction, or a transaction number provided by a third party payment processor;

      1.2.2. Log files, billing records and, to the extent collection and maintenance of such records is commercially practicable or consistent with industry-wide generally accepted standard practices within the industries in which Registrar operates, other

records containing communications source and destination information, including, depending on the method of transmission and without limitation: (1) Source IP address, HTTP headers, (2) the telephone, text, or fax number; and (3) email address, Skype handle, or instant messaging identifier, associated with communications between Registrar and the registrant about the Registration; and

1.2.3.   Log files and, to the extent collection and maintenance of such records is commercially practicable or consistent with industry-wide generally accepted standard practices within the industries in which Registrar operates, other records associated with the Registration containing dates, times, and time zones of communications and sessions, including initial registration.

2.   If, based on the receipt of either (i) a written legal opinion from a nationally recognized law firm in the applicable jurisdiction that states that the collection and/or retention of any data element specified herein by Registrar is reasonably likely to violate applicable law (the "Opinion") or (ii) a ruling of, or written guidance from, a governmental body of competent jurisdiction providing that compliance with the data collection and/or retention requirements of this Specification violates applicable law, Registrar determines in good faith that the collection and/or retention of any data element specified in this Specification violates applicable law, Registrar may provide written notice of such determination to ICANN and request a waiver from compliance with specific terms and conditions of this Specification (a "Waiver Request"). Such written notice shall: (i) specify the relevant applicable law, the allegedly offending data collection and retention elements, the manner in which the collection and/or retention of such data violates applicable law, and a reasonable description of such determination and any other facts and circumstances related thereto, (ii) be accompanied by a copy of the Opinion and governmental ruling or guidance, as applicable, and (iii) be accompanied by any documentation received by Registrar from any governmental authority, in each case, related to such determination, and such other documentation reasonably requested by ICANN.  Following receipt of such notice, ICANN and Registrar shall discuss the matter in good faith in an effort to reach a mutually acceptable resolution of the matter. Until such time as ICANN's Procedure for Handling Whois Conflicts with Privacy Law is modified to include conflicts relating to the requirements of this Specification and if ICANN agrees with Registrar's determination, ICANN's office of general counsel may temporarily or permanently suspend compliance and enforcement of the affected provisions of this Specification and grant the Waiver Request. Prior to granting any exemption hereunder, ICANN will post its determination on its website for a period of thirty (30) calendar days. Following such modification of ICANN's Procedure for Handling Whois Conflicts with Privacy Law, all Waiver Requests (whether granted or denied) shall be  resolved pursuant to such modified procedures.

Approved by the ICANN Board on 27 June 2013

3.  If (i) ICANN has previously waived compliance with the requirements of any requirement of this Data Retention Specification in response to a Waiver Request from a registrar that is located in the same jurisdiction as Registrar and (ii) Registrar is subject to the same applicable law that gave rise to ICANN's agreement to grant such waiver, Registrar may request that ICANN to grant a similar waiver, which request shall be approved by ICANN, unless ICANN provides Registrar with a reasonable justification for not approving such request, in which case Registrar may thereafter make an Waiver Request pursuant to Section 2 of this Data Retention Specification.

4.  Any modification of this Data Retention Specification to address violations of applicable law shall only apply during the period of time that the specific provisions of the applicable law giving rise to such violations remain in effect. If the applicable law is repealed or modified (or preempted) in a manner that would no longer prohibit the collection and/or retention of data and information as originally specified in this Data Retention Specification, Registrar agrees that the original version of this Specification will apply to the maximum extent permitted by such modified applicable law.

Approved by the ICANN Board on 27 June 2013

## REGISTRAR INFORMATION SPECIFICATION

Registrar shall provide to ICANN the information specified below, which shall be maintained in accordance with Section 3.17 of the Agreement. With regard to information identified below, ICANN will hold such information pursuant to the disclosure requirements set forth in Section 3.15 of the Agreement.

**General Information**

1.    Full legal name of Registrar.

2.    Legal form of the Registrar (e.g., LLC, Corporation, Government Body, Intergovernmental Organization, etc.).

3.    The jurisdiction in which the Registrar's business is registered for legal and financial purposes.

4.    The Registrar's business registration number and the name of the authority that issued this number.

5.    Every business name and/or trade name used by the Registrar.

6.    Provide current documentation demonstrating that the Registrar entity is legally established and in good standing. For proof of establishment, provide charter documents or other equivalent document (e.g., membership agreement) of the entity. If the Registrar is a government body or organization, provide a certified copy of the relevant statute, governmental decision or other instrument under which the government body or organization has been established. With respect to an entity other than a government body or organization, where no such certificates or documents are available in the Registrar's jurisdiction, an affidavit drafted and signed by a notary public or a legal practitioner duly qualified in the courts of the Registrar's jurisdiction, declaring that the organization is established and in good standing, must be provided.

7.    Correspondence address for the Registrar.* This address will be used for contractual purposes, and the Registrar must be able to accept notices and service of legal process at this address. No Post Office boxes are allowed.

8.    Primary phone number where the Registrar can be reached for contractual purposes.

9.    Primary Fax number where the Registrar can be reached for contractual purposes.

10.    Primary Email address where the Registrar can be reached for contractual purposes.

Approved by the ICANN Board on 27 June 2013

11.   If the location or address of Registrar's principal place of business is different from the address provided in 7, provide details including address, phone number, fax number and email address.* Provide ICANN with current documentation demonstrating that the Registrar is legally entitled to do business in the principal place of business.

12.   Any other addresses where the Registrar will be operated or managed, if different from either its principal place of business or correspondence address provided above. (If so, please explain.) Provide ICANN with current documentation demonstrating that the Registrar is legally entitled to do business in each location identified.

13.   Primary contact name:

> Title
> Address
> Phone number
> Fax number
> Email address

14.   URL and Location of Port 43 WHOIS server.

**Ownership, Directors and Officers Information**

15.   Full name, contact information, and position of any persons or entities owning at least 5% of the ownership interest in Registrar's current business entity. For each person listed, please specify such person's percentage ownership.

16.   Full name, contact information, and position of all directors of the Registrar.

17.   Full name, contact information, and position of all officers of the Registrar.* (Officer names and positions must be publicly displayed.)

18.   Full name, contact information, and position of all senior management and other key personnel overseeing the provision of Registrar Services.

19.   For every person or entity mentioned in the answers to questions 15 to 18, indicate if that person or entity:

> a) within the past ten years, has been convicted of a felony or of a misdemeanor related to financial activities, or has been judged by a court to have committed fraud or breach of fiduciary duty, or has been the subject of a judicial determination that is similar or related to any of these;

> b) within the past ten years, has been disciplined by any government or industry regulatory body for conduct involving dishonesty or misuse of funds of others;

Approved by the ICANN Board on 27 June 2013

c) is currently involved in any judicial or regulatory proceeding that could result in a conviction, judgment, determination, or discipline of the type specified in items 19(a) or 19(b); or

d) is the subject of a disqualification imposed by ICANN.

Provide details if any of the above events in (a)-(d) have occurred.

20.    List all Affiliated Registrars, if any, and briefly describe the Affiliation.

21.    For any entities listed in item 20, must provide information required in items 1-14 above.

22.    List the ultimate parent entity of the Registrar, if applicable.*

**Other**

23.    Does the Registrar or any of its Affiliates offer any Privacy Service or Proxy Service (as such terms on defined in the Specification on Privacy and Proxy Registrations)? If yes, list the entities or individuals providing the Privacy Service or Proxy Service.

24.    For any entities listed in item 23, provide information required in 1-14 above.

25.    Does the Registrar utilize or benefit from the services of Resellers?

26.    If yes, provide a list of all such Resellers known to Registrar. The information specified in this item 26 shall be made available to ICANN upon request. At such time as ICANN develops a secure method for the receipt and retention of such information, such information shall thereafter be provided to ICANN in accordance with Section 3.17 of the Agreement.

*Items marked with "*" must also be published on Registrar's website.

Approved by the ICANN Board on 27 June 2013

## ADDITIONAL REGISTRAR OPERATION SPECIFICATION

This Specification may be modified by ICANN from time to time after consultation with the Registrar Stakeholder Group (or its successor), provided that such updates are commercially practical with respect to the registrar industry, taken as a whole.

1. **DNSSEC**

   Registrar must allow its customers to use DNSSEC upon request by relaying orders to add, remove or change public key material (e.g., DNSKEY or DS resource records) on behalf of customers to the Registries that support DNSSEC. Such requests shall be accepted and processed in a secure manner and according to industry best practices. Registrars shall accept any public key algorithm and digest type that is supported by the TLD of interest and appears in the registries posted at: <http://www.iana.org/assignments/dns-sec-alg-numbers/dns-sec-alg-numbers.xml> and <http://www.iana.org/assignments/ds-rr-types/ds-rr-types.xml>. All such requests shall be transmitted to registries using the EPP extensions specified in RFC 5910 or its successors.

2. **IPv6**

   To the extent that Registrar offers registrants the ability to register nameserver addresses, Registrar must allow both IPv4 addresses and IPv6 addresses to be specified.

3. **IDN**

   If the Registrar offers Internationalized Domain Name ("IDN") registrations, all new registrations must comply with RFCs 5890, 5891, 5892, 5893 and their successors. Registrar shall also comply with the IDN Guidelines at http://www.icann.org/en/topics/idn/implementation-guidelines.htm which may be amended, modified, or superseded from time to time. Registrar must use the IDN tables published by the relevant registry.

Approved by the ICANN Board on 27 June 2013

## *Registrants' Benefits and Responsibilities*

### ***Domain Name Registrants' Rights:***

1. Your domain name registration and any privacy/proxy services you may use in conjunction with it must be subject to a Registration Agreement with an ICANN Accredited Registrar.

   - You are entitled to review this Registration Agreement at any time, and download a copy for your records.

2. You are entitled to accurate and accessible information about:

   - The identity of your ICANN Accredited Registrar;
   - The identity of any proxy or privacy service provider affiliated with your Registrar;
   - Your Registrar's terms and conditions, including pricing information, applicable to domain name registrations;
   - The terms and conditions, including pricing information, applicable to any privacy services offered by your Registrar;
   - The customer support services offered by your Registrar and the privacy services provider, and how to access them;
   - How to raise concerns and resolve disputes with your Registrar and any privacy services offered by them; and
   - Instructions that explain your Registrar's processes for registering, managing, transferring, renewing, and restoring your domain name registrations, including through any proxy or privacy services made available by your Registrar.

3. You shall not be subject to false advertising or deceptive practices by your Registrar or though any proxy or privacy services made available by your Registrar. This includes deceptive notices, hidden fees, and any practices that are illegal under the consumer protection law of your residence.

### ***Domain Name Registrants' Responsibilities:***

1. You must comply with the terms and conditions posted by your Registrar, including applicable policies from your Registrar, the Registry and ICANN.

2. You must review your Registrar's current Registration Agreement, along with any updates.

Approved by the ICANN Board on 27 June 2013

3.  You will assume sole responsibility for the registration and use of your domain name.

4.  You must provide accurate information for publication in directories such as WHOIS, and promptly update this to reflect any changes.

5.  You must respond to inquiries from your Registrar within fifteen (15) days, and keep your Registrar account data current. If you choose to have your domain name registration renew automatically, you must also keep your payment information current.

Approved by the ICANN Board on 27 June 2013

 LOGO LICENSE SPECIFICATION

**LOGO LICENSE SPECIFICATION**

The Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and [Registrar Name], a [organization type and jurisdiction] ("Registrar") have entered into a Registrar Accreditation Agreement ("Registrar Accreditation Agreement"), of which this appendix ("Logo License Specification") is a part. Definitions in the Registrar Accreditation Agreement apply in this Logo License Specification.

Registrar wishes to acquire from ICANN, and ICANN wishes to grant to Registrar, a license to use the trademarks listed below the signature block of this Logo License Specification ("Trademarks") in connection with Registrar's role as an ICANN-accredited registrar. Pursuant to and subject to the Registrar Accreditation Agreement, Registrar and ICANN hereby agree as follows:

LICENSE

1. Grant of License. ICANN grants to Registrar a non-exclusive, worldwide right and license to use the Trademarks, during the term of this specification and solely in connection with the provision and marketing of Registrar Services in order to indicate that Registrar is accredited as a registrar of domain names by ICANN. Except as provided in this subsection and Subsection 2.2 of the Registrar Accreditation Agreement, Registrar shall not use the Trademarks, any term, phrase, or design which is confusingly similar to the Trademarks or any portion of the Trademarks in any manner whatsoever.

2. Ownership of Trademarks. Any and all rights in the Trademarks that may be acquired by Registrar shall inure to the benefit of, and are hereby assigned to, ICANN. Registrar shall not assert ownership of the Trademarks or any associated goodwill.

3. No Sublicense. Registrar shall not sublicense any of its rights under this specification to any other person or entity (including any of Registrar's resellers) without the prior written approval of ICANN.

Approved by the ICANN Board on 27 June 2013

REGISTRATION AND ENFORCEMENT

1. Registration. Registration and any other form of protection for the Trademarks shall only be obtained by ICANN in its name and at its expense.

2. Enforcement. Registrar shall promptly notify ICANN of any actual or suspected infringement of the Trademarks by third parties, including Registrar's resellers or affiliates. ICANN shall have the sole discretion to initiate and maintain any legal proceedings against such third parties; Registrar shall not take any such actions without the prior written approval of ICANN; and ICANN shall retain any and all recoveries from such actions.

3. Further Assurances. Registrar agrees to execute such other documents and to take all such actions as ICANN may request to effect the terms of this specification, including providing such materials (for example URLs and samples of any promotional materials bearing the Trademarks), cooperation, and assistance as may be reasonably required to assist ICANN in obtaining, maintaining, and enforcing trademark registration(s) and any other form of protection for the Trademarks.

TERM AND TERMINATION

This Logo License Specification shall be effective from the date it is signed below by both parties until the Expiration Date, unless this specification or the Registrar Accreditation Agreement is earlier terminated. Each party shall have the right to terminate this specification at any time by giving the other party written notice. Upon expiration or termination of this specification, Registrar shall immediately discontinue all use of the Trademarks.

IN WITNESS WHEREOF, the parties have caused this Logo License Specification to be executed by their duly authorized representatives.

ICANN                                          [Registrar Name]

By: _____                      By:_____
                                               Name:
                                               Title:

                                               Dated:_____, 200_

TRADEMARKS:

1. ICANN Accredited Registrar

2.

Approved by the ICANN Board on 27 June 2013



Approved by the ICANN Board on 27 June 2013

**COMPLIANCE CERTIFICATE**

_____, 20_

Pursuant to Section 3.15 of Registrar Accreditation Agreement (the "Agreement"), dated_____, 20  , by and between the Internet Corporation for Assigned  Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and [Registrar Name], a [Organization type and jurisdiction] ("Registrar"), the undersigned certifies, in his/her capacity as an officer of the Registrar and not in his/her individual capacity, on behalf of Registrar as follows:

1.      The undersigned is the (must be one of the following: Chief Executive Officer/President/Chief Operating Officer/Chief Financial Officer or functional equivalent thereof) of Registrar.

2.      Registrar has in place processes and procedures intended to establish, maintain, review, test, and modify registrar policies and procedures reasonably designed to achieve compliance with the Agreement.

3.      To the best of the undersigned's knowledge and belief, Registrar has performed and complied with all covenants, agreements, obligations and conditions contained in the Agreement that are  required to be  performed or complied with by  it for the  calendar  year 20   .

The undersigned signs this certificate as of the date indicated under the title.

**[REGISTRAR]**


By:_____
      Name:
      Title:

Approved by the ICANN Board on 27 June 2013

## Transition Addendum to Registrar Accreditation Agreement

This Transition Addendum (this "Addendum") to the Registrar Accreditation Agreement (the "Agreement") by and between the Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and [Registrar Name], a [Organization type and jurisdiction] ("Registrar"), is dated as of_____, 2013.

**WHEREAS**, ICANN and Registrar entered into the Agreement as of the date hereof; and

**WHEREAS**, ICANN acknowledges that implementation by Registrar of certain operational provisions of the Agreement is not possible on the date hereof and will require a reasonable grace period.

**NOW THEREFORE**, the parties agree as follows:

1.  ICANN will not enforce the following provisions and specifications of the Agreement until January 1, 2014:  Sections 3.4.1.1, 3.4.1.5, 3.7.10, 3.7.11, 3.12.4, 3.12.7, 3.14, 3.18 and 3.19 of the Agreement; the first sentence of Section 3.7.8 of the Agreement; the WHOIS Accuracy Specification; the Data Retention Specification; and the service level agreements set forth in Section 2.2 of the Registration Data Directory Service (WHOIS) Specification (collectively, the "Transition Provisions").

2.  In addition, if immediately prior to the execution of this Addendum Registrar was party to the form registrar accreditation agreement adopted by ICANN in 2009 (the "2009 RAA"), Registrar may use its existing form of registrant registration agreement until January 1, 2014, provided that such agreement complies with Section 3.7.7 of the 2009 RAA.

3.  For the calendar year ended December 31, 2013, any certification required pursuant to Section 3.15 shall not require certification as to compliance with the Transition Provisions and may acknowledge the permissible use of the registrant registration agreement under Section 2 hereof.

4.  Notwithstanding the foregoing, Registrar agrees to use commercially reasonable efforts to comply with the obligations set forth in the Transition Provisions and transition to a registrant registration agreement that complies with the terms of the Agreement prior to January 1, 2014.

5.  Registrar must be fully compliant with the Transition Provisions and Section 3.7.7 of the Agreement as of January 1, 2014, at which date this Addendum shall automatically terminate without action by any party, except as it relates to Section 4 hereof.

6.  ICANN and the Registrar Whois Validation Working Group (as defined below) will work together to identify and specify an appropriate set of tools to enable Registrar to complete the across field validation specified in Section 1(e) of the Whois Accuracy Program Specification to the Agreement (the "Across Field Validation"). When such tools are mutually agreed between ICANN and the Registrar Whois Validation Working Group,

Approved by the ICANN Board on 27 June 2013

ICANN shall provide Registrar written notice of such agreement (which notice shall specify and describe the agreed upon tools). Effective on the one hundred eightieth (180th) calendar day following delivery of such notice by ICANN, Registrar shall comply with the obligations specified in Section 1(e) of the Whois Accuracy Program. Until such time, ICANN will not enforce compliance with such obligations.

For purposes of this Section 6, the Registrar Whois Validation Working Group shall be deemed to have agreed to such Across Field Validation tools when Approval (as defined below) of the then serving members of the group is obtained through a vote of the group (which vote may be conducted through any verifiable means determined by the group, including through electronic means).

The "Registrar Whois Validation Working Group" means that existing working group whose membership has been tasked with identifying and specifying a set of tools to enable registrars to complete the Across Field Validation. The membership of the Registrar Whois Validation Working Group shall be made up of volunteering representatives of ICANN-accredited registrars, and shall initially consist of the members currently serving on the existing working group.

"Approval" is obtained following a vote of the Registrar Whois Validation Working Group, if the votes cast in favor of adoption of the proposed Across Field Validations tools  by the then serving members of the group are at least two-thirds of the votes cast by such members, with abstentions or non-votes not being counted as either votes in favor or against adoption of such tools.  For purposes of the vote of the group as referenced above, (i) only persons appointed by an ICANN-accredited registrar shall be deemed members of the group and eligible to cast a vote as described above and (ii) no ICANN-accredited registrar nor group of Affiliated Registrars represented in the Registrar Whois Validation Working Group shall have more than one vote.

7.  Except as set forth in this Addendum, the Agreement shall be in full force and effect, enforceable by the parties in accordance with its terms.

[signature page follows]

Approved by the ICANN Board on 27 June 2013

IN WITNESS WHEREOF, the parties hereto have caused this Addendum to be executed in duplicate by their duly authorized representatives.

**ICANN**                                          **[Registrar]**


By:_____                           By:_____

Name:_____                            Name:_____

Title:   _____                         Title:   _____

Exhibit 8



## Benefits of WHOIS protection

Although you don't have to purchase it just because you have a website, the service does offer many valuable benefits. These are four reasons to make a small investment in your privacy:

### Protect Your Personal Information

Identity theft is a serious problem online. Think about the amount of information called for to register a domain. The exact information people go to great lengths to protect. There is enough data for a skilled con artist to cause serious problems for yourself or your business. WHOIS protection conceals this information from getting into bad hands.

### Prevent Unsolicited Marketing Outreach

Listing your contact information alongside your domain is inviting unwanted attention from sales people, spammers, telemarketers and con artists. Said individuals have been known to scan the WHOIS database for contact information, trawling newly registered websites in particular. It won't take long after registration before you start getting targeted with emails and calls about anything related to online marketing, SEO and more.

### Minimize Spam

Using domain privacy to protect your email and cut down on unsolicited emails from spammers. Your domain registrar will include an alias email in place of your own within the WHOIS database cutting down the likelihood of phishing emails. Such phishing emails (attempting to obtain your sensitive information, usernames, and passwords, etc.) won't reach your true email using domain privacy protection.

### Prevent Domain Hijacking

Domain hijacking is when someone can transfer your domain away from you. You might not think this is a problem considering that many domain registrars lock domain transfers after acquisition, but the possibility still exists. If we're talking about your business, don't you want to be as safe as possible? Hiding your personal contact information makes it even more difficult for someone to use your data to gain access to your domain account.

### Are there any cons to domain privacy?

The only potential drawback of domain privacy comes down to ownership. Technically the domain name registrant owns the website (in the eyes of ICANN), not you. In most cases, this will never be an issue because it's unlikely that your registrar is going to steal your domain.

Exhibit 9

1.    appeal-facebok.com
2.    bookfaceeebook.xyz
3.    buyfacebook-fanslikes.com
4.    buyfacebookads.com
5.    buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
6.    buyfacebooklibracoin.com
7.    buyfacebookpollvotes.com
8.    captionforfacebook.com
9.    connectemyfacetook.club
10.   curtidasfacebook.com
11.   de-de-faceook-ad-manager.com
12.   dentistfacebookmarketing.com
13.   downloadvideofromfacebook.com
14.   earn4rmfacebook.com
15.   es-faceb00k.xyz
16.   f0cebook.com
17.   f2cbook.xyz
18.   faacebookx.network
19.   faaceebook.host
20.   fac3book.com
21.   facabook.page
22.   facabook.website
23.   facbook-libra.com
24.   facbook.website
25.   facbookcompany.com
26.   facbookgrant.online
27.   facbooklogin.online
28.   facbooknews.xyz
29.   faccbookk.com
30.   faccebbook.xyz
31.   faccebook.info
32.   faccebook.live
33.   faccebook.mobi
34.   faccebook.website
35.   faccebook.xyz
36.   facceebbook.xyz
37.   face-book-advertising.net
38.   face-book-market-place-238675648.click
39.   face-book-marketplace.club
40.   face-book-messenger.com
41.   face-book-profile4552432.live
42.   face-book-verificatiion-id-339068203.online
43.   face-book-verifiication-id-388942399.online
44.   face-book.best

45.   face-book.chat
46.   face-book.group
47.   face-book.page
48.   face-booklink.club
49.   face-booknews.com
50.   face-bookprofits.com
51.   face00k-seccuritty.com
52.   face0ok-seccuritty.com
53.   face6ook.net
54.   face8o0k.com
55.   face8ook.tech
56.   faceabook.xyz
57.   faceb00k-dept-ssecurity.com
58.   faceb00k-es.website
59.   faceb00k-inc-seccurity.com
60.   faceb00k-market.info
61.   faceb00k-marketes.site
62.   faceb00k-reset-login.com
63.   faceb00k-seccuritty-dept.com
64.   faceb00k-securitty-dept.com
65.   faceb00k-ssecurrity-dept.com
66.   faceb00k-uk.website
67.   faceb00k.club
68.   faceb00k.website
69.   faceb00k145746-marketplace-itempageproperties.com
70.   faceb0ok-dept-security.com
71.   faceb0ok-seccuritty-dept.com
72.   faceb0ok-security-dept.com
73.   faceb0ok-securrity-dept.com
74.   faceb0ok-ssecurrity-department.com
75.   faceb0ok.online
76.   faceb0ok.xyz
77.   faceb0okk.com
78.   facebbooc.com
79.   facebbook.icu
80.   facebbook.xyz
81.   facebhoook.com
82.   facebick.com
83.   facebk.xyz
84.   facebkcdn1.com
85.   facebo0k-girl.services
86.   facebo0k-login.com
87.   facebo0k-realtor.info
88.   facebo0k-seccurity-dept.com

89.   facebo0k-seecurrity-department.com
90.   facebo0k-seecuurity-ddept.com
91.   facebo0o0ok.xyz
92.   facebocc.com
93.   faceboek.club
94.   faceboek.site
95.   facebok-gb.com
96.   facebok-latam.com
97.   facebok-market-place-id44photobc684811246666-item.com
98.   facebok-market-place-id44photobc884811236666-item.com
99.   facebok-market-place.com
100.  facebok-securty.com
101.  facebok.best
102.  facebok.store
103.  facebok1.info
104.  facebokfilmyskupina.com
105.  facebokk.club
106.  facebokloginpage.site
107.  facebokloginpage.space
108.  facebokpdf.xyz
109.  facebokpool.com
110.  facebokproblemsolution.com
111.  facebokprofile.com
112.  facebokx.club
113.  facebokx.xyz
114.  faceboo-k.xyz
115.  faceboo.app
116.  faceboo.email
117.  facebooc.xyz
118.  facebooh.xyz
119.  facebooik-ads.com
120.  facebooix.xyz
121.  facebook-signin.com
122.  facebook-video-downloader.org
123.  facebook-video.download
124.  facebook1s.com
125.  facebook8.org
126.  facebookables.com
127.  facebookaccelerator.com
128.  facebookadconsultant.com
129.  facebookaduniversity.com
130.  facebookartist.com
131.  facebookbraintrust.com
132.  facebookchatbots.com

133. facebookcheckin.com
134. facebookcheckins.com
135. facebookcoverhd.com
136. facebookengine.com
137. facebookfilms.com
138. facebookgadgets.com
139. facebookindo.com
140. facebookinfluencer.com
141. facebookinternational.com
142. facebookipodayclosingprice.com
143. facebookjb.com
144. facebookknowledge.com
145. facebooklike.club
146. facebooklikesmoz.com
147. facebookmarkapp.website
148. facebookmessengerchatbots.com
149. facebookmessengerspy.com
150. facebookpixelpro.com
151. facebookposter.com
152. facebookprovider.com
153. facebookresource.com
154. facebookresources.com
155. facebookreviewapp.com
156. facebookstealth.com
157. facebooksupport.email
158. facebookthai.com
159. facebookthailand.asia
160. facebookthailand.com
161. facebooktracker.com
162. facebooktrendsmarket.com
163. facebookvelocity.com
164. facebookvideodownload.online
165. facebookvideodownloader.co
166. facebookvideodownloaderonline.com
167. facebool.me
168. faceboolk.club
169. faceboook-analytics.com
170. faceboook-updates.com
171. faceboook.app
172. faceboook.club
173. faceboook.host
174. faceboook.site
175. faceboook.xyz
176. faceboookappeal.com

177.    faceboooke.xyz
178.    faceboookkkkkkk.xyz
179.    faceboookmail.online
180.    faceboooknews.xyz
181.    faceboookq.xyz
182.    faceboookr.xyz
183.    faceboookvideo.xyz
184.    faceboookw.xyz
185.    faceboookkkkkkk.xyz
186.    faceboookkkkkkkk.xyz
187.    faceboooookmail.com
188.    faceboooook.xyz
189.    faceboox.xyz
190.    facebouk.live
191.    facebuk.online
192.    facebuks.space
193.    facedook.xyz
194.    faceebook-page.com
195.    faceebook-support.com
196.    faceebook.best
197.    faceebooks.com
198.    faceeboook.site
199.    facehackspy.com
200.    faceitbook.website
201.    facelebook.com
202.    faceooklogin.com
203.    facesgeeks.com
204.    facexxxbook.com
205.    faczbook.xyz
206.    faecbook.app
207.    faecbook.live
208.    faecbook.services
209.    faecebook.xyz
210.    faeebook.xyz
211.    fasebook.site
212.    fcaebook.tech
213.    fcebook.icu
214.    fcebook.info
215.    fcebook.me
216.    fecabooks.site
217.    fecbook.xyz
218.    fecebook.xyz
219.    fesabookcom.com
220.    ffcebook.xyz

221.   findfacebookpasswords.net
222.   fixmyfacebookadvertising.com
223.   focecbook.xyz
224.   freefacebookhack.com
225.   freefacebookspy.com
226.   fscebook.info
227.   fxacebook.com
228.   hafacebook.com
229.   hkfacebook.com
230.   howtohackfacebook-account.com
231.   instagramcookbook.com
232.   instagramfamousbook.com
233.   ipokerfacebook.com
234.   isa0rtega-pr0filefaceb00k.club
235.   jacgfacebooktraining.club
236.   kareemonfacebook.com
237.   login-face-book-marketplace-item307167860269097.info
238.   login-face-book-marketplace-item43242342.club
239.   m-facbook.com
240.   m-faceebook.com
241.   mercadofacebok.website
242.   myfacebookclients.com
243.   myfacebookleads.com
244.   noticiafaceboookapps.store
245.   phanmemfacebook.info
246.   profille-isabel0rtegafaceb00k.club
247.   securityfacebool.xyz
248.   sg-facebook.com
249.   tehfaceb00k.com
250.   thaifacebook.com
251.   usmfacebook.com
252.   uzfacebook.com
253.   vzlom-feicebook.icu
254.   xn--facebok-dati-shb.com
255.   xn--faceboo-jhb.net
256.   xn--fcebok-3ta1m.com
257.   xn--fcebok-pta1m.com
258.   xn--fcebok-dati-y9a.com

