# Exhibit 16

```
Domain name: arabwhatsapp.com
Registry Domain ID: 2486071245_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-29T19:18:04.00Z
Registrar Registration Expiration Date: 2021-01-29T19:18:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd6e7b3218d344dfaa905efe0fe10039.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd6e7b3218d344dfaa905efe0fe10039.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd6e7b3218d344dfaa905efe0fe10039.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: BACKUPMYWHATSAPP.ONLINE
Registry Domain ID: D74789189-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:18:34.0Z
Creation Date: 2018-08-22T12:01:22.0Z
Registry Expiry Date: 2019-08-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: blackwhatsapp.club
Registry Domain ID: D718623FE32B241F2AAA6C42729824A3C-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-29T01:43:30Z
Creation Date: 2020-01-24T01:43:26Z
Registry Expiry Date: 2021-01-24T01:43:26Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: felicity.ns.cloudflare.com
Name Server: marjory.ns.cloudflare.com
```

```
Domain Name: CHAT-WHATSAPP.FUN
Registry Domain ID: D139228235-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-03T11:55:26.0Z
Creation Date: 2019-11-03T11:51:46.0Z
Registry Expiry Date: 2021-11-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: clienteswhatsapp.com
Registry Domain ID: 2480785938_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-16T01:56:22.00Z
Registrar Registration Expiration Date: 2021-01-16T01:56:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fca2c64f11cd485d886109ec37b7a36b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fca2c64f11cd485d886109ec37b7a36b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fca2c64f11cd485d886109ec37b7a36b.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: COLORWHATSAPP.PRO
Registry Domain ID: D503300001182166388-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-03T22:36:01Z
Creation Date: 2019-11-03T07:36:18Z
Registry Expiry Date: 2021-11-03T07:36:18Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: comovendeconwhatsapp.com
Registry Domain ID: 2492842749_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-15T16:37:04.00Z
Registrar Registration Expiration Date: 2021-02-15T16:37:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a26cdc876c6045a18f4dadcd0c50a663.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a26cdc876c6045a18f4dadcd0c50a663.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a26cdc876c6045a18f4dadcd0c50a663.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: comprarpelowhatsapp.com
Registry Domain ID: 2462064536_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-01T16:24:34.00Z
Registrar Registration Expiration Date: 2020-12-01T16:24:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 620deee08f0c46e790041bcd87674ab6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 620deee08f0c46e790041bcd87674ab6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 620deee08f0c46e790041bcd87674ab6.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: coolwhatsappstatus.com
Registry Domain ID: 2127691386_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-25T09:27:27.10Z
Creation Date: 2017-05-24T22:45:50.00Z
Registrar Registration Expiration Date: 2021-05-24T22:45:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 79626d82c6024e35bbacf47b6ef58113.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 79626d82c6024e35bbacf47b6ef58113.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 79626d82c6024e35bbacf47b6ef58113.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: creditowhatsapp.com
Registry Domain ID: 2463488194_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-04T06:14:56.92Z
Creation Date: 2019-12-04T20:44:34.00Z
Registrar Registration Expiration Date: 2021-12-04T20:44:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4a8b3d2f83f143f5aef26badb4e78e8d.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4a8b3d2f83f143f5aef26badb4e78e8d.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4a8b3d2f83f143f5aef26badb4e78e8d.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: descargargbwhatsapp.com
Registry Domain ID: 2322416395_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-17T06:40:27.76Z
Creation Date: 2018-10-17T17:33:12.00Z
Registrar Registration Expiration Date: 2021-10-17T17:33:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9077560c104b4963bceb11790384964e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9077560c104b4963bceb11790384964e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9077560c104b4963bceb11790384964e.protect@whoisguard.com
Name Server: dns1.raiolanetworks.es
Name Server: dns2.raiolanetworks.es
Name Server: dns3.raiolanetworks.es
```

```
Domain Name: DESIWHATSAPPSTATUS.XYZ
Registry Domain ID: D169028541-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-06T16:08:23.0Z
Creation Date: 2020-01-31T19:20:00.0Z
Registry Expiry Date: 2021-01-31T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: DOWNLOAD-WHATSAPP.ONLINE
Registry Domain ID: D74939869-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-19T08:32:36.0Z
Creation Date: 2018-08-24T06:13:38.0Z
Registry Expiry Date: 2019-08-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: BELLA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```

```
Domain name: enviarwhatsapp.com
Registry Domain ID: 2406778063_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-16T22:13:16.43Z
Creation Date: 2019-06-27T12:00:15.00Z
Registrar Registration Expiration Date: 2021-06-27T12:00:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 30a5bbb689844e468d192880c08ec9c9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 30a5bbb689844e468d192880c08ec9c9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 30a5bbb689844e468d192880c08ec9c9.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: everybodyswhatsappassistant.com
Registry Domain ID: 2500076120_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-05T18:42:40.00Z
Registrar Registration Expiration Date: 2021-03-05T18:42:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e29d2c639e004d488b50504fd25ea034.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e29d2c639e004d488b50504fd25ea034.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e29d2c639e004d488b50504fd25ea034.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: everyoneswhatsappassistant.com
Registry Domain ID: 2498270342_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-29T10:29:29.00Z
Registrar Registration Expiration Date: 2021-02-28T10:29:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0561f4a7e3cc4e7d9a50591aae650888.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0561f4a7e3cc4e7d9a50591aae650888.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0561f4a7e3cc4e7d9a50591aae650888.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: FMWHATSAPP.XYZ
Registry Domain ID: D111709216-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-10-09T06:42:43.0Z
Creation Date: 2019-07-07T20:31:44.0Z
Registry Expiry Date: 2021-07-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: BOYD.NS.CLOUDFLARE.COM
Name Server: GWEN.NS.CLOUDFLARE.COM
```

```
Domain Name: FRASESPARAWHATSAPP.XYZ
Registry Domain ID: D140193090-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-07T12:33:20.0Z
Creation Date: 2019-11-07T12:26:06.0Z
Registry Expiry Date: 2021-11-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: freewhatsappspy.com
Registry Domain ID: 2154062583_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-07-19T20:20:05.57Z
Creation Date: 2017-08-16T17:37:15.00Z
Registrar Registration Expiration Date: 2019-08-16T17:37:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 87ad593ce9b3426f9d48106eadc7121f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: freewhatsapptracker.com
Registry Domain ID: 2220188916_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-04T15:15:34.05Z
Creation Date: 2018-01-29T14:09:57.00Z
Registrar Registration Expiration Date: 2020-01-29T14:09:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5c019a8ee0894303b684279be055ea02.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: GB-WHATSAPP-DOWNLOAD.XYZ
Registry Domain ID: D161687581-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:19:39.0Z
Creation Date: 2020-01-13T08:26:11.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: gbpluswhatsapp.com
Registry Domain ID: 2400561369_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-02T18:09:37.92Z
Creation Date: 2019-06-10T13:41:44.00Z
Registrar Registration Expiration Date: 2021-06-10T13:41:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e306611c20b8465193602ef5c8b99fac.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e306611c20b8465193602ef5c8b99fac.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e306611c20b8465193602ef5c8b99fac.protect@whoisguard.com
Name Server: miles.ns.cloudflare.com
Name Server: haley.ns.cloudflare.com
```

```
Domain Name: GBWHATSAPP.MOBI
Registry Domain ID: D503300001183296632-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-06-08T11:18:57Z
Creation Date: 2020-02-18T17:46:33Z
Registry Expiry Date: 2021-02-18T17:46:33Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.DNSBOOST.COM
Name Server: NS2.DNSBOOST.COM
```

