# Exhibit 18

## Part 1 of 2

**Screen capture for: 1nstagram.com**



**Screen capture for: aviationinstagram.com**



## Screen capture for: best-app-for-more-instagram-followers.club



**Screen capture for: best-instagram.club**



**Screen capture for: best-instagram-marketing.club**



**Screen capture for: bestofinstagram.com**



**Screen capture for: buy-instagram-follower.com**



**Screen capture for: buyinstagramverificationbadge.com**



**Screen capture for: chat-whatsapp.fun**



**Screen capture for: colorwhatsapp.pro**



**Screen capture for: creditowhatsapp.com**



**Screen capture for: curatedinstagram.com**



**Screen capture for: custominstagramtshirt.com**



**Screen capture for: ddinstagram.com**



**Screen capture for: escueladeinstagram.com**



## Screen capture for: es-faceb00k.xyz



**Screen capture for: fa4cebook.com**



**Screen capture for: faaceebook.host**



**Screen capture for: facbook-libra.com**



Screen capture for: facbooklogin.online



Screen capture for: facbooknews.xyz



facbooknews.xyz

This domain is registered at
namecheap

This domain was recently registered at namecheap.
Please check back later!

Related Links

| | |
|---|---|
| **Login** | → |
| **Fecabook** | → |
| **Fecebook** | → |
| **Facbook** | → |
| **Connect** | → |
| **Book App** | → |
| **Facebook Login** | → |
| **Obituaries** | → |
| **Face Apps** | → |
| **Latest News Headlines Today** | → |

Search Ads

2020 Copyright. All Rights Reserved.

The Sponsored Listings displayed above are served automatically by a third party. Neither Parkingcrew nor the domain owner maintain any relationship with the advertisers.

Privacy Policy

**Screen capture for: face00k-securitty.com**



**Screen capture for: face8o0k.com**



Screen Capture for: face8ook.tech



## Screen capture for: faceb00c.com



**Screen capture for: facebokfilmyskupina.com**



Screen capture for: facebok-gb.com



**Screen capture for: facebok-latam.com**



**Screen capture for: facebook360o.com**



**Screen capture for: facebookacademy.xyz**



**Screen capture for: face-book-advertising.net**



**Screen capture for: facebookartist.com**



**Screen capture for: facebookinternational.com**



**Screen capture for: face-book-marketplace.club**



**Screen capture for: face-book-messenger.com**



**Screen capture for: face-booknews.com**



**Screen capture for: facebook-signin.com**



**Screen capture for: facebookstealth.com**



**Screen capture for: facebooktracker.com**



## Screen capture for: facebookvideodownload.online



**Screen capture for: facebukreklama.com**



**Screen capture for: facebuks.space**



**Screen capture for: faceebook-support.com**



Screen capture for: faceebook-support.com



faceebook-support.com

This domain is registered at
namecheap

This domain was recently registered at namecheap.
Please check back later!

Related Links

| Contact Support | → |
| Contact Facebook | → |
| Contact Facebook Support | → |
| Contact Number | → |
| Contact | → |
| Facebook Contact Number | → |
| Divorce | → |
| Fecebook | → |
| Login | → |
| Facebok | → |

Search Ads

2020 Copyright. All Rights Reserved.

The Sponsored Listings displayed above are served automatically by a third party. Neither Parkingcrew nor the domain owner maintain any relationship with the advertisers.

Privacy Policy

**Screen capture for: facerook.net**



**Screen capture for: fb-mailsupport.com**



**Screen capture for: fb-marketplace-trade.club**



**Screen capture for: fb-usersbenefits.com**



## Screen capture for: ffacebok.website



**Screen capture for: filtriperinstagram.com**



**Screen capture for: filtroinstagram.com**



**Screen capture for: fixmyfacebookadvertising.com**



**Screen capture for: followerforinstagram.com**



**Screen capture for: frameinstagram.com**



## Screen capture for: frasesparawhatsapp.xyz



**Screen capture for: freeinstagramfollowers.xyz**



**Screen capture for: freewhatsappspy.com**



**Screen capture for: freewhatsapptracker.com**



**Screen capture for: funnyinstagramcaptions.com**



**Screen capture for: fxacebook.com**



**Screen capture for: gbinstagram.club**



**Screen capture for: get-followers-instagram.best**



**Screen capture for: ghostyforinstagram.com**



**Screen capture for: grouplinkswhatsapp.com**



**Screen capture for: gr-whatsapp.com**



**Screen capture for: highticketinstagram.com**



# Screen capture for: howtodownloadinstagramvideos.net



**Screen capture for: idothingsoninstagram.com**



**Screen capture for: igniteyourinstagram.com**



## Screen capture for: instaagram.website



**Screen capture for: instaegram.com**



**Screen capture for: instagram123.site**



**Screen capture for: instagramabletours.com**



**Screen capture for: instagramacademy.xyz**



## Screen capture for: instagramanalyticstool.com



**Screen capture for: instagramaphone.com**



## Screen capture for: instagramapk.org



**Screen capture for: instagramarketing.com**



**Screen capture for: instagramautofollower.com**



**Screen capture for: instagramautoliker.com**



**Screen capture for: instagrambundle.com**



**Screen capture for: instagrambusinessmanager.com**



**Screen capture for: instagramcash.club**



**Screen capture for: instagramcbdgummies.com**



**Screen capture for: instagramchick.com**



**Screen capture for: instagramcloser.com**



**Screen capture for: instagram-com.best**



**Screen capture for: instagram-com.biz**



**Screen capture for: instagramcom-bonus.net**



**Screen capture for: instagramcommunity.com**



**Screen capture for: instagramcookbook.com**



**Screen capture for: instagramcopyrightfeedback.com**



**Screen capture for: instagramcreatorscamp.com**



**Screen capture for: instagramdeck.com**



**Screen capture for: instagram-dl.com**



**Screen capture for: instagramdmblast.com**



**Screen capture for: instagramdown.net**



**Screen capture for: instagramdownloadvideo.com**



**Screen capture for: instagramemail.com**



**Screen capture for: instagramemailscraper.com**



**Screen capture for: instagramentor.com**



**Screen capture for: instagram-filters.com**



**Screen capture for: instagram-filters.net**



**Screen capture for: instagramfollowershackonline.top**



**Screen capture for: instagramfotodownload.com**



**Screen capture for: instagramfreefllowers.best**



**Screen capture for: instagram-girlservices.digital**



**Screen capture for: instagramhiddensecrets.com**



**Screen capture for: instagramignite.com**



**Screen capture for: instagraminfluencer.club**



**Screen capture for: instagraminfluencersummit.com**



**Screen capture for: instagraminnercircle.com**



**Screen capture for: instagramisreallife.com**



**Screen capture for: instagramlist.com**

