# Exhibit 18

## Part 2 of 2

**Screen capture for: instagramlogin.online**



**Screen capture for: instagramlucrativo.com**



**Screen capture for: instagrammablehotels.com**



**Screen capture for: instagrammarketingonline.com**



**Screen capture for: instagrammarketingsecrets.club**



**Screen capture for: instagrammingperfect.com**



**Screen capture for: instagramopulent.com**



**Screen capture for: instagramperfect.com**



**Screen capture for: instagrampickup.com**



**Screen capture for: instagram-planner.com**



**Screen capture for: instagramprivateprofileviewer.com**



**Screen capture for: instagramprofileviewer.com**



**Screen capture for: instagrampromo.com**



**Screen capture for: instagramqq.com**



## Screen capture for: instagramqq.net



**Screen capture for: instagramrehabilitation.com**



**Screen capture for: instagramsalesacademy.com**



## Screen capture for: instagramsavy.com



**Screen capture for: instagramsender.com**



**Screen capture for: instagramshiddensecrets.com**



**Screen capture for: instagramstopmodel.com**



**Screen capture for: instagram-supportcenter.com**



**Screen capture for: instagramtechk.com**



**Screen capture for: instagramtop50.com**



**Screen capture for: instagramty.com**



**Screen capture for: instagramuser.net**



**Screen capture for: instagramviewers.com**



**Screen capture for: instagramviral.com**



**Screen capture for: instagramwish.com**



**Screen capture for: instagramwishlist.com**



**Screen capture for: instagramyourevents.com**



**Screen capture for: instagrom.org**



**Screen capture for: instgrm-group.club**



## Screen capture for: instigram.xyz



Screen capture for: instigram.xyz



instigram.xyz

This domain is registered at
namecheap
This domain was recently registered at namecheap.
Please check back later!

Related Links

- Engineering Colleges
- Engineering Management
- Colleges Nearby
- Engineering College
- Current Price of Gold
- Price of Silver Today
- Current Price of Silver
- Price of Silver
- Gram
- Engineering

Search Ads

2020 Copyright. All Rights Reserved.

The Sponsored Listings displayed above are served automatically by a third party. Neither Parkingcrew nor the domain owner maintain any relationship with the advertisers.

Privacy Policy

**Screen capture for: instogram.club**



**Screen capture for: instogram.xyz**



**Screen capture for: invite-whatsapp.com**



**Screen capture for: ipokerfacebook.com**



**Screen capture for: japaninstagramwalk.com**



**Screen capture for: johnhebertinstagram.com**



**Screen capture for: killerinstagramads.com**



**Screen capture for: lnstagramclientsupport.com**



**Screen capture for: lnstagram-help.services**



**Screen capture for: lnstagramn.com**



**Screen capture for: lnstagrampartnersbusiness.com**



**Screen capture for: lombafotoinstagram.com**



**Screen capture for: longislandinstagram.com**



**Screen capture for: luxurytravelinstagram.com**



Screen capture for: mail-instagram.space

mail-instagram.space



This domain is registered at
namecheap

This domain was recently registered at namecheap.
Please check back later!

Related Links

| Nancy | → |
| Email Hotmail | → |
| Street East | → |
| Mail Email | → |
| Mail Hotmail | → |
| Nearby Fr | → |
| Mail Orange Messagerie | → |
| Hotmail Messagerie | → |
| Messagerie Orange | → |
| Avenue South | → |

Search Ads

2020 Copyright. All Rights Reserved.

The Sponsored Listings displayed above are served automatically by a third party. Neither Parkingcrew nor the domain owner maintain any relationship with the advertisers.

Privacy Policy

**Screen capture for: minneapolisinstagram.com**



**Screen capture for: mninstagram.com**



**Screen capture for: myfacebookclients.com**



**Screen capture for: myfacebookleads.com**



**Screen capture for: myinstagrammanager.com**



**Screen capture for: nextinstagramtechk.com**



**Screen capture for: noticiafaceboookapps.store**



**Screen capture for: panelinstagram.com**



**Screen capture for: partyinstagram.com**



**Screen capture for: petsofinstagram.com**



**Screen capture for: photoboothinstagram.com**



**Screen capture for: pinstagramparty.com**



**Screen capture for: pinstagrams.com**



**Screen capture for: rafelmayolinstagram.com**



**Screen capture for: realhousecatsofinstagram.com**



**Screen capture for: realinstagramhack.com**



**Screen capture for: reportsparainstagram.com**



Screen capture for: securityfacebool.xyz

securityfacebool.xyz

This domain is registered at



This domain was recently registered at Namecheap.
Please check back later!



Related Links

| | |
|---|---|
| Log in My Account | → |
| Application Security | → |
| Network Security | → |
| Restore Ransomware Files | → |
| Security Guard | → |
| Secure Hosted Email | → |
| Home Security | → |
| Facbook | → |
| Security Guard Companies | → |
| Wireless Home Security System | → |

Search Ads

2020 Copyright. All Rights Reserved.

The Sponsored Listings displayed above are served automatically by a third party. Neither Parkingcrew nor the domain owner maintain any relationship with the advertisers.

Privacy Policy

**Screen capture for: seeprivateinstagram.online**



**Screen capture for: sexwhatsapp.dating**



**Screen capture for: sexy-instagram.com**



# Screen capture for: sexywhatsapp.services



**Screen capture for: sexywhatsapp.webcam**



**Screen capture for: share-instagram.com**



**Screen capture for: skinstagramer.com**



**Screen capture for: socialviewforinstagram.com**



**Screen capture for: soportewhatsapp.com**



**Screen capture for: stalkerforinstagram.com**



**Screen capture for: stalkersforinstagram.com**



**Screen capture for: supporto-instagram.info**



**Screen capture for: tehfaceb00k.com**



**Screen capture for: thebusinessofinstagram.com**



**Screen capture for: theinstagrambundle.com**



**Screen capture for: tninstagram.com**



**Screen capture for: uninstagrammable.com**



**Screen capture for: urbaninstagram.com**



**Screen capture for: verification-instagram.com**



**Screen capture for: wastedinstagram.com**



**Screen capture for: web-whatsapp-mx.com**



**Screen capture for: whatsapp.health**



**Screen capture for: whatsapp-allyssachan.com**



**Screen capture for: whatsapp-ar.com**



## Screen capture for: whatsappcnd.xyz



**Screen capture for: whatsappcnd.xyz**



**Screen capture for: whatsappgiving.com**



**Screen capture for: whatsapphealth.com**



**Screen capture for: whatsapphostel.com**



**Screen capture for: whatsapplike.net**



**Screen capture for: whatsapplikes.net**



**Screen capture for: whatsapplink.club**



**Screen capture for: whatsappmarketing.pro**



**Screen capture for: whatsappme.info**



**Screen capture for: whatsapp-monitor.me**



**Screen capture for: whatsappnow.me**



**Screen capture for: whatsapppak.tech**



**Screen capture for: whatsapp-security.mobi**



**Screen capture for: whatsappsender.net**



## Screen capture for: whatsappsex.club



## Screen capture for: whatsapp-status-videos-download.best



**Screen capture for: whatsappstatusx.com**



**Screen capture for: whatsapptodo.com**



**Screen capture for: whatsapp-updates.pro**



**Screen capture for: whatsappverification.com**



**Screen capture for: whoblockedmeoninstagram.com**



**Screen capture for: xprofileforinstagram.com**

