Exhibit 19

1. active-faceboolk.com
2. fa4cebook.com
3. faceb00c.com
4. faceb00kvideo.xyz
5. faceb0ok-seccurity.com
6. faceb0ok-securrity.com
7. facebeek.website
8. facebksupport.website
9. facebo0k-seecurity.com
10. facebo0k.xyz
11. facebok-grupo-lives-adultas.tech
12. facebok.website
13. facebook360o.com
14. facebookacademy.xyz
15. facebookchair.com
16. faceboook.club
17. faceboook.site
18. faceboook.store
19. faceboook.xyz
20. facebukreklama.com
21. facerook.net
22. fasebookecom.xyz
23. ffacebok.club
24. ffacebok.website
25. grupo-superacao-facebok.store
26. idofacebookads.com
27. thefacebookadsagency.com
28. video-face-b00k.xyz
29. videosfacbookvi20k.site

# Exhibit 20

```
Domain name: active-faceboolk.com
Registry Domain ID: 2443745838_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-15T04:10:14.00Z
Registrar Registration Expiration Date: 2020-10-15T04:10:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: fa4cebook.com
Registry Domain ID: 2451957246_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-05T19:53:53.00Z
Registrar Registration Expiration Date: 2020-11-05T19:53:53.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: faceb00c.com
Registry Domain ID: 2447513897_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-25T04:36:47.00Z
Registrar Registration Expiration Date: 2020-10-25T04:36:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEB00KVIDEO.XYZ
Registry Domain ID: D131216711-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T19:00:34.0Z
Creation Date: 2019-09-25T18:59:43.0Z
Registry Expiry Date: 2020-09-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: faceb0ok-seccurity.com
Registry Domain ID: 2436203313_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-22T21:39:10.00Z
Registrar Registration Expiration Date: 2020-09-22T21:39:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: faceb0ok-security.com
Registry Domain ID: 2435891160_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-21T20:45:54.00Z
Registrar Registration Expiration Date: 2020-09-21T20:45:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBEEK.WEBSITE
Registry Domain ID: D135959225-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-28T03:52:32.0Z
Creation Date: 2019-10-17T03:50:03.0Z
Registry Expiry Date: 2020-10-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBKSUPPORT.WEBSITE
Registry Domain ID: D134875775-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-23T12:52:30.0Z
Creation Date: 2019-10-12T12:51:42.0Z
Registry Expiry Date: 2020-10-12T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebo0k-seecurity.com
Registry Domain ID: 2436581683_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-23T23:51:55.00Z
Registrar Registration Expiration Date: 2020-09-23T23:51:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBO0K.XYZ
Registry Domain ID: D133054216-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-15T03:26:26.0Z
Creation Date: 2019-10-04T03:15:23.0Z
Registry Expiry Date: 2020-10-04T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOK-GRUPO-LIVES-ADULTAS.TECH
Registry Domain ID: D138076665-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-13T18:02:18.0Z
Creation Date: 2019-10-29T17:59:01.0Z
Registry Expiry Date: 2021-10-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOK.WEBSITE
Registry Domain ID: D130020461-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-10-31T18:40:06.0Z
Creation Date: 2019-09-19T18:39:00.0Z
Registry Expiry Date: 2020-09-19T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebook360o.com
Registry Domain ID: 2447472402_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-24T19:11:21.00Z
Registrar Registration Expiration Date: 2020-10-24T19:11:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FACEBOOKACADEMY.XYZ
Registry Domain ID: D80972654-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-15T00:00:40.0Z
Creation Date: 2018-10-30T13:36:20.0Z
Registry Expiry Date: 2021-10-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebookchair.com
Registry Domain ID: 2439413139_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-01T21:56:34.00Z
Registrar Registration Expiration Date: 2020-10-01T21:56:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: facebooook.club
Registry Domain ID: DA0DD1BD7E59545F099270DFC9A910F9D-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-24T22:00:14Z
Creation Date: 2019-10-09T21:30:28Z
Registry Expiry Date: 2020-10-09T21:30:28Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain Name: FACEBOOOOK.SITE
Registry Domain ID: D134116450-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-20T21:40:05.0Z
Creation Date: 2019-10-09T21:30:32.0Z
Registry Expiry Date: 2020-10-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOOK.STORE
Registry Domain ID: D134116460-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-20T21:39:14.0Z
Creation Date: 2019-10-09T21:30:35.0Z
Registry Expiry Date: 2020-10-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FACEBOOOOK.XYZ
Registry Domain ID: D134116465-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-20T21:39:19.0Z
Creation Date: 2019-10-09T21:30:35.0Z
Registry Expiry Date: 2020-10-09T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: facebukreklama.com
Registry Domain ID: 2447140195_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-24T13:56:36.00Z
Registrar Registration Expiration Date: 2020-10-24T13:56:36.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: facerook.net
Registry Domain ID: 2454566184_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-13T11:06:06.00Z
Registrar Registration Expiration Date: 2020-11-13T11:06:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FASEBOOKECOM.XYZ
Registry Domain ID: D135949825-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-28T01:13:18.0Z
Creation Date: 2019-10-17T01:06:07.0Z
Registry Expiry Date: 2020-10-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: ffacebok.club
Registry Domain ID: D62CACA0389814ECA81F3BB7D1E3DEFA8-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-04T06:00:25Z
Creation Date: 2019-10-20T04:50:47Z
