# Exhibit 30

## Part 1 of 2

Screen capture for: arabwhatsapp.com



Screen capture for: bestinstagrambio.com



Screen capture for: buyfacebookads.com





Screen captures for: buyfacebook-fanslikes.com



Screen capture for: buyinstagramfollowers365.com



Screen capture for: buyinstagramfollowersreview.org



## Top 5 Instagram Follower Providers



Screen Capture for: buyinstagramviews.website



## Buy Instagram Views

Buy Instagram Views



UNCATEGORIZED

Acing Instagram Analytics to Boost Sales
By admin

UNCATEGORIZED

### Acing Instagram Analytics to Boost Sales

By Admin on Monday, April 1, 2019



Two or three weeks back, we looked into the seven stages you have to pursue to succeed at Instagram selling. Be that as it may, how might you realize you're executing it without a decent comprehension of your Instagram examination? We so frequently invest all our energy concentrating on substance loves, that we overlook that …

Continue Reading                                    f ⌄ in ℗    💬 137

UNCATEGORIZED

### Buying Instagram Views is Always A Good Option

By Admin on Friday, March 1, 2019

Instagram is the amazing long range informal communication stage where clients from over the world distribute their recordings and pictures of every day exercises and get likes and perspectives for the posts. In any case, the quantity of clients in Instagram is expanding at quick pace and an ever increasing number of individuals are getting …

Continue Reading                                    f ⌄ in ℗    💬 0

Theme by Scissor Themes Proudly powered by WordPress

Screen capture for: byinstagramfollowers.com



Screen capture for: captionforfacebook.com



Screen capture for: coolwhatsappstatus.com



Screen capture for: cuentainstagram.com



## Los Trucos Instagram y Herramientas para ganar más de **500.000 seguidores** en 14 días

### Herramienta Hackear Instagram





Síguete a ti mismo y date like con **cuentas de famosos y marcas**. Esto aumentará tu visibilidad en el feed de sus seguidores.

**HACKEAR INSTAGRAM**

## 10 trucos de Instagram, Los mejores hacks para ser un influencer

La fidelidad en Instagram es prácticamente el Santo Grial para los marketers de redes sociales. La plataforma se vuelve cada vez más popular, y sus usuarios prestan mucha atención al contenido de las mejores marcas.

Muchas pequeñas empresas, desde peluquerías hasta boutiques de moda, cafeterías y restaurantes, deben gran parte de su éxito a Instagram. Han encontrado usuarios a quienes les gusta, comentan y comparten sus publicaciones, lo que ayuda a atraer nuevos clientes que de otro modo nunca los hubieran encontrado.



**Cómo cerrar una cuenta de Instagram para Siempre en 3 minutos**

**cuentainstagram78** · septiembre 12, 2020

Si está leyendo esto, lo más probable es que seas uno de los más de mil millones de usuarios mensuales de instagram...

**Cómo saber quién está detrás de una cuenta de Instagram y...**

**cuentainstagram78** · septiembre 24, 2019

Las redes sociales son espacio muy divertidos, productivos y con decenas de virtudes de las que podemos sacar provecho muy fácil y...



**Cómo verificar cuenta Instagram en menos de una semana**

**cuentainstagram78** · agosto 21, 2019

Ser alguien destacado es importante hasta dentro de las redes sociales, ser uno más no es lo que está de moda. Acreditar...

**Cómo reactivar mi cuenta de instagram en 2 clicks**

agosto 21, 2019



Screen capture for: download-instagram.com



Screen capture for: downloadinstagramvideo.online



Screen capture for: downloadvideofromfacebook.com



Screen capture for: email-Instagram.com



Screen capture for: faacebookx.network



Screen capture for: face0ok-seecuritty.com

Screen capture for: faceb00k-dept-sseccurity.com

**facebook**

Confirm your identity

Mobile number or email

Password

Confirm

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
Ø§ÙØ¹Ø±Ø¨ÙØ©
Deutsch

Facebook Inc.

Screen capture for: faceb00k-marketes.site

facebook

Your e-mail or mobile

Your Password

Login

ou

Create an account

Mot de passe oublié ? - Pages d'aide

Français (France)
English (US)
Español
Deutsch

العربية
Italiano
Português (Brasil)
➕

Facebook © 2017

Screen capture for: faceb00k-securitty-dept.com

**facebook**

Confirm your identity

Mobile number or email

Password

Confirm

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
ä¸æ–‡(ç®€ä½“)
Deutsch

Facebook Inc.

