# Exhibit 30

## Part 2 of 2

Screen capture for: instagramfamousbook.com



Read This If You Think 🎴

## Having 100k Instagram Followers Seems Impossible

### Hey girl!

If you'd like to **build a massive Instagram following**, *for real*, this will be the most exciting page you'll ever read . . .

I'm going to reveal a **NEW Instagram strategy** top influencers and brands are using RIGHT NOW to explode their followings.

– *Marina De Giovanni, Social Influencer*
📷 marinadegiovanni



Hey! My name is Marina De Giovanni. I'm a fulltime **"Instagram Entrepreneur"** from Sydney, Australia. And, up until a few **years ago, I was the wanna-be girl on Instagram.**

Everyone on my feed seemed to be creating cool content. . . 🍹 Gaining followers, working with brands . . . and loving their life obviously!

Then there was me –  Pretending . . .  but getting nowhere and falling further and further *behind*.

TBH. I knew that Instagram was my shot at living a cool lifestyle. And (more importantly), that it *WAS* possible . . .

I just didn't know **HOW**. So, I asked my Insta-Famous Friend *"How'd you even do it?"*

I had my doubts, naturally . . .

### She said,

❝ *Marina, it's a completely different approach, and has nothing to do with that 'how to get followers' stuff you read online.* ❞



Working as Event Manager

I was like this girl is CRAZY . . . until she started to show me other famous instagrammers using the same EXACT method! That's when I was like okay . . . lemme give it a whirl.

I started this new method on a Monday afternoon. Within the first 14 days, I only gained thirteen new followers. So I was disappointed.

**But during the next 96 days that followed, my audience began to grow. Rapidly.**

Screen capture for: instagramfollowersadder.com



**Instagram Followers Adder**
Add Instagram Followers easily

Instagram Followers Adder – Followers Hack

# Instagram Followers Adder – Followers Hack

Welcome to my page website guys, today I will show you something that gonna help you really a lot in the future if you want to build an Instagram business and earn money from it. The program is called **Instagram Followers Adder**, and the demo version has impressed a lot of people and everyone was talking about this really great product, my team was really proud with that and start building the best version on the market, that gonna help you out to grow your Instagram Followers fast without so much hard work. Lot's now go more into the program, we have desktop and mobile program, mobile is online and has incredible performance in the past months. You can use it desktop too, it is much faster and you gonna have the followers fast. Below is the program that gonna help you to grow the follower so much.

## Instagram Followers Hack tool:



*You can download the program using your device(desktop or mobile):*



**New improvements in our product:**
– We recently update our tool and add something that another tool don't have, now you can target Hashtags, target countries and much more. Now it is much easier to just write the hashtags that is your brand or business, select what countries you target, and let the followers come within hours. It took us so much time and soon gonna soo so many new improvements. Hope that you will like it and enjoy it.

**Can I grow multi Instagram accounts with this tool?**
– Yes, you are able to grow more Instagram accounts with this tool, but there are some limitations that I will explain, you can grow small amount of Insta accounts, but you should know that if it is large amount you need to contact me and explain everything about your progress till know, cause I don't want this program fall in hands in wrong people.

**Your business or brand not on Instagram? You are losing!**
– If your business or brand is not promoting on Instagram you are losing big opportunity's to market your self. Instagram has over 400 million active users monthly and 75 millions of them are using daily. You have a big opportunity's to market your self-right, you can have a big audition if you keep posting quality content and do it on a daily bases, people gonna love you. Start building a sizable number of auditions with our tool. Give a change to this program to help you and your business or brand too and start having high trusted Instagram Followers without any worries. Everyone on Instagram right now is making money, why you would not be the next one? Grow your account first and always provide unique content to your people and they gonna like it, keep doing that and keep giving value and purpose to keep following you. If you are still reading this then better go and download the program as fast you can cause soon gonna be limited, the number of people that are using is growing so fast, we don't want to go that big and for sure we don't want someone to try to steal our codes, it took so much work but it is finally done. Hit the download button and enjoy in your targeted followers!

**Is this tool have a pro version?**
– Yes, the tool has PRO version but is limited, so really small access of people have access on it. If you think that you should be in it, you can write why you deserve a place there, go to pages and contact me.

