```
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 383-6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellils.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp, Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-00470-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT** |

On November 10, 2020, the Court granted Plaintiffs leave to file an Amended Complaint. *See* Doc. 52 at 12 ("Plaintiffs shall have leave to file an Amended Complaint as to Defendant Namecheap within thirty days of the date of this Order."). Pursuant to that Order, and LRCiv 15.1, Plaintiffs hereby give notice that they have separately filed a First

Amended Complaint ("FAC"). Attached to this Notice (as Exhibit A) is a copy of the FAC that indicates in what respect it differs from the original Complaint, by striking through the text that was deleted and underlining the text that was added. In addition, exhibits to the Original Complaint have been conserved, omitted, and amended as follows:

- Exhibits 1 through 8 to the Original Complaint are Exhibits 1 through 8 to the FAC;
- Exhibit 9 to the Original Complaint is Exhibit 28 to the FAC;
- Exhibit 10 to the Original Complaint is Exhibit 29 to the FAC;
- Exhibit 11 to the Original Complaint is within Exhibit 10 to the FAC;
- Exhibit 12 to the Original Complaint is omitted;
- Exhibit 13 to the Original Complaint is Exhibit 25 to the FAC;
- Exhibit 14 to the Original Complaint is Exhibit 27 to the FAC;
- Exhibits 9-24, 26, and 30 to the FAC contain new or updated material.

DATED: December 10, 2020

SNELL & WILMER L.L.P.

By: *s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
FACEBOOK, INC., INSTAGRAM, LLC, and WHATSAPP INC.