SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>           Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION TO CONTINUE THE DEADLINES TO RESPOND TO COUNTERCLAIM AND FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendants Namecheap, Inc. ("Namecheap") and Whoisguard, Inc. ("Whoisguard" and, collectively with Namecheap, "Defendants"), by and through this stipulation, seek an order from the Court continuing the deadlines for Plaintiffs to respond to the Counterclaim in this action (ECF No. 53) and for Defendants to respond to Plaintiffs' First Amended Complaint. The parties enter into this stipulation based on the following facts:

1. On March 4, 2020, Plaintiffs filed the Complaint in this action. ECF No. 1.

2. Whoisguard filed a Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim (ECF No. 31), and Namecheap filed a Motion to Dismiss for Failure to State a Claim (ECF No. 30).

3. On November 10, 2020, the Court entered an order denying Whoisguard's Motion in its entirety and granting Namecheap's Motion. ECF No. 52. In granting Namecheap's Motion, the Court granted Plaintiffs leave to amend their Complaint by December 10, 2020. *Id.* The deadline for Defendants to respond to the First Amended Complaint will be December 24, 2020. Fed. R. Civ. P. 15(a)(3).

4. On November 24, 2020, Whoisguard answered the original Complaint and filed a Counterclaim. ECF No. 53. The deadline for Plaintiffs to respond to the Counterclaim is December 15, 2020. Fed. R. Civ. P. 12(a)(1)(B).

5. Given the upcoming holidays, Plaintiffs have requested—and Defendants have agreed to—a one-month extension of time for Plaintiffs to respond to the Counterclaim such that the new deadline to respond would be January 15, 2021.

6. Defendants have requested—and Plaintiffs have agreed to—a reciprocal one-month extension of the deadline to respond to the First Amended Complaint such that the new deadline would be January 25, 2021 (January 24, 2021 falls on a Sunday).

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, that Plaintiffs' response to the Counterclaim shall be due on January 15, 2021

and that Defendants' response to the First Amended Complaint shall be due on January 25, 2021.

The parties do not enter into this stipulation for the purposes of delay but rather because they believe the parties' respective resources and judicial economy will be best served by the requested schedule modification. For each deadline, this is the first request for an extension. The parties therefore respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

**SO STIPULATED.**

DATED: December 10, 2020            SNELL & WILMER L.L.P.


By: /s/David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

| | |
|---|---|
| DATED: December 10, 2020 | FENNEMORE CRAIG, P.C.<br><br>By: /s/Ray Harris<br>Ray K. Harris<br>Mario C. Vasta<br>2394 E. Camelback Road<br>Suite 600<br>Phoenix, Arizona 85016<br><br>ROME & ASSOCIATES, A.P.C.<br>Eugene Rome<br>Sridavi Ganesan<br>Brianna Dahlberg<br>2029 Century Park East<br>Suite 450<br>Los Angeles, CA 90067<br><br>Attorneys for Defendants,<br>Namecheap, Inc. and Whoisguard, Inc. |