# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>　　　　　　　Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINES TO RESPOND TO COUNTERCLAIM AND FIRST AMENDED COMPLAINT** |

The Court, having read and considered the parties' Stipulation to Continue the Deadlines to Respond to Counterclaim and First Amended Complaint, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that Plaintiffs' response to Defendant Whoisguard, Inc.'s Counterclaim shall be due on January 15, 2021.

It is further **ORDERED** that Defendants' response to Plaintiffs' First Amended Complaint shall be due on January 25, 2021.

**IT IS SO ORDERED.**