David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Defendants. | Case No. CV-20-00470-PHX-GMS<br><br>**NOTICE OF NO ADDITIONAL TRADEMARKS, PATENTS, OR COPYRIGHTS** |

Pursuant to the Court's Minute Order (Doc. 59), Plaintiffs Facebook, Inc., Instagram, LLC and WhatsApp Inc. give notice and state that the First Amended Complaint for Cybersquatting; Trademark Infringement; False Designation of Origin and Dilution (Doc. 56) does not add, change, or delete, any trademarks, patents, or copyrights

allegedly violated from the original Notice of Filing – Copyright, Trademark, or Patent Information filed on March 4, 2020 (Doc. 9).

DATED: December 14, 2020                    SNELL & WILMER L.L.P.

                                                        By: *s/ David G. Barker*
                                                        David G. Barker
                                                        Jacob C. Jones
                                                        One Arizona Center
                                                        400 E. Van Buren, Suite 1900
                                                        Phoenix, Arizona 85004-2202

                                                        TUCKER ELLIS LLP
                                                        David J. Steele
                                                        Howard A. Kroll
                                                        Steven E. Lauridsen
                                                        515 South Flower Street
                                                        Forty-Second Floor
                                                        Los Angeles, CA 90071-2223

                                                        Attorneys for Plaintiffs,
                                                        Facebook, Inc., Instagram, LLC, and
                                                        WhatsApp Inc.