# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Facebook, Inc., | |
| Counterclaim Defendant. | |

Pending before the Court is the parties' Stipulation to Continue the Deadlines to Respond to Counterclaim and First Amended Complaint (Doc. 58), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 58). Plaintiffs shall have a one-time extension to **January 15, 2021** in which to respond to Defendant WhoisGuard, Inc.'s Counterclaim (Doc. 53).

**IT IS FURTHER ORDERED** that Defendants shall have a one-time extension to **January 25, 2021** in which to respond to Plaintiffs' First Amended Complaint (Doc. 56).

Dated this 14th day of December, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge