**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:     310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, <br><br> Defendants. | CASE NO. 2:20-cv-00470-GMS <br><br> **NOTICE OF SERVICE OF DEFENDANT WHOISGUARD, INC.'S INITIAL MIDP RESPONSES** |

1 | Pursuant to the Court's Notice to Parties – Mandatory Initial Discovery Pilot ("MIDP") Project (Doc. 7) and General Order 17-08, Defendant WhoisGuard, Inc. ("WhoisGuard") hereby provides notice that on December 24, 2020 it served by e-mail its initial responses to the Mandatory Initial Discovery Requests.

Dated: December 24, 2020          **ROME & ASSOCIATES, A.P.C.**

By: ____*/s/ Brianna Dahlberg*____
       Eugene Rome
       Sridavi Ganesan
       Brianna Dahlberg
  Attorneys for Defendants NAMECHEAP, INC.; and WHOISGUARD, INC.