David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc.; and Whoisguard, Inc., <br><br> Defendants. | Case No. CV-20-00470-PHX-GMS <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |
| Whoisguard, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Facebook, Inc., <br><br> Counterclaim Defendant. | |

Pursuant to the Court's Notice to Parties – Mandatory Initial Discovery Pilot Project (Doc. 7) and General Order 17-08, Plaintiffs Facebook, Inc., Instagram, LLC and WhatsApp Inc. give notice that they served their responses to the Mandatory Initial Discovery Requests by email on December 24, 2020.

DATED: December 28, 2020

SNELL & WILMER L.L.P.

By: *s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp Inc.