**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Namecheap Incorporated, et al.,<br><br>                Defendants.<br>WhoisGuard, Inc.,<br><br>                Counterclaimant,<br><br>v.<br><br>Facebook, Inc.,<br><br>                Counterclaim Defendant. | No. CV-20-00470-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the European Center for Digital Rights' ("NOYB") Motion for Leave to File Brief of *Amicus Curiae*. (Doc. 43.) NOYB seeks to file a brief to assist in the Court's understanding of the European Union General Data Protection Regulation ("GDPR"). As the Court did not need to consider the GDPR in ruling on Defendants' motions to dismiss, an *amicus curiae* brief on the issue is not helpful to the Court. However, if a later motion before this Court involves a similar issue, NOYB may move for leave to file an *amicus curiae* brief then. Accordingly,

**IT IS THEREFORE ORDERED** that the European Center for Digital Rights' Motion for Leave to File Brief of *Amicus Curiae* (Doc. 43) is **DENIED** as **moot.**

Dated this 31st day of December, 2020.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge