**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**JOINT MOTION TO EXCEED PAGE LIMITS AND TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. (collectively, "Plaintiffs") and Defendants Namecheap, Inc. and WhoisGuard, Inc. (collectively, "Defendants") respectfully request that the Court extend the page limits under LR Civ 7.2(e) for briefing in connection with Defendants' proposed Motion to Dismiss the First Amended Complaint, which is due January 25, 2021, as follows:

1. Defendants request that the page limit for their motion be extended from seventeen (17) to twenty-five (25) pages;
2. Plaintiffs request that the page limit for their opposition be extended from seventeen (17) to twenty-five (25) pages; and
3. Defendants request that the page limit for their reply be extended from eleven (11) pages to fifteen (15) pages.

The parties jointly request the extension because of the complex nature of the issues and underlying facts presented. By way of background, this Court previously granted the parties' requests to exceed the page limits in connection with Namecheap's motion to dismiss the original Complaint. Doc. 26, Doc.40. Plaintiffs' First Amended Complaint asserts claims against Defendants involving at least 996 domain names based on multiple theories of liability. The extra pages are also necessary because Defendants intend to file one consolidated motion on behalf of both Defendants. The parties have conferred at length and attempted to narrow the issues to the extent possible, and all parties believe that extending the page limit will ensure that the facts and issues are clearly and fully presented. Accordingly, the parties believe the request is not excessive or unreasonable.

In addition, the parties respectfully request that the Court continue the deadlines for Plaintiffs' opposition and Defendants' reply in support of their Motion to Dismiss the First Amended Complaint as follows:

1. That the deadline for Plaintiffs' opposition be continued from February 8, 2021 to February 22, 2021; and
2. That the deadline for Defendants' reply be continued from February 15, 2021 to March 15, 2021.

The parties submit that good cause exists for this short extension of time based on the page limit extensions sought. This is the first request for an extension of these deadlines.

The parties respectfully request that the Court enter the proposed order lodged concurrently herewith.

DATED: January 13, 2021

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Briannna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

DATED: January 13, 2021

**TUCKER ELLIS LLP**

By: s/ David Steele

Attorneys for Plaintiffs
Facebook, Inc., Instagram, LLC, and WhatsApp Inc.