# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Exceed Page Limits and to Set Briefing Schedule for Defendants' Motion to Dismiss the First Amended Complaint is granted. The page limit for Defendants' motion and Plaintiffs' opposition is extended to 25 pages. The page limit for Defendants' reply is extended to 15 pages.

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs to file their opposition shall be continued to February 22, 2021. The deadline for Defendants to file their reply is continued to March 15, 2021.