**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:   310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**DEFENDANT WHOISGUARD, INC.'S NOTICE OF FILING OF FIRST AMENDED COUNTERCLAIM WITH WRITTEN CONSENT OF OPPOSING PARTIES** |
| WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Facebook, Inc., a Delaware corporation,<br><br>Counterclaim Defendant. | |

Pursuant to LRCiv 15.1(b), Defendant WhoisGuard, Inc. ("WhoisGuard") hereby gives notice that it has separately filed a First Amended Counterclaim ("FACC"). Attached to this Notice as Exhibit A is a copy of the amended pleading that indicates in what respect it differs from WhoisGuard's original Answer and Counterclaim (Doc. 53), by striking through the text that was deleted and underlining the text that was added.

WhoisGuard certifies that it files the amendment with the written consent of David Steele, counsel for Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc.

Dated:  January 13, 2021

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

Attorneys for Defendants
Namecheap, Inc. and Whoisguard, Inc.