1.     faceb00k-inc-seccurity.com
2.     faceb00k-securitty-dept.com
3.     facbookgrant.online
4.     faceb00k-ssecurity-dept.com
5.     ukinstagramgirls.online
6.     face00k-seccuritty.com
7.     face0ok-seecuritty.com
8.     fbmarketplaceitem511184546438990.com
9.     faceb00k-seccuritty-dept.com
10.    faceb0ok-seccuritty-dept.com
11.    faceb0ok-dept-security.com
12.    facebo0k-dept-seccurity.com
13.    faceb0ok-security-dept.com
14.    downloadinstagramvideo.online
15.    facebo0k-seecuurity-ddept.com
16.    faceb0ok-ssecurity-department.com
17.    facebo0k-seecurrity-department.com
18.    buymoreinstagramsfollowers.com
19.    purchaseinstagramsfollowers.com
20.    fb-514547-marketplace.com
21.    fb-marketplace-851458.com
22.    fb-profile-oliviapatterson.club
23.    whatssap.co
24.    instagramers.pro
25.    faczbook.xyz
26.    instigram.xyz
27.    oldfaceook.xyz
28.    instagram-account.site
29.    whatsappdeliver.com
30.    csf-f4cebook.com
31.    ip-instagram.com
32.    facebookreviewapp.com
33.    lnstagram-accounts.com
34.    faceb00k-isabelortega.club
35.    whatsappdansohbet.info
36.    whatsappdansohbet.site
37.    urdu-whatsapp-status.com
38.    instogram.website
39.    whatsappgroups.website
40.    whatsappgroupslink.website
41.    whatsappstatusvideo.xyz
42.    faceflip.xyz
43.    cheapinstagram.website
44.    whatsappmods.mobi
45.    fb-support-terms.us

46.    faceboookappel.live
47.    instagramstoryviewer.net
48.    fb-checkpoint84109573.com
49.    security-instagram.email
50.    bestinstagrambio.com
51.    instagramabletours.com
52.    1nstagram.com
53.    indianwhatsapp.club
54.    fazebook.net
55.    instagrammingperfect.com
56.    instagramperfect.com
57.    awesome-properties-by-facebok.club
58.    whatsappgirlsnumber.online
59.    2face2book.com
60.    fixmyfacebookadvertising.com
61.    gbpluswhatsapp.com
62.    faecbook-profile.com
63.    whatsappstatusdownloadvideo.com
64.    face-book-market-place-238675648.click
65.    faccebook.info
66.    faceboook.club
67.    instagraam.club
68.    instagraam.online
69.    realtyfbad318492.com
70.    verificationfbknew.com
71.    xn--facebook-dati-shb.com
72.    xn--fcebook-dati-y9a.com
73.    hafacebook.com
74.    hainstagram.com
75.    instagramemailscraper.com
76.    fb-profile8149076421.com
77.    igniteyourinstagram.com
78.    fb-account.club
79.    followerforinstagram.com
80.    instagriam.xyz
81.    whatsappme.info
82.    support-whatsappverificatie.online
83.    arizonafacebookmarketing.com
84.    facebhoook.com
85.    faceboooknews.xyz
86.    faceboookvideo.xyz
87.    myreportsforinstagram.com
88.    instagramkurdu.com
89.    instaagram.xyz
90.    faceboook.vip

91. faccebook.xyz
92. captionforfacebook.com
93. fb46758-page28964-real-estate-item46597.house
94. follow-instagram.website
95. buy-instagram-follower.com
96. instagramtiktokinfo.com
97. free-instagram-follower.com
98. facesgeeks.com
99. hackeninstagram.com
100. fb-marketplace-119978.com
101. facebookstealth.com
102. client-Instagram.online
103. Instagramsupportline.com
104. security-Instagram.app
105. security-Instagram.online
106. instagramcopyrightcenter.website
107. instagramfeedback.center
108. instagramfeedbackcenter.com
109. instagramglobalsupport.net
110. instagramsupport.org
111. instagramsupport.website
112. Instagram-mail.host
113. fb-marketplace-trade.club
114. fmwhatsapp.xyz
115. instaview.site
116. whatsapp.io
117. fuckyourinstagram.com
118. whatsapp-status-pro.online
119. instagram-customer.xyz
120. reviewfb-policy.com
121. instagramtakipci.info
122. fb-video.site
123. fb-marketplace-3265458.com
124. whatsmobileapp.com
125. whatsappp.website
126. fb-profile751240421.com
127. facebok-market-place-id44photobc884811236666-item.com
128. appeal-facebook.com
129. marketplace-128816-fb.com
130. marketplace-572816-fb.com
131. marketplace-68362-fb.com
132. marketplace-819927-fb.com
133. pinstagrams.com
134. fb-policyreview.com
135. instagranatualize.digital

