# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Facebook, Inc., | |
| Counterclaim Defendant. | |

Pending before the Court is the parties' Joint Motion to Exceed Page Limits and to Set Briefing Schedule for Defendants' Motion to Dismiss the First Amended Complaint (Doc. 67). Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Exceed Page Limits and to Set Briefing Schedule for Defendants' Motion to Dismiss the First Amended Complaint (Doc. 67) as follows:

1. Defendants' Motion to Dismiss the First Amended Complaint shall be due

no later than **January 25, 2021** and shall not exceed 25 pages in length.

    2.    Plaintiffs' Opposition to the Motion to Dismiss shall be due no later than **February 22, 2021** and shall not exceed 25 pages in length.

    3.    Defendants' Reply to the Motion to Dismiss shall be due no later than **March 15, 2021** and shall not exceed 15 pages in length.

**IT IS FURTHER ORDERED** that absent compelling circumstances these deadlines shall not be further extended.

Dated this 20th day of January, 2021.

_____
G. Murray Snow
Chief United States District Judge