AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Arizona___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-00470 | DATE FILED<br>11/24/2020 | U.S. DISTRICT COURT<br>for the District of Arizona |
|---|---|---|
| PLAINTIFF<br>Facebook, Inc. et al. | | DEFENDANT<br>Namecheap, Inc. et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,659,777 | 12/23/2014 | Facebook, Inc. |
| 2 | 4,764,764 | 6/30/2015 | Facebook, Inc. |
| 3 | 4,782,234 | 7/28/2015 | Facebook, Inc. |
| 4 | 4,782,235 | 7/28/2015 | Facebook, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>1/13/2021 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 88679058 | 11/4/2019 | Facebook, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**