1  SNELL & WILMER L.L.P.
David G. Barker (#024657)
2  dbarker@swlaw.com
Jacob C. Jones (#029971)
3  jcjones@swlaw.com
One Arizona Center
4  400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
5  Telephone:  602.382.6000
Facsimile:  602.382.6070
6
TUCKER ELLIS LLP
7  David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
8  Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
9  Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
10  515 South Flower Street
Forty-Second Floor
11  Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
12  Facsimile: (213) 430-3409

13  Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
14  WhatsApp Inc.

15

**UNITED STATES DISTRICT COURT**
16
**DISTRICT OF ARIZONA**
17

| | |
|---|---|
| 18  Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>20                        Plaintiffs,<br><br>21            v.<br><br>22  Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>24                        Defendants.<br><br>25  AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION TO CONTINUE THE DEADLINE TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM**<br><br>**(First Request)** |

26

27

28

*Sidebar (vertical):* TUCKER ELLIS LLP   Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendants Namecheap, Inc. and WhoisGuard, Inc. ("Defendants"), by and through this stipulation, seek an order from the Court extending the deadline for Plaintiffs to respond to WhoisGuard's First Amended Counterclaim (ECF No. 68) from January 27, 2021 to February 10, 2021. *See* Fed. R. Civ. P. 15(a)(3).

Plaintiffs request this extension because of the complexity of the issues and underlying facts presented in the First Amended Counterclaim, which alleges additional legal and factual bases than presented in the original Counterclaim and for which the parties are meeting and conferring concerning a motion to dismiss. Plaintiffs thus submit that good cause exists for the requested extension. Defendants consent to the requested extension.

The parties do not enter into this stipulation for the purposes of delay, and this is the first request for an extension of this deadline. The parties therefore respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

**SO STIPULATED.**

DATED: January 21, 2021        SNELL & WILMER L.L.P.


By: /s/David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

DATED: January 21, 2021

**ROME & ASSOCIATES, A.P.C.**

By: /s/ Brianna Dahlberg (*with permission*)
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

FENNEMORE CRAIG, P.C.
Ray K. Harris
Mario C. Vasta

Attorneys for Defendants,
Namecheap, Inc. and WhoisGuard, Inc.

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

3