# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM**<br><br>**(First Request)** |

The Court, having read and considered the parties' Stipulation to Continue the Deadline to Respond to the First Amended Counterclaim, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that Plaintiffs' deadline to respond to the First Amended Counterclaim is continued to February 10, 2021.

**IT IS SO ORDERED.**