**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Facebook, Inc., | |
| Counterclaim Defendant. | |

Pending before the Court, having read and considered the parties' Stipulation to Continue the Deadline to Respond to the First Amended Counterclaim (Doc. 74), and good cause appearing,

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 74).  Plaintiffs shall have an extension to **February 10, 2021** in which to respond to WhoisGuard's First Amended Counterclaim (Doc. 68).

Dated this 22nd day of January, 2021.

G. Murray Snow
Chief United States District Judge