SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION TO CONTINUE THE DEADLINE TO PRODUCE ESI PER THE MANDATORY INITIAL DISCOVERY PILOT PROJECT**<br><br>**(First Request)** |

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendant WhoisGuard, Inc. ("WhoisGuard") (collectively, "Stipulating Parties"), by and through this stipulation, seek an order from the Court extending the deadline for the Stipulating Parties to produce Electronically Stored Information ("ESI")—as required by the Mandatory Initial Discovery Pilot Project ("MIPD") and General Order 17-08 (the "MIPD Order")—from February 2, 2021 to February 9, 2021. This stipulation is based on the following facts:

1. On November 24, 2020, Defendant WhoisGuard filed its answer to the Complaint. ECF No. 53.[1]

2. As required by Section A.6. of the MIPD Order, Plaintiffs and WhoisGuard served their initial MIPD responses on December 24, 2020. ECF Nos. 7, 62, 63.

3. Per Section C.2.c. of the MIPD Order, Plaintiffs and WhoisGuard are required to produce ESI identified in their MIDP responses within forty days after serving their initial MIPD responses, which is February 2, 2021. ECF No. 7.

4. The parties are negotiating a stipulated protective order and ESI order to submit to the Court. To ensure that the parties' confidential and proprietary business information is adequately protected, and to ensure uniform production of ESI in this case, the Stipulating Parties request that the Court extend the deadline to produce the ESI identified in their MIPD responses by one week to February 9, 2021 so that the parties may have time to finalize the protective order and ESI protocol and submit them to the Court for approval.

The parties do not enter into this stipulation for the purposes of delay, and this is the first request for an extension of this deadline. The parties therefore respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

**SO STIPULATED.**

---

[1] Defendant Namecheap, Inc. has not yet answered as its motion to dismiss was granted with leave to amend. *See* Doc. 52.

| | | |
|---|---|---|
| DATED: January 29, 2021 | | SNELL & WILMER L.L.P. |

By: /s/ Jacob C. Jones
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

DATED: January 29, 2021

**ROME & ASSOCIATES, A.P.C.**

By: /s/ Brianna Dahlberg (*with permission*)
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

FENNEMORE CRAIG, P.C.
Ray K. Harris
Mario C. Vasta

Attorneys for Defendants,
Namecheap, Inc. and WhoisGuard, Inc.