# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE TO PRODUCE ESI PER THE MANDATORY INITIAL DISCOVERY PILOT PROJECT**<br><br>**(First Request)** |

The Court, having read and considered the Stipulation of Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendant WhoisGuard, Inc. ("WhoisGuard") (collectively, "Stipulating Parties") to Continue the Deadline to Produce ESI per the Mandatory Initial Discovery Pilot Project ("MIPD"), and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that the deadline for the Stipulating Parties to produce Electronically Stored Information identified in their initial MIPD responses is continued to February 9, 2021.

**IT IS SO ORDERED.**