# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook Incorporated, et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Facebook, Inc., | |
| Counterclaim Defendant. | |

Pending before the Court is a Stipulation to Continue the Deadline to Produce ESI per the Mandatory Initial Discovery Pilot Project (Doc. 77) filed by Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendant WhoisGuard, Inc. ("WhoisGuard"), and good cause appearing,

/ / /

/ / /

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 77). Plaintiffs and Defendant WhoisGuard shall have an extension to **February 9, 2021** in which to produce Electronically Stored Information identified in their initial MIDP responses pursuant to the Court's March 5, 2020 Order (Doc. 7).

Dated this 2nd day of February, 2021.

*[Signature]*
G. Murray Snow
Chief United States District Judge