David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., <br><br>    Plaintiffs, <br><br>   v. <br><br> Namecheap, Inc.; and Whoisguard, Inc., <br><br>    Defendants. | Case No. CV-20-00470-PHX-GMS <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' PRODUCTION OF ELECTRONICALLY STORED INFORMATION** |
| Whoisguard, Inc., <br><br>    Counterclaimant, <br><br>   v. <br><br> Facebook, Inc., <br><br>    Counterclaim Defendant. | |

Plaintiffs Facebook, Inc., Instagram, LLC and WhatsApp Inc. give notice that on February 9, 2021, they served upon all parties their Production of Electronically Stored Information in accordance with General Order 17-08, sec. C(2).

DATED: February 10, 2021

SNELL & WILMER L.L.P.

By: /s/ Jacob C. Jones
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp Inc.