SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiff and
Counterclaim Defendant,
Facebook, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Facebook, Inc., Instagram, LLC, and Whatsapp Inc.,<br><br>    Plaintiffs,<br>v.<br>Namecheap, Inc. and Whoisguard, Inc.,<br><br>    Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF FACEBOOK'S MOTION TO DISMISS WHOISGUARD'S FIRST AMENDED COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
|---|---|
| Whoisguard, Inc.<br><br>    Counterclaimant,<br>v.<br>Facebook, Inc.<br><br>    Counter-defendant. | |

I, David J. Steele, declare as follows:

1. I am a partner at the law firm Tucker Ellis LLP, and counsel for Plaintiffs in this action. I make this declaration of my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Facebook's United States service mark registration, Registration number 4,659,777, was issued December 23, 2014, reciting the following services in class 035: Promoting the goods and services of others over the Internet. Attached as Exhibit A to this Declaration is a true and correct, annotated copy of the specimen submitted to the U.S. Patent and Trademark Office for the '777 Registration, showing two advertisements for the goods and services of others (including an ad for food delivery) depicted on the FB Newswire Facebook page, which is accessed over the Internet and utilizes the FB Trademark. This supports use of the FB Trademark for the '777 Registration in connection with promoting the goods and service of others over the Internet.

3. Facebook's United States service mark registration, Registration number 4,764,764, was issued June 30, 2015, reciting the following services in class 042: Computer services, namely, hosting online web facilities for others for organizing and conducting online meetings, gatherings, and interactive discussions; computer services in the nature of customized web pages featuring user defined information, personal profiles and information. Attached as Exhibit B to this Declaration is a true and correct, annotated copy of the specimen submitted to the U.S. Patent and Trademark Office for the '764 Registration, showing a video by the New Zealand Police department shared on the FB Newswire page with public comments. This supports use of the FB Trademark for the '764 Registration in connection with computer services in the nature of hosting web facilities for others and interactive discussions.

4. Facebook's United States service mark registration, Registration number 4,782,234, was issued July 28, 2015, reciting the following services in class 045: Internet based social introduction and social networking services. Attached as

1

Exhibit C to this Declaration is a true and correct, annotated copy of the specimen submitted to the U.S. Patent and Trademark Office for the '234 Registration, showing the ability to like, follow, and invite friends to like the FB Newswire page. This supports use of the FB Trademark for the '234 Registration in connection with Internet based social introduction and social networking services.

5. Facebook's United States service mark registration, Registration number 4,782,235, was issued July 28, 2015, reciting the following services in class 038: Providing online chat rooms and electronic bulletin boards for transmission of messages among registered users in the fields of collegiate life, general interest, classifieds, virtual community, and for social networking; and peer-to-peer photo sharing services, namely, electronic transmission of digital images among Internet and mobile device users. Attached as Exhibit D to this Declaration is a true and correct, annotated copy of the specimen submitted to the U.S. Patent and Trademark Office for the '235 Registration, showing Message boards and photo sharing. This supports use of the FB Trademark for the '235 Registration in connection with providing online chat rooms, bulletin boards, and peer-to-peer photo sharing services.

6. On December 18, 2020, I went to the Facebook Brand Resource Center website located at en.facebookbrand.com, which Whoisguard cites in ¶ 39 of its Counterclaims. I observed that the webpage prominently displayed the FB Trademark as its favicon on the web browser tab on which the website was displayed. A true and correct screen capture of the Facebook Brand Resource Center's webpage's display of the FB Trademark as its favicon is attached to this Declaration as Exhibit E.

7. On December 18, 2020, I visited the Facebook Brand Resource Center website located at en.facebookbrand.com, which Whoisguard cites in ¶ 39 of its Counterclaims. The website contained an easily locatable link to "Our Trademarks," which directed me a page at en.facebookbrand.com/trademarks that contains a list of Facebook's trademarks, including the FB Trademark, which was listed as being associated with "App, Platform, Service, Social Network." A true and correct annotated

copy of a screen capture of the Facebook Brand Resource Center's page containing the "Our Trademarks" link is attached to this Declaration as Exhibit F, at pg. 2, and the page containing the list of trademarks at pg. 3-9.

8. On December 18, 2020, I visited Facebook's Facebook page, available at www.facebook.com/facebook, and witnessed that the FB Trademark was prominently displayed on the page as Facebook's profile picture. Facebook's Facebook page indicates that it is "liked" by over 20,000,000 people and followed by over 21,000,000 people. A true and correct annotated copy of a screen capture of a portion of Facebook's Facebook page displaying the FB Trademark as Facebook's profile picture is attached to this Declaration as Exhibit G.

9. On December 18, 2020, I went to Facebook's Facebook page, www.facebook.com/facebook, which prominently displays the FB Trademark as Facebook's profile picture, and witnessed Facebook's promotion of the goods and services of others over the Internet, including a December 2, 2020, post promoting small businesses and asking customers of small businesses to share "what makes the business they love special." Clicking the images in the post displays information about each small business. A true and correct annotated copy of a screen capture of a portion of Facebook's Facebook page displaying this use of the FB Trademark in commerce is attached to this Declaration as Exhibit H.

10. On December 18, 2020, I went to Facebook's Facebook page, www.facebook.com/facebook, which prominently displays the FB Trademark as Facebook's profile picture, and witnessed posts, with comments by users, events, and links to users' own customized web pages that they customize with their own content, personal profiles, and information. *See* Exhibit H, *supra*.

11. On December 18, 2020, I went to Facebook's Facebook page, www.facebook.com/facebook, which prominently displays the FB Trademark as Facebook's profile picture, and witnessed posts linking users to others and their stories, including bulletin board services transmitting message and photo sharing among

3

registered users. For example, a post on December 1, 2020, asks users what they are "giving back this Giving Season" and shows the story of Emergency RV, which donates refurbished RVs to families who have lost their homes in natural disasters. The post shares a picture and invites others to share their stories. The post has received over 212,000 reactions, 11,000 comments, and 15,000 shares. A true and correct annotated copy of a screen capture of a portion of Facebook's Facebook page displaying this use of the FB Trademark in commerce is attached to this Declaration as Exhibit I.

12. On December 18, 2020, I visited to Facebook's Twitter page, available at www.facebook.com/facebook, which prominently displays the FB Trademark as Facebook's profile picture and advertises Facebook's services. A link to the company's own social media platform, at about.fb.com, is provided in the user profile. A true and correct annotated copy of a screen capture of a portion of Facebook's Twitter page displaying this use of the FB Trademark in commerce is attached to this Declaration as Exhibit J.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 10, 2021 in Fullerton, California.

*s/ David J. Steele*
DAVID J. STEELE