# Exhibit A

**Registration No. 4,659,777**



Class 035: Promoting the goods and services of others over the Internet

# Exhibit B

**Registration No. 4,764,764**



Class 042: computer services in the nature of customized web pages featuring user designed information, personal profiles and information

**Registration No. 4,764,764**



Class 042: computer services, namely, hosting web facilities for others for organizing and conducting online meetings, gatherings, and interactive discussions

Registration No. 4,764,764



Class 042: computer services, namely, hosting web facilities for others for organizing and conducting online meetings, gatherings, and interactive discussions

Exhibit C

**Registration No. 4,782,234**



Class 045: Internet based social introduction and social networking services

**Registration No. 4,782,234**



Class 045: Internet based social introduction and social networking services

Registration No. 4,782,234



# Exhibit D

Registration No. 4,782,235



Class 038: Providing online chat rooms . . . for transmission of messages among registered users in the fields of . . . general interest, . . . virtual community, and for social networking

Registration No. 4,782,235



Registration No. 4,782,235



Exhibit E



# Exhibit F









Brand Resources                                                          My Requests

Trademark Overview      Trademark Glossary      Trademark Logos      Affiliated Companies

G – O

Gram                                    Loosely Exactly Nicole
App, Platform, Service                  Show

Hefe                                    Ludwig
Filter                                  Filter

Herobound                               Mayfair
Video Game                              Filter

Horizon                                 Messenger
Platform

Hudson                                  Nashville
Filter                                  Filter

Hyperlapse                              Oculus
App                                     Headset, Software development kit (SDK)

IG                                      Oculus Connect
App, Platform, Service                  Event

IGTV                                    Oculus Go
App, Platform, Service                  Headset

Inkwell                                 Oculus Insight
Filter                                  Technology

Insta                                   Oculus Quest
App, Platform, Service                  Headset

Instagram                               Oculus Ready
App, Platform, Service                  Hardware

Instameet                               Oculus Rift
Event                                   Headset

Juno                                    Oculus Touch
Filter                                  Controller

Lark                                    Oculus VR
Filter                                  Company name







