# Exhibit G



# Exhibit H









# Exhibit I





# Exhibit J

