**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:     310-282-0690
Facsimile:      310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com


**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, | CASE NO. 2:20-cv-00470-GMS |
| Plaintiffs, | **NOTICE OF LODGING OF REGISTRAR'S CERTIFICATE** |
| v. | |
| Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Namecheap, Inc., registrar of the Internet domain names at issue in this action, lodges the attached Registrar's Certificate with the Court.

DATED:  February 22, 2021

**ROME & ASSOCIATES, A.P.C.**

By:  *s/ Brianna Dahlberg*
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:     310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com


**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants
Namecheap, Inc. and WhoisGuard, Inc.


## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, | CASE NO. 2:20-cv-00470-GMS |
| Plaintiffs, | **REGISTRAR'S CERTIFICATE** |
| v. | |
| Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, | |
| Defendants. | |

I, Hillan Klein, hereby declare:

1.      I am the Chief Operating Officer of Namecheap, Inc. ("Namecheap") and make this declaration on its behalf. I have personal knowledge of the facts stated herein and would testify to such facts if so called to testify.

2.      Namecheap is the registrar of the domain names listed in Attachment A (the "Domain Names"), which were recently identified as allegedly infringing by counsel for Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. (collectively, "Plaintiffs") in a letter dated Februrary 9, 2021.

3.      Namecheap has placed the Domain Names on registrar lock, thus preventing the Domain Names from being transferred, modified, or otherwise managed or manipulated.

4.      Namecheap will not modify the status of the Domain Names unless and until instructed to do so by Order of the Court in the instant case.

5.      Therefore, the Domain Names should be construed to be under the dominion and control of the Court until such time as Namecheap receives further instruction with regard to the Domain Names.

6.      I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 22, 2021

By: _____
       Hillan Klein

1
**REGISTRAR'S CERTIFICATE**