# Attachment A

1. acc-fac3book.info
2. acc-fbsecure.info
3. accountfb-update.com
4. accountfbmaintenance.com
5. accountfbsecure.org
6. accountfbverify.com
7. appsfbvideos.co
8. conffrwfb-news.site
9. confirm-accountfb.com
10. confirmaccountfb.com
11. copyrights-fb.com
12. download-instagram.com
13. fa1cebook.com
14. facbooklogin.online
15. facbooknews.xyz
16. face-book-marketplace354565.com
17. face-book-vehicules-9393.com
18. faceabook.club
19. faceb00k-90342495192470144.cam
20. faceb0ok.me
21. faceb0okk.com
22. facebeek.website
23. facebo-k.com
24. facebo0k.net
25. facebocc.com
26. facebockk.com
27. facebok-maket-place-item-713678.com
28. facebok-market-place-id44photobc884815246666-item.com
29. facebok.cam
30. facebokpage.com
31. facebooh.xyz
32. facebooik.net
33. faceboook-business3856681.com
34. faceboook-page1454544485.com
35. faceboook-page14584851454.com
36. faceboook-page154584854.com
37. faceboook-page1888474.com
38. faceboook-page2104591227.com
39. faceboook-page215458545.com
40. faceboook-page2215458775.com
41. faceboook-page2773104.com
42. faceboook-page32145785.com
43. faceboook-page32541874.com

44. faceboook-page39155072.com
45. faceboook-page47452148.com
46. faceboook-page48710082.com
47. faceboook-page514585845.com
48. faceboook-page51474541.com
49. faceboook-page51478458784.com
50. faceboook-page52145854145.com
51. faceboook-page545875488.com
52. faceboook-page5484785458.com
53. faceboook-page548548548.com
54. faceboook-page54884548.com
55. faceboook-page548845485.com
56. faceboook-page62145858.com
57. faceboook-page62545844.com
58. faceboook-page62545878.com
59. faceboook-page6352612.com
60. faceboook-page6514588.com
61. faceboook-page652154854.com
62. faceboook-page65485858.com
63. faceboook-page67912739118.com
64. faceboook-page719433812305.com
65. faceboook-page720172883.com
66. faceboook-page7210869558.com
67. faceboook-page7346223.com
68. faceboook-page737015273.com
69. faceboook-page76254332.com
70. faceboook-page847299103.com
71. faceboook-page8554885488.com
72. faceboook-page90524307564.com
73. faceboook-page9128956104.com
74. faceboook-page9840153826.com
75. faceitbook.website
76. faecebook.xyz
77. fb-business-item-8279205817954.com
78. fb-business-item-938692603825.com
79. fb-business-item.online
80. fb-business-page215485515.com
81. fb-business-page38287463.com
82. fb-business-page636881528.com
83. fb-houses.com
84. fb-item-029873322.com
85. fb-item-9376649222.com
86. fb-item-marketplace-1998498863045.casa

87. fb-listing-realpages1167492176.com
88. fb-listing-realpages1643795208.com
89. fb-listing-realpages817364590.com
90. fb-listing.com
91. fb-listingrealpages4186281.com
92. fb-listingrealpages41862937.com
93. fb-listingrealpages6284951307.com
94. fb-listingrealpages741369852.com
95. fb-listingrealpages74829136.com
96. fb-listingrealpages821793465.com
97. fb-listingrealpages82643719.com
98. fb-listingrealpages846192.com
99. fb-listingrealpages8472638491.com
100. fb-listingrealpages8527413690.com
101. fb-listingrealpages9173465280.com
102. fb-listings-marketplace.com
103. fb-marketplace-1254158458.com
104. fb-marketplace-1254874758.com
105. fb-marketplace-1458452145.com
106. fb-marketplace-1521451452.com
107. fb-marketplace-15214552152.com
108. fb-marketplace-201521845.com
109. fb-marketplace-21454851458.com
110. fb-marketplace-21455152145.com
111. fb-marketplace-2152415454.com
112. fb-marketplace-21524582145.com
113. fb-marketplace-215284154.com
114. fb-marketplace-215465326.com
115. fb-marketplace-21548514.com
116. fb-marketplace-2154858.com
117. fb-marketplace-21552145214.com
118. fb-marketplace-215785148.com
119. fb-marketplace-2158420120.com
120. fb-marketplace-23145145.com
121. fb-marketplace-235484695.com
122. fb-marketplace-241845254.com
123. fb-marketplace-2514158478.com
124. fb-marketplace-25145848.com
125. fb-marketplace-25154545415.com
126. fb-marketplace-2548454155.com
127. fb-marketplace-26548754.com
128. fb-marketplace-283782.com
129. fb-marketplace-321251415.com

