# Exhibit B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4213990 |
| **REGISTRATION DATE** | 09/25/2012 |
| **SERIAL NUMBER** | 85556684 |
| **MARK SECTION** | |
| MARK | NAMECHEAP (see, https://tmng-al.uspto.gov/resting2/api/img/85556684/large) |
| **ATTORNEY SECTION (current)** | |
| NAME | Liz Wang |
| FIRM NAME | ROME & ASSOCIATES, A.P.C. |
| STREET | 2029 CENTURY PARK E STE 1040 |
| CITY | LOS ANGELES |
| STATE | California |
| POSTAL CODE | 90067-2911 |
| COUNTRY | United States |
| PHONE | 310-282-0690 |
| FAX | 310-282-0691 |
| EMAIL | lsaura@romeandassociates.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Eugene Rome |
| FIRM NAME | ROME & ASSOCIATES |
| INTERNAL ADDRESS | Suite 450 |
| STREET | 2029 Century Park East |
| CITY | LOS ANGELES |
| STATE | California |
| POSTAL CODE | 90067 |
| COUNTRY | United States |
| PHONE | 310-282-0690 |
| FAX | 310-282-0691 |
| EMAIL | erome@romeandassociates.com |

| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
|---|---|
| DOCKET/REFERENCE NUMBER | NC 4 213 990 |

## CORRESPONDENCE SECTION (current)

| NAME | LIZ WANG |
|---|---|
| FIRM NAME | ROME & ASSOCIATES, A.P.C. |
| STREET | 2029 CENTURY PARK E STE 1040 |
| CITY | LOS ANGELES |
| STATE | California |
| POSTAL CODE | 90067-2911 |
| COUNTRY | United States |
| PHONE | 310-282-0690 |
| FAX | 310-282-0691 |
| EMAIL | lsaura@romeandassociates.com; erome@romeandassociates.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | Eugene Rome |
|---|---|
| FIRM NAME | ROME & ASSOCIATES |
| INTERNAL ADDRESS | Suite 450 |
| STREET | 2029 Century Park East |
| CITY | LOS ANGELES |
| STATE | California |
| POSTAL CODE | 90067 |
| COUNTRY | United States |
| PHONE | 310-282-0690 |
| FAX | 310-282-0691 |
| EMAIL | erome@romeandassociates.com; eugeneromelaw@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | NC 4 213 990 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 035 |
|---|---|
| GOODS OR SERVICES | Providing reviews of web hosting services for commercial purposes |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-685434178-20181114150605481098_._specimen_1__4213990_.pdf |

| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150002.JPG |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150005.JPG |
| SPECIMEN DESCRIPTION | Specimen 1 - Nov 7, 2018 computer screenshots of owner's website home page which feature the mark in proximity to the web hosting, domain name parking, domain name registration, and the subject computer services; pages 1-2 include a section called "Host Your Website" and a link, https://www.namecheap.com/hosting/ , to owner's hosting services; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce. |
| INTERNATIONAL CLASS | 039 |
| GOODS OR SERVICES | Parking domain names for others, namely, providing computer servers for facilitation of the storage of domain name addresses |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-2-685434178-20181114150605481098_._specimen_2__4213990_.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150010.JPG |
| ORIGINAL PDF FILE | SPN1-1-685434178-20181114150605481098_._specimen_1__4213990_.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150012.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150013.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150014.JPG |
| SPECIMEN DESCRIPTION | Specimen 2 - Nov 7, 2018 computer screenshots of website pages from owner's "Support - Knowledgebase - Domains - Domain Management section which feature the mark in proximity to a "how-to" response to a consumer regarding how to manually map a domain name to owner's Parking page; personal identifying information, including a photograph and a name of the consumer has been redacted to protect possible privacy rights. Specimen 1 - also applies. |
| INTERNATIONAL CLASS | 042 |
| GOODS OR SERVICES | Computer services, namely, domain forwarding services; Computer services, namely, interactive hosting services which allow the user to publish and share their own content and images on-line; Domain name search services, namely, conducting online computerized searches for the availability of domain names ; Hosting internet sites for others; Hosting of digital content on the Internet; Hosting of web sites; Hosting websites on the Internet; Maintenance of websites and hosting on-line web facilities for others; Online computer services, namely, providing spam filtering services to protect websites and online applications from receiving unsolicited messages; Providing an online website for creating and hosting micro websites for businesses; Web site hosting services |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF | SPN2-685434178-20181114150605481098_._specimen_3__4213990_.pdf |

