# Exhibit A

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Saturday, February 13, 2021 11:00 PM |
| To: | tmadmin@kilpatricktownsend.com |
| Cc: | fbprosecution@kilpatricktownsend.com |
| Subject: | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 4659777: FB: Docket/Reference No. 0022455 |

**U.S. Serial Number:** 77521957
**U.S. Registration Number:** 4659777
**U.S. Registration Date:** Dec 23, 2014
**Mark:** FB
**Owner:** Facebook, Inc.

Feb 13, 2021

**NOTICE OF ACCEPTANCE UNDER SECTION 8**

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

**REQUIREMENTS FOR MAINTAINING REGISTRATION**

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77521957&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77521957&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at **https://www.uspto.gov/trademark/** or contact the Trademark Assistance Center at 1-800-786-9199.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4659777 |
| **REGISTRATION DATE** | 12/23/2014 |
| **SERIAL NUMBER** | 77521957 |
| **MARK SECTION** | |
| **MARK** | FB (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Allisen Pawlenty-Altman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | Kilpatrick Townsend & Stockton LLP |
| **INTERNAL ADDRESS** | Mailstop: IP Docketing - 22 |
| **STREET** | 1100 Peachtree Street NE, Suite 2800 |
| **CITY** | Atlanta |
| **STATE** | Georgia |
| **POSTAL CODE** | 30309-4528 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 202-508-5800 |
| **FAX** | 202-508-5858 |
| **EMAIL** | tmadmin@kilpatricktownsend.com |
| **DOCKET/REFERENCE NUMBER** | 0022455 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Allisen Pawlenty |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kilpatrick Townsend & Stockton LLP |
| **INTERNAL ADDRESS** | Mailstop: IP Docketing - 22 |
| **STREET** | 1100 Peachtree Street NE, Suite 2800 |
| **CITY** | Atlanta |
| **STATE** | Georgia |

| | |
|---|---|
| **POSTAL CODE** | 30309-4528 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 202-508-5800 |
| **FAX** | 202-508-5858 |
| **EMAIL** | tmadmin@kilpatricktownsend.com |
| **DOCKET/REFERENCE NUMBER** | 0022455 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Allisen Pawlenty-Altman |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmadmin@kilpatricktownsend.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | fbprosecution@kilpatricktownsend.com |
| **DOCKET/REFERENCE NUMBER** | 0022455 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **GOODS OR SERVICES** | promoting the goods and services of others over the Internet |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-453762216-20201221112305234791_._FB-Specimen.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\775\219\77521957\xml1\S080002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\775\219\77521957\xml1\S080003.JPG |
| **ORIGINAL PDF FILE** | SPN0-453762216-20201221112305234791_._FB-Specimen2.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\775\219\77521957\xml1\S080004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\775\219\77521957\xml1\S080005.JPG |
| **SPECIMEN DESCRIPTION** | screen shots showing use of the mark in connection with the Class 35 services |
| **OWNER SECTION (current)** | |
| **NAME** | Facebook, Inc. |
| **MAILING ADDRESS** | 1601 Willow Road |
| **CITY** | Menlo Park |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94025 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Facebook, Inc. |

| | |
|---|---|
| **MAILING ADDRESS** | 1601 Willow Road |
| **CITY** | Menlo Park |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94025 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **FILING § 8 AFFIDAVIT PER CLASS** | 125 |
| **TOTAL FEE PAID** | 125 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /scott minden/ |
| **SIGNATORY'S NAME** | Scott Minden |
| **SIGNATORY'S POSITION** | Associate General Counsel |
| **DATE SIGNED** | 12/22/2020 |
| **SIGNATORY'S PHONE NUMBER** | contact attorney of record |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Dec 22 21:17:42 ET 2020 |
| **TEAS STAMP** | USPTO/SECT08-XX.XX.XX.XXX-20201222211742271327-4659777-750a91867f8e34f7c54a0b610b5be1e5e5847a11dc38a5a215a4a4a578312c85-CC-17407559-20201221112305234791 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4659777
**REGISTRATION DATE:** 12/23/2014

**MARK:** FB

**Current:** The owner, Facebook, Inc., a corporation of Delaware, having an address of
   1601 Willow Road
   Menlo Park, California 94025
   United States
   XXXX

**Proposed:** The owner, Facebook, Inc., a corporation of Delaware, having an address of
   1601 Willow Road
   Menlo Park, California 94025
   United States
   XXXX

is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 035, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: promoting the goods and services of others over the Internet ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots showing use of the mark in connection with the Class 35 services.

