# Exhibit D

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

### Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jan 13 03:32:23 EST 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  ____  OR  Jump  to record: ____     **600 Records(s) found (This page: 1 ~ 50)**

Refine Search (FB)[COMB]   Submit
Current Search: S2: **(FB)[COMB]** docs: 600 occ: 1325

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90444626 | | FB | TSDR | LIVE |
| 2 | 90159761 | | FB | TSDR | LIVE |
| 3 | 90449786 | | FB FANTASY BLOCK | TSDR | LIVE |
| 4 | 90300906 | | FB | TSDR | LIVE |
| 5 | 90329966 | | FB SOCIETY | TSDR | LIVE |
| 6 | 90389327 | | FB | TSDR | LIVE |
| 7 | 90134321 | | FB | TSDR | LIVE |
| 8 | 90129254 | | FISHBOUND FB | TSDR | LIVE |
| 9 | 90123467 | | RICOH IM 430FB | TSDR | LIVE |
| 10 | 90123611 | | RICOH IM C530FB | TSDR | LIVE |
| 11 | 90037410 | | FB | TSDR | LIVE |
| 12 | 90280804 | | FB FLURRY | TSDR | LIVE |
| 13 | 90032183 | | FB FIRE BEAUTY | TSDR | LIVE |
| 14 | 90369085 | | FB FEE BROTHERS 1864 | TSDR | LIVE |
| 15 | 90252042 | | FAT BOI SQUAD FBS | TSDR | LIVE |
| 16 | 90182806 | | 0211 FB | TSDR | LIVE |
| 17 | 90011413 | | BF BUTTS FOODS EST. 1935 | TSDR | LIVE |
| 18 | 90001709 | | CARBO BLOCKER FB | TSDR | LIVE |
| 19 | 88556040 | | FB | TSDR | LIVE |
| 20 | 88556013 | | FB | TSDR | LIVE |
| 21 | 88245160 | | FB3 | TSDR | LIVE |
| 22 | 88748435 | | FB FONTAINEBLEAU CONSTRUCTION | TSDR | LIVE |
| 23 | 88958491 | | FB FUTBOXING HIGH PERFORMANCE SPORTS TRAINING | TSDR | LIVE |
| 24 | 88941918 | 6227773 | FB FENGBAY | TSDR | LIVE |
| 25 | 88848948 | 6220163 | FB BLOCKFLIX | TSDR | LIVE |
| 26 | 88848910 | 6220162 | FB | TSDR | LIVE |
| 27 | 88607356 | 6217830 | FB FOREVER BEAUMORE | TSDR | LIVE |
| 28 | 88380023 | | FBS ORGANICS | TSDR | LIVE |

| 29 | 88380001 |  | FBS ORGANICS GOLD | TSDR | LIVE |
| --- | --- | --- | --- | --- | --- |
| 30 | 88907630 | 6210046 | FB FLIPBELT | TSDR | LIVE |
| 31 | 88194250 |  | FBS DEFENSE | TSDR | LIVE |
| 32 | 88380029 |  | FBS GOLD | TSDR | LIVE |
| 33 | 88587772 |  | FARM BELL FB | TSDR | LIVE |
| 34 | 88673328 |  | FB | TSDR | DEAD |
| 35 | 88610833 | 6188011 | FB FARM BOY PRODUCE, KOMBUCHA, LOCAL.SUSTAINABLE.ORGANIC. ORLANDO, FLORIDA | TSDR | LIVE |
| 36 | 88381968 |  | FB FONTAINEBLEAU BLEAU X | TSDR | LIVE |
| 37 | 88739843 |  | FBS | TSDR | DEAD |
| 38 | 88587757 | 6170888 | FARM BELL FB QUALITY ANIMAL GOODS | TSDR | LIVE |
| 39 | 88246276 | 6154060 | FLIGHT BROTHERS FB BREWING CO | TSDR | LIVE |
| 40 | 88948673 |  | FB FACE & BODY'S | TSDR | LIVE |
| 41 | 88336382 |  | FB | TSDR | LIVE |
| 42 | 88656466 |  | FBS ORGANICS GOLD BULLET | TSDR | LIVE |
| 43 | 88369632 |  | FB FONTAINEBLEAU DEVELOPMENT | TSDR | LIVE |
| 44 | 88307530 |  | FACEBAR FB | TSDR | DEAD |
| 45 | 88328544 |  | FB3 | TSDR | LIVE |
| 46 | 88778527 | 6124471 | FB JEWELS | TSDR | LIVE |
| 47 | 88475494 |  | FB FANTASY BEAUTY | TSDR | DEAD |
| 48 | 88679058 |  | FB | TSDR | LIVE |
| 49 | 88577446 |  | FB-FIRESIS | TSDR | LIVE |
| 50 | 88901979 |  | FB FITBOXING | TSDR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |