# Exhibit E



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

### Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 9 04:07:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **1293 Records(s) found (This page: 1 ~ 50)**

Refine Search (Insta)[COMB] [Submit]

**Current Search:** S1: **(Insta)[COMB]** docs: 1293 occ: 2486

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90196730 | | INSTACARE | TSDR | LIVE |
| 2 | 90054518 | | INSTAKNOW-ACE | TSDR | LIVE |
| 3 | 90134043 | | INSTASTYLE | TSDR | LIVE |
| 4 | 90304595 | | INSTASERVING | TSDR | LIVE |
| 5 | 90226775 | | INSTAVIBE | TSDR | LIVE |
| 6 | 90202583 | | INSTASERVING | TSDR | LIVE |
| 7 | 90236103 | | INSTALUMINOUS | TSDR | LIVE |
| 8 | 90054147 | | INSTA360 | TSDR | LIVE |
| 9 | 90059120 | | INSTASHIP | TSDR | LIVE |
| 10 | 90383465 | | INSTA-RESULTS | TSDR | LIVE |
| 11 | 90533158 | | INSTA SLIM | TSDR | LIVE |
| 12 | 90114270 | | INSTA FOB | TSDR | LIVE |
| 13 | 90366555 | | INSTA HEATER | TSDR | LIVE |
| 14 | 90283051 | | INSTA LEAP | TSDR | LIVE |
| 15 | 90283062 | | INSTA LEAP | TSDR | LIVE |
| 16 | 90195083 | | INSTA-BOND TECHNOLOGY | TSDR | LIVE |
| 17 | 90181464 | | INSTA HAIR | TSDR | LIVE |
| 18 | 90329766 | | INSTA-PLATFORM | TSDR | LIVE |
| 19 | 90463325 | | INSTA-FIRM | TSDR | LIVE |
| 20 | 90108975 | | INSTATILE | TSDR | LIVE |
| 21 | 90425705 | | "INSTA-TAP" IS THE NAME OF THE APP ITSELF AND IT APPEARS ON THE BASE OF OF THE LOGO/IMAGERY ITSELF. | TSDR | LIVE |
| 22 | 90201675 | | MTN OPS INSTA-GAITER | TSDR | LIVE |
| 23 | 90406499 | | INSTA SPARE | TSDR | LIVE |
| 24 | 90185301 | | INSTAJOINER | TSDR | LIVE |
| 25 | 90185269 | | INSTAMOUNT | TSDR | LIVE |
| 26 | 90275535 | | INSTA | TSDR | LIVE |
| 27 | 90054167 | | INSTA360 | TSDR | LIVE |
| 28 | 90054134 | | INSTA360 | TSDR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 29 | 90241403 | | SCORE-SHEET WITH INSTA-RANK | TSDR | LIVE |
| 30 | 90059128 | | INSTASHIP | TSDR | LIVE |
| 31 | 88837392 | | INSTA-GRIP | TSDR | LIVE |
| 32 | 88962871 | | THE INSTABOOTY | TSDR | LIVE |
| 33 | 88411256 | | INSTAQUOTE | TSDR | DEAD |
| 34 | 88929927 | | INSTASHIP | TSDR | LIVE |
| 35 | 88348362 | | INSTASHIELD | TSDR | LIVE |
| 36 | 88655196 | | INSTAPAY | TSDR | LIVE |
| 37 | 88540764 | | INSTAGRANT | TSDR | LIVE |
| 38 | 88766416 | | INSTAKARMA | TSDR | LIVE |
| 39 | 88884402 | 6274236 | INSTA BAE | TSDR | LIVE |
| 40 | 88245455 | 6273335 | INSTACRED | TSDR | LIVE |
| 41 | 88876978 | | INSTA FERTILITY | TSDR | LIVE |
| 42 | 88893748 | | Z INSTA COOLER | TSDR | DEAD |
| 43 | 88876276 | | INSTASHIELD | TSDR | LIVE |
| 44 | 88785148 | | INSTATAB WHY WAIT?, PAY & CLICK | TSDR | LIVE |
| 45 | 88896596 | | INSTA CLEAN | TSDR | DEAD |
| 46 | 88885672 | | INSTA LIVE INFO | TSDR | DEAD |
| 47 | 88977305 | 6071212 | INSTASHIELD | TSDR | LIVE |
| 48 | 88460131 | 6137386 | INSTAWINE | TSDR | LIVE |
| 49 | 88874457 | | INSTAGLO | TSDR | LIVE |
| 50 | 88961989 | | INSTABAR | TSDR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

tmsearch.uspto.gov/bin/showfield?f=toc&state=4802%3A6am7g.1.1&p_search=searchss&p_L=50&BackReference=&p_plural=yes&p_s_PARA1=&p_tagrepl~%3A… 2/2