SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>              Defendants. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION FOR ENTRY OF:**<br><br>**STIPULATED PROTECTIVE ORDER;**<br><br>**ORDER RE DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION; AND**<br><br>**FEDERAL RULE OF EVIDENCE 502(d) ORDER AND CLAWBACK AGREEMENT** |
| AND RELATED COUNTERCLAIM. | |

1

Pursuant to Rules 16 and 26(f), Federal Rules of Civil Procedure, and the Court's form Order Setting Rule 16 Case Management Conference, Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. and Defendant Namecheap, Inc. and Defendant and Counterclaimant WhoisGuard, Inc. (the "Parties"), through counsel, have discussed the need for (1) a stipulated protective order, (2) an order regarding discovery of electronically stored information, and (3) pursuant to Rule 502(d), Federal Rules of Evidence, an order regarding privileged or protected information and clawback thereof. Following that discussion, the Parties have agreed on the forms of these three proposed orders, which are attached hereto.

The Parties submit that good cause exists for the entry of the stipulated protective order because disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Entry of the stipulated protective order is also expected to further the goals described in Rule 1, Federal Rules of Civil Procedure, by reducing anticipated discovery conflicts and lessening the burden on the Court in resolving such discovery conflicts relating to the production and treatment of such confidential, proprietary, or private information. The Parties note that the stipulated protective order does not purport to grant pre-authorization to file any document under seal. Rather, the Parties will follow Civil Local Rule 5.6, and the applicable sealing standard, to the extent any Party believes there is a need to file a document under seal.

The Parties further respectfully submit that good causes exists for entry of the proposed Order re Discovery of Electronically Stored Information for Standard Litigation and the proposed Federal Rule of Evidence 502(d) Order and Clawback Agreement, because by entering and permitting the Parties to rely on these two Orders, the Court will advance the efficient administration of this action, in furtherance of the goals described in Rule 1, Federal Rules of Civil Procedure, as well as the matters described in Rules 16 and 26(f) and the comments thereto.


Respectfully Submitted this 16th day of March, 2021

DATED: March 16, 2021        SNELL & WILMER L.L.P.

By: /s/ *Jacob C. Jones*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp Inc.

DATED: March 16, 2021        ROME & ASSOCIATES, A.P.C.

By: /s/ *Brianna Dahlberg (with permission)*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg
2029 Century Park East
Suite 450
Los Angeles, CA 90067

FENNEMORE CRAIG, P.C.
Ray K. Harris
Mario C. Vasta
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016

Attorneys for Defendant
Namecheap, Inc. and Defendant and
Counterclaimant WhoisGuard, Inc.