# Exhibit 1

```
facabook.website
The queried object does not exist: previous registration D156482216-
CNIC was purged on 2021-03-14T13:29:29.0Z (DOMAIN NOT FOUND)


faceb0ok.xyz
The queried object does not exist: previous registration D153428801-
CNIC was purged on 2021-03-06T15:33:32.0Z (DOMAIN NOT FOUND)


facebeek.website
The queried object does not exist: previous registration D135959225-
CNIC was purged on 2021-01-02T03:52:34.0Z (DOMAIN NOT FOUND)


facebocc.com
No match for domain "FACEBOCC.COM".

facebooh.xyz
The queried object does not exist: previous registration D149549706-
CNIC was purged on 2021-02-18T03:02:36.0Z (DOMAIN NOT FOUND)


facebook-2020.com
No match for domain "FACEBOOK-2020.COM".


facebookcheckins.com
No match for domain "FACEBOOKCHECKINS.COM".


faceboooknews.xyz
The queried object does not exist: previous registration D155864226-
CNIC was purged on 2021-03-12T22:01:32.0Z (DOMAIN NOT FOUND)


faceboookvideo.xyz
The queried object does not exist: previous registration D155864231-
CNIC was purged on 2021-03-12T22:01:32.0Z (DOMAIN NOT FOUND)


facebouk.xyz
The queried object does not exist: previous registration D157133981-
CNIC was purged on 2021-03-17T02:00:26.0Z (DOMAIN NOT FOUND)


faceebook-support.com
No match for domain "FACEEBOOK-SUPPORT.COM".


faecbook.live
Domain not found.
```

```
faecbook.services
Domain not found.


fecebook.xyz
The queried object does not exist: previous registration D154893121-
CNIC was purged on 2021-03-10T14:54:26.0Z (DOMAIN NOT FOUND)


howtosellinstagramfollowers.com
No match for domain "HOWTOSELLINSTAGRAMFOLLOWERS.COM".


igstagram.com
No match for domain "IGSTAGRAM.COM".


instagram-girls.services
Domain not found.


instagramabletours.com
No match for domain "INSTAGRAMABLETOURS.COM".


instagramcopyrightfeedback.com
No match for domain "INSTAGRAMCOPYRIGHTFEEDBACK.COM".


instagramemailscraper.com
No match for domain "INSTAGRAMEMAILSCRAPER.COM".


instagramfaqs.com
No match for domain "INSTAGRAMFAQS.COM".


instagramgiris.website
The queried object does not exist: previous registration D155679206-
CNIC was purged on 2021-03-12T11:04:27.0Z (DOMAIN NOT FOUND)


instagramrevolutionsystem.com
No match for domain "INSTAGRAMREVOLUTIONSYSTEM.COM".


instagramshoutout.com
No match for domain "INSTAGRAMSHOUTOUT.COM".


instagramsupport.site
The queried object does not exist: previous registration D156872596-
CNIC was purged on 2021-03-15T19:14:22.0Z (DOMAIN NOT FOUND)
```

```
instagramsupportservice.site
The queried object does not exist: previous registration D153099266-
CNIC was purged on 2021-03-05T01:01:14.0Z (DOMAIN NOT FOUND)


vzlom-akkaunta-instagram.icu
The queried object does not exist: previous registration D155853441-
CNIC was purged on 2021-03-12T17:13:25.0Z (DOMAIN NOT FOUND)


vzlom-feicebook.icu
The queried object does not exist: previous registration D155852111-
CNIC was purged on 2021-03-12T17:13:22.0Z (DOMAIN NOT FOUND)


vzlom-instagram.icu
The queried object does not exist: previous registration D155853471-
CNIC was purged on 2021-03-12T17:34:26.0Z (DOMAIN NOT FOUND)


whatsapp-status-pro.online
The queried object does not exist: previous registration D154917581-
CNIC was purged on 2021-03-10T19:34:38.0Z (DOMAIN NOT FOUND)


whatsappdansohbet.site
The queried object does not exist: previous registration D156504256-
CNIC was purged on 2021-03-14T14:44:46.0Z (DOMAIN NOT FOUND)


whatsappdp.club
No Data Found


whatsappstatus.blog
The queried object does not exist: previous registration D154875141-
CNIC was purged on 2021-03-10T11:40:27.0Z (DOMAIN NOT FOUND)


whatsappstatus33.net
No match for "WHATSAPPSTATUS33.NET".

whatsappweb.club
No Data Found


whoblockedmeoninstagram.com
No match for domain "WHOBLOCKEDMEONINSTAGRAM.COM".


xxxinstagram.com
No match for domain "XXXINSTAGRAM.COM".
```