# Exhibit 2

```
Domain Name: fecbooks.com
Registry Domain ID:
Registrar WHOIS Server: whois.psi-usa.info
Registrar URL: https://www.psi-usa.info
Updated Date: 2021-03-14T11:03:37Z
Creation Date: 2021-03-14T10:46:47Z
Registrar Registration Expiration Date: 2022-03-14T10:46:47Z
Registrar: PSI-USA, Inc. dba Domain Robot
Registrar IANA ID: 151
Registrar Abuse Contact Email: domain-abuse@psi-usa.info
Registrar Abuse Contact Phone: +49.94159559482
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Admin Contact
Registrant Organization: PrivateName Services Inc.
Registrant Street: 1100-1200 West 73rd Avenue
Registrant City: Vancouver
Registrant State/Province: BC
Registrant Postal Code: V6P 6G5
Registrant Country: CA
Registrant Phone: +1.6047572882
Registrant Phone Ext:
Registrant Fax: +1.6047572882
Registrant Fax Ext:
Registrant Email: info@privatename.com
Registry Admin ID:
Admin Name: Admin Contact
Admin Organization: PrivateName Services Inc.
Admin Street: 1100-1200 West 73rd Avenue
Admin City: Vancouver
Admin State/Province: BC
Admin Postal Code: V6P 6G5
Admin Country: CA
Admin Phone: +1.6047572882
Admin Phone Ext:
Admin Fax: +1.6047572882
Admin Fax Ext:
Admin Email: info@privatename.com
Registry Tech ID:
Tech Name: Admin Contact
Tech Organization: PrivateName Services Inc.
Tech Street: 1100-1200 West 73rd Avenue
Tech City: Vancouver
Tech State/Province: BC
Tech Postal Code: V6P 6G5
Tech Country: CA
Tech Phone: +1.6047572882
Tech Phone Ext:
Tech Fax: +1.6047572882
Tech Fax Ext:
Tech Email: info@privatename.com
```