Exhibit 5

```
Domain Name: blackwhatsapp.club
Registry Domain ID: D718623FE32B241F2AAA6C42729824A3C-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-07T01:52:39Z
Creation Date: 2020-01-24T01:43:26Z
Registry Expiry Date: 2021-01-24T01:43:26Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: CLIENT-LNSTAGRAM.ONLINE
Registry Domain ID: D169084361-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-15T13:39:52.0Z
Creation Date: 2020-02-01T13:38:38.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: DESIWHATSAPPSTATUS.XYZ
Registry Domain ID: D169028541-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-14T19:26:45.0Z
Creation Date: 2020-01-31T19:20:00.0Z
Registry Expiry Date: 2021-01-31T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FAACEEBOOK.HOST
Registry Domain ID: D160396016-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-19T02:00:14.0Z
Creation Date: 2020-01-08T01:56:14.0Z
Registry Expiry Date: 2021-01-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEB00K-MARKET.INFO
Registry Domain ID: D503300001182904598-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-03-04T20:40:15Z
Creation Date: 2020-01-21T20:39:12Z
Registry Expiry Date: 2022-01-21T20:39:12Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEB0OK.ONLINE
Registry Domain ID: D159640111-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-17T15:39:34.0Z
Creation Date: 2020-01-06T15:31:41.0Z
Registry Expiry Date: 2021-01-06T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOOK-REALTOR.INFO
Registry Domain ID: D503300001182940834-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-03-08T11:52:36Z
Creation Date: 2020-01-25T11:50:51Z
Registry Expiry Date: 2022-01-25T11:50:51Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOK.BEST
Registry Domain ID: D163725376-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-01T07:52:44.0Z
Creation Date: 2020-01-18T07:49:50.0Z
Registry Expiry Date: 2021-01-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOK.STORE
Registry Domain ID: D165283956-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-04T10:13:26.0Z
Creation Date: 2020-01-21T10:01:52.0Z
Registry Expiry Date: 2021-01-21T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOO-K.XYZ
Registry Domain ID: D169095796-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-15T16:39:27.0Z
Creation Date: 2020-02-01T16:26:34.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOOKVIDEODOWNLOAD.ONLINE
Registry Domain ID: D59084433-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-19T00:00:27.0Z
Creation Date: 2018-01-07T03:00:33.0Z
Registry Expiry Date: 2021-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOOOK.SITE
Registry Domain ID: D166014031-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-07T11:13:52.0Z
Creation Date: 2020-01-24T11:02:47.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBOOOK.VIP
Registry Domain ID:
D_0184F39D_71A61E748BF74EAD9F25489652B6A4F1_0000016F8A299169-VIP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2021-02-20T12:00:22Z
Creation Date: 2020-01-09T11:56:17Z
Registry Expiry Date: 2022-01-09T11:56:17Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod
```

```
Domain Name: FACEBOOOOOK.XYZ
Registry Domain ID: D160246721-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-18T16:53:16.0Z
Creation Date: 2020-01-07T16:49:57.0Z
Registry Expiry Date: 2021-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FACEBUK.ONLINE
Registry Domain ID: D167716256-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-10T19:39:21.0Z
Creation Date: 2020-01-27T19:38:12.0Z
Registry Expiry Date: 2021-01-27T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FB-VIDEO.SITE
Registry Domain ID: D168368506-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-13T14:26:53.0Z
Creation Date: 2020-01-30T14:21:35.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: FSCEBOOK.INFO
Registry Domain ID: D503300001182745246-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-02-13T12:26:24Z
Creation Date: 2020-01-02T12:22:11Z
Registry Expiry Date: 2022-01-02T12:22:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
```

```
Domain Name: GETVERIFIEDINSTAGRAM.COM
Registry Domain ID: 2474991154_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-16T11:10:35Z
Creation Date: 2020-01-02T13:02:53Z
Registry Expiry Date: 2021-01-02T13:02:53Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
```

```
Domain Name: GB-WHATSAPP-DOWNLOAD.XYZ
Registry Domain ID: D161687581-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-24T08:39:16.0Z
Creation Date: 2020-01-13T08:26:11.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: GBWHATSAPP.PRO
Registry Domain ID: D503300000057728080-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-02-21T07:13:13Z
Creation Date: 2018-01-10T07:04:57Z
Registry Expiry Date: 2022-01-10T07:04:57Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: IP-INSTAGRAM.COM
Registry Domain ID: 2474604374_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-15T11:07:48Z
Creation Date: 2020-01-01T10:46:00Z
Registry Expiry Date: 2021-01-01T10:46:00Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
```

```
Domain Name: INSTAGRAM-EN.ONLINE
Registry Domain ID: D161732296-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-24T12:26:30.0Z
Creation Date: 2020-01-13T12:17:04.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAM-MAIL.HOST
Registry Domain ID: D168092351-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-12T12:00:30.0Z
Creation Date: 2020-01-29T11:54:22.0Z
Registry Expiry Date: 2021-01-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAM-VIDEO.XYZ
Registry Domain ID: D169228581-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-16T17:26:32.0Z
Creation Date: 2020-02-02T17:24:36.0Z
Registry Expiry Date: 2021-02-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: instagram50.club
Registry Domain ID: DE356864B87F64288B480F59C4DE04DF6-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-01-30T02:30:06Z
Creation Date: 2020-01-15T02:25:15Z
Registry Expiry Date: 2021-01-15T02:25:15Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMCENTER.ONLINE
Registry Domain ID: D165844876-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-06T13:39:47.0Z
