**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE LODGING OF REGISTRAR'S CERTIFICATES** |

The Court, having read and considered the parties' briefing regarding Plaintiff's Motion to Enforce Lodging of Registrar's Certificates, hereby **GRANTS** Plaintiffs' Motion.

It is **ORDERED** that, with respect to the Registrar's Certificates filed with the Court January 15, 2021 (ECF No. 71–71.1), and February 22, 2021 (ECF No. 81–81.1), Namecheap:

1. take Promptly prepare and lodge with the Court a Corrected Registrar's Certificate listing only those domain names listed in the First Amended Complaint (ECF No. 56);
2. Take all steps necessary, at Namecheap's own expense, to prevent any lodged Domain Name identified in the Corrected Registrar's Certificate lodged with the Court from expiring;
3. Set the following registrar client status codes for each Domain Name identified in the Corrected Registrar's Certificate lodged with the Court:
    a. clientDeleteProhibited,
    b. clientTransferProhibited, and
    c. clientUpdateProhibited;
4. Serve a copy of the Court's Order on the registry operator for each of the lodged Domain Names and collaborate with the registry operator to ensure the following server status codes for each Domain Name identified in the Corrected Registrar's Certificate lodged with the Court are set as follows:
    a. serverDeleteProhibited,
    b. serverTransferProhibited, and
    c. serverUpdateProhibited;
5. Provide Plaintiffs unrestricted access to query Namecheap's WHOIS records so that Plaintiffs may ensure compliance with the Court's order going forward;
6. For any domain names erroneously lodged with the Court (i.e., domain names not on Namecheap's Corrected Registrar's Certificate), not impede any

administrative case or the implementation of any administrative decision; and

It is further **ORDERED** that Plaintiffs submit documentation of their costs and attorneys' fees incurred in seeking the relief provided by this Order within seven (7) days. Namecheap shall have seven (7) days after Plaintiffs' submission to respond to the amounts of costs and fees requested.

**IT IS SO ORDERED.**