# Exhibit A



515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
      erome@romeandassociates.com

November 14, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**    *Notice of Actionable Harm – Proxy Services Disclosure Request*
       *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies, Instagram, LLC ("Instagram") and WhatsApp Inc ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 285 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Name violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Instagram owns the exclusive rights to several trademark and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS  |  tuckerellis.com

# Tucker Ellis | LLP

Eugene Rome
November 14, 2020
Page 2

5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademark and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names were registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and were registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Instagram Trademarks, or Whatsapp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Name causes Facebook, Instagram or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
       Exhibit A: List of Infringing Domain Names
       Exhibit B: Whois data

# Exhibit A

1. instaview.site
2. instaggram.icu
3. instagraam.club
4. faczbook.xyz
5. faceb00k-securitty-dept.com
6. faccbook.vip
7. facebo0k-dept-seccurity.com
8. faceb0ok-dept-seccurity.com
9. facebok-marketplace.us
10. faceb00k-marketes.site
11. faceb00k-inc-seccurity.com
12. faceb0k-ssecurrity-dept.com
13. faceb0ok-ssecurrity-department.com
14. facebo0k-seccuurity-dept.com
15. faceb0ok-seecurrity-department.com
16. facebo0k-seecuurity-ddept.com
17. facebo0o0ok.xyz
18. f2cbook.xyz
19. faceboookmail.com
20. faceboookkkkkkkk.xyz
21. faceboookkkkkkk.xyz
22. lnstagram-confirm.help
23. lnstagram-supportlive.com
24. lnstagramhelp-center.com
25. accountfb-updates.com
26. ads-fb-business.club
27. blackwhatsapp.club
28. businessfb4678765344536476654.com
29. comovendeconwhatsapp.com
30. comovenderconwhatsapp.com
31. coolwhatsappstatus.com
32. copyrgiht-lnstagram-form-2020.com
33. creativityfbpage-galleryid48904.com
34. dacebook.net
35. descargargbwhatsapp.com
36. enviarwhatsapp.com
37. faceb00k-isabelortega.club
38. facebool.me
39. faceboook.app
40. faceboookappeal.com
41. faceflip.xyz
42. fb-2215358-item.com
43. fb-254186-item.com
44. fb-258456-item.com
45. fb-315848-marketplace.com
46. fb36475-page36674-real-estate-item29856.house
47. fb36745-real-estate-item67534-page82253.com
48. fb38576-page91267-real-estate-item78465.house
49. fb46758-page28964-real-estate-item46597.house
50. fb-514547-marketplace.com
51. fb-586568-marketplace.com
52. fb-65445847-page.com
53. fb67354-page89254-real-estate-item57634.house
54. fb68253-page89564-real-estate-item82679.house
55. fb68924-page56784-real-estate-item56785.house
56. fb78934-page58679-real-estate-item23358.house

57.   fb78934-page76245-real-estate-item46784.house
58.   fb78936-page89657-real-estate-item46752.house
59.   fb87465-page29847-real-estate-item67354.house
60.   fb87645-page25397-real-estate-item24369.house
61.   fb87645-page67198-real-estate-item36794.house
62.   fb87663-page78765-real-estate-item25367.house
63.   fb87946-real-estate-item28756-page57914.com
64.   fb-963965-item.com
65.   fb-account.club
66.   fb-accountupdate.com
67.   fb-accountverify.com
68.   fbactivity-review.com
69.   fb-adproperties-page0648529.net
70.   fb-adproperties-page0837563.net
71.   fb-adproperties-page8649938.net
72.   fb-ads-marketplace.site
73.   fbapp.xyz
74.   fb-app-marketplace.shop
75.   fbbusiness-account.business
76.   fb-buy-trade-swap.club
77.   fb-checkpoin817546790.com
78.   fb-checkpoint17578126.com
79.   fb-checkpoint84109573.com
80.   fbchicago-itm94838.site
81.   fbcopyrightconnect.com
82.   fb-copyright-delete-pages.xyz
83.   fbcopyrights.com
84.   fbcopyrightsmediasupport.com
85.   fbcopyrightvideos.com
86.   fb-disabled-account.com
87.   fb-for-sale-buy-party.club
88.   fb-home-pageslisting63429.com
89.   fb-id3288764-item865wj83j47r34r.com
90.   fbinfo2august.com
91.   fb-item-2764uk.pro
92.   fb-item326231.com
93.   fb-item32d376f6-fashion-page82947346.com
94.   fb-item-6514588554.com
95.   fb-item67746324.com
96.   fb-item7323523.com
97.   fb-item74272457.com
98.   fb-item7844323.com
99.   fb-item-876512412.com
100.  fb-item-92877777.com
101.  fblisting-page-homeforsaleandrent3356.com
102.  fb-manage-item328736.com
103.  fb-market-ad43945366.com
104.  fb-market-ad43988566.com
105.  fb-marketplace-119978.com
106.  fb-marketplace-257136.com
107.  fb-marketplace-3265458.com
108.  fb-marketplace-36457623.com
109.  fb-marketplace-645848.com
110.  fb-marketplace-653781672.com
111.  fb-marketplace-75576321.com
112.  fb-marketplace-76952.com

113.   fb-marketplace-784521.com
114.   fb-marketplace-851458.com
115.   fb-marketplace-8728424.com
116.   fb-marketplace-9548477.com
117.   fb-marketplace-ad187656.com
118.   fb-marketplace-ad220436.com
119.   fb-marketplace-ad2501427405.com
120.   fb-marketplace-ad48565078.com
121.   fb-marketplace-ad6596296.com
122.   fb-marketplace-app.club
123.   fb-marketplace-classifieds.club
124.   fbmarketplaceitem511184546438990.com
125.   fbmarketplaceitem517071715908892.com
126.   fbmarketplaceitem603965083870212.com
127.   fb-marketplace-item74533242.com
128.   fb-marketplace-items.club
129.   fb-marketplace-offers.site
130.   fb-marketplace-online.shop
131.   fb-marketplace-sales.com
132.   fb-marketplace-shop.club
133.   fb-marketplace-shop.com
134.   fb-markettplaceitemproprieties84759541.com
135.   fbmedia-copyrighthelp.com
136.   fb-online-marketplace.com
137.   fb-online-marketplace.shop
138.   fb-online-marketplace.store
139.   fbpagemarketgroup345t65432.com
140.   fbpage-properties-ads56384221.net
141.   fb-pageslistinghomes48623.com
142.   fb-photography-listingid-5509863.com
143.   fb-photography-listingid-6040365.com
144.   fb-photography-listingid-73549201.com
145.   fb-photography-listingid-7649936.com
146.   fb-photography-listingid-87039922.com
147.   fb-photo-listingid793964322.com
148.   fb-polices-update.com
149.   fb-policyreview.com
150.   fb-policy-review.com
151.   fb-post-service-22609709.com
152.   fb-profile599145.com
153.   fb-profile751240421.com
154.   fb-profile8149029431.com
155.   fb-profile8149029532.com
156.   fb-profile8149076421.com
157.   fb-profile-allison-brown56454354.com
158.   fb-profile-allison-brown566552354.com
159.   fb-profile-ashley-wright.club
160.   fb-profile-carlafrueh.online
161.   fb-profile-charlene-spangler.club
162.   fb-profile-helenlarick007575684833.club
163.   fb-profile-lawenda-williamson.club
164.   fb-profile-marie-johnsontraining4358524.com
165.   fb-profile-mellisa-dean13523.com
166.   fb-profile-oliviapatterson.club
167.   fb-properties3567783.net
168.   fb-properties-listedpage7827523727.com

