# Exhibit B



515 South Flower Street, Forty Second Floor | Los Angeles, CA 90071-2223 | TEL 213.430.3400 | FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
erome@romeandassociates.com

December 16, 2020

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:** *Notice of Actionable Harm – Proxy Services Disclosure Request*
*TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies, Instagram, LLC ("Instagram") and WhatsApp Inc ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 190 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Names violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number

Tucker Ellis LLP

Eugene Rome
December 16, 2020
Page 2

5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names were registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and were registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Instagram Trademarks, or Whatsapp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Instagram or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
    Exhibit A: List of Infringing Domain Names
    Exhibit B: Whois data

# Exhibit A

1. faceebook.live
2. silverfacebooker.com
3. facebo0k.site
4. fcebook.org
5. fscebook.net
6. focebook.co
7. facebouk.xyz
8. facebok.club
9. hackearunfacebook.com
10. faceybook.com
11. facebooksmallbusiness.com
12. arizonafacebookmarketing.com
13. facebooklessons.com
14. 2face2book.com
15. faceboookmail.com
16. facebook-ellas.com
17. facebock.website
18. facebookparejas.com
19. face-book.xyz
20. faceb0ok.net
21. facrbook.org
22. faecbook.online
23. faecbook.xyz
24. fasebook.org
25. fazebook.net
26. faacebook.org
27. face6ookweb.com
28. fecbooks.com
29. ads-faceobook.com
30. faecbookon.com
31. facebiock.com
32. cursodefaceboockads.xyz
33. facboeok.com
34. facewkbook.com
35. ingresos-facebok-pe.xyz
36. face-book-killers.com
37. facebok-market-place-id44photobc884811246866-item.com
38. faaecbook.com
39. faceeboook.xyz
40. facebo0k.rocks
41. ifacabook.xyz
42. facebok-property.xyz
43. facabook-free.com

44. oldfaceook.xyz
45. faceboksecurity.com
46. facebok.asia
47. faceeebook.xyz
48. f4acebook.com
49. faceeboolk.com
50. fasebooksex.space
51. faceb00k01.com
52. appealing-facebok101.xyz
53. appealing-facebok102.xyz
54. appealing-facebok104.xyz
55. appealing-facebok105.xyz
56. appealing-facebok106.xyz
57. appealing-facebok107.xyz
58. appealing-facebok108.xyz
59. appealing-facebok110.xyz
60. appealing-facebok111.xyz
61. appealing-facebok112.xyz
62. appealing-facebok113.xyz
63. appealing-facebok114.xyz
64. appealing-facebok115.xyz
65. appealing-facebok116.xyz
66. appealing-facebok117.xyz
67. appealing-facebok118.xyz
68. appealing-facebok119.xyz
69. appealing-facebok120.xyz
70. appealing-facebok121.xyz
71. awesome-properties-by-facebok.club
72. facebok-appealing300.xyz
73. facebok-markettsplacesale.com
74. fiacebook.net
75. facebok-marketplacesale.com
76. facebok-marketsplacesalee.com
77. facebuks.site
78. fecabook.online
79. facebok-marketsplacesalle.com
80. facebokglobalpromo.com
81. faceboook.baby
82. faceboooksecuritycheck.com
83. facebokgrant.com
84. facbook-community-moderator-page.com
85. faecbook-profile.com
86. facebocksecurityandprivacyissue.com

87. fcebook-login.online
88. facebokemail.email
89. facebokemail.store
90. faccebookdate.xyz
91. verifyfbaccount.com
92. faccebookdatings.xyz
93. faccebookhookups.xyz
94. faceboookappel.live
95. faecbook.click
96. faccebook4fun.xyz
97. faceebook4meet.xyz
98. faaccebookhookups.xyz
99. faacebookhookups.xyz
100. faccebook365.xyz
101. faccebook4meet.xyz
102. faccebookchat.xyz
103. faccebookdate365.xyz
104. faccebookhookups247.xyz
105. faccebookmeet.xyz
106. face-bookclaim.com
107. ffaccebook.xyz
108. faccebookxx.xyz
109. facebo0k-et-tr.com
110. xchatfaacebook.xyz
111. faceboknow.com
112. faccebookhhookups.xyz
113. faccebookhookupss.xyz
114. csf-f4cebook.com
115. faccebookk4hookup.xyz
116. facebok4hookup.xyz
117. faccebookhookup.xyz
118. faceb4hookup.xyz
119. faccebook4meett.xyz
120. faceebook4dating.xyz
121. faceebook4hookup.xyz
122. faccebookmeetup.xyz
123. videochatonfaccebook.xyz
124. faccebookmeets.xyz
125. clickfacebok.com
126. face-book-spy.com
127. insttagram.com
128. inztagram.com
129. instagfram.com

130. instagramfollowersgenerator.club
131. 1nstagram.xyz
132. brandoninstagram.com
133. cdninstagram.stream
134. cdninstagram.win
135. copyright-lnstagram-form.com
136. free-instagram-follower.com
137. fuckyourinstagram.com
138. getinstagramfollowers.club
139. graph-instagram.com
140. help-form-lnstagram.com
141. helpertoolsforinstagram.com
142. howtosellinstagramfollowers.com
143. igstagram.com
144. insfagram.com
145. insgagram.com
146. insgtagram.com
147. insta-gram.site
148. insta-gram.xyz
149. instaggram.site
150. instagragift.xyz
151. instagram-advertising.net
152. instagrambabes.com
153. instagramconcert.stream
154. instagramfollowers.website
155. instagramgig.stream
156. instagramlive.stream
157. instagrammatas.com
158. instagrammusic.stream
159. instagramorganico.com
160. instagramtricks.club
161. instagran.net
162. instagriam.xyz
163. instagrsm.xyz
164. instagvram.com
165. instahgram.com
166. instantinstagramlikes.com
167. instargram.net
168. instaygram.com
169. instegram.live
170. instiagram.com
171. instogram.report
172. instogram.website

173. instqgram.com
174. insytagram.com
175. liveinstagram.stream
176. lnstagram-security.email
177. lnstagram-security.live
178. lnstagram-verify.net
179. lnstagram.gift
180. lnstagram.xyz
181. lnstagramcheapjordans.com
182. lnstagramcheapkicks.com
183. lnstagramcopyrlght.com
184. lnstagramhelpofcenter.com
185. mobile-lnstagram.com
186. photoinstgrm.com
187. pinstagram.com
188. security-instagram.com
189. theinstagramjam.com
190. tuftandneedleinstagram.com