# Exhibit C

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
> erome@romeandassociates.com

February 9, 2021

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**    *Notice of Actionable Harm – Proxy Services Disclosure Request*
         *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies Facebook Technologies, LLC ("Facebook Technologies"), Instagram, LLC ("Instagram") and WhatsApp LLC ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for each of the 356 domain names listed on Exhibit A (collectively, the "Infringing Domain Names"). Attached as Exhibit B is the whois data for the Infringing Domain Names.

As described more fully below, the registration and/or use of the Infringing Domain Names violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Facebook Technologies owns the exclusive rights to several trademarks and service marks including the distinctive OCULUS trademarks and service marks, having used the marks in connection with its goods and services since 2012 (collectively, the "Oculus Trademarks"). In addition to its extensive common law rights in the Oculus Trademarks, Facebook Technologies owns numerous United States registrations for the Oculus Trademarks, including the following registrations: (a) United States Registration Number 4,647,400; (b) United States Registration

# Tucker
# Ellis | LLP

Eugene Rome
February 9, 2021
Page 2

Number 4,906,934; (c) United States Registration Number 4,991,015; (d) United States Registration Number 4,891,157; (e) United States Registration Number 5,428,820; (f) United States Registration Number 5,311,963; (g) United States Registration Number 5,311,964; (h) United States Registration Number 5,407,942; (i) United States Registration Number 5,475,914; and (j) United States Registration Number 5,433,965.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names is identical or confusingly similar to the Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Facebook Technologies, Instagram, or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

# Tucker
# Ellis | LLP

Eugene Rome
February 9, 2021
Page 3

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,

TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
        Exhibit A: List of Infringing Domain Names
        Exhibit B: Whois data

# Exhibit A

1.   acc-fac3book.info
2.   acc-fbsecure.info
3.   accountfb-update.com
4.   accountfbmaintenance.com
5.   accountfbsecure.org
6.   accountfbverify.com
7.   appsfbvideos.co
8.   conffrwfb-news.site
9.   confirm-accountfb.com
10.  confirmaccountfb.com
11.  copyrights-fb.com
12.  download-instagram.com
13.  fa1cebook.com
14.  facbooklogin.online
15.  facbooknews.xyz
16.  face-book-marketplace354565.com
17.  face-book-vehicles-9393.com
18.  faceabook.club
19.  faceb00k-90342495192470144.cam
20.  faceb0ok.me
21.  faceb0okk.com
22.  facebeek.website
23.  facebo-k.com
24.  facebo0k.net
25.  facebocc.com
26.  facebockk.com
27.  facebok-market-place-item-713678.com
28.  facebok-market-place-id44photobc884815246666-item.com
29.  facebok.cam
30.  facebokpage.com
31.  facebooh.xyz
32.  facebooik.net
33.  faceboook-business3856681.com
34.  faceboook-page1454544485.com
35.  faceboook-page14584851454.com
36.  faceboook-page154584854.com
37.  faceboook-page1888474.com
38.  faceboook-page2104591227.com
39.  faceboook-page215558545.com
40.  faceboook-page2215458775.com
41.  faceboook-page2773104.com
42.  faceboook-page32145785.com
43.  faceboook-page32541874.com

44.  faceboook-page39155072.com
45.  facebook-page47452148.com
46.  faceboook-page48710082.com
47.  facebook-page514585845.com
48.  faceboook-page51474541.com
49.  faceboook-page51478458784.com
50.  faceboook-page52145854145.com
51.  facebook-page545875488.com
52.  faceboook-page5484785458.com
53.  faceboook-page548548548.com
54.  facebook-page54884548.com
55.  faceboook-page548845485.com
56.  facebook-page62145858.com
57.  faceboook-page62545844.com
58.  faceboook-page62545878.com
59.  facebook-page6352612.com
60.  faceboook-page6514588.com
61.  facebook-page652154854.com
62.  facebook-page65485858.com
63.  facebook-page67912739118.com
64.  faceboook-page719433812305.com
65.  facebook-page720172883.com
66.  faceboook-page7210869558.com
67.  faceboook-page7346223.com
68.  facebook-page737015273.com
69.  faceboook-page76254332.com
70.  facebook-page847299103.com
71.  faceboook-page8554885488.com
72.  faceboook-page90524307564.com
73.  faceboook-page9128956104.com
74.  facebook-page9840153826.com
75.  faceitbook.website
76.  faecebook.xyz
77.  fb-business-item-8279205817954.com
78.  fb-business-item-938692603825.com
79.  fb-business-item.online
80.  fb-business-page215485515.com
81.  fb-business-page38287463.com
82.  fb-business-page636881528.com
83.  fb-houses.com
84.  fb-item-029873322.com
85.  fb-item-9376649222.com
86.  fb-item-marketplace-1998498863045.casa

