# Exhibit D

| | |
|---|---|
| **Subject:** | Facebook v. Namecheap - Registrar's Certificate |
| **Date:** | Monday, February 1, 2021 at 2:30:52 PM Pacific Standard Time |
| **From:** | Brianna Dahlberg <bdahlberg@romeandassociates.com> |
| **To:** | Steele, David J. <David.Steele@tuckerellis.com> |
| **CC:** | Kroll, Howard A. <Howard.Kroll@tuckerellis.com>, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>, Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, Brad Cebeci <bcebeci@romeandassociates.com>, Jennifer Cho <JCho@romeandassociates.com> |

Dear David,

On our meet and confer call last week, you indicated that Plaintiffs had several issues with Namecheap's Registrar Certificate and/or locking of domains. It was unclear what exactly the issues were or what action Plaintiffs wanted Namecheap to take in response, and we invited Plaintiffs to identify their issues in writing along with an identification of the specific domains at issue.

Since the call, we have not received anything from Plaintiffs on this topic. Unless we hear otherwise from you, we will assume that this matter is resolved.

Brianna