# Exhibit E

| | |
|---|---|
| **Subject:** | RE: Facebook v. Namecheap - Registrar's Certificate |
| **Date:** | Thursday, February 25, 2021 at 9:12:59 PM Pacific Standard Time |
| **From:** | Steele, David J. <David.Steele@tuckerellis.com> |
| **To:** | Brianna Dahlberg <BDahlberg@romeandassociates.com>, Eugene Rome <erome@romeandassociates.com>, Brad Cebeci <bcebeci@romeandassociates.com>, Jennifer Cho <JCho@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com> |
| **CC:** | Kroll, Howard A. <Howard.Kroll@tuckerellis.com>, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com> |
| **Attachments:** | 2021-02-25.11 - Facebook vs. NameCheap - Stipulation to Lock Tendered Domain Names.docx, 2021-02-25.12 - Exhibit 1 to Stipulation to Lock Tenderd Domain Names.docx, 2021-02-25.13 - Facebook vs. NameCheap - Proposed Order re Stipulation to Lock Domain Names.docx |

Brianna,

As we discussed during our meet and confer conference, we noted that a number of domain names that were lodged with the Court were not properly locked and were allowed to expire, some were not locked to prevent transfer to other registrars, and some were disabled but others were not.

We have prepared the attached Stipulation, exhibit of domain names, and [proposed] Order for your consideration. As you'll see, the proposed Order will lock all the domain names at issue in the case to prohibit transfer, modification, deletion, and use.

Would you let us know whether Defendants will stipulate as proposed, or if there is some other language you would suggest to address the issues raised, or whether we should file a motion with the court?

Thank you,

David

---

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Monday, February 1, 2021 2:31 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>
**Cc:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; Brad Cebeci <bcebeci@romeandassociates.com>; Jennifer Cho <JCho@romeandassociates.com>
**Subject:** Facebook v. Namecheap - Registrar's Certificate

**<<< EXTERNAL EMAIL >>>**

Dear David,

On our meet and confer call last week, you indicated that Plaintiffs had several issues with Namecheap's Registrar Certificate and/or locking of domains. It was unclear what exactly the issues were or what action Plaintiffs wanted Namecheap to take in response, and we invited Plaintiffs to identify their issues in writing along with an identification of the specific domains at issue.

Since the call, we have not received anything from Plaintiffs on this topic. Unless we hear otherwise from you, we will assume that this matter is resolved.

Brianna