# Exhibit F

SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, | Case No. CV-20-470-PHX-GMS **STIPULATION REGARDING REVISIONS TO LODGING OF REGISTRAR CERTIFICATE** |
| Plaintiffs, | |
| v. | |
| Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Plaintiffs and Counterclaim defendant Facebook, Inc., Instagram, LLC, and WhatsApp Inc. ("Plaintiffs") and Defendants Namecheap, Inc. ("Namecheap") and Counterclaimant WhoisGuard, Inc. ("WhoisGuard") (collectively, "Defendants"), by and through this stipulation, seek an order from the Court revising the registrar certificate previously lodged with the Court (ECF No. 71). This stipulation is based on the following facts.

1.     On March 4, 2020, Plaintiffs filed the complaint in this action wherein they identified forty-five accused domain names. Compl. ¶¶ 69-74 & Ex. 11.

2.     On December 10, 2020, Plaintiffs filed their First Amended Complaint, in which they identified 1,186 accused domain names (including the forty-five accused domain names in the original filed complaint). FAC Exs. 9, 11, 13, 15, 19, 21, 23.

3.     On December 16, 2020, Plaintiffs sent notice to Defendants of an additional 190 accused domain names at issue in this case.

4.     On February 09, 2021, Plaintiffs sent notice to Defendants of an additional 321 accused domain names at issue in this case.

5.     Collectively, the domain names in the First Amended Complaint and the additional accused domain names at issue in this case are listed in Exhibit 1 to this stipulation.

6.     On January 15, 2021 and pursuant to 15 U.S.C. § 1125(d)(2)(D)(i)(I)-(II), Namecheap tendered to the Court a Registrar's Certificate listing 1,150 domain names. ECF No. 71 & Ex. A.

7.     On February 22, 2021 and pursuant to 15 U.S.C. § 1125(d)(2)(D)(i)(I)-(II), Namecheap tendered to the Court a Registrar's Certificate listing 356 domain names. ECF No. 81 & Ex. A.

The parties now seek an order from the Court requiring that documents sufficient to establish control and authority regarding the disposition of the registration and use of all of the domain names listed in Exhibit 1 to this Stipulation (*i.e.*, the accused domain names at issue in this case) are deposited with the court.

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

Additionally, the parties seek an order from the Court directing the registrars, including Namecheap, and registries for each of the domain names listed in Exhibit 1 lock the domain names to prohibit transfer, modification, deletion, and use. Specifically, the registrars shall set the following client status codes for each domain name:

- clientDeleteProhibited;
- clientHold;
- clientRenewProhibited;
- clientTransferProhibited; and
- clientUpdateProhibited; and

The registries shall set the following server status codes for each domain name:

- Inactive;
- serverDeleteProhibited;
- serverTransferProhibited;
- serverUpdateProhibited;
- serverHold; and
- serverRenewProhbited.

Plaintiffs shall serve a copy of the order on the registry and/or registrar for the domain names listed in Exhibit 1 as necessary to ensure that documents sufficient to establish control and authority regarding the disposition of the registration and use of all of the domain names listed in Exhibit 1 are deposited with the Court.

Additionally, the parties seek an order from the Court directing that any domain names not listed on Exhibit 1 but which were previously tendered to the Court are released by the Court back to Namecheap and any locks previously placed on these domain names shall be removed.

**SO STIPULATED.**

1

DATED: February __, 2021              SNELL & WILMER L.L.P.

2

3                                     By: /s/David G. Barker
                                      David G. Barker
4                                     Jacob C. Jones
5                                     One Arizona Center
                                      400 E. Van Buren, Suite 1900
6                                     Phoenix, Arizona 85004-2202

7                                     TUCKER ELLIS LLP
8                                     David J. Steele
                                      Howard A. Kroll
9                                     Steven E. Lauridsen
                                      515 South Flower Street
10                                    Forty-Second Floor
11                                    Los Angeles, CA 90071-2223

12                                    Attorneys for Plaintiffs,
13                                    Facebook, Inc., Instagram, LLC,
                                      and WhatsApp Inc.
14

15
     DATED: February __, 2021
16                                    **ROME & ASSOCIATES, A.P.C.**

17

18                                    By: /s/ Brianna Dahlberg
                                      Eugene Rome
19                                    Sridavi Ganesan
                                      Brianna Dahlberg
20

21                                    FENNEMORE CRAIG, P.C.
                                      Ray K. Harris
22                                    Mario C. Vasta

23
                                      Attorneys for Defendants,
24                                    Namecheap, Inc. and WhoisGuard, Inc.

25

26

27

28

1. 1nstagram.com
2. 1nstagram.network
3. 1nstagram.xyz
4. 2face2book.com
5. acc-fac3book.info
6. acc-fbsecure.info
7. accountfb-update.com
8. accountfb-updates.com
9. accountfbmaintenance.com
10. accountfbsecure.org
11. accountfbverify.com
12. active-faceboolk.com
13. ads-faceobook.com
14. appeal-facebok.com
15. appealing-facebok101.xyz
16. appealing-facebok102.xyz
17. appealing-facebok104.xyz
18. appealing-facebok105.xyz
19. appealing-facebok106.xyz
20. appealing-facebok107.xyz
21. appealing-facebok108.xyz
22. appealing-facebok110.xyz
23. appealing-facebok111.xyz
24. appealing-facebok112.xyz
25. appealing-facebok113.xyz
26. appealing-facebok114.xyz
27. appealing-facebok115.xyz
28. appealing-facebok116.xyz
29. appealing-facebok117.xyz
30. appealing-facebok118.xyz
31. appealing-facebok119.xyz
32. appealing-facebok120.xyz
33. appealing-facebok121.xyz
34. appsfbvideos.co
35. arabwhatsapp.com
36. arizonafacebookmarketing.com
37. artistsoninstagram.com
38. aviationinstagram.com
39. awesome-properties-by-facebok.club
40. backupmywhatsapp.online
41. basenjisofinstagram.com
42. best-app-for-more-instagram-followers.club
43. best-instagram-marketing.club

44. best-instagram.club
45. bestinstagrambio.com
46. bestofinstagram.com
47. blackwhatsapp.club
48. bookfaceeebook.xyz
49. brandoninstagram.com
50. buy-instagram-follower.com
51. buyfacebook-fanslikes.com
52. buyfacebookads.com
53. buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
54. buyfacebooklibracoin.com
55. buyfacebookpollvotes.com
56. buyfollowersforinstagram.com
57. buyinstagramfollow.com
58. buyinstagramfollowers.biz
59. buyinstagramfollowers22.com
60. buyinstagramfollowers365.com
61. buyinstagramfollowersreview.org
62. buyinstagramlikes.io
63. buyinstagramlikesnow.com
64. buyinstagramverificationbadge.com
65. buyinstagramviews.org
66. buyinstagramviews.website
67. buymoreinstagramsfollowers.com
68. byinstagramfollowers.com
69. captionforfacebook.com
70. carsofinstagram.com
71. cdninstagram.download
72. cdninstagram.stream
73. cdninstagram.webcam
74. cdninstagram.win
75. chat-whatsapp.fun
76. cheapinstagram.website
77. clickfacebok.com
78. clienteswhatsapp.com
79. colorwhatsapp.pro
80. comeaumentarefollowersuinstagram.com
81. comovendeconwhatsapp.com
82. comprarpelowhatsapp.com
83. conffrwfb-news.site
84. confirm-accountfb.com
85. confirmaccountfb.com
86. connectemyfacetook.club

87. coolwhatsappstatus.com
88. copyrgiht-lnstagram-form-2020.com
89. copyright-lnstagram-form.com
90. copyrights-fb.com
91. creditowhatsapp.com
92. cryptoinstagram.com
93. csf-f4cebook.com
94. cuentainstagram.com
95. curatedinstagram.com
96. cursodefaceboockads.xyz
97. curtidasfacebook.com
98. custominstagramtshirt.com
99. ddinstagram.com
100.     de-de-faceook-ad-manager.com
101.     dentistfacebookmarketing.com
102.     descargargbwhatsapp.com
103.     desiwhatsappstatus.xyz
104.     download-instagram.com
105.     download-whatsapp.online
106.     downloadinstagramvideo.online
107.     downloadinstagramvideo.xyz
108.     downloadvideofromfacebook.com
109.     dublininstagramtours.com
110.     dublinstagram.com
111.     earn4rmfacebook.com
112.     email-lnstagram.com
113.     en-lnstagram.com
114.     enviarwhatsapp.com
115.     es-faceb00k.xyz
116.     escueladeinstagram.com
117.     everybodyswhatsappassistant.com
118.     everyoneswhatsappassistant.com
119.     f0cebook.com
120.     f2cbook.xyz
121.     f4acebook.com
122.     fa1cebook.com
123.     fa4cebook.com
124.     faaccebookhookups.xyz
125.     faacebook.org
126.     faacebookhookups.xyz
127.     faacebookx.network
128.     faaceebook.host
129.     faaecbook.com

