# Exhibit I

| | |
|---|---|
| **From:** | Steele, David J. |
| **To:** | Eugene Rome; jane.seager@hoganlovells.com |
| **Cc:** | Brianna Dahlberg |
| **Subject:** | RE: Re Referenced UDRP Decisions |
| **Date:** | Thursday, March 18, 2021 4:43:48 PM |
| **Attachments:** | image001.png |

Gene,

I'll get back to you.

David

---

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Thursday, March 18, 2021 4:39 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Subject:** Re Referenced UDRP Decisions

**<<< EXTERNAL EMAIL >>>**

---

Dear Ms. Seager,

My firm is counsel to Namecheap, Inc. and WhoisGuard, Inc. We have been provided with the two decisions attached herein.

We understand that there is an obligation to transfer the domains to the Claimant. However, these domains are presently locked and subject of a deposit certificate in a civil action prosecuted by Facebook/WhatsApp/Instagram in a matter entitled *Facebook, Inc. v. Namecheap, Inc., et al., United States District Court for the District of Arizona, Case No.: 2:20-cv-00470-GMS*. The certificates were deposited to address certain complaints articulated by your clients with respect to the domains through its attorney in the Federal litigation, David J. Steele. Mr. Steele is copied on this e-mail.

We have no interest in the domains but cannot transfer them without a Court order. So, it would appear that the cleanest way to transition this domains out of the Court's jurisdiction and control would be via a stipulation. Please connect with your colleague, Mr. Steele, and let us know how your client would like to proceed in this matter.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.