# Exhibit J

| | |
|---|---|
| **Subject:** | RE: Re Referenced UDRP Decisions (TE No. 015949-008) |
| **Date:** | Thursday, March 25, 2021 at 12:48:26 PM Pacific Daylight Time |
| **From:** | Steele, David J. <David.Steele@tuckerellis.com> |
| **To:** | Eugene Rome <erome@romeandassociates.com>, jane.seager@hoganlovells.com <jane.seager@hoganlovells.com> |
| **CC:** | Brianna Dahlberg <BDahlberg@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com> |
| **Attachments:** | image001.png |

Eugene,

The recently filed motion (ECF No. 88) specifically requests the Court order Namecheap to correct its Registrar Certificates to remove domain names not in the First Amended Complaint. That relief should remedy this issue and permit transferring domain names pursuant to UDRP decisions, as well as address issues raised by Namecheap when sending its verification to UDRP providers.

Should the Court deny the requested relief, we can handle these domain names by stipulation on a domain by domain basis, as you proposed last week.

Please let me know if you have any further questions.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Thursday, March 25, 2021 11:21 AM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>
**Subject:** RE: Re Referenced UDRP Decisions

**<<< EXTERNAL EMAIL >>>**

Dear Ms. Seager,

Please be advised that we continue to await direction from your clients and have not received anything to date. For reference, our proposal on how to resolve the matter is set forth in my email below.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Steele, David J. [mailto:David.Steele@tuckerellis.com]
**Sent:** Thursday, March 18, 2021 4:44 PM
**To:** Eugene Rome; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg
**Subject:** RE: Re Referenced UDRP Decisions

Gene,

I'll get back to you.

David

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Thursday, March 18, 2021 4:39 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Subject:** Re Referenced UDRP Decisions

**<<< EXTERNAL EMAIL >>>**

Dear Ms. Seager,

My firm is counsel to Namecheap, Inc. and WhoisGuard, Inc. We have been provided with the two decisions attached herein.

We understand that there is an obligation to transfer the domains to the Claimant. However, these domains are presently locked and subject of a deposit certificate in a civil action prosecuted by Facebook/WhatsApp/Instagram in a matter entitled *Facebook, Inc. v. Namecheap, Inc., et al., United States District Court for the District of Arizona, Case No.: 2:20-cv-00470-GMS* . The certificates were deposited to address certain complaints articulated by your clients with respect to the domains through its attorney in the Federal litigation, David J. Steele. Mr. Steele is copied on this e-mail.

We have no interest in the domains but cannot transfer them without a Court order. So, it would appear that the cleanest way to transition this domains out of the Court's jurisdiction and control would be via a stipulation. Please connect with your colleague, Mr. Steele, and let us know how your client would like to proceed in this matter.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.