# Exhibit K

CONTACT US      SIGN IN      SIGN UP                       🛒     USD





# Whois Lookup
## Discover who owns a domain

faceflip.xyz

**Domains → Whois Lookup → Results**

---

**Whois results: faceflip.xyz is already registered.** Want it? Make an offer now.

### faceflip.xyz
REGISTERED IN 2020

Domain name: faceflip.xyz
Registry Domain ID: D196865579-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-16T16:02:43.00Z
Registrar Registration Expiration Date: 2021-08-16T16:02:43.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod

Registry Registrant ID:
Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 302ce9f0ad5248ea8fc8dee0301d942a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 302ce9f0ad5248ea8fc8dee0301d942a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 302ce9f0ad5248ea8fc8dee0301d942a.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com

CONTACT US     SIGN IN     SIGN UP          🛒     USD







# Whois Lookup
## Discover who owns a domain

faecebook.xyz

**Domains → Whois Lookup → Results**

---

**Whois results: faecebook.xyz is already registered.** Want it? Make an offer now.

**faecebook.xyz**

REGISTERED IN 2020

Domain name: faecebook.xyz
Registry Domain ID: D190361039-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-21T20:56:03.00Z
Registrar Registration Expiration Date: 2021-06-21T20:56:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:

Registry Registrant ID:
Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0a8abb12ca614c12b801b85e580c9728.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0a8abb12ca614c12b801b85e580c9728.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0a8abb12ca614c12b801b85e580c9728.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com

Whois Lookup | Find out who owns a domain | Namecheap

CONTACT US    SIGN IN    SIGN UP     🛒   USD





# Whois Lookup
## Discover who owns a domain

fb-account.club

Domains → **Whois Lookup** → **Results**

---

**Whois results: fb-account.club is already registered.** Want it? Make an offer now.

### fb-account.club
REGISTERED IN 2020

Domain name: fb-account.club
Registry Domain ID: D85459DBC31CE484984C887F5B475830F-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-11T20:37:59.80Z
Registrar Registration Expiration Date: 2021-08-11T20:37:59.80Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: serverHold https://icann.org/epp#serverHold

Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5deb7289dd5c435c9b3c68bdb27e841b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5deb7289dd5c435c9b3c68bdb27e841b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5deb7289dd5c435c9b3c68bdb27e841b.protect@whoisguard.com

CONTACT US   SIGN IN   SIGN UP      USD

   



# Whois Lookup
## Discover who owns a domain

fb-marketplace-4.store

**Domains → Whois Lookup → Results**

---

**Whois results: fb-marketplace-4.store is already registered.** Want it? Make an offer now.

### fb-marketplace-4.store
REGISTERED IN 2020

Domain name: fb-marketplace-4.store
Registry Domain ID: D214096723-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-12-15T14:19:07.00Z
Registrar Registration Expiration Date: 2021-12-15T14:19:07.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Domain Status: serverHold https://icann.org/epp#serverHold

Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b0340ed61f17446fb22cc49df85bc07e.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b0340ed61f17446fb22cc49df85bc07e.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b0340ed61f17446fb22cc49df85bc07e.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com

CONTACT US        SIGN IN        SIGN UP                                      🛒        USD

                                                                    



# Whois Lookup
## Discover who owns a domain

| igbadge.info |
| --- |

Domains → Whois Lookup → **Results**

---

**Whois results: igbadge.info is already registered.** Want it? Make an offer now.

### igbadge.info
REGISTERED IN 2019

Domain name: igbadge.info
Registry Domain ID: D503300000996993955-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-09T00:50:31.03Z
Creation Date: 2019-06-04T16:47:23.00Z
Registrar Registration Expiration Date: 2021-06-04T16:47:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: c1b6384bf8694b98a6c4cf1107cec4c3.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: c1b6384bf8694b98a6c4cf1107cec4c3.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: c1b6384bf8694b98a6c4cf1107cec4c3.protect@whoisguard.com

