# Exhibit L



# David J. Steele

Partner

Los Angeles, CA | **D** 213.430.3360 | **F** 213.430.3409

✉Email | 📇Vcard PDF

**overview**

David Steele specializes in trademark and Internet law.

David focuses much of his time protecting famous and well-known trademarks from infringement of all types, especially online infringement. He has successfully handled hundreds of cybersquatting matters, including numerous federal cybersquatting cases. David understands that the client's business objectives play an integral role in every legal matter he handles—and he is driven to provide exceptional service, results, and value.

Ranked in World Trademark Review's *WTR 1000* in the Gold band, David is an "online enforcement mastermind in hot demand among house-hold name companies." Clients comment that "David is knowledgeable, hardworking, responsive and handles small and large matters with the same degree of urgency and care. He always puts clients' interests before his own and has unmatched expertise in internet-related matters. He is also very diligent; there is never a loose end which is not attended to. David thinks outside the box and is exceptionally creative. His insight on cyber issues is highly beneficial and the quality of his service is great – he is responsive on all matters, large and small.'

Before attending law school, David worked on the design and implementation of high-speed computer networks and Internet engineering as engineering manager at Fibertron Corporation. He formerly served as a technical advisor and member of Networld+Interop's Network Advisory Board. As a member of the Boston working group, he worked alongside the United States Government to transfer the technical coordination of certain aspects of the Internet to ICANN (the organization responsible for coordinating important aspects of the Internet, including the domain name system). David's strong technical understanding of the Internet allows him to provide both practical and creative solutions to online infringement.

David is an adjunct professor at Loyola Law School in Los Angeles, where he has taught trademark law and Internet law since 2001.

**education**
- Loyola Law School, Los Angeles (J.D., 2000)
- California State Polytechnic University, Pomona (B.S. in Electrical Engineering, 1997)

**state admissions**
- California, 2000

**federal admissions**
- United States Patent and Trademark Office

- United States Court of Appeals, Ninth Circuit
- United States Court of Appeals, Tenth Circuit
- United States District Court, Central District of California
- United States District Court, Northern District of California
- United States District Court, District of Colorado

**service areas**
- Intellectual Property
- IP Litigation
- Internet Law & Domain Names
- Business Litigation
- Trademarks
- Copyright Law
- Trade Secret Litigation
- Patent Procurement
- Post Grant Proceedings
- IP Business Strategy & Agreements
- Technology Transfer
- Health Care M&A Transactions
- Health & Life Sciences

**experience**
- Represented a multinational communications company in complex cybersquatting action involving another company's registration and use of 663 domain names confusingly similar to client's trademarks; obtained judgment for $33,150,000—the largest cybersquatting judgment granted to date—and permanent injunction
- Represented a jewelry and clothing manufacturer in cybersquatting and trademark infringement action; obtained judgment and permanent injunction
- Represented an eyeglasses manufacturer in trademark and copyright infringement action against direct competitor; successfully resolved the matter through settlement
- Represented a sunglasses manufacturer in an in rem cybersquatting action involving the registration and use of 44 domain names confusingly similar to client's trademarks and used to sell counterfeit goods; obtained judgment and the transfer of all the infringing domain names
- Represented a professional sports team in a patent infringement action; successfully resolved the matter through settlement
- Represented a restaurant franchise in connection with trademark and trade dress action against a competitor; obtained both preliminary and permanent injunctions against the competitor's use of the trademarks and trade dress
- Represented a multinational communications company in complex cybersquatting action involving another company's registration and use of 241 domain names confusingly similar to client's trademarks; obtained judgment for $24,100,000 and permanent injunction
- Represented a multinational computer technology company in complex cybersquatting action involving the registration and use of over 1,000 domain names that were confusingly similar to client's trademarks; obtained consent judgment and permanent injunction pursuant to confidential settlement agreement
- Represented a frozen dessert franchise in trademark and service mark action; obtained stipulated judgment and permanent injunction

- Represented a luxury retailer in complex cybersquatting action involving the registration and use of over 25 domain names confusingly similar to client's trademarks; obtained permanent injunction pursuant to confidential settlement agreement

