# Exhibit B

## Steele, David J.

| | |
|---|---|
| **From:** | Steele, David J. |
| **Sent:** | Tuesday, March 30, 2021 8:52 PM |
| **To:** | Eugene Rome; jane.seager@hoganlovells.com |
| **Cc:** | Brianna Dahlberg; Sridavi Ganesan |
| **Subject:** | RE: Re Referenced UDRP Decisions (TE No. 015949-008) |

Gene,

I'm responding to both of your emails from earlier today (including the second email, which you sent only Jane).

First, you should be aware that I am not "interfering," as you suggest. I am carrying out the informed instructions of Jane's and my clients (Facebook/WhatsApp/Instagram, collectively, "Plaintiffs") with respect to both the administration of the UDRP complaints and the federal court litigation. There is no ambiguity or confusion about who is authorized to issue controlling directions on behalf of Plaintiffs. Nor has there been any conflicting instructions from Jane or me to you.

You asked Jane (and copied me) whether Plaintiffs would stipulate to an order in the pending federal court litigation, and I advised you that I would get back to you regarding that issue … and then I did just that by filing a motion with the Court that addresses this very issue as well as other related issues. Jane is not counsel of record in the pending federal court litigation (the case in which the stipulation would be filed), so any stipulation would require my approval and my signature, and not Jane's.

When you were (apparently) still unclear on this issue based on your March 25, 2021 email, I promptly explained in my March 25, 2021 email that:

> The recently filed motion (ECF No. 88) specifically requests the Court order Namecheap to correct its Registrar Certificates to remove domain names not in the First Amended Complaint. That relief should remedy this issue and permit transferring domain names pursuant to UDRP decisions, as well as address issues raised by Namecheap when sending its verification to UDRP providers.

> Should the Court deny the requested relief, we can handle these domain names by stipulation on a domain by domain basis, as you proposed last week.

Plaintiffs' proposed solution (which we appreciate you disagree with) will obviate the need to handle additional domain names by stipulation on a domain by domain basis.

You will receive a further correspondence from Jane (tomorrow, as she is based in Paris) advising that all communication relating to the litigation (and that, of course, includes asking for a stipulation to remove domain names from Namecheap's Registrar Certificate) should be addressed to Tucker Ellis.

Should you have any additional questions please direct them to me.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Tuesday, March 30, 2021 2:25 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>
**Subject:** RE: Re Referenced UDRP Decisions (TE No. 015949-008)

<<< EXTERNAL EMAIL >>>

Dear Ms. Seager,

I write to address the presented situation and obtain further direction from you.  This appears to be a situation where your firm and David Steele's firm, respectively, are at somewhat of a conflict in the representation of the same client.  What complicates this situation from our standpoint is that we do not know whose determination of the issue is the deciding one.

Here, my client, Namecheap, Inc., is prepared to **_immediately_** execute a stipulation that would aid in the implementation of the above-referenced UDRP decision and effectuate a transfer of the underlying domain to your client in a speedy fashion.  We made this proposal on March 18, 2021.  While you did not respond to my e-mail, Mr. Steele wrote "Gene, I'll get back to you" that same day.  He did not.

Rather, on your mutual client's behalf, Mr. Steele filed a motion seeking "enforcement of registrar's certificates."  I note that this purported motion has no basis in the law.  Yet, putting aside its legal infirmity, in Mr. Steele's view articulated in the below March 25, 2021 e-mail, it somehow supplants the proposal for the immediate resolution of this issue which we presented as early as March 18, 2021.

Consequently, I am compelled to write and again advise you and your client that we are prepared to stipulate to the release of this domain as soon as the Court enters the subject stipulation, which we reasonably expect would occur within a day or so of its submission.  Had our initial proposal been accepted when made, the domain would already be in the possession of Facebook but for Mr. Steele's evident interference.

We respectfully request that you advise as to how you and your client would like to proceed and, also, please let us know who is authorized to issue controlling directions on behalf of Facebook/WhatsApp/Instagram in connection with this matter.  Is it Tucker Ellis or Hogan Lovells?

Thank you in advance.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile:  (310) 282-0691

∼∼ www.romeandassociates.com ∼∼

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

---

**From:** Steele, David J. [mailto:David.Steele@tuckerellis.com]
**Sent:** Thursday, March 25, 2021 12:48 PM
**To:** Eugene Rome; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg; Sridavi Ganesan
**Subject:** RE: Re Referenced UDRP Decisions (TE No. 015949-008)

Eugene,

The recently filed motion (ECF No. 88) specifically requests the Court order Namecheap to correct its Registrar Certificates to remove domain names not in the First Amended Complaint. That relief should remedy this issue and permit transferring domain names pursuant to UDRP decisions, as well as address issues raised by Namecheap when sending its verification to UDRP providers.

Should the Court deny the requested relief, we can handle these domain names by stipulation on a domain by domain basis, as you proposed last week.

Please let me know if you have any further questions.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Thursday, March 25, 2021 11:21 AM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>
**Subject:** RE: Re Referenced UDRP Decisions

**<<< EXTERNAL EMAIL >>>**

Dear Ms. Seager,

Please be advised that we continue to await direction from your clients and have not received anything to date.  For reference, our proposal on how to resolve the matter is set forth in my email below.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Steele, David J. [mailto:David.Steele@tuckerellis.com]
**Sent:** Thursday, March 18, 2021 4:44 PM
**To:** Eugene Rome; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg
**Subject:** RE: Re Referenced UDRP Decisions

Gene,

I'll get back to you.

David

**From:** Eugene Rome <erome@romeandassociates.com>
**Sent:** Thursday, March 18, 2021 4:39 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; jane.seager@hoganlovells.com
**Cc:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Subject:** Re Referenced UDRP Decisions

<<< EXTERNAL EMAIL >>>

Dear Ms. Seager,

My firm is counsel to Namecheap, Inc. and WhoisGuard, Inc. We have been provided with the two decisions attached herein.

We understand that there is an obligation to transfer the domains to the Claimant. However, these domains are presently locked and subject of a deposit certificate in a civil action prosecuted by Facebook/WhatsApp/Instagram in a matter entitled *Facebook, Inc. v. Namecheap, Inc., et al., United States District Court for the District of Arizona, Case No.: 2:20-cv-00470-GMS*. The certificates were deposited to address certain complaints articulated by your clients with respect to the domains through its attorney in the Federal litigation, David J. Steele. Mr. Steele is copied on this e-mail.

We have no interest in the domains but cannot transfer them without a Court order. So, it would appear that the cleanest way to transition this domains out of the Court's jurisdiction and control would be via a stipulation. Please connect with your colleague, Mr. Steele, and let us know how your client would like to proceed in this matter.

Very truly yours,

Eugene



ERome@RomeAndAssociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

∽∽ www.romeandassociates.com ∽∽

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is

strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.