**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**PROPOSED ORDER RE PLAINTIFFS' MOTION CHALLENGING WHOISGUARD'S DESIGNATION OF LICENSEE INFORMATION PROVIDED PURSUANT TO RAA § 3.7.7.3 AS HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER** |
|---|---|

The Court has considered Plaintiffs' Motion Challenging Whoisguard's Designation of Licensee Information Provided Pursuant to ICANN's Registrar Accreditation Agreement ("RAA") § 3.7.7.3 as Highly Confidential Under the Protective Order, and any response and reply.

The Court FINDS that the Licensee Information Whoisguard provided in response to Plaintiffs' RAA Section 3.7.7.3 Reveal Requests was neither a disclosure or discovery response and is therefore not covered by the Protective Order.

The Court FURTHER FINDS that Whoisguard had previously provided the Licensee Information without any confidentiality protections or designations whatsoever, thus belying the position that any confidentiality designation under the Protective Order, much less a "highly confidential" designation, is now warranted. Accordingly,

IT IS ORDERED Plaintiffs' Motion is GRANTED.

1

1    IT IS FURTHER ORDERED that the Licensee Information provided in response
2 to RAA Section 3.7.7.3 Reveal Requests is not subject to the Protective Order and not
3 entitled to any protections thereunder.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28