**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:   310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendant Namecheap, Inc. and Defendant/Counterclaimant WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants.<br><br>WhoisGuard, Inc., a Republic of Panama corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Facebook, Inc., a Delaware corporation,<br><br>Counterclaim Defendant. | CASE NO. 2:20-cv-00470-GMS<br><br>**DECLARATION OF BRIANNA DAHLBERG IN SUPPORT OF DEFENDANTS NAMECHEAP, INC. AND WHOISGUARD, INC.'S OPPOSITION TO PLAINTIFFS' MOTION CHALLENGING DESIGNATION OF LICENSEE INFORMAION (DOC. 98)** |

## DECLARATION OF BRIANNA DAHLBERG

I, Brianna Dahlberg, hereby declare:

1. I am Counsel with the firm Rome & Associates, A.P.C., attorneys for Defendant Namecheap, Inc. ("Namecheap") and Defendant and Counterclaimant WhoisGuard, Inc. ("WhoisGuard") (collectively, "Defendants") in the above-entitled action. I make this declaration on personal knowledge and, if sworn as a witness, could competently testify to each of the facts set forth herein.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion Challenging Designation of Licensee Information.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article dated December 14, 2020 from the online publication *DecisionMarketing* entitled "Facebook sets aside €302m for potential GDPR fines," which I accessed at https://www.decisionmarketing.co.uk/news/facebook-sets-aside-e302m-for-potential-gdpr-fines on May 12, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article dated April 3, 2021 from the online publication *Insider* entitled "533 million Facebook users' phone numbers and personal data have been leaked online," which I accessed at https://www.businessinsider.com/stolen-data-of-533-million-facebook-users-leaked-online-2021-4 on May 12, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of a press release dated July 24, 2019 published on the Federal Trade Commission website entitled "FTC Imposes $5 Billion Penalty and Sweeping New Privacy Restrictions on Facebook," which I accessed at https://www.ftc.gov/news-events/press-releases/2019/07/ftc-imposes-5-billion-penalty-sweeping-new-privacy-restrictions on May 12, 2021.

6. On April 12, 2021, I participated in a video conference call during which the parties' counsel met and conferred regarding the designations dispute in Plaintiffs' Motion. The day after the call, I circulated to Plaintiffs' counsel via email Defendants' proposed addendum to the Stipulated Protective Order, which would create a carve-out allowing

1  Plaintiffs to use the customer information at issue for the brand enforcement purposes the
2  parties had discussed on the call as well as for any other legal or quasi-legal matters. A true
3  and correct copy of my April 13 email attaching Defendants' proposal is attached as
4  **Exhibit D** hereto.

5      7.    On April 28, 2021, the Court held a telephonic discovery conference on the
6  designations dispute at issue in this Motion. Following the conference with the Court, on
7  April 30 I sent a follow-up email to Plaintiffs' counsel attaching a revised version of
8  Defendants' proposed addendum to the Stipulated Protective Order that specifically
9  allowed the customer information at issue to be disclosed to Plaintiffs' security consultants
10 and other people to whom disclosure was necessary for the purpose of addressing malware
11 attacks and other forms of domain abuse and security threats, which was an issue Plaintiffs'
12 counsel had raised during the telephonic conference. A true and correct copy of my April
13 30 email attaching Defendants' revised proposal is attached hereto as **Exhibit E**.
14     8.    I did not receive any response from Plaintiffs' counsel to my April 30 email
15 or to Defendants' revised proposal. Nor did Defendants' counsel receive any other
16 communication from Plaintiffs before they filed their Motion on May 5.

18     I declare under penalty of perjury under the laws of the United States of America that
19 the foregoing is true and correct.

21     Executed this 12th day of May 2021 in Los Angeles, California.

23     By:   /s/ *Brianna Dahlberg*
        Brianna Dahlberg

**ROME & ASSOCIATES, A.P.C.**

By:   *s/ Eugene Rome*
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**

  *s/ Mario C. Vasta*
Ray K. Harris
Mario C. Vasta

Attorneys for Defendants
Namecheap, Inc. and Whoisguard, Inc.