# Exhibit A

Facebook sets aside €302m for potential GDPR fines | Decision Marketing

HOME    T&CS    LOG-IN/REGISTER/DM REPORT    PLEASE NOTE DECISION MARKETING USES COOKIES. CLICK HERE FOR DETAILS >

.

# DecisionMarketing
The home of direct, data and digital marketing



HOME    NEWS    VIEWS    REVIEWS    IDOL GOSSIP    INDEPTH    THE LOVIN' SPOONFUL

ABOUT US

HOT TOPICS    MAY 12, 2021 9:41 AM   |   THE ONLY WAY IS ETHICS: BRANDS URGED TO

SEARCH …

# Facebook sets aside €302m for potential GDPR fines

DECEMBER 14, 2020 12:44 PM



**Facebook's European operation is bracing itself for a raft of GDPR rulings – and massive fines – after its latest results reveal it has set aside €302m (£273m) to cover "regulatory compliance matters".**





**Why risk damaging your brand and ROI with bad quality data?**

REaD Group





The social media giant, whose European HQ is in Dublin, is currently the subject of ten separate GDPR investigations by the Irish Data Protection Commission, covering its main site as well as subsidiaries Instagram and WhatsApp.

However, the only fine it has received in Europe so far under GDPR was a €51,000 penalty in Germany in 2019 for failing to appoint a data protection officer. It was also fined £500,000 under the previous data protection legislation by the UK Information Commissioner's Office for its part in **the Cambridge Analytica scandal**. But, even then, Facebook was not forced to admit liability.

The Irish DPC's first big tech ruling is expected later this week, when the regulator will finally reveal its decision against **Twitter which has been nearly a year in the making.**

Facebook, insists the €302m relates to "amounts identified for administrative fines arising from various regulatory compliance matters principally under investigation by the relevant data protection supervisory authorities".

The company's latest accounts show its European revenue grew by €8.8bn last year, up from €25.5bn in 2018 to €34.3bn in 2019, while profits grew 33% from €361.3m in 2018 to €481.88m in 2019, according to the company's accounts.

VIEWS



MAY 12, 2021 1:39 PM

# Rubbish in; rubbish out: How to reduce algorithmic bias

Machine learning and analytics are big business. Forbes has estimated that the market will be worth a staggering $21bn (£14.9bn)...

Facebook Ireland boss Gareth Lambe said: "Ireland is an important hub for global innovation, which we continue to grow and invest in through our international headquarters, small business support and community contributions."

Finding new customers can be puzzling...

Last week, the US government and a coalition of 48 states and districts filed parallel lawsuits against Facebook in a major antitrust offensive case that could ultimately force its break-up.

One lawsuit brings together nearly every state in the US, a coalition led by New York attorney general Letitia James. The suit accuses Facebook of abusing its market power to quash smaller competitors.

James said in a statement: "For nearly a decade, Facebook has used its dominance and monopoly power to crush smaller rivals and snuff out competition, all at the expense of everyday users. We are taking action to stand up for the millions of consumers and many small businesses that have been harmed by Facebook's illegal behaviour.

"Instead of competing on the merits, Facebook used its power to suppress competition so it could take advantage of users and make billions by converting personal data into a cash cow."

READ MORE



APRIL 22, 2021 9:40 PM

Sustainable business is about protecting all our futures



APRIL 22, 2021 8:37 PM

Time for marketers to ditch outdated consumer cages



APRIL 6, 2021 3:02 PM

Why demand for B2B agencies is at an all-time high

MARCH 26, 2021 7:33 AM

Facebook sets aside e302m for potential GDPR fines - Decision Marketing

Related stories

**Tech giants face tailored rules – and fines – in CMA plan**

**Irish data regulator 'go-slow' triggers judicial review**

**Now Germans call for GDPR shake-up to avoid 'collapse'**

**Brussels urged to act on GDPR failings or risk demise**

**Top EU data cop cutback threat triggers EU complaint**

**WhatsApp and Twitter facing first major GDPR rulings**

**2019 Review of the Year: Why it's crunch time for GDPR**

**Irish data chief hits back over GDPR 'soft touch' claims**

**Facebook finally pays ICO fine but accepts no liability**

**Facebook bids to overturn £500,000 data abuse fine**

**Facebook finally hit with maximum £500,000 data fine**



Nudge marketing can get the nation back on its feet

Share with friends and colleagues   

   

Facebook sets aside €302m for potential GDPR fines | Decision Marketing

**TOPICS:**    Data Protection    Facebook    GDPR

Irish Data Protection Commission    Social Media

Technology

Sign up for TheDMReport and get all the week's
news and reviews direct to your inbox every Friday...

 SHARE      TWEET      PIN      SHARE

❮ **Previous post**     **Next post** ❯

RELATED ARTICLES



**NEWS**

Firms face
Herculean task
to keep right side
of data law



**NEWS**

'Zombie cookies'
face clampdown



**NEWS**

Twitter opens up
'privacy centre'
to boost
transparency



**NEWS**

Legal action
could spark pay-
outs for
deceased
mailings

COPYRIGHT 2021 | MH NEWSDESK BY MH THEMES