# Exhibit B




















