**FILED**

MAY 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation; et al., | No. 21-80023 |
| Plaintiffs-Respondents, | D.C. No. 2:20-cv-00470-GMS District of Arizona, Phoenix |
| v. | |
| WHOISGUARD, INC., a Republic of Panama corporation, | ORDER |
| Defendant-Petitioner, | |
| and | |
| NAMECHEAP, INC., a Delaware corporation, | |
| Defendant. | |

Before: PAEZ and HUNSAKER, Circuit Judges.

Petitioner's motion for leave to file a reply (Docket Entry No. 8) is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SC/MOATT