FILED ☒   LODGED ____
RECEIVED ____   COPY ____

MAY 2 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**CV20-00470-PHX-GMS**

Court Name: United States District Court
Division: 2
Receipt Number: PHX229110
Cashier ID: lbrewste
Transaction Date: 05/28/2021
Payer Name: ROME AND ASSOCIATES APC

NOTICE OF APPEAL/DOCKETING FEE
  For: ROME AND ASSOCIATES APC
  Case/Party: D-AZX-2-20-CV-000470-001
  Amount:       $505.00

PAPER CHECK CONVERSION
  Check/Money Order Num: 4838
  Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00

A fee of $53 will be assessed on
all returned remittances.