**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendant Namecheap, Inc. and
Defendant/Counterclaimant WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | No. 2:20 cv 00470 PHX GMS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Defendant and Counterclaimant WhoisGuard, Inc., served the following discovery on Plaintiffs via email on June 1, 2021:

WhoisGuard, Inc.'s Amended First Set of Requests for Production to Plaintiffs.


DATED: June 1, 2021                 **ROME & ASSOCIATES, A.P.C.**


By:   *s/ Brianna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**
Ray K. Harris
Mario C. Vasta

Attorneys for Defendant Namecheap, Inc. and
Defendant/Counterclaimant WhoisGuard, Inc.