# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>Namecheap, Inc., et al.,<br><br>              Defendants.<br>WhoisGuard, Inc.,<br><br>              Counterclaimant,<br><br>  v.<br><br>Facebook, Inc.,<br><br>              Counterclaim Defendant. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANT NAMECHEAP, INC.'S MOTION TO DISMISS** |

1    Following a telephonic hearing regarding Plaintiffs' request to stay discovery held
2 on July 1, 2021 (ECF No. 107), the Court **ORDERS** that discovery is stayed in this action
3 until the Court rules on Defendant Namecheap, Inc.'s pending motion to dismiss (ECF
4 No. 76).
5    It is further **ORDERED** that the August 6, 2021 scheduling conference is vacated
6 and taken off calendar until further notice from this Court.

8 **IT IS SO ORDERED.**