SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff and
Counterclaim Defendant,
Facebook, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>　　　　　　　Defendants.<br>AND RELATED COUNTERCLAIM. | Case No. CV-20-470-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs Facebook, Inc. ("Facebook"), Instagram, LLC ("Instagram"), and WhatsApp LLC ("WhatsApp"), by and through their counsel of record, hereby give notice that the following discovery was served on Defendants' counsel of record via e-mail on July 15, 2021:

1. Facebook's Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production.

2. Facebook's Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

3. Instagram's Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production.

4. Instagram's Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

5. WhatsApp's Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production.

6. WhatsApp's Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

DATED: July 15, 2021

SNELL & WILMER L.L.P.

By: /s/ *Jacob C. Jones*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC,
and WhatsApp LLC