**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation, <br><br> Defendants. <br><br> And related Counterclaims. | CASE NO. 2:20-cv-00470-GMS <br><br> **NAMECHEAP, INC. AND WHOISGUARD, INC.'S NOTICE OF NO CHANGES TO COPYRIGHT, TRADEMARK, OR PATENT INFORMATION** |

In response to the Court's Supplemental Request for Copyright, Trademark, or Patent Information of July 23, 2021 (Doc. 114), Defendants and Counterclaimants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. (collectively, "Defendants") state that there are no changes to the copyright, trademark, or patent information previously submitted for this case as a result of Defendants' Answer to the First Amended Complaint and Counterclaim of Namecheap (Doc. 112).

Dated:  July 30, 2021

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

And

**FENNEMORE CRAIG, P.C.**
    Ray K. Harris
    Mario C. Vasta

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and Whoisguard, Inc.