David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc.; and Whoisguard, Inc., <br><br> Defendants. | Case No. CV-20-00470-PHX-GMS <br><br> **NOTICE OF NO ADDITIONAL INFORMATION** |
| Whoisguard, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Facebook, Inc., <br><br> Counterclaim Defendant. | |

Pursuant to the Court's August 13, 2021 Minute Order, [Doc. 119] Plaintiff and Counterclaim Defendant Facebook, Inc. ("Facebook") hereby gives notice that Facebook's Answer to Defendant and Counterclaimant Namecheap, Inc.'s Counterclaim [Doc. 118] presents no changes to the copyright, trademark, or patent information previously submitted for this case.

DATED: August 23, 2021

SNELL & WILMER L.L.P.

By: /s/ Jacob C. Jones
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp Inc.