**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:   310-282-0690
Facsimile:   310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com
Attorneys for Defendant Namecheap, Inc. and
Defendant/Counterclaimant WhoisGuard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | No. 2:20 cv 00470 PHX GMS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant Namecheap, Inc., served the following discovery on Plaintiffs via email

on August 23, 2021:

    Namecheap, Inc.'s Initial MIDP Responses.

DATED this 24th day of August, 2020.

**FENNEMORE CRAIG, P.C**.

By: *s/ Mario C. Vasta*
    Ray K. Harris
    Mario C. Vasta

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

Attorneys for Defendant Namecheap, Inc. and Defendant/Counterclaimant WhoisGuard, Inc.