**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, <br><br> Defendants. | CASE NO. 2:20-cv-00470-GMS <br><br> **NOTICE OF FILING OF CORRECTED REGISTRAR'S CERTIFICATE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Namecheap, Inc. ("Namecheap") hereby files the attached corrected Registrar's Certificate pursuant to the Court's Order of July 8, 2021.

The Court's July 8 Order provided that "Plaintiffs may provide Namecheap with a list of the domain names at issue, along with an attestation that no other domain names are subject to the dispute," and Namecheap shall file a corrected Registrar's Certificate within 10 days of receipt of such list. Doc. 109 at 9. In a letter dated August 27, 2021, Plaintiffs provided Namecheap with a list of 996 domain names. Plaintiffs requested that Namecheap remove any locks placed on any domain name not on the list, and that it advise the World Intellectual Property Organization (WIPO) that any domains previously listed on Namecheap's Registrar's Certificates, but not on the list, are *not* the subject of any court proceedings. However, Plaintiffs did not provide the attestation that no other domain names are subject to the dispute. Namecheap sent two follow-up communications asking whether Plaintiffs would provide the attestation, but Plaintiffs did not respond.

Out of an abundance of caution, and based on Plaintiffs' own representations and requests in their August 27 letter, Namecheap is treating the list of 996 domain names as the operative list of disputed domain names currently known to Plaintiffs, and is filing this corrected Registrar's Certificate within 10 days of receipt of the list.

DATED: September 7, 2021

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.