**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:   310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**CORRECTED REGISTRAR'S CERTIFICATE** |

I, Hillan Klein, hereby declare:

1. I am the Chief Operating Officer of Namecheap, Inc. ("Namecheap") and make this declaration on its behalf. I have personal knowledge of the facts stated herein and would testify to such facts if so called to testify.

2. In a letter dated August 27, 2021, counsel for Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. (collectively, "Plaintiffs") provided the list of domain names in Attachment A.

3. Pursuant to the Court's Order of July 8, 2021 (Doc. 109) and Plaintiffs' request, Namecheap is removing all registrar's locks placed on any domain names listed on its previously filed Registrar's Certificates that are not listed in Attachment A.

4. Many of the domain names in Attachment A do not exist. Some are registered with domain name registrars other than Namecheap. However, for some of the domain names listed in Attachment A, Namecheap is the registrar (the "Namecheap Domain Names").

5. All Namecheap Domain Names in Attachment A have been placed on registrar lock, thus preventing them from being transferred, modified, or otherwise managed or manipulated.

6. Namecheap will not modify the Namecheap Domain Names' status unless and until instructed to do so by Order of the Court in the instant case.

7. Therefore, the Namecheap Domain Names should be construed to be under the dominion and control of the Court until such time as Namecheap receives further instruction with regard to the Namecheap Domain Names.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 6, 2021

By: _____
Hillan Klein

**CORRECTED REGISTRAR'S CERTIFICATE**