Attachment A

1. 1nstagram.com
2. 1nstagram.network
3. accountfb-updates.com
4. active-faceboolk.com
5. appeal-facebok.com
6. arabwhatsapp.com
7. artistsoninstagram.com
8. aviationinstagram.com
9. backupmywhatsapp.online
10. basenjisofinstagram.com
11. best-app-for-more-instagram-followers.club
12. best-instagram-marketing.club
13. best-instagram.club
14. bestinstagrambio.com
15. bestofinstagram.com
16. blackwhatsapp.club
17. bookfaceeebook.xyz
18. buy-instagram-follower.com
19. buyfacebook-fanslikes.com
20. buyfacebookads.com
21. buyfacebookfansbuyfacebookfansbuyfacebookfansbuyfansbuyfans.info
22. buyfacebooklibracoin.com
23. buyfacebookpollvotes.com
24. buyfollowersforinstagram.com
25. buyinstagramfollow.com
26. buyinstagramfollowers.biz
27. buyinstagramfollowers22.com
28. buyinstagramfollowers365.com
29. buyinstagramfollowersreview.org
30. buyinstagramlikes.io
31. buyinstagramlikesnow.com
32. buyinstagramverificationbadge.com
33. buyinstagramviews.org
34. buyinstagramviews.website
35. buymoreinstagramsfollowers.com
36. byinstagramfollowers.com
37. captionforfacebook.com
38. carsofinstagram.com
39. cdninstagram.download
40. cdninstagram.webcam
41. chat-whatsapp.fun
42. cheapinstagram.website
43. clienteswhatsapp.com

44. colorwhatsapp.pro
45. comeaumentarefollowersuinstagram.com
46. comovendeconwhatsapp.com
47. comprarpelowhatsapp.com
48. connectemyfacetook.club
49. coolwhatsappstatus.com
50. copyrgiht-lnstagram-form-2020.com
51. creditowhatsapp.com
52. cryptoinstagram.com
53. cuentainstagram.com
54. curatedinstagram.com
55. curtidasfacebook.com
56. custominstagramtshirt.com
57. ddinstagram.com
58. de-de-faceook-ad-manager.com
59. dentistfacebookmarketing.com
60. descargargbwhatsapp.com
61. desiwhatsappstatus.xyz
62. download-instagram.com
63. download-whatsapp.online
64. downloadinstagramvideo.online
65. downloadinstagramvideo.xyz
66. downloadvideofromfacebook.com
67. dublininstagramtours.com
68. dublinstagram.com
69. earn4rmfacebook.com
70. email-lnstagram.com
71. en-lnstagram.com
72. enviarwhatsapp.com
73. es-faceb00k.xyz
74. escueladeinstagram.com
75. everybodyswhatsappassistant.com
76. everyoneswhatsappassistant.com
77. f0cebook.com
78. f2cbook.xyz
79. fa4cebook.com
80. faacebookx.network
81. faaceebook.host
82. fac3book.com
83. facabook.page
84. facabook.website
85. facbook-libra.com
86. facbook.website

87. facbookcompany.com
88. facbookgrant.online
89. facbooklogin.online
90. facbooknews.xyz
91. faccbookk.com
92. faccebbook.xyz
93. faccebook.info
94. faccebook.live
95. faccebook.mobi
96. faccebook.website
97. faccebook.xyz
98. facceebbook.xyz
99. face-book-advertising.net
100.    face-book-market-place-238675648.click
101.    face-book-marketplace.club
102.    face-book-messenger.com
103.    face-book-profile4552432.live
104.    face-book-verificatiion-id-339068203.online
105.    face-book-verifiication-id-388942399.online
106.    face-book.best
107.    face-book.chat
108.    face-book.group
109.    face-book.page
110.    face-booklink.club
111.    face-booknews.com
112.    face-bookprofits.com
113.    face00k-seccuritty.com
114.    face0ok-seecuritty.com
115.    face6ook.net
116.    face8o0k.com
117.    face8ook.tech
118.    faceabook.xyz
119.    faceb00c.com
120.    faceb00k-dept-sseccurity.com
121.    faceb00k-es.website
122.    faceb00k-inc-seccurity.com
123.    faceb00k-market.info
124.    faceb00k-marketes.site
125.    faceb00k-reset-login.com
126.    faceb00k-seccuritty-dept.com
127.    faceb00k-securitty-dept.com
128.    faceb00k-ssecurrity-dept.com
129.    faceb00k-uk.website

