**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>                    Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**NOTICE OF FILING OF SUPPLEMENTAL REGISTRAR'S CERTIFICATE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Namecheap, Inc. ("Namecheap") hereby files the attached Supplemental Registrar's Certificate pursuant to the Court's Order of July 8, 2021.

The July 8 Order stated that "Plaintiffs may provide Namecheap with a list of the domain names at issue, along with an attestation that no other domain names are subject to the dispute," and Namecheap shall file a corrected Registrar's Certificate within 10 days of receipt of such list. Doc. 109 at 9. On August 27, 2021, Plaintiffs provided a list of 996 domain names, and Namecheap filed the corrected Registrar's Certificate. Doc. 133.

In a letter dated September 14, 2021, Plaintiffs provided Namecheap with a list of 245 additional domain names that they identified as being subject to the dispute. However, as with their previous August 27 list, Plaintiffs did not provide the Court-requested attestation that no other domain names are subject to the dispute. *See* Doc. 133 at 2. In addition, most of the domain names on the September 14 list are not registered with Namecheap. Many of them do not currently exist (meaning that the domains are presently available for anyone, including Plaintiffs, to register). Some are registered with other domain registrars, including Facebook's own registrar, RegistrarSEC, LLC.

More importantly, however, none of the domain names on the September 14 list are new domains that were previously unknown to Plaintiffs. Plaintiffs had contacted Namecheap about many of these domains months ago in their reveal request letters, and Namecheap had previously locked and lodged many of them with the Court in its first Registrar's Certificates filed in this case on January 15, 2021 and February 22, 2021. *See* Docs. 71 & 81. **But after Namecheap locked and lodged them with the Court, Plaintiffs represented to the Court that those domains were not at issue in the case**. *See* Pl.'s Mot. to Enforce Lodging of Registrar's Certificates (Doc. 88) at 2:7-9. In their letter dated August 27, Plaintiffs requested Namecheap to *remove* any locks placed on those domain names, to file a corrected Registrar's Certificate removing them from the Court's control, and to advise the World Intellectual Property Organization (WIPO) that

they are *not* the subject of any court proceedings. Now, just a few weeks later, Plaintiffs have reversed their position and seek to add those those very same domain names back into the case.

It is improper for Plaintiffs to make their claims in this cybersquatting case into a moving target. The MIDP Order that governs this case requires that new information be disclosed no later than 30 days after it is discovered or revealed to a party. Doc. 7 at ¶ 8. Plaintiffs have known of the existence of these 245 domain names for far more than 30 days, but improperly waited until September 14 to inform Defendants that they are at issue in the case. Defendants are addressing this issue with Plaintiffs, but if the parties cannot reach a resolution Defendants will seek Court intervention.

Notwithstanding the above issues, however, and out of an abundance of caution, Namecheap is filing this supplemental Registrar's Certificate within 10 days of receipt of Plaintiffs' September 14 list, in compliance with the Court's July 8 Order.

DATED:  September 21, 2021        **ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
      Eugene Rome
      Sridavi Ganesan
      Brianna Dahlberg

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

|   |   |
|---|---|
| 1 | **ROME & ASSOCIATES, A.P.C.** |
|   | Eugene Rome (admitted pro hac vice) |
| 2 | Sridavi Ganesan (admitted pro hac vice) |
|   | Brianna Dahlberg (admitted pro hac vice) |
| 3 | 2029 Century Park East, Suite 450 |
|   | Los Angeles, CA  90067 |
| 4 | Telephone:    310-282-0690 |
|   | Facsimile:     310-282-0691 |
| 5 | erome@romeandassociates.com |
|   | sganesan@romeandassociates.com |
| 6 | bdahlberg@romeandassociates.com |

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:     310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation, | CASE NO. 2:20-cv-00470-GMS |
| Plaintiffs, | **SUPPLEMENTAL REGISTRAR'S CERTIFICATE** |
| v. | |
| Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation, | |
| Defendants. | |

I, Hillan Klein, hereby declare:

1. I am the Chief Operating Officer of Namecheap, Inc. ("Namecheap") and make this declaration on its behalf. I have personal knowledge of the facts stated herein and would testify to such facts if so called to testify.

2. In a letter dated September 14, 2021, counsel for Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp Inc. (collectively, "Plaintiffs") provided the list of domain names in Attachment A.

3. Many of the domain names in Attachment A do not exist. Some are registered with domain name registrars other than Namecheap. However, for some of the domain names listed in Attachment A, Namecheap is the registrar (the "Namecheap Domain Names").

4. All Namecheap Domain Names in Attachment A have been placed on registrar lock, thus preventing them from being transferred, modified, or otherwise managed or manipulated. All other domains identified in Exhibit A are outside Namecheap's control, and therefore Namecheap has not placed a registrar's lock on them.

5. Namecheap will not modify the Namecheap Domain Names' status unless and until instructed to do so by Order of the Court in the instant case.

6. Therefore, the Namecheap Domain Names should be construed to be under the dominion and control of the Court until such time as Namecheap receives further instruction with regard to the Namecheap Domain Names.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 20, 2021

By: /s/ Hillan Klein
Hillan Klein

---

1
**SUPPLEMENTAL REGISTRAR'S CERTIFICATE**