# Exhibit A

1.  fbapp.xyz
2.  verificationfbknew.com
3.  verifiedbyfbk.com
4.  fb-verify-securiry.com
5.  facebo0k-seccuurity-dept.com
6.  faccbook.vip
7.  facebo0k-dept-seccurity.com
8.  fouadwhatsapp.net
9.  instagran.name
10. instagramlogin.biz
11. faceboook.vip
12. faceebook.live
13. silverfacebooker.com
14. facebo0k.site
15. fcebook.org
16. fscebook.net
17. focebook.co
18. facebouk.xyz
19. facebok.club
20. hackearunfacebook.com
21. facebooksmallbusiness.com
22. arizonafacebookmarketing.com
23. 2face2book.com
24. faceboookmail.com
25. facebook-ellas.com
26. facebock.website
27. facebookparejas.com
28. face-book.xyz
29. faceb0ok.net
30. facrbook.org
31. faecbook.online
32. faecbook.xyz
33. fasebook.org
34. fazebook.net
35. faacebook.org
36. face6ookweb.com
37. fecbooks.com
38. ads-faceobook.com
39. faecbookon.com
40. facebiock.com
41. ingresos-facebok-pe.xyz
42. facebok-market-place-id44photobc884811246866-item.com
43. faaecbook.com

44. faceeboook.xyz
45. ifacabook.xyz
46. facebok-property.xyz
47. oldfaceook.xyz
48. faceboksecurity.com
49. facebok.asia
50. faceeebook.xyz
51. f4acebook.com
52. faceeboolk.com
53. fasebooksex.space
54. faceb00k01.com
55. appealing-facebok101.xyz
56. appealing-facebok102.xyz
57. appealing-facebok104.xyz
58. appealing-facebok105.xyz
59. appealing-facebok106.xyz
60. appealing-facebok107.xyz
61. appealing-facebok108.xyz
62. appealing-facebok110.xyz
63. appealing-facebok111.xyz
64. appealing-facebok112.xyz
65. appealing-facebok113.xyz
66. appealing-facebok114.xyz
67. appealing-facebok115.xyz
68. appealing-facebok116.xyz
69. appealing-facebok117.xyz
70. appealing-facebok118.xyz
71. appealing-facebok119.xyz
72. appealing-facebok120.xyz
73. appealing-facebok121.xyz
74. awesome-properties-by-facebok.club
75. facebok-appealing300.xyz
76. facebok-markettsplacesale.com
77. fiacebook.net
78. facebok-marketplacesale.com
79. facebok-marketsplacesalee.com
80. fecabook.online
81. facebok-marketsplacesalle.com
82. facebokglobalpromo.com
83. faceboook.baby
84. faceboooksecuritycheck.com
85. facbook-community-moderator-page.com
86. faecbook-profile.com

87.   fcebook-login.online
88.   facebokemail.email
89.   facebokemail.store
90.   faccebookdate.xyz
91.   verifyfbaccount.com
92.   faccebookdatings.xyz
93.   faccebookhookups.xyz
94.   faceboookappel.live
95.   faecbook.click
96.   faccebook4fun.xyz
97.   faceebook4meet.xyz
98.   faaccebookhookups.xyz
99.   faacebookhookups.xyz
100.  faccebook365.xyz
101.  faccebook4meet.xyz
102.  faccebookchat.xyz
103.  faccebookdate365.xyz
104.  faccebookhookups247.xyz
105.  faccebookmeet.xyz
106.  face-bookclaim.com
107.  ffaccebook.xyz
108.  faccebookxx.xyz
109.  facebo0k-et-tr.com
110.  xchatfaacebook.xyz
111.  faceboknow.com
112.  faccebookhhookups.xyz
113.  faccebookhookupss.xyz
114.  csf-f4cebook.com
115.  faccebookk4hookup.xyz
116.  facebok4hookup.xyz
117.  faccebookhookup.xyz
118.  faceb4hookup.xyz
119.  faccebook4meett.xyz
120.  faceebook4dating.xyz
121.  faceebook4hookup.xyz
122.  faccebookmeetup.xyz
123.  videochatonfaccebook.xyz
124.  faccebookmeets.xyz
125.  clickfacebok.com
126.  face-book-spy.com
127.  insttagram.com
128.  inztagram.com
129.  instagfram.com

