David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc.; and Whoisguard, Inc., <br><br> Defendants. | Case No. CV-20-00470-PHX-GMS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |
| Whoisguard, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Facebook, Inc., <br><br> Counterclaim Defendant. | |

Plaintiffs Facebook, Inc., Instagram, LLC and WhatsApp Inc., served the following discovery on Defendants via email on September 27, 2021:

Facebook, Inc.'s Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

Instagram, LLC's Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

WhatsApp Inc.'s Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Interrogatories.

Facebook, Inc.'s Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production of Documents and Things.

Instagram, LLC's Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production of Documents and Things.

WhatsApp Inc.'s Supplemental Objections and Responses to Whoisguard, Inc.'s First Set of Requests for Production of Documents and Things.

DATED: September 30, 2021

SNELL & WILMER L.L.P.

By: */s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp Inc.