1 David G. Barker (#024657)
dbarker@swlaw.com
2 Jacob C. Jones (#029971)
jcjones@swlaw.com
3 SNELL & WILMER L.L.P.
One Arizona Center
4 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
5 Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., <br><br>  Plaintiffs, <br><br>  v. <br><br> Namecheap, Inc.; and Whoisguard, Inc., <br><br>  Defendants. | Case No. CV-20-00470-PHX-GMS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |
| Whoisguard, Inc., <br><br>  Counterclaimant, <br><br>  v. <br><br> Facebook, Inc., <br><br>  Counterclaim Defendant. | |

Plaintiffs Facebook, Inc., Instagram, LLC and WhatsApp, LLC give notice that they served the following discovery on Defendants via email and electronic file transfer:

- October 1, 2021: Plaintiffs' First Set of Requests for Production to Namecheap, Inc.
- September 22, 2021 and October 4, 2021: Plaintiffs' third and fourth document productions, which contain responsive MIDP ESI in connection with Defendants' counterclaim.

DATED: October 7, 2021

SNELL & WILMER L.L.P.

By: /s/ David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp, LLC