**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com
Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation,<br><br>Defendants.<br><br>And related Counterclaims. | No. 2:20 cv 00470 PHX GMS<br><br>**NOTICE OF SERVICE OF SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |

Defendants and Counterclaimants Namecheap Inc. and WhoisGuard Inc. served the following discovery on Plaintiff and Counterclaim Defendant Facebook, Inc. and Plaintiffs Instagram LLC and WhatsApp Inc. via email on October 11, 2021:

- Namecheap's First Supplemental MIDP Responses
- WhoisGuard's Second Supplemental MIDP Responses

DATED this 11th day of October, 2021.

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**
Ray K. Harris
Mario C. Vasta

Attorneys for Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc.