# Exhibit 1
# Lodged Separately Proposed Under Seal