# Exhibit 2
## Lodged Separately
## Proposed Under Seal