# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc., et al., <br><br> Defendants. <br> AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY DE-DESIGNATE SERVICE AGREEMENT BETWEEN DEFENDANTS** |

The Court has considered Plaintiffs' Motion to Partially De-Designate Service Agreement Between Defendants, and Defendants' response. Good cause appearing:

IT IS ORDERED GRANTING Plaintiffs' Motion.

IT IS FURTHER ORDERED that Defendants' Agreement shall be de-designated in accordance with Plaintiffs' proposal reflected in Exhibit 1 to Plaintiffs' Motion. Within seven days of this Order, Defendants shall serve on Plaintiffs a re-designated version of the Agreement in compliance with this Order.