SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc.,<br><br>    Plaintiffs,<br><br>v.<br><br>Namecheap, Inc.; and Whoisguard, Inc.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-20-00470-PHX-GMS<br><br>**NOTICE OF LODGING UNDER SEAL UNDER LRCIV 5.6(d) AND THE COURT'S ORDER (ECF NO. 39)** |

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp LLC submit this notice of lodging under LRCiv 5.6(d) and the Court's Order (ECF No. 139), regarding the following documents containing information designated by Defendants Namecheap, Inc. and Whoisguard Inc. under the Protective Order in this case:

- Plaintiffs' Motion to Partially De-designate Service Agreement Between Defendants;
- Exhibit 1 to that Motion, comprising Plaintiffs' marked-up version of a Service Agreement wherein Plaintiffs highlighted their proposed "Highlight Confidential, Attorneys' Eyes Only" ("AEO") designations; and
- Exhibit 2 to that Motion, comprising Defendants' marked-up version of the same Service Agreement showing Defendants' proposed AEO designations.

On October 8, 2021, the Court ordered that, in connection with a motion contesting Defendants' designation as AEO a Service Agreements between them, "Plaintiffs may lodge the contested document as an attachment to the motion under seal so that the Court may have reference to it." ECF No. 139. The Court further provided that "[t]o the extent that any party in its Motion, Response or Reply, must specifically address material that has been designated as AEO, they may publicly file a redacted version of that paper, and may <u>then lodge an unredacted version of the motion or paper, and request that the Court allow the unredacted filing to be lodged under seal</u>." *Id*. (emphasis added).

Per LRCiv 5.6(d), Plaintiffs summarize the parties' positions: Defendants maintain these documents contain protectable AEO information that should be filed under seal. Plaintiffs do not agree but will not oppose a motion to seal these documents for the purposes of the Court adjudicating Plaintiffs' motion in connection with these documents being lodged. As set forth in Plaintiffs' separately filed motion, Plaintiffs contest Defendants' AEO designation of this information.

Per LRCiv 5.6(d), Plaintiffs certify that Plaintiffs conferred in good faith with Defendants and did not reach a stipulation about whether these documents qualify for the

applicable sealing standard.

DATED: October 15, 2021

SNELL & WILMER L.L.P.

By: */s/ Jacob C. Jones*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and WhatsApp LLC