**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**DECLARATION OF HILLAN KLEIN IN SUPPORT OF "ATTORNEYS' EYES ONLY" DESIGNATION FOR WHOISGUARD SERVICE AGREEMENT** |

I, Hillan Klein, hereby declare:

1. I am the Chief Operating Officer of Namecheap, Inc. ("Namecheap"), Defendant and Counterclaimant in the above-captioned action. I have personal knowledge of the facts stated herein, or information and belief where so stated, and would testify to such facts if called to testify. I make this declaration in support of Namecheap's "Attorneys Eyes Only" designation for the Service Agreement between it and WhoisGuard, Inc. (the "WhoisGuard Service Agreement").

2. As Chief Operating Officer of Namecheap, I report to Namecheap's chief executive officer (CEO) and am responsible for overseeing all operational functions of Namecheap. This includes oversight of our Legal, Finance, Compliance, Talent (HR), Customer Support, and General Operations. I have served in this role since 2013.

3. Namecheap is one of the world's largest Internet domain name registrars with more than 14 million domain names currently under management. In addition to the registration of domain names, Namecheap also offers web hosting, website building tools, email services, cloud storage, Secure Socket Layer (SSL) certificates, and other related Internet services.

4. The domain name services market is a highly competitive one, and many of Namecheap's competitors offer similar services to those offered by Namecheap. In particular, every major domain registrar offers domain privacy or proxy services to prevent customer information from being disclosed in public WHOIS records, similar to the service offered by WhoisGuard.

5. The terms of the Namecheap's contracts with its vendors and business partners, including WhoisGuard, are highly confidential. With respect to the WhoisGuard Service Agreement at issue here, only Namecheap's most senior officers are aware of its terms. Namecheap does not share its vendor agreements with anyone outside of Namecheap.

6. If the terms of the WhoisGuard Service Agreement or Namecheap's other vendor agreements were shared with its competitors, it would significantly harm

**DECLARATION OF HILLAN KLEIN IN SUPPORT OF AEO DESIGNATION**

Namecheap's competitive position. Namecheap has spent substantial amounts of time and money cultivating its relationships with its vendors and determining the corresponding terms of dealing. If the terms of Namecheap's confidential vendor agreements were shared with competitors, the competitors could potentially use the terms to gain an unfair advantage over Namecheap, to Namecheap's detriment.

7. Based on public information available at registrarsec.com, I understand that Facebook, Inc. currently has two wholly-owned subsidiaries, RegistrarSEC, LLC and RegistrarSafe, LLC, that are ICANN-accredited domain name registrars.

8. On October 26, 2020, the domain industry news blog Domain Incite published a post entitled, "Facebook to enter the retail registrar business?" available at http://domainincite.com/26002-facebook-to-enter-the-retail-registrar-business. A print out of this post is attached as **Exhibit A** hereto.

9. Of the five "Big Tech" companies, Amazon, Google, and Microsoft presently offer domain name registration services to customers, either directly (*e.g.*, Google Domains) or through partnerships with registrars. Once Facebook launches its announced hosting services, it is plausible that it will also offer domain name registration services. Based upon my industry knowledge and experience, companies that offer web hosting services typically also offer domain name registration services, and vice versa.

10. Accordingly, disclosure of the terms of the WhoisGuard Service Agreement to Facebook's non-legal employees who are not involved in this litigation would create a substantial risk of serious competitive harm to Namecheap.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 19, 2021

By: /s/ Hillan Klein
Hillan Klein

2
**DECLARATION OF HILLAN KLEIN IN SUPPORT OF AEO DESIGNATION**