# Exhibit A



827K NAMES REDUCING IN PRICE — SEARCH THE LIST AT MMX.CO/THE-GREAT-RELEASE — THE GREAT RELEASE

**DI PRO**  **TLD HEALTH CHECK**  **ABOUT**  **ADVERTISE**

 RSS Feed

 Twitter Feed

Enter Search Query







**RECENT POSTS**

Nominet to purge £50 million from war chest for good causes as new chair outlines strategy

.club — the whole TLD just went down

Donuts' DropZone approved despite competition fears

I'm not kidding, ICANN is flirting with banning jokes

DotConnectAfrica slammed for two-faced strategy as it loses .africa appeal

PIR poaches new CTO from Verisign

Marby finds his pandemic pessimism

James Bond domains listed for sale by .bond registry

Afnic gets renewed for .fr

Tucows buys UNR's registry business as Schilling bows out

Neustar exec fingered in Trump's Russian "collusion" probe

Donuts' drop-catching service not anti-competitive, ICANN says

Almost no security researchers asking for

## Facebook to enter the retail registrar business?

Kevin Murphy, October 26, 2020, 13:18:33 (UTC), Domain Registrars

**Worryingly perhaps for the retail registrar market, Facebook has revealed it's due to launch a set of business web-hosting services.**

The company said in a blog post last week that it plans to reveal Facebook Hosting Services "over the coming months".

While very little is known about these services, Facebook appears to be interested in leveraging its popular WhatsApp messaging platform. The company blogged:

> Facebook Hosting Services – Businesses have varying technology needs and want choice in the companies they work with to host and manage customer communications, particularly with remote work increasing. Which is why over the coming months, we plan to expand our partnerships with business solution providers we've worked with over the last two years. We will also provide a new option for businesses to manage their WhatsApp messages via hosting services that Facebook plans to offer. Providing this option will make it easier for small and medium size businesses to get started, sell products, keep their inventory up to date, and quickly respond to messages they receive – wherever their employees are.

There's no mention of domains there, but domains almost always go hand in hand with hosting.

The fact that a company with Facebook's reach is venturing into hosting will surely worry registrars that already make a huge chunk of their revenue from such services.

Facebook URLs are already considered a valid alternative to domain names for many small and micro-businesses, so there's a question mark next to Facebook's intention with regards domains.

Facebook already owns at least two ICANN-accredited registrars, RegistrarSEC and RegistrarSafe, but they do not sell domains to third parties.

The two registrars are currently basically an insurance policy against Facebook's hugely valuable domains being suspended or transferred by third-party registrars in response to court orders.

RegistrarSEC appears to be the preferred registrar for Facebook's defensive domains. Its domains under management number has







**RECENT COMMENTS**

Whois records – Tucows

Price of Whois lookups could rise as ICANN delays reform work

Cloudflare goes all-in with at-cost domains

Hold on to your stats! ShortDot gets two gTLDs approved in China

CentralNic spends $6.5 million on traffic network

Nothing but losses ahead for MMX

Afilias appeals .web ruling, Verisign responds with "rigging" claims

ICANN won't vote on new gTLDs for another year

ICANN now has half a billion bucks in the bank after huge pandemic profits

Dead dot-brands top 100. Here's the list and breakdown

I had a stroke

Volkswagen drives IDN dot-brand off a cliff

CTO Conrad quits ICANN

France gets more domain takedown powers

MMX to return GoDaddy cash to investors

Could registrars get sued under new Texas abortion law?

DropCatch raises antitrust concerns about Donuts' Dropzone proposal

ICANN could get the ball rolling on next new gTLD round this weekend

Domain industry SHRINKS again… except of course it doesn't

Toilet-maker's dot-brand gets flushed

Latest geo-gTLD goes to sunrise

NameSilo says it's growing too fast to be acquired

Most registrars fail ICANN abuse audit

More privacy headaches? UK to withdraw from GDPR

Bizarre redactions in Pirate Bay founder's ICANN registrar ban

ICANN cuts the weekend from next public meeting

DotKids signs very weird new gTLD contract

Dropping domains might get more expensive at Donuts

.sucks registry probably "connected" to mass cybersquatter, panel rules

As Kabul falls, Whois could present a danger to ordinary Afghans

Second-level .au names coming next March with tight deadline

been growing by hundreds per month for the last few years. It has over 8,500 names currently.

RegistrarSafe is the sponsoring registrar for about 175 of Facebook's key domains, such as facebook.com and instagram.com.

Facebook's UDRP wins seem to usually wind up at law firm Hogan Lovells' registrar.

---

Related posts (automatically generated):

**Facebook bought a registrar**

**Facebook, under Chinese court threat, transfers Instagram.com to its new registrar**

**Registrar threatened over "stolen" Facebook domain**

---

Tweet

Like    Share    6 people like this. Be the first of your friends.

