1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

9

10

Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,

11

12

13

Plaintiffs,

14

v.

15

Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,

16

17

Defendants.

CASE NO. 2:20-cv-00470-GMS

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENT PURSUANT TO COURT'S ORDER (DOC. 139) AND LRCIV 5.6**

18
19
20
21
22
23
24
25
26
27
28

Before the Court is Defendants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard")'s request to file the unredacted version of their Response to Plaintiffs' Motion to Partially De-Designate Service Agreement Between Defendants under seal, pursuant to the Court's Order of October 8, 2021 (Doc. 139) and LRCiv. 5.6.

Having considered Defendants' request, the Court finds good cause to grant the request.

IT IS HEREBY ORDERED THAT Defendants may file the document under seal.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
G. Murray Snow
Chief United States District Judge