**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:  310-282-0690
Facsimile:   310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fclaw.com
mvasta@fclaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>Namecheap, Inc., a Delaware corporation; and WhoisGuard, Inc., a Republic of Panama corporation,<br><br>　　　　　　　Defendants.<br><br>And related Counterclaims. | CASE NO. 2:20-cv-00470-GMS<br><br>**NOTICE OF ERRATA REGARDING DOC. 145** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Namecheap, Inc. and WhoisGuard, Inc. (together, "Defendants") submit the following Errata regarding the public version of their Response to Plaintiffs' Motion to Partially De-Designate Service Agreement Between Defendants (Doc. 145) (the "Response").

Defendants filed the public version of the Response on Friday, October 22, 2021. However, the CM/ECF system shows an error message when attempting to display the document.

Accordingly, Defendants are refiling the public version of the Response as Exhibit A hereto. Both the public and under seal versions of the Response were served on Plaintiffs' counsel by email on October 22, 2021.

Dated: October 25, 2021        **ROME & ASSOCIATES, A.P.C.**

By: _____*/s/ Brianna Dahlberg*_____
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg
Attorneys for Defendants and
Counterclaimants Namecheap, Inc. and
WhoisGuard, Inc.