SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., | Case No. CV-20-00470-PHX-GMS |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING UNDER SEAL UNDER LRCIV 5.6(d) AND THE COURT'S ORDER (ECF NO. 139)** |
| v. | |
| Namecheap, Inc.; and Whoisguard, Inc., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

1    Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp LLC submit this notice

2   of lodging under LRCiv 5.6(d) and the Court's Order (ECF No. 139), regarding their

3   Reply in Support of Plaintiffs' Motion to Partially De-designate Service Agreement

4   Between Defendants because that document contains information designated by

5   Defendants Namecheap, Inc. and Whoisguard Inc. under the Protective Order in this case.

6    On October 8, 2021, the Court ordered that, in connection with a motion contesting

7   Defendants' designation as AEO a Service Agreements between them, "Plaintiffs may

8   lodge the contested document as an attachment to the motion under seal so that the Court

9   may have reference to it." ECF No. 139. The Court further provided that "[t]o the extent

10   that any party in its Motion, Response or Reply, must specifically address material that

11   has been designated as AEO, they may publicly file a redacted version of that paper, and

12   may <u>then lodge an unredacted version of the motion or paper, and request that the Court</u>

13   <u>allow the unredacted filing to be lodged under seal</u>." *Id*. (emphasis added).

14    Per LRCiv 5.6(d), Plaintiffs summarize the parties' positions: Defendants maintain

15   these documents contain protectable AEO information that should be filed under seal.

16   Plaintiffs do not agree but will not oppose a motion to seal these documents for the

17   purposes of the Court adjudicating Plaintiffs' motion in connection with these documents

18   being lodged. As set forth in Plaintiffs' separately filed motion and reply, Plaintiffs contest

19   Defendants' AEO designation of this information.

20    Per LRCiv 5.6(d), Plaintiffs certify that Plaintiffs conferred in good faith with

21   Defendants and did not reach a stipulation about whether these documents qualify for the

22   applicable sealing standard.

23

24   DATED: October 27, 2021                SNELL & WILMER L.L.P.

25
                                            By: */s/ Jacob C. Jones*
26                                          David G. Barker
                                            Jacob C. Jones
27                                          One Arizona Center
                                            400 E. Van Buren, Suite 1900
28

2

Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp LLC

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28