SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:    (602) 382-6000
Facsimile:    (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    (213) 430-3400
Facsimile:    (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc., | Case No. CV-20-00470-PHX-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF LODGING UNDER SEAL UNDER LRCIV 5.6(d) AND THE COURT'S ORDER (ECF NO. 139)** |
| Namecheap, Inc.; and Whoisguard, Inc., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

1  Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp LLC submit this notice

2  of lodging under LRCiv 5.6(d) and the Court's Order (ECF No. 139), regarding **the**

3  **Partially Redacted Version filed at ECF No. 149** of Plaintiffs' Reply in Support of

4  Plaintiffs' Motion to Partially De-designate Service Agreement Between Defendants,

5  because that document contains information designated by Defendants Namecheap, Inc.

6  and Whoisguard, Inc. under the Protective Order in this case. Specifically, ECF No. 149

7  was originally intended to be the public redacted version of the unredacted document

8  lodged proposed under seal at ECF No. 151, but ECF No. 149 inadvertently did not

9  contain redactions of all the information Defendants believe should be redacted. Upon so

10  learning, Plaintiffs immediately requested the Clerk to seal ECF No. 149, and ECF

11  No. 149 has been temporarily sealed pending a motion to seal. Plaintiffs now provide this

12  notice of lodging under LRCiv 5.6(d).

13  On October 8, 2021, the Court ordered that, in connection with a motion contesting

14  Defendants' designation as AEO a Service Agreements between them, "Plaintiffs may

15  lodge the contested document as an attachment to the motion under seal so that the Court

16  may have reference to it." ECF No. 139. The Court further provided that "[t]o the extent

17  that any party in its Motion, Response or Reply, must specifically address material that

18  has been designated as AEO, they may publicly file a redacted version of that paper, and

19  may <u>then lodge an unredacted version of the motion or paper, and request that the Court</u>

20  <u>allow the unredacted filing to be lodged under seal</u>." *Id*. (emphasis added).

21  Per LRCiv 5.6(d), Plaintiffs summarize the parties' positions: Defendants maintain

22  these documents contain protectable AEO information that should be filed under seal.

23  Plaintiffs do not agree but will not oppose a motion to seal these documents for the

24  purposes of the Court adjudicating Plaintiffs' motion in connection with these documents

25  being lodged. As set forth in Plaintiffs' separately filed motion and reply, Plaintiffs contest

26  Defendants' AEO designation of this information.

27  Per LRCiv 5.6(d), Plaintiffs certify that Plaintiffs conferred in good faith with

28

Defendants and did not reach a stipulation about whether these documents qualify for the applicable sealing standard.

DATED: October 28, 2021

SNELL & WILMER L.L.P.

By: /s/ Jacob C. Jones
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and
WhatsApp LLC