**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation; Instagram, LLC, a Delaware limited liability company; and WhatsApp Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap, Inc., a Delaware corporation, and Whoisguard, Inc., a Republic of Panama corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL AEO INFORMATION FILED BY PLAINTIFFS PURSUANT TO COURT'S ORDER (DOC. 139) AND LRCIV 5.6** |

Before the Court is Defendants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard")'s Motion to Seal AEO Information filed by Plaintiffs pursuant to the Court's Order (Doc. 139) and LRCiv. 5.6.

Having considered Defendants' request, the Court finds good cause to grant the request.

IT IS HEREBY ORDERED THAT the following documents filed by Plaintiffs in connection with their Motion to Partially De-Designate Service Agreement Between Defendants shall be sealed: Docs. 142, 142-1, 142-2, 144, 149, and 151.