David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC and
WhatsApp, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc.; Instagram, LLC; and WhatsApp Inc.,<br><br>            Plaintiffs,<br><br>     v.<br><br>Namecheap, Inc.; and Whoisguard, Inc.,<br><br>            Defendants. | Case No. CV-20-00470-PHX-GMS<br><br>**NOTICE OF SERVICE OF DOCUMENT AND DEPOSITION SUBPOENAS TO SERGIO HERNANDEZ** |
| Whoisguard, Inc.,<br><br>            Counterclaimant,<br><br>     v.<br><br>Facebook, Inc.,<br><br>            Counterclaim Defendant. | |

Plaintiffs Facebook, Inc., Instagram, LLC, and WhatsApp LLC give notice that they served the following notices on Defendants via email:

- November 11, 2021: Plaintiffs' Notice of Deposition of Sergio Hernandez (with copy of deposition subpoena)
- November 11, 2021: Plaintiffs' Notice of Subpoena to Sergio Hernandez (with copy of document subpoena).

Sergio Hernandez is a Director of Withheld for Privacy ehf, and he is either a current or former employee of Namecheap, Inc. Plaintiffs also give notice that they personally served the document and deposition subpoenas on Mr. Hernandez.

DATED: November 12, 2021

SNELL & WILMER L.L.P.

By: /s/ David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Facebook, Inc., Instagram, LLC, and WhatsApp, LLC