SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC andWhatsApp LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Facebook, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Namecheap, Inc., et al., <br><br> Defendants. <br> AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS <br><br> **NOTICE OF NAME CHANGES OF PARTIES** |

Plaintiff and Counterclaim Defendant Facebook, Inc. hereby gives notice of its recent name change to Meta Platforms, Inc. On October 28, 2021, Facebook, Inc. filed with the Secretary of State of the State of Delaware an Amended & Restated Certificate of Incorporation reflecting a change in the name of the corporation from Facebook, Inc. to Meta Platforms, Inc. On November 3, 2021, the Secretary of State of the State of Delaware issued a Certificate of Status reflecting that Meta Platforms, Inc. is duly incorporated and in good standing in the State of Delaware.

Plaintiff WhatsApp Inc. ("WhatsApp") also gives notice of WhatsApp's entity conversion and name change from WhatsApp Inc. to WhatsApp LLC, a Delaware limited liability company, effective January 1, 2021, as reflected in the Certificate of Conversion filed with the Secretary of State of the State of Delaware on December 18, 2020.

Plaintiffs' addresses remain unchanged.

DATED: November 18, 2021

SNELL & WILMER L.L.P.

By: /s/ *Jacob C. Jones*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC

1