IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Namecheap Incorporated, et al.,<br><br>        Defendants. | No. CV-20-00470-PHX-GMS<br><br>**ORDER** |
| WhoisGuard, Inc.,<br><br>        Counterclaimant,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>        Counterclaim Defendant. | |

Before the Court is Plaintiff and Counterclaim Defendant Facebook, Inc. and Plaintiff WhatsApp Inc.'s Notice of Name Changes of Parties (Doc. 159).

**IT IS HEREBY ORDERED** the parties shall use the above caption for all further filings.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to make the name changes on the Court's docket as follows:

Facebook Inc.'s name change to Meta Platforms, Inc.

WhatsApp Inc.'s name change to WhatsApp LLC, a Delaware limited liability company.

Dated this 19th day of November, 2021.

_____
G. Murray Snow
Chief United States District Judge