# Exhibit 1

# Snell & Wilmer

ONE ARIZONA CENTER
400 E. VAN BUREN, SUITE 1900
PHOENIX, AZ 85004-2202
602.382.6000 P
602.382.6070 F

**David G. Barker**
**(602) 382-6376**
**dbarker@swlaw.com**

May 12, 2021

**BY E-MAIL**

Brianna Dahlberg
Rome & Associates, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, CA 90067
bdahlberg@romeandassociates.com

Dear Brianna:

We received WhoisGuard's First Set of Requests for Production and First Set of Interrogatories to Plaintiffs by email[1] on April 23, 2021. These discovery requests are premature. The parties have not held a Rule 26(f) conference, and no Rule 16 conference has been scheduled by the Court. The time for responding to any properly served discovery requests does not begin to run until the parties hold a Rule 26(f) conference.

Under Rule 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order." Although, Rule 26(d)(2) permits Rule 34 requests to be served before the Rule 26(f) conference, there is no such provision for early Rule 33 requests. Regardless, early Rule 34 requests are "considered to have been served at the first Rule 26(f) conference." Fed. R. Civ. P. 26(d)(2)(B).

This case is subject to the MIDP Order, Doc. 7, which neither modifies Rule 26(d)(1) nor authorizes discovery before a Rule 26(f) conference. The MIDP Order provides that after—*and only after*—initial MIDP responses are served, "additional discovery may proceed *under the Federal Rules of Civil Procedure* and as set forth in a case management order to be entered by the Court." Doc. 7 at General Order 17-08 ¶ 2 (emphasis added). The MIDP Order confirms that the Federal Rules of Civil Procedure continue to govern discovery with the exception that the initial

---

[1] While the parties agreed to service of MIPD responses via email, no further agreement regarding email service exists between the parties. Without that agreement, sending discovery by email is ineffective service. Fed. R. Civ. P. 5(b)(2)(E). This is another topic for discussion at a Rule 26(f) conference.

# Snell & Wilmer

Brianna Dahlberg
May 12, 2021
Page 2

MIDP responses substitute for initial disclosures under Rule 26(a)(1) and are a prerequisite to further discovery. Doc. 7 at 1. The MIDP Order does not supersede or alter the timing of discovery or the requirement of a Rule 26(f) conference under Rule 26(d)(1).

We will deem WhoisGuard's First Set of Requests for Production and First Set of Interrogatories to Plaintiffs to have been served on the date of the Rule 26(f) conference, once that conference occurs.

Sincerely,

Snell & Wilmer

David G. Barker

cc: Eugene Rome (erome@romeandassociates.com)
Sridavi Ganesan (sganesan@romeandassociates.com)
Ray Harris (rharris@fennemorelaw.com)
Mario Vasta (mvasta@fennemorelaw.com)
David Steele (david.steele@tuckerellis.com)
Howard Kroll (howard.kroll@tuckerellis.com)
Steven Lauridsen (steven.lauridsen@tuckerellis.com)
Jacob Jones (jcjones@swlaw.com)
David Barker (dbarker@swlaw.com)