# Exhibit 3

# Brianna Dahlberg

| | |
|---|---|
| **From:** | Brianna Dahlberg |
| **Sent:** | Thursday, July 8, 2021 4:58 PM |
| **To:** | Steele, David J. |
| **Cc:** | Eugene Rome; Sridavi Ganesan; rharris@fclaw.com; mvasta@fclaw.com; Jones, Jacob; Kroll, Howard A.; Lauridsen, Steven E.; Barker, David; Dorielle Hammonds |
| **Subject:** | Re: Facebook v. Namecheap (TE No. 015949-008) |

David,

We agree to the one-week extension.

Brianna



bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Cell: (818) 274-1357
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

---

**From:** "Steele, David J." <David.Steele@tuckerellis.com>
**Date:** Thursday, July 8, 2021 at 4:34 PM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "rharris@fclaw.com" <RHARRIS@FCLAW.com>, "mvasta@fclaw.com" <mvasta@fclaw.com>, "Jones, Jacob" <jcjones@swlaw.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, Dorielle Hammonds <dhammonds@romeandassociates.com>
**Subject:** Facebook v. Namecheap (TE No. 015949-008)

1

Brianna,

In view of the Court's order vacating the stay of discovery, Plaintiffs request a short 1 week extension of time to serve their responses.

Please let us know as soon as possible if you grant the extension request.

Thank you,

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.