# Exhibit 6



2029 Century Park East, Suite 450  
Los Angeles, CA 90067  
Phone: **310.282.0690**  
Fax: **310.282.0691**  
www.romeandassociates.com

Brianna Dahlberg  
bdahlberg@romeandassociates.com  
Cell: 818.274.1357

August 8, 2021

**VIA EMAIL ONLY**

David Steele  
Tucker Ellis LLP  
515 Flower Street, Suite 4200  
Los Angeles, CA 90071  
Email: david.steele@tuckerellis.com

        Re:    *Summary of Meet and Confer Conferences on Deficiencies in Plaintiffs' Responses to WhoisGuard's First Sets of Interrogatories and RFPs*

Dear David,

        Thank you for your letter responding to our summary of the July 21 and July 23 meet and confer conferences. We must note the following points in response:

        **Numerosity Objections:** We do not agree with your statements that Defendants declined to engage in a discussion concerning Plaintiffs' counting methodology or Plaintiffs' belief that WhoisGuard's sets of 25 requests should be counted as 75 because they are propounded to three Plaintiffs. We also disagree that "the manner in which Plaintiffs should have asserted their numerosity objections" is the only issue to be discussed with Judge Snow in the upcoming telephonic discovery hearing.

        **Refusal to Search for Documents:** We maintain our position that the parties' meet and confer efforts on ESI search methods have been sufficient. To the extent Plaintiffs feel there are any unresolved issues about specific search terms, strings, or wildcards that they must discuss with us, we remain willing to do so. Plaintiffs cannot use this objection as an excuse to avoid producing any documents or responses that comply with Rule 34.

        **Other Objections:** We do not understand your statement that you "clarified that [Plaintiffs] were not limiting any of the stated objections during our conversation." The purpose of the meet and confer process is to work together in good faith to attempt to resolve or narrow the disputes. If Plaintiffs are withholding responsive documents or information based on any additional objections beyond those already discussed at length during the 3+ hours of video conferences and summarized in both sides' letters, please let us know.

August 3, 2021
David Steele
Tucker Ellis LLP
Page 2

**RFP 12:** In your clarification, you state that you did not state that Plaintiffs' counsel would "cherry pick" the examples. Are Plaintiffs willing to produce a representative sample of responsive documents? If so, that may resolve this dispute.

**RFP 20:** In your clarification, you state that as with Plaintiffs' other privilege objections, Plaintiffs are limiting that objection to privileged information. Will Plaintiffs agree to produce all non-privileged documents responsive to this request along with a privilege log? If so, that may resolve this dispute.

Sincerely,

*Brianna Dahlberg*

Brianna Dahlberg