# Exhibit 7

```
 1                    UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ARIZONA

 3                    _____

 4     Facebook Incorporated, et al.,)
                                     )
 5                 Plaintiffs,       )    2:20-cv-0470-GMS
                                     )
 6          vs.                      )    Phoenix, Arizona
                                     )    August 20, 2021
 7     Namecheap Incorporated,       )
       et al.,                       )    11:02 a.m.
 8                                   )
                   Defendants.       )
 9     _____)

10


11


12        BEFORE:   THE HONORABLE G. MURRAY SNOW, CHIEF JUDGE

13


14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15            TELEPHONIC SCHEDULING CONFERENCE

16


17


18


19


20
       Official Court Reporter:
21     Charlotte A. Powers, RMR, FCRR, CRR, CSR, CMRS
       Sandra Day O'Connor U.S. Courthouse, Suite 312
22     401 West Washington Street, Spc. 40
       Phoenix, Arizona  85003-2151
23     (602) 322-7250

24     Proceedings Reported by Stenographic Court Reporter
       Transcript Prepared by Computer-Aided Transcription
25
```

```
 1              To the extent that you believe nevertheless that they
 2      are -- there are subparts that should be counted as individual
 3      interrogatories, I'm going to require Ms. Dahlberg to provide
 4      me with the exact interrogatories and document productions
 5      requested.  I will look at them.  I will be prepared to meet
 6      with you again, and we will go over the number that I think --
 7      or go over the ones, if any, that I think are -- are -- should
 8      be counted as two, or I'll enter an order to that effect and
 9      then you can both proceed.
10              It doesn't excuse any party from -- because you got --
11      you are under the new discovery -- you're under the
12      experimental discovery protocol.  So this is all really very
13      moot.  You're obliged, regardless of the document production
14      requests you get, to search for relevant documents and disclose
15      them.  And so -- because that is the discovery protocol, if
16      you've read it, that you're under.  You're under -- and so you
17      better get on those.
18              So I would --
19              MR. KROLL:  Your Honor, I'm sorry.  It's Howard Kroll.
20              Just to be clear, we have produced documents,
21      supplemental documents under an MIDP are going to be produced,
22      I believe, it was either today or Monday.  So there are
23      thousands of pages of documents that are -- have been produced.
24      We are not shirking our obligations under that.
25              THE COURT:  All right.  Well, I'm glad to know that.
```

| | |
|---|---|
| 1 | THE COURT: Go ahead. |
| 2 | MS. DAHLBERG: Thank you, Your Honor. |
| 3 | MR. ROME: Your Honor, this is Eugene Rome speaking. |
| 4 | We'll provide them today. You asked when they could be |
| 5 | delivered to you. It will be today. |
| 6 | THE COURT: All right. |
| 7 | Thank you. |
| 8 | MR. ROME: Thank you. |
| 9 | MR. KROLL: Your Honor, I -- I've been informed that I |
| 10 | actually inadvertently made a misstatement that production of |
| 11 | documents is scheduled for October 4th, the supplemental |
| 12 | production of documents. But in the past we have produced |
| 13 | documents to the defendants. |
| 14 | MR. ROME: Could I -- could I -- this is Eugene Rome |
| 15 | speaking. |
| 16 | Could I ask a practical question? |
| 17 | The requests have been outstanding since April. Why |
| 18 | are responses only coming in October? |
| 19 | MR. KROLL: Supplemental responses. |
| 20 | MR. ROME: Why are supplemental responses coming in |
| 21 | October? |
| 22 | THE COURT: You gentlemen can -- you gentlemen can |
| 23 | discuss this offline. You can discuss this offline. If you |
| 24 | feel like you've got a basis for sanctions or a motion to |
| 25 | compel, we can raise that later. |

```
 1              MR. ROME:  We will be bringing it.
 2              Thank you, Your Honor.
 3              MR. HARRIS:  Your Honor, this is Ray Harris.
 4              I have one practical question.  Because there are
 5     three sets of discovery that are identical, is it -- is it
 6     satisfactory to the Court if just one set of these identical
 7     requests is submitted?  I don't want to have, you know, three
 8     copies of everything to the Court, if it's just going to --
 9              THE COURT:  Absolutely.  Absolutely.
10              MS. DAHLBERG:  If it's -- it's one set that each one
11     is -- is propounded to the three defendants.
12              THE COURT:  That will be fine.
13              Thank you all.
14              MS. DAHLBERG:  Thank you, Your Honor.
15              THE COURT:  Have a nice weekend.
16              MR. KROLL:  Thank you, Your Honor.
17              MR. LAURIDSEN:  Thank you, Your Honor.
18                  (Proceedings in recess at 11:27 a.m.)
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, CHARLOTTE A. POWERS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 20th day of August, 2021.

s/Charlotte A. Powers
Charlotte A. Powers, RMR, FCRR