# Exhibit 9

**Brianna Dahlberg**

| | |
|---|---|
| **From:** | Brianna Dahlberg |
| **Sent:** | Saturday, August 28, 2021 9:01 AM |
| **To:** | Lauridsen, Steven E. |
| **Cc:** | Eugene Rome; Sridavi Ganesan; Steele, David J.; Kroll, Howard A.; Guye, Helena M.; Sindelar, Jeffrey C. |
| **Subject:** | Re: Facebook v. Namecheap - Court's Order re Discovery (TE No. 015949-008) |

Steven,

Thank you for the Zoom call yesterday.  After conferring with my colleagues, Defendants will accept October 4 as the completion date for Plaintiffs' document production.  We expect documents to be produced on a rolling basis before that date, as you offered to do on the call.

We can check in on the status of the production when you return from your trip.

Brianna



bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Cell: (818) 274-1357
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Thursday, August 26, 2021 at 10:55 PM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>
**Subject:** RE: Facebook v. Namecheap - Court's Order re Discovery (TE No. 015949-008)

Hi Brianna,

As you can imagine, tomorrow is jam packed. I'm working to see if I can make that or another time work and will be back with you in the morning.

Best,
Steven

---

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Thursday, August 26, 2021 6:43 PM
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>
**Subject:** Re: Facebook v. Namecheap - Court's Order re Discovery (TE No. 015949-008)

**<<< EXTERNAL EMAIL >>>**

---

Steven,

Can we set a call for 4:30 tomorrow?
Brianna

Sent from my iPhone

> On Aug 26, 2021, at 4:21 PM, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com> wrote:
>
> Brianna,
>
> I write in reference to the Court's order issued today. I am leaving on vacation out of the country this Saturday and will be gone for two weeks, and Howard is leaving on vacation tomorrow and will also be gone for two weeks. As you know, Howard and I are the attorneys primarily responsible for discovery in this matter, and we therefore will not be able to work on discovery until we return on September 14. With all this in mind, we anticipate providing written responses by the end of September.
>
> As discussed during our Rule 26(f) conference, we intend to produce supplemental ESI in connection with the MIDP on October 4, the same date as Namecheap intends to produce its initial ESI production. We expect that a number of those documents will be responsive to Whoisguard's discovery requests. Regardless, even before receiving the Court's order today, we had been working on our ESI collection for documents that we believe would be responsive to the requests for which we stated we would be producing documents.
>
> Our clients will continue the ESI collection internally while Howard and I are away, but as a professional courtesy so that I'm not working on this on vacation (which further would be complicated by the protective order's prohibition on sending confidential information abroad), I'd appreciate it if we could touch base on the status of that production when I return (as well as any further meeting and conferring you may desire concerning search terms based on what searches we will have performed and documents we will have collected at that juncture).

If you would like, we would be happy to hop on a quick call to discuss.

Best,
Steven

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com