# Exhibit 10

# Brianna Dahlberg

| | |
|---|---|
| **From:** | Brianna Dahlberg |
| **Sent:** | Tuesday, September 14, 2021 10:45 AM |
| **To:** | Lauridsen, Steven E.; Eugene Rome; Sridavi Ganesan |
| **Cc:** | Steele, David J.; Kroll, Howard A.; Guye, Helena M.; Sindelar, Jeffrey C. |
| **Subject:** | Re: Facebook v. Namecheap - Court's Order re Discovery (TE No. 015949-008) |
| **Attachments:** | Attachment A - disputed domains as of Aug 27.pdf |

Dear Steven,

I hope you had a good vacation. Now that you are back, could you provide an update on where Plaintiffs are in their search and when we will start receiving Plaintiffs' rolling document productions? Additionally, given that Judge Snow overruled Plaintiffs' numerosity objections to our Interrogatories and RFPs, please let us know when Plaintiffs will produce supplemental written responses that comply with the Rules. We also want to confirm that Plaintiffs will be providing a privilege log that identifies any withheld documents, consistent with Judge Snow's comment at the hearing that he expects privilege logs to be exchanged more or less contemporaneously with document productions.

In the meantime, Namecheap has been working on its own MIDP production. We intend to use the attached list of disputed domains provided by Plaintiffs on August 27 as keywords for ESI searches. If Plaintiffs have any additional keywords they would like for us to consider in addition to the disputed domains, please let me know.

Finally, the ESI Order requires that the parties meet and confer regarding the production of data contained in databases. Namecheap anticipates producing certain database data. We also expect that Facebook will be producing data from its complaint database in response to the MIDP Order, as well as in response to RFP 12. Please let me know when you are available to meet and confer on a database protocol.

Brianna



bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Cell: (818) 274-1357
Facsimile: (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Thursday, August 26, 2021 at 4:21 PM
**To:** Eugene Rome <erome@romeandassociates.com>, Brianna Dahlberg <BDahlberg@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>
**Cc:** "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>
**Subject:** Facebook v. Namecheap - Court's Order re Discovery (TE No. 015949-008)

Brianna,

I write in reference to the Court's order issued today. I am leaving on vacation out of the country this Saturday and will be gone for two weeks, and Howard is leaving on vacation tomorrow and will also be gone for two weeks. As you know, Howard and I are the attorneys primarily responsible for discovery in this matter, and we therefore will not be able to work on discovery until we return on September 14. With all this in mind, we anticipate providing written responses by the end of September.

As discussed during our Rule 26(f) conference, we intend to produce supplemental ESI in connection with the MIDP on October 4, the same date as Namecheap intends to produce its initial ESI production. We expect that a number of those documents will be responsive to Whoisguard's discovery requests. Regardless, even before receiving the Court's order today, we had been working on our ESI collection for documents that we believe would be responsive to the requests for which we stated we would be producing documents.

Our clients will continue the ESI collection internally while Howard and I are away, but as a professional courtesy so that I'm not working on this on vacation (which further would be complicated by the protective order's prohibition on sending confidential information abroad), I'd appreciate it if we could touch base on the status of that production when I return (as well as any further meeting and conferring you may desire concerning search terms based on what searches we will have performed and documents we will have collected at that juncture).

If you would like, we would be happy to hop on a quick call to discuss.

Best,
Steven

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com

2