# Exhibit 11

# Brianna Dahlberg

| | |
|---|---|
| **From:** | Brianna Dahlberg |
| **Sent:** | Monday, September 27, 2021 7:54 PM |
| **To:** | Lauridsen, Steven E.; Eugene Rome; Sridavi Ganesan; Harris, Ray; Vasta, Mario |
| **Cc:** | Steele, David J.; Kroll, Howard A.; Guye, Helena M.; Sindelar, Jeffrey C.; Barker, David; Jones, Jacob |
| **Subject:** | Re: Facebook v. Namecheap - Service of Supplemental Discovery Responses (TE No. 015949-008) |

Steven,

Do Plaintiffs intend to produce additional documents?  If so, when will we receive them?



bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Cell: (818) 274-1357
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Monday, September 27, 2021 at 7:49 PM
**To:** Eugene Rome <erome@romeandassociates.com>, Brianna Dahlberg <BDahlberg@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "Harris, Ray" <RHarris@fennemorelaw.com>, "Vasta, Mario" <MVasta@fennemorelaw.com>
**Cc:** "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>
**Subject:** Facebook v. Namecheap - Service of Supplemental Discovery Responses (TE No. 015949-008)

Counsel:

I am attaching for service Plaintiffs' supplemental responses to Whoisguard's First Sets of Interrogatories and Requests for Production. The verifications will follow later this week.

Best regards,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com