Exhibit 10

```
Domain name: appeal-facebok.com
Registry Domain ID: 2525518592_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-13T14:32:35.00Z
Registrar Registration Expiration Date: 2021-05-13T14:32:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 051b085d533245949f3a89d23ea42485.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 051b085d533245949f3a89d23ea42485.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 051b085d533245949f3a89d23ea42485.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: BOOKFACEEEBOOK.XYZ
Registry Domain ID: D188589969-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-13T10:11:47.0Z
Creation Date: 2020-06-05T12:46:36.0Z
Registry Expiry Date: 2021-06-05T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: buyfacebook-fanslikes.com
Registry Domain ID: 2239208814_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-13T06:17:17.23Z
Creation Date: 2018-03-14T20:55:01.00Z
Registrar Registration Expiration Date: 2021-03-14T20:55:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fefc789402614bb8aa4b4ccdbaa4962e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fefc789402614bb8aa4b4ccdbaa4962e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fefc789402614bb8aa4b4ccdbaa4962e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buyfacebookads.com
Registry Domain ID: 2037750393_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-11T01:00:26.63Z
Creation Date: 2016-06-26T20:16:44.00Z
Registrar Registration Expiration Date: 2021-06-26T20:16:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5b255d8c681f4179accedfeb5748472c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5b255d8c681f4179accedfeb5748472c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5b255d8c681f4179accedfeb5748472c.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
Registry Domain ID: D503300000230385385-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-21T08:21:25.36Z
Creation Date: 2018-10-16T04:45:20.00Z
Registrar Registration Expiration Date: 2021-10-16T04:45:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c1f68b75fbb44907a0d05b9856dd2e89.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c1f68b75fbb44907a0d05b9856dd2e89.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c1f68b75fbb44907a0d05b9856dd2e89.protect@whoisguard.com
Name Server: ns1.s9.fcomet.com
Name Server: ns2.s9.fcomet.com
```

```
Domain name: buyfacebooklibracoin.com
Registry Domain ID: 2403811004_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-22T16:25:07.86Z
Creation Date: 2019-06-19T12:22:39.00Z
Registrar Registration Expiration Date: 2021-06-19T12:22:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 45ee289593f14a30a51bfc176161218e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 45ee289593f14a30a51bfc176161218e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 45ee289593f14a30a51bfc176161218e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buyfacebookpollvotes.com
Registry Domain ID: 2313211577_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-17T16:49:35.85Z
Creation Date: 2018-09-22T21:41:48.00Z
Registrar Registration Expiration Date: 2021-09-22T21:41:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ba7ef660999b488eaeb4c2b8eb185b31.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ba7ef660999b488eaeb4c2b8eb185b31.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ba7ef660999b488eaeb4c2b8eb185b31.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: captionforfacebook.com
Registry Domain ID: 2402011809_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-07T19:46:39.63Z
Creation Date: 2019-06-14T06:56:35.00Z
Registrar Registration Expiration Date: 2021-06-14T06:56:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8ba018a14a67409c975aa21a2d1cdf79.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8ba018a14a67409c975aa21a2d1cdf79.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8ba018a14a67409c975aa21a2d1cdf79.protect@whoisguard.com
Name Server: dana.ns.cloudflare.com
Name Server: ed.ns.cloudflare.com
```

```
Domain Name: connectemyfacetook.club
Registry Domain ID: DD31545F596AC4FDCA0F15F9FD7880F67-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-29T13:11:28Z
Creation Date: 2019-11-29T13:03:51Z
Registry Expiry Date: 2020-11-29T13:03:51Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain name: curtidasfacebook.com
Registry Domain ID: 2110971756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-23T19:35:40.40Z
Creation Date: 2017-04-03T22:27:44.00Z
Registrar Registration Expiration Date: 2021-04-03T22:27:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9cf4205ddba243d3be116d6a4828f212.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9cf4205ddba243d3be116d6a4828f212.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9cf4205ddba243d3be116d6a4828f212.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: de-de-faceook-ad-manager.com
Registry Domain ID: 2478808192_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-11T13:03:05.00Z
Registrar Registration Expiration Date: 2021-01-11T13:03:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 03cc867258d049fe86d66334ac4f6376.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 03cc867258d049fe86d66334ac4f6376.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 03cc867258d049fe86d66334ac4f6376.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: dentistfacebookmarketing.com
Registry Domain ID: 2396222615_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-19T17:23:26.12Z
Creation Date: 2019-05-28T22:39:06.00Z
Registrar Registration Expiration Date: 2021-05-28T22:39:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 319d28c035324bc4874f559cff61dd75.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 319d28c035324bc4874f559cff61dd75.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 319d28c035324bc4874f559cff61dd75.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: downloadvideofromfacebook.com
Registry Domain ID: 2017606109_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-01T06:09:21.20Z
Creation Date: 2016-03-31T11:45:34.00Z
Registrar Registration Expiration Date: 2021-03-31T11:45:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:  e67957b988314c0e9d932e457f13ebff.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e67957b988314c0e9d932e457f13ebff.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e67957b988314c0e9d932e457f13ebff.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: earn4rmfacebook.com
Registry Domain ID: 2491552358_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-12T08:18:19.00Z
Registrar Registration Expiration Date: 2021-02-12T08:18:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dbdabd52e9734b61b58e9df85d607c94.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dbdabd52e9734b61b58e9df85d607c94.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dbdabd52e9734b61b58e9df85d607c94.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: ES-FACEB00K.XYZ
Registry Domain ID: D149430616-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:23:42.0Z
Creation Date: 2019-12-02T10:23:25.0Z
Registry Expiry Date: 2020-12-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: f0cebook.com
Registry Domain ID: 2522305849_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-05T08:03:31.00Z
Registrar Registration Expiration Date: 2021-05-05T08:03:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 389c647bafd348cfb1bac1acfe1c154e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 389c647bafd348cfb1bac1acfe1c154e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 389c647bafd348cfb1bac1acfe1c154e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: F2CBOOK.XYZ
Registry Domain ID: D192004054-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-11T19:03:25.0Z
Creation Date: 2020-07-02T07:23:23.0Z
Registry Expiry Date: 2021-07-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ROSALIE.NS.CLOUDFLARE.COM
Name Server: TREVOR.NS.CLOUDFLARE.COM
```

```
Domain Name: faacebookx.network
Registry Domain ID: a777ddd1ec5542eaa2457273137fc90f-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-05-28T14:12:13Z
Creation Date: 2020-05-23T14:11:17Z
Registry Expiry Date: 2021-05-23T14:11:17Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FAACEEBOOK.HOST
Registry Domain ID: D160396016-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:17:53.0Z
Creation Date: 2020-01-08T01:56:14.0Z
Registry Expiry Date: 2021-01-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: fac3book.com
Registry Domain ID: 1539050030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-25T06:15:32.23Z
Creation Date: 2009-01-24T19:10:59.00Z
Registrar Registration Expiration Date: 2021-01-24T19:10:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ef77ecc055af4ab7aa4cf35e020c8ee4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ef77ecc055af4ab7aa4cf35e020c8ee4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ef77ecc055af4ab7aa4cf35e020c8ee4.protect@whoisguard.com
Name Server: ns-356.awsdns-44.com
Name Server: ns-1551.awsdns-01.co.uk
Name Server: ns-1100.awsdns-09.org
Name Server: ns-650.awsdns-17.net
```

```
Domain Name: facabook.page
Registry Domain ID: 416BAAB7C-PAGE
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-04-03T14:58:13Z
Creation Date: 2020-02-25T20:45:39Z
Registry Expiry Date: 2021-02-25T20:45:39Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACABOOK.WEBSITE
Registry Domain ID: D156482216-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:43.0Z
Creation Date: 2019-12-27T12:46:53.0Z
Registry Expiry Date: 2020-12-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: facbook-libra.com
Registry Domain ID: 2411629567_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-25T20:17:21.84Z
Creation Date: 2019-07-11T17:22:58.00Z
Registrar Registration Expiration Date: 2021-07-11T17:22:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 87eb14c2aa8c457e8326f509991b0b67.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 87eb14c2aa8c457e8326f509991b0b67.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 87eb14c2aa8c457e8326f509991b0b67.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACBOOK.WEBSITE
Registry Domain ID: D169483006-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-13T15:02:59.0Z
Creation Date: 2020-02-04T10:32:31.0Z
Registry Expiry Date: 2021-02-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facbookcompany.com
Registry Domain ID: 2538721636_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-15T20:39:09.00Z
Registrar Registration Expiration Date: 2021-06-15T20:39:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ed4a5fbacbb84e00b5b7c3b20f3bb8a1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ed4a5fbacbb84e00b5b7c3b20f3bb8a1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ed4a5fbacbb84e00b5b7c3b20f3bb8a1.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACBOOKGRANT.ONLINE
Registry Domain ID: D171920579-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-19T14:12:33.0Z
Creation Date: 2020-02-17T23:13:35.0Z
Registry Expiry Date: 2021-02-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACBOOKLOGIN.ONLINE
Registry Domain ID: D185786819-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-21T15:07:40.0Z
Creation Date: 2020-05-10T07:35:55.0Z
Registry Expiry Date: 2021-05-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACBOOKNEWS.XYZ
Registry Domain ID: D193196849-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-10T07:56:21.0Z
Creation Date: 2020-07-12T18:02:59.0Z
Registry Expiry Date: 2021-07-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: faccbookk.com
Registry Domain ID: 2253321320_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-18T06:36:49.51Z
Creation Date: 2018-04-17T10:22:16.00Z
Registrar Registration Expiration Date: 2021-04-17T10:22:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5c0f0c1fb12848c3b7bad2fd7bdbd4e7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5c0f0c1fb12848c3b7bad2fd7bdbd4e7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5c0f0c1fb12848c3b7bad2fd7bdbd4e7.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACCEBBOOK.XYZ
Registry Domain ID: D187239979-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-18T16:50:48.0Z
Creation Date: 2020-05-23T16:17:35.0Z
Registry Expiry Date: 2021-05-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACCEBOOK.INFO
Registry Domain ID: D50330001183881957-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-06-20T20:32:08Z
Creation Date: 2020-04-21T06:10:01Z
Registry Expiry Date: 2021-04-21T06:10:01Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS01.000WEBHOST.COM
Name Server: NS02.000WEBHOST.COM
```

```
Domain Name: faccebook.live
Registry Domain ID: eae162225fc54fb5a81660531464a8f0-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-06-25T05:57:36Z
Creation Date: 2018-07-20T02:01:35Z
Registry Expiry Date: 2021-07-20T02:01:35Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACCEBOOK.MOBI
Registry Domain ID: D50330001183896205-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-06-21T20:31:53Z
Creation Date: 2020-04-22T13:14:03Z
Registry Expiry Date: 2021-04-22T13:14:03Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS3.ALEXHOST.MD
Name Server: NS4.ALEXHOST.MD
```

```
Domain Name: FACCEBOOK.WEBSITE
Registry Domain ID: D151939766-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T21:21:29.0Z
Creation Date: 2019-12-11T20:57:15.0Z
Registry Expiry Date: 2020-12-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACCEBOOK.XYZ
Registry Domain ID: D180338214-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-01T11:27:06.0Z
Creation Date: 2020-03-27T14:36:04.0Z
Registry Expiry Date: 2021-03-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACCEEBBOOK.XYZ
Registry Domain ID: D188509679-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-13T10:11:35.0Z
Creation Date: 2020-06-04T15:02:12.0Z
Registry Expiry Date: 2021-06-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: MOLLY.NS.CLOUDFLARE.COM
Name Server: NED.NS.CLOUDFLARE.COM
```

```
Domain name: face-book-advertising.net
Registry Domain ID: 1676523710_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-10T18:47:50.60Z
Creation Date: 2011-09-11T16:13:43.00Z
Registrar Registration Expiration Date: 2021-09-11T16:13:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 244c64188acc4444a02db744c9604938.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 244c64188acc4444a02db744c9604938.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 244c64188acc4444a02db744c9604938.protect@whoisguard.com
Name Server: dns1021.registrar-servers.com
Name Server: dns1011.registrar-servers.com
```

```
Domain Name: face-book-market-place-238675648.click
Registry Domain ID: DO_594599d5d7732074c776632dae9ec056-UR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com
Updated Date: 2020-05-26T02:36:54.064Z
Creation Date: 2020-05-07T22:15:45.292Z
Registry Expiry Date: 2021-05-07T22:15:45.292Z
Registrar: NAMECHEAP
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: face-book-marketplace.club
Registry Domain ID: D4E58D4F148764AD6909873AF3B4D749C-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-17T15:00:19Z
Creation Date: 2019-11-17T14:57:00Z
Registry Expiry Date: 2020-11-17T14:57:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain name: face-book-messenger.com
Registry Domain ID: 2422104039_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-03T17:47:53.81Z
Creation Date: 2019-08-11T03:17:10.00Z
Registrar Registration Expiration Date: 2021-08-11T03:17:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1a49f791136041648589888726ef10b4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1a49f791136041648589888726ef10b4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1a49f791136041648589888726ef10b4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: face-book-profile4552432.live
Registry Domain ID: afcc2e69b4d9455885d12b85f6e5c186-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-07-16T09:09:40Z
Creation Date: 2020-05-09T12:40:31Z
Registry Expiry Date: 2021-05-09T12:40:31Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACE-BOOK-VERIFICATIION-ID-339068203.ONLINE
Registry Domain ID: D185500049-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-15T10:42:34.0Z
Creation Date: 2020-05-07T03:24:52.0Z
Registry Expiry Date: 2021-05-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACE-BOOK-VERIFIICATION-ID-388942399.ONLINE
Registry Domain ID: D185499904-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-15T10:42:34.0Z
Creation Date: 2020-05-07T03:20:53.0Z
Registry Expiry Date: 2021-05-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACE-BOOK.BEST
Registry Domain ID: D129077731-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-09-28T11:05:58.0Z
Creation Date: 2019-09-16T02:28:45.0Z
Registry Expiry Date: 2021-09-16T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: face-book.chat
Registry Domain ID: 8f1e1e370c6a4be1a0820ed2f9bb8406-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-08-09T17:20:39Z
Creation Date: 2019-08-11T03:17:04Z
Registry Expiry Date: 2021-08-11T03:17:04Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: face-book.group
Registry Domain ID: 6e068ba9d699424a8db0138ae2bc9da2-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-08-09T17:19:39Z
Creation Date: 2019-08-11T03:17:08Z
Registry Expiry Date: 2021-08-11T03:17:08Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: face-book.page
Registry Domain ID: 3C491042E-PAGE
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-08-08T17:47:55Z
Creation Date: 2019-08-11T03:17:15Z
Registry Expiry Date: 2021-08-11T03:17:15Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: face-booklink.club
Registry Domain ID: D2A2F7B2AA343439D80173752A2D610BB-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-16T09:09:37Z
Creation Date: 2020-05-27T17:16:19Z
Registry Expiry Date: 2021-05-27T17:16:19Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: face-booknews.com
Registry Domain ID: 2502652771_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-12T17:28:27.00Z
Registrar Registration Expiration Date: 2021-03-12T17:28:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 319c539cb5c44bdf824403ad8a217415.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 319c539cb5c44bdf824403ad8a217415.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 319c539cb5c44bdf824403ad8a217415.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: face-bookprofits.com
Registry Domain ID: 2502652783_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-12T17:28:32.00Z
Registrar Registration Expiration Date: 2021-03-12T17:28:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1016aefa2f224bc0baa5f526ddc3e76a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1016aefa2f224bc0baa5f526ddc3e76a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1016aefa2f224bc0baa5f526ddc3e76a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: face00k-securitty.com
Registry Domain ID: 2506713377_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-23T20:40:00.00Z
Registrar Registration Expiration Date: 2021-03-23T20:40:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9d36c915a5014aeaafde488e3b9ad2d6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9d36c915a5014aeaafde488e3b9ad2d6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9d36c915a5014aeaafde488e3b9ad2d6.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: face0ok-seecuritty.com
Registry Domain ID: 2506713376_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-23T20:40:00.00Z
Registrar Registration Expiration Date: 2021-03-23T20:40:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 553efef2f5eb40a7a5d31fa4ad741bdd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 553efef2f5eb40a7a5d31fa4ad741bdd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 553efef2f5eb40a7a5d31fa4ad741bdd.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: face6ook.net
Registry Domain ID: 2528562692_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-20T19:57:25.00Z
Registrar Registration Expiration Date: 2021-05-20T19:57:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f42f419156b34ab19b616efcc5e39876.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f42f419156b34ab19b616efcc5e39876.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f42f419156b34ab19b616efcc5e39876.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: face8o0k.com
Registry Domain ID: 2481586040_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-17T20:03:30.00Z
Registrar Registration Expiration Date: 2021-01-17T20:03:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b48da8d3e2a941d095bec52fefaf4672.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b48da8d3e2a941d095bec52fefaf4672.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b48da8d3e2a941d095bec52fefaf4672.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACE8OOK.TECH
Registry Domain ID: D148876406-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:22:53.0Z
Creation Date: 2019-11-30T02:56:46.0Z
Registry Expiry Date: 2020-11-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEABOOK.XYZ
Registry Domain ID: D179003719-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-22T12:01:38.0Z
Creation Date: 2020-03-16T10:05:12.0Z
Registry Expiry Date: 2021-03-16T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: faceb00k-dept-sseccurity.com
Registry Domain ID: 2503846531_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-15T21:35:57.00Z
Registrar Registration Expiration Date: 2021-03-15T21:35:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3ed2272e5c1e440fb06a927dfef4fba0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3ed2272e5c1e440fb06a927dfef4fba0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3ed2272e5c1e440fb06a927dfef4fba0.protect@whoisguard.com
Name Server: verify-contact-details.namecheap.com
Name Server: failed-whois-verification.namecheap.com
```

```
Domain Name: FACEB00K-ES.WEBSITE
Registry Domain ID: D146585500-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-20T13:33:35.0Z
Creation Date: 2019-11-20T13:31:03.0Z
Registry Expiry Date: 2021-11-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: faceb00k-inc-seccurity.com
Registry Domain ID: 2525877798_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-13T21:42:09.00Z
Registrar Registration Expiration Date: 2021-05-13T21:42:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 50c3e14c3afb42e286405f9eb9032e39.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 50c3e14c3afb42e286405f9eb9032e39.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 50c3e14c3afb42e286405f9eb9032e39.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEB00K-MARKET.INFO
Registry Domain ID: D503300001182904598-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-22T20:30:14Z
Creation Date: 2020-01-21T20:39:12Z
Registry Expiry Date: 2021-01-21T20:39:12Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEB00K-MARKETES.SITE
Registry Domain ID: D183592044-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-06T13:39:50.0Z
Creation Date: 2020-04-21T00:50:41.0Z
Registry Expiry Date: 2021-04-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: faceb00k-reset-login.com
Registry Domain ID: 2542674922_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T20:45:28.00Z
Registrar Registration Expiration Date: 2021-06-29T20:45:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bf59e326fc1a4a53bbf57f5e796362ab.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bf59e326fc1a4a53bbf57f5e796362ab.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bf59e326fc1a4a53bbf57f5e796362ab.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb00k-securitty-dept.com
Registry Domain ID: 2506708272_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-23T19:49:10.00Z
Registrar Registration Expiration Date: 2021-03-23T19:49:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cb7a6a5b1944422eba4c0e8452b7b787.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cb7a6a5b1944422eba4c0e8452b7b787.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cb7a6a5b1944422eba4c0e8452b7b787.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb00k-securitty-dept.com
Registry Domain ID: 2523507330_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-08T16:16:20.00Z
Registrar Registration Expiration Date: 2021-05-08T16:16:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9c0517505c9f42aa9a3ba754c80427de.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9c0517505c9f42aa9a3ba754c80427de.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9c0517505c9f42aa9a3ba754c80427de.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb00k-ssecurrity-dept.com
Registry Domain ID: 2522623436_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-05T19:38:46.00Z
Registrar Registration Expiration Date: 2021-05-05T19:38:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d1de5bbda8464a3290307d64861e55b3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d1de5bbda8464a3290307d64861e55b3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d1de5bbda8464a3290307d64861e55b3.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEB00K-UK.WEBSITE
Registry Domain ID: D146780771-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-21T15:33:32.0Z
Creation Date: 2019-11-21T15:29:02.0Z
Registry Expiry Date: 2021-11-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: faceb00k.club
Registry Domain ID: D3618263-CLUB
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-08T18:56:55Z
Creation Date: 2016-06-03T19:33:38Z
Registry Expiry Date: 2021-06-02T23:59:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: FACEB00K.WEBSITE
Registry Domain ID: D193463729-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-14T13:30:57.0Z
Creation Date: 2020-07-15T14:04:29.0Z
Registry Expiry Date: 2021-07-15T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: faceb00k145746-marketplace-itempageproperties.com
Registry Domain ID: 2539108016_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T21:15:26.00Z
Registrar Registration Expiration Date: 2021-06-16T21:15:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7289ea7dba264268808e653e6297641f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7289ea7dba264268808e653e6297641f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7289ea7dba264268808e653e6297641f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb0ok-dept-security.com
Registry Domain ID: 2526278811_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-14T19:21:38.00Z
Registrar Registration Expiration Date: 2021-05-14T19:21:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7fa4770e8368448d8aa38648766fde32.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7fa4770e8368448d8aa38648766fde32.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7fa4770e8368448d8aa38648766fde32.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb0ok-securitty-dept.com
Registry Domain ID: 2506708300_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-23T19:49:19.00Z
Registrar Registration Expiration Date: 2021-03-23T19:49:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5393b0e16f044cd1b5dad91cf1fefe36.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5393b0e16f044cd1b5dad91cf1fefe36.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5393b0e16f044cd1b5dad91cf1fefe36.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb0ok-security-dept.com
Registry Domain ID: 2520436911_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-29T20:11:22.00Z
Registrar Registration Expiration Date: 2021-04-29T20:11:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d499d8b8748549d5bbec8de1d0b5a7eb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d499d8b8748549d5bbec8de1d0b5a7eb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d499d8b8748549d5bbec8de1d0b5a7eb.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb0ok-security-dept.com
Registry Domain ID: 2521635934_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-03T15:56:11.00Z
Registrar Registration Expiration Date: 2021-05-03T15:56:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5065488ae8334edb89ecb6df9e03033e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5065488ae8334edb89ecb6df9e03033e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5065488ae8334edb89ecb6df9e03033e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: faceb0ok-ssecurrity-department.com
Registry Domain ID: 2538739295_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T00:41:26.00Z
Registrar Registration Expiration Date: 2021-06-16T00:41:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 87fc69c5db5040b0896d7d45908d753a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 87fc69c5db5040b0896d7d45908d753a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 87fc69c5db5040b0896d7d45908d753a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEB00K.ONLINE
Registry Domain ID: D159640111-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-31T10:25:16.0Z
Creation Date: 2020-01-06T15:31:41.0Z
Registry Expiry Date: 2021-01-06T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DALBS105.HOSTWINDSDNS.COM
Name Server: DALBS106.HOSTWINDSDNS.COM
```

```
Domain Name: FACEB00K.XYZ
Registry Domain ID: D153428801-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-31T12:23:52.0Z
Creation Date: 2019-12-19T15:25:11.0Z
Registry Expiry Date: 2020-12-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: faceb0okk.com
Registry Domain ID: 2542668516_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T19:42:31.00Z
Registrar Registration Expiration Date: 2021-06-29T19:42:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 896444bfbbaf4ad09f71731c8cf0b101.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 896444bfbbaf4ad09f71731c8cf0b101.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 896444bfbbaf4ad09f71731c8cf0b101.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebbooc.com
Registry Domain ID: 2535145876_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-08T01:37:30.00Z
Registrar Registration Expiration Date: 2021-06-08T01:37:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6a6260a21a33442486728b1c3c13c8ef.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6a6260a21a33442486728b1c3c13c8ef.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6a6260a21a33442486728b1c3c13c8ef.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBBOOK.ICU
Registry Domain ID: D186620989-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:24.0Z
Creation Date: 2020-05-18T02:51:05.0Z
Registry Expiry Date: 2021-05-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.FREEHOSTING.COM
Name Server: NS2.FREEHOSTING.COM
```

```
Domain Name: FACEBBOOK.XYZ
Registry Domain ID: D148095561-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-27T07:44:28.0Z
Creation Date: 2019-11-27T07:33:47.0Z
Registry Expiry Date: 2021-11-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebhoook.com
Registry Domain ID: 2336943507_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-24T17:40:02.84Z
Creation Date: 2018-11-26T18:59:47.00Z
Registrar Registration Expiration Date: 2021-11-26T18:59:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1545d874f09c42d9a43d5febb6a37bbe.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1545d874f09c42d9a43d5febb6a37bbe.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1545d874f09c42d9a43d5febb6a37bbe.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: facebick.com
Registry Domain ID: 2498592765_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-29T21:30:59.00Z
Registrar Registration Expiration Date: 2021-02-28T21:30:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c5ed0639069046449dad6b4f5826a481.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c5ed0639069046449dad6b4f5826a481.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c5ed0639069046449dad6b4f5826a481.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACEBK.XYZ
Registry Domain ID: D148759151-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-29T10:00:18.0Z
Creation Date: 2019-11-29T09:59:28.0Z
Registry Expiry Date: 2020-11-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebkcdn1.com
Registry Domain ID: 2518241903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-24T12:12:05.00Z
Registrar Registration Expiration Date: 2021-04-24T12:12:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 59b41a3d7b4b4244bd21890097995163.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 59b41a3d7b4b4244bd21890097995163.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 59b41a3d7b4b4244bd21890097995163.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: facebo0k-girl.services
Registry Domain ID: 70e0fd6dbe334c29a66577fbcb377495-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-04-26T00:09:37Z
Creation Date: 2020-04-21T00:09:09Z
Registry Expiry Date: 2021-04-21T00:09:09Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain name: facebo0k-login.com
Registry Domain ID: 2320116703_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-10-11T08:13:50.00Z
Creation Date: 2018-10-11T08:13:50.00Z
Registrar Registration Expiration Date: 2019-10-11T08:13:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0b1c19f6b36f49d2892f1d9994f398db.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBO0K-REALTOR.INFO
Registry Domain ID: D503300001182940834-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-25T20:31:18Z
Creation Date: 2020-01-25T11:50:51Z
Registry Expiry Date: 2021-01-25T11:50:51Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: facebo0k-security-dept.com
Registry Domain ID: 2520968340_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-01T17:51:20.00Z
Registrar Registration Expiration Date: 2021-05-01T17:51:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 578a964c54d54c5ba2c8323bc9e3ee81.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 578a964c54d54c5ba2c8323bc9e3ee81.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 578a964c54d54c5ba2c8323bc9e3ee81.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: facebo0k-seecurrity-department.com
Registry Domain ID: 2538739301_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T00:41:37.00Z
Registrar Registration Expiration Date: 2021-06-16T00:41:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6c6a24ea704f49cdbd985050a758bd97.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6c6a24ea704f49cdbd985050a758bd97.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6c6a24ea704f49cdbd985050a758bd97.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: facebo0k-seecuurity-ddept.com
Registry Domain ID: 2507509269_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-25T19:37:42.00Z
Registrar Registration Expiration Date: 2021-03-25T19:37:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 22bd6a5aa1274daa97deae5e90b24b59.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 22bd6a5aa1274daa97deae5e90b24b59.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 22bd6a5aa1274daa97deae5e90b24b59.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBO0O0OK.XYZ
Registry Domain ID: D183933509-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-12T03:53:19.0Z
Creation Date: 2020-04-23T16:03:30.0Z
Registry Expiry Date: 2021-04-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: facebocc.com
Registry Domain ID: 2471655562_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-25T15:55:51.00Z
Registrar Registration Expiration Date: 2020-12-25T15:55:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e4da56aaafcf48298127149eb04eb194.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e4da56aaafcf48298127149eb04eb194.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e4da56aaafcf48298127149eb04eb194.protect@whoisguard.com
Name Server: ns1.nofear.fun
Name Server: ns2.nofear.fun
```

Domain Name: faceboek.club
Registry Domain ID: D6238841BDFC047FE9DE74FA3C9F92E88-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-21T20:10:55Z
Creation Date: 2020-06-16T20:10:51Z
Registry Expiry Date: 2021-06-16T20:10:51Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2046a.trouble-free.net
Name Server: dns2046b.trouble-free.net

```
Domain Name: FACEBOEK.SITE
Registry Domain ID: D169779981-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:19:00.0Z
Creation Date: 2020-02-06T13:23:10.0Z
Registry Expiry Date: 2021-02-06T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: facebok-gb.com
Registry Domain ID: 2510456695_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-02T20:17:47.00Z
Registrar Registration Expiration Date: 2021-04-02T20:17:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3b52fda2a350432d9809cd2e87217eb3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3b52fda2a350432d9809cd2e87217eb3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3b52fda2a350432d9809cd2e87217eb3.protect@whoisguard.com
Name Server: verify-contact-details.namecheap.com
Name Server: failed-whois-verification.namecheap.com
```

```
Domain name: facebok-latam.com
Registry Domain ID: 2461640026_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-30T03:20:26.00Z
Registrar Registration Expiration Date: 2020-11-30T03:20:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6d7124adf703482f9d1996452cd22cc1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6d7124adf703482f9d1996452cd22cc1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6d7124adf703482f9d1996452cd22cc1.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

Domain name: facebok-market-place-id44photobc684811246666-item.com
Registry Domain ID: 2517126129_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-21T12:27:35.00Z
Registrar Registration Expiration Date: 2021-04-21T12:27:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 27b061609db64a9f927b531d906a26c6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 27b061609db64a9f927b531d906a26c6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 27b061609db64a9f927b531d906a26c6.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com

```
Domain name: facebok-market-place-id44photobc884811236666-item.com
Registry Domain ID: 2515327580_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-16T14:03:54.00Z
Registrar Registration Expiration Date: 2021-04-16T14:03:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 08604f6d4a9a41678a1f0b76b26292f8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 08604f6d4a9a41678a1f0b76b26292f8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 08604f6d4a9a41678a1f0b76b26292f8.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: facebok-market-place.com
Registry Domain ID: 2504546012_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-17T23:39:44.00Z
Registrar Registration Expiration Date: 2021-03-17T23:39:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: acf2594fe6144799ab03862c4ff5a372.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: acf2594fe6144799ab03862c4ff5a372.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: acf2594fe6144799ab03862c4ff5a372.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: facebok-security.com
Registry Domain ID: 2256553838_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-30T12:23:06.00Z
Creation Date: 2018-04-24T20:52:01.00Z
Registrar Registration Expiration Date: 2019-04-24T20:52:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 42f4b5c0363840c1af4bf5a46ecf1e86.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBOK.BEST
Registry Domain ID: D163725376-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-01T04:49:13.0Z
Creation Date: 2020-01-18T07:49:50.0Z
Registry Expiry Date: 2021-01-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS2.SUPERHOST.WEBSITE
Name Server: NS1.SUPERHOST.WEBSITE
```

```
Domain Name: FACEBOK.STORE
Registry Domain ID: D165283956-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-25T09:21:03.0Z
Creation Date: 2020-01-21T10:01:52.0Z
Registry Expiry Date: 2021-01-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS11.NAMECHEAPHOSTING.COM
Name Server: DNS12.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEBOK1.INFO
Registry Domain ID: D50330001183129425-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-04-11T20:30:31Z
Creation Date: 2020-02-11T06:44:08Z
Registry Expiry Date: 2021-02-11T06:44:08Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: FRANK.NS.CLOUDFLARE.COM
Name Server: TANI.NS.CLOUDFLARE.COM
```

```
Domain name: facebokfilmyskupina.com
Registry Domain ID: 2536328454_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-11T14:19:05.00Z
Registrar Registration Expiration Date: 2021-06-11T14:19:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 82ad9f8e315c44a3acc443a342a58447.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 82ad9f8e315c44a3acc443a342a58447.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 82ad9f8e315c44a3acc443a342a58447.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: facebokk.club
Registry Domain ID: D4A156439D4F549878DFEEDE5F5F6FCD1-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-15T05:53:10Z
Creation Date: 2019-09-20T05:41:35Z
Registry Expiry Date: 2021-09-20T05:41:35Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: amy.ns.cloudflare.com
Name Server: arnold.ns.cloudflare.com
```

```
Domain Name: FACEBOKLOGINPAGE.SITE
Registry Domain ID: D73978859-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:38.0Z
Creation Date: 2018-08-10T15:53:35.0Z
Registry Expiry Date: 2019-08-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: FACEBOKLOGINPAGE.SPACE
Registry Domain ID: D73978864-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:38.0Z
Creation Date: 2018-08-10T15:53:35.0Z
Registry Expiry Date: 2019-08-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: FACEBOKPDF.XYZ
Registry Domain ID: D149184411-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-16T13:40:00.0Z
Creation Date: 2019-12-01T21:07:30.0Z
Registry Expiry Date: 2021-12-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain name: facebokpool.com
Registry Domain ID: 2530955988_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-27T11:51:15.00Z
Registrar Registration Expiration Date: 2021-05-27T11:51:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 262abaebb86e4e92973de6cf7d373227.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 262abaebb86e4e92973de6cf7d373227.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 262abaebb86e4e92973de6cf7d373227.protect@whoisguard.com
Name Server: annalise.ns.cloudflare.com
Name Server: dimitris.ns.cloudflare.com
```

```
Domain name: facebokproblemsolution.com
Registry Domain ID: 2299782152_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-20T12:50:47.00Z
Creation Date: 2018-08-20T12:50:47.00Z
Registrar Registration Expiration Date: 2019-08-20T12:50:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 79dbb1f4edd042ceaa442a67de39e191.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebokprofile.com
Registry Domain ID: 2250220195_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-10T11:30:10.00Z
Creation Date: 2018-04-10T11:28:09.00Z
Registrar Registration Expiration Date: 2019-04-10T11:28:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cc542b27b5e94250a2e784460e527d4a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: facebokx.club
Registry Domain ID: D5AB6B2FD20354E6B9A611C9D8EC7059D-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-23T23:06:17Z
Creation Date: 2020-03-29T17:07:12Z
Registry Expiry Date: 2021-03-29T17:07:12Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBOKX.XYZ
Registry Domain ID: D180569324-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-11T10:13:12.0Z
Creation Date: 2020-03-29T17:07:12.0Z
Registry Expiry Date: 2021-03-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEBOO-K.XYZ
Registry Domain ID: D169095796-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-20T07:30:33.0Z
Creation Date: 2020-02-01T16:26:34.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: CAMERON.NS.CLOUDFLARE.COM
Name Server: PAT.NS.CLOUDFLARE.COM
```

```
Domain Name: faceboo.app
Registry Domain ID: 42BFC8A93-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-07-10T22:45:37Z
Creation Date: 2020-05-30T09:58:36Z
Registry Expiry Date: 2021-05-30T09:58:36Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dave.ns.cloudflare.com
Name Server: miki.ns.cloudflare.com
```

```
Domain Name: faceboo.email
Registry Domain ID: 05d0bf9ac4b14313997e0b00503e41db-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-02-16T15:27:00Z
Creation Date: 2020-02-11T15:26:11Z
Registry Expiry Date: 2021-02-11T15:26:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACEBOOC.XYZ
Registry Domain ID: D180006999-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-01T11:25:56.0Z
Creation Date: 2020-03-25T07:20:29.0Z
Registry Expiry Date: 2021-03-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEBOOH.XYZ
Registry Domain ID: D149549706-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-12-03T02:55:26.0Z
Creation Date: 2019-12-03T02:54:54.0Z
Registry Expiry Date: 2021-12-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebooik-ads.com
Registry Domain ID: 2495188739_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T12:52:32.00Z
Registrar Registration Expiration Date: 2021-02-21T12:52:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d14be019d1324a97971e233d1a95d16f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d14be019d1324a97971e233d1a95d16f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d14be019d1324a97971e233d1a95d16f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBOOIX.XYZ
Registry Domain ID: D170565276-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-20T07:30:36.0Z
Creation Date: 2020-02-11T18:56:22.0Z
Registry Expiry Date: 2021-02-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: CAMERON.NS.CLOUDFLARE.COM
Name Server: PAT.NS.CLOUDFLARE.COM
```

```
Domain name: facebook-signin.com
Registry Domain ID: 2456632873_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-18T12:22:05.00Z
Registrar Registration Expiration Date: 2020-11-18T12:22:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e6aa3c426167472f96731919c14e4ca9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e6aa3c426167472f96731919c14e4ca9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e6aa3c426167472f96731919c14e4ca9.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBOOK-VIDEO-DOWNLOADER.ORG
Registry Domain ID: D402200000013245425-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-12T03:48:31Z
Creation Date: 2020-04-12T06:09:54Z
Registry Expiry Date: 2021-04-12T06:09:54Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: facebook-video.download
Registry Domain ID: D59D0A82E273D42F8B25E78C73E4BAAC3-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-11T17:50:09Z
Creation Date: 2020-01-28T23:00:44Z
Registry Expiry Date: 2021-01-28T23:00:44Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns200.pakihosting.com
Name Server: ns100.pakihosting.com
```

```
Domain name: facebook1s.com
Registry Domain ID: 2167498862_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-29T07:51:58.57Z
Creation Date: 2017-09-26T16:06:52.00Z
Registrar Registration Expiration Date: 2021-09-26T16:06:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2c05f2fbfb6e40199b31710c74c9dc46.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2c05f2fbfb6e40199b31710c74c9dc46.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2c05f2fbfb6e40199b31710c74c9dc46.protect@whoisguard.com
Name Server: aragorn.ns.cloudflare.com
Name Server: kami.ns.cloudflare.com
```

```
Domain Name: FACEBOOK8.ORG
Registry Domain ID: D163658008-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-05T04:02:29Z
Creation Date: 2011-10-21T03:53:01Z
Registry Expiry Date: 2021-10-21T03:53:01Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebookables.com
Registry Domain ID: 1717144462_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-21T16:50:28.24Z
Creation Date: 2012-04-30T19:24:34.00Z
Registrar Registration Expiration Date: 2021-04-30T19:24:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 019d0404f009465c98c0014c8aa631d2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 019d0404f009465c98c0014c8aa631d2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 019d0404f009465c98c0014c8aa631d2.protect@whoisguard.com
Name Server: ns23.domaincontrol.com
Name Server: ns24.domaincontrol.com
```

```
Domain name: facebookaccelerator.com
Registry Domain ID: 2259128215_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:13.95Z
Creation Date: 2018-05-01T21:33:04.00Z
Registrar Registration Expiration Date: 2021-05-01T21:33:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 49582623cdea47178da8d103ef4d0b9f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 49582623cdea47178da8d103ef4d0b9f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 49582623cdea47178da8d103ef4d0b9f.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

Domain name: facebookadconsultant.com
Registry Domain ID: 2393696171_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-24T15:24:27.09Z
Creation Date: 2019-05-22T11:23:46.00Z
Registrar Registration Expiration Date: 2021-05-22T11:23:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0a6b31983f914637882d3883b2f88c6e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0a6b31983f914637882d3883b2f88c6e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0a6b31983f914637882d3883b2f88c6e.protect@whoisguard.com
Name Server: ns1.flippa.com
Name Server: ns2.flippa.com

```
Domain name: facebookaduniversity.com
Registry Domain ID: 2452755807_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-08T06:38:01.92Z
Creation Date: 2019-11-08T17:35:28.00Z
Registrar Registration Expiration Date: 2021-11-08T17:35:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8d5aae17550144ebaa23300df508d085.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8d5aae17550144ebaa23300df508d085.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8d5aae17550144ebaa23300df508d085.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookartist.com
Registry Domain ID: 2517820909_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-23T02:41:09.00Z
Registrar Registration Expiration Date: 2030-04-23T02:41:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 57eb7c88211743afb42f0fbe5b767894.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 57eb7c88211743afb42f0fbe5b767894.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 57eb7c88211743afb42f0fbe5b767894.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookbraintrust.com
Registry Domain ID: 2259127601_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:16.66Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 525970a350414f798cca1f024582d3bf.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 525970a350414f798cca1f024582d3bf.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 525970a350414f798cca1f024582d3bf.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookchatbots.com
Registry Domain ID: 2453735649_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-12T05:36:06.46Z
Creation Date: 2019-11-11T06:55:01.00Z
Registrar Registration Expiration Date: 2021-11-11T06:55:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 24eefd4df7954e649bed7983b2f143ac.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 24eefd4df7954e649bed7983b2f143ac.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 24eefd4df7954e649bed7983b2f143ac.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookcheckin.com
Registry Domain ID: 2465838158_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-11T07:18:25.00Z
Registrar Registration Expiration Date: 2020-12-11T07:18:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 850611f26c474892a5d5eb654fbabdce.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 850611f26c474892a5d5eb654fbabdce.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 850611f26c474892a5d5eb654fbabdce.protect@whoisguard.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
```

```
Domain name: facebookcheckins.com
Registry Domain ID: 2345059387_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-27T05:17:10.00Z
Creation Date: 2018-12-20T18:26:58.00Z
Registrar Registration Expiration Date: 2020-12-20T18:26:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e662f1b4820d4a1ebbd0d7d53c36601b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e662f1b4820d4a1ebbd0d7d53c36601b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e662f1b4820d4a1ebbd0d7d53c36601b.protect@whoisguard.com
Name Server: ns1.pvtservers.com
Name Server: ns2.pvtservers.com
```

```
Domain name: facebookcoverhd.com
Registry Domain ID: 2423797625_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-04T05:38:56.31Z
Creation Date: 2019-08-16T07:16:52.00Z
Registrar Registration Expiration Date: 2021-08-16T07:16:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 34cec19f379a4b3d93900875890128b4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 34cec19f379a4b3d93900875890128b4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 34cec19f379a4b3d93900875890128b4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookengine.com
Registry Domain ID: 2259128214_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:18.57Z
Creation Date: 2018-05-01T21:33:04.00Z
Registrar Registration Expiration Date: 2021-05-01T21:33:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6fec07b741c74c1eb4065453ad09b463.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6fec07b741c74c1eb4065453ad09b463.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6fec07b741c74c1eb4065453ad09b463.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookfilms.com
Registry Domain ID: 554779704_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-15T06:12:10.19Z
Creation Date: 2006-08-14T22:56:31.00Z
Registrar Registration Expiration Date: 2021-08-14T22:56:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fdecc534d4024e40a12eb918c4b8ac7d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fdecc534d4024e40a12eb918c4b8ac7d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fdecc534d4024e40a12eb918c4b8ac7d.protect@whoisguard.com
Name Server: ns47.1and1.com
Name Server: ns48.1and1.com
```

```
Domain name: facebookgadgets.com
Registry Domain ID: 2259127605_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:20.47Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c97198c7b7354950a31d54aa0331f336.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c97198c7b7354950a31d54aa0331f336.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c97198c7b7354950a31d54aa0331f336.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookindo.com
Registry Domain ID: 2175417888_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-16T12:59:13.58Z
Creation Date: 2017-10-17T16:52:50.00Z
Registrar Registration Expiration Date: 2021-10-17T16:52:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cf04b8cb66724d1284294a96ed53bdef.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cf04b8cb66724d1284294a96ed53bdef.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cf04b8cb66724d1284294a96ed53bdef.protect@whoisguard.com
Name Server: ns100.layerip.com
Name Server: ns101.layerip.com
```

```
Domain name: facebookinfluencer.com
Registry Domain ID: 2489898859_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-07T20:08:43.00Z
Registrar Registration Expiration Date: 2021-02-07T20:08:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 09b11f082a7e4d75892ba42d9a4dba50.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 09b11f082a7e4d75892ba42d9a4dba50.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 09b11f082a7e4d75892ba42d9a4dba50.protect@whoisguard.com
Name Server: ns3.epik.com
Name Server: ns4.epik.com
```

```
Domain name: facebookinternational.com
Registry Domain ID: 2486362381_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-30T13:19:48.00Z
Registrar Registration Expiration Date: 2021-01-30T13:19:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9942ffb5b6594cee8f4997a421528801.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9942ffb5b6594cee8f4997a421528801.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9942ffb5b6594cee8f4997a421528801.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookipodayclosingprice.com
Registry Domain ID: 1720725198_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-16T06:34:44.30Z
Creation Date: 2012-05-16T05:27:54.00Z
Registrar Registration Expiration Date: 2021-05-16T05:27:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1768d10ebf3f4bc78089ed39321ecb11.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1768d10ebf3f4bc78089ed39321ecb11.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1768d10ebf3f4bc78089ed39321ecb11.protect@whoisguard.com
Name Server: ns05.domaincontrol.com
Name Server: ns06.domaincontrol.com
```

```
Domain name: facebookjb.com
Registry Domain ID: 1645264569_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-18T21:45:05.86Z
Creation Date: 2011-03-13T22:31:31.00Z
Registrar Registration Expiration Date: 2021-03-13T22:31:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4e28e7fcc9fc4d029f9399f2046da560.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4e28e7fcc9fc4d029f9399f2046da560.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4e28e7fcc9fc4d029f9399f2046da560.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookknowledge.com
Registry Domain ID: 2259127603_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:22.86Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a07bcac7e0504ad9a934c966a3c8aa49.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a07bcac7e0504ad9a934c966a3c8aa49.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a07bcac7e0504ad9a934c966a3c8aa49.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

Domain Name: facebooklike.club
Registry Domain ID: DCF18E24A0FC94FA89F262BC76C674ED1-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-26T20:14:18Z
Creation Date: 2020-02-21T20:14:12Z
Registry Expiry Date: 2021-02-21T20:14:12Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com