```
Domain Name: GBWHATSAPP.PRO
Registry Domain ID: D503300000057728080-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-01-23T18:45:34Z
Creation Date: 2018-01-10T07:04:57Z
Registry Expiry Date: 2021-01-10T07:04:57Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS7.VHOSTPLATFORM.COM
Name Server: NS8.VHOSTPLATFORM.COM
```

```
Domain Name: gbwhatsappapk.co
Registry Domain ID: D477B66429C86477B9725A77834893FB8-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-05T18:15:11Z
Creation Date: 2019-11-30T13:06:14Z
Registry Expiry Date: 2020-11-30T13:06:14Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: cass.ns.cloudflare.com
Name Server: terin.ns.cloudflare.com
```

```
Domain Name: GBWHATSAPPAPK.WEBSITE
Registry Domain ID: D85302632-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-12T18:12:52.0Z
Creation Date: 2018-11-28T15:39:49.0Z
Registry Expiry Date: 2020-11-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: gbwhatsappapkmods.com
Registry Domain ID: 2466659140_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-13T16:54:34.00Z
Registrar Registration Expiration Date: 2020-12-13T16:54:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3e12d34f45d64ed2b17551b94ba308e5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3e12d34f45d64ed2b17551b94ba308e5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3e12d34f45d64ed2b17551b94ba308e5.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: gbwhatsappapks.net
Registry Domain ID: 2077716552_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-30T12:50:41.06Z
Creation Date: 2016-11-29T06:14:39.00Z
Registrar Registration Expiration Date: 2020-11-29T06:14:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 355c1ea2f0c0487eaff348a425498bf1.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 355c1ea2f0c0487eaff348a425498bf1.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 355c1ea2f0c0487eaff348a425498bf1.protect@whoisguard.com
Name Server: ns2.softlayer.com
Name Server: ns1.softlayer.com
```

```
Domain name: gbwhatsappdownload.net
Registry Domain ID: 2491980706_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-13T11:22:29.00Z
Registrar Registration Expiration Date: 2021-02-13T11:22:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d82967ae682f4e678261861fc75a541b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d82967ae682f4e678261861fc75a541b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d82967ae682f4e678261861fc75a541b.protect@whoisguard.com
Name Server: clint.ns.cloudflare.com
Name Server: gail.ns.cloudflare.com
```

```
Domain name: gbwhatsappr.com
Registry Domain ID: 2315638685_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-17T18:18:16.93Z
Creation Date: 2018-09-29T07:58:18.00Z
Registrar Registration Expiration Date: 2021-09-29T07:58:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a8d24aa52d8c49b1bac8b1332bf65dc4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a8d24aa52d8c49b1bac8b1332bf65dc4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a8d24aa52d8c49b1bac8b1332bf65dc4.protect@whoisguard.com
Name Server: isla.ns.cloudflare.com
Name Server: lynn.ns.cloudflare.com
```

```
Domain Name: GGIRLSNUMBERWHATSAPP.ONLINE
Registry Domain ID: D76998354-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-10-24T09:10:44.0Z
Creation Date: 2018-09-20T06:57:17.0Z
Registry Expiry Date: 2019-09-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NOEL.NS.CLOUDFLARE.COM
Name Server: RUTH.NS.CLOUDFLARE.COM
```

```
Domain Name: girlswhatsapp.club
Registry Domain ID: D06E0A68136BC4732AB41B4CD1D9D0B78-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-06T11:11:28Z
Creation Date: 2019-11-06T11:06:24Z
Registry Expiry Date: 2020-11-06T11:06:24Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: girlswhatsappnumbers.com
Registry Domain ID: 2382036321_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-01T16:34:25.88Z
Creation Date: 2019-04-19T14:22:14.00Z
Registrar Registration Expiration Date: 2021-04-19T14:22:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f4ae4d8550cd4297b0db296370217cd4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f4ae4d8550cd4297b0db296370217cd4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f4ae4d8550cd4297b0db296370217cd4.protect@whoisguard.com
Name Server: ns1.gnld1000.siteground.eu
Name Server: ns2.gnld1000.siteground.eu
```

```
Domain name: gr-whatsapp.com
Registry Domain ID: 2453800143_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-11T16:42:02.00Z
Registrar Registration Expiration Date: 2020-11-11T16:42:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f71e7f8c25fa4c3ba1312548362c0921.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f71e7f8c25fa4c3ba1312548362c0921.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f71e7f8c25fa4c3ba1312548362c0921.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: grouplinkswhatsapp.com
Registry Domain ID: 2485545116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-28T14:48:57.00Z
Registrar Registration Expiration Date: 2021-01-28T14:48:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: HACKWHATSAPP.XYZ
Registry Domain ID: D149519461-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:23:57.0Z
Creation Date: 2019-12-02T20:29:38.0Z
Registry Expiry Date: 2020-12-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: hamwhatsapp.com
Registry Domain ID: 2265386944_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-03T09:24:21.81Z
Creation Date: 2018-05-19T21:16:06.00Z
Registrar Registration Expiration Date: 2021-05-19T21:16:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4c55499c1ed448e79b2c7ee96b4e55b3.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4c55499c1ed448e79b2c7ee96b4e55b3.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4c55499c1ed448e79b2c7ee96b4e55b3.protect@whoisguard.com
Name Server: emily.ns.cloudflare.com
Name Server: guss.ns.cloudflare.com
```