Registry Expiry Date: 2020-10-20T04:50:47Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FFACEBOK.WEBSITE
Registry Domain ID: D136950195-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-07T08:05:10.0Z
Creation Date: 2019-10-23T06:46:48.0Z
Registry Expiry Date: 2021-10-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: GRUPO-SUPERACAO-FACEBOK.STORE
Registry Domain ID: D133730211-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-19T14:13:49.0Z
Creation Date: 2019-10-08T14:12:41.0Z
Registry Expiry Date: 2020-10-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: idofacebookads.com
Registry Domain ID: 2440648253_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-05T20:26:02.00Z
Registrar Registration Expiration Date: 2020-10-05T20:26:02.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: thefacebookadsagency.com
Registry Domain ID: 2435597245_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-20T21:37:51.00Z
Registrar Registration Expiration Date: 2020-09-20T21:37:51.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: VIDEO-FACE-B00K.XYZ
Registry Domain ID: D136757685-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T02:30:59.0Z
Creation Date: 2019-10-22T02:09:16.0Z
Registry Expiry Date: 2021-10-22T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: VIDEOSFACBOOKVI20K.SITE
Registry Domain ID: D137012290-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-07T14:03:52.0Z
Creation Date: 2019-10-23T13:04:17.0Z
Registry Expiry Date: 2021-10-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

Exhibit 21

1.      fb-login-error58743.online
2.      fb-login-error61311.host
3.      fb-marketplace-trade.club
4.      fb-marketplace.store
5.      fb-profil.host
6.      fb-profil.site
7.      fb-profil.website
8.      fb-profil.xyz

Exhibit 22

```
Domain Name: FB-LOGIN-ERROR58743.ONLINE
Registry Domain ID: D134598840-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-22T11:39:51.0Z
Creation Date: 2019-10-11T11:37:11.0Z
Registry Expiry Date: 2020-10-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FB-LOGIN-ERROR61311.HOST
Registry Domain ID: D134598835-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-22T11:39:44.0Z
Creation Date: 2019-10-11T11:37:08.0Z
Registry Expiry Date: 2020-10-11T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: fb-marketplace-trade.club
Registry Domain ID: DDADDC0ECF9034D6BB28FFCEFF4C75F44-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-27T10:21:30Z
Creation Date: 2019-10-13T10:21:24Z
Registry Expiry Date: 2021-10-13T10:21:24Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain Name: FB-MARKETPLACE.STORE
Registry Domain ID: D135025115-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-24T00:39:25.0Z
Creation Date: 2019-10-13T00:37:07.0Z
Registry Expiry Date: 2020-10-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FB-PROFIL.HOST
Registry Domain ID: D131157506-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T11:14:09.0Z
Creation Date: 2019-09-25T11:06:46.0Z
Registry Expiry Date: 2020-09-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FB-PROFIL.SITE
Registry Domain ID: D131157511-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T11:14:27.0Z
Creation Date: 2019-09-25T11:06:49.0Z
Registry Expiry Date: 2020-09-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FB-PROFIL.WEBSITE
Registry Domain ID: D131157516-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T11:14:32.0Z
Creation Date: 2019-09-25T11:06:51.0Z
Registry Expiry Date: 2020-09-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: FB-PROFIL.XYZ
Registry Domain ID: D131157496-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-06T11:14:04.0Z
Creation Date: 2019-09-25T11:06:41.0Z
Registry Expiry Date: 2020-09-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

Exhibit 23

1.  aviationinstagram.com
2.  downloadinstagramvideo.xyz
3.  en-lnstagram.com
4.  escueladeinstagram.com
5.  freefollowersoninstagram.info
6.  instagram-com.best
7.  instagram-dresses.com
8.  instagram-for-sex.com
9.  instagram-login.club
10. instagram-sa.xyz
11. instagramacademy.xyz
12. instagramapp.fun
13. instagramcash.club
14. instagramemail.com
15. instagrameo.com
16. instagramfollow.xyz
17. instagramfollowershackonline.top
18. instagramforsex.club
19. instagramfreefollowers.xyz
20. instagramgain.xyz
21. instagramgear.com
22. instagramgifts.com
23. instagramhack.club
24. instagramhelpservices.com
25. instagramik.host
26. instagraminnercircle.com
27. instagrampostfinder.com
28. instagrampromotions.com
29. instagramrehabilitation.com
30. instagramsender.com
31. instagramsupport.live
32. instagramtube.com
33. instagramuser.net
34. instagramvdo.com
35. instagramverificationmail.com
36. instagramvideoimagedownload.xyz
37. instgrm-group.club
38. jenniferinstagram.com
39. luxurytravelinstagram.com
40. matriceinstagram.com
41. my-instagram.net
42. myinstagrammanager.com
43. photoboothinstagram.com

44.     sinstagram.app
45.     verification-instagram.com

Exhibit 24

```
Domain name: aviationinstagram.com
Registry Domain ID: 2325669979_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-08T22:06:05.96Z
Creation Date: 2018-10-25T10:03:27.00Z
Registrar Registration Expiration Date: 2020-10-25T10:03:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: DOWNLOADINSTAGRAMVIDEO.XYZ
Registry Domain ID: D137714955-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-11T14:01:11.0Z
Creation Date: 2019-10-27T13:56:57.0Z
Registry Expiry Date: 2021-10-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: en-lnstagram.com
Registry Domain ID: 2435887455_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-21T19:40:48.00Z
Registrar Registration Expiration Date: 2020-09-21T19:40:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: escueladeinstagram.com
Registry Domain ID: 2454503284_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-13T01:06:59.00Z
Registrar Registration Expiration Date: 2020-11-13T01:06:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: FREEFOLLOWERSONINSTAGRAM.INFO
Registry Domain ID: D503300001182013995-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2020-11-27T23:13:12Z
Creation Date: 2019-10-16T23:05:40Z