Screen capture for: faceb00k-ssecurrity-dept.com

Screen capture for: faceb0okk.com



Screen capture for: faceb0ok-security-dept.com

**facebook**

Confirm your identity

Mobile number or email

Password

**Confirm**

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
Ø§Ù„Ø¹Ø±Ø¨ÙŠØ©
Deutsch

Facebook Inc.

Screen capture for: faceb0ok-securrity-dept.com

facebook

Confirm your identity

Mobile number or email

Password

Confirm

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
ä¸æ–‡(ç®€ä½“)
Deutsch

Facebook Inc.

Screen capture for: faceb0ok-ssecurity-department.com

**facebook**

Confirm your identity

Mobile number or email

Password

**Confirm**

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
à¸à¸(à¸§à¸±à¸·)
Deutsch

Facebook Inc.

Screen capture for: facebbook.icu



Screen capture for: facebksupport.website



Screen capture for: facebo0k-seecurrity-department.com

Screen capture for: facebo0k-seecuurity-ddept.com

facebook

Confirm your identity

Mobile number or email

Password

Confirm

English (US)
FranÃ§ais (France)
PortuguÃªs (Brasil)
Italiano

EspaÃ±ol
æ—¥æœ¬èªž
Deutsch

Facebook Inc.

Screen capture for: facebo0o0ok.xyz



Warning: date() expects at least 1 parameter, 0 given in /home/knaisphx/LOCAPY/header.php on line 55

Warning: date() expects at least 1 parameter, 0 given in /home/knaisphx/LOCAPY/header.php on line 55

Screen capture for: faceboek.club



**Screen capture for: facebookaduniversity.com**



Screen capture for: facebookinfluencer.com



**Screen capture for: facebooklike.club**



Screen capture for: facebooklikesmoz.com



**Screen capture for: facebook-video-downloader.org**



Screen capture for: faceboookmail.com



Screen capture for: facebouk.live



Screen capture for: facesgeeks.com



## Our Hacking Experts



Screen capture for: facexxxbook.com



Screen capture for: faczbook.xyz



Screen capture for: fesabookcom.com

**fesabookcom**



# Connect To The Facebook

[ facebook log in ]   [ facebook log in ]

**ABOUT FACEBOOK**

If you are having trouble understanding Facebook then read this article.

What is written about Facebook today's is less. Really words fall short to write about Facebook. The most popular social networking site on the Internet wold. A few year ago. It was co-created by Mark Zuckerberg . But officially launched on February 4- 2004. Facebook is a most popular place for users create their personal web pages, connect with friends, share pictures, movies, talk about what you're doing. Facebook allows users for free profiles, to connect with all friends also allows some active like share to picture music ,video article ect.

Do you know ……….? What is the biggest achievement of Facebook today's.

*Facebook has over 1 billion users*

**WHY FACEBOOK POPULAR..?**

Now a days, the  young people, who have grown up with technology, Facebook is once the most popular plafform.Facebook is most  popular because it connecting   two side a of common web surfing. with an interpersonal element.

once connected people this was its identity of Facebook, but its changed completely, today's its is not limited to connecting people ,it has become a very big business model. Facebook has become a huge platform for any business in the world ,that's why any business in the worlds is coming to Facebook to grow their business.

This is the region of Facebook being the most popular

**HOW TO LOG IN FACEBOOK**

Copyright - OceanWP Theme by Nick

Screen capture for: findfacebookpasswords.net









**Screen capture for: follow-instagram.com**



Screen capture for: free-instagram-downloader.com



Screen capture for: freeinstagramfollowers.net



## Welcome to FreeInstagramFollowers.net



Are you looking for FREE Instagram followers? If that is so, then you are in the right place. Welcome to the site where you can build massive Instagram followers like clockwork. Gone are the days when social media is treated like a disturbance as businesses have realized it is a guaranteed source of driving huge traffic and building lasting leads with a high rate of conversion. But your Instagram will not be that useful if you don't have real and quality followers. Not only will you get free Instagram followers and likes here but also enjoy a wide range of unique features that come with using our services. Please check out some of the key features of using our services below:

### Here are some examples of our work:

| Free Service | 1,000 Instagram Followers | 2,500 Instagram Followers | 5,000 Instagram Followers |
|---|---|---|---|
| **Free** | $9.9 | $21.9 | $38.9 |
| ☑ Real Followers | ☑ Real Followers | ☑ Real Followers | ☑ Real Followers |

Imaurici... ways... connect... cascae as... many people as possible. It does your... exposure when you create them on implementing your visibility and engagement that will get onto the explore tab.