**Can I use the program without worring to be infected by a virus?**
– Guys, I have a really special team that create this, they do the job really really incredible, the program is safe and secure for downloading, you can simply add the file on the best antivirus and soo the number of the infected files, top antivirus programs are AVG, Norton, and Avira. The number of infected files was zero, so my team got the job done really professionally. I am so happy that I can give you a really powerful tool that gonna help a lot of newbies that are starting with instagram to help them out to got the best version for this *Instagram Followers Adder.*

**Is this tool works for every country?**
– Yes, the tool can use it worldwide people, it is created for all countries around the



**Terry**

Scale my instagram business from 2k to 20k within days, I got huge attention and bring trust for my audition.

**Lucas**

Incredible information I've found out on the home page, this guy is so perfect, help me to start selling clothes on instagram! In the past, I was struggled to get attention from people.

**Mat**

I use it on my iPhone and help me a lot, followers were delivered for a couple of hours. Thank you so much also for support, they are amazing.

**Dembele**

Huge thumbs up, this is really perfect, support is amazing, please add in future live chat, can be very helpful!

**Anonymous**

The support team is amazing, so kind and humble people, 20 minutes help me to fix one problem.

**Silvie**

Really powerful and amazing and I am so happy to tell that I got the best support possible. So happy to share this with my friends.

**Belford**

Mate, well done for you and your team, this is really powerful, real followers I got. I already send some followers to my little sister to make her happy with some new followers.

**Dana**

This is so perfect website, help me to add 3k follower for couple hours, impressive design, everything is simply amazing. I already write to you for the PRO Version.

**Alexander**

This is such an amazing tool, people should got also the PRO version of this and soo what can do!!!

**Willian**

This program is amazing, searching for something to help me to scale my instagram business, this is the right website!

Screen capture for: instagramfollowersfree.net



Screen capture for: instagramforpc.org



Screen capture for: instagramhashtags.com



Screen capture for: instagramigtv.org



Screen capture for: instagramindonesia.fun



**Screen capture for: instagram-lux.com**



Screen capture for: instagrammodels.net



Screen capture for: instagramnycs.club



**Screen capture for: instagram-owl.network**



Screen capture for: instagramparapc.info



# Descargar Instagram para PC Gratis

Estás aquí: **Instagram para PC | Alternativa para Instagram | Instagram en tu PC**



El objetivo de esta web es que puedas **descargar Instagram para PC gratis** y aprendas a utilizar este programa de Instagram para ordenador. Si quieres ir directamente a descargar Instagram para Pc haz clic aquí descargar Instagram para pc. En pocos años Instagram se ha convertido en una de las redes sociales con más usuarios del mundo en la que millones de personas comparten sus vídeos e imágenes a través de sus móviles con sistema operativo iOS y Android.

**Instagram Web** en la versión online de la famosa aplicación móvil Instagram. Con Instagram web no tendrás que descargar nada a tu ordenador, y podrás conectarte a tu cuenta desde cualquier Pc de una forma rápida y fácil. El diseño de Instagram Web es muy parecido al de la aplicación móvil. Además, desde la **versión web de Instagram** podrás ver y comentar cualquier imagen desde la página web de Instagram. **Lo malo es que no podrás subir ningún vídeo ni imagen desde tu pc a la versión web de Instagram**. Acceder a la web de Instagram es muy sencillo:



- Desde cualquier navegador visita instagram.com

- Inicia sesión utilizando tus datos de acceso (usuario y contraseña).

- También puedes usar tu cuenta de Facebook para entrar.

Si no usas Windows te pueden interesar estos otros artículos descargar Instagram para Mac, descargar Instagram para iPad, descargar Instagram para iPhone.

---

**PÁGINAS**

Política de privacidad

Acerca de

Preguntas Frecuentes

Mapa del sitio

La forma más fácil de usar Instagram en tu computador, alternativas a Instagram y formas de instalar el original en tu PC, Instalar Instagram para PC

Utilizamos cookies propias y de terceros para mejorar la experiencia de navegación y ofrecer contenidos de interés    Acepto    Leer más

Waiting for googleads.g.doubleclick.net...

Screen capture for: instagramspy.info



Screen capture for: instagramstories.org



Screen capture for: instagramtakipci.info



Screen capture for: instagramtiktokinfo.com



Screen capture for: instantinstagram.com





Screen capture for: instantinstagramfollowers.com





Screen capture for: insteegram.store





Screen capture for: insthagram.com



Screen capture for: instagram.pro



**Screen capture for: instqagram.com**



Screen capture for: Instagram-confirm.help



Instagram-verify-confirm-help.com

This domain name has just been registered
Why is this page displayed?