136. Instagramsupportlive.com
137. fb-manage-item328736.com
138. faceboookappeal.com
139. earn4rmfacebook.com
140. instagrams.org
141. creditowhatsapp.com
142. instagramcopyrightinfringement.com
143. instagramglobal.support
144. instagramglobalcenter.com
145. instagramglobalsupport.com
146. instagramglobalsupport.info
147. instagramglobalsupport.site
148. instagramsupport.site
149. instagramsupportservice.site
150. facebok.store
151. facbookcompany.com
152. gbwhatsappdownload.net
153. whatsappstatusx.com
154. instagramification.com
155. instagram-fb.com
156. fb-post-service-22609709.com
157. whatsappgroup.net
158. whattsapp.live
159. instagramnycs.club
160. facebocksecurityandprivacyissue.com
161. facebookables.com
162. face-book-verificatiion-id-339068203.online
163. face-book-verifiication-id-388942399.online
164. instagrammultifeeder.com
165. fbsecurity-review.com
166. listfbmarketplace.com
167. brandoninstagram.com
168. Insta-gram-me.com
169. copyrgiht-Instagram-form-2020.com
170. buyinstagramfollowers22.com
171. facebooklottery.us
172. facebok-marketplace.us
173. ads-fb-business.club
174. facebok.club
175. instagramdmblast.com
176. facebo0k-seccuurity-dept.com
177. inshagram.com
178. myinstagramstats.com
179. marketplace-1458485-fb.com
180. item-fb-145887.com

181. messenger-lite.com
182. fb-258456-item.com
183. fb-315848-marketplace.com
184. fb-963965-item.com
185. fb-buy-trade-swap.club
186. fb-swap-barter.club
187. fb-trade-buy-village.club
188. fb-trailers-rvs-trade.club
189. whatsapweb.site
190. fb-profile8149029532.com
191. shopinstagram.app
192. instagramap.com
193. instagramchris.com
194. fakeinstagramfollowers.com
195. faceebooks.com
196. dublininstagramtours.com
197. dublinstagram.com
198. scheduleinstagrampostsfree.com
199. instagram-planner.com
200. whatx.app
201. sexinstagram.app
202. sexwhatsapp.app
203. sexwhatsapp.club
204. sexwhatsapp.dating
205. sexywhatsapp.adult
206. sexywhatsapp.app
207. sexywhatsapp.club
208. sexywhatsapp.online
209. sexywhatsapp.porn
210. sexywhatsapp.services
211. sexywhatsapp.sex
212. sexywhatsapp.webcam
213. everybodyswhatsappassistant.com
214. everyoneswhatsappassistant.com
215. mywhatsappassistant.com
216. whatsappassistant.com
217. fb-profile599145.com
218. 1nstagram.xyz
219. instagrsm.xyz
220. facebook-video.download
221. instagram-video.download
222. whatsappchangecolor.online
223. likesinstagram.com
224. secured-lnstagram.com
225. fb-marketplace-257136.com

226. petsofinstagram.com
227. faceboook.site
228. fb-marketplace-36457623.com
229. fb-marketplace-75576321.com
230. buyfacebooklibracoin.com
231. faceboooksecuritycheck.com
232. whatsappfor.business
233. viewprivateinstagram.com
234. faceboknow.com
235. instagrammarketingonline.com
236. dentistfacebookmarketing.com
237. fcaebook.tech
238. facebuks.site
239. fb78936-page89657-real-estate-item46752.house
240. fb87465-page29847-real-estate-item67354.house
241. faceb00k.website
242. instagramshoutout.com
243. web-whatsapp-mx.com
244. instagramshaderoom.xyz
245. instagramdownloadvideo.com
246. instagram.uno
247. buyinstagramlikes.io
248. fscebook.info
249. instagramorganico.com
250. faceeebook.xyz
251. instagramtemplates.com
252. instagram-lux.com
253. instagram-vi.com
254. whatsappplus.plus
255. myfbtracker.xyz
256. instagramdominator.com
257. face-book-killers.com
258. facebo0k.rocks
259. opticiansonfacebook.com
260. insttagram.com
261. realhousecatsofinstagram.com
262. whatsapptoto.com
263. face-book.xyz
264. lnstagramsecurityservice.com
265. cuentainstagram.com
266. realestatefbad19302.com
267. instagram123.site
268. facceebbook.xyz
269. faceboookkkkkkk.xyz
270. faceboookkkkkkk.xyz