130. fb-marketplace-32145845.com
131. fb-marketplace-321458785.com
132. fb-marketplace-3214588478.com
133. fb-marketplace-32152145841.com
134. fb-marketplace-3251454455.com
135. fb-marketplace-32654853645.com
136. fb-marketplace-36215454158.com
137. fb-marketplace-3625415845.com
138. fb-marketplace-36276735.com
139. fb-marketplace-4.store
140. fb-marketplace-514584584.com
141. fb-marketplace-521457550.com
142. fb-marketplace-52415484541.com
143. fb-marketplace-56458784.com
144. fb-marketplace-6215845566.com
145. fb-marketplace-63145458458.com
146. fb-marketplace-63214578145.com
147. fb-marketplace-63254154152.com
148. fb-marketplace-6341584524.com
149. fb-marketplace-65458452.com
150. fb-marketplace-654584548.com
151. fb-marketplace-65548659.com
152. fb-marketplace-add.com
153. fb-marketplace-business.com
154. fb-marketplace-item-93792068275.com
155. fb-marketplace-item24912.com
156. fb-marketplace-item79381048919310.com
157. fb-marketplace-items-for-sale.xyz
158. fb-marketplace-items-forsale.xyz
159. fb-marketplace-realtor.com
160. fb-marketplace-selling.online
161. fb-marketplace-trading-uk-item872363543.com
162. fb-marketplace-voiture.com
163. fb-marketplacee-item.xyz
164. fb-online-business.com
165. fb-page-100232211.com
166. fb-page9488-listingid57939.com
167. fb-pages-photography-listing398850.com
168. fb-pages-photography-listing490845.com
169. fb-pages-photography-listing765580.com
170. fb-pages-photography-listing767804.com
171. fb-pages-properties-listing1807644.com
172. fb-pages-properties-listing550896.com

173. fb-pages-properties-listing767804.com
174. fb-pages-properties-listing850043.com
175. fb-pages-realestateid-listing1590075.com
176. fb-pages-realestateid-listing1807644.com
177. fb-pages-realestateid-listing198754.com
178. fb-pages-realestateid-listing295774.com
179. fb-pages-realestateid-listing398742.com
180. fb-pages-realestateid-listing744993.com
181. fb-pages-realestateid-listing749302.com
182. fb-pages-realestateid-listing7539640.com
183. fb-pages-realestateid-listing7546933.com
184. fb-pages-realestateid-listing764902.com
185. fb-pages-realestateid-listing768094.com
186. fb-pages-realestateid-listing981583.com
187. fb-pagetravelagencylisting232.com
188. fb-policyupdate.com
189. fb-policyupdate.us
190. fb-post78471984932.com
191. fb-posting-38847720.com
192. fb-product47284.cyou
193. fb-profile-gloria-brown6353dom742685.com
194. fb-profille-lark2daffodil.club
195. fb-profille-lark4daffodil.club
196. fb-profille-lark6daffodil.club
197. fb-profille-melicentanita.club
198. fb-properties.com
199. fb-protection-listing-ad-list38271242.com
200. fb-realestate-business.com
201. fb-realestate-marketplace.com
202. fb-realestate.com
203. fb-realpages-listing753148620.com
204. fb-realtor-marketplace.com
205. fb-realtor-marketplace.us
206. fb-realtors-page236586.us
207. fb-realtors-page789435.link
208. fb-secure.icu
209. fb-sex-group.com
210. fb-shop-marketplace.com
211. fb-store-marketplace.com
212. fb-vehicle-marketplace-item-65768863423.xyz
213. fb-video-xxx.club
214. fb-videos-app.xyz
215. fb19847-page57893-real-estate-item45672.house

216. fb23495-page78649-real-estate-item89234.house
217. fb23564-page89236-real-estate-item789354.com
218. fb23574-page78235-real-estate-item67456.house
219. fb24536-page78638-real-estate-item26754.house
220. fb25367-page68934-real-estate-item78935.house
221. fb25435-real-estate-item85645-page18745.estate
222. fb28764-page67456-real-estate-item68456.house
223. fb34567-page27893-real-estate-item76522.house
224. fb35562-page78656-real-estate-item39824.house
225. fb52437-page923456-real-estate-item4657.house
226. fb5464523-item87545442.com
227. fb57893-page57869-real-estate-item25634.house
228. fb67354-page67856-real-estate-item28945.house
229. fb67823-page89354-real-estate-item44567.house
230. fb67894-page87653-real-estate-item89765.house
231. fb68924-page18793-real-estate-item78845.house
232. fb73456-page23345-real-estate-item89354.house
233. fb73456-page37846-real-estate-item22784.house
234. fb758643-page26745-real-estate-item98745.house
235. fb76534-page84657-real-estate-item38765.house
236. fb78354-page785623-real-estate-item98756.house
237. fb78354-page78945-real-estate-item57682.house
238. fb78456-page29874-real-estate-item48875.house
239. fb78645-page68975-real-estate-item46758.house
240. fb78893-page25546-real-estate-item89036.house
241. fb87364-page82343-real-estate-item89567.house
242. fb87665-page28645-real-estate-item84567.house
243. fb876745-page92341-real-estate-item34673.house
244. fb87945-page29834-real-estate-item78456.house
245. fb88924-page35645-real-estate-item92563.house
246. fb89934-page46578-real-estate-item72345.house
247. fbcopyright-contact.com
248. fbcopyright-support.com
249. fbcopyrighthelp-10000319452679.com
250. fbcopyrightmedia-100006149463.com
251. fbcopyrightsconnect.com
252. fbcopyrightshelp.com
253. fbcopyrightviolation.com
254. fbdesignlistingpage32232.com
255. fbhousesforsaleandrentpage5423.com
256. fblistingpageforbusiness.com
257. fblistingpageshouse6174.com
258. fblistingrealpages7486821.com