| FILE | |
|---|---|
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150015.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150016.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150017.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150018.JPG |
| **SPECIMEN DESCRIPTION** | Specimen 1 - Nov 7, 2018 computer screenshots of owner's website home page which feature the mark in proximity to the web hosting, domain name parking, domain name registration, and the subject computer services; pages 1-2 include a section called "Host Your Website" and a link, https://www.namecheap.com/hosting/ , to owner's hosting services; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce. |
| **INTERNATIONAL CLASS** | 045 |
| **GOODS OR SERVICES** | Domain name registration services |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN3-685434178-20181114150605481098_._specimen_3__4213990_.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150019.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150020.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150021.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150022.JPG |
| **ORIGINAL PDF FILE** | SPN3-685434178-20181114150605481098_._specimen_1__4213990_.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150023.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150024.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150025.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\566\85556684\xml3\8150026.JPG |
| **SPECIMEN DESCRIPTION** | Specimen 3 - Nov 7, 2018 computer screenshots of website pages from owner's "Domains - Registration - ccTLD" section which feature the mark in proximity to choosing a domain with owner; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce; a link to owner's domain name registration services is: https://www.namecheap.com/domains/registration/results.aspx?domain=domain%20name%20registration%20services Specimen 1 - also applies. |
| **OWNER SECTION (current)** | |
| **NAME** | Namecheap, Inc. |
| **STREET** | 11400 W. Olympic Boulevard, Suite 200 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90064 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |

| NAME | Namecheap, Inc. |
|---|---|
| INTERNAL ADDRESS | Suite 305 |
| STREET | 4600 East Washington Street |
| CITY | Phoenix |
| STATE | Arizona |
| ZIP/POSTAL CODE | 85034 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 4 |
| NUMBER OF CLASSES PAID | 4 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 1300 |
| GRACE PERIOD FEE FOR §8 | 400 |
| TOTAL FEE PAID | 1700 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /eugene rome/ |
| SIGNATORY'S NAME | EUGENE ROME |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 11/14/2018 |
| SIGNATORY'S PHONE NUMBER | 310-282-0690 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Nov 14 18:36:35 EST 2018 |
| TEAS STAMP | USPTO/S08N15-XX.XX.XX.XXX -20181114183635086135-421 3990-610cf7860cdd58c6c999 7b0743e62e4cc2ac8c753e117 04738e7b2453fb725876-CC-5 806-20181114150605481098 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4213990
**REGISTRATION DATE:** 09/25/2012

**MARK:** NAMECHEAP

The owner, Namecheap, Inc., a corporation of Delaware, having an address of
  Suite 305
  4600 East Washington Street
  Phoenix, Arizona 85034
  United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 035, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing reviews of web hosting services for commercial purposes; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Specimen 1 - Nov 7, 2018 computer screenshots of owner's website home page which feature the mark in proximity to the web hosting, domain name parking, domain name registration, and the subject computer services; pages 1-2 include a section called "Host Your Website" and a link, https://www.namecheap.com/hosting/ , to owner's hosting services; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce..

**Original PDF file:**
SPN0-685434178-20181114150605481098_._specimen_1__4213990_.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

For International Class 039, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Parking domain names for others, namely, providing computer servers for facilitation of the storage of domain name addresses; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Specimen 2 - Nov 7, 2018 computer screenshots of website pages from owner's "Support - Knowledgebase - Domains - Domain Management section which feature the mark in proximity to a "how-to" response to a consumer regarding how to manually map a domain name to owner's Parking page; personal identifying information, including a photograph and a name of the consumer has been redacted to protect possible privacy rights. Specimen 1 - also applies..