**Original PDF file:**
SPN0-453762216-2020122111 2305234791_._FB-Specimen.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-453762216-2020122111 2305234791_._FB-Specimen2.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The owner's/holder's current attorney information: Allisen Pawlenty-Altman. Allisen Pawlenty-Altman of Kilpatrick Townsend & Stockton LLP, is located at

   Mailstop: IP Docketing - 22
   1100 Peachtree Street NE, Suite 2800
   Atlanta, Georgia 30309-4528
   United States
The docket/reference number is 0022455.

The phone number is 202-508-5800.

The fax number is 202-508-5858.

The email address is tmadmin@kilpatricktownsend.com

The owner's/holder's proposed attorney information: Allisen Pawlenty. Allisen Pawlenty of Kilpatrick Townsend & Stockton LLP, is a member

of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    Mailstop: IP Docketing - 22
    1100 Peachtree Street NE, Suite 2800
    Atlanta, Georgia 30309-4528
    United States
The docket/reference number is 0022455.

The phone number is 202-508-5800.

The fax number is 202-508-5858.

The email address is tmadmin@kilpatricktownsend.com

Allisen Pawlenty submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
   Allisen Pawlenty-Altman
   PRIMARY EMAIL FOR CORRESPONDENCE: tmadmin@kilpatricktownsend.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): fbprosecution@kilpatricktownsend.com

The docket/reference number is 0022455.

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /scott minden/   Date: 12/22/2020
Signatory's Name: Scott Minden
Signatory's Position: Associate General Counsel
Signatory's Phone: contact attorney of record

Mailing Address **(current):**
  Kilpatrick Townsend & Stockton LLP
  1100 Peachtree Street NE, Suite 2800
  Atlanta, Georgia 30309-4528

Mailing Address **(proposed):**
  Kilpatrick Townsend & Stockton LLP
  1100 Peachtree Street NE, Suite 2800
  Atlanta, Georgia 30309-4528

Serial Number: 77521957
Internet Transmission Date: Tue Dec 22 21:17:42 ET 2020
TEAS Stamp: USPTO/SECT08-XX.XX.XX.XXX-20201222211742
271327-4659777-750a91867f8e34f7c54a0b610
b5be1e5e5847a11dc38a5a215a4a4a578312c85-

CC-17407559-20201221112305234791







  

**Related Videos**



Live with Dr. Anthony Fauci Recap
Facebook
9.1M views · December 1



As the Season of Giving kicks off, there are so many inspiring ways people ar...
Facebook
258K views · December 1



Giving Season: I'm Giving
Facebook
660K views · November 30



LIVE with Mark Zuckerberg & Dr. Anthony Fauci
Facebook
22M views · November 30



I'm Giving Magic | The Magic Yarn Project
Facebook
1.1M views · November 27



I'm Giving a Lifeline | Pilots N Paws
Facebook
4M views · November 27

We're Giving Shelter | Emergency RV
Facebook
6.6M views · November 27

I'm Giving Love | Haircut4Homeless
Facebook
8.5M views · November 27

Giving Season: We're giving shelter
Facebook
1M views · November 20

**Related Pages**                           See All



Facebook App
212,114,733 Followers · Website



Instagram
62,540,796 Followers · App Page



Google
30,826,020 Followers · Workplace & Office



Twitter
16,696,627 Followers · App Page

Pages ▸ Businesses ▸ Science, Technology & Engineering ▸ Information Technology Company ▸ Internet Company ▸ Facebook ▸ Videos ▸ Browse Products and Purchase in Facebook Shops

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 4659777

**Serial Number:** 77521957

**RAM Sale Number:** 4659777

**RAM Accounting Date:** 20201222

**Total Fees:** $125

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20201222 | $125 | 1 | 1 | $125 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20201222













**Related Videos**


Live with Dr. Anthony Fauci Recap
Facebook
9.1M views · December 1


As the Season of Giving kicks off, there are so many inspiring ways people ar...
Facebook
258K views · December 1


Giving Season: I'm Giving
Facebook
660K views · November 30


LIVE with Mark Zuckerberg & Dr. Anthony Fauci
Facebook
22M views · November 30


I'm Giving Magic | The Magic Yarn Project
Facebook
1.1M views · November 27


I'm Giving a Lifeline | Pilots N Paws
Facebook
4M views · November 27


We're Giving Shelter | Emergency RV
Facebook
6.6M views · November 27


I'm Giving Love | Haircut4Homeless
Facebook
8.5M views · November 27


Giving Season: We're giving shelter
Facebook
1M views · November 20

**Related Pages**                                                See All


Facebook App
212,114,733 Followers · Website


Instagram
62,540,796 Followers · App Page


Google
30,826,020 Followers · Workplace & Office

Twitter
16,696,627 Followers · App Page

Pages ▸ Businesses ▸ Science, Technology & Engineering ▸ Information Technology Company ▸ Internet Company ▸ Facebook ▸ Videos ▸ Browse Products and Purchase in Facebook Shops