Creation Date: 2020-01-23T13:26:43.0Z
Registry Expiry Date: 2021-01-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMCONTACT.ONLINE
Registry Domain ID: D165894131-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-06T23:26:30.0Z
Creation Date: 2020-01-23T23:14:40.0Z
Registry Expiry Date: 2021-01-23T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMCOPYRIGHTCENTER.WEBSITE
Registry Domain ID: D168367751-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-13T14:26:30.0Z
Creation Date: 2020-01-30T14:15:02.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMGLOBALSUPPORT.INFO
Registry Domain ID: D503300001182768263-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-02-16T11:39:16Z
Creation Date: 2020-01-05T11:30:07Z
Registry Expiry Date: 2022-01-05T11:30:07Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMGLOBALSUPPORT.SITE
Registry Domain ID: D166054421-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-07T19:26:18.0Z
Creation Date: 2020-01-24T19:15:11.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMLOGIN.ONLINE
Registry Domain ID: D161842716-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-24T19:00:18.0Z
Creation Date: 2020-01-13T18:53:55.0Z
Registry Expiry Date: 2021-01-13T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMPT.SITE
Registry Domain ID: D168187821-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-12T17:27:00.0Z
Creation Date: 2020-01-29T17:23:06.0Z
Registry Expiry Date: 2021-01-29T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Name Server: DNS102.REGISTRAR-SERVERS.COM
```

```
Domain Name: INSTAGRAMSHOPING.XYZ
Registry Domain ID: D166230481-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-08T21:13:22.0Z
Creation Date: 2020-01-25T21:06:36.0Z
Registry Expiry Date: 2021-01-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMSTORIES.PRO
Registry Domain ID: D503300000489059076-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-02-14T16:52:27Z
Creation Date: 2019-01-03T16:44:14Z
Registry Expiry Date: 2022-01-03T16:44:14Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
```

```
Domain Name: INSTAGRAMSUPPORT.ORG
Registry Domain ID: D402200000012494349-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-13T14:13:31Z
Creation Date: 2020-01-30T14:10:44Z
Registry Expiry Date: 2022-01-30T14:10:44Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: INSTAGRAMSUPPORT.WEBSITE
Registry Domain ID: D168367441-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-13T14:13:39.0Z
Creation Date: 2020-01-30T14:10:54.0Z
Registry Expiry Date: 2021-01-30T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: instagramtricks.club
Registry Domain ID: D5E222808CC5142F8919FFBD8ED5DC3AD-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-02-01T22:30:06Z
Creation Date: 2020-01-17T22:22:53Z
Registry Expiry Date: 2021-01-17T22:22:53Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: LNSTAGRAM.TECH
Registry Domain ID: D160953516-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-19T22:26:49.0Z
Creation Date: 2020-01-08T22:16:52.0Z
Registry Expiry Date: 2021-01-08T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: LNSTAGRAMS.SITE
Registry Domain ID: D158206146-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-15T19:26:22.0Z
Creation Date: 2020-01-02T19:01:46.0Z
Registry Expiry Date: 2021-01-02T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
```

```
Domain Name: LNSTAGRAN.XYZ
Registry Domain ID: D163196046-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-28T03:00:15.0Z
Creation Date: 2020-01-17T02:57:04.0Z
Registry Expiry Date: 2021-01-17T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: PINSTAGRAM.XYZ
Registry Domain ID: D168542196-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-14T07:52:14.0Z
Creation Date: 2020-01-31T07:48:56.0Z
Registry Expiry Date: 2021-01-31T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: security-lnstagram.app
Registry Domain ID: 4140DD6E1-APP
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2021-03-15T13:39:57Z
Creation Date: 2020-02-01T13:38:43Z
Registry Expiry Date: 2021-02-01T13:38:43Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: SECURITY-LNSTAGRAM.ONLINE
Registry Domain ID: D169084376-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-15T13:40:03.0Z
Creation Date: 2020-02-01T13:38:44.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: THEWHATSAPPGROUP.XYZ
Registry Domain ID: D165958456-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-07T05:13:14.0Z
Creation Date: 2020-01-24T05:00:24.0Z
Registry Expiry Date: 2021-01-24T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPDANSOHBET.INFO
Registry Domain ID: D503300001182869499-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-02-28T14:26:44Z
Creation Date: 2020-01-17T14:17:39Z
Registry Expiry Date: 2022-01-17T14:17:39Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPFORWEB.ONLINE
Registry Domain ID: D92514523-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-16T00:01:00.0Z
Creation Date: 2019-02-01T22:26:15.0Z
Registry Expiry Date: 2021-02-01T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPME.SITE
Registry Domain ID: D166116151-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-08T16:00:12.0Z
Creation Date: 2020-01-25T15:53:37.0Z
Registry Expiry Date: 2021-01-25T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPMODS.MOBI
Registry Domain ID: D503300001182950565-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-03-10T00:13:31Z
Creation Date: 2020-01-27T00:06:11Z
Registry Expiry Date: 2022-01-27T00:06:11Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPP.WEBSITE
Registry Domain ID: D160357901-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-02-18T23:13:45.0Z
Creation Date: 2020-01-07T23:10:52.0Z
Registry Expiry Date: 2021-01-07T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```

```
Domain Name: WHATSAPPSTATUS.MOBI
Registry Domain ID: D503300001182945024-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2021-03-09T04:13:12Z
Creation Date: 2020-01-26T04:04:29Z
Registry Expiry Date: 2022-01-26T04:04:29Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Domain Status: serverHold https://icann.org/epp#serverHold
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
```