169. fb-properties-listedpage78414727.com
170. fb-properties-listedpage983727.com
171. fb-propertiespage5433456.com
172. fb-properties-page9432456.net
173. fb-propertiespagegroup43454.com
174. fb-proprieties-listed5432w.com
175. fbrealestatehomesforsale.com
176. fb-realestate-listing10746484.com
177. fb-realestate-listing607453583.com
178. fb-realestate-listing7524322.com
179. fbrealestatepost41901.com
180. fb-realtors-page2563478.com
181. fbremaxpropertyad31942.com
182. fbreview-account.com
183. fb-review-account.com
184. fbreview-activity.com
185. fb-review-secure.com
186. fbreview-terms.com
187. fb-sales-marketplace.com
188. fbsecurity-review.com
189. fb-seller-marketplace.shop
190. fb-studio1390477-photography.com
191. fb-studio380775-photography.com
192. fb-studio5983703-photography.com
193. fb-studio8854002-photography.com
194. fb-studio901540-photography.com
195. fb-swap-barter.club
196. fb-trade-bid-sell.club
197. fb-trade-buy-village.club
198. fb-trader-marketplace.shop
199. fb-trade-swap-buy-market.club
200. fb-trade-swap-fast.club
201. fb-trailers-rvs-trade.club
202. fb-verify-securiry.com
203. fbverifiedaccs.com
204. fbverifiedcheck.com
205. fbverifyieds.com
206. fecaboolk.com
207. fmwhatsapp.xyz
208. gbwhatsappdownload.net
209. gbwhatsappr.com
210. girlswhatsapp.club
211. go-copyrightform-lnstagram.com
212. grouplinkswhatsapp.com
213. hamwhatsapp.com
214. helpinstagrm.com
215. important-alert-fb.com
216. indianwhatsapp.club
217. inrstagram.com
218. instagranatualize.digital
219. item-fb-145887.com
220. listfbmarketplace.com
221. lnstagram-copyrightcenter.com
222. lnstagrampartner-support.com
223. marketplace-128816-fb.com
224. marketplace-1458485-fb.com

225.  marketplace-2654158-page-fb.com
226.  marketplace-27716-fb.com
227.  marketplace-3647852-fb.com
228.  marketplace-5187221-fb.com
229.  marketplace-572816-fb.com
230.  marketplace-68362-fb.com
231.  marketplace-77429-fb.com
232.  marketplace-819927-fb.com
233.  myfbitem.me
234.  myfbtracker.xyz
235.  myprofilefbtrade8657436545762546.com
236.  page-fb-properties0923.com
237.  page-fb-properties4423.com
238.  photolisting-fbpage80366453.com
239.  pizzawhatsapp.club
240.  policyfb.com
241.  policy-fb.com
242.  policy-fb-review.com
243.  policyfb-update.com
244.  profile-face-book-annasddk.com
245.  profilefbitem.me
246.  properties-ads-fbpage962613.net
247.  properties-fb-page1245356.net
248.  realestatefbad19302.com
249.  realestate-properties-fbpage8384936.com
250.  realtyfbad318492.com
251.  realtygrouppage203-temproperties8153f554a-pfb20114.org
252.  remaxfb-home-details-20208773.com
253.  review-fb-account.com
254.  reviewfb-policy.com
255.  salerenthouse-fbpage4344.com
256.  securitysettings-faceblook.com
257.  sexywhatsapp.adult
258.  sexywhatsapp.app
259.  sexywhatsapp.online
260.  sexywhatsapp.porn
261.  sexywhatsapp.sex
262.  teamproperty-fbpage5938001-premiumrealty.com
263.  temproperties0133fde485f3a-realtygrouppage0134223-pfb204767.net
264.  temproperties3fde485f3a-realtygrouppage34223-pfb204767.net
265.  thewhatsappgroup.xyz
266.  urdu-whatsapp-status.com
267.  uzfacebook.com
268.  verificationfbknew.com
269.  verifiedbyfbk.com
270.  whatsappcalss.site
271.  whatsappchangecolor.online
272.  whatsappdansohbet.info
273.  whatsappdansohbet.site
274.  whatsappdansohbet.xyz
275.  whatsappfuck.fun
276.  whatsappgroup.org
277.  whatsapp-gruppen.xyz
278.  whatsappme.site
279.  whatsappnumbersza.com
280.  whatsappsenderplace.online

281.    whatsapp-sexting.xyz
282.    whatsappstatusshop.com
283.    whatsapptoto.com
284.    whatsapptrading.com
285.    whatsdog-whatsapp.com

# Exhibit B

```
Domain Name: INSTAVIEW.SITE
Registry Domain ID: D68627175-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-13T10:11:07.0Z
Creation Date: 2018-05-28T16:33:23.0Z
Registry Expiry Date: 2021-05-28T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information
on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Name Server: BOYD.NS.CLOUDFLARE.COM
Name Server: GWEN.NS.CLOUDFLARE.COM
```

```
Domain Name: INSTAGGRAM.ICU
Registry Domain ID: D186620994-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-07-06T09:22:24.0Z
Creation Date: 2020-05-18T02:51:05.0Z
Registry Expiry Date: 2021-05-18T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information
on how to contact the Registrant, Admin, or Tech contact of the queried domain name.
Name Server: NS1.FREEHOSTING.COM
Name Server: NS2.FREEHOSTING.COM
```

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3238 | faustina.lee@tuckerellis.com

**Via email to:**
> erome@romeandassociates.com

November 16, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**   *Notice of Actionable Harm – Proxy Services Disclosure Request*
     *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook").