87.   fb-listing-realpages1167492176.com
88.   fb-listing-realpages1643795208.com
89.   fb-listing-realpages817364590.com
90.   fb-listing.com
91.   fb-listingrealpages4186281.com
92.   fb-listingrealpages41862937.com
93.   fb-listingrealpages6284951307.com
94.   fb-listingrealpages741369852.com
95.   fb-listingrealpages74829136.com
96.   fb-listingrealpages821793465.com
97.   fb-listingrealpages82643719.com
98.   fb-listingrealpages846192.com
99.   fb-listingrealpages8472638491.com
100.  fb-listingrealpages8527413690.com
101.  fb-listingrealpages9173465280.com
102.  fb-listings-marketplace.com
103.  fb-marketplace-1254158458.com
104.  fb-marketplace-1254874758.com
105.  fb-marketplace-1458452145.com
106.  fb-marketplace-1521451452.com
107.  fb-marketplace-15214552152.com
108.  fb-marketplace-201521845.com
109.  fb-marketplace-21454851458.com
110.  fb-marketplace-21455152145.com
111.  fb-marketplace-2152415454.com
112.  fb-marketplace-21524582145.com
113.  fb-marketplace-215284154.com
114.  fb-marketplace-215465326.com
115.  fb-marketplace-21548514.com
116.  fb-marketplace-2154858.com
117.  fb-marketplace-21552145214.com
118.  fb-marketplace-215785148.com
119.  fb-marketplace-2158420120.com
120.  fb-marketplace-23145145.com
121.  fb-marketplace-235484695.com
122.  fb-marketplace-2415845254.com
123.  fb-marketplace-2514158478.com
124.  fb-marketplace-25145848.com
125.  fb-marketplace-25154545415.com
126.  fb-marketplace-2548454155.com
127.  fb-marketplace-26548754.com
128.  fb-marketplace-283782.com
129.  fb-marketplace-321251415.com

130.   fb-marketplace-32145845.com
131.   fb-marketplace-321458785.com
132.   fb-marketplace-3214588478.com
133.   fb-marketplace-32152145841.com
134.   fb-marketplace-3251454455.com
135.   fb-marketplace-32654853645.com
136.   fb-marketplace-36215454158.com
137.   fb-marketplace-3625415845.com
138.   fb-marketplace-36276735.com
139.   fb-marketplace-4.store
140.   fb-marketplace-514584584.com
141.   fb-marketplace-521457550.com
142.   fb-marketplace-52415484541.com
143.   fb-marketplace-56458784.com
144.   fb-marketplace-6215845566.com
145.   fb-marketplace-63145458458.com
146.   fb-marketplace-63214578145.com
147.   fb-marketplace-63254154152.com
148.   fb-marketplace-6341584524.com
149.   fb-marketplace-65458452.com
150.   fb-marketplace-654584548.com
151.   fb-marketplace-65548659.com
152.   fb-marketplace-add.com
153.   fb-marketplace-business.com
154.   fb-marketplace-item-93792068275.com
155.   fb-marketplace-item24912.com
156.   fb-marketplace-item79381048919310.com
157.   fb-marketplace-items-for-sale.xyz
158.   fb-marketplace-items-forsale.xyz
159.   fb-marketplace-realtor.com
160.   fb-marketplace-selling.online
161.   fb-marketplace-trading-uk-item872363543.com
162.   fb-marketplace-voiture.com
163.   fb-marketplacee-item.xyz
164.   fb-online-business.com
165.   fb-page-100232211.com
166.   fb-page9488-listingid57939.com
167.   fb-pages-photography-listing398850.com
168.   fb-pages-photography-listing490845.com
169.   fb-pages-photography-listing765580.com
170.   fb-pages-photography-listing767804.com
171.   fb-pages-properties-listing1807644.com
172.   fb-pages-properties-listing550896.com