130.     fac3book.com
131.     facabook-free.com
132.     facabook.page
133.     facabook.website
134.     facboeok.com
135.     facbook-community-moderator-page.com
136.     facbook-libra.com
137.     facbook.website
138.     facbookcompany.com
139.     facbookgrant.online
140.     facbooklogin.online
141.     facbooknews.xyz
142.     faccbookk.com
143.     faccebbook.xyz
144.     faccebook.info
145.     faccebook.live
146.     faccebook.mobi
147.     faccebook.website
148.     faccebook.xyz
149.     faccebook365.xyz
150.     faccebook4fun.xyz
151.     faccebook4meet.xyz
152.     faccebook4meett.xyz
153.     faccebookchat.xyz
154.     faccebookdate.xyz
155.     faccebookdate365.xyz
156.     faccebookdatings.xyz
157.     faccebookhhookups.xyz
158.     faccebookhookup.xyz
159.     faccebookhookups.xyz
160.     faccebookhookups247.xyz
161.     faccebookhookupss.xyz
162.     faccebookk4hookup.xyz
163.     faccebookmeet.xyz
164.     faccebookmeets.xyz
165.     faccebookmeetup.xyz
166.     faccebookxx.xyz
167.     facceebbook.xyz
168.     face-book-advertising.net
169.     face-book-killers.com
170.     face-book-market-place-238675648.click
171.     face-book-marketplace.club
172.     face-book-marketplace354565.com

| | |
|---|---|
| 173. | face-book-messenger.com |
| 174. | face-book-profile4552432.live |
| 175. | face-book-spy.com |
| 176. | face-book-vehicles-9393.com |
| 177. | face-book-verificatiion-id-339068203.online |
| 178. | face-book-verifiication-id-388942399.online |
| 179. | face-book.best |
| 180. | face-book.chat |
| 181. | face-book.group |
| 182. | face-book.page |
| 183. | face-book.xyz |
| 184. | face-bookclaim.com |
| 185. | face-booklink.club |
| 186. | face-booknews.com |
| 187. | face-bookprofits.com |
| 188. | face00k-seccuritty.com |
| 189. | face0ok-seecuritty.com |
| 190. | face6ook.net |
| 191. | face6ookweb.com |
| 192. | face8o0k.com |
| 193. | face8ook.tech |
| 194. | faceabook.club |
| 195. | faceabook.xyz |
| 196. | faceb00c.com |
| 197. | faceb00k-90342495192470144.cam |
| 198. | faceb00k-dept-ssecurity.com |
| 199. | faceb00k-es.website |
| 200. | faceb00k-inc-seccurity.com |
| 201. | faceb00k-market.info |
| 202. | faceb00k-marketes.site |
| 203. | faceb00k-reset-login.com |
| 204. | faceb00k-seccuritty-dept.com |
| 205. | faceb00k-securitty-dept.com |
| 206. | faceb00k-ssecurrity-dept.com |
| 207. | faceb00k-uk.website |
| 208. | faceb00k.club |
| 209. | faceb00k.website |
| 210. | faceb00k01.com |
| 211. | faceb00k145746-marketplace-itempageproperties.com |
| 212. | faceb00kvideo.xyz |
| 213. | faceb0ok-dept-security.com |
| 214. | faceb0ok-seccuritty-dept.com |
| 215. | faceb0ok-seccurity.com |

| 216. | faceb0ok-security-dept.com |
| 217. | faceb0ok-securrity-dept.com |
| 218. | faceb0ok-securrity.com |
| 219. | faceb0ok-ssecurrity-department.com |
| 220. | faceb0ok.me |
| 221. | faceb0ok.net |
| 222. | faceb0ok.online |
| 223. | faceb0ok.xyz |
| 224. | faceb0okk.com |
| 225. | faceb4hookup.xyz |
| 226. | facebbooc.com |
| 227. | facebbook.icu |
| 228. | facebbook.xyz |
| 229. | facebeek.website |
| 230. | facebhoook.com |
| 231. | facebick.com |
| 232. | facebiock.com |
| 233. | facebk.xyz |
| 234. | facebkcdn1.com |
| 235. | facebksupport.website |
| 236. | facebo-k.com |
| 237. | facebo0k-et-tr.com |
| 238. | facebo0k-girl.services |
| 239. | facebo0k-login.com |
| 240. | facebo0k-realtor.info |
| 241. | facebo0k-seccurity-dept.com |
| 242. | facebo0k-seecurity.com |
| 243. | facebo0k-seecurrity-department.com |
| 244. | facebo0k-seecuurity-ddept.com |
| 245. | facebo0k.net |
| 246. | facebo0k.rocks |
| 247. | facebo0k.site |
| 248. | facebo0k.xyz |
| 249. | facebo0o0ok.xyz |
| 250. | facebocc.com |
| 251. | facebock.website |
| 252. | facebockk.com |
| 253. | facebocksecurityandprivacyissue.com |
| 254. | faceboek.club |
| 255. | faceboek.site |
| 256. | facebok-appealing300.xyz |
| 257. | facebok-gb.com |
| 258. | facebok-grupo-lives-adultas.tech |

259.	facebok-latam.com
260.	facebok-maket-place-item-713678.com
261.	facebok-market-place-id44photobc684811246666-item.com
262.	facebok-market-place-id44photobc884811236666-item.com
263.	facebok-market-place-id44photobc884811246666-item.com
264.	facebok-market-place-id44photobc884815246666-item.com
265.	facebok-market-place.com
266.	facebok-marketplacesale.com
267.	facebok-marketsplacesalee.com
268.	facebok-marketsplacesalle.com
269.	facebok-markettsplacesale.com
270.	facebok-property.xyz
271.	facebok-securty.com
272.	facebok.asia
273.	facebok.best
274.	facebok.cam
275.	facebok.club
276.	facebok.store
277.	facebok.website
278.	facebok1.info
279.	facebok4hookup.xyz
280.	facebokemail.email
281.	facebokemail.store
282.	facebokfilmyskupina.com
283.	facebokglobalpromo.com
284.	facebokgrant.com
285.	facebokk.club
286.	facebokloginpage.site
287.	facebokloginpage.space
288.	faceboknow.com
289.	facebokpage.com
290.	facebokpdf.xyz
291.	facebokpool.com
292.	facebokproblemsolution.com
293.	facebokprofile.com
294.	faceboksecurity.com
295.	facebokx.club
296.	facebokx.xyz
297.	faceboo-k.xyz
298.	faceboo.app
299.	faceboo.email
300.	facebooc.xyz
301.	facebooh.xyz

| | |
|---|---|
| 302. | facebooik-ads.com |
| 303. | facebooik.net |
| 304. | facebooix.xyz |
| 305. | facebook-ellas.com |
| 306. | facebook-signin.com |
| 307. | facebook-video-downloader.org |
| 308. | facebook-video.download |
| 309. | facebook1s.com |
| 310. | facebook360o.com |
| 311. | facebook8.org |
| 312. | facebookables.com |
| 313. | facebookacademy.xyz |
| 314. | facebookaccelerator.com |
| 315. | facebookadconsultant.com |
| 316. | facebookaduniversity.com |
| 317. | facebookartist.com |
| 318. | facebookbraintrust.com |
| 319. | facebookchair.com |
| 320. | facebookchatbots.com |
| 321. | facebookcheckin.com |
| 322. | facebookcheckins.com |
| 323. | facebookcoverhd.com |
| 324. | facebookengine.com |
| 325. | facebookfilms.com |
| 326. | facebookgadgets.com |
| 327. | facebookindo.com |
| 328. | facebookinfluencer.com |
| 329. | facebookinternational.com |
| 330. | facebookipodayclosingprice.com |
| 331. | facebookjb.com |
| 332. | facebookknowledge.com |
| 333. | facebooklessons.com |
| 334. | facebooklike.club |
| 335. | facebooklikesmoz.com |
| 336. | facebookmarkapp.website |
| 337. | facebookmessengerchatbots.com |
| 338. | facebookmessengerspy.com |
| 339. | facebookparejas.com |
| 340. | facebookpixelpro.com |
| 341. | facebookposter.com |
| 342. | facebookprovider.com |
| 343. | facebookresource.com |
| 344. | facebookresources.com |