Name Server: jessica.ns.cloudflare.com

Name Server: piers.ns.cloudflare.com







# Whois Lookup
## Discover who owns a domain

indianwhatsapp.club

Domains → Whois Lookup → **Results**

---

**Whois results: indianwhatsapp.club is already registered.** Want it? Make an offer now.

### indianwhatsapp.club
REGISTERED IN 2019

Domain name: indianwhatsapp.club
Registry Domain ID: DEF0A95F902A2422886241471FE78CAD1-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-12-01T16:05:20.03Z
Creation Date: 2019-11-05T05:20:46.68Z
Registrar Registration Expiration Date: 2021-11-05T05:20:46.68Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 0b0d2e12dcd94ef0a0164102abeed801.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 0b0d2e12dcd94ef0a0164102abeed801.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 0b0d2e12dcd94ef0a0164102abeed801.protect@whoisguard.com
Name Server: ns8511.hostgator.com
Name Server: ns8512.hostgator.com

CONTACT US     SIGN IN     SIGN UP         🛒    USD





# Whois Lookup
## Discover who owns a domain

instagr.me

Domains → **Whois Lookup** → **Results**

**Whois results: instagr.me is already registered.** Want it? Make an offer now.

### instagr.me
REGISTERED IN 2017

Domain name: instagr.me
Registry Domain ID: D425500000013561341-AGRS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-09-29T07:14:55.69Z
Creation Date: 2017-10-29T00:14:38.00Z
Registrar Registration Expiration Date: 2021-10-29T00:14:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:
Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: cd6d06c87daf4ed6978d93a02773f827.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: cd6d06c87daf4ed6978d93a02773f827.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: cd6d06c87daf4ed6978d93a02773f827.protect@whoisguard.com
Name Server: ns1.bh-38.webhostbox.net
Name Server: ns2.bh-38.webhostbox.net

CONTACT US　　SIGN IN　　SIGN UP　　　　　🛒　USD







# Whois Lookup
## Discover who owns a domain

instagramers.pro

**Domains → Whois Lookup → Results**

---

**Whois results: instagramers.pro is already registered.** Want it? Make an offer now.

### instagramers.pro
REGISTERED IN 2018

Domain name: instagramers.pro
Registry Domain ID: D503300000350354119-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-11-03T07:46:00.51Z
Creation Date: 2018-12-03T11:07:48.00Z
Registrar Registration Expiration Date: 2021-12-03T11:07:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: 57ee3f84d75f4d3c8f651b3ddc597c42.protect@whoisguard.com

Name Server: ns1.beget.com

Name Server: ns2.beget.com

CONTACT US        SIGN IN        SIGN UP





# Whois Lookup
## Discover who owns a domain

oldfaceook.xyz

**Domains** → **Whois Lookup** → **Results**

---

**Whois results: oldfaceook.xyz is already registered.** Want it? Make an offer now.

### oldfaceook.xyz
REGISTERED IN 2020

Domain name: oldfaceook.xyz
Registry Domain ID: D194492089-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-25T16:17:22.00Z
Registrar Registration Expiration Date: 2021-07-25T16:17:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: f5aaee2b55b54f9b95e857487de154b4.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: f5aaee2b55b54f9b95e857487de154b4.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: f5aaee2b55b54f9b95e857487de154b4.protect@whoisguard.com

Name Server: dns1.registrar-servers.com

Name Server: dns2.registrar-servers.com



CONTACT US     SIGN IN     SIGN UP         🛒   USD

          



# Whois Lookup
## Discover who owns a domain

whatsappgroup.net

**Domains → Whois Lookup → Results**

---

**Whois results: whatsappgroup.net is already registered.** Want it? Make an offer now.

### whatsappgroup.net
REGISTERED IN 2018

Domain name: whatsappgroup.net
Registry Domain ID: 2247679202_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-02-24T05:18:33.00Z
Creation Date: 2018-04-04T01:25:47.00Z
Registrar Registration Expiration Date: 2021-04-04T01:25:47.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 14750db27f8c4cf49a40c0d1194dfc09.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
DNSSEC: unsigned

Whois Lookup | Free Domain Lookup Tool – Namecheap



CONTACT US        SIGN IN        SIGN UP                                       🛒        USD







# Whois Lookup
## Discover who owns a domain

whatsappstatusvideo.xyz

Domains → Whois Lookup → Results

---

**Whois results: whatsappstatusvideo.xyz is already registered.** Want it? Make an offer now.

### whatsappstatusvideo.xyz

REGISTERED IN 2019

Domain name: whatsappstatusvideo.xyz
Registry Domain ID: D148841351-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-10-30T05:43:18.21Z
Creation Date: 2019-11-29T18:53:38.00Z
Registrar Registration Expiration Date: 2021-11-29T23:59:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: 9f96f613a40149f4b146519138ad6a8f.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: 9f96f613a40149f4b146519138ad6a8f.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: 9f96f613a40149f4b146519138ad6a8f.protect@whoisguard.com