**publications & events**
**speaking engagements**

- "Big League Branding: Trademark Issues in Professional Sports," 2020 In-House Counsel Summit Webinar, Tucker Ellis LLP (September 2020)
- "The Impact of GDPR on Enforcing Intellectual Property Rights on the Internet," Harvard Law School, Cambridge, Massachusetts (March 2019)
- "Startup C.Y.A.: Cover Your Assets," Keynote Speaker, DTLA Startup Pitch Competition, InnovateLA 2017, Los Angeles, California (November 2017)
- "Latest Developments in Cybersquatting Law," DRI Intellectual Property Litigation Conference, Chicago, Illinois (May 2017)
- "Cybersquatting and Internet Domain Names: A Practical Update for 2015," 2015 In-House Counsel Summit, Tucker Ellis LLP, Cleveland, Ohio (October 2015)
- "Journalist Law School – Digital Media and Delivery and the Internet," Loyola Law School, Los Angeles, California (May 2014)
- "Internet Domain Names – A Practical Update for 2013," ALM 6th Annual IP Trademark, Copyright & Licensing Counsel Forum, New York, New York (October 2013)
- "Journalist Law School – Intellectual Property Law," Loyola Law School, Los Angeles, California (June 2012)
- "Beating the Cybersquatters and Domain Name Tasters," MarkMonitor Forum, San Francisco, California (November 2008)
- "Shootout at the ICANN Corral: Domainers v. Trademark Owners," Trademark Office Comes to California Program, California State Bar Association, Marina del Rey, California (March 2008)
- "Internet Fraud," Intellectual Property and the Internet Conference, California State Bar Association Santa Monica and San Francisco, California (August 2007)
- "Domain Name Legal Risks," Domain Roundtable, Seattle, Washington (April 2006)
- "Advertising And Search – Monetization and Traffic," Intellectual Property Section's Internet Law Conference, California State Bar Association, Beverly Hills, California (September 2006)
- "Domain Names – Practice Update," Winter Section Education Institute, California State Bar Association, Monterey, California (January 2004)

**publications**

- "COVID-related Cybersquatting Underscores Importance of Vigilant Trademark Policing," *Westlaw Journal Intellectual Property* (November 2020)
- "Enforcement in an Era of Data Privacy and Redacted WHOIS," Contributor, *World Trademark Review* (October 2019)
- "Strategies and Best Practices for Resolving Domain Name Problems," *Bloomberg BNA Electronic Commerce & Law Report* (January 2016)
- *The Internet Encyclopedia - Trademark Law and the Internet* (John Wiley & Sons, Inc.), Editor (April 2004)

**media quotes**

- "Ginsburg Remembered As Steadfast Pro-Copyright Voice," *Law360* (September 2020)
- "Is it Legal to Buy Domain Names to Harass Your Enemies?", *Motherboard* (August 2017)
- "US Perspectives: US Court Adds Confusion to #Trademarks," *Intellectual Property Watch* (September 2015)

**honors**

- *World Trademark Review 1000*
  - Enforcement and Litigation – California (2019-2021)



**in the community**

- Loyola Law School, Adjunct Professor (2001-present)
- International Trademark Association (INTA)
  - Internet Committee
- Los Angeles Intellectual Property Law Association
- ICANN

**business insights**

- Steele, Kroll, and Wunderlich Recognized in WTR 1000 for 2021; Tucker Ellis Ranked in California
  February 2021
- Tucker Ellis Wraps Up Round One of 2020 In-House Counsel Summit Webinar Series
  October 2020
- Law360 Quotes David Steele on Justice Ruth Bader Ginsburg's Impact on Trademark Law
  September 2020
- U.S. Supreme Court Clarifies That Willfulness Is Not Required for Trademark Damages Recovery
  April 2020
- Steele and Kroll Ranked in World Trademark Review 1000 for 2020
  February 2020
- David Steele Contributes to WTR Roundtable on Trademark Enforcement
  October 2019, World Trademark Review
- ADA-Accessible Websites: The Next Wave of Legal – and Technical – Challenges for Companies
  September 2019
- Howard Kroll and David Steele Receive WTR 1000 Recommendation for 2019
  March 2019
- Tucker Ellis Hosts Job Shadow Day in Los Angeles
  December 2018
- Tucker Ellis Sponsors DTLA Startup Pitch Competition
  November 2017
- David Steele Comments to Motherboard on Domain Names
  August 2017
- David Steele Quoted in Intellectual Property Watch
  October 2015
- Tucker Ellis Expands National IP Practice with Kroll, Steele, and Clunk
  February 2015

© Tucker Ellis 2021