130.     faceb00k.club
131.     faceb00k.website
132.     faceb00k145746-marketplace-itempageproperties.com
133.     faceb00kvideo.xyz
134.     faceb0ok-dept-seccurity.com
135.     faceb0ok-seccuritty-dept.com
136.     faceb0ok-seccurity.com
137.     faceb0ok-security-dept.com
138.     faceb0ok-securrity-dept.com
139.     faceb0ok-securrity.com
140.     faceb0ok-ssecurrity-department.com
141.     faceb0ok.online
142.     faceb0ok.xyz
143.     faceb0okk.com
144.     facebbooc.com
145.     facebbook.icu
146.     facebbook.xyz
147.     facebeek.website
148.     facebhoook.com
149.     facebick.com
150.     facebk.xyz
151.     facebkcdn1.com
152.     facebksupport.website
153.     facebo0k-girl.services
154.     facebo0k-login.com
155.     facebo0k-realtor.info
156.     facebo0k-seccurity-dept.com
157.     facebo0k-seecurity.com
158.     facebo0k-seecurrity-department.com
159.     facebo0k-seecuurity-ddept.com
160.     facebo0k.xyz
161.     facebo0o0ok.xyz
162.     facebocc.com
163.     faceboek.club
164.     faceboek.site
165.     facebok-gb.com
166.     facebok-grupo-lives-adultas.tech
167.     facebok-latam.com
168.     facebok-market-place-id44photobc684811246666-item.com
169.     facebok-market-place-id44photobc884811236666-item.com
170.     facebok-market-place.com
171.     facebok-securty.com
172.     facebok.best

173.      facebok.store
174.      facebok.website
175.      facebok1.info
176.      facebokfilmyskupina.com
177.      facebokk.club
178.      facebokloginpage.site
179.      facebokloginpage.space
180.      facebokpdf.xyz
181.      facebokpool.com
182.      facebokproblemsolution.com
183.      facebokprofile.com
184.      facebokx.club
185.      facebokx.xyz
186.      faceboo-k.xyz
187.      faceboo.app
188.      faceboo.email
189.      facebooc.xyz
190.      facebooh.xyz
191.      facebooik-ads.com
192.      facebooix.xyz
193.      facebook-signin.com
194.      facebook-video-downloader.org
195.      facebook-video.download
196.      facebook1s.com
197.      facebook360o.com
198.      facebook8.org
199.      facebookables.com
200.      facebookacademy.xyz
201.      facebookaccelerator.com
202.      facebookadconsultant.com
203.      facebookaduniversity.com
204.      facebookartist.com
205.      facebookbraintrust.com
206.      facebookchair.com
207.      facebookchatbots.com
208.      facebookcheckin.com
209.      facebookcheckins.com
210.      facebookcoverhd.com
211.      facebookengine.com
212.      facebookfilms.com
213.      facebookgadgets.com
214.      facebookindo.com
215.      facebookinfluencer.com

216.    facebookinternational.com
217.    facebookipodayclosingprice.com
218.    facebookjb.com
219.    facebookknowledge.com
220.    facebooklike.club
221.    facebooklikesmoz.com
222.    facebookmarkapp.website
223.    facebookmessengerchatbots.com
224.    facebookmessengerspy.com
225.    facebookpixelpro.com
226.    facebookposter.com
227.    facebookprovider.com
228.    facebookresource.com
229.    facebookresources.com
230.    facebookreviewapp.com
231.    facebookstealth.com
232.    facebooksupport.email
233.    facebookthai.com
234.    facebookthailand.asia
235.    facebookthailand.com
236.    facebooktracker.com
237.    facebooktrendsmarket.com
238.    facebookvelocity.com
239.    facebookvideodownload.online
240.    facebookvideodownloader.co
241.    facebookvideodownloaderonline.com
242.    facebool.me
243.    facboolk.club
244.    faceboook-analytics.com
245.    faceboook-updates.com
246.    faceboook.app
247.    faceboook.club
248.    faceboook.host
249.    faceboook.site
250.    faceboook.xyz
251.    faceboookappeal.com
252.    faceboooke.xyz
253.    faceboookkkkkkk.xyz
254.    faceboookmail.online
255.    faceboooknews.xyz
256.    faceboookq.xyz
257.    faceboookr.xyz
258.    faceboookvideo.xyz