130.   instagramfollowersgenerator.club
131.   1nstagram.xyz
132.   brandoninstagram.com
133.   cdninstagram.stream
134.   cdninstagram.win
135.   free-instagram-follower.com
136.   getinstagramfollowers.club
137.   graph-instagram.com
138.   help-form-lnstagram.com
139.   igstagram.com
140.   insfagram.com
141.   insgagram.com
142.   insgtagram.com
143.   insta-gram.site
144.   instagragift.xyz
145.   instagramconcert.stream
146.   instagramfollowers.website
147.   instagramgig.stream
148.   instagramlive.stream
149.   instagrammusic.stream
150.   instagramorganico.com
151.   instagramtricks.club
152.   instagran.net
153.   instagriam.xyz
154.   instagrsm.xyz
155.   instagvram.com
156.   instahgram.com
157.   instantinstagramlikes.com
158.   instargram.net
159.   instaygram.com
160.   instiagram.com
161.   instogram.report
162.   instogram.website
163.   instqgram.com
164.   insytagram.com
165.   liveinstagram.stream
166.   lnstagram-security.email
167.   lnstagram-security.live
168.   lnstagram-verify.net
169.   lnstagram.gift
170.   lnstagram.xyz
171.   lnstagramcheapjordans.com
172.   lnstagramcheapkicks.com

173. lnstagramcopyrlght.com
174. lnstagramhelpofcenter.com
175. mobile-lnstagram.com
176. photoinstgrm.com
177. pinstagram.com
178. security-instagram.com
179. tuftandneedleinstagram.com
180. acc-fac3book.info
181. accountfbmaintenance.com
182. confirm-accountfb.com
183. confirmaccountfb.com
184. faceabook.club
185. faceb0ok.me
186. fb-secure.icu
187. fb-sex-group.com
188. fb-shop-marketplace.com
189. fb-store-marketplace.com
190. fb-video-xxx.club
191. fb-videos-app.xyz
192. fbpagesmanager.com
193. fbpagesmedia.com
194. fbsecurelogin.com
195. inst-agram.com
196. instagr-m.com
197. lnst-agram.com
198. mtr-facebo0k.com
199. policy-activityfb.com
200. policy-fbupdate.com
201. policyupdatefb.org
202. profille-fb-account.com
203. whaatsapp0xa.club
204. whatappweb.live
205. whatasapp.live
206. whatsupnow.xyz
207. whatsupp.link
208. bestwhatsappgroups.com
209. bestwhatsappimages.com
210. botsforwhatsapp.com
211. chatbotsforwhatsapp.com
212. comespiarewhatsapp.com
213. freewhatsappstatus.com
214. gbwhatsapp.cam
215. gpwhatsapp.com

216. happy-valentines-day-whatsapp-wishes.com
217. librowhatsapp.com
218. prowhatsapps.com
219. purewhatsapp.com
220. saharawhatsapp.com
221. sendwhatsappmessage.com
222. sexywhatsapp.cam
223. stickerforwhatsapp.com
224. whatsapp-bot.com
225. whatsapp-free-wifi.com
226. whatsapp-group-links.com
227. whatsappautolikes.com
228. whatsappautomaticlikes.com
229. whatsappbuch.com
230. whatsappbulk.com
231. whatsappbulker.com
232. whatsappbutler.com
233. whatsappmedia.com
234. whatsappmessage.com
235. whatsappnn.com
236. whatsappnotification.com
237. whatsappr.com
238. whatsappreminder.com
239. yowhatsappapk.net
240. fbprvt-mssg.club
241. fbverifypage.xyz
242. instaggram.xyz
243. confirmfb-account.com
244. confirm-fbaccount.com
245. fscebook.club