Tagged: facebook, registrarsafe, registrarsec

**COMMENTS (1)**

**Cannabis Jobs**

October 26, 2020 at 2:21 pm

Hosting definitely means domain names. I'm sure just like Google, FB will have a large and successful registrar business.

Reply

**ADD YOUR COMMENT**

Name (required)

Mail (will not be published) (required)

Web site (optional)

Submit Comment

ICANN director picks for 2021 revealed

Over 2,000 attendees for ICANN 73?

.za back-end deal up for grabs

ICANN spills beans on Marby's million-dollar payday

ICANN 73 will be "virtual first"

Registrars to get more domain takedown powers

Irish domain sales closely track pandemic restrictions

MMX drops two registrars

"Crimes against humanity" claims against Afilias

Dead dot-brands #92 and #93

GoDaddy and MMX delay closure of $120 million gTLD deal

This company had every reason to want a dot-brand, but just killed it off

Olympics: Australia preemptively blocking Brisbane 2032 regs

GoDaddy rides another 21 gTLDs into its stable

CentralNic expects H1 revenue of $174 million

Domainers at risk as EnCirca takes over deadbeat registrar's customer base

Another new gTLD applicant lawyers up on ICANN

Big names shunned as Nominet names first registrar council members

As judge freezes assets, is this OnlineNic domain portfolio really worth $70,000?

Nominet names new chair, slashes exec pay, promises reforms and more boardroom exits

Facebook's war on privacy claims first registrar scalp

GoDaddy welcomes four porn TLDs

New gTLD buzz is back again as ICA hosts "second round" webinar

Nope, no Seattle meeting for ICANN

.org domains could come in seven new languages

.com and NameSilo fingered as "most-abused" after numbers rocket

MMX gets nod to sell 22 gTLDs to GoDaddy

ICANN to hold hybrid meeting in October (not that one)

Cambodia looking at new registry overseer

Panel hands .sucks squatter a WIN, but encourages

action against the registry

Three rivals challenge EURid for .eu contract

Amazon has started using hard-won .amazon

Will you use SSAD for Whois queries?

CentralNic gets into artificial intelligence

"Diversity" warning over ICANN Seattle

ICANN DOESN'T money-grub in new gTLD contract shocker

Pirate Bay founder among candidates for Nominet advisory council

XYZ scraps .tickets rules but won't lower the price

EURid scraps residency rules for three countries

Epik buys DNForum, explores member ownership options

Nominet throws money at member-chosen charities

ICANN backtracks on executive pay transparency

Brexit-hit domains can still be recovered

Net4 domains now parked after "fraud" ruling

Pride Month not transformative for .gay

Schwartz makes deal to sell ass.com for over $6 million

US Feds seize 33 Iranian news site domains

Domain firms plan "Trusted Notifier" takedown rules

Did Harry and Meghan squat the Queen? [clickbait]

There's really only one question about the return to face-to-face ICANN meetings

Registries unveil plan to tackle botnet abuse with mass takedowns

Next new gTLD round should be less English, says ICANN boss

Cade and Dammak win ICANN awards

In two weeks, Brits will lose their .eu domains forever

ICANN waves off EFF concerns about the Ethos-Donuts deal

ICANNers itching to get back to face-to-face shindigs

How awful would ICANN 72 have to be for you to stay at home?

More non-rules proposed for Whois privacy

Domain regs dip for second quarter in a row and it's all China's fault

ICANN 71 — now with added bearded men!

- .autos priced waaay below its XYZ rivals
- Barrett to replace Da Silva on ICANN board
- CentralNic trumpets organic growth as its registrars reverse shrinkage
- EURid sells 1,369 Cyrillic names in five years
- Afilias hints at more legal action over .web
- ShortDot plans domain blocking service for brands
- No more acquisitions for Nominet
- Afilias leftovers rebrand as Altanovo
- American Gen Z not interested in ICANN?
- Honey Salt stops responding to .sucks cybersquatting complaints
- .web ruling hands Afilias a chance, Verisign a problem, and ICANN its own ass on a plate
- Verisign hopeful after decision reached in .web gTLD case
- As .spa launches, former partner pisses in the champagne
- ICANN chair reins in new gTLD timeline hopes
- Sav.com buys FIFTY new registrars
- Disclosure: I sold Tucows shares
- ICANN to auction off first failed new gTLD
- "Origami pinwheel" wins logo contest as Newfold comes out
- Now celebrities and politicians can block their porn names
- Pheenix goes AWOL, gets canned
- Could .trust be the next big crypto TLD?
- .fr up for grabs again

© 2010-2019 TLD Research Ltd