```
Domain name: facebooklikesmoz.com
Registry Domain ID: 1805075990_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-09T18:17:01.30Z
Creation Date: 2013-05-30T22:16:59.00Z
Registrar Registration Expiration Date: 2021-05-30T22:16:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f618a983ebef43f4a0c7014ed51ea493.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f618a983ebef43f4a0c7014ed51ea493.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f618a983ebef43f4a0c7014ed51ea493.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBOOKMARKAPP.WEBSITE
Registry Domain ID: D102821774-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-14T11:58:33.0Z
Creation Date: 2019-05-05T15:09:29.0Z
Registry Expiry Date: 2021-05-05T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: facebookmessengerchatbots.com
Registry Domain ID: 2453735648_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-12T05:36:08.43Z
Creation Date: 2019-11-11T06:55:01.00Z
Registrar Registration Expiration Date: 2021-11-11T06:55:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e8ea742633a245a585190d5cb940aba6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e8ea742633a245a585190d5cb940aba6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e8ea742633a245a585190d5cb940aba6.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookmessengerspy.com
Registry Domain ID: 2021521907_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-16T20:25:35.85Z
Creation Date: 2016-04-14T10:25:43.00Z
Registrar Registration Expiration Date: 2022-04-14T10:25:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 66a86feecdd34d83aba9d9ee4872fd4f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 66a86feecdd34d83aba9d9ee4872fd4f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 66a86feecdd34d83aba9d9ee4872fd4f.protect@whoisguard.com
Name Server: ns43.domaincontrol.com
Name Server: ns44.domaincontrol.com
```

```
Domain name: facebookpixelpro.com
Registry Domain ID: 2400922563_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-12T06:23:13.13Z
Creation Date: 2019-06-11T08:15:48.00Z
Registrar Registration Expiration Date: 2021-06-11T08:15:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a3f114e459b241eb84abd1f2f07452ce.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a3f114e459b241eb84abd1f2f07452ce.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a3f114e459b241eb84abd1f2f07452ce.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookposter.com
Registry Domain ID: 2495867047_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-22T21:40:38.00Z
Registrar Registration Expiration Date: 2021-02-22T21:40:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0e723aaafe9641f193afc2c513b76176.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0e723aaafe9641f193afc2c513b76176.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0e723aaafe9641f193afc2c513b76176.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookprovider.com
Registry Domain ID: 1731437949_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-03T06:16:42.51Z
Creation Date: 2012-07-03T19:56:18.00Z
Registrar Registration Expiration Date: 2021-07-03T19:56:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a2bf7dcbe6614d4382b84f1d8efc9044.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a2bf7dcbe6614d4382b84f1d8efc9044.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a2bf7dcbe6614d4382b84f1d8efc9044.protect@whoisguard.com
Name Server: ns51.1and1.com
Name Server: ns52.1and1.com
```

```
Domain name: facebookresource.com
Registry Domain ID: 2259127600_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:31.15Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 96864ac7e0184a63898f3c9509589863.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 96864ac7e0184a63898f3c9509589863.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 96864ac7e0184a63898f3c9509589863.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookresources.com
Registry Domain ID: 2259127602_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:33.11Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9cf955d524cf40808a974b2697a66f34.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9cf955d524cf40808a974b2697a66f34.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9cf955d524cf40808a974b2697a66f34.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookreviewapp.com
Registry Domain ID: 2035611276_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-16T05:46:41.15Z
Creation Date: 2016-06-15T17:31:03.00Z
Registrar Registration Expiration Date: 2021-06-15T17:31:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6450c5739a0648428baf8ade173734e8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6450c5739a0648428baf8ade173734e8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6450c5739a0648428baf8ade173734e8.protect@whoisguard.com
Name Server: todd.ns.cloudflare.com
Name Server: sandy.ns.cloudflare.com
```

```
Domain name: facebookstealth.com
Registry Domain ID: 2364146276_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-27T06:15:47.68Z
Creation Date: 2019-02-26T12:12:05.00Z
Registrar Registration Expiration Date: 2021-02-26T12:12:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b9a9391cbd5640eea691439300a6c965.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b9a9391cbd5640eea691439300a6c965.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b9a9391cbd5640eea691439300a6c965.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: facebooksupport.email
Registry Domain ID: 79b576cf1dce4996b93c4106ae07f97a-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2019-06-06T12:05:23Z
Creation Date: 2019-06-01T12:04:52Z
Registry Expiry Date: 2020-06-01T12:04:52Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: ns3.hostinger.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns4.hostinger.com
```

```
Domain name: facebookthai.com
Registry Domain ID: 1187913245_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-31T06:18:55.93Z
Creation Date: 2007-08-30T06:27:49.00Z
Registrar Registration Expiration Date: 2021-08-30T06:27:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d6c6d41ed1214c46983fda55a0caafdd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d6c6d41ed1214c46983fda55a0caafdd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d6c6d41ed1214c46983fda55a0caafdd.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookthailand.asia
Registry Domain ID: D107700000001714388-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-31T15:36:42.85Z
Creation Date: 2011-01-04T16:22:55.00Z
Registrar Registration Expiration Date: 2021-01-04T16:22:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3784504f2fd742878182ec033e85ad9b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3784504f2fd742878182ec033e85ad9b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3784504f2fd742878182ec033e85ad9b.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebookthailand.com
Registry Domain ID: 1634192978_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-31T15:36:43.40Z
Creation Date: 2011-01-09T19:20:22.00Z
Registrar Registration Expiration Date: 2021-01-09T19:20:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 12b3fbdcb6c74e6c8b9de267f718f734.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 12b3fbdcb6c74e6c8b9de267f718f734.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 12b3fbdcb6c74e6c8b9de267f718f734.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebooktracker.com
Registry Domain ID: 2403739759_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-16T20:25:29.12Z
Creation Date: 2019-06-18T22:10:21.00Z
Registrar Registration Expiration Date: 2021-06-18T22:10:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b4dd6242b53b4d349db136fd9fcf2245.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b4dd6242b53b4d349db136fd9fcf2245.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b4dd6242b53b4d349db136fd9fcf2245.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facebooktrendsmarket.com
Registry Domain ID: 2259127604_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:35.08Z
Creation Date: 2018-05-01T21:24:38.00Z
Registrar Registration Expiration Date: 2021-05-01T21:24:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 72d5165a7b8d4143841ab7816a30ceb6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 72d5165a7b8d4143841ab7816a30ceb6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 72d5165a7b8d4143841ab7816a30ceb6.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain name: facebookvelocity.com
Registry Domain ID: 2259128216_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-26T08:31:37.06Z
Creation Date: 2018-05-01T21:33:05.00Z
Registrar Registration Expiration Date: 2021-05-01T21:33:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 89f810fd352d481b966a378215539754.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 89f810fd352d481b966a378215539754.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 89f810fd352d481b966a378215539754.protect@whoisguard.com
Name Server: ns71.domaincontrol.com
Name Server: ns72.domaincontrol.com
```

```
Domain Name: FACEBOOKVIDEODOWNLOAD.ONLINE
Registry Domain ID: D59084433-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-02-22T02:27:23.0Z
Creation Date: 2018-01-07T03:00:33.0Z
Registry Expiry Date: 2020-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.PARKINGCREW.NET
Name Server: NS2.PARKINGCREW.NET
```

Domain Name: facebookvideodownloader.co
Registry Domain ID: D152119372-CO
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-06T00:00:09Z
Creation Date: 2016-11-01T16:42:15Z
Registry Expiry Date: 2020-10-31T23:59:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: expired
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.parkcol.neustar.biz
Name Server: ns2.parkcol.neustar.biz

```
Domain name: facebookvideodownloaderonline.com
Registry Domain ID: 2271697878_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-06-26T16:48:48.00Z
Creation Date: 2018-06-05T08:31:24.00Z
Registrar Registration Expiration Date: 2019-06-05T08:31:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ae2506f9f5ad42acaf08f25c7b39f645.protect@whoisguard.com
Name Server: jay.ns.cloudflare.com
Name Server: nola.ns.cloudflare.com
```

```
Domain Name: FACEBOOL.ME
Registry Domain ID: D425500000334631288-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-10-15T21:15:59Z
Creation Date: 2020-08-16T08:57:59Z
Registry Expiry Date: 2021-08-16T08:57:59Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.INET.VN
Name Server: NS2.INET.VN
```

```
Domain Name: faceboolk.club
Registry Domain ID: DDA41FE8C570740AD929707B3C1671488-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-24T16:55:16Z
Creation Date: 2019-11-24T16:47:41Z
Registry Expiry Date: 2020-11-24T16:47:41Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: faceboook-analytics.com
Registry Domain ID: 2373640874_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-11T15:58:47.64Z
Creation Date: 2019-03-27T12:36:19.00Z
Registrar Registration Expiration Date: 2021-03-27T12:36:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9aa03c96d39d409bb7de4c09432bf208.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9aa03c96d39d409bb7de4c09432bf208.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9aa03c96d39d409bb7de4c09432bf208.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: faceboook-updates.com
Registry Domain ID: 2388536802_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-30T21:39:44.20Z
Creation Date: 2019-05-07T19:59:17.00Z
Registrar Registration Expiration Date: 2021-05-07T19:59:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a984242ea4b74bc08e7bb42bb5a08ac2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a984242ea4b74bc08e7bb42bb5a08ac2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a984242ea4b74bc08e7bb42bb5a08ac2.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: faceboook.app
Registry Domain ID: 43912EB09-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-09-05T02:30:25Z
Creation Date: 2020-08-31T02:30:25Z
Registry Expiry Date: 2021-08-31T02:30:25Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: faceboook.club
Registry Domain ID: D7D039BDB2B7744EDA8E486A897A1F8CF-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-12T20:48:56Z
Creation Date: 2020-03-19T13:30:14Z
Registry Expiry Date: 2021-03-19T13:30:14Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: FACEBOOOK.HOST
Registry Domain ID: D192230794-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-31T09:20:56.0Z
Creation Date: 2020-07-04T14:17:53.0Z
Registry Expiry Date: 2021-07-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEBOOOK.SITE
Registry Domain ID: D166014031-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:48.0Z
Creation Date: 2020-01-24T11:02:47.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FACEBOOOK.XYZ
Registry Domain ID: D84276599-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-04T14:16:21.0Z
Creation Date: 2018-11-21T16:00:32.0Z
Registry Expiry Date: 2021-11-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.HOSTINGER.COM.BR
Name Server: NS2.HOSTINGER.COM.BR
Name Server: NS3.HOSTINGER.COM.BR
Name Server: NS4.HOSTINGER.COM.BR
```

```
Domain name: faceboookappeal.com
Registry Domain ID: 2552888964_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-13T22:28:45.00Z
Registrar Registration Expiration Date: 2021-08-13T22:28:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dbb33b9b6a7641bd836826d2426e5c87.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dbb33b9b6a7641bd836826d2426e5c87.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dbb33b9b6a7641bd836826d2426e5c87.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBOOOKE.XYZ
Registry Domain ID: D187971024-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:31.0Z
Creation Date: 2020-05-30T08:55:11.0Z
Registry Expiry Date: 2021-05-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOKKKKKKK.XYZ
Registry Domain ID: D186729939-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:45.0Z
Creation Date: 2020-05-19T03:25:50.0Z
Registry Expiry Date: 2021-05-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: MOLLY.NS.CLOUDFLARE.COM
Name Server: NED.NS.CLOUDFLARE.COM
```

```
Domain Name: FACEBOOOKMAIL.ONLINE
Registry Domain ID: D74916624-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:18:55.0Z
Creation Date: 2018-08-23T21:14:58.0Z
Registry Expiry Date: 2019-08-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOKNEWS.XYZ
Registry Domain ID: D155864226-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:23.0Z
Creation Date: 2019-12-25T21:54:01.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: EUROPE101.BANAHOSTING.COM
Name Server: EUROPE102.BANAHOSTING.COM
```

```
Domain Name: FACEBOOOKQ.XYZ
Registry Domain ID: D187831294-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:16.0Z
Creation Date: 2020-05-29T04:39:07.0Z
Registry Expiry Date: 2021-05-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOKR.XYZ
Registry Domain ID: D187971019-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:31.0Z
Creation Date: 2020-05-30T08:55:11.0Z
Registry Expiry Date: 2021-05-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOKVIDEO.XYZ
Registry Domain ID: D155864231-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:23.0Z
Creation Date: 2019-12-25T21:54:01.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: EUROPE101.BANAHOSTING.COM
Name Server: EUROPE102.BANAHOSTING.COM
```

```
Domain Name: FACEBOOOKW.XYZ
Registry Domain ID: D187831289-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:16.0Z
Creation Date: 2020-05-29T04:39:07.0Z
Registry Expiry Date: 2021-05-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOOKKKKKKKK.XYZ
Registry Domain ID: D186729934-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:45.0Z
Creation Date: 2020-05-19T03:25:50.0Z
Registry Expiry Date: 2021-05-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: MOLLY.NS.CLOUDFLARE.COM
Name Server: NED.NS.CLOUDFLARE.COM
```

```
Domain Name: FACEBOOOOKKKKKKKKK.XYZ
Registry Domain ID: D186729944-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:45.0Z
Creation Date: 2020-05-19T03:25:50.0Z
Registry Expiry Date: 2021-05-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: MOLLY.NS.CLOUDFLARE.COM
Name Server: NED.NS.CLOUDFLARE.COM
```

```
Domain name: facebooookmail.com
Registry Domain ID: 2522336471_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-05T13:47:30.00Z
Registrar Registration Expiration Date: 2021-05-05T13:47:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d05f144548f74f5a9492e2f848c50552.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d05f144548f74f5a9492e2f848c50552.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d05f144548f74f5a9492e2f848c50552.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEBOOOOOK.XYZ
Registry Domain ID: D160246721-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:17:45.0Z
Creation Date: 2020-01-07T16:49:57.0Z
Registry Expiry Date: 2021-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOX.XYZ
Registry Domain ID: D171567696-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:22:22.0Z
Creation Date: 2020-02-15T07:19:42.0Z
Registry Expiry Date: 2021-02-15T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ADAM.NS.CLOUDFLARE.COM
Name Server: HOPE.NS.CLOUDFLARE.COM
```

```
Domain Name: facebouk.live
Registry Domain ID: fbc4829ec1f744e390d117dc0b6cc7e4-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-04-06T20:19:49Z
Creation Date: 2020-03-27T08:59:47Z
Registry Expiry Date: 2021-03-27T08:59:47Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: FACEBUK.ONLINE
Registry Domain ID: D167716256-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-28T15:57:30.0Z
Creation Date: 2020-01-27T19:38:12.0Z
Registry Expiry Date: 2021-01-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBUKS.SPACE
Registry Domain ID: D146214055-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-19T01:11:30.0Z
Creation Date: 2019-11-19T01:01:24.0Z
Registry Expiry Date: 2021-11-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEDOOK.XYZ
Registry Domain ID: D149487621-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-16T16:36:53.0Z
Creation Date: 2019-12-02T15:49:20.0Z
Registry Expiry Date: 2020-12-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: faceebook-page.com
Registry Domain ID: 2537245461_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-12T20:02:57.00Z
Registrar Registration Expiration Date: 2021-06-12T20:02:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6227b0f2ffad4fc5a44d4a57686e6841.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6227b0f2ffad4fc5a44d4a57686e6841.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6227b0f2ffad4fc5a44d4a57686e6841.protect@whoisguard.com
Name Server: verify-contact-details.namecheap.com
Name Server: failed-whois-verification.namecheap.com
```

```
Domain name: faceebook-support.com
Registry Domain ID: 2467703260_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-15T23:53:16.00Z
Registrar Registration Expiration Date: 2020-12-15T23:53:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c98cda50a88b488ea0366d93ab9c02b3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c98cda50a88b488ea0366d93ab9c02b3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c98cda50a88b488ea0366d93ab9c02b3.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEEBOOK.BEST
Registry Domain ID: D189730794-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-14T09:46:30.0Z
Creation Date: 2020-06-16T03:44:42.0Z
Registry Expiry Date: 2021-06-16T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: faceebooks.com
Registry Domain ID: 2182994591_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-10T16:06:51.65Z
Creation Date: 2017-11-04T03:30:59.00Z
Registrar Registration Expiration Date: 2021-11-04T03:30:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0742b4ef4f5043aeb90eab82bd2f91de.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0742b4ef4f5043aeb90eab82bd2f91de.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0742b4ef4f5043aeb90eab82bd2f91de.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FACEEBOOOK.SITE
Registry Domain ID: D145144605-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-14T23:22:36.0Z
Creation Date: 2019-11-14T23:12:39.0Z
Registry Expiry Date: 2021-11-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facehackspy.com
Registry Domain ID: 2172897496_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-13T22:22:41.75Z
Creation Date: 2017-10-11T11:53:11.00Z
Registrar Registration Expiration Date: 2021-10-11T11:53:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 46a89cd753764942982edf5fb8d60a01.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 46a89cd753764942982edf5fb8d60a01.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 46a89cd753764942982edf5fb8d60a01.protect@whoisguard.com
Name Server: wanda.ns.cloudflare.com
Name Server: noel.ns.cloudflare.com
```

```
Domain Name: FACEITBOOK.WEBSITE
Registry Domain ID: D187815244-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:14.0Z
Creation Date: 2020-05-28T23:31:49.0Z
Registry Expiry Date: 2021-05-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: facelebook.com
Registry Domain ID: 2336087234_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-06T13:30:26.83Z
Creation Date: 2018-11-24T00:16:37.00Z
Registrar Registration Expiration Date: 2021-11-24T00:16:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 600a15b7d9f94e258b583c6c479250ef.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 600a15b7d9f94e258b583c6c479250ef.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 600a15b7d9f94e258b583c6c479250ef.protect@whoisguard.com
Name Server: ns1.picsshow.com
Name Server: ns2.picsshow.com
```

```
Domain name: faceooklogin.com
Registry Domain ID: 1831392957_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-17T06:53:35.60Z
Creation Date: 2013-10-17T00:28:58.00Z
Registrar Registration Expiration Date: 2021-10-17T00:28:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1618becc9e1c47ea851a14e107484be5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1618becc9e1c47ea851a14e107484be5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1618becc9e1c47ea851a14e107484be5.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: facesgeeks.com
Registry Domain ID: 2167492856_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-19T15:40:48.46Z
Creation Date: 2017-09-26T15:02:21.00Z
Registrar Registration Expiration Date: 2021-09-26T15:02:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f287508cfbc94516ab15499604e780e0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f287508cfbc94516ab15499604e780e0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f287508cfbc94516ab15499604e780e0.protect@whoisguard.com
Name Server: carol.ns.cloudflare.com
Name Server: ivan.ns.cloudflare.com
```

```
Domain name: facexxxbook.com
Registry Domain ID: 2457891107_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-20T22:48:08.65Z
Creation Date: 2019-11-21T18:17:44.00Z
Registrar Registration Expiration Date: 2021-11-21T18:17:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 24594f1a853344b3ab6489c8a3814598.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 24594f1a853344b3ab6489c8a3814598.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 24594f1a853344b3ab6489c8a3814598.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FACZBOOK.XYZ
Registry Domain ID: D181553949-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-14T11:58:23.0Z
Creation Date: 2020-04-04T10:03:00.0Z
Registry Expiry Date: 2021-04-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: faecbook.app
Registry Domain ID: 43F23D200-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-10-13T21:00:42Z
Creation Date: 2020-10-08T21:00:42Z
Registry Expiry Date: 2021-10-08T21:00:42Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: faecbook.live
Registry Domain ID: f5a284fc5f6d41a1a1eb4f60f6473754-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2019-11-29T05:58:07Z
Creation Date: 2018-12-24T15:04:52Z
Registry Expiry Date: 2020-12-24T15:04:52Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: faecbook.services
Registry Domain ID: 148e04e745584591974f8d7d989a6329-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2019-11-29T05:59:07Z
Creation Date: 2018-12-24T15:04:52Z
Registry Expiry Date: 2020-12-24T15:04:52Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FAECEBOOK.XYZ
Registry Domain ID: D190361039-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-24T11:20:47.0Z
Creation Date: 2020-06-21T20:56:03.0Z
Registry Expiry Date: 2021-06-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FAEEBOOK.XYZ
Registry Domain ID: D171483421-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:22:10.0Z
Creation Date: 2020-02-14T15:31:25.0Z
Registry Expiry Date: 2021-02-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.FREEHOSTIA.COM
Name Server: DNS2.FREEHOSTIA.COM
```

```
Domain Name: FASEBOOK.SITE
Registry Domain ID: D177184224-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:34:31.0Z
Creation Date: 2020-03-09T14:01:25.0Z
Registry Expiry Date: 2021-03-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FCAEBOOK.TECH
Registry Domain ID: D21472179-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-14T16:03:41.0Z
Creation Date: 2016-05-28T02:46:42.0Z
Registry Expiry Date: 2021-05-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FCEBOOK.ICU
Registry Domain ID: D190001124-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-16T11:49:49.0Z
Creation Date: 2020-06-18T11:32:49.0Z
Registry Expiry Date: 2021-06-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FCEBOOK.INFO
Registry Domain ID: D50330000182434426-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-29T17:22:27Z
Creation Date: 2019-11-29T17:13:54Z
Registry Expiry Date: 2020-11-29T17:13:54Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FCEBOOK.ME
Registry Domain ID: D425500000013561584-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-10-29T22:20:51Z
Creation Date: 2017-10-29T01:08:40Z
Registry Expiry Date: 2021-10-29T01:08:40Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: LA
Registrant Country: US
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FECABOOKS.SITE
Registry Domain ID: D176892814-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:33:45.0Z
Creation Date: 2020-03-07T01:21:32.0Z
Registry Expiry Date: 2021-03-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.HOSTPAPA.COM
Name Server: NS2.HOSTPAPA.COM
```

```
Domain Name: FECBOOK.XYZ
Registry Domain ID: D174162459-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-07T11:38:03.0Z
Creation Date: 2020-02-26T03:59:18.0Z
Registry Expiry Date: 2021-02-26T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: FECEBOOK.XYZ
Registry Domain ID: D154893121-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:06:53.0Z
Creation Date: 2019-12-23T14:47:49.0Z
Registry Expiry Date: 2020-12-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: fesabookcom.com
Registry Domain ID: 2518950612_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-26T14:50:53.00Z
Registrar Registration Expiration Date: 2021-04-26T14:50:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ef828fcf75d14cdb836171715d4312ff.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ef828fcf75d14cdb836171715d4312ff.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ef828fcf75d14cdb836171715d4312ff.protect@whoisguard.com
Name Server: ns1.gsgp1024.siteground.asia
Name Server: ns2.gsgp1024.siteground.asia
```

```
Domain Name: FFCEBOOK.XYZ
Registry Domain ID: D181705284-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-14T11:58:44.0Z
Creation Date: 2020-04-06T05:58:24.0Z
Registry Expiry Date: 2021-04-06T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: findfacebookpasswords.net
Registry Domain ID: 1819374637_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-07T19:25:02.38Z
Creation Date: 2013-08-02T20:31:30.00Z
Registrar Registration Expiration Date: 2021-08-02T20:31:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2b915206f1dd4f7884aebe9dca8bc5a7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2b915206f1dd4f7884aebe9dca8bc5a7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2b915206f1dd4f7884aebe9dca8bc5a7.protect@whoisguard.com
Name Server: ed.ns.cloudflare.com
Name Server: pam.ns.cloudflare.com
```

```
Domain name: fixmyfacebookadvertising.com
Registry Domain ID: 2394724533_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-24T06:30:54.64Z
Creation Date: 2019-05-24T18:24:47.00Z
Registrar Registration Expiration Date: 2021-05-24T18:24:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 723e234ba5cf4da4b5efcb361aecd301.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 723e234ba5cf4da4b5efcb361aecd301.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 723e234ba5cf4da4b5efcb361aecd301.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FOCEBOOK.XYZ
Registry Domain ID: D180090904-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-01T11:26:19.0Z
Creation Date: 2020-03-25T22:23:06.0Z
Registry Expiry Date: 2021-03-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain name: freefacebookhack.com
Registry Domain ID: 2403739760_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-16T20:25:28.94Z
Creation Date: 2019-06-18T22:10:21.00Z
Registrar Registration Expiration Date: 2021-06-18T22:10:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8dbd3e72e2464610a27d8df225b55af9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8dbd3e72e2464610a27d8df225b55af9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8dbd3e72e2464610a27d8df225b55af9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: freefacebookspy.com
Registry Domain ID: 2021521900_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-16T20:25:33.57Z
Creation Date: 2016-04-14T10:25:42.00Z
Registrar Registration Expiration Date: 2022-04-14T10:25:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 55d27720154e4379bf3f67f278c4d1d4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 55d27720154e4379bf3f67f278c4d1d4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 55d27720154e4379bf3f67f278c4d1d4.protect@whoisguard.com
Name Server: ns43.domaincontrol.com
Name Server: ns44.domaincontrol.com
```

```
Domain Name: FSCEBOOK.INFO
Registry Domain ID: D50330001182745246-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-02T20:36:05Z
Creation Date: 2020-01-02T12:22:11Z
Registry Expiry Date: 2021-01-02T12:22:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fxacebook.com
Registry Domain ID: 2460240887_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T02:15:20.00Z
Registrar Registration Expiration Date: 2020-11-27T02:15:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd93274fac9e4a68b2ee327d0ad5817c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd93274fac9e4a68b2ee327d0ad5817c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd93274fac9e4a68b2ee327d0ad5817c.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: hafacebook.com
Registry Domain ID: 2486311335_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-30T00:13:38.00Z
Registrar Registration Expiration Date: 2021-01-30T00:13:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 90e3dcff16504484bda913ec9d2c811e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 90e3dcff16504484bda913ec9d2c811e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 90e3dcff16504484bda913ec9d2c811e.protect@whoisguard.com
Name Server: dawn.ns.cloudflare.com
Name Server: jarred.ns.cloudflare.com
```

```
Domain name: hkfacebook.com
Registry Domain ID: 1797240703_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T05:44:02.60Z
Creation Date: 2013-04-28T05:41:03.00Z
Registrar Registration Expiration Date: 2021-04-28T05:41:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 61c094d60a164a33b383991767bb7d48.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 61c094d60a164a33b383991767bb7d48.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 61c094d60a164a33b383991767bb7d48.protect@whoisguard.com
Name Server: ns1.inmotionhosting.com
Name Server: ns2.inmotionhosting.com
```

```
Domain name: howtohackfacebook-account.com
Registry Domain ID: 2300432573_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-21T18:32:02.00Z
Creation Date: 2018-08-21T18:32:02.00Z
Registrar Registration Expiration Date: 2019-08-21T18:32:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 904835ec5cc6446a923f077c49eb879e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramcookbook.com
Registry Domain ID: 2416236274_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-24T06:28:34.55Z
Creation Date: 2019-07-24T13:11:30.00Z
Registrar Registration Expiration Date: 2021-07-24T13:11:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8bdfccaa16c94d0c90eb8a420c28b352.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8bdfccaa16c94d0c90eb8a420c28b352.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8bdfccaa16c94d0c90eb8a420c28b352.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramfamousbook.com
Registry Domain ID: 2387582575_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-08T15:05:11.78Z
Creation Date: 2019-05-05T04:13:04.00Z
Registrar Registration Expiration Date: 2021-05-05T04:13:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 157b763a2a58435fb3a852c478889955.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 157b763a2a58435fb3a852c478889955.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 157b763a2a58435fb3a852c478889955.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ipokerfacebook.com
Registry Domain ID: 1864157122_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-25T06:25:28.08Z
Creation Date: 2014-06-24T20:15:16.00Z
Registrar Registration Expiration Date: 2021-06-24T20:15:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: gading serpong
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: ID
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=ipokerfacebook.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=ipokerfacebook.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=ipokerfacebook.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: isa0rtega-pr0filefaceb00k.club
Registry Domain ID: D8EF6866EC36A4D1782E9986B7C6FF3DF-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-30T09:30:12Z
Creation Date: 2020-06-15T09:26:41Z
Registry Expiry Date: 2021-06-15T09:26:41Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: failed-whois-verification.namecheap.com
Name Server: verify-contact-details.namecheap.com
```

```
Domain Name: jacgfacebooktraining.club
Registry Domain ID: D3253651-CLUB
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-05T16:37:20Z
Creation Date: 2016-03-21T00:10:24Z
Registry Expiry Date: 2021-03-20T23:59:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: sima.ns.cloudflare.com
Name Server: earl.ns.cloudflare.com
```

```
Domain name: kareemonfacebook.com
Registry Domain ID: 1800126962_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-09T06:43:15.21Z
Creation Date: 2013-05-09T18:01:16.00Z
Registrar Registration Expiration Date: 2021-05-09T18:01:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c607bcfd6a5c4378938d34f3f2c9a7a4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c607bcfd6a5c4378938d34f3f2c9a7a4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c607bcfd6a5c4378938d34f3f2c9a7a4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: LOGIN-FACE-BOOK-MARKETPLACE-ITEM307167860269097.INFO
Registry Domain ID: D503300001185298079-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-07-04T20:33:41Z
Creation Date: 2020-05-04T21:25:11Z
Registry Expiry Date: 2021-05-04T21:25:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: login-face-book-marketplace-item43242342.club
Registry Domain ID: DEB3F5A676682438E90C0171DA9FFCDC8-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-16T09:09:43Z
Creation Date: 2020-05-04T17:09:11Z
Registry Expiry Date: 2021-05-04T17:09:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: m-facbook.com
Registry Domain ID: 2484438469_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-25T13:47:50.00Z
Registrar Registration Expiration Date: 2021-01-25T13:47:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0db553f4975a4825bb9e033e927b1f5c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0db553f4975a4825bb9e033e927b1f5c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0db553f4975a4825bb9e033e927b1f5c.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: m-faceebook.com
Registry Domain ID: 2375064669_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-29T06:45:37.54Z
Creation Date: 2019-03-30T22:14:27.00Z
Registrar Registration Expiration Date: 2021-03-30T22:14:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fff5a6b309e04bc0828bc81fd0b418c1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fff5a6b309e04bc0828bc81fd0b418c1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fff5a6b309e04bc0828bc81fd0b418c1.protect@whoisguard.com
Name Server: james.ns.cloudflare.com
Name Server: zara.ns.cloudflare.com
```

```
Domain Name: MERCADOFACEBOK.WEBSITE
Registry Domain ID: D174115064-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-07T11:37:50.0Z
Creation Date: 2020-02-25T15:40:15.0Z
Registry Expiry Date: 2021-02-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: myfacebookclients.com
Registry Domain ID: 2336905587_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-27T11:47:20.26Z
Creation Date: 2018-11-26T12:49:13.00Z
Registrar Registration Expiration Date: 2020-11-26T12:49:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: efb130bf7d694c6c88e32693324d02c6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: efb130bf7d694c6c88e32693324d02c6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: efb130bf7d694c6c88e32693324d02c6.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: myfacebookleads.com
Registry Domain ID: 2336905603_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-27T11:47:22.24Z
Creation Date: 2018-11-26T12:49:22.00Z
Registrar Registration Expiration Date: 2020-11-26T12:49:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: be0f9ff4dc994ceaa8afc24e410db0e6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: be0f9ff4dc994ceaa8afc24e410db0e6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: be0f9ff4dc994ceaa8afc24e410db0e6.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: NOTICIAFACEBOOOKAPPS.STORE
Registry Domain ID: D188332604-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-13T10:11:14.0Z
Creation Date: 2020-06-03T04:12:58.0Z
Registry Expiry Date: 2021-06-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: PHANMEMFACEBOOK.INFO
Registry Domain ID: D503300000101644606-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-08-14T08:34:37Z
Creation Date: 2018-05-16T10:01:25Z
Registry Expiry Date: 2021-05-16T10:01:25Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: profille-isabel0rtegafaceb00k.club
Registry Domain ID: D3FA6AA9251A44084BBEBAE9B5DC30EE8-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-29T20:25:24Z
Creation Date: 2020-06-14T20:24:15Z
Registry Expiry Date: 2021-06-14T20:24:15Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: failed-whois-verification.namecheap.com
Name Server: verify-contact-details.namecheap.com
```

```
Domain Name: SECURITYFACEBOOL.XYZ
Registry Domain ID: D185907599-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-21T15:07:57.0Z
Creation Date: 2020-05-11T11:39:34.0Z
Registry Expiry Date: 2021-05-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: sg-facebook.com
Registry Domain ID: 2325260697_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-16T03:49:13.00Z
Creation Date: 2018-10-24T14:53:19.00Z
Registrar Registration Expiration Date: 2021-10-24T14:53:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8d1dd07fad18463787fcda7bc2b62426.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8d1dd07fad18463787fcda7bc2b62426.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8d1dd07fad18463787fcda7bc2b62426.protect@whoisguard.com
Name Server: dean.ns.cloudflare.com
Name Server: rachel.ns.cloudflare.com
```

```
Domain name: tehfaceb00k.com
Registry Domain ID: 1687908044_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-01-11T07:33:50.00Z
Creation Date: 2011-11-19T02:04:17.00Z
Registrar Registration Expiration Date: 2023-11-19T02:04:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8e37f2e8137e44d88d05125c0d544d95.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8e37f2e8137e44d88d05125c0d544d95.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8e37f2e8137e44d88d05125c0d544d95.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: thaifacebook.com
Registry Domain ID: 1187913234_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-31T06:18:57.98Z
Creation Date: 2007-08-30T06:27:44.00Z
Registrar Registration Expiration Date: 2021-08-30T06:27:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b3d8f37c0efc4ae0a2327d45d99a5308.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b3d8f37c0efc4ae0a2327d45d99a5308.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b3d8f37c0efc4ae0a2327d45d99a5308.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: usmfacebook.com
Registry Domain ID: 2295824209_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-11T07:04:43.28Z
Creation Date: 2018-08-10T13:59:00.00Z
Registrar Registration Expiration Date: 2021-08-10T13:59:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 59da6875940048768e7be3512e6d0d5f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 59da6875940048768e7be3512e6d0d5f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 59da6875940048768e7be3512e6d0d5f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: uzfacebook.com
Registry Domain ID: 2316472777_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-07T23:05:50.00Z
Creation Date: 2018-10-01T10:10:22.00Z
Registrar Registration Expiration Date: 2021-10-01T10:10:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3720fd359d4a4931aa2ab558a5bc7a89.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3720fd359d4a4931aa2ab558a5bc7a89.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3720fd359d4a4931aa2ab558a5bc7a89.protect@whoisguard.com
Name Server: ns1.webfaction.com
Name Server: ns2.webfaction.com
```

```
Domain Name: VZLOM-FEICEBOOK.ICU
Registry Domain ID: D155852111-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:21.0Z
Creation Date: 2019-12-25T16:39:18.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: COLLINS.NS.CLOUDFLARE.COM
Name Server: QUENTIN.NS.CLOUDFLARE.COM
```

```
Domain name: xn--facebok-dati-shb.com
Registry Domain ID: 2503455684_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-14T19:54:22.00Z
Registrar Registration Expiration Date: 2021-03-14T19:54:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9d795c3024e14742a3ec85ecdc7a5106.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9d795c3024e14742a3ec85ecdc7a5106.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9d795c3024e14742a3ec85ecdc7a5106.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: xn--faceboo-jhb.net
Registry Domain ID: 2348238270_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-30T15:01:43.00Z
Creation Date: 2018-12-30T15:01:43.00Z
Registrar Registration Expiration Date: 2019-12-30T15:01:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7cdc233245c9404c9bd8d9d68b91b910.protect@whoisguard.com
Name Server: ns1.xn--faceboo-jhb.net
Name Server: ns2.xn--faceboo-jhb.net
```