```
Domain Name: indianwhatsapp.club
Registry Domain ID: DEF0A95F902A2422886241471FE78CAD1-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-05T05:22:14Z
Creation Date: 2019-11-05T05:20:46Z
Registry Expiry Date: 2020-11-05T05:20:46Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain name: invite-whatsapp.com
Registry Domain ID: 2453439545_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-10T18:05:52.00Z
Registrar Registration Expiration Date: 2020-11-10T18:05:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7dfbb14f33884b27be54ebd202dd1591.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7dfbb14f33884b27be54ebd202dd1591.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7dfbb14f33884b27be54ebd202dd1591.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: JOINWHATSAPPGROUP.ONLINE
Registry Domain ID: D75019969-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-19T08:35:31.0Z
Creation Date: 2018-08-25T01:12:18.0Z
Registry Expiry Date: 2019-08-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: BELLA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```

```
Domain name: miwhatsapp.com
Registry Domain ID: 2338334423_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-31T02:29:35.90Z
Creation Date: 2018-11-29T19:54:34.00Z
Registrar Registration Expiration Date: 2021-11-29T19:54:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f67a8b4cbcb34e17aa9d3c9b54227699.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f67a8b4cbcb34e17aa9d3c9b54227699.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f67a8b4cbcb34e17aa9d3c9b54227699.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: mywhatsappassistant.com
Registry Domain ID: 2499275514_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-03T05:19:32.00Z
Registrar Registration Expiration Date: 2021-03-03T05:19:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: dbf81bb54db64f8994ebfde7ddedf1f8.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: dbf81bb54db64f8994ebfde7ddedf1f8.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: dbf81bb54db64f8994ebfde7ddedf1f8.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: sexwhatsapp.app
Registry Domain ID: 4198562D3-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-08T10:57:39Z
Creation Date: 2020-03-03T10:57:39Z
Registry Expiry Date: 2021-03-03T10:57:39Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: sexwhatsapp.club
Registry Domain ID: D5A1A0D7FD4794BB29528633C4A1C93C2-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-08T10:57:50Z
Creation Date: 2020-03-03T10:57:44Z
Registry Expiry Date: 2021-03-03T10:57:44Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns-88.awsdns-11.com
Name Server: ns-1045.awsdns-02.org
Name Server: ns-2027.awsdns-61.co.uk
Name Server: ns-939.awsdns-53.net
```

```
Domain Name: sexwhatsapp.dating
Registry Domain ID: a42f2743f96242dca678d457f6c28206-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-03-08T10:57:56Z
Creation Date: 2020-03-03T10:57:35Z
Registry Expiry Date: 2021-03-03T10:57:35Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: sexywhatsapp.adult
Registry Domain ID: DO_40ddbb5a029b955a0e7f85faeef3d417-ICM
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-24T12:17:48.49Z
Registrar Registration Expiration Date: 2021-01-24T12:17:48.49Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8290b838c5084825889e2aff3136e3f4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8290b838c5084825889e2aff3136e3f4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8290b838c5084825889e2aff3136e3f4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: sexywhatsapp.app
Registry Domain ID: 413773AB9-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-01-29T12:17:45Z
Creation Date: 2020-01-24T12:17:45Z
Registry Expiry Date: 2021-01-24T12:17:45Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: sexywhatsapp.club
Registry Domain ID: DB69212C024384292B16780263718BCE8-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-08T10:57:52Z
Creation Date: 2020-03-03T10:57:47Z
Registry Expiry Date: 2021-03-03T10:57:47Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns-939.awsdns-53.net
Name Server: ns-88.awsdns-11.com
Name Server: ns-1045.awsdns-02.org
Name Server: ns-2027.awsdns-61.co.uk
```

```
Domain Name: SEXYWHATSAPP.ONLINE
Registry Domain ID: D166019726-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:49.0Z
Creation Date: 2020-01-24T12:17:45.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: sexywhatsapp.porn
Registry Domain ID: DO_bd1f1f7419d3678bc6fb8959c2b60e89-ICM
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-24T12:17:53.09Z
Registrar Registration Expiration Date: 2021-01-24T12:17:53.09Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 25866fe9b7c545228393d1658d687f02.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 25866fe9b7c545228393d1658d687f02.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 25866fe9b7c545228393d1658d687f02.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: sexywhatsapp.services
Registry Domain ID: 6c00d9f3d6fe45c59833f45182a5227d-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-01-29T12:18:19Z
Creation Date: 2020-01-24T12:17:48Z
Registry Expiry Date: 2021-01-24T12:17:48Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: sexywhatsapp.sex
Registry Domain ID: DO_2f7fa41f32894346e1d4f3146deb960f-ICM
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-24T12:17:52.54Z
Registrar Registration Expiration Date: 2021-01-24T12:17:52.54Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 49e1d450491446e293c84ca689343955.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 49e1d450491446e293c84ca689343955.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 49e1d450491446e293c84ca689343955.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

Domain Name: sexywhatsapp.webcam
Registry Domain ID: D201B569F8DCE451683C9EE55F1EE749B-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-29T12:18:00Z
Creation Date: 2020-01-24T12:17:55Z
Registry Expiry Date: 2021-01-24T12:17:55Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com

```
Domain name: smart-whatsapp.com
Registry Domain ID: 2395536133_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-05T22:13:31.81Z
Creation Date: 2019-05-27T14:29:29.00Z
Registrar Registration Expiration Date: 2021-05-27T14:29:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 93efd41c4f7d40f0a665c36c74ed99bd.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 93efd41c4f7d40f0a665c36c74ed99bd.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 93efd41c4f7d40f0a665c36c74ed99bd.protect@whoisguard.com
Name Server: ns1.no-ip.com
Name Server: ns2.no-ip.com
Name Server: ns3.no-ip.com
Name Server: ns4.no-ip.com
```

```
Domain name: soportewhatsapp.com
Registry Domain ID: 2455115273_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-14T14:34:45.00Z
Registrar Registration Expiration Date: 2020-11-14T14:34:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7cd0b095c92140f1b5fa5abecabe8683.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7cd0b095c92140f1b5fa5abecabe8683.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7cd0b095c92140f1b5fa5abecabe8683.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: SPYWHATSAPP.ONLINE
Registry Domain ID: D146623896-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-11-27T20:38:03.0Z
Creation Date: 2019-11-20T19:38:47.0Z
Registry Expiry Date: 2020-11-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.TIMEWEB.RU
Name Server: NS2.TIMEWEB.RU
Name Server: NS3.TIMEWEB.ORG
```

```
Domain Name: STATUSFORWHATSAPP.WEBSITE
Registry Domain ID: D148771741-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:22:33.0Z
Creation Date: 2019-11-29T10:38:42.0Z
Registry Expiry Date: 2020-11-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: STATUSWHATSAPP.WEBSITE
Registry Domain ID: D99143554-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-15T11:34:08.0Z
Creation Date: 2019-04-07T13:44:37.0Z
Registry Expiry Date: 2021-04-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: SUPPORT-WHATSAPPVERIFICATIE.ONLINE
Registry Domain ID: D172914344-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:28:06.0Z
Creation Date: 2020-02-22T12:28:20.0Z
Registry Expiry Date: 2021-02-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: THEWHATSAPPGROUP.XYZ
Registry Domain ID: D165958456-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:21:43.0Z
Creation Date: 2020-01-24T05:00:24.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: urdu-whatsapp-status.com
Registry Domain ID: 2323517270_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-13T08:45:08.56Z
Creation Date: 2018-10-20T11:43:33.00Z
Registrar Registration Expiration Date: 2021-10-20T11:43:33.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bfb982e0596c4deea11401048d94a607.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bfb982e0596c4deea11401048d94a607.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bfb982e0596c4deea11401048d94a607.protect@whoisguard.com
Name Server: roan.ns.cloudflare.com
Name Server: sara.ns.cloudflare.com
```

```
Domain name: web-whatsapp-mx.com
Registry Domain ID: 2484830322_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-26T18:52:05.00Z
Registrar Registration Expiration Date: 2021-01-26T18:52:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 44bc3d1086034a799885e37b98b88732.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 44bc3d1086034a799885e37b98b88732.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 44bc3d1086034a799885e37b98b88732.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: webwhatsapp.net
Registry Domain ID: 2463152029_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-04T02:51:57.00Z
Registrar Registration Expiration Date: 2020-12-04T02:51:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4ebedefd70d449358bb252ae48fbafe9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4ebedefd70d449358bb252ae48fbafe9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4ebedefd70d449358bb252ae48fbafe9.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: whaatsapp.club
Registry Domain ID: DF05F6D923BB740008F11F3057E71EC79-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-29T11:53:28Z
Creation Date: 2020-08-24T11:53:25Z
Registry Expiry Date: 2021-08-24T11:53:25Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: whaatsapp0xb.club
Registry Domain ID: D56FC40EB93AE484FB9AB1605243CE5A6-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-29T11:53:28Z
Creation Date: 2020-08-24T11:53:25Z
Registry Expiry Date: 2021-08-24T11:53:25Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