Registry Expiry Date: 2021-10-16T23:05:40Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAM-COM.BEST
Registry Domain ID: D137705155-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-11T12:01:26.0Z
Creation Date: 2019-10-27T11:03:34.0Z
Registry Expiry Date: 2021-10-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instagram-dresses.com
Registry Domain ID: 2440996394_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-07T13:15:06.00Z
Registrar Registration Expiration Date: 2020-10-07T13:15:06.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagram-for-sex.com
Registry Domain ID: 2445265583_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-19T16:50:45.00Z
Registrar Registration Expiration Date: 2020-10-19T16:50:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: instagram-login.club
Registry Domain ID: DFCD999259396402B863BBB596F97D383-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-15T00:02:26Z
Creation Date: 2019-09-29T22:37:13Z
Registry Expiry Date: 2020-09-29T22:37:13Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAM-SA.XYZ
Registry Domain ID: D138100290-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-14T00:01:02.0Z
Creation Date: 2019-10-30T00:00:12.0Z
Registry Expiry Date: 2021-10-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMACADEMY.XYZ
Registry Domain ID: D80969764-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-15T00:00:39.0Z
Creation Date: 2018-10-30T12:55:09.0Z
Registry Expiry Date: 2021-10-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMAPP.FUN
Registry Domain ID: D143191595-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-28T06:01:42.0Z
Creation Date: 2019-11-13T04:50:23.0Z
Registry Expiry Date: 2021-11-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: instagramcash.club
Registry Domain ID: D45B079782C454E3FACF45DB67609F053-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-08T02:00:09Z
Creation Date: 2019-10-24T00:33:34Z
Registry Expiry Date: 2020-10-24T00:33:34Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramemail.com
Registry Domain ID: 2448768976_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-28T09:13:43.00Z
Registrar Registration Expiration Date: 2020-10-28T09:13:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagrameo.com
Registry Domain ID: 2064476771_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-09-08T10:54:22.04Z
Creation Date: 2016-10-08T10:58:30.00Z
Registrar Registration Expiration Date: 2020-10-08T10:58:30.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMFOLLOW.XYZ
Registry Domain ID: D135295115-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-25T01:39:09.0Z
Creation Date: 2019-10-14T01:36:35.0Z
Registry Expiry Date: 2020-10-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: instagramfollowershackonline.top
Registry Domain ID: D20191112G10001G_25335942-top
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-11-27T06:30:31Z
Creation Date: 2019-11-12T06:11:27Z
Registry Expiry Date: 2021-11-12T06:11:27Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street:  REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record  identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street:  REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record  identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street:  REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record  identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: instagramforsex.club
Registry Domain ID: D058C68C22F7E4AE0819C165731B5FEF4-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-03T12:00:31Z
Creation Date: 2019-10-19T11:34:07Z
Registry Expiry Date: 2020-10-19T11:34:07Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMFREEFOLLOWERS.XYZ
Registry Domain ID: D128895221-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-25T13:55:26.0Z
Creation Date: 2019-09-14T13:41:28.0Z
Registry Expiry Date: 2020-09-14T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMGAIN.XYZ
Registry Domain ID: D132266536-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-11T06:39:22.0Z
Creation Date: 2019-09-30T06:30:30.0Z
Registry Expiry Date: 2020-09-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instagramgear.com
Registry Domain ID: 2317427342_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-10-05T17:00:34.05Z
Creation Date: 2018-10-03T20:38:57.00Z
Registrar Registration Expiration Date: 2020-10-03T20:38:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramgifts.com
Registry Domain ID: 2323890771_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-09-21T10:28:28.62Z
Creation Date: 2018-10-21T03:39:33.00Z
Registrar Registration Expiration Date: 2020-10-21T03:39:33.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: instagramhack.club
Registry Domain ID: D44151FCA29F9412DAB6053A8886B22C7-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-04T04:30:29Z
Creation Date: 2018-09-19T04:13:22Z
Registry Expiry Date: 2020-09-19T04:13:22Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramhelpservices.com
Registry Domain ID: 2445263771_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-19T16:16:25.00Z
Registrar Registration Expiration Date: 2020-10-19T16:16:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMIK.HOST
Registry Domain ID: D136668955-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-05T10:02:57.0Z
Creation Date: 2019-10-21T09:11:47.0Z
Registry Expiry Date: 2021-10-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain name: instagraminnercircle.com
Registry Domain ID: 2453717180_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-11T02:09:37.00Z
Registrar Registration Expiration Date: 2020-11-11T02:09:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagrampostfinder.com
Registry Domain ID: 2440096678_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-04T10:24:23.00Z
Registrar Registration Expiration Date: 2020-10-04T10:24:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagrampromotions.com
Registry Domain ID: 2440611099_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-05T18:42:16.00Z