One sure way of getting there is by multiplying the number of followers you have. You can easily do this by acquiring free Instagram followers. Then, create excellent content and take advantage of Instagram stories. You can then expect your audience to grow.

### Build the Value of Your Profile

What comes to mind when you click on a personal profile with millions of followers? I'm guessing either of two things: the account belongs to a celebrity, or it provides posts that add real value to peoples' lives. The same applies to business profiles. It's either fame or value. And in some cases both.

Assuming you are not yet famous, then, growing your Instagram following will help make your profile stand out as one that offers quality content. In other words, higher numbers are evidence of value.

And if you are business that's starting out, then there is no way around this. How your profile looks will determine how quickly you will attract prospects. So, get followers on Instagram to improve those numbers and start building the value of your account.

### Become Famous and Harness the Power of Fame

If you love the camera and enjoy being the center of attention, then Instagram is definitely the platform for you. You can build a powerful personal brand on Instagram. Think about the Kardashians.

Fame comes with its perks. Can you imagine being paid to show up at an event? And that's just one thing.

That world is possible if you play your cards right. Up your social media game by getting free Instagram followers. Then work on producing stunning photos and zero in on the best hashtags, and you are well on your way.

© Copyright by FreeInstagramFollowers.net

Screen capture for: freeinstagramfollowers.org



Screen capture for: freeinstagramfollowers.website



# Free Instagram Followers Generator

Unlimited Instagram Followers Generator

| Generator | Privacy Policy | Terms of Service | Blog |

## Free Instagram Followers Generator – 100% Free Instagram Followers

Hello everyone, thanks for coming here. Today you are here it means you are looking for Free Instagram Followers Generator to get some free Here we have shared the huge number of followers and services which we have provided to the people who are using our Free Instagram followers generator.

| 23568 | 34,135,862 | 21,565,326 | 41,526,785 |
|---|---|---|---|
| People benefited from our services | We Added Followers | We Added Fans | We Added Likes |

Instagram Followers Stats

### Instagram Followers Generator Guide – Step by Step

As we all know that Instagram is one of the most world famous online photo sharing app which is developed in 2010 and had been acquired by the Facebook in 2012.

This app has more than 700 million active users and this app also has a huge number of the record in the fastest time. This app is generally sued for sharing Photos, stories and for 1-minute entertaining videos.

Down here I'm gonna tell you the full step by step method to use our Free Musically Followers Generator which you can use to get free Instagram followers to your account.

- First you have to click on the "Access Online Generator" button which you can found down here or at so many places into the article.
- Clicking on this link will take you to the Free Instagram Followers Generator Page on which we have to follow the further steps
- Once the page is fully loaded then you have to enter your username into the username box and then you have to selected the platform which you are using.
- For example if you are using the Android platform then you have to select Android .
- Now click on the Get Followers button down there. Sit Back and relax now this will take few minutes.
- If you simple got the followers then it will ok if it did not then you must have follow the further steps.
- You may be going to saw a text line "Automatic Human Verification Fail" this is just because that th system is can't able to verify that you are human or a robot.
- After few minutes it will take you to the Manual Human Verification page then you must have to follow some more steps.
- There you will get some of the offer to complete, you have to complete one of the offer to get all those free instagram followers to your account.
- Once you complete the offer then the followers will automatically send to your Instagram account.

**ACCESS ONLINE GENERATOR**

Hope you liked our post and we fulfill all your requirements. Our generator is one of the most amazing Instagram Followers generator through all

Screen capture for: hackeninstagram.com



## Instagram Account Hacken

### wie kann man instagram account hacken?

Möchten Sie ein Instagram-Passwort über Ihren partner oder Ihren besten Freund hacken? Es ist Zeit zu handeln Auf Instagram Instagram Instagram gibt es ein paar verschiedene Methoden des Hackens Instagram-Konto kostenlos ohne Umfrage. Aber das problem ist, dass fast alle diese Methoden technischer sind und hacking-Kenntnisse erfordern. Und die meisten Leute wollen kein Instagram hacken.