Related Links

▶ CHECK VERIFICATION      ▶ NORTH

▶ CHECK EMAIL             ▶ VALID EMAIL

▶ VERIFY                  ▶ EMAIL VALIDATION

▶ EMAIL VERIFICATION      ▶ BUYER

▶ VERIFY EMAIL            ▶ VALIDATION

**Screen capture for: lnstagramsecurityservice.com**



Screen capture for: notifications-for-instagram.com



## Other Amazing Extensions

Enhance your browser with some of the best extensions on the market



**Custom Feed for Facebook**

See who unfriended you on Facebook and follow pages without liking

Install now

**Stream Video Downloader**

Download videos and audio files from most websites

Install now

**Bird Nest For Twitter**

Bird Nest for Twitter is the quickest way to tweed from Chrome

Install now

## Reviews

We are proud to show you our happy and satisfied extension users

"I use this every day. It gives a much better experience than phone or tablet."

Alan Reed

"Love this extension so much. I can check my Instagram secretly during school without my teacher noticing it."

Tracy Callan

**Contact Us**

support@notifications-for-instagram.com

**About us**

Social media and coding are our passion. So the logical conclusion was to create an extension for all Instagram users that makes online socializing even easier and better. If you like the extension, we are happy about a good review in the google chrome store.



Notifications For Instagram Copyright © 2020 All Rights Reserved

Privacy Policy

Screen capture for: pinstagram.xyz



Screen capture for: purchaseinstagramfollowers.com



**Screen capture for: secured-lnstagram.com**



Screen capture for: security-instagram.email



**Screen capture for: wwwwhatsapp.net**



**Screen capture for: whatsappchatlink.xyz**



Screen capture for: whatsappdownload.club



Screen capture for: whatsappdp.club



Screen capture for: whatsappgb.download



**WHATSAPPGB**

GBWHATSAPP APK    FMWHATSAPP APK    WHATSAPP PLUS APK    INSTAGRAM PLUS    OGWHATSAPP    MORE

## OFFICIAL Dual WhatsApp

### GBWhatsApp APK Download (Official) Latest Version 9.0 – Anti-Ban



**For the Happy-at-Homebody**
Gift the comforts of home with cozy PJs, baking must-haves and family-night essentials.
Kohl's
**SHOP NOW**

**GBwhatsapp APK** was launched in January 2009. Its original authors are Brian Acton and Jan Koum. For many years, the application has been updated and new functions and options are added in every update. So, from the launching date, we have lots of **GBwhatsapp APK** versions which are mentioned below from the latest to the older one.

Social Networking is trending all over the world. People don't like to have old means of texting and calling. They have upgraded their old means of communication and ultimately switch to the social applications which are providing many more options along with messaging and calls. There are lots of messaging applications are available on the internet which offers free messaging, calling, sharing media and many more.



| File Name | GBWhatsApp APK |
|---|---|
| Size | 52 MB |
| Type | Third Party Application |
| Requires the Android | version of 4+ |
| Application Work | Android Device Without Rooting |
| Version Name | 8.12 |
| Cost | Free |
| Last Update | 1 day ago |

**Download GBwhatsApp**



---

Search this website

**FOLLOW US**





**RECENT POSTS**

FMWhatsApp APK Download Latest Version V8.70 – Anti-Ban 2020

YoWhatsapp APK Download [official] Latest Version 2020

OGWhatsApp APK Download [Official] Latest 8.50 Version 2020

WhatsApp Mix APK Download Latest Version 8.51 (Updated) 2020

Instagram Plus APK Download Latest Version 2020

GB Instagram APK Download Latest Version 2020

RC YoWhatsApp APK Download Latest Version 8.0 [Updated] 2020



**KOHĽS**

**$8.99**
reg. $16.00

Women's Sonoma Goods For Life Essential Crewneck Tee, Size: XXL, Dark Blue

**SHOP NOW**

**CATEGORIES**

FMWhatsApp

OGWhatsApp APK

Uncategorized

Whatsapp

Whatsapp Mix

YowhatsApp APK

Screen capture for: whatsapp-grouplinks.com



Screen capture for: whatsappgrouplinks.live



## Whatsapp Group links    *whatsapp groups 2021*

# Whatsapp Group Links

Posted on October 15, 2020 by miyuru    Whatsapp



## Things you must know about WhatsApp group links

As same to website links, video links, WhatsApp group links also a popular type of links. But we can identify that WhatsApp group links are getting popular than other types of links day by day. Millions of WhatsApp users try to find valuable WhatsApp group links for them and join groups.

However, you have to learn something briefly about WhatsApp group links to use and get benefits of WhatsApp group links. Because WhatsApp group links are not rather simple as using WhatsApp massaging platform. So, let's go through, things you must know about WhatsApp group links.