271. facebooookkkkkkkk.xyz
272. Instagram-verify.info
273. facebok-property.xyz
274. insta-grammy.app
275. instagr.me
276. facebo0k-seccurity-dept.com
277. de-de-faceook-ad-manager.com
278. fbremaxpropertyad31942.com
279. facebaack.xyz
280. buyinstagramfollowersreview.org
281. faceb00k.club
282. noticiafaceboookapps.store
283. instagramcdn.com
284. facabook.page
285. instagram-video.xyz
286. instagramgladiators.com
287. fb-checkpoint17578126.com
288. cdninstagram.download
289. cdninstagram.stream
290. cdninstagram.webcam
291. cdninstagram.win
292. ddinstagram.com
293. copyright-Instagram-form.com
294. faacebook.org
295. facrbook.org
296. fasebook.org
297. fcebook.org
298. fscebook.net
299. ibnstagram.com
300. ihstagram.com
301. ijnstagram.com
302. imnstagram.com
303. indstagram.com
304. inestagram.com
305. insfagram.com
306. insgagram.com
307. insgtagram.com
308. insrtagram.com
309. instabgram.com
310. instabram.com
311. instafgram.com
312. instagfam.com
313. instagfram.com
314. instagran.net
315. instahgram.com

316. instargram.net
317. instaygram.com
318. instergram.net
319. instqagram.com
320. instqgram.com
321. instwgram.com
322. insytagram.com
323. inztagram.com
324. whatsappp.net
325. whatspp.net
326. whattsapp.net
327. whtsapp.net
328. wwwwhatsapp.net
329. instagramcopyrightappeal.com
330. comeaumentarefollowersuinstagram.com
331. instagram-filters.com
332. facebo0k-et-tr.com
333. fb87645-page67198-real-estate-item36794.house
334. instagramstopmodel.com
335. fb-marketplace-ad48565078.com
336. fb-market-ad43988566.com
337. fb-marketplace-ad6596296.com
338. fb-market-ad43945366.com
339. fb-marketplace-ad220436.com
340. instagrampt.site
341. fb-marketplace-app.club
342. fb-marketplace-classifieds.club
343. fb-marketplace-offers.site
344. fb-marketplace-site.store
345. fb-marketplace-support.site
346. fb-unlock-account.club
347. fb-vehicles-marketplace.online
348. whatsappviral.club
349. face-bookclaim.com
350. facabook.website
351. facebooik-ads.com
352. faceblotto.com
353. facebool.me
354. ads-faceobook.com
355. instagramparapc.info
356. whatsapp-ar.com
357. buyinstagramviews.org
358. fbcopyrightsmediasupport.com
359. fbcopyrightvideos.com
360. fbcopyrightconnect.com

361. fbcopyrights.com
362. fbinfo2august.com
363. whatsapp2021.com
364. faceb0ok.xyz
365. fb-review-account.com
366. cursodefaceboockads.xyz
367. 1nstagram.network
368. facebooix.xyz
369. faceboo-k.xyz
370. faceboook.host
371. faceebook.live
372. facebokmarketplaces.us
373. myfacebookclients.com
374. myfacebookleads.com
375. whaatsapp.club
376. whaatsapp0xb.club
377. filtriperinstagram.com
378. filtroinstagram.com
379. instagram-filters.net
380. lnstagram.tech
381. higherorlowerinstagram.com
382. whatsappmarketing.pro
383. instagrambundle.com
384. theinstagrambundle.com
385. facabook-free.com
386. faecbook.app
387. faecbook.click
388. johnhebertinstagram.com
389. instegram.live
390. lnstagram-verify.net
391. gbwhatsappr.com
392. marketplace-27716-fb.com
393. myfbitem.me
394. instagram-owl.network
395. facebok-markettsplacesale.com
396. gramha.com
397. gramha.net
398. gramho.com
399. instahu.com
400. instahu.net
401. inzli.com
402. picuki.com
403. facebookartist.com
404. instagramfamousbook.com
405. fb-65445847-page.com

406. marketplace-2654158-page-fb.com
407. mercadofacebok.website
408. vroculus.store
409. purchaseinstagramfollowers.com
410. fb68253-page89564-real-estate-item82679.house
411. facebook-2020.com
412. faceboek.club
413. killerinstagramads.com
414. bestofinstagram.com
415. facebock.website
416. facewkbook.com
417. fb-item74272457.com
418. fb-item7844323.com
419. whatsdog-whatsapp.com
420. facebo0k.site
421. tinderchecking.com
422. fb-marketplace-76952.com
423. fb-marketplace-784521.com
424. instagramgrowthpro.com
425. clickfacebok.com
426. appealing-facebok101.xyz
427. appealing-facebok102.xyz
428. appealing-facebok104.xyz
429. appealing-facebok105.xyz
430. appealing-facebok106.xyz
431. appealing-facebok107.xyz
432. appealing-facebok108.xyz
433. appealing-facebok110.xyz
434. appealing-facebok111.xyz
435. appealing-facebok112.xyz
436. appealing-facebok113.xyz
437. appealing-facebok114.xyz
438. appealing-facebok115.xyz
439. appealing-facebok116.xyz
440. appealing-facebok117.xyz
441. appealing-facebok118.xyz
442. appealing-facebok119.xyz
443. appealing-facebok120.xyz
444. appealing-facebok121.xyz
445. facebok-appealing300.xyz
446. whatssapp.website
447. idothingsoninstagram.com
448. lnstagrampartner-support.com
449. fb-profile-helenlarick007575684833.club
450. fb-scanstalk.com