259. fbmarketplace-2154521452.com
260. fbmarketplaceitem744016979710151.com
261. fbmarketplaceitemf3501339902616401792.com
262. fbpagehomeforsaleandrentlisting232323.com
263. fbpagesmanager.com
264. fbpagesmedia.com
265. fbsecurelogin.com
266. ffcebook.xyz
267. helpfor-lnstagram.com
268. igbadge.info
269. inst-agram.com
270. instagfam.com
271. instagr-m.com
272. instagram-mail.host
273. instagramfotodownload.com
274. instagramhiddensecrets.com
275. instagramignite.com
276. instagramisreallife.com
277. instagrammarketingsecrets.club
278. instagrampickup.com
279. instagrom.org
280. instaqramsupportt.com
281. instatogram.xyz
282. instaverified.club
283. instgram-lk.xyz
284. instragram.xyz
285. ipokerfacebook.com
286. isa0rtega-pr0filefaceb00k.club
287. listing-realestate-452136587487-fb.com
288. lnst-agram.com
289. longislandinstagram.com
290. mailx-lnstagram.com
291. marketfbk34351.site
292. marketplace-item-1548956126546845659-fb.com
293. marketplace-item-541526591478511-fb.com
294. marketplace7662587facebok.com
295. marketplacefbrealestat.club
296. marketplacefbrealestat.digital
297. marketplacefbrealtorpeople.site
298. mfaceboock-item2384723.com
299. mtr-facebo0k.com
300. oculusquest.link
301. page-fb-properties962632-gg3446634house4634.com

302. page-fb-properties962632-homessale342423.com
303. partyinstagram.com
304. pinstagramparty.com
305. policy-activityfb.com
306. policy-fbupdate.com
307. policyupdatefb.org
308. post235834-fb-marketplace.com
309. profile89329-fbk-property.com
310. profille-fb-account.com
311. profille-isabel0rtegafaceb00k.club
312. realestahelpingpeoplefbmarketplac.casa
313. realestahelpingpeoplefbmarketplac.club
314. realestate-listing-23514578454856-fb.com
315. realestate-listing-2548565489569856-fb.com
316. realestate-listing-3552145687458968-fb.com
317. realestate-listing-365214254788654-fb.com
318. realestate-listing-4123589685632563-fb.com
319. realestate-listing-41235896896359-fb.com
320. realestate-listing-45123658789525-fb.com
321. realestate-listing-45235869856325-fb.com
322. realestate-listing-455236985214521-fb.com
323. realestate-listing-485255896569856-fb.com
324. realestate-listing-52369874125879-fb.com
325. realestate-listings-25852545256525-fb.com
326. realestate-listings-365214254798658-fb.com
327. realestate-listings-36521458267239-fb.com
328. realestate-listings-45265846985625-fb.com
329. realestate-listings-584565498585669-fb.com
330. realestatemarketfb.email
331. realestatemarketfb.site
332. realestatemarketfb.store
333. realestatemarketfb.work
334. realtorpeoplefbmarketplace.email
335. realtorpeoplefbmarketplace.site
336. realtorpeoplefbmarketplace.store
337. relatorthefieldslernerfbmarketplace.us
338. reviewfbkdetails.com
339. robot-helpfb.host
340. securepolicyfb.com
341. security-fbreview.com
342. skinstagramer.com
343. uninstagrammable.com
344. updatefbaccount.com

345. updatefbterms.com
346. verify-fb-account.com
347. viewfb-infofilefb.website
348. wastedinstagram.com
349. watsapp.store
350. whaatsapp0xa.club
351. whasappms.com
352. whatappweb.live
353. whatasapp.live
354. whatsupnow.xyz
355. whatsupp.link
356. whoblockedmeoninstagram.com