**Original PDF file:**
SPN1-2-685434178-20181114150605481098_._specimen_2__4213990_.pdf

**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPN1-1-685434178-20181114150605481098_._specimen_1__4213990_.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

For International Class 042, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Computer services, namely, domain forwarding services; Computer services, namely, interactive hosting services which allow the user to publish and share their own content and images on-line; Domain name search services, namely, conducting online computerized searches for the availability of domain names ; Hosting internet sites for others; Hosting of digital content on the Internet; Hosting of web sites; Hosting websites on the Internet; Maintenance of websites and hosting on-line web facilities for others; Online computer services, namely, providing spam filtering services to protect websites and online applications from receiving unsolicited messages; Providing an online website for creating and hosting micro websites for businesses; Web site hosting services; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Specimen 1 - Nov 7, 2018 computer screenshots of owner's website home page which feature the mark in proximity to the web hosting, domain name parking, domain name registration, and the subject computer services; pages 1-2 include a section called "Host Your Website" and a link, https://www.namecheap.com/hosting/ , to owner's hosting services; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce..

**Original PDF file:**
SPN2-685434178-20181114150605481098_._specimen_3__4213990_.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

For International Class 045, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Domain name registration services; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Specimen 3 - Nov 7, 2018 computer screenshots of website pages from owner's "Domains - Registration - ccTLD" section which feature the mark in proximity to choosing a domain with owner; the website also contains links, processes, "Account" and other functionality regarding the purchase and use of the services in commerce; a link to owner's domain name registration services is: https://www.namecheap.com/domains/registration/results.aspx?domain=domain%20name%20registration%20services Specimen 1 - also applies..

**Original PDF file:**
SPN3-685434178-20181114150605481098_._specimen_3__4213990_.pdf

**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
**Original PDF file:**
SPN3-685434178-20181114150605481098_._specimen_1__4213990_.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
The registrant's current Attorney Information: Liz Wang of  ROME & ASSOCIATES, A.P.C.
   2029 CENTURY PARK E STE 1040
   LOS ANGELES, California 90067-2911
   United States
The phone number is 310-282-0690.
The fax number is 310-282-0691.
The email address is lsaura@romeandassociates.com. (authorized)

The registrant's proposed Attorney Information: Eugene Rome of  ROME & ASSOCIATES
   Suite 450
   2029 Century Park East
   LOS ANGELES, California 90067
   United States The docket/reference number is NC 4 213 990.

The phone number is 310-282-0690.
The fax number is 310-282-0691.
The email address is erome@romeandassociates.com. (authorized)
The registrant's current Correspondence Information: LIZ WANG of  ROME & ASSOCIATES, A.P.C.
   2029 CENTURY PARK E STE 1040
   LOS ANGELES, California 90067-2911
   United States
The phone number is 310-282-0690.
The fax number is 310-282-0691.
The email address is lsaura@romeandassociates.com; erome@romeandassociates.com. (authorized)

The registrant's proposed Correspondence Information: Eugene Rome of  ROME & ASSOCIATES
   Suite 450
   2029 Century Park East
   LOS ANGELES, California 90067
   United States The docket/reference number is NC 4 213 990.

The phone number is 310-282-0690.
The fax number is 310-282-0691.
The email address is erome@romeandassociates.com; eugeneromelaw@gmail.com. (authorized)

A fee payment in the amount of $1700 will be submitted with the form, representing payment for 4 class(es), plus any additional grace period fee, if necessary.

## Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /eugene rome/   Date: 11/14/2018
Signatory's Name: EUGENE ROME
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 310-282-0690

Mailing Address (**current**):
  ROME & ASSOCIATES, A.P.C.
  2029 CENTURY PARK E STE 1040
  LOS ANGELES, California 90067-2911

Mailing Address (**proposed**):
  ROME & ASSOCIATES
  2029 Century Park East
  LOS ANGELES, California 90067

Serial Number: 85556684
Internet Transmission Date: Wed Nov 14 18:36:35 EST 2018
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XXX-20181114183635
086135-4213990-610cf7860cdd58c6c9997b074
3e62e4cc2ac8c753e11704738e7b2453fb725876
-CC-5806-20181114150605481098



















































# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4213990

**Serial Number:**   85556684

**RAM Sale Number:  4213990**

**RAM Accounting Date: 20181115**

**Total Fees:**      $1700

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20181114 | $125 | 4 | 4 | $500 |
| §15 affidavit | 7208 | 20181114 | $200 | 4 | 4 | $800 |
| Grace period combined §8 & 15 | 7206 | 20181114 | $100 | 4 | 4 | $400 |

Physical Location: OUT  - NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20181114