Whoisguard, Inc. is listed as the registered name holder for the domain name vroculus.store (the "Infringing Domain Name"). Attached as Exhibit A is the whois data for the Infringing Domain Name.

As described more fully below, the registration and/or use of the Infringing Domain Name violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive OCULUS and OCULUS VR trademarks and service marks, having used the marks in connection with its goods and services, including those in the field of virtual reality, since 2012 (collectively, the "OCULUS Trademarks"). In addition to its extensive common law rights in the OCULUS Trademarks, Facebook owns numerous United States registrations for the OCULUS Trademarks, including the following registrations: (a) United States Registration Number 4,647,400; (b) United States Registration Number 4,906,934; (c) United States Registration Number 4,991,015; (d) United States Registration Number 4,891,157; (e) United States Registration Number 5,428,820; (f) United States Registration Number  5,311,963; (g) United States Registration Number 5,311,964; (h) United States Registration Number 5,407,942; (i) United States Registration Number 5,475,914; and (j) United States Registration Number 5,433,965.

The Infringing Domain Name is identical or confusingly similar to the OCULUS Trademarks. The Infringing Domain Name was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from OCULUS Trademarks in violation of the Anti-cybersquatting Consumer Protection

# Tucker
# Ellis | LLP

Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of the Infringing Domain Name causes Facebook actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

Faustina Y. Lee
Attorney

DJS:dd
Attachment:
     Exhibit A: Whois data

Exhibit A

```
Domain Name: VROCULUS.STORE
Registry Domain ID: D179060054-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2020-04-22T12:01:50.0Z
Creation Date: 2020-03-16T21:06:42.0Z
Registry Expiry Date: 2021-03-16T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: WhoisGuard, Inc.
Registrant State/Province: Panama
Registrant Country: PA
Registrant Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Admin Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Tech Email: Please query the RDDS service of the Registrar of Record
identified in this output for information on how to contact the Registrant,
Admin, or Tech contact of the queried domain name.
Name Server: NS0.UNLIMITED.UK.NET
Name Server: NS1.UNLIMITED.UK.NET
```



**Tucker Ellis** | **LLP**

515 South Flower Street, Forty Second Floor | Los Angeles, CA 90071-2223 | TEL 213.430.3400 | FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
 erome@romeandassociates.com

November 22, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:    *Notice of Actionable Harm – Proxy Services Disclosure Request***
    ***TE No. 015949-008***

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook").

Whoisguard, Inc. is listed as the registered name holder for the domain name messenger-lite.com (the "Infringing Domain Name"). Attached as Exhibit A is the whois data for the Infringing Domain Name.

As described more fully below, the registration and/or use of the Infringing Domain Name violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive MESSENGER trademark and service mark, MESSENGER LITE trademark and service mark, and Messenger Logo design marks, and has used the marks in connection with its goods and services since 2011, 2016, and 2013, respectively (collectively, the "Messenger Trademarks"). In addition to its extensive common law rights in the Messenger Trademarks, Facebook owns several United States registrations for the Messenger Trademarks, including the following registrations: (a) United States Registration Number 5,223,646; (b) United States Registration Number 5,492,494; and (c) United States Registration Number 4,639,783.

The Infringing Domain Name is identical or confusingly similar to the Messenger Trademarks. The Infringing Domain Names was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from the Messenger Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of the Infringing Domain Name causes Facebook actionable harm.

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS   | tuckerellis.com



Eugene Rome
November 22, 2020
Page 2

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
        Exhibit A: Whois data

# Exhibit A

```
Domain Name: MESSENGER-LITE.COM
Registry Domain ID: 2567691915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-23T18:27:28Z
Creation Date: 2020-10-23T09:39:14Z
Registry Expiry Date: 2021-10-23T09:39:14Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM


Domain name: messenger-lite.com
Registry Domain ID: 2567691915_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-10-23T09:39:14.00Z
Registrar Registration Expiration Date: 2021-10-23T09:39:14.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: f5342d6e1dc74b70b5dd9c92e5263233.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f5342d6e1dc74b70b5dd9c92e5263233.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f5342d6e1dc74b70b5dd9c92e5263233.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
```



Tucker
Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
      erome@romeandassociates.com

November 28, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**     *Notice of Actionable Harm – Proxy Services Disclosure Request*
         *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies, Instagram, LLC ("Instagram"), Facebook Technologies, LLC ("Facebook Technologies"), and WhatsApp Inc ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 146 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Name violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Instagram owns the exclusive rights to several trademark and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057;

Tucker
Ellis | LLP

Eugene Rome
November 28, 2020
Page 2

(c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

Facebook Technologies owns the exclusive rights to several trademarks and service marks including the distinctive OCULUS trademark and service mark and the distinctive OCULUS VR trademark and service mark, having used the marks in connection with its goods and services since 2012 (collectively, the "Oculus Trademarks"). In addition to its extensive common law rights in the Oculus Trademarks, Facebook owns numerous United States registrations for the Oculus Trademarks, including the following registrations: (a) United States Registration Number 4,906,934; (b) United States Registration Number 4,906,934; (c) United States Registration Number 4,891,157; (d) United States Registration Number 5,311,963; and (e) United States Registration Number 4,647,400.

WhatsApp owns the exclusive rights to several trademark and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, Instagram Trademarks, Oculus Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names were registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and were registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Instagram Trademarks, Oculus Trademark, or Whatsapp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Name causes Facebook, Instagram, Facebook Technologies, or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

# Tucker
# Ellis | LLP

Sincerely,

TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
      Exhibit A: List of Infringing Domain Names
      Exhibit B: Whois data