173.   fb-pages-properties-listing767804.com
174.   fb-pages-properties-listing850043.com
175.   fb-pages-realestateid-listing1590075.com
176.   fb-pages-realestateid-listing1807644.com
177.   fb-pages-realestateid-listing198754.com
178.   fb-pages-realestateid-listing295774.com
179.   fb-pages-realestateid-listing398742.com
180.   fb-pages-realestateid-listing744993.com
181.   fb-pages-realestateid-listing749302.com
182.   fb-pages-realestateid-listing7539640.com
183.   fb-pages-realestateid-listing7546933.com
184.   fb-pages-realestateid-listing764902.com
185.   fb-pages-realestateid-listing768094.com
186.   fb-pages-realestateid-listing981583.com
187.   fb-pagetravelagencylisting232.com
188.   fb-policyupdate.com
189.   fb-policyupdate.us
190.   fb-post78471984932.com
191.   fb-posting-38847720.com
192.   fb-product47284.cyou
193.   fb-profile-gloria-brown6353dom742685.com
194.   fb-profille-lark2daffodil.club
195.   fb-profille-lark4daffodil.club
196.   fb-profille-lark6daffodil.club
197.   fb-profille-melicentanita.club
198.   fb-properties.com
199.   fb-protection-listing-ad-list38271242.com
200.   fb-realestate-business.com
201.   fb-realestate-marketplace.com
202.   fb-realestate.com
203.   fb-realpages-listing753148620.com
204.   fb-realtor-marketplace.com
205.   fb-realtor-marketplace.us
206.   fb-realtors-page236586.us
207.   fb-realtors-page789435.link
208.   fb-secure.icu
209.   fb-sex-group.com
210.   fb-shop-marketplace.com
211.   fb-store-marketplace.com
212.   fb-vehicle-marketplace-item-65768863423.xyz
213.   fb-video-xxx.club
214.   fb-videos-app.xyz
215.   fb19847-page57893-real-estate-item45672.house

216. fb23495-page78649-real-estate-item89234.house
217. fb23564-page89236-real-estate-item789354.com
218. fb23574-page78235-real-estate-item67456.house
219. fb24536-page78638-real-estate-item26754.house
220. fb25367-page68934-real-estate-item78935.house
221. fb25435-real-estate-item85645-page18745.estate
222. fb28764-page67456-real-estate-item68456.house
223. fb34567-page27893-real-estate-item76522.house
224. fb35562-page78656-real-estate-item39824.house
225. fb52437-page923456-real-estate-item4657.house
226. fb5464523-item87545442.com
227. fb57893-page57869-real-estate-item25634.house
228. fb67354-page67856-real-estate-item28945.house
229. fb67823-page89354-real-estate-item44567.house
230. fb67894-page87653-real-estate-item89765.house
231. fb68924-page18793-real-estate-item78845.house
232. fb73456-page23345-real-estate-item89354.house
233. fb73456-page37846-real-estate-item22784.house
234. fb758643-page26745-real-estate-item98745.house
235. fb76534-page84657-real-estate-item38765.house
236. fb78354-page785623-real-estate-item98756.house
237. fb78354-page78945-real-estate-item57682.house
238. fb78456-page29874-real-estate-item48875.house
239. fb78645-page68975-real-estate-item46758.house
240. fb78893-page25546-real-estate-item89036.house
241. fb87364-page82343-real-estate-item89567.house
242. fb87665-page28645-real-estate-item84567.house
243. fb876745-page92341-real-estate-item34673.house
244. fb87945-page29834-real-estate-item78456.house
245. fb88924-page35645-real-estate-item92563.house
246. fb89934-page46578-real-estate-item72345.house
247. fbcopyright-contact.com
248. fbcopyright-support.com
249. fbcopyrighthelp-10000319452679.com
250. fbcopyrightmedia-100006149463.com
251. fbcopyrightsconnect.com
252. fbcopyrightshelp.com
253. fbcopyrightviolation.com
254. fbdesignlistingpage32232.com
255. fbhousesforsaleandrentpage5423.com
256. fblistingpageforbusiness.com
257. fblistingpageshouse6174.com
258. fblistingrealpages7486821.com