| | |
|---|---|
| 345. | facebookreviewapp.com |
| 346. | facebooksmallbusiness.com |
| 347. | facebookstealth.com |
| 348. | facebooksupport.email |
| 349. | facebookthai.com |
| 350. | facebookthailand.asia |
| 351. | facebookthailand.com |
| 352. | facebooktracker.com |
| 353. | facebooktrendsmarket.com |
| 354. | facebookvelocity.com |
| 355. | facebookvideodownload.online |
| 356. | facebookvideodownloader.co |
| 357. | facebookvideodownloaderonline.com |
| 358. | facebool.me |
| 359. | faceboolk.club |
| 360. | faceboook-analytics.com |
| 361. | faceboook-business3856681.com |
| 362. | faceboook-page1454544485.com |
| 363. | faceboook-page14584851454.com |
| 364. | faceboook-page154584854.com |
| 365. | faceboook-page1888474.com |
| 366. | faceboook-page2104591227.com |
| 367. | faceboook-page215458545.com |
| 368. | faceboook-page2215458775.com |
| 369. | faceboook-page2773104.com |
| 370. | faceboook-page32145785.com |
| 371. | faceboook-page32541874.com |
| 372. | faceboook-page39155072.com |
| 373. | faceboook-page47452148.com |
| 374. | faceboook-page48710082.com |
| 375. | faceboook-page514585845.com |
| 376. | faceboook-page51474541.com |
| 377. | faceboook-page51478458784.com |
| 378. | faceboook-page52145854145.com |
| 379. | faceboook-page545875488.com |
| 380. | faceboook-page5484785458.com |
| 381. | faceboook-page548548548.com |
| 382. | faceboook-page54884548.com |
| 383. | faceboook-page548845485.com |
| 384. | faceboook-page62145858.com |
| 385. | faceboook-page62545844.com |
| 386. | faceboook-page62545878.com |
| 387. | faceboook-page6352612.com |

| | |
|---|---|
| 388. | faceboook-page6514588.com |
| 389. | faceboook-page652154854.com |
| 390. | faceboook-page65485858.com |
| 391. | faceboook-page67912739118.com |
| 392. | faceboook-page719433812305.com |
| 393. | faceboook-page720172883.com |
| 394. | faceboook-page7210869558.com |
| 395. | faceboook-page7346223.com |
| 396. | faceboook-page737015273.com |
| 397. | faceboook-page76254332.com |
| 398. | faceboook-page847299103.com |
| 399. | faceboook-page8554885488.com |
| 400. | faceboook-page90524307564.com |
| 401. | faceboook-page9128956104.com |
| 402. | faceboook-page9840153826.com |
| 403. | faceboook-updates.com |
| 404. | faceboook.app |
| 405. | faceboook.baby |
| 406. | faceboook.club |
| 407. | faceboook.host |
| 408. | faceboook.site |
| 409. | faceboook.xyz |
| 410. | facebookappeal.com |
| 411. | facebookappel.live |
| 412. | faceboooke.xyz |
| 413. | faceboookkkkkkk.xyz |
| 414. | faceboookmail.com |
| 415. | faceboookmail.online |
| 416. | faceboooknews.xyz |
| 417. | faceboookq.xyz |
| 418. | faceboookr.xyz |
| 419. | faceboooksecuritycheck.com |
| 420. | faceboookvideo.xyz |
| 421. | faceboookw.xyz |
| 422. | faceboooook.club |
| 423. | faceboooook.site |
| 424. | faceboooook.store |
| 425. | faceboooook.xyz |
| 426. | faceboooookkkkkkk.xyz |
| 427. | faceboooookkkkkkkk.xyz |
| 428. | faceboooookmail.com |
| 429. | faceboooooook.xyz |
| 430. | faceboox.xyz |

| | |
|---|---|
| 431. | facebouk.live |
| 432. | facebouk.xyz |
| 433. | facebuk.online |
| 434. | facebukreklama.com |
| 435. | facebuks.site |
| 436. | facebuks.space |
| 437. | facedook.xyz |
| 438. | faceebook-page.com |
| 439. | faceebook-support.com |
| 440. | faceebook.best |
| 441. | faceebook.live |
| 442. | faceebook4dating.xyz |
| 443. | faceebook4hookup.xyz |
| 444. | faceebook4meet.xyz |
| 445. | faceebooks.com |
| 446. | faceeboolk.com |
| 447. | faceeboook.site |
| 448. | faceeboook.xyz |
| 449. | faceeebook.xyz |
| 450. | facehackspy.com |
| 451. | faceitbook.website |
| 452. | facelebook.com |
| 453. | faceooklogin.com |
| 454. | facerook.net |
| 455. | facesgeeks.com |
| 456. | facewkbook.com |
| 457. | facexxxbook.com |
| 458. | faceybook.com |
| 459. | facrbook.org |
| 460. | faczbook.xyz |
| 461. | faecbook-profile.com |
| 462. | faecbook.app |
| 463. | faecbook.click |
| 464. | faecbook.live |
| 465. | faecbook.online |
| 466. | faecbook.services |
| 467. | faecbook.xyz |
| 468. | faecbookon.com |
| 469. | faecebook.xyz |
| 470. | faeebook.xyz |
| 471. | fakeinstagramfollowers.com |
| 472. | fasebook.org |
| 473. | fasebook.site |

| | |
|---|---|
| 474. | fasebookecom.xyz |
| 475. | fasebooksex.space |
| 476. | fazebook.net |
| 477. | fb-accnt-45928tech.pro |
| 478. | fb-account.club |
| 479. | fb-accountupdate.com |
| 480. | fb-accountverify.com |
| 481. | fb-ads-marketplace.site |
| 482. | fb-business-item-8279205817954.com |
| 483. | fb-business-item-938692603825.com |
| 484. | fb-business-item.online |
| 485. | fb-business-page215485515.com |
| 486. | fb-business-page38287463.com |
| 487. | fb-business-page636881528.com |
| 488. | fb-copyright-delete-pages.xyz |
| 489. | fb-disabled-account.com |
| 490. | fb-houses.com |
| 491. | fb-item-029873322.com |
| 492. | fb-item-9376649222.com |
| 493. | fb-item-marketplace-1998498863045.casa |
| 494. | fb-item-marketplace.club |
| 495. | fb-listing-realpages1167492176.com |
| 496. | fb-listing-realpages1643795208.com |
| 497. | fb-listing-realpages817364590.com |
| 498. | fb-listing.com |
| 499. | fb-listingrealpages4186281.com |
| 500. | fb-listingrealpages41862937.com |
| 501. | fb-listingrealpages6284951307.com |
| 502. | fb-listingrealpages741369852.com |
| 503. | fb-listingrealpages74829136.com |
| 504. | fb-listingrealpages821793465.com |
| 505. | fb-listingrealpages82643719.com |
| 506. | fb-listingrealpages846192.com |
| 507. | fb-listingrealpages8472638491.com |
| 508. | fb-listingrealpages8527413690.com |
| 509. | fb-listingrealpages9173465280.com |
| 510. | fb-listings-marketplace.com |
| 511. | fb-login-error58743.online |
| 512. | fb-login-error61311.host |
| 513. | fb-mailsupport.com |
| 514. | fb-marketplace-1254158458.com |
| 515. | fb-marketplace-1254874758.com |
| 516. | fb-marketplace-1458452145.com |