Name Server: dns1.registrar-servers.com

Name Server: dns2.registrar-servers.com







## Whois Lookup
### Discover who owns a domain

facebok-market-place-id44photobc884811246866-item.com

## Domains → Whois Lookup → Results

**Whois results: facebok-market-place-id44photobc884811246866-item.com is already registered.** Want it? Make an offer now.

facebok-market-place-id44photobc884811246866-item.com

REGISTERED IN 2020

Domain name: facebok-market-place-id44photobc884811246866-item.com
Registry Domain ID: 2541593138_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-06-25T15:02:40.00Z
Registrar Registration Expiration Date: 2021-06-25T15:02:40.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3bf6e2b602db4e78a33b451696b3d15a.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3bf6e2b602db4e78a33b451696b3d15a.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3bf6e2b602db4e78a33b451696b3d15a.protect@whoisguard.com
Name Server: verify-contact-details.namecheap.com

CONTACT US     SIGN IN     SIGN UP            🛒   USD

 namecheap                                        ☰



**Domains → Whois Lookup → Results**

---

Whois results: **facebouk.live is already registered.** Want it? Make an offer now.

facebouk.live

REGISTERED IN 2020

Domain name: facebouk.live
Registry Domain ID: fbc4829ec1f744e390d117dc0b6cc7e4-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-03-27T08:59:47.61Z
Registrar Registration Expiration Date: 2021-03-27T08:59:47.61Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: acc57e0239f143c6b27ab969bd5f6acf.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: acc57e0239f143c6b27ab969bd5f6acf.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: acc57e0239f143c6b27ab969bd5f6acf.protect@whoisguard.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
DNSSEC: unsigned

CONTACT US     SIGN IN     SIGN UP                                    🛒     USD

 namecheap                                                      ☰



## Domains → Whois Lookup → Results

**Whois results: frameinstagram.com is already registered.** Want it? Make an offer now.

frameinstagram.com

REGISTERED IN 2019

Domain name: frameinstagram.com
Registry Domain ID: 2405256381_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-05-24T06:13:58.78Z
Creation Date: 2019-06-23T02:34:56.00Z
Registrar Registration Expiration Date: 2021-06-23T02:34:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: 1e94e8e822644b52bd01bfe258fe8aed.protect@whoisguard.com

Name Server: dns1.registrar-servers.com

Name Server: dns2.registrar-servers.com





helpinstagrm.com

**Domains → Whois Lookup → Results**

**Whois results: helpinstagrm.com is already registered.** Want it? Make an offer now.

helpinstagrm.com

REGISTERED IN 2020

Domain name: helpinstagrm.com
Registry Domain ID: 2546205956_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-07-15T16:06:55.00Z
Registrar Registration Expiration Date: 2021-07-15T16:06:55.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 5933402c06064c76af6c81b391082e19.protect@whoisguard.com
Name Server: ns1.noticiasmanizales.com

CONTACT US    SIGN IN    SIGN UP                              🛒    USD

 namecheap                                        ☰



## Whois Lookup
### Discover who owns a domain

lnstagramsupports.online

**Domains → Whois Lookup → Results**

**Whois results: lnstagramsupports.online is already registered.** Want it? Make an offer now.

lnstagramsupports.online

REGISTERED IN 2020

Domain name: lnstagramsupports.online
Registry Domain ID: D183828199-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-04-22T23:24:35.00Z
Registrar Registration Expiration Date: 2021-04-22T23:24:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 05930c3ffd644baf85c166cd035cb5c5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 05930c3ffd644baf85c166cd035cb5c5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 05930c3ffd644baf85c166cd035cb5c5.protect@whoisguard.com
Name Server: ns1.siberdizayn.net.tr