259.      faceboookw.xyz
260.      faceboook.club
261.      faceboook.site
262.      faceboook.store
263.      faceboook.xyz
264.      facebooookkkkkkk.xyz
265.      facebooookkkkkkkk.xyz
266.      faceboookmail.com
267.      facebooook.xyz
268.      faceboox.xyz
269.      facebouk.live
270.      facebuk.online
271.      facebukreklama.com
272.      facebuks.space
273.      facedook.xyz
274.      faceebook-page.com
275.      faceebook-support.com
276.      faceebook.best
277.      faceebooks.com
278.      faceebooook.site
279.      facehackspy.com
280.      faceitbook.website
281.      facelebook.com
282.      faceooklogin.com
283.      facerook.net
284.      facesgeeks.com
285.      facexxxbook.com
286.      faczbook.xyz
287.      faecbook.app
288.      faecbook.live
289.      faecbook.services
290.      faecebook.xyz
291.      faeebook.xyz
292.      fakeinstagramfollowers.com
293.      fasebook.site
294.      fasebookecom.xyz
295.      fb-accnt-45928tech.pro
296.      fb-account.club
297.      fb-accountupdate.com
298.      fb-accountverify.com
299.      fb-ads-marketplace.site
300.      fb-copyright-delete-pages.xyz
301.      fb-disabled-account.com

| | |
|---|---|
| 302. | fb-item-marketplace.club |
| 303. | fb-login-error58743.online |
| 304. | fb-login-error61311.host |
| 305. | fb-mailsupport.com |
| 306. | fb-marketplace-app.club |
| 307. | fb-marketplace-classifieds.club |
| 308. | fb-marketplace-items.club |
| 309. | fb-marketplace-offers.site |
| 310. | fb-marketplace-online.shop |
| 311. | fb-marketplace-sales.com |
| 312. | fb-marketplace-shop.com |
| 313. | fb-marketplace-site.store |
| 314. | fb-marketplace-support.site |
| 315. | fb-marketplace-trade.club |
| 316. | fb-marketplace-vehicle.club |
| 317. | fb-marketplace.store |
| 318. | fb-online-marketplace.com |
| 319. | fb-online-marketplace.shop |
| 320. | fb-online-marketplace.store |
| 321. | fb-polices-update.com |
| 322. | fb-policy-review.com |
| 323. | fb-policyreview.com |
| 324. | fb-profil.host |
| 325. | fb-profil.site |
| 326. | fb-profil.website |
| 327. | fb-profil.xyz |
| 328. | fb-review-account.com |
| 329. | fb-review-secure.com |
| 330. | fb-sales-marketplace.com |
| 331. | fb-scanstalk.com |
| 332. | fb-security-account.site |
| 333. | fb-seller-marketplace.shop |
| 334. | fb-stalkerapp.com |
| 335. | fb-trader-marketplace.shop |
| 336. | fb-traders-populars.online |
| 337. | fb-unlock-account.club |
| 338. | fb-unlock-account.site |
| 339. | fb-usersbenefits.com |
| 340. | fb-vehicles-marketplace.online |
| 341. | fb-video.site |
| 342. | fbactivity-review.com |
| 343. | fbcopyrightconnect.com |
| 344. | fbcopyrights.com |

| | |
|---|---|
| 345. | fbcopyrightsmediasupport.com |
| 346. | fbcopyrightvideos.com |
| 347. | fbhelp.me |
| 348. | fbmedia-copyrighthelp.com |
| 349. | fbpokerforte.com |
| 350. | fbreview-account.com |
| 351. | fbreview-terms.com |
| 352. | fbsecurity-review.com |
| 353. | fbverifiedaccs.com |
| 354. | fbverifiedcheck.com |
| 355. | fbverifyieds.com |
| 356. | fcaebook.tech |
| 357. | fcebook.icu |
| 358. | fcebook.info |
| 359. | fcebook.me |
| 360. | fecabooks.site |
| 361. | fecbook.xyz |
| 362. | fecebook.xyz |
| 363. | fesabookcom.com |
| 364. | ffacebok.club |
| 365. | ffacebok.website |
| 366. | ffcebook.xyz |
| 367. | filtriperinstagram.com |
| 368. | filtroinstagram.com |
| 369. | findfacebookpasswords.net |
| 370. | fixmyfacebookadvertising.com |
| 371. | fmwhatsapp.xyz |
| 372. | focebook.xyz |
| 373. | follow-instagram.com |
| 374. | follow-instagram.website |
| 375. | followerforinstagram.com |
| 376. | frameinstagram.com |
| 377. | frasesparainstagram.com |
| 378. | frasesparawhatsapp.xyz |
| 379. | free-instagram-downloader.com |
| 380. | freefacebookhack.com |
| 381. | freefacebookspy.com |
| 382. | freefollowersoninstagram.info |
| 383. | freeinstagramfollowers.co |
| 384. | freeinstagramfollowers.net |
| 385. | freeinstagramfollowers.org |
| 386. | freeinstagramfollowers.website |
| 387. | freeinstagramfollowers.xyz |