```
Domain name: xn--fcebok-3ta1m.com
Registry Domain ID: 2477063262_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-07T13:26:39.00Z
Registrar Registration Expiration Date: 2021-01-07T13:26:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9e796d081bb84dcdbb23d8840d16704c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9e796d081bb84dcdbb23d8840d16704c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9e796d081bb84dcdbb23d8840d16704c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: xn--fcebok-pta1m.com
Registry Domain ID: 2199783385_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-07-10T06:53:55.70Z
Creation Date: 2017-12-14T08:37:32.00Z
Registrar Registration Expiration Date: 2026-12-14T08:37:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e929b9cbbc294c13a855ab7c57da43c1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e929b9cbbc294c13a855ab7c57da43c1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e929b9cbbc294c13a855ab7c57da43c1.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: xn--fcebook-dati-y9a.com
Registry Domain ID: 2502946212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-13T14:29:32.00Z
Registrar Registration Expiration Date: 2021-03-13T14:29:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: eb12d58979fc42d4b0403c2139aa2b72.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: eb12d58979fc42d4b0403c2139aa2b72.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: eb12d58979fc42d4b0403c2139aa2b72.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

Exhibit 11

1. accountfb-updates.com
2. fb-accnt-45928tech.pro
3. fb-account.club
4. fb-accountupdate.com
5. fb-accountverify.com
6. fb-ads-marketplace.site
7. fb-copyright-delete-pages.xyz
8. fb-disabled-account.com
9. fb-item-marketplace.club
10. fb-mailsupport.com
11. fb-marketplace-app.club
12. fb-marketplace-classifieds.club
13. fb-marketplace-items.club
14. fb-marketplace-offers.site
15. fb-marketplace-online.shop
16. fb-marketplace-sales.com
17. fb-marketplace-shop.com
18. fb-marketplace-site.store
19. fb-marketplace-support.site
20. fb-marketplace-vehicle.club
21. fb-online-marketplace.com
22. fb-online-marketplace.shop
23. fb-online-marketplace.store
24. fb-polices-update.com
25. fb-policy-review.com
26. fb-policyreview.com
27. fb-review-account.com
28. fb-review-secure.com
29. fb-sales-marketplace.com
30. fb-scanstalk.com
31. fb-security-account.site
32. fb-seller-marketplace.shop
33. fb-stalkerapp.com
34. fb-trader-marketplace.shop
35. fb-traders-populars.online
36. fb-unlock-account.club
37. fb-unlock-account.site
38. fb-usersbenefits.com
39. fb-vehicles-marketplace.online
40. fb-video.site
41. fbactivity-review.com
42. fbcopyrightconnect.com
43. fbcopyrights.com

44.  fbcopyrightsmediasupport.com
45.  fbcopyrightvideos.com
46.  fbhelp.me
47.  fbmedia-copyrighthelp.com
48.  fbpokerforte.com
49.  fbreview-account.com
50.  fbreview-terms.com
51.  fbsecurity-review.com
52.  fbverifiedaccs.com
53.  fbverifiedcheck.com
54.  fbverifyieds.com
55.  important-alert-fb.com
56.  listfbmarketplace.com
57.  myfbtracker.xyz
58.  policy-fb-review.com
59.  policy-fb.com
60.  policyfb-update.com
61.  policyfb.com
62.  review-fb-account.com
63.  reviewfb-policy.com

Exhibit 12

```
Domain name: accountfb-updates.com
Registry Domain ID: 2555462885_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-25T15:16:45.00Z
Registrar Registration Expiration Date: 2021-08-25T15:16:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e38bd7d6d67d400099dcddf39df9bbc4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e38bd7d6d67d400099dcddf39df9bbc4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e38bd7d6d67d400099dcddf39df9bbc4.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-ACCNT-45928TECH.PRO
Registry Domain ID: D50330001183407072-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-04-30T20:31:14Z
Creation Date: 2020-02-29T21:51:20Z
Registry Expiry Date: 2021-02-28T21:51:20Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DONALD.NS.CLOUDFLARE.COM
Name Server: IMANI.NS.CLOUDFLARE.COM
```

```
Domain Name: fb-account.club
Registry Domain ID: D85459DBC31CE484984C887F5B475830F-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-23T20:57:33Z
Creation Date: 2020-08-11T20:37:59Z
Registry Expiry Date: 2021-08-11T20:37:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: serverHold https://icann.org/epp#serverHold
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-accountupdate.com
Registry Domain ID: 2544107173_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-06T17:20:41.00Z
Registrar Registration Expiration Date: 2021-07-06T17:20:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8c5e5121106846828faaa2ec9fdfae8c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8c5e5121106846828faaa2ec9fdfae8c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8c5e5121106846828faaa2ec9fdfae8c.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-accountverify.com
Registry Domain ID: 2542767335_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-30T14:19:19.00Z
Registrar Registration Expiration Date: 2021-06-30T14:19:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7e919bf960ba4365880b8e1224cfc74d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7e919bf960ba4365880b8e1224cfc74d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7e919bf960ba4365880b8e1224cfc74d.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-ADS-MARKETPLACE.SITE
Registry Domain ID: D188168899-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:53:56.0Z
Creation Date: 2020-06-01T14:21:48.0Z
Registry Expiry Date: 2021-06-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FB-COPYRIGHT-DELETE-PAGES.XYZ
Registry Domain ID: D194067234-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-19T07:51:04.0Z
Creation Date: 2020-07-22T01:32:31.0Z
Registry Expiry Date: 2021-07-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fb-disabled-account.com
Registry Domain ID: 2542505381_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T14:36:55.00Z
Registrar Registration Expiration Date: 2021-06-29T14:36:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e395f322b35b46f2830271cc1e96db00.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e395f322b35b46f2830271cc1e96db00.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e395f322b35b46f2830271cc1e96db00.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: fb-item-marketplace.club
Registry Domain ID: D72DA2C3957A84B89BDB77BFE96B51A29-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-10T19:38:35Z
Creation Date: 2020-03-05T19:38:30Z
Registry Expiry Date: 2021-03-05T19:38:30Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-mailsupport.com
Registry Domain ID: 2501774776_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-09T21:00:42.00Z
Registrar Registration Expiration Date: 2021-03-09T21:00:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2b6fdd5e6446472180de305b3c805f2e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2b6fdd5e6446472180de305b3c805f2e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2b6fdd5e6446472180de305b3c805f2e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: fb-marketplace-app.club
Registry Domain ID: D8ED9FB0BA42745BC8EC690FB7F5295FB-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-16T20:44:37Z
Creation Date: 2020-07-09T19:59:03Z
Registry Expiry Date: 2021-07-09T19:59:03Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: fb-marketplace-classifieds.club
Registry Domain ID: D58B66334D4A44349A6557CE1E2E5E575-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-09T20:58:34Z
Creation Date: 2020-05-19T17:17:05Z
Registry Expiry Date: 2021-05-19T17:17:05Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: fb-marketplace-items.club
Registry Domain ID: D9E63E8C15FBA4D8E8A4AA4DC04CF0EC5-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-04T20:16:56Z
Creation Date: 2020-05-30T08:51:48Z
Registry Expiry Date: 2021-05-30T08:51:48Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: FB-MARKETPLACE-OFFERS.SITE
Registry Domain ID: D189599249-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-14T09:46:15.0Z
Creation Date: 2020-06-14T22:18:09.0Z
Registry Expiry Date: 2021-06-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fb-marketplace-online.shop
Registry Domain ID: DO5015524-GMO
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T21:38:06.00Z
Registrar Registration Expiration Date: 2021-06-29T21:38:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 366f7a1225e74617a04da861e9af2a94.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 366f7a1225e74617a04da861e9af2a94.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 366f7a1225e74617a04da861e9af2a94.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-marketplace-sales.com
Registry Domain ID: 2542677024_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T21:07:27.00Z
Registrar Registration Expiration Date: 2021-06-29T21:07:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e393eb29496344039c4cd8380e90ced3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e393eb29496344039c4cd8380e90ced3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e393eb29496344039c4cd8380e90ced3.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-marketplace-shop.com
Registry Domain ID: 2554564675_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-21T09:03:32.00Z
Registrar Registration Expiration Date: 2021-08-21T09:03:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9f13bdab31f346d5b05680110eef1f70.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9f13bdab31f346d5b05680110eef1f70.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9f13bdab31f346d5b05680110eef1f70.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-MARKETPLACE-SITE.STORE
Registry Domain ID: D175179234-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-14T08:32:02.0Z
Creation Date: 2020-03-02T19:28:55.0Z
Registry Expiry Date: 2021-03-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FB-MARKETPLACE-SUPPORT.SITE
Registry Domain ID: D177060334-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-09T15:58:52.0Z
Creation Date: 2020-03-08T19:06:51.0Z
Registry Expiry Date: 2021-03-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: fb-marketplace-vehicle.club
Registry Domain ID: D48F1623F16F247FD9E14FF1AB078D993-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-14T13:20:49Z
Creation Date: 2020-03-09T13:20:45Z
Registry Expiry Date: 2021-03-09T13:20:45Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-online-marketplace.com
Registry Domain ID: 2540185345_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-19T19:47:27.00Z
Registrar Registration Expiration Date: 2021-06-19T19:47:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: df729bd8946846df87a07bbefe106b2d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: df729bd8946846df87a07bbefe106b2d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: df729bd8946846df87a07bbefe106b2d.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-online-marketplace.shop
Registry Domain ID: DO4986230-GMO
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-10T17:18:57.00Z
Registrar Registration Expiration Date: 2021-06-10T17:18:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9ef72f76d290475babd2727f0c08b560.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9ef72f76d290475babd2727f0c08b560.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9ef72f76d290475babd2727f0c08b560.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-ONLINE-MARKETPLACE.STORE
Registry Domain ID: D189098729-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-13T10:12:42.0Z
Creation Date: 2020-06-09T19:33:47.0Z
Registry Expiry Date: 2021-06-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fb-polices-update.com
Registry Domain ID: 2528642046_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-21T11:27:21.00Z
Registrar Registration Expiration Date: 2021-05-21T11:27:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c3b5ca254d44c23921e9473d232c215.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c3b5ca254d44c23921e9473d232c215.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c3b5ca254d44c23921e9473d232c215.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-policy-review.com
Registry Domain ID: 2534091138_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-04T20:01:30.00Z
Registrar Registration Expiration Date: 2021-06-04T20:01:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 76aeea00f5e34acebaf02c0e7e2d7de8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 76aeea00f5e34acebaf02c0e7e2d7de8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 76aeea00f5e34acebaf02c0e7e2d7de8.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-policyreview.com
Registry Domain ID: 2540968678_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-22T19:14:25.00Z
Registrar Registration Expiration Date: 2021-06-22T19:14:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: df9b4fd96af34ecd951c6752f1e9bec2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: df9b4fd96af34ecd951c6752f1e9bec2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: df9b4fd96af34ecd951c6752f1e9bec2.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-review-account.com
Registry Domain ID: 2538283070_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-15T16:18:58.00Z
Registrar Registration Expiration Date: 2021-06-15T16:18:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3edac5db20c742ec864810820833f7d0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3edac5db20c742ec864810820833f7d0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3edac5db20c742ec864810820833f7d0.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-review-secure.com
Registry Domain ID: 2538853413_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T18:02:43.00Z
Registrar Registration Expiration Date: 2021-06-16T18:02:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fbfc341f3c8e4e878bb64a2c18837fb8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fbfc341f3c8e4e878bb64a2c18837fb8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fbfc341f3c8e4e878bb64a2c18837fb8.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-sales-marketplace.com
Registry Domain ID: 2544739671_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-08T23:21:26.00Z
Registrar Registration Expiration Date: 2021-07-08T23:21:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3a6586ae4cf64f018578653871376112.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3a6586ae4cf64f018578653871376112.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3a6586ae4cf64f018578653871376112.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-scanstalk.com
Registry Domain ID: 2500445242_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-06T17:26:50.00Z
Registrar Registration Expiration Date: 2021-03-06T17:26:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e348e947158d4e12bfcad18d2a90d8d8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e348e947158d4e12bfcad18d2a90d8d8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e348e947158d4e12bfcad18d2a90d8d8.protect@whoisguard.com
Name Server: igor.ns.cloudflare.com
Name Server: maya.ns.cloudflare.com
```

```
Domain Name: FB-SECURITY-ACCOUNT.SITE
Registry Domain ID: D176232724-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:32:36.0Z
Creation Date: 2020-03-03T20:48:13.0Z
Registry Expiry Date: 2021-03-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fb-seller-marketplace.shop
Registry Domain ID: DO5015430-GMO
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-29T20:07:32.00Z
Registrar Registration Expiration Date: 2021-06-29T20:07:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b0faa59e058841cb980c96da1f62e530.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b0faa59e058841cb980c96da1f62e530.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b0faa59e058841cb980c96da1f62e530.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fb-stalkerapp.com
Registry Domain ID: 2499708688_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-04T17:05:30.00Z
Registrar Registration Expiration Date: 2021-03-04T17:05:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd7797d65900486ca8ba0567d47f68c9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd7797d65900486ca8ba0567d47f68c9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd7797d65900486ca8ba0567d47f68c9.protect@whoisguard.com
Name Server: igor.ns.cloudflare.com
Name Server: maya.ns.cloudflare.com
```

```
Domain name: fb-trader-marketplace.shop
Registry Domain ID: DO5102942-GMO
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-25T11:14:32.00Z
Registrar Registration Expiration Date: 2021-07-25T11:14:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d0fb611b56d844298fec6b604deca73e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d0fb611b56d844298fec6b604deca73e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d0fb611b56d844298fec6b604deca73e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-TRADERS-POPULARS.ONLINE
Registry Domain ID: D177228319-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:34:40.0Z
Creation Date: 2020-03-09T21:13:29.0Z
Registry Expiry Date: 2021-03-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: fb-unlock-account.club
Registry Domain ID: D9FFCAE8D6E7646B1A2EAF7C8F6BD1464-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-09T15:59:45Z
Creation Date: 2020-03-03T20:49:00Z
Registry Expiry Date: 2021-03-03T20:49:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FB-UNLOCK-ACCOUNT.SITE
Registry Domain ID: D176226339-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:32:34.0Z
Creation Date: 2020-03-03T19:30:46.0Z
Registry Expiry Date: 2021-03-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fb-usersbenefits.com
Registry Domain ID: 2461197855_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-29T10:55:09.00Z
Registrar Registration Expiration Date: 2020-11-29T10:55:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 644365998fa44f2cb754ba678e5340cd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 644365998fa44f2cb754ba678e5340cd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 644365998fa44f2cb754ba678e5340cd.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FB-VEHICLES-MARKETPLACE.ONLINE
Registry Domain ID: D174740034-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-09T15:59:02.0Z
Creation Date: 2020-02-28T23:01:50.0Z
Registry Expiry Date: 2021-02-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: FB-VIDEO.SITE
Registry Domain ID: D168368506-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-06T16:07:55.0Z
Creation Date: 2020-01-30T14:21:35.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: fbactivity-review.com
Registry Domain ID: 2538260556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-15T13:29:51.00Z
Registrar Registration Expiration Date: 2021-06-15T13:29:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d4be2433bfbf43508322c6ac3a53ecc3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d4be2433bfbf43508322c6ac3a53ecc3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d4be2433bfbf43508322c6ac3a53ecc3.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbcopyrightconnect.com
Registry Domain ID: 2551961679_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-09T21:14:09.00Z
Registrar Registration Expiration Date: 2021-08-09T21:14:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ae31656fe3684830aa7a5ca3afb92ce4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ae31656fe3684830aa7a5ca3afb92ce4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ae31656fe3684830aa7a5ca3afb92ce4.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbcopyrights.com
Registry Domain ID: 2552754228_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-13T16:46:59.00Z
Registrar Registration Expiration Date: 2021-08-13T16:46:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c29749b2e3c8401fb73dbe7dacddc943.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c29749b2e3c8401fb73dbe7dacddc943.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c29749b2e3c8401fb73dbe7dacddc943.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbcopyrightsmediasupport.com
Registry Domain ID: 2555941878_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-27T17:29:54.00Z
Registrar Registration Expiration Date: 2021-08-27T17:29:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9332e274088a4915b9ad71396b7b606f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9332e274088a4915b9ad71396b7b606f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9332e274088a4915b9ad71396b7b606f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbcopyrightvideos.com
Registry Domain ID: 2547484116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-20T23:50:19.00Z
Registrar Registration Expiration Date: 2021-07-20T23:50:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2c779dc1ebea488eac4f2b9912ff38bf.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2c779dc1ebea488eac4f2b9912ff38bf.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2c779dc1ebea488eac4f2b9912ff38bf.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FBHELP.ME
Registry Domain ID: D425500000048672729-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2018-05-29T19:54:18Z
Creation Date: 2018-05-29T19:54:17Z
Registry Expiry Date: 2019-05-29T19:54:17Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: fbmedia-copyrighthelp.com
Registry Domain ID: 2548221729_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-24T01:25:26.00Z
Registrar Registration Expiration Date: 2021-07-24T01:25:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3c1b6c3089744be58aa3834266de643f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3c1b6c3089744be58aa3834266de643f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3c1b6c3089744be58aa3834266de643f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: FBPOKERFORTE.COM
Registry Domain ID: 2371193915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-03-20T14:27:23Z
Creation Date: 2019-03-20T14:25:58Z
Registry Expiry Date: 2020-03-20T14:25:58Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
Registry Domain ID: 2371193915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-03-20T14:25:58.00Z
Creation Date: 2019-03-20T14:25:58.00Z
Registrar Registration Expiration Date: 2020-03-20T14:25:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Fax: +51.17057182
Admin Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Fax: +51.17057182
Tech Email: f146b96251ad44b88f927175f03e4718.protect@whoisguard.com
Name Server: pdns1.registrar-servers.com
Name Server: pdns2.registrar-servers.com
```

```
Domain name: fbreview-account.com
Registry Domain ID: 2540803521_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-22T14:20:50.00Z
Registrar Registration Expiration Date: 2021-06-22T14:20:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 05030e9b7cba4964bf7a5ffebb7ddcf5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 05030e9b7cba4964bf7a5ffebb7ddcf5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 05030e9b7cba4964bf7a5ffebb7ddcf5.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbreview-terms.com
Registry Domain ID: 2541602560_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-25T16:30:09.00Z
Registrar Registration Expiration Date: 2021-06-25T16:30:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9ecc01e072f14e169a6d1a6c7e07ae0f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9ecc01e072f14e169a6d1a6c7e07ae0f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9ecc01e072f14e169a6d1a6c7e07ae0f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbsecurity-review.com
Registry Domain ID: 2538298744_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-15T17:55:57.00Z
Registrar Registration Expiration Date: 2021-06-15T17:55:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3407575d021143329c5277caed01064e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3407575d021143329c5277caed01064e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3407575d021143329c5277caed01064e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbverifiedaccs.com
Registry Domain ID: 2534473291_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-05T21:30:39.00Z
Registrar Registration Expiration Date: 2021-06-05T21:30:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 932d4bc940014c07a7d22ac683ad2a6d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 932d4bc940014c07a7d22ac683ad2a6d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 932d4bc940014c07a7d22ac683ad2a6d.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbverifiedcheck.com
Registry Domain ID: 2537251061_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-12T21:07:27.00Z
Registrar Registration Expiration Date: 2021-06-12T21:07:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c00558c33f0445b7972e23d57ca51ecd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c00558c33f0445b7972e23d57ca51ecd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c00558c33f0445b7972e23d57ca51ecd.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fbverifyieds.com
Registry Domain ID: 2534472203_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-05T21:16:25.00Z
Registrar Registration Expiration Date: 2021-06-05T21:16:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 95c939229a1e446c89593dcacabbfcb3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 95c939229a1e446c89593dcacabbfcb3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 95c939229a1e446c89593dcacabbfcb3.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: important-alert-fb.com
Registry Domain ID: 2554812559_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-22T14:05:22.00Z
Registrar Registration Expiration Date: 2021-08-22T14:05:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 99260d0d509f45eeb4501026819b6262.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 99260d0d509f45eeb4501026819b6262.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 99260d0d509f45eeb4501026819b6262.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: listfbmarketplace.com
Registry Domain ID: 2533052178_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-02T00:01:09.00Z
Registrar Registration Expiration Date: 2021-06-02T00:01:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3cdacbf414b445dc8cef45cf2648cf6f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3cdacbf414b445dc8cef45cf2648cf6f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3cdacbf414b445dc8cef45cf2648cf6f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: MYFBTRACKER.XYZ
Registry Domain ID: D179156529-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-04T14:35:08.0Z
Creation Date: 2020-03-17T18:47:49.0Z
Registry Expiry Date: 2021-03-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: CLINT.NS.CLOUDFLARE.COM
Name Server: LAILA.NS.CLOUDFLARE.COM
```

```
Domain name: policy-fb-review.com
Registry Domain ID: 2534204720_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-05T17:56:40.00Z
Registrar Registration Expiration Date: 2021-06-05T17:56:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 54e2acdcb0bc4b7da311f69217b0479a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 54e2acdcb0bc4b7da311f69217b0479a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 54e2acdcb0bc4b7da311f69217b0479a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: policy-fb.com
Registry Domain ID: 2550625478_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-03T18:45:58.00Z
Registrar Registration Expiration Date: 2021-08-03T18:45:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2ab6a808776c4605a5508210f40a625a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2ab6a808776c4605a5508210f40a625a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2ab6a808776c4605a5508210f40a625a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: policyfb-update.com
Registry Domain ID: 2553596296_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-17T16:18:06.00Z
Registrar Registration Expiration Date: 2021-08-17T16:18:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: aad03c1e3fc5402fb7dc5ff8d0e36bef.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: aad03c1e3fc5402fb7dc5ff8d0e36bef.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: aad03c1e3fc5402fb7dc5ff8d0e36bef.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: policyfb.com
Registry Domain ID: 2549883540_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-31T13:36:35.00Z
Registrar Registration Expiration Date: 2021-07-31T13:36:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c12e7264256c463884c15d9409c6ecf0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c12e7264256c463884c15d9409c6ecf0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c12e7264256c463884c15d9409c6ecf0.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: review-fb-account.com
Registry Domain ID: 2538814258_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T14:34:20.00Z
Registrar Registration Expiration Date: 2021-06-16T14:34:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a24b91bdce5b46e9884d857e22cdebe1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a24b91bdce5b46e9884d857e22cdebe1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a24b91bdce5b46e9884d857e22cdebe1.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: reviewfb-policy.com
Registry Domain ID: 2538260330_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-15T13:28:05.00Z
Registrar Registration Expiration Date: 2021-06-15T13:28:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fc08fe9a1e4c430f96cd313ed6b4be80.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fc08fe9a1e4c430f96cd313ed6b4be80.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fc08fe9a1e4c430f96cd313ed6b4be80.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

Exhibit 13

1.      1nstagram.com
2.      1nstagram.network
3.      artistsoninstagram.com
4.      basenjisofinstagram.com
5.      best-app-for-more-instagram-followers.club
6.      best-instagram-marketing.club
7.      best-instagram.club
8.      bestinstagrambio.com
9.      bestofinstagram.com
10.     buy-instagram-follower.com
11.     buyfollowersforinstagram.com
12.     buyinstagramfollow.com
13.     buyinstagramfollowers.biz
14.     buyinstagramfollowers22.com
15.     buyinstagramfollowers365.com
16.     buyinstagramfollowersreview.org
17.     buyinstagramlikes.io
18.     buyinstagramlikesnow.com
19.     buyinstagramverificationbadge.com
20.     buyinstagramviews.org
21.     buyinstagramviews.website
22.     buymoreinstagramsfollowers.com
23.     byinstagramfollowers.com
24.     carsofinstagram.com
25.     cdninstagram.download
26.     cdninstagram.webcam
27.     cheapinstagram.website
28.     comeaumentarefollowersuinstagram.com
29.     copyrgiht-lnstagram-form-2020.com
30.     cryptoinstagram.com
31.     cuentainstagram.com
32.     curatedinstagram.com
33.     custominstagramtshirt.com
34.     ddinstagram.com
35.     download-instagram.com
36.     downloadinstagramvideo.online
37.     dublininstagramtours.com
38.     dublinstagram.com
39.     email-lnstagram.com
40.     fakeinstagramfollowers.com
41.     filtriperinstagram.com
42.     filtroinstagram.com
43.     follow-instagram.com

44. follow-instagram.website
45. followerforinstagram.com
46. frameinstagram.com
47. frasesparainstagram.com
48. free-instagram-downloader.com
49. freeinstagramfollowers.co
50. freeinstagramfollowers.net
51. freeinstagramfollowers.org
52. freeinstagramfollowers.website
53. freeinstagramfollowers.xyz
54. funnyinstagramcaptions.com
55. gbinstagram.club
56. get-followers-instagram.best
57. getrealinstagramfollowers.net
58. getverifiedinstagram.com
59. ghostyforinstagram.com
60. go-copyrightform-lnstagram.com
61. hackanyinstagram.com
62. hackeninstagram.com
63. hackinganinstagram.com
64. hainstagram.com
65. helpfor-lnstagram.com
66. helpinstagram.live
67. helpinstagrm.com
68. heyinstagram.website
69. higherorlowerinstagram.com
70. highticketinstagram.com
71. howtodownloadinstagramvideos.net
72. ibnstagram.com
73. idothingsoninstagram.com
74. iforinstagram.com
75. igniteyourinstagram.com
76. ihnstagram.com
77. ihstagram.com
78. ijnstagram.com
79. imnstagram.com
80. indstagram.com
81. inestagram.com
82. inestagram.live
83. inrstagram.com
84. insftagram.com
85. inshagram.com
86. inshtagram.com

87.     insrtagram.com
88.     inst4gram.com
89.     insta-agram.com
90.     insta-grammy.app
91.     instaagram.website
92.     instaagram.xyz
93.     instabgram.com
94.     instabram.com
95.     instaegram.com
96.     instafgram.com
97.     instagdram.com
98.     instagfam.com
99.     instaggram.icu
100.    instagr.me
101.    instagraam.club
102.    instagraam.icu
103.    instagraam.online
104.    instagrakm.com
105.    instagram-account.site
106.    instagram-com.biz
107.    instagram-copyright-supports.com
108.    instagram-copyright.center
109.    instagram-customer.xyz
110.    instagram-dl.com
111.    instagram-download.pictures
112.    instagram-en.online
113.    instagram-fb.com
114.    instagram-filters.com
115.    instagram-filters.net
116.    instagram-girls.services
117.    instagram-girlservices.digital
118.    instagram-login.site
119.    instagram-lux.com
120.    instagram-mail.host
121.    instagram-owl.network
122.    instagram-planner.com
123.    instagram-spy.online
124.    instagram-support.net
125.    instagram-supportcenter.com
126.    instagram-vi.com
127.    instagram-video.download
128.    instagram-video.xyz
129.    instagram.uno

130.  instagram123.site
131.  instagram50.club
132.  instagram8.com
133.  instagram80.com
134.  instagramabletours.com
135.  instagramanalyticstool.com
136.  instagramanet.com
137.  instagramap.com
138.  instagramaphone.com
139.  instagramapk.org
140.  instagramapps.com
141.  instagramarketing.com
142.  instagramator.org
143.  instagramautofollower.com
144.  instagramautoliker.com
145.  instagramavailability.com
146.  instagrambikinis.com
147.  instagramblog.net
148.  instagrambo.com
149.  instagrambread.com
150.  instagrambuddys.com
151.  instagrambundle.com
152.  instagrambusinessmanager.com
153.  instagrambuzz.net
154.  instagramcaption.website
155.  instagramcbdgummies.com
156.  instagramcdn.com
157.  instagramcekilisuygulamasi.com
158.  instagramcelebrities.com
159.  instagramcelebrity.com
160.  instagramcenter.online
161.  instagramchick.com
162.  instagramchris.com
163.  instagramclone.net
164.  instagramcloser.com
165.  instagramcom-bonus.net
166.  instagramcommunity.com
167.  instagramcontact.online
168.  instagramcopyright.online
169.  instagramcopyright.site
170.  instagramcopyright.website
171.  instagramcopyrightappeal.com
172.  instagramcopyrightcenter.website

173. instagramcopyrightfeedback.com
174. instagramcopyrightinfringement.com
175. instagramcopyrights.icu
176. instagramcopyrightsupport.site
177. instagramcreatorscamp.com
178. instagramdeck.com
179. instagramdmblast.com
180. instagramdominator.com
181. instagramdown.net
182. instagramdownloader.website
183. instagramdownloadvideo.com
184. instagramemailscraper.com
185. instagramentor.com
186. instagramers.pro
187. instagramfaqs.com
188. instagramfeedback.center
189. instagramfeedbackcenter.com
190. instagramfollowers.party
191. instagramfollowersadder.com
192. instagramfollowersfree.net
193. instagramfollowerz.xyz
194. instagramfonts.website
195. instagramforpc.org
196. instagramfotodownload.com
197. instagramfreefllowers.best
198. instagramgiris.website
199. instagramgladiators.com
200. instagramglobal.support
201. instagramglobalcenter.com
202. instagramglobalsupport.com
203. instagramglobalsupport.info
204. instagramglobalsupport.net
205. instagramglobalsupport.site
206. instagramgrowthpro.com
207. instagramhashtags.com
208. instagramhelp.live
209. instagramhelpcenter.club
210. instagramhelpcentre.club
211. instagramhelpverify.com
212. instagramhiddensecrets.com
213. instagramification.com
214. instagramignite.com
215. instagramigtv.org

216. instagramindonesia.fun
217. instagraminfluencer.club
218. instagraminfluencersummit.com
219. instagramisreallife.com
220. instagramkit.com
221. instagramkurdu.com
222. instagramlead.com
223. instagramlist.com
224. instagramlogin.online
225. instagramlogin.org
226. instagramlogin.site
227. instagramlucrativo.com
228. instagrammablehotels.com
229. instagrammarketingonline.com
230. instagrammarketingsecrets.club
231. instagrammingperfect.com
232. instagrammms.com
233. instagrammodels.net
234. instagrammultifeeder.com
235. instagramnamechecker.com
236. instagramnitro.com
237. instagramnycs.club
238. instagramopulent.com
239. instagramparapc.info
240. instagramperfect.com
241. instagrampickup.com
242. instagramprivateprofileviewer.com
243. instagramprofileviewer.com
244. instagrampromo.com
245. instagrampt.site
246. instagrampubgtournament.website
247. instagramqq.com
248. instagramqq.net
249. instagramrevolutionsystem.com
250. instagrams.org
251. instagramsalesacademy.com
252. instagramsavy.com
253. instagramsender.site
254. instagramshaderoom.xyz
255. instagramshiddensecrets.com
256. instagramshoping.xyz
257. instagramshoutout.com
258. instagramspy.info

259.  instagramstopmodel.com
260.  instagramstories.org
261.  instagramstories.pro
262.  instagramstoryviewer.net
263.  instagramsuccesssummit.com
264.  instagramsupport.org
265.  instagramsupport.site
266.  instagramsupport.website
267.  instagramsupportcenter.info
268.  instagramsupportservice.site
269.  instagramsupremacy.com
270.  instagramtakipci.info
271.  instagramtechk.com
272.  instagramthailand.com
273.  instagramtiktokinfo.com
274.  instagramtop50.com
275.  instagramtrend.xyz
276.  instagramty.com
277.  instagramverify.services
278.  instagramview.club
279.  instagramviewers.com
280.  instagramviral.com
281.  instagramwebs.com
282.  instagramwish.com
283.  instagramwishlist.com
284.  instagramyourevents.com
285.  instagrawm.com
286.  instagrom.org
287.  instainstagramlikes.com
288.  instantgrams.org
289.  instantinstagram.com
290.  instantinstagramfollowers.com
291.  instaqram.net
292.  instaqramsupportt.com
293.  instatogram.xyz
294.  instavgram.com
295.  instawgram.com
296.  insteegram.store
297.  instergram.net
298.  instfagram.com
299.  instgram-lk.xyz
300.  insthagram.com
301.  instigram.xyz

302. instogram.club
303. instogram.pro
304. instogram.xyz
305. instqagram.com
306. instragram.app
307. instragram.xyz
308. instragramuser.xyz
309. instwgram.com
310. insxtagram.com
311. ip-instagram.com
312. iraninstagram.com
313. japaninstagramwalk.com
314. jinstagram.com
315. johnhebertinstagram.com
316. killerinstagramads.com
317. larutadelinstagram.com
318. leinstagram.com
319. lifetimeoninstagram.com
320. likesinstagram.com
321. lnsta-gram-me.com
322. lnstagram-accounts.com
323. lnstagram-confirm.help
324. lnstagram-copyrightcenter.com
325. lnstagram-email.com
326. lnstagram-help.services
327. lnstagram-mail.host
328. lnstagram-support-team.com
329. lnstagram-support.site
330. lnstagram-supportlive.com
331. lnstagram-verify.info
332. lnstagram.rest
333. lnstagram.tech
334. lnstagrambusinesshelp.com
335. lnstagramclient.com
336. lnstagramclientsupport.com
337. lnstagramcopyrights.online
338. lnstagramhelp-center.com
339. lnstagramhelp-service.com
340. lnstagramhelpsecurity.com
341. lnstagramn.com
342. lnstagrampartner-support.com
343. lnstagrampartnersbusiness.com
344. lnstagrams.site

345. lnstagramsecurityservice.com
346. lnstagramservice.host
347. lnstagramsupportlive.com
348. lnstagramsupports.online
349. lnstagramverifyaccountshelps.com
350. login-instagram.live
351. lombafotoinstagram.com
352. longislandinstagram.com
353. mail-instagram.space
354. mailx-lnstagram.com
355. minneapolisinstagram.com
356. mninstagram.com
357. myinstagramstats.com
358. myreportsforinstagram.com
359. nextinstagramtechk.com
360. notifications-for-instagram.com
361. panelinstagram.com
362. parainstagramers.com
363. parkcityoninstagram.com
364. partyinstagram.com
365. petsofinstagram.com
366. phanmeminstagram.com
367. pinstagram.xyz
368. pinstagramparty.com
369. pinstagrams.com
370. piratercompteinstagram.xyz
371. printinstagramphotos.com
372. puppiesofinstagram.com
373. purchaseinstagramfollowers.com
374. purchaseinstagramsfollowers.com
375. rafelmayolinstagram.com
376. realhousecatsofinstagram.com
377. realinstagramhack.com
378. reportsparainstagram.com
379. saveinstagramvideo.com
380. scheduleinstagrampostsfree.com
381. secured-lnstagram.com
382. securedlogin-lnstagram.com
383. security-instagram.email
384. seeprivateinstagram.online
385. sexinstagram.app
386. sexy-instagram.com
387. share-instagram.com

388. shopinstagram.app
389. shopinstagram.com
390. skinstagramer.com
391. socialviewforinstagram.com
392. stalkerforinstagram.com
393. stalkersforinstagram.com
394. supporto-instagram.info
395. thebusinessofinstagram.com
396. theinstagrambundle.com
397. tninstagram.com
398. ukinstagramgirls.online
399. uninstagrammable.com
400. urbaninstagram.com
401. verified-lnstagram.com
402. viewinstagramprofile.com
403. viewprivateinstagram.com
404. vzlom-akkaunta-instagram.icu
405. vzlom-instagram.icu
406. wastedinstagram.com
407. weblogin-instagram.com
408. whoblockedmeoninstagram.com
409. writersofinstagram.com
410. xn--nstaram-yya574a.com
411. xprofileforinstagram.com
412. xxxinstagram.com

Exhibit 14

```
Domain name: 1nstagram.com
Registry Domain ID: 1715086035_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-22T15:56:21.87Z
Creation Date: 2012-04-21T22:54:41.00Z
Registrar Registration Expiration Date: 2021-04-21T22:54:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 063a2e0291144271b79249c286278b39.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 063a2e0291144271b79249c286278b39.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 063a2e0291144271b79249c286278b39.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: 1nstagram.network
Registry Domain ID: 8b5812d539ae40efa9d26f23fd75d68a-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-23T05:51:25Z
Creation Date: 2019-04-17T21:46:19Z
Registry Expiry Date: 2021-04-17T21:46:19Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: emma.ns.cloudflare.com
Name Server: cash.ns.cloudflare.com
```

```
Domain name: artistsoninstagram.com
Registry Domain ID: 2433160774_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-15T05:37:40.87Z
Creation Date: 2019-09-14T09:08:28.00Z
Registrar Registration Expiration Date: 2021-09-14T09:08:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5f60e5137afa41c386c0c09643903b2e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5f60e5137afa41c386c0c09643903b2e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5f60e5137afa41c386c0c09643903b2e.protect@whoisguard.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
```

```
Domain name: basenjisofinstagram.com
Registry Domain ID: 2268267427_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-04-12T18:42:20.00Z
Creation Date: 2018-05-27T02:57:46.00Z
Registrar Registration Expiration Date: 2021-05-27T02:57:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 28ce3ff6a04d44f9b473990f35b0da87.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 28ce3ff6a04d44f9b473990f35b0da87.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 28ce3ff6a04d44f9b473990f35b0da87.protect@whoisguard.com
Name Server: ns27.domaincontrol.com
Name Server: ns28.domaincontrol.com
```