Domain Name: whatapp.services
Registry Domain ID: b9e35748e040441391fc395edc819d65-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2018-11-06T05:33:38Z
Creation Date: 2017-12-01T06:36:09Z
Registry Expiry Date: 2019-12-01T06:36:09Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com

```
Domain Name: whats-app.chat
Registry Domain ID: fe20b768a7604657941263d39ab0bcac-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-07-07T13:42:42Z
Creation Date: 2020-07-02T13:42:23Z
Registry Expiry Date: 2021-07-02T13:42:23Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: arya.ns.cloudflare.com
Name Server: dimitris.ns.cloudflare.com
```

```
Domain Name: WHATS-APP.SITE
Registry Domain ID: D174753059-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-10T15:22:47.0Z
Creation Date: 2020-02-29T03:54:04.0Z
Registry Expiry Date: 2021-02-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.WHATS-APP.SITE
Name Server: NS2.WHATS-APP.SITE
```

```
Domain Name: WHATS-APP.XYZ
Registry Domain ID: D192712119-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-09-21T15:17:08.0Z
Creation Date: 2020-07-07T23:25:38.0Z
Registry Expiry Date: 2021-07-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS6047.HOSTGATOR.COM
Name Server: NS6048.HOSTGATOR.COM
```

Domain name: whatsapp-allyssachan.com
Registry Domain ID: 2480453634_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-15T12:45:16.00Z
Registrar Registration Expiration Date: 2021-01-15T12:45:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d25075b8792a49cc94240676dc104a91.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d25075b8792a49cc94240676dc104a91.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d25075b8792a49cc94240676dc104a91.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com

```
Domain name: whatsapp-apk.net
Registry Domain ID: 2193035179_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-26T18:59:03.85Z
Creation Date: 2017-11-28T02:24:47.00Z
Registrar Registration Expiration Date: 2020-11-28T02:24:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4988dd995efd4104a683303f35fe4182.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4988dd995efd4104a683303f35fe4182.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4988dd995efd4104a683303f35fe4182.protect@whoisguard.com
Name Server: ns1.dewabiz.com
Name Server: ns2.dewabiz.com
```

```
Domain name: whatsapp-ar.com
Registry Domain ID: 2495919579_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-23T15:05:26.00Z
Registrar Registration Expiration Date: 2021-02-23T15:05:26.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 1ef796149aef4e0398d6730e0ef15e90.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 1ef796149aef4e0398d6730e0ef15e90.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 1ef796149aef4e0398d6730e0ef15e90.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPP-CHAT.ME
Registry Domain ID: D425500000013464432-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-10-25T22:22:08Z
Creation Date: 2017-10-25T04:15:56Z
Registry Expiry Date: 2021-10-25T04:15:56Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Moskva
Registrant Country: RU
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsapp-friend.com
Registry Domain ID: 2466996697_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-14T05:44:51.00Z
Registrar Registration Expiration Date: 2020-12-14T05:44:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4bf1502e2bdf4df08b7319c9e8820c59.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4bf1502e2bdf4df08b7319c9e8820c59.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4bf1502e2bdf4df08b7319c9e8820c59.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: whatsapp-grouplinks.com
Registry Domain ID: 2387892812_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-06T07:22:14.87Z
Creation Date: 2019-05-06T13:04:48.00Z
Registrar Registration Expiration Date: 2021-05-06T13:04:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 54b79df03f6241b09dd014148284e1af.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 54b79df03f6241b09dd014148284e1af.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 54b79df03f6241b09dd014148284e1af.protect@whoisguard.com
Name Server: dns11.namecheaphosting.com
Name Server: dns12.namecheaphosting.com
```

```
Domain Name: WHATSAPP-GRUPPEN.XYZ
Registry Domain ID: D9434882-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-10T07:56:41.0Z
Creation Date: 2015-08-13T16:15:37.0Z
Registry Expiry Date: 2021-08-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPP-HOOKUPS.ONLINE
Registry Domain ID: D152325476-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-18T04:17:45.0Z
Creation Date: 2019-12-13T03:53:32.0Z
Registry Expiry Date: 2020-12-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: RODNEY.NS.CLOUDFLARE.COM
Name Server: ROSA.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPP-MONITOR.ME
Registry Domain ID: D425500000332737570-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-08T22:22:04Z
Creation Date: 2019-11-08T18:09:39Z
Registry Expiry Date: 2021-11-08T18:09:39Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: ok https://icann.org/epp#ok
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPP-PROFILE-STATUS.WEBSITE
Registry Domain ID: D93356428-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-20T10:35:13.0Z
Creation Date: 2019-02-11T10:02:24.0Z
Registry Expiry Date: 2021-02-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: WHATSAPP-SECURITY.MOBI
Registry Domain ID: D50330001182195426-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-06T22:41:02Z
Creation Date: 2019-11-06T14:54:28Z
Registry Expiry Date: 2021-11-06T14:54:28Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPP-SEXTING.XYZ
Registry Domain ID: D9434912-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-10T07:56:41.0Z
Creation Date: 2015-08-13T16:16:23.0Z
Registry Expiry Date: 2021-08-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: whatsapp-sohbet.club
Registry Domain ID: D47F48C31B98C4896993131623619CFEC-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-09-03T14:01:12Z
Creation Date: 2018-08-29T14:01:11Z
Registry Expiry Date: 2019-08-29T14:01:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization:
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service …
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service …
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service …
Name Server: noel.ns.cloudflare.com
Name Server: desi.ns.cloudflare.com
```

```
Domain Name: WHATSAPP-SOHBET.XYZ
Registry Domain ID: D66089104-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-10-30T14:31:42.0Z
Creation Date: 2018-04-20T11:29:23.0Z
Registry Expiry Date: 2019-04-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: DESI.NS.CLOUDFLARE.COM
Name Server: NOEL.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPP-STATUS-PRO.ONLINE
Registry Domain ID: D154917581-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:06:59.0Z
Creation Date: 2019-12-23T19:02:27.0Z
Registry Expiry Date: 2020-12-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPP-STATUS-VIDEOS-DOWNLOAD.BEST
Registry Domain ID: D147520066-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:20:55.0Z
Creation Date: 2019-11-25T08:12:08.0Z
Registry Expiry Date: 2020-11-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsapp-statusdownload.com
Registry Domain ID: 2460318164_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-27T17:03:35.00Z
Registrar Registration Expiration Date: 2020-11-27T17:03:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 805ec5f74c474134a1bcdef0b8c21205.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 805ec5f74c474134a1bcdef0b8c21205.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 805ec5f74c474134a1bcdef0b8c21205.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPP-UPDATES.PRO
Registry Domain ID: D50330001182188426-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-05T22:40:51Z
Creation Date: 2019-11-05T21:04:44Z
Registry Expiry Date: 2021-11-05T21:04:44Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: whatsapp.health
Registry Domain ID: D3BC77333D6DE495194BA054FFF9B3C45-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-08T17:26:32Z
Creation Date: 2019-05-05T14:38:27Z
Registry Expiry Date: 2021-05-05T14:38:27Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: whatsapp2u.live
Registry Domain ID: 54bede03eec641f8b2a29f78e1da3d80-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-06-01T07:23:52Z
Creation Date: 2018-06-26T12:35:55Z
Registry Expiry Date: 2021-06-26T12:35:55Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Selangor
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: MY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: rose.ns.cloudflare.com
Name Server: bruce.ns.cloudflare.com
```

```
Domain Name: WHATSAPP4HOOKUPS.ONLINE
Registry Domain ID: D152325471-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-18T04:17:45.0Z
Creation Date: 2019-12-13T03:53:30.0Z
Registry Expiry Date: 2020-12-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: RODNEY.NS.CLOUDFLARE.COM
Name Server: ROSA.NS.CLOUDFLARE.COM
```

```
Domain name: whatsappanyone.com
Registry Domain ID: 2497418319_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-27T00:01:41.00Z
Registrar Registration Expiration Date: 2021-02-27T00:01:41.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6ae59404ff7a43aaac7f6a49bdeda3b2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6ae59404ff7a43aaac7f6a49bdeda3b2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6ae59404ff7a43aaac7f6a49bdeda3b2.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: whatsapparanegocios.com
Registry Domain ID: 2462507253_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-02T19:09:05.00Z
Registrar Registration Expiration Date: 2020-12-02T19:09:05.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6a72b1771b2a410e94b9d370258db188.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6a72b1771b2a410e94b9d370258db188.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6a72b1771b2a410e94b9d370258db188.protect@whoisguard.com
Name Server: mia.ns.cloudflare.com
Name Server: sam.ns.cloudflare.com
```

```
Domain name: whatsappassistant.com
Registry Domain ID: 2498270348_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-29T10:29:33.00Z
Registrar Registration Expiration Date: 2021-02-28T10:29:33.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c10a837bed0d4b3583f017810b6ec9a2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c10a837bed0d4b3583f017810b6ec9a2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c10a837bed0d4b3583f017810b6ec9a2.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPBETA.WEBSITE
Registry Domain ID: D173965174-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:29:07.0Z
Creation Date: 2020-02-25T05:11:42.0Z
Registry Expiry Date: 2021-02-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: WHATSAPPCALSS.SITE
Registry Domain ID: D171874646-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-19T14:12:20.0Z
Creation Date: 2020-02-17T13:21:16.0Z
Registry Expiry Date: 2021-02-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.FREEHOSTIA.COM
Name Server: DNS2.FREEHOSTIA.COM
```

```
Domain Name: WHATSAPPCHANGECOLOR.ONLINE
Registry Domain ID: D174361104-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-07T11:38:16.0Z
Creation Date: 2020-02-26T14:59:27.0Z
Registry Expiry Date: 2021-02-26T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS59.DOMAINCONTROL.COM
Name Server: NS60.DOMAINCONTROL.COM
```

```
Domain Name: WHATSAPPCHATLINK.XYZ
Registry Domain ID: D172404259-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-24T10:28:02.0Z
Creation Date: 2020-02-19T22:59:39.0Z
Registry Expiry Date: 2021-02-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.BODIS.COM
Name Server: NS2.BODIS.COM
```

```
Domain Name: WHATSAPPCND.XYZ
Registry Domain ID: D141901445-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-11T14:00:22.0Z
Creation Date: 2019-11-11T13:56:22.0Z
Registry Expiry Date: 2021-11-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappcustomers.com
Registry Domain ID: 2412948672_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-07-14T10:40:46.09Z
Creation Date: 2019-07-14T23:09:08.00Z
Registrar Registration Expiration Date: 2021-07-14T23:09:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b0e2756949804acfa99fe6d55f91fee4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b0e2756949804acfa99fe6d55f91fee4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b0e2756949804acfa99fe6d55f91fee4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPDANSOHBET.INFO
Registry Domain ID: D503300001182869499-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-17T20:36:52Z
Creation Date: 2020-01-17T14:17:39Z
Registry Expiry Date: 2021-01-17T14:17:39Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DESI.NS.CLOUDFLARE.COM
Name Server: NOEL.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPPDANSOHBET.SITE
Registry Domain ID: D156504256-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-15T15:07:44.0Z
Creation Date: 2019-12-27T14:04:50.0Z
Registry Expiry Date: 2020-12-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: APOLLO.NS.CLOUDFLARE.COM
Name Server: ROXY.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPPDANSOHBET.XYZ
Registry Domain ID: D139881585-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T11:22:13.0Z
Creation Date: 2019-11-06T11:21:30.0Z
Registry Expiry Date: 2021-11-06T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappdeliver.com
Registry Domain ID: 2493178192_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-16T18:08:55.00Z
Registrar Registration Expiration Date: 2021-02-16T18:08:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e3e0ed51d87e4f8fb5fb8132bdbc75e7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e3e0ed51d87e4f8fb5fb8132bdbc75e7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e3e0ed51d87e4f8fb5fb8132bdbc75e7.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: whatsappdownload.club
Registry Domain ID: D8D4C941C59144F2C9E42CAAE758008FE-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T22:59:38Z
Creation Date: 2020-02-19T22:59:33Z
Registry Expiry Date: 2021-02-19T22:59:33Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain Name: WHATSAPPDOWNLOAD.SITE
Registry Domain ID: D79929599-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-11-16T11:44:26.0Z
Creation Date: 2018-10-22T09:55:14.0Z
Registry Expiry Date: 2019-10-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
```