Registrar Registration Expiration Date: 2020-10-05T18:42:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramrehabilitation.com
Registry Domain ID: 2451639747_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-05T05:52:39.00Z
Registrar Registration Expiration Date: 2020-11-05T05:52:39.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramsender.com
Registry Domain ID: 2449167342_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-29T08:50:57.00Z
Registrar Registration Expiration Date: 2020-10-29T08:50:57.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: instagramsupport.live
Registry Domain ID: 57e58e46ea124dbf8c4c68124bc14462-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-11-29T17:39:27Z
Creation Date: 2019-09-18T17:29:19Z
Registry Expiry Date: 2020-09-18T17:29:19Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns102.registrar-servers.com
Name Server: dns101.registrar-servers.com
```

```
Domain name: instagramtube.com
Registry Domain ID: 2435639637_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-21T09:48:28.00Z
Registrar Registration Expiration Date: 2020-09-21T09:48:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramuser.net
Registry Domain ID: 2447136018_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-24T13:24:25.00Z
Registrar Registration Expiration Date: 2020-10-24T13:24:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramvdo.com
Registry Domain ID: 2435918142_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-09-22T02:50:46.00Z
Registrar Registration Expiration Date: 2020-09-22T02:50:46.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: instagramverificationmail.com
Registry Domain ID: 2444464638_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-17T00:12:45.00Z
Registrar Registration Expiration Date: 2020-10-17T00:12:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: INSTAGRAMVIDEOIMAGEDOWNLOAD.XYZ
Registry Domain ID: D136739025-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-11-05T20:00:35.0Z
Creation Date: 2019-10-21T18:49:45.0Z
Registry Expiry Date: 2021-10-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registrant Organization: NAMECHEAP
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: DNS101.REGISTRAR-SERVERS.COM
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: instgrm-group.club
Registry Domain ID: D021CFD00631C4BA2B98E7F3013F53E1A-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-22T10:00:15Z
Creation Date: 2019-11-07T09:32:39Z
Registry Expiry Date: 2020-11-07T09:32:39Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified
in this output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: jenniferinstagram.com
Registry Domain ID: 2444165624_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-16T15:32:38.00Z
Registrar Registration Expiration Date: 2020-10-16T15:32:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: luxurytravelinstagram.com
Registry Domain ID: 2325669987_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-11-08T22:06:02.42Z
Creation Date: 2018-10-25T10:03:35.00Z
Registrar Registration Expiration Date: 2020-10-25T10:03:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: matriceinstagram.com
Registry Domain ID: 2440398102_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-05T11:47:59.00Z
Registrar Registration Expiration Date: 2020-10-05T11:47:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: my-instagram.net
Registry Domain ID: 2443446403_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-14T14:03:34.00Z
Registrar Registration Expiration Date: 2020-10-14T14:03:34.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: myinstagrammanager.com
Registry Domain ID: 2454530156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-13T06:47:42.00Z
Registrar Registration Expiration Date: 2020-11-13T06:47:42.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: photoboothinstagram.com
Registry Domain ID: 2452342768_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-11-07T04:00:58.00Z
Registrar Registration Expiration Date: 2020-11-07T04:00:58.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain Name: sinstagram.app
Registry Domain ID: 3EBA411A3-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-11-01T15:39:10Z
Creation Date: 2019-09-20T15:34:23Z
Registry Expiry Date: 2020-09-20T15:34:23Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: NAMECHEAP
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain name.
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
this output for information on how to contact the Registrant, Admin, or Tech contact
of the queried domain name.
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

```
Domain name: verification-instagram.com
Registry Domain ID: 2449111012_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2019-10-28T21:37:43.00Z
Registrar Registration Expiration Date: 2020-10-28T21:37:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: NAMECHEAP
Registrant Street: 11400 W. OLYMPIC BLVD, SUITE 200
Registrant City: LOS ANGELES
Registrant State/Province: CA
Registrant Postal Code: 90064
Registrant Country: US
Registrant Phone: +1.6613102107
Registrant Phone Ext:
Registrant Fax: +1.6613102107
Registrant Fax Ext:
Registrant Email: reactivation-pending@namecheap.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: NAMECHEAP
Admin Street: 11400 W. OLYMPIC BLVD, SUITE 200
Admin City: LOS ANGELES
Admin State/Province: CA
Admin Postal Code: 90064
Admin Country: US
Admin Phone: +1.6613102107
Admin Phone Ext:
Admin Fax: +1.6613102107
Admin Fax Ext:
Admin Email: reactivation-pending@namecheap.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: NAMECHEAP
Tech Street: 11400 W. OLYMPIC BLVD, SUITE 200
Tech City: LOS ANGELES
Tech State/Province: CA
Tech Postal Code: 90064
Tech Country: US
Tech Phone: +1.6613102107
Tech Phone Ext:
Tech Fax: +1.6613102107
Tech Fax Ext:
Tech Email: reactivation-pending@namecheap.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
```

# Exhibit 25



Exhibit 26

*Luxottica Group S.p.A. v. Xie Ji Ping*, No. 19-cv-01347, ECF No. 57 (N.D. Ill. May 16, 2019) (granting default judgment of $1,000,000 dollars against defendants, including Whoisguard, Inc.).