<span style="color:red">**Warum müssen Sie vielleicht hack instagram Passwort-tool verwenden ?**</span>

Es war noch nie so einfach, ein Instagram-Konto kostenlos online zu hacken. Jetzt können Sie jedes Instagram-Passwort ausspionieren (89% der Instagram-Konten haben kein schweres Passwort).

Wenn Sie einen Instagram-Account online hacken möchten, um nach etwas zu suchen oder einfach nur zum Spaß, ist dies ohne Umfrage ganz einfach und kostenlos. Oder wenn Sie auf Ihrem eigenen Instagram ausspionieren möchten, um nur ein paar Textnachrichten (Direktnachrichten) wiederherzustellen, ist dies jetzt sogar möglich! Bevor Sie unser Instagram-Hack-Tool verwenden, lesen Sie zunächst die folgenden Funktionen, um herauszufinden, was dieses erstaunliche Tool leisten kann.

<span style="color:red">**Wie können Sie ein Instagram-Konto hacken?**</span>

wir haben ein einfaches tool erstellt, um ein Instagram-Passwort auch für Eine Person zu hacken, die keine technischen Kenntnisse hat. Hier auf Instagram hacker präsentieren wir stolz unsere aktualisierte und voll funktionsfähige Instagram hack-Tool.

Dieses spezielle hacking Instagram Passwort-tool ist Fortgeschrittener und bietet verschiedene premium-Funktionen. Dies ist das einfachste tool, um auf jedem Instagram-Konto auszuspionieren Sie wollen. Das einzige, was Sie dieses Spion-tool verwenden müssen, ist der Benutzername Ihres Opfers und Sie sind gut zu gehen.

<span style="color:red">**Wie instagram-Konto keine Umfrage hacken?**</span>

Dieses wunderbare Instagram-Hack-Tool ist nützlich, wenn Sie Instagram-Accounts aus irgendeinem Grund hacken müssen und wissen möchten, wovon diese Personen sprechen. Es kann eine Reihe von Situationen geben, in denen Sie dieses Spionagetool benötigen, z. B. wenn Sie wissen möchten, wovon Ihr Partner spricht oder was Ihr bester Freund über Sie denkt.

Dieses Tool ist jetzt bei Eltern von jungen Schulkindern beliebter, da sie jetzt sehen können, was Ihre Kinder tun, welche Texte und Bilder sie mit Ihren Freunden teilen.

### <span style="color:red">Die Top 3 Möglichkeiten, ein Instagram-Konto zu Hacken</span>

Hier sind die top drei Möglichkeiten, um zu hacken ein Instagram-Konto. Alle diese Methoden arbeiten ab 2019, also probieren Sie es aus und informieren Sie uns über Ihre Erfahrung.

<span style="color:red">**Brute-force mit InstaPort**</span>

*Hinweis: das funktioniert nicht mehr.*

Die brute-force-Methode beschreibt eine Strategie, bei der Sie Einen Instagram password hacker herunterladen, der passwortkombinationen für Sie ausführt. Für unseren test haben wir ein Programm namens InstaRipper. Es ist ein kostenloser download im Play store, und wir mögen die benutzerfreundliche Oberfläche der app. Laden Sie Instaripper, geben Sie das Konto handle, das Sie versuchen zu knacken, und der bot beginnt durch Passwort-Kombinationen laufen.

InstaPort erhält automatische updates seiner software aller neuesten passwortkombinationen, die unter Geheimhaltung ausgeführt werden, aus Sicht des Instagram-Teams und des Kontoinhabers. Diese software-tools wischen sogar Ihre browser-cookies sauber und entfernen jede Spur Ihrer Aktivitäten.

Abhängig von der Stärke des Passworts, der InstaGate bot kann überall von ein paar Stunden bis zu ein paar Tagen dauern, um die richtige Passwort-Kombination für das Konto zu finden.

<span style="color:red">**Phishing-Seiten**</span>

Die zweitbeliebteste Arbeitsmethode zum Einbruch in ein Instagram-Konto ist eine phishing-Seite. Der Angreifer kann eine phishing-Seite mit einem webhostkonto, einer kostenlosen Vorlage und ein wenig HTML-wissen einrichten.