## What is mean by WhatsApp group links?

WhatsApp group links mean links that generate, sharing for gather a specific group of people with the same interest. The main purpose of creating and joining with a group is, sharing, discussing, and solving problems on something else. Purpose of WhatsApp groups also it. There is no limitation to create WhatsApp group links on any of the interesting categories. So, there are millions of WhatsApp groups among billions of WhatsApp users.

## Why you should use WhatsApp groups?

Most of the peoples like to be socializing with social media. WhatsApp group is another simplest way to make social connections with peoples. And it gets popular day by day among billions of users. It is a connection with people who are with the same interest. It is a good source for spend funny leisure, learn something you like, get answers to problems you felt in any field like gaming or investing. Sharing your knowledge with others, discuss something, and planning something with others and much more.

Not only for people with the same interest, but Institutes such as schools and universities also use WhatsApp groups to sharing knowledge and assignments with lecturers and students. And most companies use WhatsApp group links to gather their workers. So, it is such a big octopus.

## How to create and share WhatsApp group links?

Before creating a WhatsApp group links, you must create a WhatsApp group. However, creating a WhatsApp group is a so easy task either you use android phone, iPhone, or WhatsApp desktop version. It is simpler to create, add a name for the group, and add a group icon. The next step is adding group members. There are two options to do it as add participant and invite via group link. By following the first option, you can directly add members from your

**Screen capture for: whatsappp.net**



Screen capture for: **whatsappsniffer.org**



Screen capture for: whatsappstatus.blog



December 8, 2020        Home    Contact Us    Privacy Policy



| HOME | BIRTHDAY WISHES ▾ | TYPES OF BIRTHDAY WISHES ▾ | WISH BIRTHDAY ▾ | WISHING BIRTHDAY FOR ▾ | 🔍 |



**Alone Status For WhatsApp, Facebook, Instagram | Short Alone Quotes**

November 30, 2020 · by Rehmat Ullah · Leave a Comment



## SEARCH

Search.... [ SEARCH ]

## UNLIMITED FREE FILE CONVERSIONS



All in One Converter Online Free

---

## FASHION



WHATSAPP STATUS

### Attitude Status For WhatsApp, Instagram, Facebook | Short Attitude Quotes

November 30, 2020 · by Rehmat Ullah · Leave a Comment

Everyone THANKS for visiting our blog, if you are searching for the latest attitude status than you are in the right place, we have the best collection of Attitude Status ...



 Alone Status For WhatsApp, Facebook, Instagram | Short Alone Quotes

November 30, 2020

 Awesome Status For Whatsapp, Facebook, Instagram | Short Awesome Quotes

November 30, 2020

 150+ Breakup Status For Whatsapp, Facebook, Instagram | Short Breakup Messages

November 30, 2020

100+ Sorry Status for WhatsApp, Facebook, Instagram | Short Sorry Quotes

November 30, 2020

## ABOUT THIS SITE



Find Happy Birthday Wishes Quotes, Sayings, Messages, Images and Short Videos for Free.

| POPULAR | COMMENTS | TAGS |

 Whatsapp Status for Family, Short Family Quotes, Short Family Wishes, Short Family Messages

November 29, 2020

 100+ Sorry Status for WhatsApp, Facebook, Instagram | Short Sorry Quotes

November 30, 2020

 150+ Breakup Status For WhatsApp, Facebook, Instagram | Short Breakup Messages

November 30, 2020

 100+ Best Happy Birthday Wishes for Mother

November 8, 2020

Valentine's Day Wishes for Girlfriend and Boyfriend

November 29, 2020

## RECENT POSTS

---

## LIFESTYLE



WHATSAPP STATUS

### Attitude Status For WhatsApp, Instagram, Facebook | Short Attitude Quotes

November 30, 2020 · by Rehmat Ullah · Leave a Comment

Everyone THANKS for visiting our blog, if you are searching for the latest attitude status than you

## TECHNOLOGY



WHATSAPP STATUS

### Attitude Status For WhatsApp, Instagram, Facebook | Short Attitude Quotes

November 30, 2020 · by Rehmat Ullah · Leave a Comment

Everyone THANKS for visiting our blog, if you are searching for the latest attitude status than you

Screen capture for: whatsappstatusvideo.xyz



Screen capture for: whatsmobileapp.com



**Screen capture for: whattsapp.net**



Screen capture for: whatx.app



**Screen capture for: wwwwhatsapp.net**



Screen capture for: faceboòk-dati.com

Screen capture for: fàcebook-dati.com