451.  fb-stalkerapp.com
452.  getverifiedinstagram.com
453.  hkfacebook.com
454.  fbverifiedcheck.com
455.  facebookindo.com
456.  instogram.report
457.  whatsappsenderplace.online
458.  fb-realtors-page2563478.com
459.  faceb00k-market.info
460.  instagramlogin.online
461.  whatsappverification.com
462.  faceooklogin.com
463.  instagramty.com
464.  whats-app.chat
465.  faaccebookhookups.xyz
466.  faacebookhookups.xyz
467.  faccebook365.xyz
468.  faccebook4fun.xyz
469.  faccebook4meet.xyz
470.  faccebook4meett.xyz
471.  faccebookchat.xyz
472.  faccebookdate.xyz
473.  faccebookdate365.xyz
474.  faccebookdatings.xyz
475.  faccebookhhookups.xyz
476.  faccebookhookup.xyz
477.  faccebookhookups.xyz
478.  faccebookhookups247.xyz
479.  faccebookhookupss.xyz
480.  faccebookk4hookup.xyz
481.  faccebookmeet.xyz
482.  faccebookmeets.xyz
483.  faccebookmeetup.xyz
484.  faccebookxx.xyz
485.  faceb4hookup.xyz
486.  facebok4hookup.xyz
487.  faceebook4dating.xyz
488.  faceebook4hookup.xyz
489.  faceebook4meet.xyz
490.  videochatonfaccebook.xyz
491.  xchatfaacebook.xyz
492.  facebookmarkapp.website
493.  fasebooksex.space
494.  photoinstgrm.com
495.  instagrambarcelona.com

496. instantgrams.org
497. faceboook.xyz
498. whatsappgroups.co
499. xn--fcebok-pta1m.com
500. vzlom-akkaunta-instagram.icu
501. vzlom-feicebook.icu
502. vzlom-instagram.icu
503. ffaccebook.xyz
504. facebokglobalpromo.com
505. insta-gram.site
506. whatsappanyone.com
507. facebok-gb.com
508. fbrealestatepost41901.com
509. f2cbook.xyz
510. fb-accountupdate.com
511. faceybook.com
512. whatsapplike.net
513. whatsapplike.org
514. whatsapplikes.net
515. whatsapplikes.org
516. whatsappsender.net
517. instagram8.com
518. fb-review-secure.com
519. instagramhelp.live
520. faecbook.live
521. faecbook.services
522. fb-marketplace-vehicle.club
523. instagrambread.com
524. fb-item-876512412.com
525. fb-trade-swap-buy-market.club
526. faccebook.mobi
527. remaxfb-home-details-20208773.com
528. instagramcelebrities.com
529. instagramcelebrity.com
530. instagramlist.com
531. instagramwish.com
532. instagramwishlist.com
533. fb-item-marketplace.club
534. fb-items-marketplace.us
535. fb-security-account.site
536. fb-unlock-account.site
537. fb-traders-populars.online
538. fb-marketplace-645848.com
539. fb-marketplace-9548477.com
540. fecbooks.com

541.  policy-fb.com
542.  fb87663-page78765-real-estate-item25367.house
543.  downloadvideofromfacebook.com
544.  jacgfacebooktraining.club
545.  buyinstagramlikesnow.com
546.  instainstagramlikes.com
547.  faceboo.email
548.  pinstagram.com
549.  fb-item67746324.com
550.  theinstagramjam.com
551.  whatsapp2u.live
552.  instaqram.net
553.  instagramcom-bonus.net
554.  fcebook.icu
555.  instagrambusinessmanager.com
556.  instagramhelpverify.com
557.  Instagramhelp-center.com
558.  Instagramhelpsecurity.com
559.  Instagramhelp-service.com
560.  ingresos-facebok-pe.xyz
561.  sexy-instagram.com
562.  bookfaceeebook.xyz
563.  highticketinstagram.com
564.  instagramcloser.com
565.  instagramsalesacademy.com
566.  m-faceebook.com
567.  fb67354-page89254-real-estate-item57634.house
568.  Instagram-supportlive.com
569.  facbook-community-moderator-page.com
570.  face-booklink.club
571.  face-book-profile4487654.club
572.  face-book-profile4552432.live
573.  face-book-profile-samuelruz.com
574.  login-face-book-marketplace-item307167860269097.info
575.  login-face-book-marketplace-item43242342.club
576.  profile-face-book-annasddk.com
577.  artistsoninstagram.com
578.  carsofinstagram.com
579.  instagramanet.com
580.  puppiesofinstagram.com
581.  writersofinstagram.com
582.  facebookaduniversity.com
583.  instaggram.site
584.  faceb00k-dept-ssecurity.com
585.  kareemonfacebook.com