Exhibit A

1. oculusgames.club
2. oculusheadphones.com
3. oculusint.com
4. oculusquest2.com
5. oculusquestgames.net
6. oculusvrshop.site
7. otoculus.org
8. porninnoculus.com
9. arabwhatsapp.com
10. chat-whatsapp.fun
11. clienteswhatsapp.com
12. colorwhatsapp.pro
13. comprarpelowhatsapp.com
14. creditowhatsapp.com
15. desiwhatsappstatus.xyz
16. everybodyswhatsappassistant.com
17. everyoneswhatsappassistant.com
18. fouadwhatsapp.net
19. frasesparawhatsapp.xyz
20. gb-whatsapp-download.xyz
21. gbpluswhatsapp.com
22. gbwhatsapp.mobi
23. gbwhatsapp.pro
24. gbwhatsappapk.co
25. gbwhatsappapk.website
26. gbwhatsappapkmods.com
27. gbwhatsappapks.net
28. girlswhatsappnumbers.com
29. gr-whatsapp.com
30. hackwhatsapp.xyz
31. invite-whatsapp.com
32. miwhatsapp.com
33. mywhatsappassistant.com
34. sexwhatsapp.app
35. sexwhatsapp.club
36. sexwhatsapp.dating
37. sexywhatsapp.club
38. sexywhatsapp.services
39. sexywhatsapp.webcam
40. smart-whatsapp.com
41. soportewhatsapp.com
42. spywhatsapp.online
43. statusforwhatsapp.website

44.   statuswhatsapp.website
45.   support-whatsappverificatie.online
46.   wasuite.com
47.   web-whatsapp-mx.com
48.   webwhatsapp.net
49.   whaatsapp.club
50.   whaatsapp0xb.club
51.   whats-app.chat
52.   whats-app.site
53.   whats-app.xyz
54.   whatsapp-allyssachan.com
55.   whatsapp-apk.net
56.   whatsapp-ar.com
57.   whatsapp-chat.me
58.   whatsapp-friend.com
59.   whatsapp-grouplinks.com
60.   whatsapp-hookups.online
61.   whatsapp-monitor.me
62.   whatsapp-profile-status.website
63.   whatsapp-security.mobi
64.   whatsapp-status-pro.online
65.   whatsapp-status-videos-download.best
66.   whatsapp-statusdownload.com
67.   whatsapp-updates.pro
68.   whatsapp.health
69.   whatsapp.io
70.   whatsapp2021.com
71.   whatsapp2u.live
72.   whatsapp4hookups.online
73.   whatsappanyone.com
74.   whatsapparanegocios.com
75.   whatsappassistant.com
76.   whatsappbeta.website
77.   whatsappchatlink.xyz
78.   whatsappcnd.xyz
79.   whatsappcustomers.com
80.   whatsappdeliver.com
81.   whatsappdownload.club
82.   whatsappdp.club
83.   whatsappfor.business
84.   whatsappforweb.online
85.   whatsappgb.download
86.   whatsappgifts.club

87.     whatsappgirlsnumber.online
88.     whatsappgiving.com
89.     whatsappgroup.net
90.     whatsappgrouplink.fun
91.     whatsappgrouplinks.live
92.     whatsappgroupname.com
93.     whatsappgroups.co
94.     whatsappgroups.website
95.     whatsappgroupslink.website
96.     whatsapphealth.com
97.     whatsapphostel.com
98.     whatsapplatest.website
99.     whatsapplike.net
100.    whatsapplike.org
101.    whatsapplikes.net
102.    whatsapplikes.org
103.    whatsapplink.club
104.    whatsapploging.xyz
105.    whatsappmarketing.net
106.    whatsappmarketing.pro
107.    whatsappme.info
108.    whatsappmods.mobi
109.    whatsappnow.me
110.    whatsappp.net
111.    whatsappp.website
112.    whatsapppak.tech
113.    whatsapppartner.com
114.    whatsappphotos.website
115.    whatsappplus.plus
116.    whatsapprail.com
117.    whatsappsender.net
118.    whatsappsniffer.org
119.    whatsappsocialgrant.com
120.    whatsappspy.club
121.    whatsappstatus.blog
122.    whatsappstatus.mobi
123.    whatsappstatus33.net
124.    whatsappstatusdownload.net
125.    whatsappstatusdownloadvideo.com
126.    whatsappstatusvideo.website
127.    whatsappstatusvideo.xyz
128.    whatsappstatusx.com
129.    whatsapptodo.com

130.    whatsappupdate.xyz
131.    whatsappverification.com
132.    whatsappview.pro
133.    whatsappviral.club
134.    whatsappweb.club
135.    whatsappx.group
136.    whatsapweb.site
137.    whatsmobileapp.com
138.    whatspp.net
139.    whatsppgrouplinks.com
140.    whatssap.co
141.    whatssapp.website
142.    whattsapp.live
143.    whattsapp.net
144.    whatx.app
145.    whtsapp.net
146.    wwwwhatsapp.net

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
> erome@romeandassociates.com

December 3, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**   *Notice of Actionable Harm – Proxy Services Disclosure Request*
       *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies, Instagram, LLC ("Instagram") and WhatsApp Inc ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 28 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Names violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number

**Tucker
Ellis** | **LLP**

Eugene Rome
December 3, 2020
Page 2

5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names were registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and were registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Instagram Trademarks, or Whatsapp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Instagram or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
        Exhibit A: List of Infringing Domain Names
        Exhibit B: Whois data

Exhibit A

1.    face-book-profile-samuelruz.com
2.    face-book-profile4487654.club
3.    face0ok-seecuritty.com
4.    faceb00k-dept-sseccurity.com
5.    faceb00k053966-marketplace-itempageproperties4758.com
6.    faceb0ok-securrity-dept.com
7.    facebaack.xyz
8.    facebbook.icu
9.    faceboek.club
10.   facebok-market-place-id44photobc684512246666-item.com
11.   facebok-market-place-id44photobc684812246666-item.com
12.   facebok-market-place-id44photobc884811236666-item.com
13.   facebok-market-place-id44photobc884811246666-item.com
14.   facebokmarket1036861326680829.com
15.   facebouk.live
16.   xn--facebok-dati-shb.com
17.   xn--fcebook-dati-y9a.com
18.   email-lnstagram.com
19.   face-book-marketplace.club
20.   faceb00k-reset-login.com
21.   faceboookkkkkkk.xyz
22.   inestagram.live
23.   inzli.com
24.   lnstagramclient.com
25.   lnstagramsupportlive.com
26.   picuki.com
27.   cyberwhatsapp.com
28.   spywhatsapp.live



515 South Flower Street, Forty Second Floor | Los Angeles, CA 90071-2223 | TEL 213.430.3400 | FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
  erome@romeandassociates.com

December 5, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**  *Notice of Actionable Harm – Proxy Services Disclosure Request*
    *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies, Instagram, LLC ("Instagram") and WhatsApp Inc ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 731 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Names violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number

# Tucker
# Ellis | LLP

Eugene Rome
December 5, 2020
Page 2

5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names were registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and were registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Instagram Trademarks, or Whatsapp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Instagram or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
      Exhibit A: List of Infringing Domain Names
      Exhibit B: Whois data