259.   fbmarketplace-2154521452.com
260.   fbmarketplaceitem744016979710151.com
261.   fbmarketplaceitemf3501339902616401792.com
262.   fbpagehomeforsaleandrentlisting232323.com
263.   fbpagesmanager.com
264.   fbpagesmedia.com
265.   fbsecurelogin.com
266.   ffcebook.xyz
267.   helpfor-lnstagram.com
268.   igbadge.info
269.   inst-agram.com
270.   instagfam.com
271.   instagr-m.com
272.   instagram-mail.host
273.   instagramfotodownload.com
274.   instagramhiddensecrets.com
275.   instagramignite.com
276.   instagramisreallife.com
277.   instagrammarketingsecrets.club
278.   instagrampickup.com
279.   instagrom.org
280.   instaqramsupportt.com
281.   instatogram.xyz
282.   instaverified.club
283.   instgram-lk.xyz
284.   instragram.xyz
285.   ipokerfacebook.com
286.   isa0rtega-pr0filefaceb00k.club
287.   listing-realestate-452136587487-fb.com
288.   lnst-agram.com
289.   longislandinstagram.com
290.   mailx-lnstagram.com
291.   marketfbk34351.site
292.   marketplace-item-1548956126546845659-fb.com
293.   marketplace-item-541526591478511-fb.com
294.   marketplace7662587facebok.com
295.   marketplacefbrealestat.club
296.   marketplacefbrealestat.digital
297.   marketplacefbrealtorpeople.site
298.   mfaceboock-item2384723.com
299.   mtr-facebo0k.com
300.   oculusquest.link
301.   page-fb-properties962632-gg3446634house4634.com

302.  page-fb-properties962632-homesale342423.com
303.  partyinstagram.com
304.  pinstagramparty.com
305.  policy-activityfb.com
306.  policy-fbupdate.com
307.  policyupdatefb.org
308.  post235834-fb-marketplace.com
309.  profile89329-fbk-property.com
310.  profille-fb-account.com
311.  profille-isabel0rtegafaceb00k.club
312.  realestahelpingpeoplefbmarketplac.casa
313.  realestahelpingpeoplefbmarketplac.club
314.  realestate-listing-23514578454856-fb.com
315.  realestate-listing-2548565489569856-fb.com
316.  realestate-listing-3552145687458968-fb.com
317.  realestate-listing-365214254788654-fb.com
318.  realestate-listing-4123589685632563-fb.com
319.  realestate-listing-41235896896359-fb.com
320.  realestate-listing-45123658789525-fb.com
321.  realestate-listing-45235869856325-fb.com
322.  realestate-listing-455236985214521-fb.com
323.  realestate-listing-485255896569856-fb.com
324.  realestate-listing-52369874125879-fb.com
325.  realestate-listings-25852545256525-fb.com
326.  realestate-listings-365214254798658-fb.com
327.  realestate-listings-36521458267239-fb.com
328.  realestate-listings-45265846985625-fb.com
329.  realestate-listings-584565498585669-fb.com
330.  realestatemarketfb.email
331.  realestatemarketfb.site
332.  realestatemarketfb.store
333.  realestatemarketfb.work
334.  realtorpeoplefbmarketplace.email
335.  realtorpeoplefbmarketplace.site
336.  realtorpeoplefbmarketplace.store
337.  relatorthefieldslernerfbmarketplace.us
338.  reviewfbkdetails.com
339.  robot-helpfb.host
340.  securepolicyfb.com
341.  security-fbreview.com
342.  skinstagramer.com
343.  uninstagrammable.com
344.  updatefbaccount.com

345.   updatefbterms.com
346.   verify-fb-account.com
347.   viewfb-infofilefb.website
348.   wastedinstagram.com
349.   watsapp.store
350.   whaatsapp0xa.club
351.   whasappms.com
352.   whatappweb.live
353.   whatasapp.live
354.   whatsupnow.xyz
355.   whatsupp.link
356.   whoblockedmeoninstagram.com

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor | Los Angeles, CA 90071-2223 | TEL 213.430.3400 | FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
      erome@romeandassociates.com

February 23, 2021

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**    *Notice of Actionable Harm – Proxy Services Disclosure Request*
        *TE No. 015949-008*

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated company Instagram, LLC ("Instagram").

Whoisguard, Inc. is listed as the registered name holder for the domain name instaspy.io (the "Infringing Domain Name"). Attached as Exhibit A is the whois data for the Infringing Domain Name.