517.    fb-marketplace-1521451452.com
518.    fb-marketplace-15214552152.com
519.    fb-marketplace-201521845.com
520.    fb-marketplace-21454851458.com
521.    fb-marketplace-21455152145.com
522.    fb-marketplace-2152415454.com
523.    fb-marketplace-21524582145.com
524.    fb-marketplace-215284154.com
525.    fb-marketplace-215465326.com
526.    fb-marketplace-21548514.com
527.    fb-marketplace-2154858.com
528.    fb-marketplace-21552145214.com
529.    fb-marketplace-215785148.com
530.    fb-marketplace-2158420120.com
531.    fb-marketplace-23145145.com
532.    fb-marketplace-235484695.com
533.    fb-marketplace-2415845254.com
534.    fb-marketplace-2514158478.com
535.    fb-marketplace-25145848.com
536.    fb-marketplace-25154545415.com
537.    fb-marketplace-2548454155.com
538.    fb-marketplace-26548754.com
539.    fb-marketplace-283782.com
540.    fb-marketplace-321251415.com
541.    fb-marketplace-32145845.com
542.    fb-marketplace-321458785.com
543.    fb-marketplace-3214588478.com
544.    fb-marketplace-32152145841.com
545.    fb-marketplace-3251454455.com
546.    fb-marketplace-32654853645.com
547.    fb-marketplace-36215454158.com
548.    fb-marketplace-3625415845.com
549.    fb-marketplace-36276735.com
550.    fb-marketplace-4.store
551.    fb-marketplace-514584584.com
552.    fb-marketplace-521457550.com
553.    fb-marketplace-52415484541.com
554.    fb-marketplace-56458784.com
555.    fb-marketplace-6215845566.com
556.    fb-marketplace-63145458458.com
557.    fb-marketplace-63214578145.com
558.    fb-marketplace-63254154152.com
559.    fb-marketplace-6341584524.com

560.    fb-marketplace-65458452.com
561.    fb-marketplace-654584548.com
562.    fb-marketplace-65548659.com
563.    fb-marketplace-add.com
564.    fb-marketplace-app.club
565.    fb-marketplace-business.com
566.    fb-marketplace-classifieds.club
567.    fb-marketplace-item-93792068275.com
568.    fb-marketplace-item24912.com
569.    fb-marketplace-item79381048919310.com
570.    fb-marketplace-items-for-sale.xyz
571.    fb-marketplace-items-forsale.xyz
572.    fb-marketplace-items.club
573.    fb-marketplace-offers.site
574.    fb-marketplace-online.shop
575.    fb-marketplace-realtor.com
576.    fb-marketplace-sales.com
577.    fb-marketplace-selling.online
578.    fb-marketplace-shop.com
579.    fb-marketplace-site.store
580.    fb-marketplace-support.site
581.    fb-marketplace-trade.club
582.    fb-marketplace-trading-uk-item872363543.com
583.    fb-marketplace-vehicle.club
584.    fb-marketplace-voiture.com
585.    fb-marketplace.store
586.    fb-marketplacee-item.xyz
587.    fb-online-business.com
588.    fb-online-marketplace.com
589.    fb-online-marketplace.shop
590.    fb-online-marketplace.store
591.    fb-page-100232211.com
592.    fb-page9488-listingid57939.com
593.    fb-pages-photography-listing398850.com
594.    fb-pages-photography-listing490845.com
595.    fb-pages-photography-listing765580.com
596.    fb-pages-photography-listing767804.com
597.    fb-pages-properties-listing1807644.com
598.    fb-pages-properties-listing550896.com
599.    fb-pages-properties-listing767804.com
600.    fb-pages-properties-listing850043.com
601.    fb-pages-realestateid-listing1590075.com
602.    fb-pages-realestateid-listing1807644.com

603. fb-pages-realestateid-listing198754.com
604. fb-pages-realestateid-listing295774.com
605. fb-pages-realestateid-listing398742.com
606. fb-pages-realestateid-listing744993.com
607. fb-pages-realestateid-listing749302.com
608. fb-pages-realestateid-listing7539640.com
609. fb-pages-realestateid-listing7546933.com
610. fb-pages-realestateid-listing764902.com
611. fb-pages-realestateid-listing768094.com
612. fb-pages-realestateid-listing981583.com
613. fb-pagetravelagencylisting232.com
614. fb-polices-update.com
615. fb-policy-review.com
616. fb-policyreview.com
617. fb-policyupdate.com
618. fb-policyupdate.us
619. fb-post78471984932.com
620. fb-posting-38847720.com
621. fb-product47284.cyou
622. fb-profil.host
623. fb-profil.site
624. fb-profil.website
625. fb-profil.xyz
626. fb-profile-gloria-brown6353dom742685.com
627. fb-profille-lark2daffodil.club
628. fb-profille-lark4daffodil.club
629. fb-profille-lark6daffodil.club
630. fb-profille-melicentanita.club
631. fb-properties.com
632. fb-protection-listing-ad-list38271242.com
633. fb-realestate-business.com
634. fb-realestate-marketplace.com
635. fb-realestate.com
636. fb-realpages-listing753148620.com
637. fb-realtor-marketplace.com
638. fb-realtor-marketplace.us
639. fb-realtors-page236586.us
640. fb-realtors-page789435.link
641. fb-review-account.com
642. fb-review-secure.com
643. fb-sales-marketplace.com
644. fb-scanstalk.com
645. fb-secure.icu

| | |
|---|---|
| 646. | fb-security-account.site |
| 647. | fb-seller-marketplace.shop |
| 648. | fb-sex-group.com |
| 649. | fb-shop-marketplace.com |
| 650. | fb-stalkerapp.com |
| 651. | fb-store-marketplace.com |
| 652. | fb-trader-marketplace.shop |
| 653. | fb-traders-populars.online |
| 654. | fb-unlock-account.club |
| 655. | fb-unlock-account.site |
| 656. | fb-usersbenefits.com |
| 657. | fb-vehicle-marketplace-item-65768863423.xyz |
| 658. | fb-vehicles-marketplace.online |
| 659. | fb-video-xxx.club |
| 660. | fb-video.site |
| 661. | fb-videos-app.xyz |
| 662. | fb19847-page57893-real-estate-item45672.house |
| 663. | fb23495-page78649-real-estate-item89234.house |
| 664. | fb23564-page89236-real-estate-item789354.com |
| 665. | fb23574-page78235-real-estate-item67456.house |
| 666. | fb24536-page78638-real-estate-item26754.house |
| 667. | fb25367-page68934-real-estate-item78935.house |
| 668. | fb25435-real-estate-item85645-page18745.estate |
| 669. | fb28764-page67456-real-estate-item68456.house |
| 670. | fb34567-page27893-real-estate-item76522.house |
| 671. | fb35562-page78656-real-estate-item39824.house |
| 672. | fb52437-page923456-real-estate-item4657.house |
| 673. | fb5464523-item87545442.com |
| 674. | fb57893-page57869-real-estate-item25634.house |
| 675. | fb67354-page67856-real-estate-item28945.house |
| 676. | fb67823-page89354-real-estate-item44567.house |
| 677. | fb67894-page87653-real-estate-item89765.house |
| 678. | fb68924-page18793-real-estate-item78845.house |
| 679. | fb73456-page23345-real-estate-item89354.house |
| 680. | fb73456-page37846-real-estate-item22784.house |
| 681. | fb758643-page26745-real-estate-item98745.house |
| 682. | fb76534-page84657-real-estate-item38765.house |
| 683. | fb78354-page785623-real-estate-item98756.house |
| 684. | fb78354-page78945-real-estate-item57682.house |
| 685. | fb78456-page29874-real-estate-item48875.house |
| 686. | fb78645-page68975-real-estate-item46758.house |
| 687. | fb78893-page25546-real-estate-item89036.house |
| 688. | fb87364-page82343-real-estate-item89567.house |