CONTACT US    SIGN IN    SIGN UP                                              USD

 namecheap                                              ☰



## Whois Lookup
### Discover who owns a domain

Instagramcheapjordans.com

**Domains → Whois Lookup → Results**

---

**Whois results: Instagramcheapjordans.com is already registered.** Want it? Make an offer now.

Instagramcheapjordans.com

REGISTERED IN 2020

Domain name: Instagramcheapjordans.com
Registry Domain ID: 2568713264_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-10-28T08:10:45.00Z
Registrar Registration Expiration Date: 2021-10-28T08:10:45.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: b433145b89044154be5e441803025a1b.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: b433145b89044154be5e441803025a1b.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: b433145b89044154be5e441803025a1b.protect@whoisguard.com

CONTACT US    SIGN IN    SIGN UP                                    USD

 namecheap



## Domains → Whois Lookup → Results

**Whois results: lnstagramcheapkicks.com is already registered.** Want it? Make an offer now.

lnstagramcheapkicks.com
REGISTERED IN 2020

Domain name: lnstagramcheapkicks.com
Registry Domain ID: 2561118399_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-09-21T14:42:27.00Z
Registrar Registration Expiration Date: 2021-09-21T14:42:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registry Registrant ID:

Registrant Name: WhoisGuard Protected

Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: a10718170aef4a1e886b152d749b66cb.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: a10718170aef4a1e886b152d749b66cb.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: a10718170aef4a1e886b152d749b66cb.protect@whoisguard.com

Name Server: dns1.namecheaphosting.com

Name Server: dns2.namecheaphosting.com

CONTACT US     SIGN IN     SIGN UP                    🛒     USD







marketplace-77429-fb.com

**Domains → Whois Lookup → Results**

**Whois results: marketplace-77429-fb.com is already registered.** Want it? Make an offer now.

marketplace-77429-fb.com

TAKEN

Domain name: marketplace-77429-fb.com
Registry Domain ID: 2555918064_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-27T13:47:52.00Z
Registrar Registration Expiration Date: 2021-08-27T13:47:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:

Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 33adbd4fe5834a819c65f7df6b82acd5.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 33adbd4fe5834a819c65f7df6b82acd5.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 33adbd4fe5834a819c65f7df6b82acd5.protect@whoisguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned

CONTACT US   SIGN IN   SIGN UP                                    🛒   USD

 namecheap                                                ☰



**Whois Lookup**
Discover who owns a domain

whatsppgrouplinks.com

## Domains → Whois Lookup → Results

**Whois results: whatsppgrouplinks.com is already registered.** Want it? Make an offer now.

whatsppgrouplinks.com

REGISTERED IN 2020

Domain name: whatsppgrouplinks.com
Registry Domain ID: 2556104695_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-08-28T06:38:03.00Z
Registrar Registration Expiration Date: 2021-08-28T06:38:03.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.

Registrant Street: P.O. Box 0823-03411

Registrant City: Panama

Registrant State/Province: Panama

Registrant Postal Code:

Registrant Country: PA

Registrant Phone: +507.8365503

Registrant Phone Ext:

Registrant Fax: +51.17057182

Registrant Fax Ext:

Registrant Email: 847654d60b36410c89c5cad16815feef.protect@whoisguard.com

Registry Admin ID:

Admin Name: WhoisGuard Protected

Admin Organization: WhoisGuard, Inc.

Admin Street: P.O. Box 0823-03411

Admin City: Panama

Admin State/Province: Panama

Admin Postal Code:

Admin Country: PA

Admin Phone: +507.8365503

Admin Phone Ext:

Admin Fax: +51.17057182

Admin Fax Ext:

Admin Email: 847654d60b36410c89c5cad16815feef.protect@whoisguard.com

Registry Tech ID:

Tech Name: WhoisGuard Protected

Tech Organization: WhoisGuard, Inc.

Tech Street: P.O. Box 0823-03411

Tech City: Panama

Tech State/Province: Panama

Tech Postal Code:

Tech Country: PA

Tech Phone: +507.8365503

Tech Phone Ext:

Tech Fax: +51.17057182

Tech Fax Ext:

Tech Email: 847654d60b36410c89c5cad16815feef.protect@whoisguard.com

Name Server: dns1.namecheaphosting.com

Name Server: dns2.namecheaphosting.com

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2021-04-05T21:49:12.66Z <<<