| | |
|---|---|
| 388. | freewhatsappspy.com |
| 389. | freewhatsapptracker.com |
| 390. | fscebook.info |
| 391. | funnyinstagramcaptions.com |
| 392. | fxacebook.com |
| 393. | gb-whatsapp-download.xyz |
| 394. | gbinstagram.club |
| 395. | gbpluswhatsapp.com |
| 396. | gbwhatsapp.mobi |
| 397. | gbwhatsapp.pro |
| 398. | gbwhatsappapk.co |
| 399. | gbwhatsappapk.website |
| 400. | gbwhatsappapkmods.com |
| 401. | gbwhatsappapks.net |
| 402. | gbwhatsappdownload.net |
| 403. | gbwhatsappr.com |
| 404. | get-followers-instagram.best |
| 405. | getrealinstagramfollowers.net |
| 406. | getverifiedinstagram.com |
| 407. | ggirlsnumberwhatsapp.online |
| 408. | ghostyforinstagram.com |
| 409. | girlswhatsapp.club |
| 410. | girlswhatsappnumbers.com |
| 411. | go-copyrightform-lnstagram.com |
| 412. | gr-whatsapp.com |
| 413. | grouplinkswhatsapp.com |
| 414. | grupo-superacao-facebok.store |
| 415. | hackanyinstagram.com |
| 416. | hackeninstagram.com |
| 417. | hackinganinstagram.com |
| 418. | hackwhatsapp.xyz |
| 419. | hafacebook.com |
| 420. | hainstagram.com |
| 421. | hamwhatsapp.com |
| 422. | helpfor-lnstagram.com |
| 423. | helpinstagram.live |
| 424. | helpinstagrm.com |
| 425. | heyinstagram.website |
| 426. | higherorlowerinstagram.com |
| 427. | highticketinstagram.com |
| 428. | hkfacebook.com |
| 429. | howtodownloadinstagramvideos.net |
| 430. | howtohackfacebook-account.com |

431.    ibnstagram.com
432.    idofacebookads.com
433.    idothingsoninstagram.com
434.    iforinstagram.com
435.    igniteyourinstagram.com
436.    ihnstagram.com
437.    ihstagram.com
438.    ijnstagram.com
439.    imnstagram.com
440.    important-alert-fb.com
441.    indianwhatsapp.club
442.    indstagram.com
443.    inestagram.com
444.    inestagram.live
445.    inrstagram.com
446.    insftagram.com
447.    inshagram.com
448.    inshtagram.com
449.    insrtagram.com
450.    inst4gram.com
451.    insta-agram.com
452.    insta-grammy.app
453.    instaagram.website
454.    instaagram.xyz
455.    instabgram.com
456.    instabram.com
457.    instaegram.com
458.    instafgram.com
459.    instagdram.com
460.    instagfam.com
461.    instaggram.icu
462.    instagr.me
463.    instagraam.club
464.    instagraam.icu
465.    instagraam.online
466.    instagrakm.com
467.    instagram-account.site
468.    instagram-com.best
469.    instagram-com.biz
470.    instagram-copyright-supports.com
471.    instagram-copyright.center
472.    instagram-customer.xyz
473.    instagram-dl.com

474.        instagram-download.pictures
475.        instagram-dresses.com
476.        instagram-en.online
477.        instagram-fb.com
478.        instagram-filters.com
479.        instagram-filters.net
480.        instagram-for-sex.com
481.        instagram-girls.services
482.        instagram-girlservices.digital
483.        instagram-login.club
484.        instagram-login.site
485.        instagram-lux.com
486.        instagram-mail.host
487.        instagram-owl.network
488.        instagram-planner.com
489.        instagram-sa.xyz
490.        instagram-spy.online
491.        instagram-support.net
492.        instagram-supportcenter.com
493.        instagram-vi.com
494.        instagram-video.download
495.        instagram-video.xyz
496.        instagram.uno
497.        instagram123.site
498.        instagram50.club
499.        instagram8.com
500.        instagram80.com
501.        instagramabletours.com
502.        instagramacademy.xyz
503.        instagramanalyticstool.com
504.        instagramanet.com
505.        instagramap.com
506.        instagramaphone.com
507.        instagramapk.org
508.        instagramapp.fun
509.        instagramapps.com
510.        instagramarketing.com
511.        instagramator.org
512.        instagramautofollower.com
513.        instagramautoliker.com
514.        instagramavailability.com
515.        instagrambikinis.com
516.        instagramblog.net