```
Domain Name: best-app-for-more-instagram-followers.club
Registry Domain ID: DDD92FA25BA8644B9A30ABF9F03AE2C7B-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-23T15:11:19Z
Creation Date: 2019-11-23T15:03:01Z
Registry Expiry Date: 2020-11-23T15:03:01Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: best-instagram-marketing.club
Registry Domain ID: D97E37AF5CA94463A947653442C4660AD-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-23T15:11:19Z
Creation Date: 2019-11-23T15:03:00Z
Registry Expiry Date: 2020-11-23T15:03:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: best-instagram.club
Registry Domain ID: DDFD3E4327C794F7E84D0D9BC023B56C3-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-23T15:11:28Z
Creation Date: 2019-11-23T15:03:01Z
Registry Expiry Date: 2020-11-23T15:03:01Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: bestinstagrambio.com
Registry Domain ID: 2495921512_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-23T15:37:11.00Z
Registrar Registration Expiration Date: 2021-02-23T15:37:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 01449b64615a4bb6bc4f33c7c6408122.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 01449b64615a4bb6bc4f33c7c6408122.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 01449b64615a4bb6bc4f33c7c6408122.protect@whoisguard.com
Name Server: algin.ns.cloudflare.com
Name Server: alice.ns.cloudflare.com
```

```
Domain name: bestofinstagram.com
Registry Domain ID: 2462826786_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-03T06:32:33.33Z
Creation Date: 2019-12-03T13:47:10.00Z
Registrar Registration Expiration Date: 2021-12-03T13:47:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cad1ea462fb647dcab52c7484a40c60f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cad1ea462fb647dcab52c7484a40c60f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cad1ea462fb647dcab52c7484a40c60f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buy-instagram-follower.com
Registry Domain ID: 2404114767_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-20T06:13:01.88Z
Creation Date: 2019-06-19T20:43:58.00Z
Registrar Registration Expiration Date: 2021-06-19T20:43:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e679f83c58c44332999aeccea663b09f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e679f83c58c44332999aeccea663b09f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e679f83c58c44332999aeccea663b09f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buyfollowersforinstagram.com
Registry Domain ID: 1819172362_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-24T13:26:49.69Z
Creation Date: 2013-08-01T23:06:18.00Z
Registrar Registration Expiration Date: 2021-08-01T23:06:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5f630ca16be34c2a96cbfd5f32db765b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5f630ca16be34c2a96cbfd5f32db765b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5f630ca16be34c2a96cbfd5f32db765b.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: buyinstagramfollow.com
Registry Domain ID: 2192494541_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-25T16:21:48.47Z
Creation Date: 2017-11-26T20:44:31.00Z
Registrar Registration Expiration Date: 2020-11-26T20:44:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dfe67c0b38734df8b87ac31e9573ec62.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dfe67c0b38734df8b87ac31e9573ec62.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dfe67c0b38734df8b87ac31e9573ec62.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