Domain Name: whatsappdp.club
Registry Domain ID: D2D984DEE8451462D95A42C36FE94779E-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-25T17:22:50Z
Creation Date: 2019-12-20T17:22:45Z
Registry Expiry Date: 2020-12-20T17:22:45Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com

```
Domain Name: whatsappfor.business
Registry Domain ID: 520eaa60922249d0845d15c99081cd1d-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-09-12T08:24:41Z
Creation Date: 2019-10-07T20:52:57Z
Registry Expiry Date: 2021-10-07T20:52:57Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.gnldm4.siteground.biz
Name Server: ns2.gnldm4.siteground.biz
```

```
Domain Name: WHATSAPPFORWEB.ONLINE
Registry Domain ID: D92514523-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-01-22T13:31:02.0Z
Creation Date: 2019-02-01T22:26:15.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPPFUCK.FUN
Registry Domain ID: D139059550-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-02T07:33:22.0Z
Creation Date: 2019-11-02T07:23:57.0Z
Registry Expiry Date: 2021-11-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: whatsappgb.download
Registry Domain ID: DEF08367CBEFE446C87CA46450C39268D-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-02T09:42:01Z
Creation Date: 2019-04-28T20:58:41Z
Registry Expiry Date: 2021-04-28T20:58:41Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: jessica.ns.cloudflare.com
Name Server: clyde.ns.cloudflare.com
```

```
Domain Name: whatsappgifts.club
Registry Domain ID: D2ED9A1A8D2094056946BEC42426BC50D-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T22:59:42Z
Creation Date: 2020-02-19T22:59:38Z
Registry Expiry Date: 2021-02-19T22:59:38Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain Name: WHATSAPPGIRLSNUMBER.ONLINE
Registry Domain ID: D169480651-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-13T15:02:59.0Z
Creation Date: 2020-02-04T10:18:02.0Z
Registry Expiry Date: 2021-02-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: whatsappgiving.com
Registry Domain ID: 2495212292_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-21T17:08:44.00Z
Registrar Registration Expiration Date: 2021-02-21T17:08:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3b4d92a1a8844191a410294780c6b719.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3b4d92a1a8844191a410294780c6b719.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3b4d92a1a8844191a410294780c6b719.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsappgroup.net
Registry Domain ID: 2247679202_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T05:18:33.00Z
Creation Date: 2018-04-04T01:25:47.00Z
Registrar Registration Expiration Date: 2021-04-04T01:25:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Name Server: fortaleza.porkbun.com
Name Server: salvador.porkbun.com
Name Server: curitiba.porkbun.com
Name Server: maceio.porkbun.com
```

```
Domain Name: WHATSAPPGROUP.ORG
Registry Domain ID: D40220000011085756-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-05T17:01:37Z
Creation Date: 2019-08-02T17:43:00Z
Registry Expiry Date: 2022-08-02T17:43:00Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: RAY.NS.CLOUDFLARE.COM
Name Server: JILL.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPPGROUPLINK.FUN
Registry Domain ID: D148315361-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:21:53.0Z
Creation Date: 2019-11-27T18:50:24.0Z
Registry Expiry Date: 2020-11-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: whatsappgrouplinks.live
Registry Domain ID: cab58c4e822c4f6e8d9db7329aeeace9-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-10-15T10:24:52Z
Creation Date: 2020-04-10T18:35:39Z
Registry Expiry Date: 2021-04-10T18:35:39Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns1.pawasa.com
Name Server: ns2.pawasa.com
```

```
Domain name: whatsappgroupname.com
Registry Domain ID: 2485952063_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-29T11:10:09.00Z
Registrar Registration Expiration Date: 2021-01-29T11:10:09.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 075440911d71405da5602a460914171a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 075440911d71405da5602a460914171a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 075440911d71405da5602a460914171a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: whatsappgroups.co
Registry Domain ID: D0771FFE2748544379751D26320720991-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-12T20:26:12Z
Creation Date: 2019-05-21T20:14:36Z
Registry Expiry Date: 2021-05-21T20:14:36Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: WHATSAPPGROUPS.WEBSITE
Registry Domain ID: D172728194-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-01T12:13:45.0Z
Creation Date: 2020-02-21T09:34:57.0Z
Registry Expiry Date: 2021-02-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DESIREE.NS.CLOUDFLARE.COM
Name Server: DREW.NS.CLOUDFLARE.COM
```

```
Domain Name: WHATSAPPGROUPSLINK.WEBSITE
Registry Domain ID: D172728334-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-01T12:13:45.0Z
Creation Date: 2020-02-21T09:37:25.0Z
Registry Expiry Date: 2021-02-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: whatsapphealth.com
Registry Domain ID: 2407859539_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-03T17:26:26.23Z
Creation Date: 2019-06-30T08:59:03.00Z
Registrar Registration Expiration Date: 2021-06-30T08:59:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9b8196acf36b4355af20ef13d906d60f.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9b8196acf36b4355af20ef13d906d60f.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9b8196acf36b4355af20ef13d906d60f.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsapphostel.com
Registry Domain ID: 2478818436_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-11T15:53:29.00Z
Registrar Registration Expiration Date: 2021-01-11T15:53:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 736b45a9a3d8469abfb69789d2f7cadf.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 736b45a9a3d8469abfb69789d2f7cadf.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 736b45a9a3d8469abfb69789d2f7cadf.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPLATEST.WEBSITE
Registry Domain ID: D173992879-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-03T09:29:08.0Z
Creation Date: 2020-02-25T06:03:26.0Z
Registry Expiry Date: 2021-02-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: whatsapplike.net
Registry Domain ID: 1945294924_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-07T06:13:40.65Z
Creation Date: 2015-07-07T14:30:54.00Z
Registrar Registration Expiration Date: 2021-07-07T14:30:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 08494e68269b436187fd684989898a66.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 08494e68269b436187fd684989898a66.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 08494e68269b436187fd684989898a66.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPLIKE.ORG
Registry Domain ID: D176795569-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-07T06:13:42Z
Creation Date: 2015-07-07T14:31:19Z
Registry Expiry Date: 2021-07-07T14:31:19Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain name: whatsapplikes.net
Registry Domain ID: 1945294685_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-07T06:13:46.58Z
Creation Date: 2015-07-07T14:28:29.00Z
Registrar Registration Expiration Date: 2021-07-07T14:28:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization:
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4b8d682a80dc43f681fb24481bdd892e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization:
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4b8d682a80dc43f681fb24481bdd892e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization:
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4b8d682a80dc43f681fb24481bdd892e.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPLIKES.ORG
Registry Domain ID: D176795166-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-07T06:13:48Z
Creation Date: 2015-07-07T14:28:53Z
Registry Expiry Date: 2021-07-07T14:28:53Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: VERIFY-CONTACT-DETAILS.NAMECHEAP.COM
Name Server: FAILED-WHOIS-VERIFICATION.NAMECHEAP.COM
```

```
Domain Name: whatsapplink.club
Registry Domain ID: DE84ABA10BB814D19A497E3C91DC1E243-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-14T06:00:25Z
Creation Date: 2019-11-14T05:59:08Z
Registry Expiry Date: 2020-11-14T05:59:08Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain Name: WHATSAPPLOGING.XYZ
Registry Domain ID: D150313531-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:25:00.0Z
Creation Date: 2019-12-05T13:43:58.0Z
Registry Expiry Date: 2020-12-05T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain name: whatsappmarketing.net
Registry Domain ID: 2487470390_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-02T02:47:29.00Z
Registrar Registration Expiration Date: 2021-02-02T02:47:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 6af3b2a8603e4a388091b1b56508b2c2.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 6af3b2a8603e4a388091b1b56508b2c2.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 6af3b2a8603e4a388091b1b56508b2c2.protect@whoisguard.com
Name Server: brad.ns.cloudflare.com
Name Server: karsyn.ns.cloudflare.com
```

```
Domain Name: WHATSAPPMARKETING.PRO
Registry Domain ID: D503300000489060397-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2019-12-04T07:27:51Z
Creation Date: 2019-01-03T20:19:14Z
Registry Expiry Date: 2021-01-03T20:19:14Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPPME.INFO
Registry Domain ID: D503300000039749747-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-04-16T07:51:53Z
Creation Date: 2017-05-16T16:01:35Z
Registry Expiry Date: 2021-05-16T16:01:35Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPPME.SITE