*Christian Dior Couture, S.A. v. Zheng Ru Ping*, No. 18-cv-00366, ECF No. 38 (N.D. Ill. Mar. 7, 2018) (granting default judgment of $200,000 against defendants, including Whoisguard, Inc.).

*Gianni Versace, S.p.A. v. Zou Yulan*, No. 18-cv-00160, ECF No. 40 (N.D. Ill. Mar. 2, 2018) (granting default judgment of $1,000,000 against defendants, including Whoisguard, Inc.).

*Richemont International SA v. Zheng Xiao*, No. 16-cv-07991, ECF No. 41 (N.D. Ill. Oct. 18, 2016) (granting default judgment of $200,000 against defendants, including Whoisguard, Inc.).

*Luxottica Group S.p.A. v. Zhang Li*, No. 16-cv-04843, ECF No. 55 (N.D. Ill. June 23, 2016) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Luxottica Group S.p.A. v. Chen Xiaomin*, No. 15-cv-06197, ECF No. 64 (N.D. Ill. Feb. 1, 2016) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Richemont International SA v. Chen Mei*, No. 15-cv-05991, ECF No. 52 (N.D. Ill. Sept. 9, 2015) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Christian Dior Couture, S.A. v. Lei Liu*, No. 15-cv-06324, ECF No. 48 (N.D. Ill. Aug. 26, 2015) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Oakley, Inc. v. Zhang Yiyi*, No. 15-cv-05963, ECF No. 53 (N.D. Ill. Aug. 20, 2015) (granting default judgment of $250,000 against defendants, including Whoisguard, Inc.).

*REBEL8 Inc. v. Bajie Zhu*, No. 15-cv-05469, ECF No. 42 (N.D. Ill. Aug. 6, 2015) (granting default judgment of $200,000 against defendants, including Whoisguard, Inc.).

*Monster Energy Company v. Chen Wensheng*, No. 15-cv-04166, ECF No. 85 (N.D. Ill. July 27, 2015) (granting default judgment of $1,000,000 against defendants, including Whoisguard, Inc.).

*Oakley, Inc. v. Rongsheng Song*, No. 15-cv-03672, ECF No. 45 (N.D. Ill. June 4, 2015) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Coach, Inc. v. Xiong Guiyan*, No. 15-cv-02994, ECF No. 45 (N.D. Ill. June 3, 2015) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Calvin Klein Trademark Trust v. Chen Xiao Dong*, No. 15-cv-02224, ECF No. 46 (N.D. Ill. May 12, 2015) (granting default judgment of $2,000,000 against defendants, including Whoisguard, Inc.).

*Michael Kors, L.L.C. v. Wu Xing*, No. 15-cv-01618, ECF No. 55 (N.D. Ill. Apr. 20, 2015) (granting default judgment of $150,000 against defendants, including Whoisguard, Inc.).

*Michael Kors, L.L.C. v. Busheng Wang*, No. 15-cv-00124, ECF No. 61 (N.D. Ill. Mar. 25, 2015) (granting default judgment of $150,000 against defendants, including Whoisguard, Inc.).

*Deckers Outdoor Corporation v. Peng Chen*, No. 15-cv-00153, ECF No. 51 (N.D. Ill. Mar. 10, 2015) (granting default judgment of $150,000 against defendants, including Whoisguard, Inc.).

*Deckers Outdoor Corporation v. Li Xiansheng*, No. 14-cv-09113, ECF No. 53 (N.D. Ill. Jan. 5, 2015) (granting default judgment of $150,000 against defendants, including Whoisguard, Inc.).

*Station Casinos, Inc. v. WhoIsGuard*, No. 06-cv-01491, ECF No. 18 (D. Nev. Mar. 27, 2007) (granting default judgment of $404,786.20 against Whoisguard, Inc.).

*Station Casinos, Inc. v. WhoisGuard*, 06-cv-00234, ECF No. 18 (D. Nev. July 19, 2006) (granting default judgment of $104,490.25 against Whoisguard, Inc.).