Mit einer phishing-Seite erstellt der Angreifer essential eine gefälschte login-Seite. Der hacker sendet der Marke einen link auf die gefälschte login-Seite, die Sie bilden, wo das Opfer dann ihre login-Daten eingibt. Die phishing-Seite zeichnet die Einträge auf und meldet Sie direkt an Ihren E-Mail-Posteingang, so dass Sie auf das Konto zugreifen und das Passwort ändern können.

Phishing-Seiten sind beliebt bei hackern, weil Sie arbeiten und Sie sind einfach einzurichten, mit minimalen Kosten.

<span style="color:red">**Social Engineering & Passwort Raten**</span>

Unsere Letzte vorgeschlagene Methode zum Einbruch in ein Facebook-Konto – ist social engineering. Wenn Sie wissen, die person, die Sie versuchen zu hacken, dann versuchen, Ihre persönlichen Daten, wie Ihr Geburtstag, Hunde Namen, Mädchennamen der Eltern oder Heimatadresse und Handynummer, um Ihr Passwort zu erraten.

Sie könnten überrascht sein, wie viele Menschen einfache Passwörter wählen, trotz der Warnung, dass es ein schrecklicher internet-Sicherheitsfehler ist. Einige unserer beliebtesten gemeinsamen Passwörter zu überprüfen sind:

Zwölf tausend drei hundert fünf und vierzig
Eins hundert drei und zwanzig tausend vier hundert sechs und fünfzig
asdfg
QWERTZ
Passwort
Facebook
die Handynummer des Opfers

Wrapping Up-Überprüfen Sie Ihre Instagram Passwort-Sicherheit

Wie Sie sehen können, gibt es viele Möglichkeiten, ein Instagram-Konto erfolgreich zu hacken. Um zu verhindern, dass jemand in Ihr Profil einbricht, ist es am besten, wenn Sie Ihre Internetsicherheit erhöhen.

Stellen Sie sicher, dass Sie eine Mobile Sicherheits-app von Drittanbietern verwenden, um zu verhindern, dass Ihr Telefon und mobile hotspots

Screen capture for: hackinganinstagram.com



Screen capture for: hafacebook.com



**Screen capture for: higherorlowerinstagram.com**



Screen capture for: hkfacebook.com



Screen capture for: ibnstagram.com



Screen capture for: ihnstagram.com



## Buy Instagram Services

Instagram Saves · 🔹

**Fill In Your Instagram Url Below**
e.g. https://www.instagram.com/

### Trusted 100%
If Any Order Does Not Get Delivered, Just Raise A Ticket Or Chat With Us And We Will Refund It Right Away

Instagram URL

(Make sure your profile is set as public)

Min : 100                    Max : 25000

I Want : 100

INR 4.50

**ADD TO CART**

**CHECKOUT**

### Security First
All Your Orders Are Safe, Private & Secure. We Do Not Ask For Any Passwords So Please Do Not Provide Any.

### Details & Description:

1. All items that end with "No-Refill" have a higher chance of dropping. No refunds will be issued incase of their drops as these are the cheapest and non-refundable. All items that DO NOT have this, the order will not drop, and if it does, we will refill this free for 30 days.

2. Each service has a Minimum order Quantity and a maximum, so please check and order.

3. Large orders may take longer to deliver as we do not want to harm your account and we would like to keep them safe and deliver daily.

4. Most orders should start within the first few hours of placing an order, but please wait for the whole 48 hours for delivery.

---

Buy Instagram Followers Cheap From Trusted Partner: Social Bar

As one of the best social media networks, Instagram is the most popular place when it comes to sharing photos and building a strong following. It is not an easy taste to create an active, real and well-known brand or personal image this social media network. It can take many months, or even years before you can achieve a significant level of online exposure and recognition.

However, it is possible to hasten the process if you Buy Instagram followers and get hold of them quickly. This will help you in getting a head start in increasing not only your exposure but also in providing a solid social proof.

If you searched online to find out the best site to buy cheap Instagram followers and came to our website, we at Social Bar can provide with real and active followers. Now, before we discuss why you should buy from us, let us have a clear understating as to why you need to buyfollowers at all.

Is it Safe to Buy Followers for Instagram?

Why Social Bar is Safe and the Best Place to Buy Instagram Followers?

Why You Should Buy Real Instagram Followers?