586. instagramator.org
587. instagramkit.com
588. xxxinstagram.com
589. fb38576-page91267-real-estate-item78465.house
590. custominstagramtshirt.com
591. fb-polices-update.com
592. instagramshiddensecrets.com
593. facebookprovider.com
594. facbookbd.com
595. facebokpdf.xyz
596. whatsappstatusvideo.website
597. whatsappstatus.blog
598. fecabook.online
599. instagramfollowersadder.com
600. faceb00k-marketes.site
601. facebkcdn1.com
602. instagramigtv.org
603. instagramanalyticstool.com
604. instagramavailability.com
605. fbchicago-itm94838.site
606. faceeboolk.com
607. fecaboolk.com
608. facebookchatbots.com
609. facebookmessengerchatbots.com
610. facebbooc.com
611. instagramhashtags.com
612. facebookdir.info
613. instagramiran.com
614. iraninstagram.com
615. lnstagrampartnersbusiness.com
616. whatsappmarketing.net
617. faceb0ok.net
618. basenjisofinstagram.com
619. lnstagramclient.com
620. fb-trader-marketplace.shop
621. fb68924-page56784-real-estate-item56785.house
622. girlswhatsappnumbers.com
623. faceboookmail.com
624. whatsapp-allyssachan.com
625. getrealinstagramfollowers.net
626. facebookparejas.com
627. face-book-spy.com
628. instagramsuccesssummit.com
629. facebookk.com
630. faceboo.app

631. fb-policy-review.com
632. instagrambo.com
633. fbverifiedaccs.com
634. fbverifyieds.com
635. verifiedbyfbk.com
636. fouadwhatsapp.net
637. Instagran.xyz
638. facebookadconsultant.com
639. instagramcopyrights.icu
640. Instagram.rest
641. Instagramcopyrlght.com
642. facebokfilmyskupina.com
643. fb78934-page76245-real-estate-item46784.house
644. instagraminfluencer.club
645. instagram-copyright.center
646. Instagram-copyrightcenter.com
647. clienteswhatsapp.com
648. fb-profile8149029431.com
649. fbactivity-review.com
650. fb-copyright-delete-pages.xyz
651. faceboook.app
652. fiacebook.net
653. buyfacebook-fanslikes.com
654. policyfb-update.com
655. parainstagramers.com
656. whatsappstatus.mobi
657. faecbookon.com
658. follow-instagram.com
659. instagrambabes.com
660. fbmarketplaceitem603965083870212.com
661. facebokmarket1036861326680829.com
662. fb-item326231.com
663. fb-item7323523.com
664. fb-marketplace-653781672.com
665. profilefbitem.me
666. uzfacebook.com
667. facebookcoverhd.com
668. facebookipodayclosingprice.com
669. faceb00k-reset-login.com
670. face-book-advertising.net
671. instagramconcert.stream
672. instagramgig.stream
673. instagramlive.stream
674. instagrammusic.stream
675. liveinstagram.stream

676. instagrammablehotels.com
677. whatsappnow.me
678. instagramchick.com
679. fb-id3288764-item865wj83j47r34r.com
680. m-facbook.com
681. instagramcookbook.com
682. fb-disabled-account.com
683. instagramtechk.com
684. nextinstagramtechk.com
685. fcebook-login.online
686. spywhatsapp.live
687. whatsappforweb.online
688. urbaninstagram.com
689. lnstagram.gift
690. faceabook.xyz
691. instagramgiris.website
692. shopinstagram.com
693. policyfb.com
694. descargargbwhatsapp.com
695. face-booknews.com
696. face-bookprofits.com
697. fbreview-terms.com
698. fb-pageslistinghomes48623.com
699. fb-home-pageslisting63429.com
700. creativityfbpage-galleryid48904.com
701. fb-markettplaceitemproprieties84759541.com
702. fb-profile-allison-brown56454354.com
703. fb-profile-allison-brown566552354.com
704. fb-profile-marie-johnsontraining4358524.com
705. fb-studio8854002-photography.com
706. fb-adproperties-page0837563.net
707. fbpage-properties-ads56384221.net
708. fb-profile-mellisa-dean13523.com
709. fb-propertiespage5433456.com
710. fb-realestate-listing10746484.com
711. page-fb-properties0923.com
712. page-fb-properties4423.com
713. realestate-properties-fbpage8384936.com
714. realtygrouppage203-temproperties8153f554a-pfb20114.org
715. teamproperty-fbpage5938001-premiumrealty.com
716. faceb00k053966-marketplace-itempageproperties4758.com
717. faceb00k145746-marketplace-itempageproperties.com
718. fb-adproperties-page8649938.net
719. fb-photography-listingid-5509863.com
720. fb-properties-listedpage78414727.com