# Exhibit A

1. active-faceboolk.com
2. appeal-facebok.com
3. bookfaceeebook.xyz
4. buyfacebook-fanslikes.com
5. buyfacebookads.com
6. buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
7. buyfacebooklibracoin.com
8. buyfacebookpollvotes.com
9. captionforfacebook.com
10. connectemyfacetook.club
11. curtidasfacebook.com
12. de-de-faceook-ad-manager.com
13. dentistfacebookmarketing.com
14. downloadvideofromfacebook.com
15. earn4rmfacebook.com
16. es-faceb00k.xyz
17. f0cebook.com
18. fa4cebook.com
19. faacebookx.network
20. faaceebook.host
21. fac3book.com
22. facabook.page
23. facabook.website
24. facbook-libra.com
25. facbook.website
26. facbookbd.com
27. facbookcompany.com
28. facbookgrant.online
29. faccbook.vip
30. faccbookk.com
31. faccebbook.xyz
32. faccebook.info
33. faccebook.live
34. faccebook.mobi
35. faccebook.website
36. faccebook.xyz
37. facceebbook.xyz
38. face-book-advertising.net
39. face-book-market-place-238675648.click
40. face-book-marketplace.club
41. face-book-messenger.com
42. face-book-profile4552432.live
43. face-book-verificatiion-id-339068203.online

44. face-book-verifiication-id-388942399.online
45. face-book.best
46. face-book.chat
47. face-book.group
48. face-book.page
49. face-booklink.club
50. face-booknews.com
51. face-bookprofits.com
52. face00k-seccuritty.com
53. face0ok-seecuritty.com
54. face6ook.net
55. face80ok.com
56. face8o0k.com
57. face8ook.tech
58. faceabook.xyz
59. faceb00c.com
60. faceb00k-dept-sseccurity.com
61. faceb00k-es.website
62. faceb00k-inc-seccurity.com
63. faceb00k-market.info
64. faceb00k-marketes.site
65. faceb00k-seccuritty-dept.com
66. faceb00k-securitty-dept.com
67. faceb00k-ssecurrity-dept.com
68. faceb00k-uk.website
69. faceb00k.club
70. faceb00k.website
71. faceb00k145746-marketplace-itempageproperties.com
72. faceb00kvideo.xyz
73. faceb0ok-dept-seccurity.com
74. faceb0ok-seccuritty-dept.com
75. faceb0ok-seccurity.com
76. faceb0ok-security-dept.com
77. faceb0ok-securrity-dept.com
78. faceb0ok-securrity.com
79. faceb0ok-ssecurrity-department.com
80. faceb0ok.online
81. faceb0ok.xyz
82. facebbooc.com
83. facebbook.icu
84. facebbook.xyz
85. facebhoook.com
86. facebick.com

87. facebk.xyz
88. facebkcdn1.com
89. facebksupport.website
90. faceblotto.com
91. facebo0k-dept-seccurity.com
92. facebo0k-girl.services
93. facebo0k-realtor.info
94. facebo0k-seccurity-dept.com
95. facebo0k-seccuurity-dept.com
96. facebo0k-seecurity.com
97. facebo0k-seecurrity-department.com
98. facebo0k-seecuurity-ddept.com
99. facebo0k.xyz
100.     facebo0o0ok.xyz
101.     faceboek.club
102.     faceboek.site
103.     facebok-gb.com
104.     facebok-grupo-lives-adultas.tech
105.     facebok-latam.com
106.     facebok-market-place-id44photobc684811246666-item.com
107.     facebok-market-place-id44photobc684812246666-item.com
108.     facebok-market-place-id44photobc884811236666-item.com
109.     facebok-market-place-id44photobc884811246666-item.com
110.     facebok-market-place.com
111.     facebok.best
112.     facebok.icu
113.     facebok.store
114.     facebok.website
115.     facebok1.info
116.     facebokfilmyskupina.com
117.     facebokk.club
118.     facebokmarket1036861326680829.com
119.     facebokmarketplaces.us
120.     facebokpdf.xyz
121.     facebokpool.com
122.     facebokx.club
123.     facebokx.xyz
124.     faceboo-k.xyz
125.     faceboo.app
126.     faceboo.email
127.     facebooc.xyz
128.     facebooik-ads.com
129.     facebooix.xyz

130.    facebook-2020.com
131.    facebook-signin.com
132.    facebook-video-downloader.org
133.    facebook-video.download
134.    facebook1s.com
135.    facebook360o.com
136.    facebook8.org
137.    facebookables.com
138.    facebookacademy.xyz
139.    facebookaccelerator.com
140.    facebookadconsultant.com
141.    facebookaduniversity.com
142.    facebookartist.com
143.    facebookbraintrust.com
144.    facebookchair.com
145.    facebookchatbots.com
146.    facebookcheckin.com
147.    facebookcheckins.com
148.    facebookcoverhd.com
149.    facebookdir.info
150.    facebookengine.com
151.    facebookfilms.com
152.    facebookgadgets.com
153.    facebookindo.com
154.    facebookinfluencer.com
155.    facebookinternational.com
156.    facebookipodayclosingprice.com
157.    facebookjb.com
158.    facebookjp.com
159.    facebookk.com
160.    facebookknowledge.com
161.    facebooklike.club
162.    facebooklikesmoz.com
163.    facebooklottery.us
164.    facebookmarkapp.website
165.    facebookmessengerchatbots.com
166.    facebookmessengerspy.com
167.    facebookpixelpro.com
168.    facebookposter.com
169.    facebookprovider.com
170.    facebookresource.com
171.    facebookresources.com
172.    facebookreviewapp.com