As described more fully below, the registration and/or use of the Infringing Domain Name violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Instagram.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

The Infringing Domain Name is identical or confusingly similar to the Instagram Trademarks. The Infringing Domain Name was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from the Instagram Trademarks in violation of the Anti-cybersquatting Consumer Protection

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS  |  tuckerellis.com

# Tucker
# Ellis | LLP

Eugene Rome
February 23, 2021
Page 2

Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of the Infringing Domain Name causes Instagram actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,
TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachment:
        Exhibit A: Whois data

Exhibit A

```
Domain name: INSTASPY.IO
Registry Domain ID: D503300001186097786-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-31T18:03:47.00Z
Registrar Registration Expiration Date: 2021-07-31T18:03:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e5db795bd7dd4524b3c14c842e368098.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e5db795bd7dd4524b3c14c842e368098.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e5db795bd7dd4524b3c14c842e368098.protect@whoisguard.com
Name Server: mariah.ns.cloudflare.com
Name Server: sri.ns.cloudflare.com
DNSSEC: unsigned
```

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
    erome@romeandassociates.com

March 11, 2021

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:**    ***Notice of Actionable Harm – Proxy Services Disclosure Request***
        ***TE No. 015949-008***

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies
Facebook Technologies, LLC ("Facebook Technologies"), Instagram, LLC ("Instagram") and
WhatsApp LLC ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for many of the 67 domain names listed
on Exhibit A (collectively, the "Infringing Domain Names").

As described more fully below, the registration and/or use of the Infringing Domain Names
violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy,
constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the
distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service
mark, having used the marks in connection with its goods and services since 2004 and 2014,
respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law
rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the
Facebook Trademarks, including the following registrations: (a) United States Registration
Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States
Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United
States Registration Number 4,659,777.

Facebook Technologies owns the exclusive rights to several trademarks and service marks
including the distinctive OCULUS trademarks and service marks, having used the marks in
connection with its goods and services since 2012 (collectively, the "Oculus Trademarks"). In
addition to its extensive common law rights in the Oculus Trademarks, Facebook Technologies
owns numerous United States registrations for the Oculus Trademarks, including the following
registrations: (a) United States Registration Number 4,647,400; (b) United States Registration
Number 4,906,934; (c) United States Registration Number 4,991,015; (d) United States

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS  |  tuckerellis.com

## Tucker
## Ellis | LLP

Eugene Rome
March 11, 2021
Page 2

Registration Number 4,891,157; (e) United States Registration Number 5,428,820; (f) United States Registration Number 5,311,963; (g) United States Registration Number 5,311,964; (h) United States Registration Number 5,407,942; (i) United States Registration Number 5,475,914; and (j) United States Registration Number 5,433,965.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names is identical or confusingly similar to the Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Facebook Technologies, Instagram, or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

**Tucker**
**Ellis** | **LLP**

Eugene Rome
March 11, 2021
Page 3

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,

TUCKER ELLIS LLP

David J. Steele
Attorney

DJS:dd
Attachments:
        Exhibit A: List of Infringing Domain Names

Exhibit A

1.  bestwhatsappgroups.com
2.  bestwhatsappimages.com
3.  botsforwhatsapp.com
4.  chatbotsforwhatsapp.com
5.  comespiarewhatsapp.com
6.  descargarwhatsappdescargar.com
7.  easywhatsapp.com
8.  freewhatsappstatus.com
9.  gbwhatsapp.cam
10. gpwhatsapp.com
11. happy-valentines-day-whatsapp-wishes.com
12. imagenesdecumplewhatsapp.com
13. islamicwhatsappstatus.com
14. jagowhatsapp.com
15. jiowhatsapp.com
16. jokesforwhatsapp.com
17. librowhatsapp.com
18. newwhatsappstatusvideo.com
19. oculusapplab.com
20. prowhatsapps.com
21. purewhatsapp.com
22. recovery-whatsapp.com
23. sad-whatsappstatus.com
24. saharawhatsapp.com
25. sendwhatsappmessage.com
26. sexywhatsapp.cam
27. stickerforwhatsapp.com
28. updates-whatsapp.com
29. whatsapp-api.com
30. whatsapp-bot.com
31. whatsapp-free-wifi.com
32. whatsapp-group-links.com
33. whatsappautolikes.com
34. whatsappautomaticlikes.com
35. whatsappbuch.com
36. whatsappbulk.com
37. whatsappbulker.com
38. whatsappbutler.com
39. whatsappcars.com
40. whatsappcentral.com
41. whatsappclone.com
42. whatsappdpgirl.com
43. whatsappeva.com