689.    fb87665-page28645-real-estate-item84567.house
690.    fb876745-page92341-real-estate-item34673.house
691.    fb87945-page29834-real-estate-item78456.house
692.    fb88924-page35645-real-estate-item92563.house
693.    fb89934-page46578-real-estate-item72345.house
694.    fbactivity-review.com
695.    fbcopyright-contact.com
696.    fbcopyright-support.com
697.    fbcopyrightconnect.com
698.    fbcopyrighthelp-10000319452679.com
699.    fbcopyrightmedia-100006149463.com
700.    fbcopyrights.com
701.    fbcopyrightsconnect.com
702.    fbcopyrightshelp.com
703.    fbcopyrightsmediasupport.com
704.    fbcopyrightvideos.com
705.    fbcopyrightviolation.com
706.    fbdesignlistingpage32232.com
707.    fbhelp.me
708.    fbhousesforsaleandrentpage5423.com
709.    fblistingpageforbusiness.com
710.    fblistingpageshouse6174.com
711.    fblistingrealpages7486821.com
712.    fbmarketplace-2154521452.com
713.    fbmarketplaceitem744016979710151.com
714.    fbmarketplaceitemf3501339902616401792.com
715.    fbmedia-copyrighthelp
716.    fbpagehomeforsaleandrentlisting232323.com
717.    fbpagesmanager.com
718.    fbpagesmedia.com
719.    fbpokerforte.com
720.    fbreview-account.com
721.    fbreview-terms.com
722.    fbsecurelogin.com
723.    fbsecurity-review.com
724.    fbverifiedaccs.com
725.    fbverifiedcheck.com
726.    fbverifyieds.com
727.    fcaebook.tech
728.    fcebook-login.online
729.    fcebook.icu
730.    fcebook.info
731.    fcebook.me

| | |
|---|---|
| 732. | fcebook.org |
| 733. | fecabook.online |
| 734. | fecabooks.site |
| 735. | fecbook.xyz |
| 736. | fecbooks.com |
| 737. | fecebook.xyz |
| 738. | fesabookcom.com |
| 739. | ffaccebook.xyz |
| 740. | ffacebok.club |
| 741. | ffacebok.website |
| 742. | ffcebook.xyz |
| 743. | fiacebook.net |
| 744. | filtriperinstagram.com |
| 745. | filtroinstagram.com |
| 746. | findfacebookpasswords.net |
| 747. | fixmyfacebookadvertising.com |
| 748. | fmwhatsapp.xyz |
| 749. | focebook.co |
| 750. | focebook.xyz |
| 751. | follow-instagram.com |
| 752. | follow-instagram.website |
| 753. | followerforinstagram.com |
| 754. | frameinstagram.com |
| 755. | frasesparainstagram.com |
| 756. | frasesparawhatsapp.xyz |
| 757. | free-instagram-downloader.com |
| 758. | free-instagram-follower.com |
| 759. | freefacebookhack.com |
| 760. | freefacebookspy.com |
| 761. | freefollowersoninstagram.info |
| 762. | freeinstagramfollowers.co |
| 763. | freeinstagramfollowers.net |
| 764. | freeinstagramfollowers.org |
| 765. | freeinstagramfollowers.website |
| 766. | freeinstagramfollowers.xyz |
| 767. | freewhatsappspy.com |
| 768. | freewhatsapptracker.com |
| 769. | fscebook.info |
| 770. | fscebook.net |
| 771. | fuckyourinstagram.com |
| 772. | funnyinstagramcaptions.com |
| 773. | fxacebook.com |
| 774. | gb-whatsapp-download.xyz |

| | |
|---|---|
| 775. | gbinstagram.club |
| 776. | gbpluswhatsapp.com |
| 777. | gbwhatsapp.mobi |
| 778. | gbwhatsapp.pro |
| 779. | gbwhatsappapk.co |
| 780. | gbwhatsappapk.website |
| 781. | gbwhatsappapkmods.com |
| 782. | gbwhatsappapks.net |
| 783. | gbwhatsappdownload.net |
| 784. | gbwhatsappr.com |
| 785. | get-followers-instagram.best |
| 786. | getinstagramfollowers.club |
| 787. | getrealinstagramfollowers.net |
| 788. | getverifiedinstagram.com |
| 789. | ggirlsnumberwhatsapp.online |
| 790. | ghostyforinstagram.com |
| 791. | girlswhatsapp.club |
| 792. | girlswhatsappnumbers.com |
| 793. | go-copyrightform-lnstagram.com |
| 794. | gr-whatsapp.com |
| 795. | graph-instagram.com |
| 796. | grouplinkswhatsapp.com |
| 797. | grupo-superacao-facebok.store |
| 798. | hackanyinstagram.com |
| 799. | hackearunfacebook.com |
| 800. | hackeninstagram.com |
| 801. | hackinganinstagram.com |
| 802. | hackwhatsapp.xyz |
| 803. | hafacebook.com |
| 804. | hainstagram.com |
| 805. | hamwhatsapp.com |
| 806. | help-form-lnstagram.com |
| 807. | helpertoolsforinstagram.com |
| 808. | helpfor-lnstagram.com |
| 809. | helpinstagram.live |
| 810. | helpinstagrm.com |
| 811. | heyinstagram.website |
| 812. | higherorlowerinstagram.com |
| 813. | highticketinstagram.com |
| 814. | hkfacebook.com |
| 815. | howtodownloadinstagramvideos.net |
| 816. | howtohackfacebook-account.com |
| 817. | howtosellinstagramfollowers.com |

| | |
|---|---|
| 818. | ibnstagram.com |
| 819. | idofacebookads.com |
| 820. | idothingsoninstagram.com |
| 821. | ifacabook.xyz |
| 822. | iforinstagram.com |
| 823. | igbadge.info |
| 824. | igniteyourinstagram.com |
| 825. | igstagram.com |
| 826. | ihnstagram.com |
| 827. | ihstagram.com |
| 828. | ijnstagram.com |
| 829. | imnstagram.com |
| 830. | important-alert-fb.com |
| 831. | indianwhatsapp.club |
| 832. | indstagram.com |
| 833. | inestagram.com |
| 834. | inestagram.live |
| 835. | ingresos-facebok-pe.xyz |
| 836. | inrstagram.com |
| 837. | insfagram.com |
| 838. | insftagram.com |
| 839. | insgagram.com |
| 840. | insgtagram.com |
| 841. | inshagram.com |
| 842. | inshtagram.com |
| 843. | insrtagram.com |
| 844. | inst-agram.com |
| 845. | inst4gram.com |
| 846. | insta-agram.com |
| 847. | insta-gram.site |
| 848. | insta-gram.xyz |
| 849. | insta-grammy.app |
| 850. | instaagram.website |
| 851. | instaagram.xyz |
| 852. | instabgram.com |
| 853. | instabram.com |
| 854. | instaegram.com |
| 855. | instafgram.com |
| 856. | instagdram.com |
| 857. | instagfam.com |
| 858. | instagfram.com |
| 859. | instaggram.icu |
| 860. | instaggram.site |

861.    instagr-m.com
862.    instagr.me
863.    instagraam.club
864.    instagraam.icu
865.    instagraam.online
866.    instagragift.xyz
867.    instagrakm.com
868.    instagram-account.site
869.    instagram-advertising.net
870.    instagram-com.best
871.    instagram-com.biz
872.    instagram-copyright-supports.com
873.    instagram-copyright.center
874.    instagram-customer.xyz
875.    instagram-dl.com
876.    instagram-download.pictures
877.    instagram-dresses.com
878.    instagram-en.online
879.    instagram-fb.com
880.    instagram-filters.com
881.    instagram-filters.net
882.    instagram-for-sex.com
883.    instagram-girls.services
884.    instagram-girlservices.digital
885.    instagram-login.club
886.    instagram-login.site
887.    instagram-lux.com
888.    instagram-mail.host
889.    instagram-owl.network
890.    instagram-planner.com
891.    instagram-sa.xyz
892.    instagram-spy.online
893.    instagram-support.net
894.    instagram-supportcenter.com
895.    instagram-vi.com
896.    instagram-video.download
897.    instagram-video.xyz
898.    instagram.uno
899.    instagram123.site
900.    instagram50.club
901.    instagram8.com
902.    instagram80.com
903.    instagramabletours.com