517.     instagrambo.com
518.     instagrambread.com
519.     instagrambuddys.com
520.     instagrambundle.com
521.     instagrambusinessmanager.com
522.     instagrambuzz.net
523.     instagramcaption.website
524.     instagramcash.club
525.     instagramcbdgummies.com
526.     instagramcdn.com
527.     instagramcekilisuygulamasi.com
528.     instagramcelebrities.com
529.     instagramcelebrity.com
530.     instagramcenter.online
531.     instagramchick.com
532.     instagramchris.com
533.     instagramclone.net
534.     instagramcloser.com
535.     instagramcom-bonus.net
536.     instagramcommunity.com
537.     instagramcontact.online
538.     instagramcookbook.com
539.     instagramcopyright.online
540.     instagramcopyright.site
541.     instagramcopyright.website
542.     instagramcopyrightappeal.com
543.     instagramcopyrightcenter.website
544.     instagramcopyrightfeedback.com
545.     instagramcopyrightinfringement.com
546.     instagramcopyrights.icu
547.     instagramcopyrightsupport.site
548.     instagramcreatorscamp.com
549.     instagramdeck.com
550.     instagramdmblast.com
551.     instagramdominator.com
552.     instagramdown.net
553.     instagramdownloader.website
554.     instagramdownloadvideo.com
555.     instagramemail.com
556.     instagramemailscraper.com
557.     instagramentor.com
558.     instagrameo.com
559.     instagramers.pro

560.     instagramfamousbook.com
561.     instagramfaqs.com
562.     instagramfeedback.center
563.     instagramfeedbackcenter.com
564.     instagramfollow.xyz
565.     instagramfollowers.party
566.     instagramfollowersadder.com
567.     instagramfollowersfree.net
568.     instagramfollowershackonline.top
569.     instagramfollowerz.xyz
570.     instagramfonts.website
571.     instagramforpc.org
572.     instagramforsex.club
573.     instagramfotodownload.com
574.     instagramfreefllowers.best
575.     instagramfreefollowers.xyz
576.     instagramgain.xyz
577.     instagramgear.com
578.     instagramgifts.com
579.     instagramgiris.website
580.     instagramgladiators.com
581.     instagramglobal.support
582.     instagramglobalcenter.com
583.     instagramglobalsupport.com
584.     instagramglobalsupport.info
585.     instagramglobalsupport.net
586.     instagramglobalsupport.site
587.     instagramgrowthpro.com
588.     instagramhack.club
589.     instagramhashtags.com
590.     instagramhelp.live
591.     instagramhelpcenter.club
592.     instagramhelpcentre.club
593.     instagramhelpservices.com
594.     instagramhelpverify.com
595.     instagramhiddensecrets.com
596.     instagramification.com
597.     instagramignite.com
598.     instagramigtv.org
599.     instagramik.host
600.     instagramindonesia.fun
601.     instagraminfluencer.club
602.     instagraminfluencersummit.com

| | |
|---|---|
| 603. | instagraminnercircle.com |
| 604. | instagramisreallife.com |
| 605. | instagramkit.com |
| 606. | instagramkurdu.com |
| 607. | instagramlead.com |
| 608. | instagramlist.com |
| 609. | instagramlogin.online |
| 610. | instagramlogin.org |
| 611. | instagramlogin.site |
| 612. | instagramlucrativo.com |
| 613. | instagrammablehotels.com |
| 614. | instagrammarketingonline.com |
| 615. | instagrammarketingsecrets.club |
| 616. | instagrammingperfect.com |
| 617. | instagrammms.com |
| 618. | instagrammodels.net |
| 619. | instagrammultifeeder.com |
| 620. | instagramnamechecker.com |
| 621. | instagramnitro.com |
| 622. | instagramnycs.club |
| 623. | instagramopulent.com |
| 624. | instagramparapc.info |
| 625. | instagramperfect.com |
| 626. | instagrampickup.com |
| 627. | instagrampostfinder.com |
| 628. | instagramprivateprofileviewer.com |
| 629. | instagramprofileviewer.com |
| 630. | instagrampromo.com |
| 631. | instagrampromotions.com |
| 632. | instagrampt.site |
| 633. | instagrampubgtournament.website |
| 634. | instagramqq.com |
| 635. | instagramqq.net |
| 636. | instagramrehabilitation.com |
| 637. | instagramrevolutionsystem.com |
| 638. | instagrams.org |
| 639. | instagramsalesacademy.com |
| 640. | instagramsavy.com |
| 641. | instagramsender.com |
| 642. | instagramsender.site |
| 643. | instagramshaderoom.xyz |
| 644. | instagramshiddensecrets.com |
| 645. | instagramshoping.xyz |