Domain Name: buyinstagramfollowers.biz
Registry Domain ID: D49988836-BIZ
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-17T08:25:34Z
Creation Date: 2012-05-17T16:13:44Z
Registry Expiry Date: 2023-05-16T23:59:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com

```
Domain name: buyinstagramfollowers22.com
Registry Domain ID: 2304771224_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-31T05:17:33.00Z
Creation Date: 2018-09-01T06:01:21.00Z
Registrar Registration Expiration Date: 2021-09-01T06:01:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f6007cd065cd468295897c95c31694ed.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f6007cd065cd468295897c95c31694ed.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f6007cd065cd468295897c95c31694ed.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buyinstagramfollowers365.com
Registry Domain ID: 2222239987_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-21T08:30:47.30Z
Creation Date: 2018-02-02T15:52:30.00Z
Registrar Registration Expiration Date: 2022-02-02T15:52:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8046164eb7614c73bb87ee7f59527218.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8046164eb7614c73bb87ee7f59527218.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8046164eb7614c73bb87ee7f59527218.protect@whoisguard.com
Name Server: brett.ns.cloudflare.com
Name Server: tricia.ns.cloudflare.com
```

```
Domain Name: BUYINSTAGRAMFOLLOWERSREVIEW.ORG
Registry Domain ID: D168607578-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-04T06:00:47Z
Creation Date: 2013-05-04T05:19:58Z
Registry Expiry Date: 2021-05-04T05:19:58Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: buyinstagramlikes.io
Registry Domain ID: D503300000129700238-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-15T18:40:25.23Z
Creation Date: 2018-08-31T12:04:24.00Z
Registrar Registration Expiration Date: 2022-08-31T12:04:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3fed03f3404345598d93dd992809aede.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3fed03f3404345598d93dd992809aede.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3fed03f3404345598d93dd992809aede.protect@whoisguard.com
Name Server: amanda.ns.cloudflare.com
Name Server: luke.ns.cloudflare.com
```

```
Domain name: buyinstagramlikesnow.com
Registry Domain ID: 2402710276_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-16T06:11:09.73Z
Creation Date: 2019-06-15T19:43:32.00Z
Registrar Registration Expiration Date: 2021-06-15T19:43:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd0cbd9c7aae411cafc9f41720ced0df.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd0cbd9c7aae411cafc9f41720ced0df.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd0cbd9c7aae411cafc9f41720ced0df.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: buyinstagramverificationbadge.com
Registry Domain ID: 2303448106_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-07T01:02:52.01Z
Creation Date: 2018-08-28T19:41:32.00Z
Registrar Registration Expiration Date: 2021-08-28T19:41:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b0d1df9c02614068872428cd313d7c0f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b0d1df9c02614068872428cd313d7c0f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b0d1df9c02614068872428cd313d7c0f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: BUYINSTAGRAMVIEWS.ORG
Registry Domain ID: D402200000011250419-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-03T09:05:46Z
Creation Date: 2019-08-24T12:16:53Z
Registry Expiry Date: 2021-08-24T12:16:53Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.OWNSPEECH.COM
Name Server: NS2.OWNSPEECH.COM
```

```
Domain Name: BUYINSTAGRAMVIEWS.WEBSITE
Registry Domain ID: D94999704-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-14T08:31:57.0Z
Creation Date: 2019-02-28T10:14:38.0Z
Registry Expiry Date: 2021-02-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: buymoreinstagramsfollowers.com
Registry Domain ID: 2362042723_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-15T10:09:13.01Z
Creation Date: 2019-02-19T07:59:08.00Z
Registrar Registration Expiration Date: 2021-02-19T07:59:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f93b2dfc7140442b94497ce813959c7c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f93b2dfc7140442b94497ce813959c7c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f93b2dfc7140442b94497ce813959c7c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: byinstagramfollowers.com
Registry Domain ID: 2486762613_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-31T08:57:35.00Z
Registrar Registration Expiration Date: 2021-01-31T08:57:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b8f925a34db44d91ab8a0348e389628a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b8f925a34db44d91ab8a0348e389628a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b8f925a34db44d91ab8a0348e389628a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: carsofinstagram.com
Registry Domain ID: 2433161808_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-15T05:37:44.38Z
Creation Date: 2019-09-14T09:29:25.00Z
Registrar Registration Expiration Date: 2021-09-14T09:29:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dacebaf69ce543acbaeb1ad18b902a57.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dacebaf69ce543acbaeb1ad18b902a57.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dacebaf69ce543acbaeb1ad18b902a57.protect@whoisguard.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
```

```
Domain Name: cdninstagram.download
Registry Domain ID: D72BF969369AB428E9F621AA075BFF426-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-02-23T12:49:27Z
Creation Date: 2018-02-13T15:28:40Z
Registry Expiry Date: 2020-02-13T15:28:40Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ashley.ns.cloudflare.com
Name Server: ian.ns.cloudflare.com
```

```
Domain Name: cdninstagram.webcam
Registry Domain ID: D98A71A2B1690465D8EF5F10F0A506F9E-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-19T06:03:56Z
Creation Date: 2018-02-13T15:28:20Z
Registry Expiry Date: 2021-02-13T15:28:20Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: CHEAPINSTAGRAM.WEBSITE
Registry Domain ID: D173887589-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-04T03:24:15.0Z
Creation Date: 2020-02-24T15:03:30.0Z
Registry Expiry Date: 2021-02-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: comeaumentarefollowersuinstagram.com
Registry Domain ID: 2248109585_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-06T05:59:27.80Z
Creation Date: 2018-04-05T08:37:06.00Z
Registrar Registration Expiration Date: 2021-04-05T08:37:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c5152430f8d45abae0e47655a20dade.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c5152430f8d45abae0e47655a20dade.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c5152430f8d45abae0e47655a20dade.protect@whoisguard.com
Name Server: ns1.shoplowcost.eu
Name Server: ms2.shoplowcost.eu
```

```
Domain name: copyrgiht-lnstagram-form-2020.com
Registry Domain ID: 2548210252_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-23T22:35:19.00Z
Registrar Registration Expiration Date: 2021-07-23T22:35:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6a3d5303eb95436da04ac7195ce888fb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6a3d5303eb95436da04ac7195ce888fb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6a3d5303eb95436da04ac7195ce888fb.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: cryptoinstagram.com
Registry Domain ID: 2188245357_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2017-12-30T17:51:20.00Z
Creation Date: 2017-11-17T03:08:41.00Z
Registrar Registration Expiration Date: 2019-11-17T03:08:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: renewPeriod https://icann.org/epp#renewPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e8d215849cd14638a7a3e5ab047420e7.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: cuentainstagram.com
Registry Domain ID: 2413752796_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-08T15:01:13.09Z
Creation Date: 2019-07-17T14:08:17.00Z
Registrar Registration Expiration Date: 2021-07-17T14:08:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c0549268f4941dd9e8de87935d291f2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c0549268f4941dd9e8de87935d291f2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c0549268f4941dd9e8de87935d291f2.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: curatedinstagram.com
Registry Domain ID: 1918880982_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-13T06:14:52.44Z
Creation Date: 2015-04-12T00:27:10.00Z
Registrar Registration Expiration Date: 2021-04-12T00:27:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d3b99af77dbe41ebbaddc4f06bb28e5e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d3b99af77dbe41ebbaddc4f06bb28e5e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d3b99af77dbe41ebbaddc4f06bb28e5e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: custominstagramtshirt.com
Registry Domain ID: 2392128445_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-18T06:14:33.11Z
Creation Date: 2019-05-18T05:38:13.00Z
Registrar Registration Expiration Date: 2021-05-18T05:38:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8472c729e2d84b009f9f385dd7fe544e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8472c729e2d84b009f9f385dd7fe544e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8472c729e2d84b009f9f385dd7fe544e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ddinstagram.com
Registry Domain ID: 2481284197_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-17T17:15:10.00Z
Registrar Registration Expiration Date: 2021-01-17T17:15:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5f9735b549664dbe991a8bdd7f375000.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5f9735b549664dbe991a8bdd7f375000.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5f9735b549664dbe991a8bdd7f375000.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: download-instagram.com
Registry Domain ID: 2496298881_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-24T17:37:38.00Z
Registrar Registration Expiration Date: 2021-02-24T17:37:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 764640a62ee84b99861540ac3d126510.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 764640a62ee84b99861540ac3d126510.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 764640a62ee84b99861540ac3d126510.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: DOWNLOADINSTAGRAMVIDEO.ONLINE
Registry Domain ID: D135928690-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-10-15T11:06:39.0Z
Creation Date: 2019-10-16T16:30:14.0Z
Registry Expiry Date: 2021-10-16T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: dublininstagramtours.com
Registry Domain ID: 2399218361_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-06-06T14:15:12.00Z
Registrar Registration Expiration Date: 2021-06-06T14:15:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ac4f0baf359245f3b77be81a0a23100e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ac4f0baf359245f3b77be81a0a23100e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ac4f0baf359245f3b77be81a0a23100e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: dublinstagram.com
Registry Domain ID: 2399218360_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-06-06T14:15:12.00Z
Registrar Registration Expiration Date: 2021-06-06T14:15:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 87104347fcdc41018fba20695eb006d8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 87104347fcdc41018fba20695eb006d8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 87104347fcdc41018fba20695eb006d8.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: email-lnstagram.com
Registry Domain ID: 2526729687_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-16T17:46:34.00Z
Registrar Registration Expiration Date: 2021-05-16T17:46:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2050aea6342f4d99b89e65956f461c99.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2050aea6342f4d99b89e65956f461c99.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2050aea6342f4d99b89e65956f461c99.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: fakeinstagramfollowers.com
Registry Domain ID: 1832112972_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-22T06:57:04.17Z
Creation Date: 2013-10-22T19:38:03.00Z
Registrar Registration Expiration Date: 2021-10-22T19:38:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1994ed73a04b4b1e846485c474c6c5fc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1994ed73a04b4b1e846485c474c6c5fc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1994ed73a04b4b1e846485c474c6c5fc.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: filtriperinstagram.com
Registry Domain ID: 2495183552_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T11:45:45.00Z
Registrar Registration Expiration Date: 2021-02-21T11:45:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: de6cce778a8f4d779b8937659ff91cef.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: de6cce778a8f4d779b8937659ff91cef.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: de6cce778a8f4d779b8937659ff91cef.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: filtroinstagram.com
Registry Domain ID: 2495183551_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T11:45:45.00Z
Registrar Registration Expiration Date: 2021-02-21T11:45:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 65ee6c91123645b6b28ae1c3dba25b69.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 65ee6c91123645b6b28ae1c3dba25b69.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 65ee6c91123645b6b28ae1c3dba25b69.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: follow-instagram.com
Registry Domain ID: 2365646056_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-21T05:15:25.00Z
Creation Date: 2019-03-02T22:22:45.00Z
Registrar Registration Expiration Date: 2021-03-02T22:22:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6313dba4ab4041019f51edb67e63aac3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6313dba4ab4041019f51edb67e63aac3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6313dba4ab4041019f51edb67e63aac3.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: FOLLOW-INSTAGRAM.WEBSITE
Registry Domain ID: D173082099-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:28:40.0Z
Creation Date: 2020-02-24T04:22:48.0Z
Registry Expiry Date: 2021-02-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: followerforinstagram.com
Registry Domain ID: 2484043003_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-24T07:12:53.00Z
Registrar Registration Expiration Date: 2021-01-24T07:12:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6351b49ef04b4dd884778930fc81b59f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6351b49ef04b4dd884778930fc81b59f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6351b49ef04b4dd884778930fc81b59f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: frameinstagram.com
Registry Domain ID: 2405256381_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-24T06:13:58.78Z
Creation Date: 2019-06-23T02:34:56.00Z
Registrar Registration Expiration Date: 2021-06-23T02:34:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: frasesparainstagram.com
Registry Domain ID: 2053223469_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-18T21:20:19.71Z
Creation Date: 2016-08-18T05:24:30.00Z
Registrar Registration Expiration Date: 2021-08-18T05:24:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ee7f4631de5b4e4ebd178e449da50718.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ee7f4631de5b4e4ebd178e449da50718.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ee7f4631de5b4e4ebd178e449da50718.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: free-instagram-downloader.com
Registry Domain ID: 1986356907_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-09T06:39:11.15Z
Creation Date: 2015-12-09T06:48:18.00Z
Registrar Registration Expiration Date: 2021-12-09T06:48:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1012cb440ad74c018b85e5caf5658a43.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1012cb440ad74c018b85e5caf5658a43.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1012cb440ad74c018b85e5caf5658a43.protect@whoisguard.com
Name Server: ns1.linode.com
Name Server: ns2.linode.com
Name Server: ns3.linode.com
Name Server: ns4.linode.com
Name Server: ns5.linode.com
```

```
Domain Name: freeinstagramfollowers.co
Registry Domain ID: D6ED5003F80F54410BB9F6F3B66FA2BCB-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-05T22:01:08Z
Creation Date: 2019-10-31T22:01:05Z
Registry Expiry Date: 2020-10-31T22:01:05Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: expired
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: fryslan
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: NL
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.parkcol.neustar.biz
Name Server: ns2.parkcol.neustar.biz
```

```
Domain name: freeinstagramfollowers.net
Registry Domain ID: 2068474115_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-18T07:29:44.29Z
Creation Date: 2016-10-24T09:08:53.00Z
Registrar Registration Expiration Date: 2021-10-24T09:08:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 92d37e41ff704b5bb100e8b528845f9f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 92d37e41ff704b5bb100e8b528845f9f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 92d37e41ff704b5bb100e8b528845f9f.protect@whoisguard.com
Name Server: kay.ns.cloudflare.com
Name Server: pablo.ns.cloudflare.com
```

```
Domain Name: FREEINSTAGRAMFOLLOWERS.ORG
Registry Domain ID: D173908456-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-18T08:33:21Z
Creation Date: 2014-09-11T10:30:57Z
Registry Expiry Date: 2021-09-11T10:30:57Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: KAY.NS.CLOUDFLARE.COM
Name Server: PABLO.NS.CLOUDFLARE.COM
```

```
Domain Name: FREEINSTAGRAMFOLLOWERS.WEBSITE
Registry Domain ID: D107474656-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-09-29T06:42:33.0Z
Creation Date: 2019-06-11T11:59:00.0Z
Registry Expiry Date: 2021-06-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ADAM.NS.CLOUDFLARE.COM
Name Server: MARY.NS.CLOUDFLARE.COM
```

```
Domain Name: FREEINSTAGRAMFOLLOWERS.XYZ
Registry Domain ID: D147504171-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-25T07:55:30.0Z
Creation Date: 2019-11-25T07:52:18.0Z
Registry Expiry Date: 2021-11-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: funnyinstagramcaptions.com
Registry Domain ID: 2337254850_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-03T09:18:38.77Z
Creation Date: 2018-11-27T06:46:29.00Z
Registrar Registration Expiration Date: 2020-11-27T06:46:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 228fc647507140a5a4f85c813852e54b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 228fc647507140a5a4f85c813852e54b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 228fc647507140a5a4f85c813852e54b.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: gbinstagram.club
Registry Domain ID: D63938C67A4F0447B959DEE82E9B5B1B4-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-29T10:44:18Z
Creation Date: 2019-11-29T10:38:39Z
Registry Expiry Date: 2020-11-29T10:38:39Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain Name: GET-FOLLOWERS-INSTAGRAM.BEST
Registry Domain ID: D148880041-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-30T11:14:32.0Z
Creation Date: 2019-11-30T03:46:26.0Z
Registry Expiry Date: 2020-11-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: getrealinstagramfollowers.net
Registry Domain ID: 2495908902_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-23T11:31:30.00Z
Registrar Registration Expiration Date: 2021-02-23T11:31:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 35ce51c4d0f44d48b0c742465fd4724f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 35ce51c4d0f44d48b0c742465fd4724f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 35ce51c4d0f44d48b0c742465fd4724f.protect@whoisguard.com
Name Server: ns5.hawkhost.com
Name Server: ns6.hawkhost.com
```

```
Domain name: getverifiedinstagram.com
Registry Domain ID: 2474991154_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-02T13:02:53.00Z
Registrar Registration Expiration Date: 2021-01-02T13:02:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 039522e47cd74c53a9b420425a08140c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 039522e47cd74c53a9b420425a08140c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 039522e47cd74c53a9b420425a08140c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ghostyforinstagram.com
Registry Domain ID: 2459394944_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-25T00:48:55.00Z
Registrar Registration Expiration Date: 2020-11-25T00:48:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f0cdbf9d3e3460581ac4ceab0c59e8d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f0cdbf9d3e3460581ac4ceab0c59e8d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f0cdbf9d3e3460581ac4ceab0c59e8d.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: go-copyrightform-lnstagram.com
Registry Domain ID: 2548212948_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-23T23:14:08.00Z
Registrar Registration Expiration Date: 2021-07-23T23:14:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 68a9c9af6d4f43bfb6cc4a0a3441bb58.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 68a9c9af6d4f43bfb6cc4a0a3441bb58.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 68a9c9af6d4f43bfb6cc4a0a3441bb58.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: hackanyinstagram.com
Registry Domain ID: 2344613340_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-18T20:51:40.00Z
Creation Date: 2018-12-18T20:51:40.00Z
Registrar Registration Expiration Date: 2019-12-18T20:51:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f1ce78544de4ae092dc8c158b2e4dd8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: hackeninstagram.com
Registry Domain ID: 2462345288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-28T20:28:09.24Z
Creation Date: 2019-12-01T22:11:37.00Z
Registrar Registration Expiration Date: 2021-12-01T22:11:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: RenewPeriod https://icann.org/epp#RenewPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 804ba2ab09a4472bac1e3d5c7c8f5ab6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 804ba2ab09a4472bac1e3d5c7c8f5ab6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 804ba2ab09a4472bac1e3d5c7c8f5ab6.protect@whoisguard.com
Name Server: ns1.txpro17.fcomet.com
Name Server: ns2.txpro17.fcomet.com
```

```
Domain name: hackinganinstagram.com
Registry Domain ID: 2259545343_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-05-04T17:12:35.00Z
Creation Date: 2018-05-03T10:45:42.00Z
Registrar Registration Expiration Date: 2019-05-03T10:45:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fe8027fa789140358dcc105ffa31d492.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: hainstagram.com
Registry Domain ID: 2486310918_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-30T00:06:11.00Z
Registrar Registration Expiration Date: 2021-01-30T00:06:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 72eda343b453477c9959e41a6b37762f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 72eda343b453477c9959e41a6b37762f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 72eda343b453477c9959e41a6b37762f.protect@whoisguard.com
Name Server: dawn.ns.cloudflare.com
Name Server: jarred.ns.cloudflare.com
```

```
Domain name: helpfor-lnstagram.com
Registry Domain ID: 2543417489_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-02T21:07:13.00Z
Registrar Registration Expiration Date: 2021-07-02T21:07:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8e9cdee16b6e4e5f8f674b22db0075c2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8e9cdee16b6e4e5f8f674b22db0075c2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8e9cdee16b6e4e5f8f674b22db0075c2.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: helpinstagram.live
Registry Domain ID: 6fe07f3f064f4c91b1bbdec5e03ae015-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-06-08T01:17:28Z
Creation Date: 2020-02-09T09:59:19Z
Registry Expiry Date: 2021-02-09T09:59:19Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.enucuzhosting.com
Name Server: ns2.enucuzhosting.com
```

```
Domain name: helpinstagrm.com
Registry Domain ID: 2546205956_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-15T16:06:55.00Z
Registrar Registration Expiration Date: 2021-07-15T16:06:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Name Server: ns1.noticiasmanizales.com
Name Server: ns2.noticiasmanizales.com
```

```
Domain Name: HEYINSTAGRAM.WEBSITE
Registry Domain ID: D171605176-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:22:26.0Z
Creation Date: 2020-02-15T11:38:06.0Z
Registry Expiry Date: 2021-02-15T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: higherorlowerinstagram.com
Registry Domain ID: 2477950535_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-09T15:43:19.00Z
Registrar Registration Expiration Date: 2021-01-09T15:43:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fdfcb7b81dbb4eaca0d33901136326cf.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fdfcb7b81dbb4eaca0d33901136326cf.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fdfcb7b81dbb4eaca0d33901136326cf.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: highticketinstagram.com
Registry Domain ID: 2390991755_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-10T10:07:28.38Z
Creation Date: 2019-05-14T21:57:37.00Z
Registrar Registration Expiration Date: 2021-05-14T21:57:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f4b37f5e52f7461e89ea7869e6b57f87.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f4b37f5e52f7461e89ea7869e6b57f87.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f4b37f5e52f7461e89ea7869e6b57f87.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: howtodownloadinstagramvideos.net
Registry Domain ID: 2498632686_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-01T11:49:03.00Z
Registrar Registration Expiration Date: 2021-03-01T11:49:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7061fa6ef07f430fb3586e007f371c90.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7061fa6ef07f430fb3586e007f371c90.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7061fa6ef07f430fb3586e007f371c90.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ibnstagram.com
Registry Domain ID: 1719387675_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:17:43.00Z
Creation Date: 2012-05-10T12:29:26.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 40b17e9394a04258a8d05d58e33794a4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 40b17e9394a04258a8d05d58e33794a4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 40b17e9394a04258a8d05d58e33794a4.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: idothingsoninstagram.com
Registry Domain ID: 2431742262_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-11T06:20:43.62Z
Creation Date: 2019-09-10T10:57:54.00Z
Registrar Registration Expiration Date: 2021-09-10T10:57:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 603649a494ec43fd87aaa174a2cdff49.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 603649a494ec43fd87aaa174a2cdff49.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 603649a494ec43fd87aaa174a2cdff49.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: iforinstagram.com
Registry Domain ID: 2480806323_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-16T05:16:37.00Z
Registrar Registration Expiration Date: 2021-01-16T05:16:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5bd78c7630a04f1683e2219a648089f9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5bd78c7630a04f1683e2219a648089f9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5bd78c7630a04f1683e2219a648089f9.protect@whoisguard.com
Name Server: ns1.sg7.fcomet.com
Name Server: ns2.sg7.fcomet.com
```

```
Domain name: igniteyourinstagram.com
Registry Domain ID: 2375229411_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-01T06:33:23.07Z
Creation Date: 2019-03-31T18:19:57.00Z
Registrar Registration Expiration Date: 2021-03-31T18:19:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8bf2d4f79b5f4f25a8eafd3ffa314672.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8bf2d4f79b5f4f25a8eafd3ffa314672.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8bf2d4f79b5f4f25a8eafd3ffa314672.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ihnstagram.com
Registry Domain ID: 2478339465_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:39.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5816887364604d4cb88dfd1757e88d3c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5816887364604d4cb88dfd1757e88d3c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5816887364604d4cb88dfd1757e88d3c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ihstagram.com
Registry Domain ID: 1719387695_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:19:49.00Z
Creation Date: 2012-05-10T12:29:28.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6e491a8d5e5448458365118300a23078.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6e491a8d5e5448458365118300a23078.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6e491a8d5e5448458365118300a23078.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: ijnstagram.com
Registry Domain ID: 1719387698_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:16:14.00Z
Creation Date: 2012-05-10T12:29:29.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9d6c70b919c442118571fa0dcd1615c9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9d6c70b919c442118571fa0dcd1615c9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9d6c70b919c442118571fa0dcd1615c9.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: imnstagram.com
Registry Domain ID: 1719387710_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:19:23.00Z
Creation Date: 2012-05-10T12:29:30.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 24fe351681bd4239bf151534dbb2034a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 24fe351681bd4239bf151534dbb2034a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 24fe351681bd4239bf151534dbb2034a.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: indstagram.com
Registry Domain ID: 1719387712_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:22:01.00Z
Creation Date: 2012-05-10T12:29:31.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e3022f3729594722909193b5aee2cc1c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e3022f3729594722909193b5aee2cc1c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e3022f3729594722909193b5aee2cc1c.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: inestagram.com
Registry Domain ID: 1719387719_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:22:01.00Z
Creation Date: 2012-05-10T12:29:32.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 115fc671bcc4449991985d9beaed5c7e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 115fc671bcc4449991985d9beaed5c7e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 115fc671bcc4449991985d9beaed5c7e.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: inestagram.live
Registry Domain ID: 8dbfa1dbb81b413399a7ed127e7fc8d3-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-05-01T15:58:00Z
Creation Date: 2020-04-07T09:04:18Z
Registry Expiry Date: 2021-04-07T09:04:18Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.inestagram.live
Name Server: ns2.inestagram.live
```

```
Domain name: inrstagram.com
Registry Domain ID: 2045498911_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-01T04:18:04.00Z
Creation Date: 2016-07-23T04:20:03.00Z
Registrar Registration Expiration Date: 2021-07-23T04:20:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fde92413c6a5478d91415042b20525a8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fde92413c6a5478d91415042b20525a8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fde92413c6a5478d91415042b20525a8.protect@whoisguard.com
Name Server: ns1.bodis.com
Name Server: ns2.bodis.com
```

```
Domain name: insftagram.com
Registry Domain ID: 2478339464_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:39.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9c877d9eec424b30874ce29580890dd4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9c877d9eec424b30874ce29580890dd4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9c877d9eec424b30874ce29580890dd4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: inshagram.com
Registry Domain ID: 2307367739_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-11T22:08:26.17Z
Creation Date: 2018-09-07T18:30:19.00Z
Registrar Registration Expiration Date: 2021-09-07T18:30:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f7a5cc8a19d446dabc008b08e2a8eac5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f7a5cc8a19d446dabc008b08e2a8eac5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f7a5cc8a19d446dabc008b08e2a8eac5.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: inshtagram.com
Registry Domain ID: 2478339463_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:38.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a29bcbf72c7348bca9ff99dc4aeacb16.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a29bcbf72c7348bca9ff99dc4aeacb16.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a29bcbf72c7348bca9ff99dc4aeacb16.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: insrtagram.com
Registry Domain ID: 1719387739_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:17:57.00Z
Creation Date: 2012-05-10T12:29:41.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 22038c7d432f4fe2b68360f041f58753.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 22038c7d432f4fe2b68360f041f58753.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 22038c7d432f4fe2b68360f041f58753.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: inst4gram.com
Registry Domain ID: 2304755665_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-09-01T01:01:36.00Z
Creation Date: 2018-09-01T01:01:36.00Z
Registrar Registration Expiration Date: 2019-09-01T01:01:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 772e050a78644d979a2f48668ba17afc.protect@whoisguard.com
Name Server: brad.ns.cloudflare.com
Name Server: dora.ns.cloudflare.com
```

```
Domain name: insta-agram.com
Registry Domain ID: 2479586363_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-13T08:06:14.00Z
Registrar Registration Expiration Date: 2021-01-13T08:06:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3de75f6bd0214be392fb9db0c350aeee.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3de75f6bd0214be392fb9db0c350aeee.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3de75f6bd0214be392fb9db0c350aeee.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: insta-grammy.app
Registry Domain ID: 426FE7756-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-05-13T15:51:44Z
Creation Date: 2020-05-08T15:51:44Z
Registry Expiry Date: 2021-05-08T15:51:44Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAAGRAM.WEBSITE
Registry Domain ID: D148557216-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T16:32:50.0Z
Creation Date: 2019-11-28T19:41:53.0Z
Registry Expiry Date: 2020-11-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAAGRAM.XYZ
Registry Domain ID: D201757028-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-10-15T11:05:12.0Z
Creation Date: 2020-09-23T01:00:40.0Z
Registry Expiry Date: 2021-09-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instabgram.com
Registry Domain ID: 1719387740_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:23:10.00Z
Creation Date: 2012-05-10T12:29:42.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ec6029d7445e4df595c7359df3f55984.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ec6029d7445e4df595c7359df3f55984.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ec6029d7445e4df595c7359df3f55984.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: instabram.com
Registry Domain ID: 1719387741_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:25:18.00Z
Creation Date: 2012-05-10T12:29:43.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c00391c9e2a4468986229ddb3431493.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c00391c9e2a4468986229ddb3431493.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c00391c9e2a4468986229ddb3431493.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: instaegram.com
Registry Domain ID: 2455503759_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-15T05:58:26.00Z
Registrar Registration Expiration Date: 2020-11-15T05:58:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 81f84124edc74ea890d0367fb4fb7586.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 81f84124edc74ea890d0367fb4fb7586.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 81f84124edc74ea890d0367fb4fb7586.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instafgram.com
Registry Domain ID: 1719387745_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:24:21.00Z
Creation Date: 2012-05-10T12:29:44.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d50e39c753a644ce9685a7f67021ced5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d50e39c753a644ce9685a7f67021ced5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d50e39c753a644ce9685a7f67021ced5.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: instagdram.com
Registry Domain ID: 2478339460_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:35.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 20faf0749ef34745ab1ff6066acaee78.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 20faf0749ef34745ab1ff6066acaee78.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 20faf0749ef34745ab1ff6066acaee78.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagfam.com
Registry Domain ID: 1719387767_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:27:12.00Z
Creation Date: 2012-05-10T12:29:51.00Z
Registrar Registration Expiration Date: 2021-05-10T12:29:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1f3e7d502ff9464093b48a4a725e5b3f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1f3e7d502ff9464093b48a4a725e5b3f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1f3e7d502ff9464093b48a4a725e5b3f.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: INSTAGGRAM.ICU
Registry Domain ID: D186620994-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:24.0Z
Creation Date: 2020-05-18T02:51:05.0Z
Registry Expiry Date: 2021-05-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.FREEHOSTING.COM
Name Server: NS2.FREEHOSTING.COM
```

```
Domain Name: INSTAGR.ME
Registry Domain ID: D425500000013561341-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-09-29T07:14:54Z
Creation Date: 2017-10-29T00:14:38Z
Registry Expiry Date: 2021-10-29T00:14:38Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.BH-38.WEBHOSTBOX.NET
Name Server: NS2.BH-38.WEBHOSTBOX.NET
```

```
Domain Name: instagraam.club
Registry Domain ID: D8B8C825FAF27417297AD7B62F1AF066A-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-27T00:52:18Z
Creation Date: 2020-04-22T00:52:14Z
Registry Expiry Date: 2021-04-22T00:52:14Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.freehosting.com
Name Server: ns2.freehosting.com
```

```
Domain Name: INSTAGRAAM.ICU
Registry Domain ID: D186617064-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:24.0Z
Creation Date: 2020-05-18T01:50:03.0Z
Registry Expiry Date: 2021-05-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.EPIZY.COM
Name Server: NS2.EPIZY.COM
```

```
Domain Name: INSTAGRAAM.ONLINE
Registry Domain ID: D183416519-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-06T13:39:23.0Z
Creation Date: 2020-04-19T23:51:53.0Z
Registry Expiry Date: 2021-04-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.FREEHOSTING.COM
Name Server: NS2.FREEHOSTING.COM
```

```
Domain name: instagrakm.com
Registry Domain ID: 2478339459_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:34.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ca1e7e73c53448f582ac88e955ff2526.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ca1e7e73c53448f582ac88e955ff2526.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ca1e7e73c53448f582ac88e955ff2526.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAM-ACCOUNT.SITE
Registry Domain ID: D172401324-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-24T10:28:01.0Z
Creation Date: 2020-02-19T21:54:17.0Z
Registry Expiry Date: 2021-02-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: instagram-com.biz
Registry Domain ID: D41BB7C4D5D32462C98E207D5BFBD4673-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-20T14:55:18Z
Creation Date: 2019-11-20T14:50:22Z
Registry Expiry Date: 2020-11-20T14:50:22Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain name: instagram-copyright-supports.com
Registry Domain ID: 2462008546_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-30T22:07:30.00Z
Registrar Registration Expiration Date: 2020-11-30T22:07:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5e95b35f52e64570b2e764dd62760595.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5e95b35f52e64570b2e764dd62760595.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5e95b35f52e64570b2e764dd62760595.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: instagram-copyright.center
Registry Domain ID: 20ed81f73e12441f99161d7e975a256b-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-09-07T21:55:01Z
Creation Date: 2020-01-10T18:06:03Z
Registry Expiry Date: 2021-01-10T18:06:03Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.instagram-copyright.center
Name Server: ns2.instagram-copyright.center
```

```
Domain Name: INSTAGRAM-CUSTOMER.XYZ
Registry Domain ID: D171207831-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:21:57.0Z
Creation Date: 2020-02-14T00:09:13.0Z
Registry Expiry Date: 2021-02-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain name: instagram-dl.com
Registry Domain ID: 2121743165_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-07T06:48:28.00Z
Creation Date: 2017-05-07T22:41:56.00Z
Registrar Registration Expiration Date: 2021-05-07T22:41:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c59f92da4b5d49e5b5d881e5183525ca.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c59f92da4b5d49e5b5d881e5183525ca.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c59f92da4b5d49e5b5d881e5183525ca.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: instagram-download.pictures
Registry Domain ID: f43a0524e3cc40c982806383c2f3a20f-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-10-16T01:34:23Z
Creation Date: 2018-10-11T01:33:41Z
Registry Expiry Date: 2019-10-11T01:33:41Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns3.hostinger.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns4.hostinger.com
```

```
Domain Name: INSTAGRAM-EN.ONLINE
Registry Domain ID: D161732296-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:19:42.0Z
Creation Date: 2020-01-13T12:17:04.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instagram-fb.com
Registry Domain ID: 2286035642_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-16T16:28:03.85Z
Creation Date: 2018-07-15T18:48:12.00Z
Registrar Registration Expiration Date: 2021-07-15T18:48:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c3dcc2c6b1cd4d6f91e14c45dde3aa05.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c3dcc2c6b1cd4d6f91e14c45dde3aa05.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c3dcc2c6b1cd4d6f91e14c45dde3aa05.protect@whoisguard.com
Name Server: lily.ns.cloudflare.com
Name Server: lex.ns.cloudflare.com
```

```
Domain name: instagram-filters.com
Registry Domain ID: 2336087977_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-25T14:32:46.01Z
Creation Date: 2018-11-24T00:32:10.00Z
Registrar Registration Expiration Date: 2020-11-24T00:32:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 18aa617a223343369eaf064b31dd8ecb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 18aa617a223343369eaf064b31dd8ecb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 18aa617a223343369eaf064b31dd8ecb.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagram-filters.net
Registry Domain ID: 2495183553_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T11:45:45.00Z
Registrar Registration Expiration Date: 2021-02-21T11:45:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e7d11c10ebcd47758178c5b213a2f2b4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e7d11c10ebcd47758178c5b213a2f2b4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e7d11c10ebcd47758178c5b213a2f2b4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: instagram-girls.services
Registry Domain ID: 65b2a7e52b154c74bece0a34c8163ec2-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-11-08T03:06:31Z
Creation Date: 2019-12-22T01:03:03Z
Registry Expiry Date: 2020-12-22T01:03:03Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: instagram-girlservices.digital
Registry Domain ID: 9e7537fc0ff1422b8f7a85b9fcd3583e-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-02-15T19:52:31Z
Creation Date: 2020-02-10T19:51:55Z
Registry Expiry Date: 2021-02-10T19:51:55Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAM-LOGIN.SITE
Registry Domain ID: D149070431-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:23:16.0Z
Creation Date: 2019-12-01T05:19:05.0Z
Registry Expiry Date: 2020-12-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: IVY.NS.CLOUDFLARE.COM
Name Server: NOAH.NS.CLOUDFLARE.COM
```

```
Domain name: instagram-lux.com
Registry Domain ID: 2377927973_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-31T11:29:26.98Z
Creation Date: 2019-04-08T14:49:19.00Z
Registrar Registration Expiration Date: 2021-04-08T14:49:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6dd76a64b1d943eea0f41639ad9e9ab4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6dd76a64b1d943eea0f41639ad9e9ab4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6dd76a64b1d943eea0f41639ad9e9ab4.protect@whoisguard.com
Name Server: coby.ns.cloudflare.com
Name Server: marge.ns.cloudflare.com
```

```
Domain Name: INSTAGRAM-MAIL.HOST
Registry Domain ID: D168092351-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-15T15:51:01.0Z
Creation Date: 2020-01-29T11:54:22.0Z
Registry Expiry Date: 2021-01-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.OTOMATIK.ONLINE
Name Server: NS2.OTOMATIK.ONLINE
```

```
Domain Name: instagram-owl.network
Registry Domain ID: 23bf46507b7b4309b80b1529b7b11040-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-02-28T15:29:20Z
Creation Date: 2020-02-03T04:38:47Z
Registry Expiry Date: 2021-02-03T04:38:47Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagram-planner.com
Registry Domain ID: 2416579915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-25T06:44:39.33Z
Creation Date: 2019-07-25T12:08:14.00Z
Registrar Registration Expiration Date: 2021-07-25T12:08:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1bfaa8e021de4fce9e6b0ebb41d49f90.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1bfaa8e021de4fce9e6b0ebb41d49f90.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1bfaa8e021de4fce9e6b0ebb41d49f90.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAM-SPY.ONLINE
Registry Domain ID: D81000469-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-20T10:55:39.0Z
Creation Date: 2018-10-30T19:49:28.0Z
Registry Expiry Date: 2019-10-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagram-support.net
Registry Domain ID: 2481179489_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-16T20:41:47.00Z
Registrar Registration Expiration Date: 2021-01-16T20:41:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9a4ee276baf2419c8bd6e12acc48d4ca.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9a4ee276baf2419c8bd6e12acc48d4ca.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9a4ee276baf2419c8bd6e12acc48d4ca.protect@whoisguard.com
Name Server: ns1.titannodes.com
Name Server: ns2.titannodes.com
```

```
Domain name: instagram-supportcenter.com
Registry Domain ID: 2458367203_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-22T19:08:30.00Z
Registrar Registration Expiration Date: 2020-11-22T19:08:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 70a68838ec3644078a40555c0c2248c5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 70a68838ec3644078a40555c0c2248c5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 70a68838ec3644078a40555c0c2248c5.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagram-vi.com
Registry Domain ID: 2489929330_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-08T04:16:47.00Z
Registrar Registration Expiration Date: 2021-02-08T04:16:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 783f4083e7274b23aa19f34a43d2ee55.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 783f4083e7274b23aa19f34a43d2ee55.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 783f4083e7274b23aa19f34a43d2ee55.protect@whoisguard.com
Name Server: karl.ns.cloudflare.com
Name Server: molly.ns.cloudflare.com
```

```
Domain Name: instagram-video.download
Registry Domain ID: DBE62D01DCA8E459AA299E3ABEC509B9B-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-11T17:49:56Z
Creation Date: 2020-01-28T17:13:32Z
Registry Expiry Date: 2021-01-28T17:13:32Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns200.pakihosting.com
Name Server: ns100.pakihosting.com
```

```
Domain Name: INSTAGRAM-VIDEO.XYZ
Registry Domain ID: D169228581-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-12T11:53:28.0Z
Creation Date: 2020-02-02T17:24:36.0Z
Registry Expiry Date: 2021-02-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAM.UNO
Registry Domain ID: D176550654-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:32:59.0Z
Creation Date: 2020-03-04T22:51:28.0Z
Registry Expiry Date: 2021-03-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.P03.NSONE.NET
Name Server: DNS2.P03.NSONE.NET
Name Server: DNS3.P03.NSONE.NET
Name Server: DNS4.P03.NSONE.NET
```

```
Domain Name: INSTAGRAM123.SITE
Registry Domain ID: D169913366-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-03T07:31:08.0Z
Creation Date: 2020-02-07T15:04:20.0Z
Registry Expiry Date: 2021-02-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: instagram50.club
Registry Domain ID: DE356864B87F64288B480F59C4DE04DF6-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-17T21:08:41Z
Creation Date: 2020-01-15T02:25:15Z
Registry Expiry Date: 2021-01-15T02:25:15Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: instagram8.com
Registry Domain ID: 1820798100_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-09T05:43:30.90Z
Creation Date: 2013-08-09T12:29:32.00Z
Registrar Registration Expiration Date: 2021-08-09T12:29:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1188c55920ad480eb049d68a2f4c17ff.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1188c55920ad480eb049d68a2f4c17ff.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1188c55920ad480eb049d68a2f4c17ff.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: instagram80.com
Registry Domain ID: 2440028150_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-20T11:08:12.33Z
Creation Date: 2019-10-03T19:12:01.00Z
Registrar Registration Expiration Date: 2021-10-03T19:12:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 44e68046f9bc4ffea04963889b063672.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 44e68046f9bc4ffea04963889b063672.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 44e68046f9bc4ffea04963889b063672.protect@whoisguard.com
Name Server: newt.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
```

```
Domain name: instagramabletours.com
Registry Domain ID: 2344324225_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-18T01:24:08.00Z
Creation Date: 2018-12-18T01:24:08.00Z
Registrar Registration Expiration Date: 2020-12-18T01:24:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bece1d7b38004e038bbc5655a784239a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bece1d7b38004e038bbc5655a784239a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bece1d7b38004e038bbc5655a784239a.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramanalyticstool.com
Registry Domain ID: 2360652632_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-16T00:38:20.46Z
Creation Date: 2019-02-14T05:22:20.00Z
Registrar Registration Expiration Date: 2021-02-14T05:22:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b2792277e2db45ceabcfba3aff57bb2c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b2792277e2db45ceabcfba3aff57bb2c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b2792277e2db45ceabcfba3aff57bb2c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramanet.com
Registry Domain ID: 2433164348_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-15T05:37:51.36Z
Creation Date: 2019-09-14T10:14:11.00Z
Registrar Registration Expiration Date: 2021-09-14T10:14:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ea0eb364db26423c96c4e317d434ead4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ea0eb364db26423c96c4e317d434ead4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ea0eb364db26423c96c4e317d434ead4.protect@whoisguard.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
```

```
Domain name: instagramap.com
Registry Domain ID: 2348873337_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-02T06:24:24.23Z
Creation Date: 2019-01-01T16:25:46.00Z
Registrar Registration Expiration Date: 2021-01-01T16:25:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 75255c7330194598bd1f43cc58eae5ab.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 75255c7330194598bd1f43cc58eae5ab.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 75255c7330194598bd1f43cc58eae5ab.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramaphone.com
Registry Domain ID: 2301031380_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-08-15T16:52:46.71Z
Creation Date: 2018-08-22T23:20:15.00Z
Registrar Registration Expiration Date: 2024-08-22T23:20:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 97e944a5ca804a89ae58e19d8c837297.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 97e944a5ca804a89ae58e19d8c837297.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 97e944a5ca804a89ae58e19d8c837297.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMAPK.ORG
Registry Domain ID: D402200000011760016-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-13T08:01:14Z
Creation Date: 2019-10-29T07:47:54Z
Registry Expiry Date: 2021-10-29T07:47:54Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramapps.com
Registry Domain ID: 2457422863_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-20T16:31:55.00Z
Registrar Registration Expiration Date: 2020-11-20T16:31:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4648c3f66bb041ff832a7f3209149ef3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4648c3f66bb041ff832a7f3209149ef3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4648c3f66bb041ff832a7f3209149ef3.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramarketing.com
Registry Domain ID: 1992547997_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-02T16:42:56.87Z
Creation Date: 2016-01-08T17:34:19.00Z
Registrar Registration Expiration Date: 2021-01-08T17:34:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 831631fa4368466a840ed156a4457054.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 831631fa4368466a840ed156a4457054.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 831631fa4368466a840ed156a4457054.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMATOR.ORG
Registry Domain ID: D402200000012472332-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-28T03:46:31Z
Creation Date: 2020-01-27T22:37:08Z
Registry Expiry Date: 2021-01-27T22:37:08Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: JONAH.NS.CLOUDFLARE.COM
Name Server: JOSEPHINE.NS.CLOUDFLARE.COM
```

```
Domain name: instagramautofollower.com
Registry Domain ID: 2334274018_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-20T11:44:24.86Z
Creation Date: 2018-11-19T07:02:59.00Z
Registrar Registration Expiration Date: 2020-11-19T07:02:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c5bc279631b14d06944f6cdb12184f27.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c5bc279631b14d06944f6cdb12184f27.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c5bc279631b14d06944f6cdb12184f27.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramautoliker.com
Registry Domain ID: 2334274017_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-20T11:44:24.87Z
Creation Date: 2018-11-19T07:02:58.00Z
Registrar Registration Expiration Date: 2020-11-19T07:02:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fa7fbdac333d42fa9f6ba566c8541c37.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fa7fbdac333d42fa9f6ba566c8541c37.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fa7fbdac333d42fa9f6ba566c8541c37.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramavailability.com
Registry Domain ID: 2021230008_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-25T12:35:29.00Z
Creation Date: 2016-04-13T04:54:46.00Z
Registrar Registration Expiration Date: 2021-04-13T04:54:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a4974f281eaf4c02a0fec27d7a9f7bb1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a4974f281eaf4c02a0fec27d7a9f7bb1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a4974f281eaf4c02a0fec27d7a9f7bb1.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrambikinis.com
Registry Domain ID: 2265852835_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-03T17:13:57.15Z
Creation Date: 2018-05-21T17:11:40.00Z
Registrar Registration Expiration Date: 2021-05-21T17:11:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 465028dd5ccc4e5981a9b518eaacd5ff.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 465028dd5ccc4e5981a9b518eaacd5ff.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 465028dd5ccc4e5981a9b518eaacd5ff.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: instagramblog.net
Registry Domain ID: 2361772719_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-20T17:31:05.66Z
Creation Date: 2019-02-18T14:07:56.00Z
Registrar Registration Expiration Date: 2021-02-18T14:07:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8247cba286a347a9bef852ec8860edc3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8247cba286a347a9bef852ec8860edc3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8247cba286a347a9bef852ec8860edc3.protect@whoisguard.com
Name Server: ns1.digitalocean.com
Name Server: ns2.digitalocean.com
Name Server: ns3.digitalocean.com
```

```
Domain name: instagrambo.com
Registry Domain ID: 2413770628_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-07-17T17:24:04.00Z
Registrar Registration Expiration Date: 2024-07-17T17:24:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bc32ce5c4341405b8674dc7815b5833e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bc32ce5c4341405b8674dc7815b5833e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bc32ce5c4341405b8674dc7815b5833e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrambread.com
Registry Domain ID: 2482001800_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-18T23:24:59.00Z
Registrar Registration Expiration Date: 2021-01-18T23:24:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a256e165bc454bec8d20aeed0dd50773.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a256e165bc454bec8d20aeed0dd50773.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a256e165bc454bec8d20aeed0dd50773.protect@whoisguard.com
Name Server: edna.ns.cloudflare.com
Name Server: ernest.ns.cloudflare.com
```

```
Domain name: instagrambuddys.com
Registry Domain ID: 2078384481_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-01T07:05:48.75Z
Creation Date: 2016-12-01T17:03:25.00Z
Registrar Registration Expiration Date: 2021-12-01T17:03:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3772a44505c04e9b867698560971a0d9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3772a44505c04e9b867698560971a0d9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3772a44505c04e9b867698560971a0d9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrambundle.com
Registry Domain ID: 2500397684_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-06T09:28:00.00Z
Registrar Registration Expiration Date: 2021-03-06T09:28:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: eec3834eeb1a4456939a51ef45d6a1f7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: eec3834eeb1a4456939a51ef45d6a1f7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: eec3834eeb1a4456939a51ef45d6a1f7.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrambusinessmanager.com
Registry Domain ID: 2493551751_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-17T13:52:55.00Z
Registrar Registration Expiration Date: 2021-02-17T13:52:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: faed4993e236452f88c915266ff05eec.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: faed4993e236452f88c915266ff05eec.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: faed4993e236452f88c915266ff05eec.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrambuzz.net
Registry Domain ID: 2363557273_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-25T05:59:55.98Z
Creation Date: 2019-02-24T09:58:46.00Z
Registrar Registration Expiration Date: 2021-02-24T09:58:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cfab696fda0e4b58a7cd0a192f986a4d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cfab696fda0e4b58a7cd0a192f986a4d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cfab696fda0e4b58a7cd0a192f986a4d.protect@whoisguard.com
Name Server: clark.ns.cloudflare.com
Name Server: ruth.ns.cloudflare.com
```

```
Domain Name: INSTAGRAMCAPTION.WEBSITE
Registry Domain ID: D173965024-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-26T06:58:21.0Z
Creation Date: 2020-02-25T05:10:01.0Z
Registry Expiry Date: 2021-02-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramcbdgummies.com
Registry Domain ID: 2353048330_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-09T08:20:50.36Z
Creation Date: 2019-01-17T08:14:53.00Z
Registrar Registration Expiration Date: 2021-01-17T08:14:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a04f8207e6c143af8dcf6e9f8335bf23.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a04f8207e6c143af8dcf6e9f8335bf23.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a04f8207e6c143af8dcf6e9f8335bf23.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramcdn.com
Registry Domain ID: 2384092077_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-25T06:03:12.66Z
Creation Date: 2019-04-24T20:59:52.00Z
Registrar Registration Expiration Date: 2021-04-24T20:59:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f77263f6b9243ac9f54169d280c056a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f77263f6b9243ac9f54169d280c056a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f77263f6b9243ac9f54169d280c056a.protect@whoisguard.com
Name Server: dean.ns.cloudflare.com
Name Server: jo.ns.cloudflare.com
```

```
Domain name: instagramcekilisuygulamasi.com
Registry Domain ID: 2422386741_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-12T05:58:10.28Z
Creation Date: 2019-08-11T19:34:26.00Z
Registrar Registration Expiration Date: 2021-08-11T19:34:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5a60e6a56d694b0bb6b39aeb40442f08.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5a60e6a56d694b0bb6b39aeb40442f08.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5a60e6a56d694b0bb6b39aeb40442f08.protect@whoisguard.com
Name Server: ns1.digitalocean.com
Name Server: ns2.digitalocean.com
Name Server: ns3.digitalocean.com
```

```
Domain name: instagramcelebrities.com
Registry Domain ID: 2075716741_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-22T07:02:58.75Z
Creation Date: 2016-11-21T10:44:41.00Z
Registrar Registration Expiration Date: 2021-11-21T10:44:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5f1dd52e930842e29193c6d1e13bf80f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5f1dd52e930842e29193c6d1e13bf80f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5f1dd52e930842e29193c6d1e13bf80f.protect@whoisguard.com
Name Server: dns1.lifetime.hosting
Name Server: dns2.lifetime.hosting
```

```
Domain name: instagramcelebrity.com
Registry Domain ID: 2064206124_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-06T06:50:05.81Z
Creation Date: 2016-10-06T20:44:04.00Z
Registrar Registration Expiration Date: 2021-10-06T20:44:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fa484787e9ee44a7be72426c1db2a6b3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fa484787e9ee44a7be72426c1db2a6b3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fa484787e9ee44a7be72426c1db2a6b3.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMCENTER.ONLINE
Registry Domain ID: D165844876-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:30.0Z
Creation Date: 2020-01-23T13:26:43.0Z
Registry Expiry Date: 2021-01-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.SIBERDIZAYN.NET.TR
Name Server: NS2.SIBERDIZAYN.NET.TR
```

```
Domain name: instagramchick.com
Registry Domain ID: 2327932437_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-09T19:25:01.47Z
Creation Date: 2018-10-31T05:09:07.00Z
Registrar Registration Expiration Date: 2021-10-31T05:09:07.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 641175f1cab445c8a84884f2e8f233cb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 641175f1cab445c8a84884f2e8f233cb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 641175f1cab445c8a84884f2e8f233cb.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramchris.com
Registry Domain ID: 2348873338_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-02T06:24:26.14Z
Creation Date: 2019-01-01T16:25:46.00Z
Registrar Registration Expiration Date: 2021-01-01T16:25:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 504209a1632a47bca6802bfd47ff55a3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 504209a1632a47bca6802bfd47ff55a3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 504209a1632a47bca6802bfd47ff55a3.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramclone.net
Registry Domain ID: 1888113083_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-23T08:40:19.39Z
Creation Date: 2014-12-01T10:21:40.00Z
Registrar Registration Expiration Date: 2020-12-01T10:21:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3d813396d1494bb18899b740c29bffd1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3d813396d1494bb18899b740c29bffd1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3d813396d1494bb18899b740c29bffd1.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramcloser.com
Registry Domain ID: 2390682579_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-10T10:07:30.29Z
Creation Date: 2019-05-14T05:21:41.00Z
Registrar Registration Expiration Date: 2021-05-14T05:21:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 53bd858523854467986f0872d556ca78.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 53bd858523854467986f0872d556ca78.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 53bd858523854467986f0872d556ca78.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramcom-bonus.net
Registry Domain ID: 1999184033_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-01T06:35:42.52Z
Creation Date: 2016-01-31T20:28:58.00Z
Registrar Registration Expiration Date: 2021-01-31T20:28:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 190511d0ed0d4c459cf979a34d1e13cc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 190511d0ed0d4c459cf979a34d1e13cc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 190511d0ed0d4c459cf979a34d1e13cc.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramcommunity.com
Registry Domain ID: 1918881017_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-13T06:15:05.98Z
Creation Date: 2015-04-12T00:27:19.00Z
Registrar Registration Expiration Date: 2021-04-12T00:27:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3ce27e04a9ae4223b170213634962919.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3ce27e04a9ae4223b170213634962919.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3ce27e04a9ae4223b170213634962919.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMCONTACT.ONLINE
Registry Domain ID: D165894131-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:40.0Z
Creation Date: 2020-01-23T23:14:40.0Z
Registry Expiry Date: 2021-01-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.SIBERDIZAYN.NET.TR
Name Server: NS2.SIBERDIZAYN.NET.TR
```

```
Domain Name: INSTAGRAMCOPYRIGHT.ONLINE
Registry Domain ID: D152224561-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-17T17:13:31.0Z
Creation Date: 2019-12-12T15:51:10.0Z
Registry Expiry Date: 2020-12-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAMCOPYRIGHT.SITE
Registry Domain ID: D151350566-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:26:18.0Z
Creation Date: 2019-12-09T15:07:32.0Z
Registry Expiry Date: 2020-12-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAMCOPYRIGHT.WEBSITE
Registry Domain ID: D146518840-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-20T08:55:27.0Z
Creation Date: 2019-11-20T08:51:35.0Z
Registry Expiry Date: 2021-11-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramcopyrightappeal.com
Registry Domain ID: 2480476153_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-15T16:50:40.00Z
Registrar Registration Expiration Date: 2021-01-15T16:50:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bd5d90751a5f4243a1e3fb933ca8cd7d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bd5d90751a5f4243a1e3fb933ca8cd7d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bd5d90751a5f4243a1e3fb933ca8cd7d.protect@whoisguard.com
Name Server: ns1.beget.com
Name Server: ns2.beget.com
Name Server: ns1.beget.pro
Name Server: ns2.beget.pro
```

```
Domain Name: INSTAGRAMCOPYRIGHTCENTER.WEBSITE
Registry Domain ID: D168367751-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-15T15:47:31.0Z
Creation Date: 2020-01-30T14:15:02.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.OTOMATIK.ONLINE
Name Server: NS2.OTOMATIK.ONLINE
```

```
Domain name: instagramcopyrightfeedback.com
Registry Domain ID: 2469054030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-19T11:44:02.00Z
Registrar Registration Expiration Date: 2020-12-19T11:44:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 586393e06d254708a2d0c633adc14261.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 586393e06d254708a2d0c633adc14261.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 586393e06d254708a2d0c633adc14261.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramcopyrightinfringement.com
Registry Domain ID: 2476157277_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-05T11:30:07.00Z
Registrar Registration Expiration Date: 2021-01-05T11:30:07.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c83fd70404de4f2485a368deed8aa8dc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c83fd70404de4f2485a368deed8aa8dc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c83fd70404de4f2485a368deed8aa8dc.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: INSTAGRAMCOPYRIGHTS.ICU
Registry Domain ID: D175042999-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-10T15:23:12.0Z
Creation Date: 2020-03-02T00:31:23.0Z
Registry Expiry Date: 2021-03-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
```

```
Domain Name: INSTAGRAMCOPYRIGHTSUPPORT.SITE
Registry Domain ID: D151935631-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T20:06:44.0Z
Creation Date: 2019-12-11T19:46:18.0Z
Registry Expiry Date: 2020-12-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramcreatorscamp.com
Registry Domain ID: 2406789924_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-28T06:31:23.46Z
Creation Date: 2019-06-27T14:23:38.00Z
Registrar Registration Expiration Date: 2021-06-27T14:23:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3a3080451d9441939a907aa95bf22b58.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3a3080451d9441939a907aa95bf22b58.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3a3080451d9441939a907aa95bf22b58.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramdeck.com
Registry Domain ID: 2190847172_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-04T12:12:52.62Z
Creation Date: 2017-11-23T13:50:44.00Z
Registrar Registration Expiration Date: 2020-11-23T13:50:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3c41957759eb41da95f5d24168e1fdde.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3c41957759eb41da95f5d24168e1fdde.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3c41957759eb41da95f5d24168e1fdde.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramdmblast.com
Registry Domain ID: 2495354953_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T19:31:17.00Z
Registrar Registration Expiration Date: 2021-02-21T19:31:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8077901408b34b97a29a4f0c6e2ecf38.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8077901408b34b97a29a4f0c6e2ecf38.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8077901408b34b97a29a4f0c6e2ecf38.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramdominator.com
Registry Domain ID: 2305477946_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-03T06:37:11.71Z
Creation Date: 2018-09-02T21:24:17.00Z
Registrar Registration Expiration Date: 2021-09-02T21:24:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 112785c75c5742b48eb80fa94e0d6376.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 112785c75c5742b48eb80fa94e0d6376.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 112785c75c5742b48eb80fa94e0d6376.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: instagramdown.net
Registry Domain ID: 2457422862_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-20T16:31:54.00Z
Registrar Registration Expiration Date: 2020-11-20T16:31:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6f7c5ea0293d4658a29645131129ab03.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6f7c5ea0293d4658a29645131129ab03.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6f7c5ea0293d4658a29645131129ab03.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMDOWNLOADER.WEBSITE
Registry Domain ID: D149423441-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-09-16T01:03:28.0Z
Creation Date: 2019-12-02T10:02:57.0Z
Registry Expiry Date: 2020-12-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramdownloadvideo.com
Registry Domain ID: 2296871978_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-26T09:20:08.99Z
Creation Date: 2018-08-13T03:54:40.00Z
Registrar Registration Expiration Date: 2021-08-13T03:54:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 10648adcb2bd40c7aad2d41149034e6b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 10648adcb2bd40c7aad2d41149034e6b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 10648adcb2bd40c7aad2d41149034e6b.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramemailscraper.com
Registry Domain ID: 2472059498_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-26T14:08:08.00Z
Registrar Registration Expiration Date: 2020-12-26T14:08:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 286eab9d49c34d0d9fe52e8e17e56929.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 286eab9d49c34d0d9fe52e8e17e56929.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 286eab9d49c34d0d9fe52e8e17e56929.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramentor.com
Registry Domain ID: 2436599053_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-09T17:22:58.57Z
Creation Date: 2019-09-24T03:32:45.00Z
Registrar Registration Expiration Date: 2021-09-24T03:32:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 95134563e0aa45f69e2247194459699c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 95134563e0aa45f69e2247194459699c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 95134563e0aa45f69e2247194459699c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramers.pro
Registry Domain ID: D503300000350354119-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-03T07:46:00.51Z
Creation Date: 2018-12-03T11:07:48.00Z
Registrar Registration Expiration Date: 2021-12-03T11:07:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com
Name Server: ns1.beget.com
Name Server: ns2.beget.com
Name Server: ns1.beget.pro
Name Server: ns2.beget.pro
```

```
Domain name: instagramfaqs.com
Registry Domain ID: 2472022872_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-26T06:30:16.00Z
Registrar Registration Expiration Date: 2020-12-26T06:30:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1f80759265db4466b273c75d46cdcf7f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1f80759265db4466b273c75d46cdcf7f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1f80759265db4466b273c75d46cdcf7f.protect@whoisguard.com
Name Server: ns1.cloudhosting.co.uk
Name Server: ns2.cloudhosting.co.uk
```

```
Domain Name: instagramfeedback.center
Registry Domain ID: 3ad9b92edc484985af1304502591a02b-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-15T15:47:28Z
Creation Date: 2020-01-30T14:19:26Z
Registry Expiry Date: 2021-01-30T14:19:26Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.otomatik.online
Name Server: ns2.otomatik.online
```

```
Domain name: instagramfeedbackcenter.com
Registry Domain ID: 2486366765_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-30T14:19:27.00Z
Registrar Registration Expiration Date: 2021-01-30T14:19:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5ace2bcabb4149eab77f24362c4708fb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5ace2bcabb4149eab77f24362c4708fb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5ace2bcabb4149eab77f24362c4708fb.protect@whoisguard.com
Name Server: ns1.otomatik.online
Name Server: ns2.otomatik.online
```

```
Domain Name: instagramfollowers.party
Registry Domain ID: DCBEB71102FFF4BC28029A735E639D2FD-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-16T16:23:05Z
Creation Date: 2018-01-05T09:40:40Z
Registry Expiry Date: 2023-01-05T09:40:40Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain name: instagramfollowersadder.com
Registry Domain ID: 2361501156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-17T00:33:01.35Z
Creation Date: 2019-02-17T11:33:32.00Z
Registrar Registration Expiration Date: 2021-02-17T11:33:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 143f4aad829b42f5b6230ce6322b9653.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 143f4aad829b42f5b6230ce6322b9653.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 143f4aad829b42f5b6230ce6322b9653.protect@whoisguard.com
Name Server: ns69.hostwindsdns.com
Name Server: ns70.hostwindsdns.com
```

```
Domain name: instagramfollowersfree.net
Registry Domain ID: 1853981040_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-02T02:20:39.89Z
Creation Date: 2014-04-09T09:36:35.00Z
Registrar Registration Expiration Date: 2021-04-09T09:36:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 94e9ba142f18453ab4e596852b2af10c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 94e9ba142f18453ab4e596852b2af10c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 94e9ba142f18453ab4e596852b2af10c.protect@whoisguard.com
Name Server: kay.ns.cloudflare.com
Name Server: pablo.ns.cloudflare.com
```

```
Domain Name: INSTAGRAMFOLLOWERZ.XYZ
Registry Domain ID: D84072134-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-21T00:00:41.0Z
Creation Date: 2018-11-20T00:14:35.0Z
Registry Expiry Date: 2021-11-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMFONTS.WEBSITE
Registry Domain ID: D173960084-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:29:07.0Z
Creation Date: 2020-02-25T04:48:54.0Z
Registry Expiry Date: 2021-02-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAMFORPC.ORG
Registry Domain ID: D168040644-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-01T20:41:51Z
Creation Date: 2013-03-02T16:58:11Z
Registry Expiry Date: 2021-03-02T16:58:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: ISLA.NS.CLOUDFLARE.COM
Name Server: MAX.NS.CLOUDFLARE.COM
```

```
Domain name: instagramfotodownload.com
Registry Domain ID: 2499323158_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-03T14:18:19.00Z
Registrar Registration Expiration Date: 2021-03-03T14:18:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: daecb61de42f4c29bc1e19ae19c03870.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: daecb61de42f4c29bc1e19ae19c03870.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: daecb61de42f4c29bc1e19ae19c03870.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMFREEFLLOWERS.BEST
Registry Domain ID: D148809376-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-29T14:00:22.0Z
Creation Date: 2019-11-29T13:59:31.0Z
Registry Expiry Date: 2020-11-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMGIRIS.WEBSITE
Registry Domain ID: D155679206-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-06T12:47:32.0Z
Creation Date: 2019-12-25T10:56:34.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.INSTAGRAMGIRIS.WEBSITE
Name Server: NS2.INSTAGRAMGIRIS.WEBSITE
```

```
Domain name: instagramgladiators.com
Registry Domain ID: 2480375176_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-14T20:28:29.00Z
Registrar Registration Expiration Date: 2021-01-14T20:28:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e3762b5d944c4ef1b817c350f7537d90.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e3762b5d944c4ef1b817c350f7537d90.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e3762b5d944c4ef1b817c350f7537d90.protect@whoisguard.com
Name Server: brit.ns.cloudflare.com
Name Server: chad.ns.cloudflare.com
```

```
Domain Name: instagramglobal.support
Registry Domain ID: c381326b601140dba234fa64392fc17f-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-01-26T16:44:09Z
Creation Date: 2020-01-21T16:43:37Z
Registry Expiry Date: 2021-01-21T16:43:37Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain name: instagramglobalcenter.com
Registry Domain ID: 2481675664_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-18T11:58:17.00Z
Registrar Registration Expiration Date: 2021-01-18T11:58:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4be8767d1dee46d9be78ddd0cb841aba.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4be8767d1dee46d9be78ddd0cb841aba.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4be8767d1dee46d9be78ddd0cb841aba.protect@whoisguard.com
Name Server: ns94.kebirhost.com
Name Server: ns95.kebirhost.com
```

```
Domain name: instagramglobalsupport.com
Registry Domain ID: 2476157278_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-05T11:30:07.00Z
Registrar Registration Expiration Date: 2021-01-05T11:30:07.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f0958ebc34f24f69a9b9d2a3963a38b7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f0958ebc34f24f69a9b9d2a3963a38b7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f0958ebc34f24f69a9b9d2a3963a38b7.protect@whoisguard.com
Name Server: ns94.kebirhost.com
Name Server: ns95.kebirhost.com
```

```
Domain Name: INSTAGRAMGLOBALSUPPORT.INFO
Registry Domain ID: D503300001182768263-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-05T20:30:16Z
Creation Date: 2020-01-05T11:30:07Z
Registry Expiry Date: 2021-01-05T11:30:07Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS2.GUZELHOSTING.COM
Name Server: NS1.GUZELHOSTING.COM
```

```
Domain name: instagramglobalsupport.net
Registry Domain ID: 2486365826_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-30T14:08:08.00Z
Registrar Registration Expiration Date: 2021-01-30T14:08:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 51543cbd70b94b308002c7ac492ee3d1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 51543cbd70b94b308002c7ac492ee3d1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 51543cbd70b94b308002c7ac492ee3d1.protect@whoisguard.com
Name Server: ns1.otomatik.online
Name Server: ns2.otomatik.online
```

```
Domain Name: INSTAGRAMGLOBALSUPPORT.SITE
Registry Domain ID: D166054421-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:57.0Z
Creation Date: 2020-01-24T19:15:11.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramgrowthpro.com
Registry Domain ID: 2388023293_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-04T09:35:01.16Z
Creation Date: 2019-05-06T18:17:10.00Z
Registrar Registration Expiration Date: 2021-05-06T18:17:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fc8c24bc23584bec995f4460504b0e2b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fc8c24bc23584bec995f4460504b0e2b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fc8c24bc23584bec995f4460504b0e2b.protect@whoisguard.com
Name Server: ns1.zxcs.nl
Name Server: ns2.zxcs.nl
Name Server: ns3.zxcs.nl
```

```
Domain name: instagramhashtags.com
Registry Domain ID: 2496233265_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-24T03:55:43.00Z
Registrar Registration Expiration Date: 2022-02-24T03:55:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 951b6b3135a042eba11e1f89f749cf82.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 951b6b3135a042eba11e1f89f749cf82.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 951b6b3135a042eba11e1f89f749cf82.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: instagramhelp.live
Registry Domain ID: 7e9a456adb504fb9b40a398d11713c8d-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-07T04:18:49Z
Creation Date: 2020-03-02T04:18:08Z
Registry Expiry Date: 2021-03-02T04:18:08Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain Name: instagramhelpcenter.club
Registry Domain ID: DCC8B6D5778AA4B8DB135773D62CB866C-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T23:00:07Z
Creation Date: 2020-02-19T23:00:02Z
Registry Expiry Date: 2021-02-19T23:00:02Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain Name: instagramhelpcentre.club
Registry Domain ID: DC9F23E21C74945DA8C286E139D8F9B11-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T23:00:07Z
Creation Date: 2020-02-19T23:00:02Z
Registry Expiry Date: 2021-02-19T23:00:02Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain name: instagramhelpverify.com
Registry Domain ID: 2498928599_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-02T15:38:36.00Z
Registrar Registration Expiration Date: 2021-03-02T15:38:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 896c87144e47475693db74782ffb522c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 896c87144e47475693db74782ffb522c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 896c87144e47475693db74782ffb522c.protect@whoisguard.com
Name Server: tr1.bilisimist.net
Name Server: tr2.bilisimist.net
```

```
Domain name: instagramhiddensecrets.com
Registry Domain ID: 2485104527_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-27T09:11:37.00Z
Registrar Registration Expiration Date: 2021-01-27T09:11:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: be542eb87c8a45348c776bd7b3ec3ada.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: be542eb87c8a45348c776bd7b3ec3ada.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: be542eb87c8a45348c776bd7b3ec3ada.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramification.com
Registry Domain ID: 2345588909_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-21T06:43:14.08Z
Creation Date: 2018-12-21T20:13:38.00Z
Registrar Registration Expiration Date: 2021-12-21T20:13:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3b4e61f6f00b49b7a4e0d96a36703c0a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3b4e61f6f00b49b7a4e0d96a36703c0a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3b4e61f6f00b49b7a4e0d96a36703c0a.protect@whoisguard.com
Name Server: ns1.giow1010.siteground.us
Name Server: ns2.giow1010.siteground.us
```

```
Domain name: instagramignite.com
Registry Domain ID: 2336116170_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-22T16:14:27.22Z
Creation Date: 2018-11-24T07:41:58.00Z
Registrar Registration Expiration Date: 2020-11-24T07:41:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: NA
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: BG
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramignite.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramignite.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramignite.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMIGTV.ORG
Registry Domain ID: D402200000006564732-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-25T07:14:05Z
Creation Date: 2018-06-25T09:36:35Z
Registry Expiry Date: 2021-06-25T09:36:35Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain Name: INSTAGRAMINDONESIA.FUN
Registry Domain ID: D51267014-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-14T13:32:06.0Z
Creation Date: 2017-08-18T07:49:54.0Z
Registry Expiry Date: 2021-08-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: CANDY.NS.CLOUDFLARE.COM
Name Server: HENRY.NS.CLOUDFLARE.COM
```

```
Domain Name: instagraminfluencer.club
Registry Domain ID: DBA546CF6D1684032B8B3C6C776C47C42-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-27T09:58:20Z
Creation Date: 2020-02-22T09:58:14Z
Registry Expiry Date: 2021-02-22T09:58:14Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain name: instagraminfluencersummit.com
Registry Domain ID: 2322405401_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-17T05:35:43.55Z
Creation Date: 2018-10-17T15:35:13.00Z
Registrar Registration Expiration Date: 2021-10-17T15:35:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 88301e69c6e646fcab8a5169ab2b0556.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 88301e69c6e646fcab8a5169ab2b0556.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 88301e69c6e646fcab8a5169ab2b0556.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramisreallife.com
Registry Domain ID: 1984531097_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-30T13:08:17.29Z
Creation Date: 2015-11-29T03:48:51.00Z
Registrar Registration Expiration Date: 2020-11-29T03:48:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: NY
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: US
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramisreallife.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramisreallife.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagramisreallife.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramkit.com
Registry Domain ID: 2476527814_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-06T08:46:27.00Z
Registrar Registration Expiration Date: 2021-01-06T08:46:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6fada31dfa8f4cf6ab2919c360b39852.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6fada31dfa8f4cf6ab2919c360b39852.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6fada31dfa8f4cf6ab2919c360b39852.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: instagramkurdu.com
Registry Domain ID: 2376808916_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-01T17:13:09.36Z
Creation Date: 2019-04-04T19:16:05.00Z
Registrar Registration Expiration Date: 2021-04-04T19:16:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 511a7aaa0a384305a8cb8dd06568893a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 511a7aaa0a384305a8cb8dd06568893a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 511a7aaa0a384305a8cb8dd06568893a.protect@whoisguard.com
Name Server: simon.ns.cloudflare.com
Name Server: tricia.ns.cloudflare.com
```

```
Domain name: instagramlead.com
Registry Domain ID: 2494365090_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-19T13:59:29.00Z
Registrar Registration Expiration Date: 2021-02-19T13:59:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 86f0c139a02142339e02339438bdc4db.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 86f0c139a02142339e02339438bdc4db.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 86f0c139a02142339e02339438bdc4db.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramlist.com
Registry Domain ID: 2167066086_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-25T06:29:00.42Z
Creation Date: 2017-09-24T23:20:04.00Z
Registrar Registration Expiration Date: 2021-09-24T23:20:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 728c965f0bba4ccca09530c911576abc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 728c965f0bba4ccca09530c911576abc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 728c965f0bba4ccca09530c911576abc.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMLOGIN.ONLINE
Registry Domain ID: D161842716-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:19:53.0Z
Creation Date: 2020-01-13T18:53:55.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMLOGIN.ORG
Registry Domain ID: D402200000006306238-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-07-29T03:47:19Z
Creation Date: 2018-05-29T14:28:21Z
Registry Expiry Date: 2019-05-29T14:28:21Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: CNS359.HOSTGATOR.COM
Name Server: CNS360.HOSTGATOR.COM
```

```
Domain Name: INSTAGRAMLOGIN.SITE
Registry Domain ID: D74068374-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-08-29T08:45:49.0Z
Creation Date: 2018-08-12T16:35:35.0Z
Registry Expiry Date: 2019-08-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