Registry Domain ID: D166116151-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-24T12:22:12.0Z
Creation Date: 2020-01-25T15:53:37.0Z
Registry Expiry Date: 2021-01-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain Name: WHATSAPPMODS.MOBI
Registry Domain ID: D503300001182950565-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-27T20:31:19Z
Creation Date: 2020-01-27T00:06:11Z
Registry Expiry Date: 2021-01-27T00:06:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS8225.HOSTGATOR.COM
Name Server: NS8226.HOSTGATOR.COM
```

```
Domain Name: WHATSAPPNOW.ME
Registry Domain ID: D425500000087157456-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2019-12-30T07:28:39Z
Creation Date: 2019-01-29T10:06:31Z
Registry Expiry Date: 2021-01-29T10:06:31Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappnumbersza.com
Registry Domain ID: 2283111944_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-06-22T16:41:32.07Z
Creation Date: 2018-07-07T15:35:36.00Z
Registrar Registration Expiration Date: 2021-07-07T15:35:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 730791776fc743c088be529390c6e2d6.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 730791776fc743c088be529390c6e2d6.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 730791776fc743c088be529390c6e2d6.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: whatsapponline.bid
Registry Domain ID: D6B637142C34B4E809DD873BB8004F725-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-11-19T22:32:21Z
Creation Date: 2018-07-15T12:54:08Z
Registry Expiry Date: 2019-07-15T12:54:08Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name:
Registrant Organization:
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Fax:
Registrant Email: Please query the RDDS service …
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Fax:
Admin Email: Please query the RDDS service …
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Fax:
Tech Email: Please query the RDDS service …
Name Server: sam.ns.cloudflare.com
Name Server: gail.ns.cloudflare.com
```

```
Domain name: whatsappp.net
Registry Domain ID: 1878837206_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-12T04:20:14.00Z
Creation Date: 2014-10-04T03:41:59.00Z
Registrar Registration Expiration Date: 2021-10-04T03:41:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 970efc95ff9840a5b6502ac6dc822467.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 970efc95ff9840a5b6502ac6dc822467.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 970efc95ff9840a5b6502ac6dc822467.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: WHATSAPPP.WEBSITE
Registry Domain ID: D160357901-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-02-11T15:17:52.0Z
Creation Date: 2020-01-07T23:10:52.0Z
Registry Expiry Date: 2021-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: WHATSAPPPAK.TECH
Registry Domain ID: D139154630-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-03T01:44:29.0Z
Creation Date: 2019-11-03T01:40:54.0Z
Registry Expiry Date: 2021-11-03T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsapppartner.com
Registry Domain ID: 2493966898_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-18T14:16:04.00Z
Registrar Registration Expiration Date: 2021-02-18T14:16:04.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9df7097477c14986ad9d2fa1911dd540.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9df7097477c14986ad9d2fa1911dd540.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9df7097477c14986ad9d2fa1911dd540.protect@whoisguard.com
Name Server: ns1.whatsapppartner.com
Name Server: ns2.whatsapppartner.com
```

```
Domain Name: WHATSAPPPHOTOS.WEBSITE
Registry Domain ID: D148851961-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2019-12-16T13:22:47.0Z
Creation Date: 2019-11-29T21:13:52.0Z
Registry Expiry Date: 2020-11-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: whatsappplus.plus
Registry Domain ID: 7bb80e397ff44938ab4a1333f4a60ae1-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-05-01T06:52:55Z
Creation Date: 2019-05-26T04:15:20Z
Registry Expiry Date: 2021-05-26T04:15:20Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com
```

```
Domain name: whatsapprail.com
Registry Domain ID: 2477054833_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-07T11:42:49.00Z
Registrar Registration Expiration Date: 2021-01-07T11:42:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0384e8d6c3534b7f9c4e325d4be2e469.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0384e8d6c3534b7f9c4e325d4be2e469.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0384e8d6c3534b7f9c4e325d4be2e469.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsappsender.net
Registry Domain ID: 1921246031_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-20T07:36:22.25Z
Creation Date: 2015-04-19T06:22:49.00Z
Registrar Registration Expiration Date: 2021-04-19T06:22:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d6b014fd05b54999ba18d1de9c2c53af.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d6b014fd05b54999ba18d1de9c2c53af.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d6b014fd05b54999ba18d1de9c2c53af.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPSENDERPLACE.ONLINE
Registry Domain ID: D172063499-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-24T10:27:23.0Z
Creation Date: 2020-02-18T21:12:03.0Z
Registry Expiry Date: 2021-02-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.L4DNS.COM
Name Server: NS2.L4DNS.COM
```

```
Domain Name: whatsappsex.club
Registry Domain ID: D622440E1A88A47AD90B452B761F1F167-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-02-19T09:32:16Z
Creation Date: 2018-03-16T13:04:03Z
Registry Expiry Date: 2020-03-16T13:04:03Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain Name: WHATSAPPSNIFFER.ORG
Registry Domain ID: D402200000005546399-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-04-28T00:23:01Z
Creation Date: 2018-03-19T15:23:34Z
Registry Expiry Date: 2021-03-19T15:23:34Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappsocialgrant.com
Registry Domain ID: 2458669071_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-22T23:28:25.00Z
Registrar Registration Expiration Date: 2020-11-22T23:28:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 68f150015bb0408685081b2a0c84aa4c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 68f150015bb0408685081b2a0c84aa4c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 68f150015bb0408685081b2a0c84aa4c.protect@whoisguard.com
Name Server: ns23.voltdns.com
Name Server: ns24.voltdns.com
```

```
Domain Name: whatsappspy.club
Registry Domain ID: D7D41C7D49F0F4EAA978B7D98BAFFBAF4-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T22:59:36Z
Creation Date: 2020-02-19T22:59:33Z
Registry Expiry Date: 2021-02-19T22:59:33Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.bodis.com
Name Server: ns1.bodis.com
```

```
Domain Name: WHATSAPPSTATUS.BLOG
Registry Domain ID: D154875141-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-01T16:29:12.0Z
Creation Date: 2019-12-23T11:38:17.0Z
Registry Expiry Date: 2020-12-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.TECHIETALK.ONLINE
Name Server: NS2.TECHIETALK.ONLINE
```

```
Domain Name: WHATSAPPSTATUS.MOBI
Registry Domain ID: D50330000118294502A-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-03-26T20:33:54Z
Creation Date: 2020-01-26T04:04:29Z
Registry Expiry Date: 2021-01-26T04:04:29Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS-CLOUD-A1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A4.GOOGLEDOMAINS.COM
```

```
Domain name: whatsappstatus33.net
Registry Domain ID: 2467376551_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-12-15T12:27:24.00Z
Registrar Registration Expiration Date: 2020-12-15T12:27:24.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 483d1080e2074b01a41a4ddceb6abdee.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 483d1080e2074b01a41a4ddceb6abdee.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 483d1080e2074b01a41a4ddceb6abdee.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsappstatusdownload.net
Registry Domain ID: 2355587500_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-25T04:57:15.77Z
Creation Date: 2019-01-25T20:20:36.00Z
Registrar Registration Expiration Date: 2021-01-25T20:20:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: fcccf7fa4aa6495b80c38daea92611f4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: fcccf7fa4aa6495b80c38daea92611f4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: fcccf7fa4aa6495b80c38daea92611f4.protect@whoisguard.com
Name Server: ns5.dnsgrip.net
Name Server: ns6.dnsgrip.net
```

```
Domain name: whatsappstatusdownloadvideo.com
Registry Domain ID: 2527354317_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-17T20:32:10.00Z
Registrar Registration Expiration Date: 2021-05-17T20:32:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ab3e1d90d1d94a3bb1664478f6f4816a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ab3e1d90d1d94a3bb1664478f6f4816a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ab3e1d90d1d94a3bb1664478f6f4816a.protect@whoisguard.com
Name Server: ns1.bodis.com
Name Server: ns2.bodis.com
```

```
Domain name: whatsappstatusshop.com
Registry Domain ID: 2452410930_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-07T16:12:55.00Z
Registrar Registration Expiration Date: 2020-11-07T16:12:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7732cee6835e4526bd861d8319b91850.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7732cee6835e4526bd861d8319b91850.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7732cee6835e4526bd861d8319b91850.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: WHATSAPPSTATUSVIDEO.WEBSITE
Registry Domain ID: D172055684-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-03-24T10:27:20.0Z
Creation Date: 2020-02-18T19:42:42.0Z
Registry Expiry Date: 2021-02-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