Exhibit 27

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Accenture Global Services Limited | acceinture.com | WhoisGuard | WIPO | D2019-1222 | TRANSFER |
| Accenture Global Services Limited | acceneture.com | WhoisGuard | WIPO | D2019-0962 | TRANSFER |
| Accenture Global Services Limited | accentuire.com | WhoisGuard | WIPO | D2019-0493 | TRANSFER |
| Accenture Global Services Limited | accenture-corp.com | WhoisGuard | WIPO | D2018-0811 | TRANSFER |
| Accenture Global Services Limited | accenture-grp.com | WhoisGuard | WIPO | D2018-2524 | TRANSFER |
| Accenture Global Services Limited | accentureaviationltd.com | WhoisGuard | WIPO | D2019-0447 | TRANSFER |
| Accenture Global Services Limited | accentureca.net | WhoisGuard | WIPO | D2018-2318 | TRANSFER |
| Accenture Global Services Limited | accenturellp.net | WhoisGuard | WIPO | D2018-1641 | TRANSFER |
| Accenture Global Services Limited | accenturellpusa.com | WhoisGuard | WIPO | D2019-0799 | TRANSFER |
| Accenture Global Services Limited | accentureus.com | WhoisGuard | WIPO | D2018-1091 | TRANSFER |
| Accenture Global Services Limited | accountspayable-accenture.com | Whoisguard | WIPO | D2015-2037 | TRANSFER |
| Accenture Global Services Limited | ap-accenture.com | WhoisGuard | WIPO | D2019-2041 | TRANSFER |
| Bloomberg Finance L.P. | bloomberg-tv.stream | WhoisGuard | NAF | 1774233 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.best | WhoisGuard | NAF | 1846599 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.fun | WhoisGuard | NAF | 1793683 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg.pink | WhoisGuard | NAF | 1800273 | SUSPENDED |
| Bloomberg Finance L.P. | bloomberg24.trade | WhoisGuard | NAF | 1792871 | SUSPENDED |
| Bloomberg Finance L.P. | bloombergtoday.top | WhoisGuard | NAF | 1742021 | SUSPENDED |
| Bloomberg Finance LP | bloombergnews.club | WhoisGuard | NAF | 1721857 | SUSPENDED |
| Calvin Klein Inc. Calvin Klein Trademark Trust | calvinklein.design | WhoisGuard | WIPO | D2015-2306 | TRANSFER |
| Calvin Klein Trademark Trust, Calvin Klein Inc. | clavinkleinpreferred.com | WhoisGuard | WIPO | D2016-1734 | TRANSFER |
| DIRECTV, LLC | digitaldirecttv.net | WHOISGuard | WIPO | D2015-0585 | TRANSFER |
| Eli Lilly and Company | cialis-buy20mg.com; cialis- | WhoisGuard | WIPO | D2016-1737 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| | canada20mg.com | | | | |
| Eli Lilly and Company | cialis.website | WhoisGuard | NAF | 1715054 | SUSPENDED |
| Eli Lilly and Company | lillywomenshealth.com | WhoisGuard | WIPO | D2007-0162 | TRANSFER |
| Facebook Inc. | facebook.com (xn--facboo-gq7bu7b.com) | WhoisGuard | WIPO | D2019-1668 | TRANSFER |
| Facebook Inc. | fb-nuoma.info; fbnuoma.info | WhoisGuard | WIPO | D2019-1844 | TRANSFER |
| Facebook Inc. Instagram, LLC | facebook.net (xn--faceboo-jhb.net); Instagram.link | WhoisGuard | WIPO | D2019-0797 | TRANSFER |
| Facebook, Inc. | facebook-sports.com; facebook-watch.com; facebooklivegame.comfacebookonlinelive.com; facebookonlinetv.com; fb-live.xyz; fb-livesports.stream; fb-tv.xyz; livefacebooklive.com; livefacebooklive.org | WhoisGuard | WIPO | D2019-0082 | TRANSFER |
| Facebook, Inc. | facebooksupport.email | WhoisGuard | WIPO | D2019-1777 | TRANSFER |
| Facebook, Inc. | fbleadscraper.com; fbmailextractor.com | WhoisGuard | WIPO | D2019-0366 | TRANSFER |
| Gap (Apparel), LLC Gap (ITM) Inc. The Gap, Inc. | secure-gap.com | WhoisGuard | WIPO | D2018-1897 | TRANSFER |
| HUGO BOSS AG HUGO BOSS Trade Mark Management GmbH & Co. KG | metzingenhugoboss.com | WhoisGuard | WIPO | D2013-0540 | TRANSFER |
| Instagram, LLC | instagram.eu.com | WhoisGuard | NAF | 1780141 | TRANSFERRED |
| Instagram, LLC | instagramverifier.com | WhoisGuard | WIPO | D2017-1752 | TRANSFER |
| Jacuzzi Inc. | jacuzze.com | Whoisguard | WIPO | D2016-2355 | TRANSFER |
| Kmart of Michigan, Inc. | kmartpromo.com | WhoisGuard | NAF | 569042 | TRANSFERRED |
| LEGO Juris A/S | chineselego.com | Whoisguard | WIPO | D2017-0143 | TRANSFER |