What are the Benefits to Buy Followers on Instagram?

### What guarantee do we offer when you buy Instagram followers?

We offer a complete guarantee of the delivery of genuine and cheapest Instagram followers. If for some reason, you do not receive the outcome you expected from socialbar.net, we are willing to provide you a full refund. All you have to do is contact us and we will fix everything for you.

### Is it safe to buy Instagram followers? or is it scam?

It is completely ok to buy Instagram followers from socialbar.net. We only deal authentic and active followers that will not violate any terms of service or put you in danger with the law. We do not provide bots for cheap Instagram followers. So now without any doubts you can go and buy followers for Instagram from our website

### Will Buying Cheap Instagram Followers Affect my Instagram Account?

If you think that buying Instagram followers would be harmful to your account? Well, you can shake that burden off your shoulders now because it is totally safe at socialbar.net. Lots of celebrities and famous brands have already used this tactic to increase their brand's fan following and build credibility. Since we use safest methods of delivering active Instagram followers, you won't have to worry about a thing.

The methods of delivery that we employ do not go against the terms and conditions of Instagram and we inform you about everything before applying any method on your Instagram profile.

### Do you need my Instagram Account Password?

No, we don't require the password so your data and privacy is not manipulated. Though most of the service providers in the market ask for the password but we require only username.

**Screen capture for: ijnstagram.com**



Screen capture for: imnstagram.com



**Screen capture for: indstagram.com**



**Screen capture for: inestagram.com**



Screen capture for: inestagram.live



Screen capture for: inshagram.com



**Screen capture for: instabgram.com**



**Screen capture for: instafgram.com**



Screen capture for: instagdram.com



Screen capture for: instagfam.com



Screen capture for: instaggram.icu



Screen capture for: instagramator.org



### Boost Your Production Updated on Tuesday – March 3, 2020

If you are still Then try to opt and is also associated with a few web design agency. For the new start-ups driving traffic in their site is so easy. Getting traffic is not the real problem. The real difficulty is when you're converting that traffic to your clients. Conversion is a specific dimension related to how many people are currently visiting your website. To improve your website conversion, then you need to, to begin with, figure out that whether you are targeting the proper audience or not. Attempt to make such content. Build. Building trust and a Connection with your customers is so important. This trust and Participation can allow you to make your business extra prominent and Noticeable for its target customers. As much, your site will have a high Conversion speed, the more it is going to assist you in targeting the consumers towards Your product. If you want to have better and superior web designing services, Then be the first one to get in touch. Our Platform will let you acquire some finest and exceptional services of web Designing for creating your business strong enough on the market. updated on Tuesday – March 3, 2020

## Boost Your Conversions

If you are Deciding to choose a freelancer, then attempt to decide on the one who is reputable and is also associated with a few web design agency. For the start-ups that are brand new forcing traffic that is significant on their site is so simple. Getting traffic to your site is not the real problem. The real problem is when you're converting that traffic.

### Latest News on 3/3/2020

Conversion is a dimension related to how many visitors are visiting your website daily. To improve your website conversion, you need to, first of all, figure out that whether you're targeting the proper audience or not. Try to make content. Build.

### this page published on 3/3/2020

© 2020 Instagramator        Powered by WordPress                                    To the top ↑

**Screen capture for: instagrambo.com**



Screen capture for: instagramers.pro





## INSTAGRAMERS

**BEST INSTAGRAM ACCOUNTS ON THE PLANET**

**INSTAGRAMERS**
The site is dedicated to Instagram accounts that really deserve attention. Reviews of the best Instagrammers, top rating (in development), descriptions of publics, trends, discussions. Stay tuned, instagramers.pro – the best instagram.

Search

### NEW

Blowithand is a surgeon by profession, the brightest photographer by a hobby

10 works of the genius pawel_kuczynski1

Paint a picture with your fingers

Awesome mountain railway ride in Switzerland – instagram _nacost_

Crazy flight over Dubai

# Blowithand is a surgeon by profession, the brightest photographer by a hobby

📅 04/13/2019

Here are just a few awesome shots from blowithand instagram gallery. How much do you like them?



**CONTINUE READING**

TAGS:    Blowithand , city , urbanism

# 10 works of the genius pawel_kuczynski1

📅 31.01.2019

Are descriptions necessary for the works of this modern genius, or is everything clear without words?