721. fb-properties-listedpage983727.com
722. fb-realestate-listing607453583.com
723. fb-realestate-listing7524322.com
724. properties-ads-fbpage962613.net
725. fb-proprieties-listed5432w.com
726. fb-photography-listingid-73549201.com
727. fb-photography-listingid-6040365.com
728. fb-photography-listingid-7649936.com
729. fb-photography-listingid-87039922.com
730. fb-properties-listedpage7827523727.com
731. photolisting-fbpage80366453.com
732. fb-properties3567783.net
733. temproperties3fde485f3a-realtygrouppage34223-pfb204767.net
734. fbpagemarketgroup345t65432.com
735. fb-properties-page9432456.net
736. properties-fb-page1245356.net
737. temproperties0133fde485f3a-realtygrouppage0134223-pfb204767.net
738. fb-adproperties-page0648529.net
739. fb-photo-listingid793964322.com
740. fb-propertiespagegroup43454.com
741. fb-studio1390477-photography.com
742. fb-studio380775-photography.com
743. fblisting-page-homeforsaleandrent3356.com
744. fb-studio5983703-photography.com
745. fb-studio901540-photography.com
746. salerenthouse-fbpage4344.com
747. whatsapprail.com
748. instagramnitro.com
749. whatsappgrouplinks.live
750. instagramqq.com
751. instagramqq.net
752. f0cebook.com
753. whatsapp-gruppen.xyz
754. whatsapp-sexting.xyz
755. faceeboook.xyz
756. faceboooook.xyz
757. desiwhatsappstatus.xyz
758. fb-checkpoin817546790.com
759. face6ook.net
760. face6ookweb.com
761. instagrammms.com
762. oculusquestgames.net
763. Instagram-security.email
764. Instagram-security.live
765. policy-fb-review.com

766.  facebookjp.com
767.  face-book.best
768.  instagramfollowers.party
769.  ifacabook.xyz
770.  instagrammodels.net
771.  gbwhatsapp.pro
772.  instagran.name
773.  instagramcekilisuygulamasi.com
774.  whatsappgb.download
775.  faceb0ok-securrity-dept.com
776.  instogram.pro
777.  faccbookk.com
778.  faceboksecurity.com
779.  coolwhatsappstatus.com
780.  facebuk.online
781.  whatsappstatus33.net
782.  email-Instagram.com
783.  Instagram-email.com
784.  grouplinkswhatsapp.com
785.  help-form-Instagram.com
786.  instagramcopyrightfeedback.com
787.  Instagram-help.services
788.  oculusvrshop.site
789.  securityfacebool.xyz
790.  whatsapptodo.com
791.  facebookvideodownload.online
792.  fbbusiness-account.business
793.  oculusquest2.com
794.  instagramshoping.xyz
795.  facebookcheckins.com
796.  faceboooke.xyz
797.  faceboookq.xyz
798.  faceboookr.xyz
799.  faceboookw.xyz
800.  fbapp.xyz
801.  fb-marketplace-ad2501427405.com
802.  facebookaccelerator.com
803.  facebookbraintrust.com
804.  facebookengine.com
805.  facebookgadgets.com
806.  facebookknowledge.com
807.  facebooklessons.com
808.  facebookresource.com
809.  facebookresources.com
810.  facebooktrendsmarket.com

811. facebookvelocity.com
812. iforinstagram.com
813. instagrambuzz.net
814. facbook-libra.com
815. faccebook.live
816. facelebook.com
817. leinstagram.com
818. facebok-market-place.com
819. facebookmessengerspy.com
820. facebooktracker.com
821. freefacebookhack.com
822. freefacebookspy.com
823. freewhatsappspy.com
824. freewhatsapptracker.com
825. facebok.icu
826. instagramfollowers.website
827. fb-sales-marketplace.com
828. oculusgames.club
829. facehackspy.com
830. whatsapppartner.com
831. fb-item-92877777.com
832. faceb0ok.online
833. facebo0o0ok.xyz
834. faaceebook.host
835. faecbook.online
836. statuswhatsapp.website
837. lnstagrams.site
838. securitysettings-faceblook.com
839. facebokgrant.com
840. whats-app.site
841. instagrambuddys.com
842. facebook-video-downloader.org
843. facebook-market-place-id44photobc684811246666-item.com
844. buyfacebookpollvotes.com
845. buyinstagramviews.website
846. face-book.chat
847. face-book.group
848. face-book.page
849. face-book-messenger.com
850. whatsappcustomers.com
851. instagramsupremacy.com
852. whatsappweb.club
853. howtodownloadinstagramvideos.net
854. facebookjb.com
855. buyinstagramfollowers365.com