| 173. | facebookshop.info |
|------|-------------------|
| 174. | facebookstealth.com |
| 175. | facebookthai.com |
| 176. | facebookthailand.asia |
| 177. | facebookthailand.com |
| 178. | facebooktracker.com |
| 179. | facebooktrendsmarket.com |
| 180. | facebookvelocity.com |
| 181. | facebookvideodownload.online |
| 182. | facebookvideodownloader.co |
| 183. | faceboolk.club |
| 184. | faceboook-analytics.com |
| 185. | faceboook-updates.com |
| 186. | faceboook.club |
| 187. | faceboook.host |
| 188. | faceboook.site |
| 189. | faceboook.vip |
| 190. | faceboook.xyz |
| 191. | faceboooke.xyz |
| 192. | faceboookkkkkk.xyz |
| 193. | faceboooknews.xyz |
| 194. | faceboookq.xyz |
| 195. | faceboookr.xyz |
| 196. | faceboookvideo.xyz |
| 197. | faceboookw.xyz |
| 198. | facebooook.club |
| 199. | facebooook.site |
| 200. | facebooook.store |
| 201. | facebooook.xyz |
| 202. | facebooookkkkkkk.xyz |
| 203. | facebooookkkkkkk.xyz |
| 204. | facebooookmail.com |
| 205. | faceboooook.xyz |
| 206. | faceboox.xyz |
| 207. | facebouk.live |
| 208. | facebuk.online |
| 209. | facebukreklama.com |
| 210. | facebuks.space |
| 211. | facedook.xyz |
| 212. | faceebook-page.com |
| 213. | faceebook-support.com |
| 214. | faceebook.best |
| 215. | faceebooks.com |

| | |
|---|---|
| 216. | faceeboook.site |
| 217. | facehackspy.com |
| 218. | facelebook.com |
| 219. | faceooklogin.com |
| 220. | facerook.net |
| 221. | facesgeeks.com |
| 222. | facexxxbook.com |
| 223. | faczbook.xyz |
| 224. | faecbook.app |
| 225. | faecbook.live |
| 226. | faecbook.services |
| 227. | faeebook.xyz |
| 228. | fasebook.site |
| 229. | fasebookecom.xyz |
| 230. | fasebooksecurity.com |
| 231. | fcaebook.tech |
| 232. | fcebook.icu |
| 233. | fcebook.info |
| 234. | fcebook.me |
| 235. | fecabooks.site |
| 236. | fecbook.xyz |
| 237. | fecebook.xyz |
| 238. | fesabookcom.com |
| 239. | ffacebok.club |
| 240. | ffacebok.website |
| 241. | findfacebookpasswords.net |
| 242. | fixmyfacebookadvertising.com |
| 243. | focebook.xyz |
| 244. | freefacebookhack.com |
| 245. | freefacebookspy.com |
| 246. | fscebook.info |
| 247. | fxacebook.com |
| 248. | grupo-superacao-facebook.store |
| 249. | hafacebook.com |
| 250. | hkfacebook.com |
| 251. | idofacebookads.com |
| 252. | instagramcookbook.com |
| 253. | instagramfamousbook.com |
| 254. | jacgfacebooktraining.club |
| 255. | kareemonfacebook.com |
| 256. | login-face-book-marketplace-item307167860269097.info |
| 257. | login-face-book-marketplace-item43242342.club |
| 258. | m-facbook.com |

259.    m-faceebook.com
260.    mercadofacebok.website
261.    myfacebookclients.com
262.    myfacebookleads.com
263.    noticiafaceboookapps.store
264.    opticiansonfacebook.com
265.    phanmemfacebook.info
266.    securityfacebool.xyz
267.    securitysettings-faceblook.com
268.    sg-facebook.com
269.    tehfaceb00k.com
270.    thaifacebook.com
271.    thefacebookadsagency.com
272.    usmfacebook.com
273.    video-face-b00k.xyz
274.    videosfacbookvi20k.site
275.    vzlom-feicebook.icu
276.    xn--fcebok-3ta1m.com
277.    xn--fcebok-pta1m.com
278.    xn--fcebook-dati-y9a.com
279.    fb-accnt-45928tech.pro
280.    fb-item-marketplace.club
281.    fb-items-marketplace.us
282.    fb-login-error58743.online
283.    fb-login-error61311.host
284.    fb-mailsupport.com
285.    fb-marketplace-site.store
286.    fb-marketplace-support.site
287.    fb-marketplace-trade.club
288.    fb-marketplace-vehicle.club
289.    fb-marketplace.store
290.    fb-profil.host
291.    fb-profil.site
292.    fb-profil.website
293.    fb-profil.xyz
294.    fb-scanstalk.com
295.    fb-security-account.site
296.    fb-stalkerapp.com
297.    fb-support-terms.us
298.    fb-traders-populars.online
299.    fb-unlock-account.club
300.    fb-unlock-account.site
301.    fb-usersbenefits.com

302.    fb-vehicles-marketplace.online
303.    fb-verify-securiry.com
304.    fb-video.site
305.    instagram-fb.com
306.    1nstagram.com
307.    1nstagram.network
308.    artistsoninstagram.com
309.    aviationinstagram.com
310.    basenjisofinstagram.com
311.    best-app-for-more-instagram-followers.club
312.    best-instagram-marketing.club
313.    best-instagram.club
314.    bestinstagrambio.com
315.    bestofinstagram.com
316.    buy-instagram-follower.com
317.    buyfollowersforinstagram.com
318.    buyinstagramfollow.com
319.    buyinstagramfollowers.biz
320.    buyinstagramfollowers22.com
321.    buyinstagramfollowers365.com
322.    buyinstagramfollowersreview.org
323.    buyinstagramlikes.io
324.    buyinstagramlikesnow.com
325.    buyinstagramverificationbadge.com
326.    buyinstagramviews.org
327.    buyinstagramviews.website
328.    buymoreinstagramsfollowers.com
329.    byinstagramfollowers.com
330.    carsofinstagram.com
331.    cdninstagram.download
332.    cdninstagram.webcam
333.    cheapinstagram.website
334.    client-lnstagram.online
335.    comeaumentarefollowersuinstagram.com
336.    cuentainstagram.com
337.    curatedinstagram.com
338.    custominstagramtshirt.com
339.    ddinstagram.com
340.    downloadinstagramvideo.online
341.    downloadinstagramvideo.xyz
342.    dublininstagramtours.com
343.    dublinstagram.com
344.    email-lnstagram.com

345.    en-lnstagram.com
346.    escueladeinstagram.com
347.    fakeinstagramfollowers.com
348.    filtriperinstagram.com
349.    filtroinstagram.com
350.    follow-instagram.com
351.    follow-instagram.website
352.    followerforinstagram.com
353.    frameinstagram.com
354.    frasesparainstagram.com
355.    free-instagram-downloader.com
356.    freefollowersoninstagram.info
357.    freeinstagramfollowers.co
358.    freeinstagramfollowers.net
359.    freeinstagramfollowers.org
360.    freeinstagramfollowers.website
361.    freeinstagramfollowers.xyz
362.    funnyinstagramcaptions.com
363.    gbinstagram.club
364.    get-followers-instagram.best
365.    getrealinstagramfollowers.net
366.    getverifiedinstagram.com
367.    ghostyforinstagram.com
368.    hackeninstagram.com
369.    hainstagram.com
370.    helpinstagram.live
371.    heyinstagram.website
372.    higherorlowerinstagram.com
373.    highticketinstagram.com
374.    howtodownloadinstagramvideos.net
375.    ibnstagram.com
376.    idothingsoninstagram.com
377.    iforinstagram.com
378.    igniteyourinstagram.com
379.    ihnstagram.com
380.    ihstagram.com
381.    ijnstagram.com
382.    imnstagram.com
383.    indstagram.com
384.    inestagram.com
385.    inestagram.live
386.    insftagram.com
387.    inshagram.com