44.     whatsappgirls.com
45.     whatsapplike.com
46.     whatsapplikes.com
47.     whatsapplovequotes.com
48.     whatsappmatico.com
49.     whatsappmedia.com
50.     whatsappmessage.com
51.     whatsappnin.com
52.     whatsappnn.com
53.     whatsappnotification.com
54.     whatsappr.com
55.     whatsappreminder.com
56.     whatsapprofesional.com
57.     whatsapproval.com
58.     whatsappsalesmastery.com
59.     whatsappservices.com
60.     whatsappsimulator.com
61.     whatsappstatusonline.com
62.     whatsappstatuss.com
63.     whatsappstickersapps.com
64.     whatsappvans.com
65.     whatsappvideostatus.com
66.     wwwwhatsapp.com
67.     yowhatsappapk.net



**Tucker Ellis** | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

Direct Dial 213.430.3360 | david.steele@tuckerellis.com

**Via email to:**
  erome@romeandassociates.com

March 15, 2021

Eugene Rome
ROME & ASSOCIATES, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067

**RE:    *Notice of Actionable Harm – Proxy Services Disclosure Request***
  ***TE No. 015949-008***

Dear Eugene:

We write on behalf of Facebook, Inc. ("Facebook") and its affiliated companies Facebook Technologies, LLC ("Facebook Technologies"), Instagram, LLC ("Instagram") and WhatsApp LLC ("WhatsApp").

Whoisguard, Inc. is listed as the registered name holder for many of the 103 domain names listed on Exhibit A (collectively, the "Infringing Domain Names").

As described more fully below, the registration and/or use of the Infringing Domain Names violates your company's terms of use and the Uniform Domain Name Dispute Resolution Policy, constitutes cybersquatting, and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark and the distinctive FB trademark and service mark, having used the marks in connection with its goods and services since 2004 and 2014, respectively (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; (d) United States Registration Number 4,102,824; and (e) United States Registration Number 4,659,777.

Facebook Technologies owns the exclusive rights to several trademarks and service marks including the distinctive OCULUS trademarks and service marks, having used the marks in connection with its goods and services since 2012 (collectively, the "Oculus Trademarks"). In addition to its extensive common law rights in the Oculus Trademarks, Facebook Technologies owns numerous United States registrations for the Oculus Trademarks, including the following registrations: (a) United States Registration Number 4,647,400; (b) United States Registration Number 4,906,934; (c) United States Registration Number 4,991,015; (d) United States

# Tucker
# Ellis | LLP

Eugene Rome
March 15, 2021
Page 2

Registration Number 4,891,157; (e) United States Registration Number 5,428,820; (f) United States Registration Number 5,311,963; (g) United States Registration Number 5,311,964; (h) United States Registration Number 5,407,942; (i) United States Registration Number 5,475,914; and (j) United States Registration Number 5,433,965.

Instagram owns the exclusive rights to several trademarks and service marks including the distinctive INSTAGRAM trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; (g) United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; (i) United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp owns the exclusive rights to several trademarks and service marks including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: United States Registration Number 3,939,463; United States Registration Number 4,083,272; United States Registration Number 5,492,738; and United States Registration Number 5,520,108.

Each of the Infringing Domain Names is identical or confusingly similar to the Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks. Each of the Infringing Domain Names was registered and used in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy, and was registered, trafficked in, or used with bad faith intent to profit from Facebook Trademarks, Oculus Trademarks, Instagram Trademarks, or WhatsApp Trademarks in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration, trafficking in, or use of each of the Infringing Domain Names causes Facebook, Facebook Technologies, Instagram, or WhatsApp actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee.

# Tucker
# Ellis | LLP

Eugene Rome
March 15, 2021
Page 3

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,

TUCKER ELLIS LLP

David J. Steele

Attorney

DJS:dd

Attachments:

Exhibit A: List of Infringing Domain Names

# Exhibit A

1. activityfbreview.online
2. aws-fb-account.com
3. aws-fb-listing.com
4. confirm-fbaccount.com
5. confirmfb-account.com
6. direct-fbmsg.club
7. facebok-owner-trade.club
8. fb-ads-manager.info
9. fb-business-258478548.com
10. fb-business-52148454.com
11. fb-business-54762345.com
12. fb-business-61451024.com
13. fb-business-76325623.com
14. fb-cars-markeetplace-item-98765672323.xyz
15. fb-item-110266344.com
16. fb-item-28847736.com
17. fb-item-356443332.com
18. fb-item-487386222.com
19. fb-item-83774653442.com
20. fb-item32422.club
21. fb-leiferteam-039847722.com
22. fb-marketplace-321458545.com
23. fb-marketplace-5478454787.com
24. fb-marketplace-784693634.com
25. fb-marketplace-item-029735432343.com
26. fb-marketplace-item-28847736.com
27. fb-marketplace-item-5467878434.com
28. fb-marketplace-item-8477724723.com
29. fb-marketplace9789831.com
30. fb-marketplacee-cars-item-4365476764.xyz
31. fb-marketpllace-cars-item-8786756982.xyz
32. fb-markettplace.store
33. fb-marrketplace-1.site
34. fb-page-item-listing4862308443842123.com
35. fb-page-market.org
36. fb-page.org
37. fb-pages-realestateid-listing2977595.com
38. fb-pages-realestateid-listing6677933.com
39. fb-pages-realestateid-listing7577933.com
40. fb-pageslistingreal31649782502.com
41. fb-pageslistingreal316497852.com
42. fb-pageslistingreal642873195.com
43. fb-pageslistingreal9632587410.com

44.    fb-realpageslisting8527419630.com
45.    fb-realtor-item.com
46.    fb-security-42376728.com
47.    fb2367-page3654789-real-estate-item45789685.consulting
48.    fb27846-page87659-real-estate-item57994.house
49.    fb28793-page86735-real-estate-item26547.house
50.    fb28945-page58796-real-estate-item59873.house
51.    fb34579-page29846-real-estate-item46758.house
52.    fb3985-page76-real-estate-item6574.house
53.    fb39885-page45662-real-estate-item58765.house
54.    fb43785-page23465-real-estate-item67894.house
55.    fb56725-real-estate-item67487-page29845.house
56.    fb67834-page68935-real-estate-item67893.house
57.    fb6834-page62-real-estate-item6425.house
58.    fb76489-page46758-real-estate-item98243.house
59.    fb78346-page58972-real-estate-item47656.house
60.    fb78354-page78965-real-estate-item28745.com
61.    fb78943-page27895-real-estate-item47685.house
62.    fb79356-page86534-real-estate-item18963.house
63.    fb98745-page56748-real-estate-item298734.house
64.    fbcopyrighthelp-10000391465268.com
65.    fbcopyrighthelp-10000391466319.com
66.    fbcopyrighthelp-10000391469161.com
67.    fbcopyrighthelp-100009453937.com
68.    fbcopyrighthelp-100009453947.com
69.    fbcopyrightpages-10000943165237.com
70.    fbmsg-wlogs.club
71.    fbprvt-mssg.club
72.    fbverifypage.xyz
73.    fscebook.club
74.    instaggram.xyz
75.    item-page-fb-74639761873984.com
76.    mobileat-fb-item279809010.com
77.    my-faceboo-moto-page.shop
78.    my-fb-atvdealer-page.icu
79.    realestate-fb-listing-452147898578.com
80.    realestate-fb-listing-739521453784.com
81.    realestate-fb-listing-7541785856898.com
82.    realestate-fb-listings-45187898956512.com
83.    realestate-fb-listings-4521387945874.com
84.    realestate-fb-listings-4581327478789.com
85.    realestate-listing-2365147854685657-fb.com
86.    realestate-listing-2548566259856-fb.com

87.    realestate-listing-425489685632586-fb.com
88.    realestate-listing-45231874958874-fb.com
89.    realestate-listing-4525489685896-fb.com
90.    realestate-listing-4531587454587-fb.com
91.    realestate-listing-48526585625845-fb.com
92.    realestate-listing-546543211245-fb.com
93.    realestate-listing-fb-25459625984564.com
94.    realestate-listing-fb-41256698563256.com
95.    realestate-listing-fb-45213578497854.com
96.    realestate-listing-fb-45287954958785.com
97.    realestate-listing-fb-485668569863123.com
98.    realestate-listing-fb-4878456456887.com
99.    realestate-listing-fb-55625685232561.com
100.    realestate-listings-5845256896596-fb.com
101.    realestate-listings-fb-12351248795765.com
102.    realestate-listings-fb-44565566985698.com
103.    realestate-listings-fb-55896852685658.com