904.    instagramacademy.xyz
905.    instagramanalyticstool.com
906.    instagramanet.com
907.    instagramap.com
908.    instagramaphone.com
909.    instagramapk.org
910.    instagramapp.fun
911.    instagramapps.com
912.    instagramarketing.com
913.    instagramator.org
914.    instagramautofollower.com
915.    instagramautoliker.com
916.    instagramavailability.com
917.    instagrambabes.com
918.    instagrambikinis.com
919.    instagramblog.net
920.    instagrambo.com
921.    instagrambread.com
922.    instagrambuddys.com
923.    instagrambundle.com
924.    instagrambusinessmanager.com
925.    instagrambuzz.net
926.    instagramcaption.website
927.    instagramcash.club
928.    instagramcbdgummies.com
929.    instagramcdn.com
930.    instagramcekilisuygulamasi.com
931.    instagramcelebrities.com
932.    instagramcelebrity.com
933.    instagramcenter.online
934.    instagramchick.com
935.    instagramchris.com
936.    instagramclone.net
937.    instagramcloser.com
938.    instagramcom-bonus.net
939.    instagramcommunity.com
940.    instagramconcert.stream
941.    instagramcontact.online
942.    instagramcookbook.com
943.    instagramcopyright.online
944.    instagramcopyright.site
945.    instagramcopyright.website
946.    instagramcopyrightappeal.com

947.    instagramcopyrightcenter.website
948.    instagramcopyrightfeedback.com
949.    instagramcopyrightinfringement.com
950.    instagramcopyrights.icu
951.    instagramcopyrightsupport.site
952.    instagramcreatorscamp.com
953.    instagramdeck.com
954.    instagramdmblast.com
955.    instagramdominator.com
956.    instagramdown.net
957.    instagramdownloader.website
958.    instagramdownloadvideo.com
959.    instagramemail.com
960.    instagramemailscraper.com
961.    instagramentor.com
962.    instagrameo.com
963.    instagramers.pro
964.    instagramfamousbook.com
965.    instagramfaqs.com
966.    instagramfeedback.center
967.    instagramfeedbackcenter.com
968.    instagramfollow.xyz
969.    instagramfollowers.party
970.    instagramfollowers.website
971.    instagramfollowersadder.com
972.    instagramfollowersfree.net
973.    instagramfollowersgenerator.club
974.    instagramfollowershackonline.top
975.    instagramfollowerz.xyz
976.    instagramfonts.website
977.    instagramforpc.org
978.    instagramforsex.club
979.    instagramfotodownload.com
980.    instagramfreefllowers.best
981.    instagramfreefollowers.xyz
982.    instagramgain.xyz
983.    instagramgear.com
984.    instagramgifts.com
985.    instagramgig.stream
986.    instagramgiris.website
987.    instagramgladiators.com
988.    instagramglobal.support
989.    instagramglobalcenter.com

| | |
|---|---|
| 990. | instagramglobalsupport.com |
| 991. | instagramglobalsupport.info |
| 992. | instagramglobalsupport.net |
| 993. | instagramglobalsupport.site |
| 994. | instagramgrowthpro.com |
| 995. | instagramhack.club |
| 996. | instagramhashtags.com |
| 997. | instagramhelp.live |
| 998. | instagramhelpcenter.club |
| 999. | instagramhelpcentre.club |
| 1000. | instagramhelpservices.com |
| 1001. | instagramhelpverify.com |
| 1002. | instagramhiddensecrets.com |
| 1003. | instagramification.com |
| 1004. | instagramignite.com |
| 1005. | instagramigtv.org |
| 1006. | instagramik.host |
| 1007. | instagramindonesia.fun |
| 1008. | instagraminfluencer.club |
| 1009. | instagraminfluencersummit.com |
| 1010. | instagraminnercircle.com |
| 1011. | instagramisreallife.com |
| 1012. | instagramkit.com |
| 1013. | instagramkurdu.com |
| 1014. | instagramlead.com |
| 1015. | instagramlist.com |
| 1016. | instagramlive.stream |
| 1017. | instagramlogin.online |
| 1018. | instagramlogin.org |
| 1019. | instagramlogin.site |
| 1020. | instagramlucrativo.com |
| 1021. | instagrammablehotels.com |
| 1022. | instagrammarketingonline.com |
| 1023. | instagrammarketingsecrets.club |
| 1024. | instagrammatas.com |
| 1025. | instagrammingperfect.com |
| 1026. | instagrammms.com |
| 1027. | instagrammodels.net |
| 1028. | instagrammultifeeder.com |
| 1029. | instagrammusic.stream |
| 1030. | instagramnamechecker.com |
| 1031. | instagramnitro.com |
| 1032. | instagramnycs.club |

1033.     instagramopulent.com
1034.     instagramorganico.com
1035.     instagramparapc.info
1036.     instagramperfect.com
1037.     instagrampickup.com
1038.     instagrampostfinder.com
1039.     instagramprivateprofileviewer.com
1040.     instagramprofileviewer.com
1041.     instagrampromo.com
1042.     instagrampromotions.com
1043.     instagrampt.site
1044.     instagrampubgtournament.website
1045.     instagramqq.com
1046.     instagramqq.net
1047.     instagramrehabilitation.com
1048.     instagramrevolutionsystem.com
1049.     instagrams.org
1050.     instagramsalesacademy.com
1051.     instagramsavy.com
1052.     instagramsender.com
1053.     instagramsender.site
1054.     instagramshaderoom.xyz
1055.     instagramshiddensecrets.com
1056.     instagramshoping.xyz
1057.     instagramshoutout.com
1058.     instagramspy.info
1059.     instagramstopmodel.com
1060.     instagramstories.org
1061.     instagramstories.pro
1062.     instagramstoryviewer.net
1063.     instagramsuccesssummit.com
1064.     instagramsupport.live
1065.     instagramsupport.org
1066.     instagramsupport.site
1067.     instagramsupport.website
1068.     instagramsupportcenter.info
1069.     instagramsupportservice.site
1070.     instagramsupremacy.com
1071.     instagramtakipci.info
1072.     instagramtechk.com
1073.     instagramthailand.com
1074.     instagramtiktokinfo.com
1075.     instagramtop50.com

1076.    instagramtrend.xyz
1077.    instagramtricks.club
1078.    instagramtube.com
1079.    instagramty.com
1080.    instagramuser.net
1081.    instagramvdo.com
1082.    instagramverificationmail.com
1083.    instagramverify.services
1084.    instagramvideoimagedownload.xyz
1085.    instagramview.club
1086.    instagramviewers.com
1087.    instagramviral.com
1088.    instagramwebs.com
1089.    instagramwish.com
1090.    instagramwishlist.com
1091.    instagramyourevents.com
1092.    instagran.net
1093.    instagrawm.com
1094.    instagriam.xyz
1095.    instagrom.org
1096.    instagrsm.xyz
1097.    instagvram.com
1098.    instahgram.com
1099.    instainstagramlikes.com
1100.    instantgrams.org
1101.    instantinstagram.com
1102.    instantinstagramfollowers.com
1103.    instantinstagramlikes.com
1104.    instaqram.net
1105.    instaqramsupportt.com
1106.    instargram.net
1107.    instatogram.xyz
1108.    instaverified.club
1109.    instavgram.com
1110.    instawgram.com
1111.    instaygram.com
1112.    insteegram.store
1113.    instegram.live
1114.    instergram.net
1115.    instfagram.com
1116.    instgram-lk.xyz
1117.    instgrm-group.club
1118.    insthagram.com

1119.    instiagram.com
1120.    instigram.xyz
1121.    instogram.club
1122.    instogram.pro
1123.    instogram.report
1124.    instogram.website
1125.    instogram.xyz
1126.    instqagram.com
1127.    instqgram.com
1128.    instragram.app
1129.    instragram.xyz
1130.    instragramuser.xyz
1131.    insttagram.com
1132.    instwgram.com
1133.    insxtagram.com
1134.    insytagram.com
1135.    invite-whatsapp.com
1136.    inztagram.com
1137.    ip-instagram.com
1138.    ipokerfacebook.com
1139.    iraninstagram.com
1140.    isa0rtega-pr0filefaceb00k.club
1141.    jacgfacebooktraining.club
1142.    japaninstagramwalk.com
1143.    jenniferinstagram.com
1144.    jinstagram.com
1145.    johnhebertinstagram.com
1146.    joinwhatsappgroup.online
1147.    kareemonfacebook.com
1148.    killerinstagramads.com
1149.    larutadelinstagram.com
1150.    leinstagram.com
1151.    lifetimeoninstagram.com
1152.    likesinstagram.com
1153.    listfbmarketplace.com
1154.    listing-realestate-452136587487-fb.com
1155.    liveinstagram.stream
1156.    lnst-agram.com
1157.    lnsta-gram-me.com
1158.    lnstagram-accounts.com
1159.    lnstagram-confirm.help
1160.    lnstagram-copyrightcenter.com
1161.    lnstagram-email.com