646.     instagramshoutout.com
647.     instagramspy.info
648.     instagramstopmodel.com
649.     instagramstories.org
650.     instagramstories.pro
651.     instagramstoryviewer.net
652.     instagramsuccesssummit.com
653.     instagramsupport.live
654.     instagramsupport.org
655.     instagramsupport.site
656.     instagramsupport.website
657.     instagramsupportcenter.info
658.     instagramsupportservice.site
659.     instagramsupremacy.com
660.     instagramtakipci.info
661.     instagramtechk.com
662.     instagramthailand.com
663.     instagramtiktokinfo.com
664.     instagramtop50.com
665.     instagramtrend.xyz
666.     instagramtube.com
667.     instagramty.com
668.     instagramuser.net
669.     instagramvdo.com
670.     instagramverificationmail.com
671.     instagramverify.services
672.     instagramvideoimagedownload.xyz
673.     instagramview.club
674.     instagramviewers.com
675.     instagramviral.com
676.     instagramwebs.com
677.     instagramwish.com
678.     instagramwishlist.com
679.     instagramyourevents.com
680.     instagrawm.com
681.     instagrom.org
682.     instainstagramlikes.com
683.     instantgrams.org
684.     instantinstagram.com
685.     instantinstagramfollowers.com
686.     instaqram.net
687.     instaqramsupportt.com
688.     instatogram.xyz

689.      instavgram.com
690.      instawgram.com
691.      insteegram.store
692.      instergram.net
693.      instfagram.com
694.      instgram-lk.xyz
695.      instgrm-group.club
696.      insthagram.com
697.      instigram.xyz
698.      instogram.club
699.      instogram.pro
700.      instogram.xyz
701.      instqagram.com
702.      instragram.app
703.      instragram.xyz
704.      instragramuser.xyz
705.      instwgram.com
706.      insxtagram.com
707.      invite-whatsapp.com
708.      ip-instagram.com
709.      ipokerfacebook.com
710.      iraninstagram.com
711.      isa0rtega-pr0filefaceb00k.club
712.      jacgfacebooktraining.club
713.      japaninstagramwalk.com
714.      jenniferinstagram.com
715.      jinstagram.com
716.      johnhebertinstagram.com
717.      joinwhatsappgroup.online
718.      kareemonfacebook.com
719.      killerinstagramads.com
720.      larutadelinstagram.com
721.      leinstagram.com
722.      lifetimeoninstagram.com
723.      likesinstagram.com
724.      listfbmarketplace.com
725.      lnsta-gram-me.com
726.      lnstagram-accounts.com
727.      lnstagram-confirm.help
728.      lnstagram-copyrightcenter.com
729.      lnstagram-email.com
730.      lnstagram-help.services
731.      lnstagram-mail.host

732. lnstagram-support-team.com
733. lnstagram-support.site
734. lnstagram-supportlive.com
735. lnstagram-verify.info
736. lnstagram.rest
737. lnstagram.tech
738. lnstagrambusinesshelp.com
739. lnstagramclient.com
740. lnstagramclientsupport.com
741. lnstagramcopyrights.online
742. lnstagramhelp-center.com
743. lnstagramhelp-service.com
744. lnstagramhelpsecurity.com
745. lnstagramn.com
746. lnstagrampartner-support.com
747. lnstagrampartnersbusiness.com
748. lnstagrams.site
749. lnstagramsecurityservice.com
750. lnstagramservice.host
751. lnstagramsupportlive.com
752. lnstagramsupports.online
753. lnstagramverifyaccountshelps.com
754. login-face-book-marketplace-item307167860269097.info
755. login-face-book-marketplace-item43242342.club
756. login-instagram.live
757. lombafotoinstagram.com
758. longislandinstagram.com
759. luxurytravelinstagram.com
760. m-facbook.com
761. m-faceebook.com
762. mail-instagram.space
763. mailx-lnstagram.com
764. matriceinstagram.com
765. mercadofacebok.website
766. minneapolisinstagram.com
767. miwhatsapp.com
768. mninstagram.com
769. my-instagram.net
770. myfacebookclients.com
771. myfacebookleads.com
772. myfbtracker.xyz
773. myinstagrammanager.com
774. myinstagramstats.com