```
Domain name: instagramlucrativo.com
Registry Domain ID: 2458603051_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-22T19:44:08.00Z
Registrar Registration Expiration Date: 2020-11-22T19:44:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c735cbcd2a2e4ef791f43af0d5b8920b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c735cbcd2a2e4ef791f43af0d5b8920b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c735cbcd2a2e4ef791f43af0d5b8920b.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagrammablehotels.com
Registry Domain ID: 2400238326_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-10T06:24:34.02Z
Creation Date: 2019-06-09T16:05:56.00Z
Registrar Registration Expiration Date: 2021-06-09T16:05:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 71cfa0450e6d42bca06b546ee8a34228.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 71cfa0450e6d42bca06b546ee8a34228.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 71cfa0450e6d42bca06b546ee8a34228.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrammarketingonline.com
Registry Domain ID: 1957457587_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-21T18:39:02.89Z
Creation Date: 2015-09-04T15:20:57.00Z
Registrar Registration Expiration Date: 2023-09-04T15:20:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 607c338a1dbd49fb89a5b3cfb3f5ed0c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 607c338a1dbd49fb89a5b3cfb3f5ed0c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 607c338a1dbd49fb89a5b3cfb3f5ed0c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: instagrammarketingsecrets.club
Registry Domain ID: DF9B5499D5DA34FFCAC8A1FFDC2301AA4-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-18T01:29:08Z
Creation Date: 2020-02-13T01:29:05Z
Registry Expiry Date: 2021-02-13T01:29:05Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain name: instagrammingperfect.com
Registry Domain ID: 2147604704_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-27T05:48:41.50Z
Creation Date: 2017-07-27T20:20:38.00Z
Registrar Registration Expiration Date: 2021-07-27T20:20:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: de8bee8d02a24b718db823399aa3010a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: de8bee8d02a24b718db823399aa3010a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: de8bee8d02a24b718db823399aa3010a.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrammms.com
Registry Domain ID: 2460682013_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-29T07:23:05.24Z
Creation Date: 2019-11-28T04:07:36.00Z
Registrar Registration Expiration Date: 2021-11-28T04:07:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4e8d6249f92641fb82a3293b309b0a8d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4e8d6249f92641fb82a3293b309b0a8d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4e8d6249f92641fb82a3293b309b0a8d.protect@whoisguard.com
Name Server: ns1.digitalocean.com
Name Server: ns2.digitalocean.com
Name Server: ns3.digitalocean.com
```

```
Domain name: instagrammodels.net
Registry Domain ID: 2337990339_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-24T04:37:45.57Z
Creation Date: 2018-11-28T23:20:58.00Z
Registrar Registration Expiration Date: 2021-11-28T23:20:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 15c0dcf8fca44f8ea19b673681daa6d6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 15c0dcf8fca44f8ea19b673681daa6d6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 15c0dcf8fca44f8ea19b673681daa6d6.protect@whoisguard.com
Name Server: ns1.a2hosting.com
Name Server: ns2.a2hosting.com
Name Server: ns3.a2hosting.com
Name Server: ns4.a2hosting.com
```

```
Domain name: instagrammultifeeder.com
Registry Domain ID: 2390897222_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-14T06:43:43.86Z
Creation Date: 2019-05-14T18:33:04.00Z
Registrar Registration Expiration Date: 2021-05-14T18:33:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1673912bdcf14d02970a6cb963d503d5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1673912bdcf14d02970a6cb963d503d5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1673912bdcf14d02970a6cb963d503d5.protect@whoisguard.com
Name Server: ns-187.awsdns-23.com
Name Server: ns-846.awsdns-41.net
Name Server: ns-1886.awsdns-43.co.uk
Name Server: ns-1406.awsdns-47.org
```

```
Domain name: instagramnamechecker.com
Registry Domain ID: 2403083095_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-18T06:33:04.49Z
Creation Date: 2019-06-17T12:32:34.00Z
Registrar Registration Expiration Date: 2021-06-17T12:32:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bf9885d6d9a347229e592c103a2ad5e8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bf9885d6d9a347229e592c103a2ad5e8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bf9885d6d9a347229e592c103a2ad5e8.protect@whoisguard.com
Name Server: pat.ns.cloudflare.com
Name Server: zod.ns.cloudflare.com
```

```
Domain name: instagramnitro.com
Registry Domain ID: 2325183754_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-23T00:10:58.49Z
Creation Date: 2018-10-23T23:11:16.00Z
Registrar Registration Expiration Date: 2021-10-23T23:11:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 73f87ad2a6aa455f934a1d3845774f84.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 73f87ad2a6aa455f934a1d3845774f84.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 73f87ad2a6aa455f934a1d3845774f84.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: instagramnycs.club
Registry Domain ID: DE3BECE025CFB49318ABE553C790309DF-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-31T10:07:31Z
Creation Date: 2019-06-17T05:01:33Z
Registry Expiry Date: 2021-06-17T05:01:33Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: drew.ns.cloudflare.com
Name Server: yolanda.ns.cloudflare.com
```

```
Domain name: instagramopulent.com
Registry Domain ID: 2444829078_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-18T06:04:03.38Z
Creation Date: 2019-10-18T02:07:27.00Z
Registrar Registration Expiration Date: 2021-10-18T02:07:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d9ed20e546a44e2fbe347948a47a3429.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d9ed20e546a44e2fbe347948a47a3429.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d9ed20e546a44e2fbe347948a47a3429.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMPARAPC.INFO
Registry Domain ID: D49591377-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-04T16:45:02Z
Creation Date: 2013-04-01T19:38:50Z
Registry Expiry Date: 2021-04-01T19:38:50Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramperfect.com
Registry Domain ID: 2144953254_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-19T06:35:09.00Z
Creation Date: 2017-07-19T21:19:54.00Z
Registrar Registration Expiration Date: 2021-07-19T21:19:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5025947ea6b2415a984e3f4d8309a6e3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5025947ea6b2415a984e3f4d8309a6e3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5025947ea6b2415a984e3f4d8309a6e3.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrampickup.com
Registry Domain ID: 2382722339_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-22T06:10:37.97Z
Creation Date: 2019-04-21T17:13:21.00Z
Registrar Registration Expiration Date: 2021-04-21T17:13:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: NY
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: US
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagrampickup.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagrampickup.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=instagrampickup.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramprivateprofileviewer.com
Registry Domain ID: 2460297069_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:53:16.00Z
Registrar Registration Expiration Date: 2020-11-27T12:53:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f9bfca2057f24e2a8afdb58a8d719d87.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f9bfca2057f24e2a8afdb58a8d719d87.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f9bfca2057f24e2a8afdb58a8d719d87.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramprofileviewer.com
Registry Domain ID: 2460297042_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:53:01.00Z
Registrar Registration Expiration Date: 2020-11-27T12:53:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cf1ba956f6114851948eb8d68f4dd7b1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cf1ba956f6114851948eb8d68f4dd7b1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cf1ba956f6114851948eb8d68f4dd7b1.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagrampromo.com
Registry Domain ID: 2457845803_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-21T10:09:02.00Z
Registrar Registration Expiration Date: 2020-11-21T10:09:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8086754aec254e8b8aeb57b922da9f1d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8086754aec254e8b8aeb57b922da9f1d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8086754aec254e8b8aeb57b922da9f1d.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMPT.SITE
Registry Domain ID: D168187821-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-31T14:49:13.0Z
Creation Date: 2020-01-29T17:23:06.0Z
Registry Expiry Date: 2021-01-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: INSTAGRAMPUBGTOURNAMENT.WEBSITE
Registry Domain ID: D173013369-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:28:23.0Z
Creation Date: 2020-02-23T11:33:06.0Z
Registry Expiry Date: 2021-02-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain name: instagramqq.com
Registry Domain ID: 2194007911_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-31T07:05:48.17Z
Creation Date: 2017-11-30T13:17:39.00Z
Registrar Registration Expiration Date: 2021-11-30T13:17:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5c4b19058f21457c97fe0c0caf0ea8cd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5c4b19058f21457c97fe0c0caf0ea8cd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5c4b19058f21457c97fe0c0caf0ea8cd.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramqq.net
Registry Domain ID: 2194007907_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-31T07:05:51.46Z
Creation Date: 2017-11-30T13:17:37.00Z
Registrar Registration Expiration Date: 2021-11-30T13:17:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2596fa6be61a4bfdbc03a5eae3664782.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2596fa6be61a4bfdbc03a5eae3664782.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2596fa6be61a4bfdbc03a5eae3664782.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramrevolutionsystem.com
Registry Domain ID: 2344991160_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-05T18:49:34.68Z
Creation Date: 2018-12-20T03:17:06.00Z
Registrar Registration Expiration Date: 2020-12-20T03:17:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bd3c9afb2c3b4226b7731f008f09b6e2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bd3c9afb2c3b4226b7731f008f09b6e2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bd3c9afb2c3b4226b7731f008f09b6e2.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMS.ORG
Registry Domain ID: D402200000010207116-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-02T06:40:35Z
Creation Date: 2019-05-02T00:34:54Z
Registry Expiry Date: 2021-05-02T00:34:54Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramsalesacademy.com
Registry Domain ID: 2387571826_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-05T14:55:35.17Z
Creation Date: 2019-05-05T01:03:28.00Z
Registrar Registration Expiration Date: 2021-05-05T01:03:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a9bdc74c9d5b49cd99abf9b0407108c3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a9bdc74c9d5b49cd99abf9b0407108c3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a9bdc74c9d5b49cd99abf9b0407108c3.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramsavy.com
Registry Domain ID: 2466273079_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-12T18:36:01.00Z
Registrar Registration Expiration Date: 2020-12-12T18:36:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6a41a207dc374f178dea4e9c8eba9527.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6a41a207dc374f178dea4e9c8eba9527.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6a41a207dc374f178dea4e9c8eba9527.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMSENDER.SITE
Registry Domain ID: D130073756-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-09-08T14:44:49.0Z
Creation Date: 2019-09-20T06:48:33.0Z
Registry Expiry Date: 2021-09-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.INSTAGRAMSENDER.SITE
Name Server: NS2.INSTAGRAMSENDER.SITE
```

```
Domain Name: INSTAGRAMSHADEROOM.XYZ
Registry Domain ID: D170378741-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-17T12:20:35.0Z
Creation Date: 2020-02-10T23:54:44.0Z
Registry Expiry Date: 2021-02-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS01.000WEBHOST.COM
Name Server: NS02.000WEBHOST.COM
```

```
Domain name: instagramshiddensecrets.com
Registry Domain ID: 2485104519_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-27T09:11:31.00Z
Registrar Registration Expiration Date: 2021-01-27T09:11:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6bacae3542414dcda466bf8237f8ff41.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6bacae3542414dcda466bf8237f8ff41.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6bacae3542414dcda466bf8237f8ff41.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMSHOPING.XYZ
Registry Domain ID: D166230481-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-28T15:56:58.0Z
Creation Date: 2020-01-25T21:06:36.0Z
Registry Expiry Date: 2021-01-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramshoutout.com
Registry Domain ID: 2472001726_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-26T00:06:37.00Z
Registrar Registration Expiration Date: 2020-12-26T00:06:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 714810eb331848c1b30e4f8b6293d02d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 714810eb331848c1b30e4f8b6293d02d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 714810eb331848c1b30e4f8b6293d02d.protect@whoisguard.com
Name Server: gerald.ns.cloudflare.com
Name Server: zoe.ns.cloudflare.com
```

```
Domain Name: INSTAGRAMSPY.INFO
Registry Domain ID: D503300000045195526-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2018-08-01T11:30:05Z
Creation Date: 2017-08-31T12:22:58Z
Registry Expiry Date: 2019-08-31T12:22:58Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramstopmodel.com
Registry Domain ID: 1987132860_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-13T06:39:10.03Z
Creation Date: 2015-12-13T20:35:43.00Z
Registrar Registration Expiration Date: 2021-12-13T20:35:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f604b3d330664f11bc4f4c73c3ddf7f8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f604b3d330664f11bc4f4c73c3ddf7f8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f604b3d330664f11bc4f4c73c3ddf7f8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMSTORIES.ORG
Registry Domain ID: D402200000012272340-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-03T03:50:31Z
Creation Date: 2020-01-02T18:37:08Z
Registry Expiry Date: 2021-01-02T18:37:08Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.GNLD1010.SITEGROUND.EU
Name Server: NS2.GNLD1010.SITEGROUND.EU
```

```
Domain Name: INSTAGRAMSTORIES.PRO
Registry Domain ID: D503300000489059076-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2019-12-05T07:45:26Z
Creation Date: 2019-01-03T16:44:14Z
Registry Expiry Date: 2021-01-03T16:44:14Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramstoryviewer.net
Registry Domain ID: 2513064740_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-10T15:32:48.00Z
Registrar Registration Expiration Date: 2021-04-10T15:32:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8e9db2b6f62b49008821d84db3902845.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8e9db2b6f62b49008821d84db3902845.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8e9db2b6f62b49008821d84db3902845.protect@whoisguard.com
Name Server: anuj.ns.cloudflare.com
Name Server: surina.ns.cloudflare.com
```

```
Domain name: instagramsuccesssummit.com
Registry Domain ID: 2019617185_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-16T14:04:41.97Z
Creation Date: 2016-04-07T03:43:54.00Z
Registrar Registration Expiration Date: 2021-04-07T03:43:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e7abf6d3f9634d338763e1f2416ea46a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e7abf6d3f9634d338763e1f2416ea46a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e7abf6d3f9634d338763e1f2416ea46a.protect@whoisguard.com
Name Server: hank.ns.cloudflare.com
Name Server: zoe.ns.cloudflare.com
```

```
Domain Name: INSTAGRAMSUPPORT.ORG
Registry Domain ID: D402200000012494349-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-31T03:46:27Z
Creation Date: 2020-01-30T14:10:44Z
Registry Expiry Date: 2021-01-30T14:10:44Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.INSTAGRAMSUPPORT.ORG
Name Server: NS2.INSTAGRAMSUPPORT.ORG
```

```
Domain Name: INSTAGRAMSUPPORT.SITE
Registry Domain ID: D156872596-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-28T19:10:32.0Z
Creation Date: 2019-12-28T19:07:25.0Z
Registry Expiry Date: 2020-12-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.GUZELHOSTING.COM
Name Server: NS2.GUZELHOSTING.COM
```

```
Domain Name: INSTAGRAMSUPPORT.WEBSITE
Registry Domain ID: D168367441-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-15T15:46:30.0Z
Creation Date: 2020-01-30T14:10:54.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.OTOMATIK.ONLINE
Name Server: NS2.OTOMATIK.ONLINE
```

```
Domain Name: INSTAGRAMSUPPORTCENTER.INFO
Registry Domain ID: D503300001182512495-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-02-04T20:32:54Z
Creation Date: 2019-12-05T21:29:04Z
Registry Expiry Date: 2020-12-05T21:29:04Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS94.KEBIRHOST.COM
Name Server: NS95.KEBIRHOST.COM
```

```
Domain Name: INSTAGRAMSUPPORTSERVICE.SITE
Registry Domain ID: D153099266-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-22T19:06:48.0Z
Creation Date: 2019-12-17T18:57:07.0Z
Registry Expiry Date: 2020-12-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instagramsupremacy.com
Registry Domain ID: 2366848908_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-09T11:08:31.58Z
Creation Date: 2019-03-06T21:22:17.00Z
Registrar Registration Expiration Date: 2021-03-06T21:22:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dbb567b2ffa843fbb1c9177a30a2f111.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dbb567b2ffa843fbb1c9177a30a2f111.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dbb567b2ffa843fbb1c9177a30a2f111.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMTAKIPCI.INFO
Registry Domain ID: D503300000829621952-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-05-10T18:17:40Z
Creation Date: 2019-04-03T22:43:17Z
Registry Expiry Date: 2021-04-03T22:43:17Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: YOLANDA.NS.CLOUDFLARE.COM
Name Server: WESTON.NS.CLOUDFLARE.COM
```

```
Domain name: instagramtechk.com
Registry Domain ID: 2112501015_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-09T06:35:29.87Z
Creation Date: 2017-04-08T21:49:35.00Z
Registrar Registration Expiration Date: 2021-04-08T21:49:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2b9288d67c344c6385051dfe53f4f98e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2b9288d67c344c6385051dfe53f4f98e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2b9288d67c344c6385051dfe53f4f98e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramthailand.com
Registry Domain ID: 2419018489_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-29T17:38:59.14Z
Creation Date: 2019-08-01T11:17:05.00Z
Registrar Registration Expiration Date: 2021-08-01T11:17:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e6918659db9a4961a038fdffad188de8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e6918659db9a4961a038fdffad188de8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e6918659db9a4961a038fdffad188de8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramtiktokinfo.com
Registry Domain ID: 2480881242_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-16T15:07:28.00Z
Registrar Registration Expiration Date: 2021-01-16T15:07:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d44aab9f48814b1a8e826bf9a66e6da3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d44aab9f48814b1a8e826bf9a66e6da3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d44aab9f48814b1a8e826bf9a66e6da3.protect@whoisguard.com
Name Server: amanda.ns.cloudflare.com
Name Server: igor.ns.cloudflare.com
```

```
Domain name: instagramtop50.com
Registry Domain ID: 2346492343_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-24T06:12:18.21Z
Creation Date: 2018-12-24T20:53:53.00Z
Registrar Registration Expiration Date: 2021-12-24T20:53:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8e6d762324244ee3a0ecb3acb6a644e8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8e6d762324244ee3a0ecb3acb6a644e8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8e6d762324244ee3a0ecb3acb6a644e8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGRAMTREND.XYZ
Registry Domain ID: D137867520-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-10-15T16:29:59.0Z
Creation Date: 2019-10-29T00:29:17.0Z
Registry Expiry Date: 2021-10-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS-CLOUD-B1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-B2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-B3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-B4.GOOGLEDOMAINS.COM
```

```
Domain name: instagramty.com
Registry Domain ID: 2429831712_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-21T04:29:20.61Z
Creation Date: 2019-09-04T12:38:39.00Z
Registrar Registration Expiration Date: 2021-09-04T12:38:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 09fa8e270eab41e79c5ed1c2dfbe8e07.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 09fa8e270eab41e79c5ed1c2dfbe8e07.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 09fa8e270eab41e79c5ed1c2dfbe8e07.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: instagramverify.services
Registry Domain ID: 3b2b0fa5e30741d7ad62a39b8490a73d-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-08-22T12:42:15Z
Creation Date: 2018-08-10T20:57:00Z
Registry Expiry Date: 2019-08-10T20:57:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dummysecondary.pleasecontactsupport.com
Name Server: blockedduetophishing.pleasecontactsupport.com
```

```
Domain Name: instagramview.club
Registry Domain ID: D370EFCE2F16649CC8F3ECA74900D2760-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T23:00:08Z
Creation Date: 2020-02-19T23:00:05Z
Registry Expiry Date: 2021-02-19T23:00:05Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain name: instagramviewers.com
Registry Domain ID: 2460297050_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:53:06.00Z
Registrar Registration Expiration Date: 2020-11-27T12:53:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f0855fd686a498380d026bf46b8f403.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f0855fd686a498380d026bf46b8f403.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f0855fd686a498380d026bf46b8f403.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramviral.com
Registry Domain ID: 2456262449_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-17T08:53:37.21Z
Creation Date: 2019-11-17T14:17:22.00Z
Registrar Registration Expiration Date: 2022-11-17T14:17:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fd579c2ecb664af29619d0f787c03024.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fd579c2ecb664af29619d0f787c03024.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fd579c2ecb664af29619d0f787c03024.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramwebs.com
Registry Domain ID: 2369859862_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-05T12:44:44.00Z
Creation Date: 2019-03-16T15:45:22.00Z
Registrar Registration Expiration Date: 2021-03-16T15:45:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ed56eac4cb5a47bea1cb1948855707b8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ed56eac4cb5a47bea1cb1948855707b8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ed56eac4cb5a47bea1cb1948855707b8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramwish.com
Registry Domain ID: 2167066085_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-25T06:29:02.18Z
Creation Date: 2017-09-24T23:20:04.00Z
Registrar Registration Expiration Date: 2021-09-24T23:20:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f477b34b0bf14a0c91d19e0e43f44062.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f477b34b0bf14a0c91d19e0e43f44062.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f477b34b0bf14a0c91d19e0e43f44062.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramwishlist.com
Registry Domain ID: 2167065318_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-25T06:29:03.89Z
Creation Date: 2017-09-24T23:12:22.00Z
Registrar Registration Expiration Date: 2021-09-24T23:12:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cecbab0a4654490f994d0ca95138279c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cecbab0a4654490f994d0ca95138279c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cecbab0a4654490f994d0ca95138279c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagramyourevents.com
Registry Domain ID: 2101110241_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-17T16:05:08.39Z
Creation Date: 2017-02-28T05:42:26.00Z
Registrar Registration Expiration Date: 2021-02-28T05:42:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5fc59b9846544caea3064d0a9c3ed743.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5fc59b9846544caea3064d0a9c3ed743.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5fc59b9846544caea3064d0a9c3ed743.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instagrawm.com
Registry Domain ID: 2478339443_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:28.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c7c216dd04f47cc91c748350b3b66b5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c7c216dd04f47cc91c748350b3b66b5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c7c216dd04f47cc91c748350b3b66b5.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTAGROM.ORG
Registry Domain ID: D188669777-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-17T17:48:10Z
Creation Date: 2016-05-16T21:13:41Z
Registry Expiry Date: 2021-05-16T21:13:41Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: instainstagramlikes.com
Registry Domain ID: 2402715383_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-16T06:11:11.73Z
Creation Date: 2019-06-15T21:28:03.00Z
Registrar Registration Expiration Date: 2021-06-15T21:28:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 83a5064f1b464d98b677c7b392865a30.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 83a5064f1b464d98b677c7b392865a30.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 83a5064f1b464d98b677c7b392865a30.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTANTGRAMS.ORG
Registry Domain ID: D402200000012699070-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-25T03:49:52Z
Creation Date: 2020-02-25T03:14:58Z
Registry Expiry Date: 2021-02-25T03:14:58Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instantinstagram.com
Registry Domain ID: 2478339404_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:09.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cbbdaf9ebe0e4a3f88f93a79814c3a12.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cbbdaf9ebe0e4a3f88f93a79814c3a12.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cbbdaf9ebe0e4a3f88f93a79814c3a12.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instantinstagramfollowers.com
Registry Domain ID: 2478339405_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:09.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e40070da814f40b9b68916d73cfde01b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e40070da814f40b9b68916d73cfde01b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e40070da814f40b9b68916d73cfde01b.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instaqram.net
Registry Domain ID: 2483247395_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-22T03:36:40.00Z
Registrar Registration Expiration Date: 2021-01-22T03:36:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 972f14fe7d8e4999a874615d9e1fac31.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 972f14fe7d8e4999a874615d9e1fac31.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 972f14fe7d8e4999a874615d9e1fac31.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instaqramsupportt.com
Registry Domain ID: 2543421949_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-02T22:04:54.00Z
Registrar Registration Expiration Date: 2021-07-02T22:04:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c740b6a3ea3a46868f4f3caafa3f0c57.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c740b6a3ea3a46868f4f3caafa3f0c57.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c740b6a3ea3a46868f4f3caafa3f0c57.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTATOGRAM.XYZ
Registry Domain ID: D186604814-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:18.0Z
Creation Date: 2020-05-17T21:09:39.0Z
Registry Expiry Date: 2021-05-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: EARL.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
```

```
Domain name: instavgram.com
Registry Domain ID: 2478339430_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:21.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f38af4b268644b12b8067c0366e7c0d9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f38af4b268644b12b8067c0366e7c0d9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f38af4b268644b12b8067c0366e7c0d9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: instawgram.com
Registry Domain ID: 2478339432_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:22.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f821a9238b00487fa229ab8b1a3a7b8a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f821a9238b00487fa229ab8b1a3a7b8a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f821a9238b00487fa229ab8b1a3a7b8a.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTEEGRAM.STORE
Registry Domain ID: D149941891-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:24:50.0Z
Creation Date: 2019-12-05T05:35:47.0Z
Registry Expiry Date: 2020-12-05T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.GIOW1023.SITEGROUND.US
Name Server: NS2.GIOW1023.SITEGROUND.US
```

```
Domain name: instergram.net
Registry Domain ID: 1719391644_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-23T04:22:04.00Z
Creation Date: 2012-05-10T12:55:16.00Z
Registrar Registration Expiration Date: 2021-05-10T12:55:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c327d10e09764326b5312a8945c8aed2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c327d10e09764326b5312a8945c8aed2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c327d10e09764326b5312a8945c8aed2.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: instfagram.com
Registry Domain ID: 2478339435_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:24.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2aa43e45c74547509440ea7512836aec.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2aa43e45c74547509440ea7512836aec.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2aa43e45c74547509440ea7512836aec.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTGRAM-LK.XYZ
Registry Domain ID: D192216679-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-31T09:20:53.0Z
Creation Date: 2020-07-04T09:44:40.0Z
Registry Expiry Date: 2021-07-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain name: insthagram.com
Registry Domain ID: 2478339428_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:19.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 80abe761b6a14f6688290c20a8b0c5a4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 80abe761b6a14f6688290c20a8b0c5a4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 80abe761b6a14f6688290c20a8b0c5a4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: INSTIGRAM.XYZ
Registry Domain ID: D184893454-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-14T16:04:29.0Z
Creation Date: 2020-04-30T23:09:24.0Z
Registry Expiry Date: 2021-04-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: instogram.club
Registry Domain ID: D8E460D6753004A05B43A7D0434E50871-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-21T20:22:34Z
Creation Date: 2019-11-21T20:14:05Z
Registry Expiry Date: 2020-11-21T20:14:05Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTOGRAM.PRO
Registry Domain ID: D50330000561946845-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-01-25T12:09:14Z
Creation Date: 2019-02-12T22:14:00Z
Registry Expiry Date: 2021-02-12T22:14:00Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: VENUS.NS.CLOUDFLARE.COM
Name Server: DEAN.NS.CLOUDFLARE.COM
```

```
Domain Name: INSTOGRAM.XYZ
Registry Domain ID: D146798246-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-21T20:22:27.0Z
Creation Date: 2019-11-21T20:14:07.0Z
Registry Expiry Date: 2021-11-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instqagram.com
Registry Domain ID: 1719387813_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:24:21.00Z
Creation Date: 2012-05-10T12:30:08.00Z
Registrar Registration Expiration Date: 2021-05-10T12:30:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 989e29a1ab1a48e0be59bc6fbeae2ffe.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 989e29a1ab1a48e0be59bc6fbeae2ffe.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 989e29a1ab1a48e0be59bc6fbeae2ffe.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: instragram.app
Registry Domain ID: 42C5B28B8-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-06-11T10:03:56Z
Creation Date: 2020-06-06T10:03:56Z
Registry Expiry Date: 2021-06-06T10:03:56Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: INSTRGRAM.XYZ
Registry Domain ID: D193196859-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-10T07:56:21.0Z
Creation Date: 2020-07-12T18:03:06.0Z
Registry Expiry Date: 2021-07-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTRAGRAMUSER.XYZ
Registry Domain ID: D151405066-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:26:30.0Z
Creation Date: 2019-12-10T03:59:54.0Z
Registry Expiry Date: 2020-12-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: instwgram.com
Registry Domain ID: 1719387821_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T04:16:38.00Z
Creation Date: 2012-05-10T12:30:12.00Z
Registrar Registration Expiration Date: 2021-05-10T12:30:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6f3add849dc74479a83cd0c76acc6841.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6f3add849dc74479a83cd0c76acc6841.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6f3add849dc74479a83cd0c76acc6841.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: insxtagram.com
Registry Domain ID: 2478339468_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:42.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a083dbb416b249a78af498afc405eb26.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a083dbb416b249a78af498afc405eb26.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a083dbb416b249a78af498afc405eb26.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: ip-instagram.com
Registry Domain ID: 2474604374_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-01T10:46:00.00Z
Registrar Registration Expiration Date: 2021-01-01T10:46:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ede3547d11ef44b9861485f62ed31bc9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ede3547d11ef44b9861485f62ed31bc9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ede3547d11ef44b9861485f62ed31bc9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: iraninstagram.com
Registry Domain ID: 1947161439_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-15T06:28:42.98Z
Creation Date: 2015-07-15T19:49:32.00Z
Registrar Registration Expiration Date: 2021-07-15T19:49:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6fc91089281c4a0094e599c63157071e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6fc91089281c4a0094e599c63157071e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6fc91089281c4a0094e599c63157071e.protect@whoisguard.com
Name Server: ns.netafraz.com
Name Server: ns2.netafraz.com
```

```
Domain name: japaninstagramwalk.com
Registry Domain ID: 2367205867_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-07T06:44:17.17Z
Creation Date: 2019-03-08T02:35:58.00Z
Registrar Registration Expiration Date: 2021-03-08T02:35:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: be73b243a03940d5b48d64ec89393d68.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: be73b243a03940d5b48d64ec89393d68.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: be73b243a03940d5b48d64ec89393d68.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: jinstagram.com
Registry Domain ID: 2478339415_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-10T05:29:17.00Z
Registrar Registration Expiration Date: 2021-01-10T05:29:17.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613012107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 58f83abb86684f56b80b3c525306ec30.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 58f83abb86684f56b80b3c525306ec30.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 58f83abb86684f56b80b3c525306ec30.protect@whoisguard.com
Name Server: ns1.cp-in-11.webhostbox.net
Name Server: ns2.cp-in-11.webhostbox.net
```

```
Domain name: johnhebertinstagram.com
Registry Domain ID: 2183442937_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-06T07:39:03.01Z
Creation Date: 2017-11-05T16:10:40.00Z
Registrar Registration Expiration Date: 2021-11-05T16:10:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c7342ac07c7d421d8389ef0238986ee9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c7342ac07c7d421d8389ef0238986ee9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c7342ac07c7d421d8389ef0238986ee9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: killerinstagramads.com
Registry Domain ID: 2333597876_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-18T07:00:38.73Z
Creation Date: 2018-11-17T03:59:16.00Z
Registrar Registration Expiration Date: 2021-11-17T03:59:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c30ee8cc89a94bcdadc97f6ed43c21a7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c30ee8cc89a94bcdadc97f6ed43c21a7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c30ee8cc89a94bcdadc97f6ed43c21a7.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: larutadelinstagram.com
Registry Domain ID: 2497515071_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-27T18:39:46.00Z
Registrar Registration Expiration Date: 2021-02-27T18:39:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f9fa4c8e6afa4a68bd133ad4b238fe5f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f9fa4c8e6afa4a68bd133ad4b238fe5f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f9fa4c8e6afa4a68bd133ad4b238fe5f.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: leinstagram.com
Registry Domain ID: 2336087226_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-06T13:30:01.40Z
Creation Date: 2018-11-24T00:16:23.00Z
Registrar Registration Expiration Date: 2021-11-24T00:16:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c33aa0be3a73461ea7245b9789ccb6c3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c33aa0be3a73461ea7245b9789ccb6c3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c33aa0be3a73461ea7245b9789ccb6c3.protect@whoisguard.com
Name Server: ns1.picsshow.com
Name Server: ns2.picsshow.com
```

```
Domain name: lifetimeoninstagram.com
Registry Domain ID: 1846418721_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-14T17:32:50.63Z
Creation Date: 2014-02-12T22:06:05.00Z
Registrar Registration Expiration Date: 2022-02-12T22:06:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ff9757e6732e4211a39fbc49ab261190.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ff9757e6732e4211a39fbc49ab261190.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ff9757e6732e4211a39fbc49ab261190.protect@whoisguard.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
```

```
Domain name: likesinstagram.com
Registry Domain ID: 1782008687_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-23T06:49:50.63Z
Creation Date: 2013-02-22T14:12:45.00Z
Registrar Registration Expiration Date: 2021-02-22T14:12:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1d31a2f6fe61457da2726b5e8472d2ea.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1d31a2f6fe61457da2726b5e8472d2ea.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1d31a2f6fe61457da2726b5e8472d2ea.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: lnsta-gram-me.com
Registry Domain ID: 2540188244_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-19T20:18:00.00Z
Registrar Registration Expiration Date: 2021-06-19T20:18:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9a47d799711e443fae553b9a4a6f0449.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9a47d799711e443fae553b9a4a6f0449.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9a47d799711e443fae553b9a4a6f0449.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: lnstagram-accounts.com
Registry Domain ID: 2479554107_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-13T01:08:32.00Z
Registrar Registration Expiration Date: 2021-01-13T01:08:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ebac295d1cac439fa0f94b91f153f3f9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ebac295d1cac439fa0f94b91f153f3f9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ebac295d1cac439fa0f94b91f153f3f9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: lnstagram-confirm.help
Registry Domain ID: DO_67d4c4dc65b374cb3c04bccb7b2f9a3e-UR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com
Updated Date: 2020-11-24T10:10:04.651Z
Creation Date: 2020-06-11T20:21:10.770Z
Registry Expiry Date: 2021-06-11T20:21:10.770Z
Registrar: NAMECHEAP
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Name Server: failed-whois-verification.namecheap.com
Name Server: verify-contact-details.namecheap.com
```

```
Domain name: lnstagram-copyrightcenter.com
Registry Domain ID: 2516348039_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-18T19:41:41.00Z
Registrar Registration Expiration Date: 2021-04-18T19:41:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4b6c504443f44753ad56d0ab22b8d0c0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4b6c504443f44753ad56d0ab22b8d0c0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4b6c504443f44753ad56d0ab22b8d0c0.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: lnstagram-email.com
Registry Domain ID: 2526729686_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-16T17:46:34.00Z
Registrar Registration Expiration Date: 2021-05-16T17:46:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4f343ae182d34fc0835be2dc5c824267.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4f343ae182d34fc0835be2dc5c824267.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4f343ae182d34fc0835be2dc5c824267.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: lnstagram-help.services
Registry Domain ID: a8c986e471974c2baabe4da93999571f-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-01-17T06:55:54Z
Creation Date: 2020-01-10T11:55:01Z
Registry Expiry Date: 2021-01-10T11:55:01Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain Name: LNSTAGRAM-MAIL.HOST
Registry Domain ID: D178768054-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-20T12:31:50.0Z
Creation Date: 2020-03-14T10:18:33.0Z
Registry Expiry Date: 2021-03-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: lnstagram-support-team.com
Registry Domain ID: 2481622543_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-17T20:33:32.00Z
Registrar Registration Expiration Date: 2021-01-17T20:33:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6bdcf27a50e7461cb7691b491b439f56.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6bdcf27a50e7461cb7691b491b439f56.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6bdcf27a50e7461cb7691b491b439f56.protect@whoisguard.com
Name Server: chuck.ns.cloudflare.com
Name Server: cortney.ns.cloudflare.com
```