```
Domain Name: WHATSAPPSTATUSVIDEO.XYZ
Registry Domain ID: D148841351-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-16T13:39:30.0Z
Creation Date: 2019-11-29T18:53:38.0Z
Registry Expiry Date: 2021-11-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappstatusx.com
Registry Domain ID: 2475383736_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-03T14:37:31.00Z
Registrar Registration Expiration Date: 2022-01-03T14:37:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cee81c58537f48d19bc7ba02618031c0.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cee81c58537f48d19bc7ba02618031c0.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cee81c58537f48d19bc7ba02618031c0.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsapptodo.com
Registry Domain ID: 2363738318_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-01-25T07:26:24.41Z
Creation Date: 2019-02-24T21:44:35.00Z
Registrar Registration Expiration Date: 2021-02-24T21:44:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a184ebfd238b41e39281f1ac151738e4.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a184ebfd238b41e39281f1ac151738e4.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a184ebfd238b41e39281f1ac151738e4.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsapptoto.com
Registry Domain ID: 2492433282_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-14T16:06:10.00Z
Registrar Registration Expiration Date: 2021-02-14T16:06:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0e125d3d4f3746679b23663731506e38.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0e125d3d4f3746679b23663731506e38.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0e125d3d4f3746679b23663731506e38.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

```
Domain name: whatsapptrading.com
Registry Domain ID: 2325659138_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-25T09:23:03.99Z
Creation Date: 2018-10-25T07:51:14.00Z
Registrar Registration Expiration Date: 2021-10-25T07:51:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a2322df082544657a41adb7171b28199.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a2322df082544657a41adb7171b28199.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a2322df082544657a41adb7171b28199.protect@whoisguard.com
Name Server: ukprmns20.fastcpanelserver.com
Name Server: ncsecns.fastcpanelserver.com
```

```
Domain Name: whatsapptricks.club
Registry Domain ID: DAFEA4B71668E415B90833832BFC94BC9-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-04-16T18:44:21Z
Creation Date: 2018-04-10T01:19:06Z
Registry Expiry Date: 2019-04-10T01:19:06Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: WhoisGuard, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
```

```
Domain Name: WHATSAPPUPDATE.XYZ
Registry Domain ID: D70646235-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-14T09:46:57.0Z
Creation Date: 2018-06-20T13:40:50.0Z
Registry Expiry Date: 2021-06-20T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
```

```
Domain name: whatsappverification.com
Registry Domain ID: 2487521776_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-02-02T18:21:31.00Z
Registrar Registration Expiration Date: 2021-02-02T18:21:31.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 7376cc1d39c648f2a5f8662ef8f4b856.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 7376cc1d39c648f2a5f8662ef8f4b856.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 7376cc1d39c648f2a5f8662ef8f4b856.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: WHATSAPPVIEW.PRO
Registry Domain ID: D50330001183328177-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-04-21T20:37:41Z
Creation Date: 2020-02-21T19:35:50Z
Registry Expiry Date: 2021-02-21T19:35:50Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Name Server: NS1.BODIS.COM
Name Server: NS2.BODIS.COM
```

```
Domain Name: whatsappweb.club
Registry Domain ID: DA5AA5961CF5D4E60A0271ACAB6F005EB-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-10T20:58:44Z
Creation Date: 2019-12-21T00:31:01Z
Registry Expiry Date: 2020-12-21T00:31:01Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: hank.ns.cloudflare.com
Name Server: nola.ns.cloudflare.com
```

```
Domain Name: whatsappx.group
Registry Domain ID: 2fd70b22b49d4e20942d8f1f5cb340d7-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-10-10T11:23:50Z
Creation Date: 2018-10-28T00:08:56Z
Registry Expiry Date: 2021-10-28T00:08:56Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: jill.ns.cloudflare.com
Name Server: bart.ns.cloudflare.com
```

```
Domain Name: WHATSAPWEB.SITE
Registry Domain ID: D46941324-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-06-06T13:39:17.0Z
Creation Date: 2017-04-19T01:56:57.0Z
Registry Expiry Date: 2021-04-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: NS1.INMOTIONHOSTING.COM
Name Server: NS2.INMOTIONHOSTING.COM
```

```
Domain name: whatsdog-whatsapp.com
Registry Domain ID: 2062994016_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-10T10:04:33.83Z
Creation Date: 2016-10-01T10:43:56.00Z
Registrar Registration Expiration Date: 2021-10-01T10:43:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8fee398c44aa4c7eb9cc601edaaa6d26.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8fee398c44aa4c7eb9cc601edaaa6d26.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8fee398c44aa4c7eb9cc601edaaa6d26.protect@whoisguard.com
Name Server: alec.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
```

```
Domain name: whatsmobileapp.com
Registry Domain ID: 2191303998_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-23T21:14:41.91Z
Creation Date: 2017-11-24T18:12:55.00Z
Registrar Registration Expiration Date: 2020-11-24T18:12:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ce4241afa2174d0f9d8bb087b7d5c03b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ce4241afa2174d0f9d8bb087b7d5c03b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ce4241afa2174d0f9d8bb087b7d5c03b.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain name: whatspp.net
Registry Domain ID: 1878837209_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-12T04:19:15.00Z
Creation Date: 2014-10-04T03:42:00.00Z
Registrar Registration Expiration Date: 2021-10-04T03:42:00.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5574460f2de0411ea9f3a0766473d633.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5574460f2de0411ea9f3a0766473d633.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5574460f2de0411ea9f3a0766473d633.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: whatssap.co
Registry Domain ID: D1DE43B1A4AD042A7B2C804ADBF26DF08-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-01T14:32:15Z
Creation Date: 2020-07-27T14:32:10Z
Registry Expiry Date: 2021-07-27T14:32:10Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: ns2.arvixeshared.com
Name Server: ns1.arvixeshared.com
```

```
Domain Name: WHATSSAPP.WEBSITE
Registry Domain ID: D192969264-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-08-10T07:55:36.0Z
Creation Date: 2020-07-09T22:23:40.0Z
Registry Expiry Date: 2021-07-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
```