| LEGO Juris A/S | discountedlegos.com; legoemporium.com; legooverstock.comlegosupplyco.com; overstocklegos.com; ultimatelegosets.com | WhoisGuard | WIPO | D2019-0268 | TRANSFER |
| LEGO Juris A/S | landlego.com | WhoisGuard | WIPO | D2018-2717 | TRANSFER |
| LEGO Juris A/S | legocityairportvipservice.site; legocityfunintheparkcitypeoplepack.site; | WhoisGuard | WIPO | D2017-0188 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| | legocityvolvano.sitelegocreatorvacationg etaways.site; legoduplobigconstructionsite.site; legoduplomickeyandfriendsbeachhouse.s ite; legoghostbustersecto.site; legojuniorsbatmanandsupermanvslexluth or.site; legostarwars2016adventcalendar.site; legostarwarscloneturbotank.site | | | | |
| LEGO Juris A/S | legocitycorner.com | WhoisGuard | WIPO | D2011-1693 | TRANSFER |
| LEGO Juris A/S | legodarthvader.org | WhoisGuard | WIPO | D2012-1335 | TRANSFER |
| LEGO Juris A/S | legofiretruck.net | WhoisGuard | WIPO | D2011-1642 | TRANSFER |
| LEGO Juris A/S | legogames.online | WhoisGuard | WIPO | D2016-1471 | TRANSFER |
| LEGO Juris A/S | legograndemporium.com; legohome.org; legowhitehouse.com | WhoisGuard | WIPO | D2012-0404 | TRANSFER |
| LEGO Juris A/S | legoku.com | Whoisguard | WIPO | D2015-0939 | TRANSFER |
| LEGO Juris A/S | legomegastore.com | WhoisGuard | WIPO | D2013-0814 | TRANSFER |
| LEGO Juris A/S | legomovie-2.com | WhoisGuard | WIPO | D2019-0238 | TRANSFER |
| LEGO Juris A/S | legoninjagofiretemple.net | WhoisGuard | WIPO | D2012-0832 | TRANSFER |
| LEGO Juris A/S | legorobots.net | WhoisGuard | WIPO | D2012-2225 | TRANSFER |
| LEGO Juris A/S | legos.biz | WhoisGuard | WIPO | D2014-1783 | TRANSFER |
| LEGO Juris A/S | legos.website | WhoisGuard | WIPO | D2019-0204 | TRANSFER |
| LEGO Juris A/S | legosforgirls.info | WhoisGuard | WIPO | D2010-0545 | TRANSFER |
| LEGO Juris A/S | legosforsale.org | WhoisGuard | WIPO | D2010-0660 | TRANSFER |
| LEGO Juris A/S | legoshop.space | WhoisGuard | WIPO | D2017-2276 | TRANSFER |
| LEGO Juris A/S | legoshop.xyz | WhoisGuard | WIPO | D2016-1082 | TRANSFER |
| LEGO Juris A/S | legostarwars2015.com | Whoisguard | WIPO | D2016-1472 | TRANSFER |
| LEGO Juris A/S | legoworld.website | WhoisGuard | WIPO | D2015-1724 | TRANSFER |
| LEGO Juris A/S | movielego.com | Whoisguard | WIPO | D2013-2088 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| LEGO Juris A/S | mylegosuperstore.com | WhoisGuard | WIPO | D2011-1409 | TRANSFER |
| Mastercard International Incorporated | mastercardcredit.com | Whoisguard | WIPO | D2017-1873 | TRANSFER |
| MasterCard International Incorporated | wwwpriceless.net | WhoisGuard | WIPO | D2007-1137 | TRANSFER |
| Nike Innovate C.V. | nikegiveaway.info | WhoisGuard | WIPO | D2018-1222 | TRANSFER |
| Orange Brand Services Limited | oronge-iptv.com; oronge-store.com | WhoisGuard | WIPO | D2019-2202 | TRANSFER |
| Philip Morris Products S.A. | iqos.host | WhoisGuard | NAF | 1871671 | SUSPENDED |
| Philip Morris Products S.A. | iqos.rocks | WhoisGuard | WIPO | D2017-1026 | TRANSFER |
| Philip Morris Products S.A. | iqosatismagazasi.bid | WhoisGuard | NAF | 1815604 | SUSPENDED |
| Philip Morris Products S.A. | iqoscigaretteltd.com | WhoisGuard | WIPO | D2018-2431 | TRANSFER |
| Philip Morris Products S.A. | iqosheets.net | WhoisGuard | WIPO | D2019-0663 | TRANSFER |
| Philip Morris Products S.A. | iqospost.com | WhoisGuard | WIPO | D2019-0918 | TRANSFER |
| Philip Morris Products S.A. | iqossales.com | WhoisGuard | WIPO | D2019-1208 | TRANSFER |
| Philip Morris Products S.A. | iqostr.online | WhoisGuard | NAF | 1815601 | SUSPENDED |
| Philip Morris Products S.A. | shop-iqos.com | WhoisGuard | WIPO | D2018-0843 | TRANSFER |
| Philip Morris Products S.A. | smokeheets.com | WhoisGuard | WIPO | D2019-2353 | TRANSFER |
| Philip Morris USA Inc. | bensonandhedges-ciga.com | WhoisGuard | WIPO | D2018-1727 | TRANSFER |
| Philip Morris USA Inc. | first-marlboro.com | Whoisguard | WIPO | D2015-2139 | TRANSFER |