856.  Instagramhelpofcenter.com
857.  fb-ads-marketplace.site
858.  fb-marketplace-items.club
859.  fb-online-marketplace.com
860.  fb-online-marketplace.shop
861.  fb-online-marketplace.store
862.  fb-seller-marketplace.shop
863.  fb-marketplace-shop.com
864.  instagramtop50.com
865.  freeinstagramfollowers.net
866.  freeinstagramfollowers.org
867.  instagramfollowersfree.net
868.  whatsappsex.club
869.  fb-item-2764uk.pro
870.  instagramstories.pro
871.  fb-item32d376f6-fashion-page82947346.com
872.  instagrammatas.com
873.  cyberwhatsapp.com
874.  instagramnamechecker.com
875.  printinstagramphotos.com
876.  fasebook.site
877.  facebokemail.email
878.  facebokemail.store
879.  thebusinessofinstagram.com
880.  instragram.app
881.  fasebooksecurity.com
882.  lombafotoinstagram.com
883.  faceboook.baby
884.  instagram-girls.services
885.  Instagram-confirm.help
886.  Instagram.xyz
887.  realinstagramhack.com
888.  whatsapptrading.com
889.  faeebook.xyz
890.  smart-whatsapp.com
891.  instagram-support.net
892.  myprofilefbtrade8657436545762546.com
893.  fb-app-marketplace.shop
894.  fb-marketplace-online.shop
895.  fb-marketplace-sales.com
896.  fb-marketplace-8728424.com
897.  face80ok.com
898.  face8o0k.com
899.  insta-agram.com
900.  facebo0k-girl.services

901. fb-profile-carlafrueh.online
902. whatsappdp.club
903. instagraminfluencersummit.com
904. fesabookcom.com
905. instagramlogin.biz
906. facebokx.club
907. facebokx.xyz
908. whatsappme.site
909. instagramforpc.org
910. faceebook.best
911. lifetimeoninstagram.com
912. parkcityoninstagram.com
913. instagram-en.online
914. buyinstagramverificationbadge.com
915. facebok.best
916. facebok-marketsplacesalle.com
917. helpinstagram.live
918. enviarwhatsapp.com
919. graph-instagram.com
920. facebo0k-realtor.info
921. facebook-ellas.com
922. facebookfilms.com
923. fecbook.xyz
924. facebouk.xyz
925. rafelmayolinstagram.com
926. faceboook-analytics.com
927. faceboek.site
928. faceebook-page.com
929. lnstagramservice.host
930. mail-instagram.space
931. facebookinternational.com
932. whatsappsniffer.org
933. review-fb-account.com
934. fb-mailsupport.com
935. fb-254186-item.com
936. fb-item-6514588554.com
937. fb-verify-securiry.com
938. instagramviral.com
939. faceb00k01.com
940. instagram80.com
941. whats-app.xyz
942. whatsappcalss.site
943. miwhatsapp.com
944. lnstagramverifyaccountshelps.com
945. howtosellinstagramfollowers.com

946.  blackwhatsapp.club
947.  curatedinstagram.com
948.  instagramcommunity.com
949.  minneapolisinstagram.com
950.  mninstagram.com
951.  facebok.asia
952.  important-alert-fb.com
953.  security-instagram.com
954.  instagramaphone.com
955.  instagramfaqs.com
956.  insta-gram.xyz
957.  facebick.com
958.  facebiock.com
959.  instagramcaption.website
960.  instagramfonts.website
961.  whatsappbeta.website
962.  whatsapplatest.website
963.  fbmedia-copyrighthelp.com
964.  buyinstagramfollow.com
965.  inestagram.live
966.  instagramindonesia.fun
967.  instagram-girlservices.digital
968.  focebook.co
969.  singaporepools.online
970.  whatsappgiving.com
971.  getinstagramfollowers.club
972.  facebookinfluencer.com
973.  facebooklike.club
974.  instagramhelpcenter.club
975.  instagramhelpcentre.club
976.  instagramview.club
977.  whatsappchatlink.xyz
978.  whatsappdownload.club
979.  whatsappgifts.club
980.  whatsappspy.club
981.  whatsappview.pro
982.  businessfb4678765344536476654.com
983.  gb-whatsapp-download.xyz
984.  facebok1.info
985.  instagramwebs.com
986.  verifyfbaccount.com
987.  fecabooks.site
988.  fecebook.xyz
989.  f4acebook.com
990.  heyinstagram.website

991.   instagramstories.org
992.   facexxxbook.com
993.   facebbook.icu
994.   instaggram.icu
995.   instagraam.icu
996.   instagramcreatorscamp.com
997.   buyfacebookads.com
998.   buyfollowersforinstagram.com
999.   facebooklikesmoz.com
1000.  ihnstagram.com
1001.  insftagram.com
1002.  inshtagram.com
1003.  instagdram.com
1004.  instagrakm.com
1005.  instagrawm.com
1006.  instagvram.com
1007.  instantinstagram.com
1008.  instantinstagramfollowers.com
1009.  instantinstagramlikes.com
1010.  instavgram.com
1011.  instawgram.com
1012.  instfagram.com
1013.  insthagram.com
1014.  insxtagram.com
1015.  jinstagram.com
1016.  xn--fcebok-3ta1m.com
1017.  facebok-market-place-id44photobc684812246666-item.com
1018.  facebok-market-place-id44photobc684512246666-item.com
1019.  wasuite.com
1020.  fb-marketplace-shop.club
1021.  instagramblog.net
1022.  instiagram.com
1023.  faceboookmail.com
1024.  login-instagram.live
1025.  share-instagram.com
1026.  download-instagram.com
1027.  fb-marketplace-item74533242.com
1028.  arabwhatsapp.com
1029.  faceboook-updates.com
1030.  instagramlead.com
1031.  instagrampubgtournament.website
1032.  faaecbook.com
1033.  freeinstagramfollowers.website
1034.  whatsapphostel.com
1035.  fb87645-page25397-real-estate-item24369.house