388.   inshtagram.com
389.   insrtagram.com
390.   insta-agram.com
391.   insta-grammy.app
392.   instaagram.xyz
393.   instabgram.com
394.   instabram.com
395.   instaegram.com
396.   instafgram.com
397.   instagdram.com
398.   instaggram.icu
399.   instagr.me
400.   instagraam.club
401.   instagraam.icu
402.   instagraam.online
403.   instagrakm.com
404.   instagram-account.site
405.   instagram-com.best
406.   instagram-com.biz
407.   instagram-copyright-supports.com
408.   instagram-copyright.center
409.   instagram-customer.xyz
410.   instagram-dl.com
411.   instagram-dresses.com
412.   instagram-en.online
413.   instagram-filters.com
414.   instagram-filters.net
415.   instagram-for-sex.com
416.   instagram-girls.services
417.   instagram-girlservices.digital
418.   instagram-login.club
419.   instagram-login.site
420.   instagram-lux.com
421.   instagram-owl.network
422.   instagram-planner.com
423.   instagram-sa.xyz
424.   instagram-support.net
425.   instagram-supportcenter.com
426.   instagram-vi.com
427.   instagram-video.download
428.   instagram-video.xyz
429.   instagram.uno
430.   instagram123.site

431.     instagram50.club
432.     instagram8.com
433.     instagram80.com
434.     instagramabletours.com
435.     instagramacademy.xyz
436.     instagramanalyticstool.com
437.     instagramanet.com
438.     instagramap.com
439.     instagramaphone.com
440.     instagramapk.org
441.     instagramapp.fun
442.     instagramapps.com
443.     instagramarketing.com
444.     instagramator.org
445.     instagramautofollower.com
446.     instagramautoliker.com
447.     instagramavailability.com
448.     instagrambarcelona.com
449.     instagrambikinis.com
450.     instagramblog.net
451.     instagrambo.com
452.     instagrambread.com
453.     instagrambuddys.com
454.     instagrambundle.com
455.     instagrambusinessmanager.com
456.     instagrambuzz.net
457.     instagramcaption.website
458.     instagramcash.club
459.     instagramcbdgummies.com
460.     instagramcdn.com
461.     instagramcekilisuygulamasi.com
462.     instagramcelebrities.com
463.     instagramcelebrity.com
464.     instagramcenter.online
465.     instagramchick.com
466.     instagramchris.com
467.     instagramclone.net
468.     instagramcloser.com
469.     instagramcom-bonus.net
470.     instagramcommunity.com
471.     instagramcontact.online
472.     instagramcopyright.online
473.     instagramcopyright.site

474.     instagramcopyright.website
475.     instagramcopyrightappeal.com
476.     instagramcopyrightcenter.website
477.     instagramcopyrightfeedback.com
478.     instagramcopyrightinfringement.com
479.     instagramcopyrights.icu
480.     instagramcopyrightsupport.site
481.     instagramcreatorscamp.com
482.     instagramdeck.com
483.     instagramdmblast.com
484.     instagramdominator.com
485.     instagramdown.net
486.     instagramdownloader.website
487.     instagramdownloadvideo.com
488.     instagramemail.com
489.     instagramemailscraper.com
490.     instagramentor.com
491.     instagrameo.com
492.     instagramers.pro
493.     instagramfaqs.com
494.     instagramfeedback.center
495.     instagramfeedbackcenter.com
496.     instagramfollow.xyz
497.     instagramfollowers.party
498.     instagramfollowersadder.com
499.     instagramfollowersfree.net
500.     instagramfollowershackonline.top
501.     instagramfollowerz.xyz
502.     instagramfonts.website
503.     instagramforpc.org
504.     instagramforsex.club
505.     instagramfreefllowers.best
506.     instagramfreefollowers.xyz
507.     instagramgain.xyz
508.     instagramgear.com
509.     instagramgifts.com
510.     instagramgiris.website
511.     instagramgladiators.com
512.     instagramglobal.support
513.     instagramglobalcenter.com
514.     instagramglobalsupport.com
515.     instagramglobalsupport.info
516.     instagramglobalsupport.net

| | |
|---|---|
| 517. | instagramglobalsupport.site |
| 518. | instagramgrowthpro.com |
| 519. | instagramhack.club |
| 520. | instagramhashtags.com |
| 521. | instagramhelp.live |
| 522. | instagramhelpcenter.club |
| 523. | instagramhelpcentre.club |
| 524. | instagramhelpservices.com |
| 525. | instagramhelpverify.com |
| 526. | instagramification.com |
| 527. | instagramigtv.org |
| 528. | instagramik.host |
| 529. | instagramindonesia.fun |
| 530. | instagraminfluencer.club |
| 531. | instagraminfluencersummit.com |
| 532. | instagraminnercircle.com |
| 533. | instagramiran.com |
| 534. | instagramkit.com |
| 535. | instagramkurdu.com |
| 536. | instagramlead.com |
| 537. | instagramlist.com |
| 538. | instagramlogin.biz |
| 539. | instagramlogin.online |
| 540. | instagramlucrativo.com |
| 541. | instagrammablehotels.com |
| 542. | instagrammarketingonline.com |
| 543. | instagrammingperfect.com |
| 544. | instagrammms.com |
| 545. | instagrammodels.net |
| 546. | instagrammultifeeder.com |
| 547. | instagramnamechecker.com |
| 548. | instagramnitro.com |
| 549. | instagramnycs.club |
| 550. | instagramopulent.com |
| 551. | instagramparapc.info |
| 552. | instagramperfect.com |
| 553. | instagrampostfinder.com |
| 554. | instagramprivateprofileviewer.com |
| 555. | instagramprofileviewer.com |
| 556. | instagrampromo.com |
| 557. | instagrampromotions.com |
| 558. | instagrampt.site |
| 559. | instagrampubgtournament.website |