| | |
|---|---|
| 1162. | lnstagram-help.services |
| 1163. | lnstagram-mail.host |
| 1164. | lnstagram-security.email |
| 1165. | lnstagram-security.live |
| 1166. | lnstagram-support-team.com |
| 1167. | lnstagram-support.site |
| 1168. | lnstagram-supportlive.com |
| 1169. | lnstagram-verify.info |
| 1170. | lnstagram-verify.net |
| 1171. | lnstagram.gift |
| 1172. | lnstagram.rest |
| 1173. | lnstagram.tech |
| 1174. | lnstagram.xyz |
| 1175. | lnstagrambusinesshelp.com |
| 1176. | lnstagramcheapjordans.com |
| 1177. | lnstagramcheapkicks.com |
| 1178. | lnstagramclient.com |
| 1179. | lnstagramclientsupport.com |
| 1180. | lnstagramcopyrights.online |
| 1181. | lnstagramcopyrlght.com |
| 1182. | lnstagramhelp-center.com |
| 1183. | lnstagramhelp-service.com |
| 1184. | lnstagramhelpofcenter.com |
| 1185. | lnstagramhelpsecurity.com |
| 1186. | lnstagramn.com |
| 1187. | lnstagrampartner-support.com |
| 1188. | lnstagrampartnersbusiness.com |
| 1189. | lnstagrams.site |
| 1190. | lnstagramsecurityservice.com |
| 1191. | lnstagramservice.host |
| 1192. | lnstagramsupportlive.com |
| 1193. | lnstagramsupports.online |
| 1194. | lnstagramverifyaccountshelps.com |
| 1195. | login-face-book-marketplace-item307167860269097.info |
| 1196. | login-face-book-marketplace-item43242342.club |
| 1197. | login-instagram.live |
| 1198. | lombafotoinstagram.com |
| 1199. | longislandinstagram.com |
| 1200. | luxurytravelinstagram.com |
| 1201. | m-facbook.com |
| 1202. | m-faceebook.com |
| 1203. | mail-instagram.space |
| 1204. | mailx-lnstagram.com |

| | |
|---|---|
| 1205. | marketfbk34351.site |
| 1206. | marketplace-item-1548956126546845659-fb.com |
| 1207. | marketplace-item-541526591478511-fb.com |
| 1208. | marketplace7662587facebook.com |
| 1209. | marketplacefbrealestat.club |
| 1210. | marketplacefbrealestat.digital |
| 1211. | marketplacefbrealtorpeople.site |
| 1212. | matriceinstagram.com |
| 1213. | mercadofacebok.website |
| 1214. | mfaceboock-item2384723.com |
| 1215. | minneapolisinstagram.com |
| 1216. | miwhatsapp.com |
| 1217. | mninstagram.com |
| 1218. | mobile-lnstagram.com |
| 1219. | mtr-facebo0k.com |
| 1220. | my-instagram.net |
| 1221. | myfacebookclients.com |
| 1222. | myfacebookleads.com |
| 1223. | myfbtracker.xyz |
| 1224. | myinstagrammanager.com |
| 1225. | myinstagramstats.com |
| 1226. | myreportsforinstagram.com |
| 1227. | mywhatsappassistant.com |
| 1228. | nextinstagramtechk.com |
| 1229. | noticiafaceboookapps.store |
| 1230. | notifications-for-instagram.com |
| 1231. | oculusquest.link |
| 1232. | oldfaceook.xyz |
| 1233. | page-fb-properties962632-gg3446634house4634.com |
| 1234. | page-fb-properties962632-homessale342423.com |
| 1235. | panelinstagram.com |
| 1236. | parainstagramers.com |
| 1237. | parkcityoninstagram.com |
| 1238. | partyinstagram.com |
| 1239. | petsofinstagram.com |
| 1240. | phanmemfacebook.info |
| 1241. | phanmeminstagram.com |
| 1242. | photoboothinstagram.com |
| 1243. | photoinstgrm.com |
| 1244. | pinstagram.com |
| 1245. | pinstagram.xyz |
| 1246. | pinstagramparty.com |
| 1247. | pinstagrams.com |

1248. piratercompteinstagram.xyz
1249. policy-activityfb.com
1250. policy-fb-review.com
1251. policy-fb.com
1252. policy-fbupdate.com
1253. policyfb-update.com
1254. policyfb.com
1255. policyupdatefb.org
1256. post235834-fb-marketplace.com
1257. printinstagramphotos.com
1258. profile89329-fbk-property.com
1259. profille-fb-account.com
1260. profille-isabel0rtegafaceb00k.club
1261. puppiesofinstagram.com
1262. purchaseinstagramfollowers.com
1263. purchaseinstagramsfollowers.com
1264. rafelmayolinstagram.com
1265. realestahelpingpeoplefbmarketplac.casa
1266. realestahelpingpeoplefbmarketplac.club
1267. realestate-listing-23514578454856-fb.com
1268. realestate-listing-2548565489569856-fb.com
1269. realestate-listing-3552145687458968-fb.com
1270. realestate-listing-365214254788654-fb.com
1271. realestate-listing-4123589685632563-fb.com
1272. realestate-listing-41235896896359-fb.com
1273. realestate-listing-45123658789525-fb.com
1274. realestate-listing-45235869856325-fb.com
1275. realestate-listing-455236985214521-fb.com
1276. realestate-listing-485255896569856-fb.com
1277. realestate-listing-52369874125879-fb.com
1278. realestate-listings-25852545256525-fb.com
1279. realestate-listings-365214254798658-fb.com
1280. realestate-listings-36521458267239-fb.com
1281. realestate-listings-45265846985625-fb.com
1282. realestate-listings-584565498585669-fb.com
1283. realestatemarketfb.email
1284. realestatemarketfb.site
1285. realestatemarketfb.store
1286. realestatemarketfb.work
1287. realhousecatsofinstagram.com
1288. realinstagramhack.com
1289. realtorpeoplefbmarketplace.email
1290. realtorpeoplefbmarketplace.site

1291.    realtorpeoplefbmarketplace.store
1292.    relatorthefieldslernerfbmarketplace.us
1293.    reportsparainstagram.com
1294.    review-fb-account.com
1295.    reviewfb-policy.com
1296.    reviewfbkdetails.com
1297.    robot-helpfb.host
1298.    saveinstagramvideo.com
1299.    scheduleinstagrampostsfree.com
1300.    secured-lnstagram.com
1301.    securedlogin-lnstagram.com
1302.    securepolicyfb.com
1303.    security-fbreview.com
1304.    security-instagram.com
1305.    security-instagram.email
1306.    securityfacebool.xyz
1307.    seeprivateinstagram.online
1308.    sexinstagram.app
1309.    sexwhatsapp.app
1310.    sexwhatsapp.club
1311.    sexwhatsapp.dating
1312.    sexy-instagram.com
1313.    sexywhatsapp.adult
1314.    sexywhatsapp.app
1315.    sexywhatsapp.club
1316.    sexywhatsapp.online
1317.    sexywhatsapp.porn
1318.    sexywhatsapp.services
1319.    sexywhatsapp.sex
1320.    sexywhatsapp.webcam
1321.    sg-facebook.com
1322.    share-instagram.com
1323.    shopinstagram.app
1324.    shopinstagram.com
1325.    silverfacebooker.com
1326.    sinstagram.app
1327.    skinstagramer.com
1328.    smart-whatsapp.com
1329.    socialviewforinstagram.com
1330.    soportewhatsapp.com
1331.    spywhatsapp.online
1332.    stalkerforinstagram.com
1333.    stalkersforinstagram.com