775.    myreportsforinstagram.com
776.    mywhatsappassistant.com
777.    nextinstagramtechk.com
778.    noticiafaceboookapps.store
779.    notifications-for-instagram.com
780.    panelinstagram.com
781.    parainstagramers.com
782.    parkcityoninstagram.com
783.    partyinstagram.com
784.    petsofinstagram.com
785.    phanmemfacebook.info
786.    phanmeminstagram.com
787.    photoboothinstagram.com
788.    pinstagram.xyz
789.    pinstagramparty.com
790.    pinstagrams.com
791.    piratercompteinstagram.xyz
792.    policy-fb-review.com
793.    policy-fb.com
794.    policyfb-update.com
795.    policyfb.com
796.    printinstagramphotos.com
797.    profille-isabel0rtegafaceb00k.club
798.    puppiesofinstagram.com
799.    purchaseinstagramfollowers.com
800.    purchaseinstagramsfollowers.com
801.    rafelmayolinstagram.com
802.    realhousecatsofinstagram.com
803.    realinstagramhack.com
804.    reportsparainstagram.com
805.    review-fb-account.com
806.    reviewfb-policy.com
807.    saveinstagramvideo.com
808.    scheduleinstagrampostsfree.com
809.    secured-lnstagram.com
810.    securedlogin-lnstagram.com
811.    security-instagram.email
812.    securityfacebool.xyz
813.    seeprivateinstagram.online
814.    sexinstagram.app
815.    sexwhatsapp.app
816.    sexwhatsapp.club
817.    sexwhatsapp.dating

818.    sexy-instagram.com
819.    sexywhatsapp.adult
820.    sexywhatsapp.app
821.    sexywhatsapp.club
822.    sexywhatsapp.online
823.    sexywhatsapp.porn
824.    sexywhatsapp.services
825.    sexywhatsapp.sex
826.    sexywhatsapp.webcam
827.    sg-facebook.com
828.    share-instagram.com
829.    shopinstagram.app
830.    shopinstagram.com
831.    sinstagram.app
832.    skinstagramer.com
833.    smart-whatsapp.com
834.    socialviewforinstagram.com
835.    soportewhatsapp.com
836.    spywhatsapp.online
837.    stalkerforinstagram.com
838.    stalkersforinstagram.com
839.    statusforwhatsapp.website
840.    statuswhatsapp.website
841.    support-whatsappverificatie.online
842.    supporto-instagram.info
843.    tehfaceb00k.com
844.    thaifacebook.com
845.    thebusinessofinstagram.com
846.    thefacebookadsagency.com
847.    theinstagrambundle.com
848.    thewhatsappgroup.xyz
849.    tninstagram.com
850.    ukinstagramgirls.online
851.    uninstagrammable.com
852.    urbaninstagram.com
853.    urdu-whatsapp-status.com
854.    usmfacebook.com
855.    uzfacebook.com
856.    verification-instagram.com
857.    verified-lnstagram.com
858.    video-face-b00k.xyz
859.    videosfacbookvi20k.site
860.    viewinstagramprofile.com