```
Domain Name: LNSTAGRAM-SUPPORT.SITE
Registry Domain ID: D147719476-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-25T23:11:35.0Z
Creation Date: 2019-11-25T23:01:51.0Z
Registry Expiry Date: 2021-11-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: lnstagram-supportlive.com
Registry Domain ID: 2538789343_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-16T10:15:00.00Z
Registrar Registration Expiration Date: 2021-06-16T10:15:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dbaa75f6a59040f989efb0ea8e9efa37.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dbaa75f6a59040f989efb0ea8e9efa37.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dbaa75f6a59040f989efb0ea8e9efa37.protect@whoisguard.com
Name Server: verify-contact-details.namecheap.com
Name Server: failed-whois-verification.namecheap.com
```

```
Domain Name: LNSTAGRAM-VERIFY.INFO
Registry Domain ID: D503300001185365072-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-07-10T20:33:22Z
Creation Date: 2020-05-11T08:50:21Z
Registry Expiry Date: 2021-05-11T08:50:21Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
```

```
Domain Name: LNSTAGRAM.REST
Registry Domain ID: D175039924-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-10T15:23:12.0Z
Creation Date: 2020-03-01T23:01:23.0Z
Registry Expiry Date: 2021-03-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: LNSTAGRAM.TECH
Registry Domain ID: D160953516-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:18:16.0Z
Creation Date: 2020-01-08T22:16:52.0Z
Registry Expiry Date: 2021-01-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: BRYCE.NS.CLOUDFLARE.COM
Name Server: PERLA.NS.CLOUDFLARE.COM
```

```
Domain Name: LNSTAGRAMBUSINESSHELP.COM
Registry Domain ID: 2395314350_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-24T01:34:10Z
Creation Date: 2019-05-26T01:27:18Z
Registry Expiry Date: 2020-05-26T01:27:18Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2395314350_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-05-26T01:27:18.00Z
Creation Date: 2019-05-26T01:27:18.00Z
Registrar Registration Expiration Date: 2020-05-26T01:27:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Fax: +51.17057182
Registrant Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Fax: +51.17057182
Admin Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Fax: +51.17057182
Tech Email: 538149c6a92c414da23e131b6a15e30f.protect@whoisguard.com
Name Server: ns1.hostinger.com
Name Server: ns2.hostinger.com
Name Server: ns3.hostinger.com
```

```
Domain name: lnstagramclient.com
Registry Domain ID: 2506814076_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-24T16:07:58.00Z
Registrar Registration Expiration Date: 2021-03-24T16:07:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6d53383910714554ace9855e5fb9613b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6d53383910714554ace9855e5fb9613b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6d53383910714554ace9855e5fb9613b.protect@whoisguard.com
Name Server: ns1.lnstagramclient.com
Name Server: ns2.lnstagramclient.com
```

```
Domain name: lnstagramclientsupport.com
Registry Domain ID: 2488247251_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-03T20:53:52.00Z
Registrar Registration Expiration Date: 2021-02-03T20:53:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b5f2b7e0c9d64ad2a503a84002cb6120.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b5f2b7e0c9d64ad2a503a84002cb6120.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b5f2b7e0c9d64ad2a503a84002cb6120.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: LNSTAGRAMCOPYRIGHTS.ONLINE
Registry Domain ID: D180685314-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-11T10:13:26.0Z
Creation Date: 2020-03-30T14:38:43.0Z
Registry Expiry Date: 2021-03-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.SIBERDIZAYN.NET.TR
Name Server: NS2.SIBERDIZAYN.NET.TR
```

```
Domain name: lnstagramhelp-center.com
Registry Domain ID: 2521640164_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-03T16:47:05.00Z
Registrar Registration Expiration Date: 2021-05-03T16:47:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c0bd691c5ba2491690f580713646bece.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c0bd691c5ba2491690f580713646bece.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c0bd691c5ba2491690f580713646bece.protect@whoisguard.com
Name Server: tr1.bilisimist.net
Name Server: tr2.bilisimist.net
```

```
Domain name: lnstagramhelp-service.com
Registry Domain ID: 2503497022_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-15T09:57:03.00Z
Registrar Registration Expiration Date: 2021-03-15T09:57:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 279184487a36404c997901e726082743.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 279184487a36404c997901e726082743.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 279184487a36404c997901e726082743.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: lnstagramhelpsecurity.com
Registry Domain ID: 2503223886_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-14T12:26:46.00Z
Registrar Registration Expiration Date: 2021-03-14T12:26:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 51d29382999d4f8a8d3ee0e96e1f3b89.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 51d29382999d4f8a8d3ee0e96e1f3b89.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 51d29382999d4f8a8d3ee0e96e1f3b89.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: lnstagramn.com
Registry Domain ID: 2456271114_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-17T16:48:39.00Z
Registrar Registration Expiration Date: 2020-11-17T16:48:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1b97accdb7d442aba3a31497acb796ce.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1b97accdb7d442aba3a31497acb796ce.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1b97accdb7d442aba3a31497acb796ce.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: lnstagrampartner-support.com
Registry Domain ID: 2532446907_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-31T18:03:28.00Z
Registrar Registration Expiration Date: 2021-05-31T18:03:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 645ebe9c977f42b4a87c1a1f64f5060f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 645ebe9c977f42b4a87c1a1f64f5060f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 645ebe9c977f42b4a87c1a1f64f5060f.protect@whoisguard.com
Name Server: ns1.aldetabilisim.com
Name Server: ns2.aldetabilisim.com
```

```
Domain name: lnstagrampartnersbusiness.com
Registry Domain ID: 2515154069_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-15T18:40:12.00Z
Registrar Registration Expiration Date: 2021-04-15T18:40:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6d96b431fe0942879cae43fa3e86b5dc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6d96b431fe0942879cae43fa3e86b5dc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6d96b431fe0942879cae43fa3e86b5dc.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: LNSTAGRAMS.SITE
Registry Domain ID: D158206146-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-22T13:31:41.0Z
Creation Date: 2020-01-02T19:01:46.0Z
Registry Expiry Date: 2021-01-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: BRYCE.NS.CLOUDFLARE.COM
Name Server: PERLA.NS.CLOUDFLARE.COM
```

```
Domain name: lnstagramsecurityservice.com
Registry Domain ID: 2501085330_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-07T21:33:55.00Z
Registrar Registration Expiration Date: 2021-03-07T21:33:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 81424853655441b78d5b82e3ccdf19ed.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 81424853655441b78d5b82e3ccdf19ed.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 81424853655441b78d5b82e3ccdf19ed.protect@whoisguard.com
Name Server: leif.ns.cloudflare.com
Name Server: sofia.ns.cloudflare.com
```

```
Domain Name: LNSTAGRAMSERVICE.HOST
Registry Domain ID: D179139119-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-22T12:02:02.0Z
Creation Date: 2020-03-17T15:28:09.0Z
Registry Expiry Date: 2021-03-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.TURKEYSERVER.HOST
Name Server: NS2.TURKEYSERVER.HOST
```

```
Domain name: lnstagramsupportlive.com
Registry Domain ID: 2510873360_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-04T12:56:04.00Z
Registrar Registration Expiration Date: 2021-04-04T12:56:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2075b7f854044e63bd9f49f9652c1676.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2075b7f854044e63bd9f49f9652c1676.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2075b7f854044e63bd9f49f9652c1676.protect@whoisguard.com
Name Server: tr9.bilisimist.net
Name Server: tr10.bilisimist.net
```

```
Domain Name: LNSTAGRAMSUPPORTS.ONLINE
Registry Domain ID: D183828199-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-12T03:53:04.0Z
Creation Date: 2020-04-22T23:24:35.0Z
Registry Expiry Date: 2021-04-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.SIBERDIZAYN.NET.TR
Name Server: NS2.SIBERDIZAYN.NET.TR
```

```
Domain name: lnstagramverifyaccountshelps.com
Registry Domain ID: 2531268706_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-28T00:39:57.00Z
Registrar Registration Expiration Date: 2021-05-28T00:39:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 02e0222282594f7d9579c99c8c38f58b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 02e0222282594f7d9579c99c8c38f58b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 02e0222282594f7d9579c99c8c38f58b.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: login-instagram.live
Registry Domain ID: 614f3a221e6b4f8a817294900e3a98d0-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-04-13T18:44:15Z
Creation Date: 2019-04-09T21:52:24Z
Registry Expiry Date: 2021-04-09T21:52:24Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.shockhosting.net
Name Server: ns2.shockhosting.net
```

```
Domain name: lombafotoinstagram.com
Registry Domain ID: 2455028601_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-19T13:32:10.84Z
Creation Date: 2019-11-13T23:54:59.00Z
Registrar Registration Expiration Date: 2021-11-13T23:54:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 206ee8c552a84dea852d60230e9738ff.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 206ee8c552a84dea852d60230e9738ff.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 206ee8c552a84dea852d60230e9738ff.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: longislandinstagram.com
Registry Domain ID: 2413030558_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-07-15T17:27:57.00Z
Registrar Registration Expiration Date: 2021-07-15T17:27:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 08acc22d51e749ba9c515ffe09fc410c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 08acc22d51e749ba9c515ffe09fc410c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 08acc22d51e749ba9c515ffe09fc410c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: MAIL-INSTAGRAM.SPACE
Registry Domain ID: D173011354-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:28:23.0Z
Creation Date: 2020-02-23T11:10:16.0Z
Registry Expiry Date: 2021-02-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: mailx-lnstagram.com
Registry Domain ID: 2540823942_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-22T17:11:39.00Z
Registrar Registration Expiration Date: 2021-06-22T17:11:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e54ec9608b244983beb96777617401ba.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e54ec9608b244983beb96777617401ba.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e54ec9608b244983beb96777617401ba.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: minneapolisinstagram.com
Registry Domain ID: 1918881002_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-13T06:15:07.98Z
Creation Date: 2015-04-12T00:27:13.00Z
Registrar Registration Expiration Date: 2021-04-12T00:27:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 45593934f8dd41a9a87c0047e53e209b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 45593934f8dd41a9a87c0047e53e209b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 45593934f8dd41a9a87c0047e53e209b.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: mninstagram.com
Registry Domain ID: 1918881009_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-13T06:15:11.90Z
Creation Date: 2015-04-12T00:27:16.00Z
Registrar Registration Expiration Date: 2021-04-12T00:27:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 39ddf967bf8441adb67b6f770ef2019e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 39ddf967bf8441adb67b6f770ef2019e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 39ddf967bf8441adb67b6f770ef2019e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: myinstagramstats.com
Registry Domain ID: 2322352628_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-03T21:55:59.81Z
Creation Date: 2018-10-17T05:02:49.00Z
Registrar Registration Expiration Date: 2021-10-17T05:02:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c7f67f4284444eaaed8756b577e9345.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c7f67f4284444eaaed8756b577e9345.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c7f67f4284444eaaed8756b577e9345.protect@whoisguard.com
Name Server: john.ns.cloudflare.com
Name Server: amanda.ns.cloudflare.com
```

```
Domain name: myreportsforinstagram.com
Registry Domain ID: 2354789990_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-15T11:46:16.05Z
Creation Date: 2019-01-23T11:15:39.00Z
Registrar Registration Expiration Date: 2021-01-23T11:15:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: be7de14e7bf2428fa1c1609d3c5e42b8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: be7de14e7bf2428fa1c1609d3c5e42b8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: be7de14e7bf2428fa1c1609d3c5e42b8.protect@whoisguard.com
Name Server: ns1.myreportsforinstagram.com
Name Server: ns2.myreportsforinstagram.com
```

```
Domain name: nextinstagramtechk.com
Registry Domain ID: 2112501014_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-09T06:35:31.83Z
Creation Date: 2017-04-08T21:49:34.00Z
Registrar Registration Expiration Date: 2021-04-08T21:49:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 699c403a8b42443b819e42bffaf64e65.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 699c403a8b42443b819e42bffaf64e65.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 699c403a8b42443b819e42bffaf64e65.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: notifications-for-instagram.com
Registry Domain ID: 2293353113_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-04T06:38:56.55Z
Creation Date: 2018-08-03T08:21:27.00Z
Registrar Registration Expiration Date: 2021-08-03T08:21:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e43a414d8c08447faba140fa27408a32.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e43a414d8c08447faba140fa27408a32.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e43a414d8c08447faba140fa27408a32.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: panelinstagram.com
Registry Domain ID: 2459417325_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-25T06:10:34.00Z
Registrar Registration Expiration Date: 2020-11-25T06:10:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4073c660f22e4976bf08161166ae2bb8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4073c660f22e4976bf08161166ae2bb8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4073c660f22e4976bf08161166ae2bb8.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: parainstagramers.com
Registry Domain ID: 2392504903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-14T17:06:55.00Z
Creation Date: 2019-05-19T13:40:11.00Z
Registrar Registration Expiration Date: 2021-05-19T13:40:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 75f0a2155eb74fb2ac15d8e0671360d4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 75f0a2155eb74fb2ac15d8e0671360d4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 75f0a2155eb74fb2ac15d8e0671360d4.protect@whoisguard.com
Name Server: ns2.malvadns.com
Name Server: ns1.malvadns.com
```

```
Domain name: parkcityoninstagram.com
Registry Domain ID: 1846418725_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-14T17:34:06.20Z
Creation Date: 2014-02-12T22:06:05.00Z
Registrar Registration Expiration Date: 2022-02-12T22:06:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0d0586f0ffc842aaa9eaf73e518b6a65.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0d0586f0ffc842aaa9eaf73e518b6a65.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0d0586f0ffc842aaa9eaf73e518b6a65.protect@whoisguard.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
```

```
Domain name: partyinstagram.com
Registry Domain ID: 1869561388_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-05T06:43:02.86Z
Creation Date: 2014-08-04T02:06:31.00Z
Registrar Registration Expiration Date: 2021-08-04T02:06:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: MN
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: US
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=partyinstagram.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=partyinstagram.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at
https://www.namecheap.com/domains/whois/result?domain=partyinstagram.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: petsofinstagram.com
Registry Domain ID: 1905352201_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T20:35:38.97Z
Creation Date: 2015-02-24T20:00:13.00Z
Registrar Registration Expiration Date: 2021-02-24T20:00:13.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 83d80f1fa2b64284b900cea95a63becc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 83d80f1fa2b64284b900cea95a63becc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 83d80f1fa2b64284b900cea95a63becc.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: phanmeminstagram.com
Registry Domain ID: 2269879496_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-18T05:32:03.42Z
Creation Date: 2018-05-31T11:15:20.00Z
Registrar Registration Expiration Date: 2021-05-31T11:15:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5608519d189a4ed7bf72d6bf41333e24.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5608519d189a4ed7bf72d6bf41333e24.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5608519d189a4ed7bf72d6bf41333e24.protect@whoisguard.com
Name Server: ns3.azdigi.com
Name Server: ns4.azdigi.com
```

```
Domain Name: PINSTAGRAM.XYZ
Registry Domain ID: D168542196-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-02T13:34:41.0Z
Creation Date: 2020-01-31T07:48:56.0Z
Registry Expiry Date: 2021-01-31T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.HAARE.CLUB
Name Server: NS2.HAARE.CLUB
```

```
Domain name: pinstagramparty.com
Registry Domain ID: 2459012709_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-23T20:34:59.00Z
Registrar Registration Expiration Date: 2020-11-23T20:34:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a4510834d5864ef4aff38646e8a3bbec.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a4510834d5864ef4aff38646e8a3bbec.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a4510834d5864ef4aff38646e8a3bbec.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: pinstagrams.com
Registry Domain ID: 2057781271_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-07T07:10:23.81Z
Creation Date: 2016-09-07T02:30:36.00Z
Registrar Registration Expiration Date: 2021-09-07T02:30:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0180459a2be44a9d8f56b95874d4ee6e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0180459a2be44a9d8f56b95874d4ee6e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0180459a2be44a9d8f56b95874d4ee6e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: PIRATERCOMPTEINSTAGRAM.XYZ
Registry Domain ID: D151347996-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:26:17.0Z
Creation Date: 2019-12-09T14:38:48.0Z
Registry Expiry Date: 2020-12-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: printinstagramphotos.com
Registry Domain ID: 1823322491_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-25T06:53:56.67Z
Creation Date: 2013-08-24T12:17:46.00Z
Registrar Registration Expiration Date: 2021-08-24T12:17:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dc0cfdc4ec094a108cbd9ba19eac9ab4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dc0cfdc4ec094a108cbd9ba19eac9ab4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dc0cfdc4ec094a108cbd9ba19eac9ab4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: puppiesofinstagram.com
Registry Domain ID: 2432441942_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-13T05:54:40.48Z
Creation Date: 2019-09-12T04:14:54.00Z
Registrar Registration Expiration Date: 2021-09-12T04:14:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0d5a64f5ab134f78abf54bec9d3bcce4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0d5a64f5ab134f78abf54bec9d3bcce4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0d5a64f5ab134f78abf54bec9d3bcce4.protect@whoisguard.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
```

```
Domain name: purchaseinstagramfollowers.com
Registry Domain ID: 2398049303_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-17T11:55:13.43Z
Creation Date: 2019-06-03T01:25:31.00Z
Registrar Registration Expiration Date: 2021-06-03T01:25:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2422bc5c58f94eeead27c82fde64163b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2422bc5c58f94eeead27c82fde64163b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2422bc5c58f94eeead27c82fde64163b.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: purchaseinstagramsfollowers.com
Registry Domain ID: 2362042715_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-15T10:09:16.34Z
Creation Date: 2019-02-19T07:59:03.00Z
Registrar Registration Expiration Date: 2021-02-19T07:59:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2f17a79839ba46a0a15575b03659cef2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2f17a79839ba46a0a15575b03659cef2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2f17a79839ba46a0a15575b03659cef2.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: rafelmayolinstagram.com
Registry Domain ID: 2425065873_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-21T06:18:25.56Z
Creation Date: 2019-08-20T05:28:10.00Z
Registrar Registration Expiration Date: 2021-08-20T05:28:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd1f201fe2304d7f90a9752855476fc9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd1f201fe2304d7f90a9752855476fc9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd1f201fe2304d7f90a9752855476fc9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: realhousecatsofinstagram.com
Registry Domain ID: 2044190106_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-18T07:06:06.00Z
Creation Date: 2016-07-18T21:19:19.00Z
Registrar Registration Expiration Date: 2021-07-18T21:19:19.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: de94eca027ca404da1a946030f20e4eb.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: de94eca027ca404da1a946030f20e4eb.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: de94eca027ca404da1a946030f20e4eb.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: realinstagramhack.com
Registry Domain ID: 2459915181_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-26T13:13:50.00Z
Registrar Registration Expiration Date: 2020-11-26T13:13:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4b2f4409e1e945fab7d48b9a8ad06791.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4b2f4409e1e945fab7d48b9a8ad06791.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4b2f4409e1e945fab7d48b9a8ad06791.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: reportsparainstagram.com
Registry Domain ID: 2460297036_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:52:53.00Z
Registrar Registration Expiration Date: 2020-11-27T12:52:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e8128a4a65a4437eaa79ff2f882f07a4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e8128a4a65a4437eaa79ff2f882f07a4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e8128a4a65a4437eaa79ff2f882f07a4.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: saveinstagramvideo.com
Registry Domain ID: 2467020769_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-14T12:09:51.00Z
Registrar Registration Expiration Date: 2020-12-14T12:09:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 44461c0fda5944098da31d5df1e5fa29.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 44461c0fda5944098da31d5df1e5fa29.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 44461c0fda5944098da31d5df1e5fa29.protect@whoisguard.com
Name Server: may.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
```

```
Domain name: scheduleinstagrampostsfree.com
Registry Domain ID: 2320532231_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-21T02:25:49.78Z
Creation Date: 2018-10-12T16:15:25.00Z
Registrar Registration Expiration Date: 2022-10-12T16:15:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a90b22da1e954d3abed322cc0e5b421a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a90b22da1e954d3abed322cc0e5b421a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a90b22da1e954d3abed322cc0e5b421a.protect@whoisguard.com
Name Server: ns1.latelysocialapp.website
Name Server: ns2.latelysocialapp.website
```

```
Domain name: secured-lnstagram.com
Registry Domain ID: 2512615050_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-09T00:42:49.00Z
Registrar Registration Expiration Date: 2022-04-09T00:42:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fc180f8527fc4c2faf70dc370e7b7305.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fc180f8527fc4c2faf70dc370e7b7305.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fc180f8527fc4c2faf70dc370e7b7305.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: securedlogin-lnstagram.com
Registry Domain ID: 2303459563_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-28T22:06:34.00Z
Creation Date: 2018-08-28T22:06:34.00Z
Registrar Registration Expiration Date: 2019-08-28T22:06:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dac7f9469ec5436e86964732752b7358.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: security-instagram.email
Registry Domain ID: f04d71cda3b649039d4999758ff6ae90-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-06-27T00:22:57Z
Creation Date: 2018-06-22T00:22:29Z
Registry Expiry Date: 2019-06-22T00:22:29Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: SEEPRIVATEINSTAGRAM.ONLINE
Registry Domain ID: D40232376-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-22T13:30:28.0Z
Creation Date: 2016-12-05T17:50:52.0Z
Registry Expiry Date: 2020-12-05T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: GERALD.NS.CLOUDFLARE.COM
Name Server: KIM.NS.CLOUDFLARE.COM
```

```
Domain Name: sexinstagram.app
Registry Domain ID: 418118491-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-06T17:24:15Z
Creation Date: 2020-03-01T17:24:15Z
Registry Expiry Date: 2021-03-01T17:24:15Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: sexy-instagram.com
Registry Domain ID: 2278300865_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-24T06:57:33.49Z
Creation Date: 2018-06-23T16:51:32.00Z
Registrar Registration Expiration Date: 2021-06-23T16:51:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c3c1616cd9524c0d97a73900ab2d55ed.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c3c1616cd9524c0d97a73900ab2d55ed.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c3c1616cd9524c0d97a73900ab2d55ed.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: share-instagram.com
Registry Domain ID: 2378524679_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-09T10:50:53.80Z
Creation Date: 2019-04-09T21:52:24.00Z
Registrar Registration Expiration Date: 2021-04-09T21:52:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 36882f667df6431aba1027df5a1b33f3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 36882f667df6431aba1027df5a1b33f3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 36882f667df6431aba1027df5a1b33f3.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: shopinstagram.app
Registry Domain ID: 3E3B0DA40-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-08-19T06:00:14Z
Creation Date: 2019-09-13T20:06:11Z
Registry Expiry Date: 2021-09-13T20:06:11Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: shopinstagram.com
Registry Domain ID: 2489918675_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-08T00:55:10.00Z
Registrar Registration Expiration Date: 2021-02-08T00:55:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2d570b8866fc4774a7ae781044d54189.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2d570b8866fc4774a7ae781044d54189.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2d570b8866fc4774a7ae781044d54189.protect@whoisguard.com
Name Server: ns1.ipage.com
Name Server: ns2.ipage.com
```

```
Domain name: skinstagramer.com
Registry Domain ID: 2493564227_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-17T16:13:21.00Z
Registrar Registration Expiration Date: 2021-02-17T16:13:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f698979068354ab1b4718d7432df8fd0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f698979068354ab1b4718d7432df8fd0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f698979068354ab1b4718d7432df8fd0.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: socialviewforinstagram.com
Registry Domain ID: 2459394957_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-25T00:49:11.00Z
Registrar Registration Expiration Date: 2020-11-25T00:49:11.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 82e5b8392dbd41548eeeb316cb239404.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 82e5b8392dbd41548eeeb316cb239404.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 82e5b8392dbd41548eeeb316cb239404.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: stalkerforinstagram.com
Registry Domain ID: 2460297035_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:52:53.00Z
Registrar Registration Expiration Date: 2020-11-27T12:52:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b2b8e4f2b77a4df5b0f928859df96763.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b2b8e4f2b77a4df5b0f928859df96763.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b2b8e4f2b77a4df5b0f928859df96763.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: stalkersforinstagram.com
Registry Domain ID: 2460297052_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:53:06.00Z
Registrar Registration Expiration Date: 2020-11-27T12:53:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9629c0d23632448290ce03adbc14fa3f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9629c0d23632448290ce03adbc14fa3f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9629c0d23632448290ce03adbc14fa3f.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: SUPPORTO-INSTAGRAM.INFO
Registry Domain ID: D50330001182283006-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-16T22:38:48Z
Creation Date: 2019-11-16T09:23:50Z
Registry Expiry Date: 2021-11-16T09:23:50Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: thebusinessofinstagram.com
Registry Domain ID: 2360905659_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-27T05:32:28.66Z
Creation Date: 2019-02-15T01:10:33.00Z
Registrar Registration Expiration Date: 2021-02-15T01:10:33.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4845859f08cf4374aadc17ed06bad450.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4845859f08cf4374aadc17ed06bad450.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4845859f08cf4374aadc17ed06bad450.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: theinstagrambundle.com
Registry Domain ID: 2500397680_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-06T09:27:57.00Z
Registrar Registration Expiration Date: 2021-03-06T09:27:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9f534133f831425793c5528cf6216207.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9f534133f831425793c5528cf6216207.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9f534133f831425793c5528cf6216207.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: tninstagram.com
Registry Domain ID: 1969005751_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-15T05:55:51.34Z
Creation Date: 2015-10-15T19:48:52.00Z
Registrar Registration Expiration Date: 2021-10-15T19:48:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4a209cf496e84ce58e2cc1a687082be0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4a209cf496e84ce58e2cc1a687082be0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4a209cf496e84ce58e2cc1a687082be0.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: UKINSTAGRAMGIRLS.ONLINE
Registry Domain ID: D179879709-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-05-01T11:25:20.0Z
Creation Date: 2020-03-23T23:05:30.0Z
Registry Expiry Date: 2021-03-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.UKINSTAGRAMGIRLS.ONLINE
Name Server: NS2.UKINSTAGRAMGIRLS.ONLINE
```

```
Domain name: uninstagrammable.com
Registry Domain ID: 2314366948_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-08-31T10:37:00.27Z
Creation Date: 2018-09-25T21:57:20.00Z
Registrar Registration Expiration Date: 2020-09-25T21:57:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 53b139639f2f14bb0826586d461aa718c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 53b139639f214bb0826586d461aa718c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 53b139639f214bb0826586d461aa718c.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: urbaninstagram.com
Registry Domain ID: 2404484526_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-21T07:19:05.84Z
Creation Date: 2019-06-20T20:28:09.00Z
Registrar Registration Expiration Date: 2021-06-20T20:28:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f2d09d5c21bb4eb0bf5a52bdd9769c0f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f2d09d5c21bb4eb0bf5a52bdd9769c0f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f2d09d5c21bb4eb0bf5a52bdd9769c0f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: verified-lnstagram.com
Registry Domain ID: 2342176180_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-12-11T03:13:28.00Z
Creation Date: 2018-12-11T03:13:28.00Z
Registrar Registration Expiration Date: 2019-12-11T03:13:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 98e8e2b229b64cd1a49615a23efbc186.protect@whoisguard.com
Name Server: anirban.ns.cloudflare.com
Name Server: barbara.ns.cloudflare.com
```

```
Domain name: viewinstagramprofile.com
Registry Domain ID: 2462352357_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-02T00:25:46.00Z
Registrar Registration Expiration Date: 2020-12-02T00:25:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e8974889cf914b11adfcb3ab6c67bca6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e8974889cf914b11adfcb3ab6c67bca6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e8974889cf914b11adfcb3ab6c67bca6.protect@whoisguard.com
Name Server: bob.ns.cloudflare.com
Name Server: bonnie.ns.cloudflare.com
```

```
Domain name: viewprivateinstagram.com
Registry Domain ID: 1890462816_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-25T16:21:47.23Z
Creation Date: 2014-12-15T09:12:57.00Z
Registrar Registration Expiration Date: 2021-12-15T09:12:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: RenewPeriod https://icann.org/epp#RenewPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 22eb74f4c6d549c7be3937df29089532.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 22eb74f4c6d549c7be3937df29089532.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 22eb74f4c6d549c7be3937df29089532.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: VZLOM-AKKAUNTA-INSTAGRAM.ICU
Registry Domain ID: D155853441-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:21.0Z
Creation Date: 2019-12-25T17:00:43.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: COLLINS.NS.CLOUDFLARE.COM
Name Server: QUENTIN.NS.CLOUDFLARE.COM
```

```
Domain Name: VZLOM-INSTAGRAM.ICU
Registry Domain ID: D155853471-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:21.0Z
Creation Date: 2019-12-25T17:00:48.0Z
Registry Expiry Date: 2020-12-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: COLLINS.NS.CLOUDFLARE.COM
Name Server: QUENTIN.NS.CLOUDFLARE.COM
```

```
Domain name: wastedinstagram.com
Registry Domain ID: 2495510665_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-22T02:52:51.00Z
Registrar Registration Expiration Date: 2021-02-22T02:52:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5ffec16cc5f74398aec86c68e3e60a78.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5ffec16cc5f74398aec86c68e3e60a78.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5ffec16cc5f74398aec86c68e3e60a78.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: weblogin-instagram.com
Registry Domain ID: 2353048680_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-17T08:19:06.00Z
Creation Date: 2019-01-17T08:19:06.00Z
Registrar Registration Expiration Date: 2020-01-17T08:19:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 411f51e2886b4c98a67c2650c5340aad.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: whoblockedmeoninstagram.com
Registry Domain ID: 2462342135_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-01T21:26:53.00Z
Registrar Registration Expiration Date: 2020-12-01T21:26:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 20a030db82234f6cba8ed4e25bec0120.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 20a030db82234f6cba8ed4e25bec0120.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 20a030db82234f6cba8ed4e25bec0120.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: writersofinstagram.com
Registry Domain ID: 2433162870_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-15T05:38:07.31Z
Creation Date: 2019-09-14T09:44:42.00Z
Registrar Registration Expiration Date: 2021-09-14T09:44:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9041e5e9a96945b89b81bc5f03c2d783.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9041e5e9a96945b89b81bc5f03c2d783.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9041e5e9a96945b89b81bc5f03c2d783.protect@whoisguard.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
```

```
Domain name: xn--nstaram-yya574a.com
Registry Domain ID: 2425761116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-08-22T13:16:34.00Z
Registrar Registration Expiration Date: 2020-08-22T13:16:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 802369d1c61546deacfb91efaecbc473.protect@whoisguard.com
Name Server: brenda.ns.cloudflare.com
Name Server: walt.ns.cloudflare.com
```

```
Domain name: xprofileforinstagram.com
Registry Domain ID: 2460297034_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T12:52:52.00Z
Registrar Registration Expiration Date: 2020-11-27T12:52:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d8c108795e304185bc3644fa4e388924.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d8c108795e304185bc3644fa4e388924.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d8c108795e304185bc3644fa4e388924.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: xxxinstagram.com
Registry Domain ID: 2472040906_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-26T09:48:20.00Z
Registrar Registration Expiration Date: 2020-12-26T09:48:20.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b1675dfe72e1490586dc93d6160e1944.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b1675dfe72e1490586dc93d6160e1944.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b1675dfe72e1490586dc93d6160e1944.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

# Exhibit 15

1.  arabwhatsapp.com
2.  backupmywhatsapp.online
3.  blackwhatsapp.club
4.  chat-whatsapp.fun
5.  clienteswhatsapp.com
6.  colorwhatsapp.pro
7.  comovendeconwhatsapp.com
8.  comprarpelowhatsapp.com
9.  coolwhatsappstatus.com
10. creditowhatsapp.com
11. descargargbwhatsapp.com
12. desiwhatsappstatus.xyz
13. download-whatsapp.online
14. enviarwhatsapp.com
15. everybodyswhatsappassistant.com
16. everyoneswhatsappassistant.com
17. fmwhatsapp.xyz
18. frasesparawhatsapp.xyz
19. freewhatsappspy.com
20. freewhatsapptracker.com
21. gb-whatsapp-download.xyz
22. gbpluswhatsapp.com
23. gbwhatsapp.mobi
24. gbwhatsapp.pro
25. gbwhatsappapk.co
26. gbwhatsappapk.website
27. gbwhatsappapkmods.com
28. gbwhatsappapks.net
29. gbwhatsappdownload.net
30. gbwhatsappr.com
31. ggirlsnumberwhatsapp.online
32. girlswhatsapp.club
33. girlswhatsappnumbers.com
34. gr-whatsapp.com
35. grouplinkswhatsapp.com
36. hackwhatsapp.xyz
37. hamwhatsapp.com
38. indianwhatsapp.club
39. invite-whatsapp.com
40. joinwhatsappgroup.online
41. miwhatsapp.com
42. mywhatsappassistant.com
43. sexwhatsapp.app

44.  sexwhatsapp.club
45.  sexwhatsapp.dating
46.  sexywhatsapp.adult
47.  sexywhatsapp.app
48.  sexywhatsapp.club
49.  sexywhatsapp.online
50.  sexywhatsapp.porn
51.  sexywhatsapp.services
52.  sexywhatsapp.sex
53.  sexywhatsapp.webcam
54.  smart-whatsapp.com
55.  soportewhatsapp.com
56.  spywhatsapp.online
57.  statusforwhatsapp.website
58.  statuswhatsapp.website
59.  support-whatsappverificatie.online
60.  thewhatsappgroup.xyz
61.  urdu-whatsapp-status.com
62.  web-whatsapp-mx.com
63.  webwhatsapp.net
64.  whaatsapp.club
65.  whaatsapp0xb.club
66.  whatapp.services
67.  whats-app.chat
68.  whats-app.site
69.  whats-app.xyz
70.  whatsapp-allyssachan.com
71.  whatsapp-apk.net
72.  whatsapp-ar.com
73.  whatsapp-chat.me
74.  whatsapp-friend.com
75.  whatsapp-grouplinks.com
76.  whatsapp-gruppen.xyz
77.  whatsapp-hookups.online
78.  whatsapp-monitor.me
79.  whatsapp-profile-status.website
80.  whatsapp-security.mobi
81.  whatsapp-sexting.xyz
82.  whatsapp-sohbet.club
83.  whatsapp-sohbet.xyz
84.  whatsapp-status-pro.online
85.  whatsapp-status-videos-download.best
86.  whatsapp-statusdownload.com

87.    whatsapp-updates.pro
88.    whatsapp.health
89.    whatsapp2u.live
90.    whatsapp4hookups.online
91.    whatsappanyone.com
92.    whatsapparanegocios.com
93.    whatsappassistant.com
94.    whatsappbeta.website
95.    whatsappcalss.site
96.    whatsappchangecolor.online
97.    whatsappchatlink.xyz
98.    whatsappcnd.xyz
99.    whatsappcustomers.com
100.   whatsappdansohbet.info
101.   whatsappdansohbet.site
102.   whatsappdansohbet.xyz
103.   whatsappdeliver.com
104.   whatsappdownload.club
105.   whatsappdownload.site
106.   whatsappdp.club
107.   whatsappfor.business
108.   whatsappforweb.online
109.   whatsappfuck.fun
110.   whatsappgb.download
111.   whatsappgifts.club
112.   whatsappgirlsnumber.online
113.   whatsappgiving.com
114.   whatsappgroup.net
115.   whatsappgroup.org
116.   whatsappgrouplink.fun
117.   whatsappgrouplinks.live
118.   whatsappgroupname.com
119.   whatsappgroups.co
120.   whatsappgroups.website
121.   whatsappgroupslink.website
122.   whatsapphealth.com
123.   whatsapphostel.com
124.   whatsapplatest.website
125.   whatsapplike.net
126.   whatsapplike.org
127.   whatsapplikes.net
128.   whatsapplikes.org
129.   whatsapplink.club

130.    whatsapploging.xyz
131.    whatsappmarketing.net
132.    whatsappmarketing.pro
133.    whatsappme.info
134.    whatsappme.site
135.    whatsappmods.mobi
136.    whatsappnow.me
137.    whatsappnumbersza.com
138.    whatsapponline.bid
139.    whatsappp.net
140.    whatsappp.website
141.    whatsapppak.tech
142.    whatsapppartner.com
143.    whatsappphotos.website
144.    whatsappplus.plus
145.    whatsapprail.com
146.    whatsappsender.net
147.    whatsappsenderplace.online
148.    whatsappsex.club
149.    whatsappsniffer.org
150.    whatsappsocialgrant.com
151.    whatsappspy.club
152.    whatsappstatus.blog
153.    whatsappstatus.mobi
154.    whatsappstatus33.net
155.    whatsappstatusdownload.net
156.    whatsappstatusdownloadvideo.com
157.    whatsappstatusshop.com
158.    whatsappstatusvideo.website
159.    whatsappstatusvideo.xyz
160.    whatsappstatusx.com
161.    whatsapptodo.com
162.    whatsapptoto.com
163.    whatsapptrading.com
164.    whatsapptricks.club
165.    whatsappupdate.xyz
166.    whatsappverification.com
167.    whatsappview.pro
168.    whatsappweb.club
169.    whatsappx.group
170.    whatsapweb.site
171.    whatsdog-whatsapp.com
172.    whatsmobileapp.com

173.   whatspp.net
174.   whatssap.co
175.   whatssapp.website
176.   whattsapp.live
177.   whattsapp.net
178.   whatx.app
179.   whatzapphacks.xyz
180.   whtsapp.net
181.   wwwwhatsapp.net