Domain Name: whattsapp.live
Registry Domain ID: c4d333d262a9465f82026e1b06c8f86c-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-08-22T15:59:57Z
Creation Date: 2020-08-17T15:59:28Z
Registry Expiry Date: 2021-08-17T15:59:28Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns2.namecheaphosting.com
Name Server: dns1.namecheaphosting.com

```
Domain name: whattsapp.net
Registry Domain ID: 1878837215_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-12T04:19:05.00Z
Creation Date: 2014-10-04T03:42:03.00Z
Registrar Registration Expiration Date: 2021-10-04T03:42:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b8db60fcdbd44478a453471b1d1e8d0e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b8db60fcdbd44478a453471b1d1e8d0e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b8db60fcdbd44478a453471b1d1e8d0e.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain Name: whatx.app
Registry Domain ID: 44005A709-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-09-29T21:34:08Z
Creation Date: 2020-09-24T21:34:08Z
Registry Expiry Date: 2021-09-24T21:34:08Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code:
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code:
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code:
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```

```
Domain Name: WHATZAPPHACKS.XYZ
Registry Domain ID: D75136919-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2018-09-07T10:19:34.0Z
Creation Date: 2018-08-26T18:08:54.0Z
Registry Expiry Date: 2019-08-26T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: EUROPE1130.BANAHOSTING.COM
Name Server: EUROPE1131.BANAHOSTING.COM
```

```
Domain name: whtsapp.net
Registry Domain ID: 1878837221_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-12T04:16:25.00Z
Creation Date: 2014-10-04T03:42:06.00Z
Registrar Registration Expiration Date: 2021-10-04T03:42:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5ed84ebb2800410dab0991876d37c402.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5ed84ebb2800410dab0991876d37c402.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5ed84ebb2800410dab0991876d37c402.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

```
Domain name: wwwwhatsapp.net
Registry Domain ID: 1878837224_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-08-12T04:19:05.00Z
Creation Date: 2014-10-04T03:42:07.00Z
Registrar Registration Expiration Date: 2021-10-04T03:42:07.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3e82bfe11f654aa3a43070ad3e4cf4ae.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3e82bfe11f654aa3a43070ad3e4cf4ae.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3e82bfe11f654aa3a43070ad3e4cf4ae.protect@whoisguard.com
Name Server: ns1.parkingcrew.net
Name Server: ns2.parkingcrew.net
```

Exhibit 17

```
Domain name: grouplinkswhatsapp.com
Registry Domain ID: 2485545116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-01-28T14:48:57.00Z
Registrar Registration Expiration Date: 2021-01-28T14:48:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: a38708afc1c3484e976aea32f933e0e9.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

## Screen capture for: grouplinkswhatsapp.com