| Philip Morris USA Inc. | isomarlboro.racing | WhoisGuard | WIPO | D2016-1826 | TRANSFER |
| Philip Morris USA Inc. | marlboro-cigs.club; marlboro-cigs.info; marlboro-cigs.sitemarlboro-cigs.space; marlboro-cigs.xyz; marlborocigs.club; marlborocigs.space; marlborocigs.xyz; marlboroprimes.com; marlboroprize.biz; marlboroprize.com; marlboropromo.com; marlboroscigs.club; marlboroscigs.com; marlboroscigs.info; marlboroscigs.space; marlboroscigs.xyz; marlborosprize.com | WhoisGuard | WIPO | D2016-0250 | TRANSFER |
| Philip Morris USA Inc. | marlboro-com.life | WhoisGuard | WIPO | D2017-2408 | TRANSFER |
| Philip Morris USA Inc. | marlboroblend420.com | Whoisguard | WIPO | D2014-1583 | TRANSFER |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Philip Morris USA Inc. | marlborocoupons4u.com | WhoisGuard | WIPO | D2017-1081 | TRANSFER |
| Philip Morris USA Inc. | marlborosfree.site | WhoisGuard | WIPO | D2017-0306 | TRANSFER |
| Philip Morris USA Inc. | pallmall-marlboro.com | Whoisguard | WIPO | D2016-2194 | TRANSFER |
| Qualtrics, LLC | qualtricsinc.com; qualtricsmr.com; qualtricsmrinc.com | WhoisGuard | WIPO | D2019-2384 | TRANSFER |
| Red Bull GmbH | redbull-coupons.com | WhoisGuard | WIPO | D2012-2353 | CANCELLATION |
| Red Bull GmbH | redbull4free.com | WhoisGuard | WIPO | D2013-1464 | CANCELLATION |
| Red Bull GmbH | redbull88.com; redbullqq.com; redbullsqq.com | WhoisGuard | WIPO | D2017-2600 | CANCELLATION |
| Red Bull GmbH | redbullsmlsstore.com | WhoisGuard | WIPO | D2018-0245 | TRANSFER |
| Samsung Electronics Co., Ltd. | samsunggalaxygear.org | Whoisguard | WIPO | D2014-1615 | TRANSFER |
| Singapore Pools (Private) Limited | singaporepools.online | Whoisguard | WIPO | D2018-0048 | TRANSFER |
| Singapore Pools (Private) Limited | singaporepools.org | WhoisGuard | WIPO | D2016-0290 | TRANSFER |
| Tinder, Inc. | letstinder.date; ourtinder.date; tinderdate.hosttinderdates.online; tinderdates.website; tinderflings.date; tinderhookup.online; tinderhookup.xyz; tindermeet.online; tindermeet.party; tindermeetup.date; tindermeetup.site; tindfun.com | Whoisguard | WIPO | D2017-0106 | TRANSFER |
| Tinder, Incorporated | tinder-background.com; tinder-checking.com; tinder-checks.comtinder-datecheck.com; tinder-vcode.com; tinderbgcheck.com; tinderdatechecker.com; tinderdatechecking.com; tinderdatechecks.com; tinderdatecode.com; tindermatchchecks.com; tindermatchchk.com; tindersafe.site; tinderverification.com; tinderverifications.com | WhoisGuard | WIPO | D2016-1610 | TRANSFER |
| Tinder, Incorporated | tinderplusplus.com | Whoisguard | WIPO | D2017-0005 | TRANSFER |
| UnitedHealth Group Incorporated | unitedhealthcarenline.com; unitedhealthcareonlie.com | WhoisGuard | NAF | 944200 | TRANSFERRED |
| Volkswagen AG | vw-poznan.xyz | WhoisGuard | WIPO | D2016-0293 | CANCELLATION |

| Complainant | Domain | Respondent | Dispute Provider | Case Number | Decision |
|---|---|---|---|---|---|
| Wal-Mart Stores Inc. | samslcub.com | WhoisGuard | WIPO | D2007-0425 | TRANSFER |
| Wal-Mart Stores, Inc. | cialisoverthe-counteratwalmart.com; cialisoverthecounteratwalmart.com | WhoisGuard | WIPO | D2016-1760 | TRANSFER |
| Xerox Corporation | acsworldwideltd.com | Whoisguard | WIPO | D2015-1912 | TRANSFER |
| Xerox Corporation | driverfujixerox.net; xerox-printerdriver.com; xerox-printerdrivers.com | WhoisGuard | WIPO | D2019-1278 | TRANSFER |
| Yves Saint Laurent, S.A.S. | yslsale.com | WhoisGuard | WIPO | D2013-0571 | TRANSFER |
| Zappos.com Inc. | myzappos.com | WhoisGuard | NAF | 408128 | TRANSFERRED |

Exhibit 28



Exhibit 29







4. Click the **Protection** toggle next to WhoisGuard to enable it:

If you don't have a WhoisGuard subscription associated with your domain yet, visit the WhoisGuard product page to purchase one.

That's it!

Any questions? Contact our Support Team.

## Associated Articles

What is WhoisGuard?

Do you provide privacy protection for all registered domains?

How do I disable WhoisGuard for my domain?