1036. focebook.xyz
1037. tehfaceb00k.com
1038. faccbook.vip
1039. instagramentor.com
1040. whatsappstatusdownload.net
1041. whatsapp-grouplinks.com
1042. fb-trade-bid-sell.club
1043. fb-trade-swap-fast.club
1044. frasesparainstagram.com
1045. facebokpool.com
1046. notifications-for-instagram.com
1047. accountfb-updates.com
1048. fb-accountverify.com
1049. whatsapp.health
1050. whatsapphealth.com
1051. fac3book.com
1052. whatsappgroupname.com
1053. instagramtrend.xyz
1054. fb-marketplace-ad187656.com
1055. instagramtricks.club
1056. instagramcenter.online
1057. instagramcontact.online
1058. mobile-lnstagram.com
1059. facebook1s.com
1060. lnstagramcopyrights.online
1061. fb-for-sale-buy-party.club
1062. fbreview-account.com
1063. instagramarketing.com
1064. japaninstagramwalk.com
1065. fb36475-page36674-real-estate-item29856.house
1066. facebokk.club
1067. facebookpixelpro.com
1068. fbrealestatehomesforsale.com
1069. fb-accnt-45928tech.pro
1070. tninstagram.com
1071. tuftandneedleinstagram.com
1072. lnstagramclientsupport.com
1073. comovendeconwhatsapp.com
1074. comovenderconwhatsapp.com
1075. oculusheadphones.com
1076. curtidasfacebook.com
1077. whatsappnumbersza.com
1078. whatsapp-profile-status.website
1079. whatsappx.group
1080. instagramsender.site

1081. facboeok.com
1082. byinstagramfollowers.com
1083. whatsappupdate.xyz
1084. instagramspy.info
1085. instagragift.xyz
1086. phanmemfacebook.info
1087. phanmeminstagram.com
1088. instagramopulent.com
1089. igstagram.com
1090. go-copyrightform-lnstagram.com
1091. fb36745-real-estate-item67534-page82253.com
1092. pinstagram.xyz
1093. helpertoolsforinstagram.com
1094. fb87946-real-estate-item28756-page57914.com
1095. buyinstagramfollowers.biz
1096. facebok-market-place-id44photobc884811246666-item.com
1097. instagramthailand.com
1098. gbwhatsapp.mobi
1099. facebookthai.com
1100. facebookthailand.asia
1101. facebookthailand.com
1102. thaifacebook.com
1103. instagram-dl.com
1104. instagrambikinis.com
1105. larutadelinstagram.com
1106. findfacebookpasswords.net
1107. hackearunfacebook.com
1108. fb-2215358-item.com
1109. fb-586568-marketplace.com
1110. marketplace-3647852-fb.com
1111. facebok-marketsplacesalee.com
1112. hamwhatsapp.com
1113. fbreview-activity.com
1114. buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
1115. instagram-advertising.net
1116. instagramyourevents.com
1117. thewhatsappgroup.xyz
1118. helpinstagrm.com
1119. facebookshop.info
1120. sg-facebook.com
1121. frameinstagram.com
1122. facebooc.xyz
1123. facebok-marketplacesale.com
1124. fbmarketplaceitem517071715908892.com
1125. marketplace-5187221-fb.com

1126.   marketplace-77429-fb.com
1127.   faceebook-support.com
1128.   fb78934-page58679-real-estate-item23358.house
1129.   faccebbook.xyz
1130.   usmfacebook.com
1131.   fb-profile-ashley-wright.club
1132.   fb-profile-charlene-spangler.club
1133.   fb-profile-lawenda-williamson.club
1134.   free-instagram-downloader.com
1135.   faacebookx.network
1136.   faceb0okk.com
1137.   faecbook.xyz
1138.   instagramrevolutionsystem.com
1139.   facebouk.live
1140.   lnstagramcheapkicks.com
1141.   lnstagramcheapjordans.com
1142.   faceboox.xyz
1143.   instagram50.club
1144.   lnstagram-support-team.com
1145.   whatsppgrouplinks.com
1146.   facebok-market-place-id44photobc884811246866-item.com
1147.   facbook.website
1148.   lnstagramsupports.online
1149.   facebookposter.com
1150.   facebookacademy.xyz