| | |
|---|---|
| 560. | instagramqq.com |
| 561. | instagramqq.net |
| 562. | instagramquickstart.com |
| 563. | instagramrehabilitation.com |
| 564. | instagramrevolutionsystem.com |
| 565. | instagrams.org |
| 566. | instagramsalesacademy.com |
| 567. | instagramsavy.com |
| 568. | instagramsender.com |
| 569. | instagramsender.site |
| 570. | instagramshaderoom.xyz |
| 571. | instagramshiddensecrets.com |
| 572. | instagramshoping.xyz |
| 573. | instagramshoutout.com |
| 574. | instagramspy.info |
| 575. | instagramstopmodel.com |
| 576. | instagramstories.org |
| 577. | instagramstories.pro |
| 578. | instagramstoryviewer.net |
| 579. | instagramsuccesssummit.com |
| 580. | instagramsupport.live |
| 581. | instagramsupport.org |
| 582. | instagramsupport.site |
| 583. | instagramsupport.website |
| 584. | instagramsupportcenter.info |
| 585. | instagramsupportservice.site |
| 586. | instagramsupremacy.com |
| 587. | instagramtakipci.info |
| 588. | instagramtechk.com |
| 589. | instagramtemplates.com |
| 590. | instagramthailand.com |
| 591. | instagramtiktokinfo.com |
| 592. | instagramtop50.com |
| 593. | instagramtrend.xyz |
| 594. | instagramtube.com |
| 595. | instagramty.com |
| 596. | instagramuser.net |
| 597. | instagramvdo.com |
| 598. | instagramverificationmail.com |
| 599. | instagramvideodownloader.us |
| 600. | instagramvideoimagedownload.xyz |
| 601. | instagramview.club |
| 602. | instagramviewers.com |

603.    instagramviral.com
604.    instagramwebs.com
605.    instagramwish.com
606.    instagramwishlist.com
607.    instagramyourevents.com
608.    instagran.name
609.    instagrawm.com
610.    instainstagramlikes.com
611.    instantgrams.org
612.    instantinstagram.com
613.    instantinstagramfollowers.com
614.    instaqram.net
615.    instavgram.com
616.    instawgram.com
617.    insteegram.store
618.    instergram.net
619.    instfagram.com
620.    instgrm-group.club
621.    insthagram.com
622.    instigram.xyz
623.    instogram.club
624.    instogram.pro
625.    instogram.xyz
626.    instqagram.com
627.    instragram.app
628.    instragramuser.xyz
629.    instwgram.com
630.    insxtagram.com
631.    ip-instagram.com
632.    iraninstagram.com
633.    japaninstagramwalk.com
634.    jenniferinstagram.com
635.    jinstagram.com
636.    johnhebertinstagram.com
637.    killerinstagramads.com
638.    larutadelinstagram.com
639.    leinstagram.com
640.    lifetimeoninstagram.com
641.    likesinstagram.com
642.    lnsta-gram-me.com
643.    lnstagram-accounts.com
644.    lnstagram-confirm.help
645.    lnstagram-copyrightcenter.com

| | |
|---|---|
| 646. | lnstagram-email.com |
| 647. | lnstagram-help.services |
| 648. | lnstagram-mail.host |
| 649. | lnstagram-support-team.com |
| 650. | lnstagram-support.site |
| 651. | lnstagram-supportlive.com |
| 652. | lnstagram-verify.info |
| 653. | lnstagram.rest |
| 654. | lnstagram.tech |
| 655. | lnstagramclient.com |
| 656. | lnstagramclientsupport.com |
| 657. | lnstagramcopyrights.online |
| 658. | lnstagramhelp-center.com |
| 659. | lnstagramhelp-service.com |
| 660. | lnstagramhelpsecurity.com |
| 661. | lnstagramn.com |
| 662. | lnstagrampartner-support.com |
| 663. | lnstagrampartnersbusiness.com |
| 664. | lnstagrams.site |
| 665. | lnstagramsecurityservice.com |
| 666. | lnstagramservice.host |
| 667. | lnstagramsupportline.com |
| 668. | lnstagramsupportlive.com |
| 669. | lnstagramsupports.online |
| 670. | lnstagramverifyaccountshelps.com |
| 671. | lnstagran.xyz |
| 672. | login-instagram.live |
| 673. | lombafotoinstagram.com |
| 674. | luxurytravelinstagram.com |
| 675. | mail-instagram.space |
| 676. | matriceinstagram.com |
| 677. | minneapolisinstagram.com |
| 678. | mninstagram.com |
| 679. | my-instagram.net |
| 680. | myinstagrammanager.com |
| 681. | myinstagramstats.com |
| 682. | myreportsforinstagram.com |
| 683. | nextinstagramtechk.com |
| 684. | notifications-for-instagram.com |
| 685. | panelinstagram.com |
| 686. | parainstagramers.com |
| 687. | parkcityoninstagram.com |
| 688. | petsofinstagram.com |

689.     phanmeminstagram.com
690.     photoboothinstagram.com
691.     pinstagram.xyz
692.     pinstagrams.com
693.     piratercompteinstagram.xyz
694.     printinstagramphotos.com
695.     puppiesofinstagram.com
696.     purchaseinstagramfollowers.com
697.     purchaseinstagramsfollowers.com
698.     rafelmayolinstagram.com
699.     realhousecatsofinstagram.com
700.     realinstagramhack.com
701.     reportsparainstagram.com
702.     saveinstagramvideo.com
703.     scheduleinstagrampostsfree.com
704.     secured-lnstagram.com
705.     security-instagram.email
706.     security-lnstagram.app
707.     security-lnstagram.online
708.     seeprivateinstagram.online
709.     sexinstagram.app
710.     sexy-instagram.com
711.     share-instagram.com
712.     shopinstagram.app
713.     shopinstagram.com
714.     sinstagram.app
715.     socialviewforinstagram.com
716.     stalkerforinstagram.com
717.     stalkersforinstagram.com
718.     supporto-instagram.info
719.     thebusinessofinstagram.com
720.     theinstagrambundle.com
721.     tninstagram.com
722.     ukinstagramgirls.online
723.     urbaninstagram.com
724.     verification-instagram.com
725.     viewinstagramprofile.com
726.     viewprivateinstagram.com
727.     vzlom-akkaunta-instagram.icu
728.     vzlom-instagram.icu
729.     writersofinstagram.com
730.     xprofileforinstagram.com
731.     xxxinstagram.com