1334.    statusforwhatsapp.website
1335.    statuswhatsapp.website
1336.    support-whatsappverificatie.online
1337.    supporto-instagram.info
1338.    tehfaceb00k.com
1339.    thaifacebook.com
1340.    thebusinessofinstagram.com
1341.    thefacebookadsagency.com
1342.    theinstagrambundle.com
1343.    theinstagramjam.com
1344.    thewhatsappgroup.xyz
1345.    tninstagram.com
1346.    tuftandneedleinstagram.com
1347.    ukinstagramgirls.online
1348.    uninstagrammable.com
1349.    updatefbaccount.com
1350.    updatefbterms.com
1351.    urbaninstagram.com
1352.    urdu-whatsapp-status.com
1353.    usmfacebook.com
1354.    uzfacebook.com
1355.    verification-instagram.com
1356.    verified-lnstagram.com
1357.    verify-fb-account.com
1358.    verifyfbaccount.com
1359.    video-face-b00k.xyz
1360.    videochatonfaccebook.xyz
1361.    videosfacbookvi20k.site
1362.    viewfb-infofilefb.website
1363.    viewinstagramprofile.com
1364.    viewprivateinstagram.com
1365.    vzlom-akkaunta-instagram.icu
1366.    vzlom-feicebook.icu
1367.    vzlom-instagram.icu
1368.    wastedinstagram.com
1369.    watsapp.store
1370.    web-whatsapp-mx.com
1371.    weblogin-instagram.com
1372.    webwhatsapp.net
1373.    whaatsapp.club
1374.    whaatsapp0xa.club
1375.    whaatsapp0xb.club
1376.    whasappms.com

1377.    whatapp.services
1378.    whatappweb.live
1379.    whatasapp.live
1380.    whats-app.chat
1381.    whats-app.site
1382.    whats-app.xyz
1383.    whatsapp-allyssachan.com
1384.    whatsapp-apk.net
1385.    whatsapp-ar.com
1386.    whatsapp-chat.me
1387.    whatsapp-friend.com
1388.    whatsapp-grouplinks.com
1389.    whatsapp-gruppen.xyz
1390.    whatsapp-hookups.online
1391.    whatsapp-monitor.me
1392.    whatsapp-profile-status.website
1393.    whatsapp-security.mobi
1394.    whatsapp-sexting.xyz
1395.    whatsapp-sohbet.club
1396.    whatsapp-sohbet.xyz
1397.    whatsapp-status-pro.online
1398.    whatsapp-status-videos-download.best
1399.    whatsapp-statusdownload.com
1400.    whatsapp-updates.pro
1401.    whatsapp.health
1402.    whatsapp2u.live
1403.    whatsapp4hookups.online
1404.    whatsappanyone.com
1405.    whatsapparanegocios.com
1406.    whatsappassistant.com
1407.    whatsappbeta.website
1408.    whatsappcalss.site
1409.    whatsappchangecolor.online
1410.    whatsappchatlink.xyz
1411.    whatsappcnd.xyz
1412.    whatsappcustomers.com
1413.    whatsappdansohbet.info
1414.    whatsappdansohbet.site
1415.    whatsappdansohbet.xyz
1416.    whatsappdeliver.com
1417.    whatsappdownload.club
1418.    whatsappdownload.site
1419.    whatsappdp.club

| 1420. | whatsappfor.business |
| 1421. | whatsappforweb.online |
| 1422. | whatsappfuck.fun |
| 1423. | whatsappgb.download |
| 1424. | whatsappgifts.club |
| 1425. | whatsappgirlsnumber.online |
| 1426. | whatsappgiving.com |
| 1427. | whatsappgroup.net |
| 1428. | whatsappgroup.org |
| 1429. | whatsappgrouplink.fun |
| 1430. | whatsappgrouplinks.live |
| 1431. | whatsappgroupname.com |
| 1432. | whatsappgroups.co |
| 1433. | whatsappgroups.website |
| 1434. | whatsappgroupslink.website |
| 1435. | whatsapphealth.com |
| 1436. | whatsapphostel.com |
| 1437. | whatsapplatest.website |
| 1438. | whatsapplike.net |
| 1439. | whatsapplike.org |
| 1440. | whatsapplikes.net |
| 1441. | whatsapplikes.org |
| 1442. | whatsapplink.club |
| 1443. | whatsapploging.xyz |
| 1444. | whatsappmarketing.net |
| 1445. | whatsappmarketing.pro |
| 1446. | whatsappme.info |
| 1447. | whatsappme.site |
| 1448. | whatsappmods.mobi |
| 1449. | whatsappnow.me |
| 1450. | whatsappnumbersza.com |
| 1451. | whatsapponline.bid |
| 1452. | whatsappp.net |
| 1453. | whatsappp.website |
| 1454. | whatsapppak.tech |
| 1455. | whatsapppartner.com |
| 1456. | whatsappphotos.website |
| 1457. | whatsappplus.plus |
| 1458. | whatsapprail.com |
| 1459. | whatsappsender.net |
| 1460. | whatsappsenderplace.online |
| 1461. | whatsappsex.club |
| 1462. | whatsappsniffer.org |

1463.    whatsappsocialgrant.com
1464.    whatsappspy.club
1465.    whatsappstatus.blog
1466.    whatsappstatus.mobi
1467.    whatsappstatus33.net
1468.    whatsappstatusdownload.net
1469.    whatsappstatusdownloadvideo.com
1470.    whatsappstatusshop.com
1471.    whatsappstatusvideo.website
1472.    whatsappstatusvideo.xyz
1473.    whatsappstatusx.com
1474.    whatsapptodo.com
1475.    whatsapptoto.com
1476.    whatsapptrading.com
1477.    whatsapptricks.club
1478.    whatsappupdate.xyz
1479.    whatsappverification.com
1480.    whatsappview.pro
1481.    whatsappweb.club
1482.    whatsappx.group
1483.    whatsapweb.site
1484.    whatsdog-whatsapp.com
1485.    whatsmobileapp.com
1486.    whatspp.net
1487.    whatssap.co
1488.    whatssapp.website
1489.    whatsupnow.xyz
1490.    whatsupp.link
1491.    whattsapp.live
1492.    whattsapp.net
1493.    whatx.app
1494.    whatzapphacks.xyz
1495.    whoblockedmeoninstagram.com
1496.    whtsapp.net
1497.    writersofinstagram.com
1498.    wwwwhatsapp.net
1499.    xchatfaacebook.xyz
1500.    xn--facebok-dati-shb.com
1501.    xn--faceboo-jhb.net
1502.    xn--fcebok-3ta1m.com
1503.    xn--fcebok-pta1m.com
1504.    xn--fcebook-dati-y9a.com
1505.    xn--nstaram-yya574a.com

1506.    xprofileforinstagram.com
1507.    xxxinstagram.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, | Case No. CV-20-470-PHX-GMS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING REVISIONS TO LODGING OF REGISTRAR CERTIFICATE** |
| v. | |
| Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

1

The Court, having read and considered the Stipulation Regarding Revisions to Lodging of Registrar Certificate, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that, to the extent it has not already done so, Namecheap, Inc. ("Namecheap") shall tender to the Court each of the unexpired domain names listed in Exhibit 1 for which Namecheap is the registrar by depositing and lodging with the Court documents sufficient to establish control and authority regarding the disposition of the registration and use of all of the domain names listed in Exhibit 1. Any domain names previously tendered to the Court by Namecheap not included in Exhibit 1 are released back to Namecheap and any locks previously placed on these domain names shall be removed.

**IT IS FURTHER ORDERED** that, to the extent a domain name listed in Exhibit 1 is registered with a registrar other than Namecheap, Plaintiffs shall serve a copy of this order on the registry or registrar for the domain name and that registry or registrar shall tender the domain name to the Court by lodging documents sufficient to establish control and authority regarding the disposition of the registration and use with the Court.

**IT IS FURTHER ORDERED** that the registrars, including Namecheap, and registries for each of the domain names listed in Exhibit 1 shall lock the domain names of Exhibit 1 to prohibit transfer, modification, deletion, and use. Specifically, the registrars shall set the following client status codes:

- clientDeleteProhibited;
- clientHold;
- clientRenewProhibited;
- clientTransferProhibited; and
- clientUpdateProhibited; and

The registries shall set the following server status codes:

- Inactive;
- serverDeleteProhibited;

- serverTransferProhibited;
- serverUpdateProhibited;
- serverHold; and
- serverRenewProhbited.

**IT IS FURTHER ORDERED** that any domain names previously tendered to the Court by Namecheap not included in Exhibit 1 are released back to Namecheap and any locks previously placed on these domain names shall be removed.

**IT IS SO ORDERED.**