861.    viewprivateinstagram.com
862.    vzlom-akkaunta-instagram.icu
863.    vzlom-feicebook.icu
864.    vzlom-instagram.icu
865.    wastedinstagram.com
866.    web-whatsapp-mx.com
867.    weblogin-instagram.com
868.    webwhatsapp.net
869.    whaatsapp.club
870.    whaatsapp0xb.club
871.    whatapp.services
872.    whats-app.chat
873.    whats-app.site
874.    whats-app.xyz
875.    whatsapp-allyssachan.com
876.    whatsapp-apk.net
877.    whatsapp-ar.com
878.    whatsapp-chat.me
879.    whatsapp-friend.com
880.    whatsapp-grouplinks.com
881.    whatsapp-gruppen.xyz
882.    whatsapp-hookups.online
883.    whatsapp-monitor.me
884.    whatsapp-profile-status.website
885.    whatsapp-security.mobi
886.    whatsapp-sexting.xyz
887.    whatsapp-sohbet.club
888.    whatsapp-sohbet.xyz
889.    whatsapp-status-pro.online
890.    whatsapp-status-videos-download.best
891.    whatsapp-statusdownload.com
892.    whatsapp-updates.pro
893.    whatsapp.health
894.    whatsapp2u.live
895.    whatsapp4hookups.online
896.    whatsappanyone.com
897.    whatsapparanegocios.com
898.    whatsappassistant.com
899.    whatsappbeta.website
900.    whatsappcalss.site
901.    whatsappchangecolor.online
902.    whatsappchatlink.xyz
903.    whatsappcnd.xyz

904.    whatsappcustomers.com
905.    whatsappdansohbet.info
906.    whatsappdansohbet.site
907.    whatsappdansohbet.xyz
908.    whatsappdeliver.com
909.    whatsappdownload.club
910.    whatsappdownload.site
911.    whatsappdp.club
912.    whatsappfor.business
913.    whatsappforweb.online
914.    whatsappfuck.fun
915.    whatsappgb.download
916.    whatsappgifts.club
917.    whatsappgirlsnumber.online
918.    whatsappgiving.com
919.    whatsappgroup.net
920.    whatsappgroup.org
921.    whatsappgrouplink.fun
922.    whatsappgrouplinks.live
923.    whatsappgroupname.com
924.    whatsappgroups.co
925.    whatsappgroups.website
926.    whatsappgroupslink.website
927.    whatsapphealth.com
928.    whatsapphostel.com
929.    whatsapplatest.website
930.    whatsapplike.net
931.    whatsapplike.org
932.    whatsapplikes.net
933.    whatsapplikes.org
934.    whatsapplink.club
935.    whatsapploging.xyz
936.    whatsappmarketing.net
937.    whatsappmarketing.pro
938.    whatsappme.info
939.    whatsappme.site
940.    whatsappmods.mobi
941.    whatsappnow.me
942.    whatsappnumbersza.com
943.    whatsapponline.bid
944.    whatsappp.net
945.    whatsappp.website
946.    whatsapppak.tech

| | |
|---|---|
| 947. | whatsapppartner.com |
| 948. | whatsappphotos.website |
| 949. | whatsappplus.plus |
| 950. | whatsapprail.com |
| 951. | whatsappsender.net |
| 952. | whatsappsenderplace.online |
| 953. | whatsappsex.club |
| 954. | whatsappsniffer.org |
| 955. | whatsappsocialgrant.com |
| 956. | whatsappspy.club |
| 957. | whatsappstatus.blog |
| 958. | whatsappstatus.mobi |
| 959. | whatsappstatus33.net |
| 960. | whatsappstatusdownload.net |
| 961. | whatsappstatusdownloadvideo.com |
| 962. | whatsappstatusshop.com |
| 963. | whatsappstatusvideo.website |
| 964. | whatsappstatusvideo.xyz |
| 965. | whatsappstatusx.com |
| 966. | whatsapptodo.com |
| 967. | whatsapptoto.com |
| 968. | whatsapptrading.com |
| 969. | whatsapptricks.club |
| 970. | whatsappupdate.xyz |
| 971. | whatsappverification.com |
| 972. | whatsappview.pro |
| 973. | whatsappweb.club |
| 974. | whatsappx.group |
| 975. | whatsapweb.site |
| 976. | whatsdog-whatsapp.com |
| 977. | whatsmobileapp.com |
| 978. | whatspp.net |
| 979. | whatssap.co |
| 980. | whatssapp.website |
| 981. | whattsapp.live |
| 982. | whattsapp.net |
| 983. | whatx.app |
| 984. | whatzapphacks.xyz |
| 985. | whoblockedmeoninstagram.com |
| 986. | whtsapp.net |
| 987. | writersofinstagram.com |
| 988. | wwwwhatsapp.net |
| 989. | xn--facebok-dati-shb.com |

990.     xn--faceboo-jhb.net
991.     xn--fcebok-3ta1m.com
992.     xn--fcebok-pta1m.com
993.     xn--fcebook-dati-y9a.com
994.     xn--nstaram-yya574a.com
995.     xprofileforinstagram.com
996.     xxxinstagram.com