# Exhibit 14

# Plaintiffs' Privilege Log

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)
Updated: October 20, 2021

| Log No. | Bates No. | Date of Doc. | Identity and Position of Recipients | CC'd | Identity and Position of Author | Document Description | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|---|---|
| 1 | FB_NAME_00021555 | 3/9/2021 | Tucker Ellis LLP | None | OpSec Security Group Ltd. ("OpSec") | Log of Enforcement Emails | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 2 | FB_NAME_00035490 | 8/5/2021 | Tucker Ellis LLP | None | OpSec | Log of Enforcement Emails | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 3 | FB_NAME_00035713 | 12/16/2009 | Nonie McMahon (outside counsel) | None | Simeon Euell (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 4 | FB_NAME_00035736 | 6/2/2009 | Nonie McMahon (outside counsel) | None | Jonny Jaldin (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 5 | FB_NAME_00035752 | 7/24/2009 | Delma Edwards, Yvonne Waldron-Robinson (outside counsel) | Nonie Mcmahon (outside counsel) | Christen Dubois (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 6 | FB_NAME_00035756 | 7/29/2008 | Anne Peck, Emily Burns, Christen Dubois, Nonie McMahon, Lucy Altieri, Cheryll Dung, Elizabeth Ortiz (outside counsel) | Lucy Altieri, Cheryll Dung, Elizabeth Ortiz (outside counsel) | Delma Edwards (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 7 | FB_NAME_00035757 | 7/30/2008 | Delma Edwards (outside counsel) | None | Delma Edwards (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 8 | FB_NAME_00035758 | 7/21/2009 | Anne Peck, Kathleen Treiber, Christen Dubois, Gavin Charlston (outside counsel) | Nonie Mcmahon, Trademark Mailbox Docketing (outside counsel) | Delma Edwards (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 9 | FB_NAME_00035760 | 12/29/2014 | Aaron Fennimore, Nonie McMahon, Anne Peck (outside counsel) | Lucy Altieri (outside counsel) | Kimberly Davis (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 10 | FB_NAME_00035762 | 7/18/2008 | Nonie McMahon, Anne Peck, Emily Burns, Christen Dubois (outside counsel) | Cheryll Dung, Delma Edwards, Jeanette Bacey (outside counsel) | Jamie Stradling (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 11 | FB_NAME_00035767 | 7/14/2008 | Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 12 | FB_NAME_00035768 | 10/2/2013 | Aaron Fennimore, Lori Mayall (outside consel) | Heather Hunt, Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 13 | FB_NAME_00035769 | 10/2/2013 | Aaron Fennimore, Lori Mayall (outside consel) | Heather Hunt, Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Nonie McMahon (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 14 | FB_NAME_00035770 | 4/24/2014 | Aaron Fennimore, Lori Mayall (outside consel) | Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 15 | FB_NAME_00035771 | 7/9/2008 | Michael Richter (Facebook Legal Team) | Anne Peck; Nonie McMahon, Elizabeth Ortiz (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 16 | FB_NAME_00035772 | 7/9/2008 | Michael Richter (Facebook Legal Team) | Anne Peck; Nonie McMahon, Elizabeth Ortiz (outside counsel) | Emily Burns (outside counsel) | Draft trademark application | Attorney-Client Privilege | Plaintiffs' Counsel |
| 17 | FB_NAME_00035774 | 10/30/2014 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 18 | FB_NAME_00035775 | 1/23/2015 | Kat Johnston, Christian Dowell, Matt Stratton (Facebook Legal Team) | Facebook Trademark Mailbox, Aaron Fennimore, Morgon Champion, Chantal Hwang, Timothy Hance, Thomas Hadid, Elizabeth Ortiz (outside counsel) | Anne Peck (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 19 | FB_NAME_00035776 | 10/29/2014 | Kat Johnston, Christian Dowell, Matt Stratton (Facebook Legal Team) | Anne Peck, Chantal Hwang, Timothy Hance, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 20 | FB_NAME_00035777 | 10/29/2014 | Kat Johnston (Facebook Legal Team); Christian Dowell, Matt Stratton (Facebook Legal Team) | Anne Peck, Chantal Hwang, Timothy Hance, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 21 | FB_NAME_00035778 | 12/1/2009 | Peggy Bimrose (outside counsel) | None | Calendar Request (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 22 | FB_NAME_00035779 | 12/1/2009 | Peggy Bimrose (outside counsel) | None | Calendar Request (outside counsel) | Upcoming deadlines for ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 23 | FB_NAME_00035780 | 10/11/2013 | Lori Mayall, Aaron Fennimore (outside counsel) | Facebook Trademark Mailbox, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Upcoming deadlines for ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 24 | FB_NAME_00035781 | 10/11/2013 | Lori Mayall, Aaron Fennimore (outside counsel) | Facebook Trademark Mailbox, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 25 | FB_NAME_00035782 | 12/12/2008 | Emily Burns, Christine Hsieh, Christen Dubois, Nonie McMahon (outside counsel) | Tim Hance, Elizabeth Ortiz, Delma Edwards (outside counsel) | Anne Peck (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 26 | FB_NAME_00035783 | 12/13/2008 | Emily Burns, Christine Hsieh, Christen Dubois, Nonie McMahon (outside counsel) | Tim Hance, Elizabeth Ortiz, Delma Edwards (outside counsel) | Anne Peck (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 27 | FB_NAME_00035784 | 4/22/2009 | Noel Egnatios, Anne Peck (outside counsel) | Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 28 | FB_NAME_00035785 | 4/22/2009 | Noel Egnatios, Anne Peck (outside counsel) | Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Draft Response to Office Action | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 29 | FB_NAME_00035786 | 4/22/2009 | Noel Egnatios, Anne Peck (outside counsel) | Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Draft Response to Office Action | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 30 | FB_NAME_00035787 | 4/22/2009 | Noel Egnatios, Anne Peck (outside counsel) | Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Draft Response to Office Action | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 31 | FB_NAME_00035788 | 4/22/2009 | Noel Egnatios, Anne Peck, Kathleen Treiber, Delma Edwards (outside counsel) | None | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 32 | FB_NAME_00035789 | 7/12/2008 | Emily Burns (outside counsel) | Anne Peck, Nonie McMahon, Elizabeth Ortiz (outside counsel) | Michael Richter (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 33 | FB_NAME_00035790 | 1/30/2009 | Susee Lopez (Facebook Legal Team) | Anne Peck, Nonie McMahon, Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |

**Plaintiffs' Privilege Log**

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)

Updated: October 20, 2021

| # | Bates | Date | From | To | CC | Description | Privilege | Designation |
|---|---|---|---|---|---|---|---|---|
| 34 | FB_NAME_00035791 | 1/30/2009 | Susee Lopez (Facebook Legal Team) | Anne Peck, Nonie McMahon, Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 35 | FB_NAME_00035792 | 1/30/2008 | Emily Burns (outside counsel) | Anne Peck, Nonie McMahon, Delma Edwards (outside counsel) | Susee Lopez (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 36 | FB_NAME_00035793 | 1/30/2009 | Susee Lopez (Facebook Legal Team) | Anne Peck, Nonie McMahon, Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 37 | FB_NAME_00035794 | 1/30/2009 | Susee Lopez (Facebook Legal Team) | Anne Peck, Nonie McMahon, Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 38 | FB_NAME_00035795 | 2/8/2012 | Kat Johnston (Facebook Legal Team) | Anne Peck, Facebook Trademark Mailbox (outside counsel) | Gavin Charlston (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 39 | FB_NAME_00035796 | 7/30/2008 | Nonie McMahon, Delma Edwards (outside counsel) | Lucy Altieri, Cheryll Dung (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 40 | FB_NAME_00035797 | 7/30/2008 | Emily Burns, Delma Edwards | Lucy Altieri, Cheyll Dung (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 41 | FB_NAME_00035798 | 7/30/2008 | Delma Edwards (outside counsel) | None | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 42 | FB_NAME_00035799 | 7/30/2008 | Delma Edwards (outside counsel) | None | Elizabeth Ortiz (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 43 | FB_NAME_00035800 | 7/30/2008 | Delma Edwards, Anne Peck, Christen Dubois, Nonie McMahon (outside counsel) | Lucy Altieri, Cheryll Dung, Elizabeth Ortiz (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 44 | FB_NAME_00035801 | 7/29/2008 | Delma Edwards (outside counsel) | None | Elizabeth Ortiz (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 45 | FB_NAME_00035802 | 10/30/2014 | Nonie McMahon (outside counsel) | Anne Peck, Aaron Fennimore, Lucy Altieri (outside counsel); Matt Stratton (Facebook Legal Team) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 46 | FB_NAME_00035803 | 10/30/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton (Facebook Legal Team); Anne Peck, Aaron Fennimore, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 47 | FB_NAME_00035804 | 10/29/2014 | Aaron Fennimore (outside counsel) | Kat Johnston, Christian Dowell, Matt Stratton (Facebook Legal Team); Anne Peck, Chantal Hwang, Timothy Hance, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 48 | FB_NAME_00035805 | 9/24/2013 | Kat Johnston (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 49 | FB_NAME_00035806 | 9/24/2013 | Kat Johnston (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Substantive agenda for meeting to discuss ongoing trademark matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 50 | FB_NAME_00035807 | 12/14/2008 | Richard Nessary, Susee@Facebook.com (Facebook Legal Team) | Anne Peck, Christine Hsieh, Nonie McMahon, Delma Edwards (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 51 | FB_NAME_00035820 | 9/27/2008 | Richard Nessary (Facebook Legal Team) | Anne Peck, Nonie McMahon, Elizabeth Ortiz (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 52 | FB_NAME_00035826 | 11/3/2011 | Nonie McMahon (outside counsel) | Trademark Print (outside counsel) | Idrissa Sesay (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 53 | FB_NAME_00035827 | 11/9/2011 | Nonie McMahon (outside counsel) | Trademark Print (outside counsel) | Idrissa Sesay (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 54 | FB_NAME_00035835 | 7/6/2015 | Cristina Nathan (outside counsel) | Anne Peck, Morgan Champion, Liza Bets (outside counsel) | Cristina Nathan (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 55 | FB_NAME_00035838 | 1/4/2010 | Nonie McMahon, Anne Peck, Kathleen Johnston, Gavin Charlston, Christen Dubois (outside counsel) | Trademark Print (outside counsel) | Jonny Jaldin (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 56 | FB_NAME_00035840 | 3/30/2010 | Nonie McMahon, Anne Peck, Kathleen Johnston, Gavin Charlston, Christen Dubois (outside counsel) | Trademark Print (outside counsel) | Jonny Jaldin (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 57 | FB_NAME_00035860 | 3/3/2009 | Nonie McMahon (outside counsel) | Trademark Print (outside counsel) | Simeon Euell (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 58 | FB_NAME_00035869 | 8/15/2008 | Emily Burns, Nonie McMahon (outside counsel) | Cheryll Dung (outside counsel) | Delma Edwards (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 59 | FB_NAME_00035870 | 10/9/2009 | Nonie McMahon, Anne Peck, Kathleen Johnston, Gavin Charlston, Christen Dubois (outside counsel) | Trademark Print (outside counsel) | Jamie Stradling (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 60 | FB_NAME_00035886 | 11/7/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton, Christian Dowell (Facebook Legal Team); Nonie McMahon, Anne Peck, Kathleen Johnston, Gavin Charlston, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 61 | FB_NAME_00035887 | 7/18/2008 | Nonie McMahon, Anne Pack, Emily Burns, Christen Dubois (outside counsel) | Cheryll Dung, Delma Edwards, Jeanette Bacey (outside counsel) | Jamie Stradling (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 62 | FB_NAME_00035892 | 5/14/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 63 | FB_NAME_00035893 | 9/15/2009 | Christen Dubois (outside counsel) | Anne Peck, Gavin Charlston, Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |

**Plaintiffs' Privilege Log**

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)
Updated: October 20, 2021

| # | Bates | Date | From | To | CC | Subject | Privilege | Designation |
|---|---|---|---|---|---|---|---|---|
| 64 | FB_NAME_00035900 | 11/8/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton, Christian Dowell (Facebook Legal Team); Anne Peck, Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 65 | FB_NAME_00035901 | 11/8/2014 | Aaron Fennimore (outside counsel) | Matt Stratton, Christian Dowell (Facebook Legal Team); Anne Peck, Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 66 | FB_NAME_00035902 | 5/14/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 67 | FB_NAME_00035903 | 5/14/2015 | Morgan Champion (outside counsel) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 68 | FB_NAME_00035904 | 9/23/2009 | Kathleen Treiber (outside counsel) | Anne Peck, Gavin Charlston, Nonie McMahon, Linda Lewallen (outside counsel) | Christen Dubois (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 69 | FB_NAME_00035905 | 9/23/2009 | Christen Dubois (outside counsel) | Anne Peck, Gavin Charlston, Nonie McMahon, Linda Lewallen (outside counsel) | Kathleen Treiber (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 70 | FB_NAME_00035906 | 8/15/2008 | Delma Edwards, Nonie McMahon (outside counsel) | Cheryll Dung (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 71 | FB_NAME_00035907 | 8/15/2008 | Delma Edwards, Nonie McMahon (outside counsel) | None | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 72 | FB_NAME_00035908 | 9/27/2008 | Richard Nessary (Facebook Legal Team) | Anne Peck, Nonie McMahon, Elizabeth Ortiz (outside counsel) | Emily Burns (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 73 | FB_NAME_00035917 | 7/31/2015 | Cristina Nathan, Sheri Corallo (outside counsel) | Anne Peck, Morgan Champion, Liza Bets, Janet MacGregor (outside counsel) | Andrew Wiltrout (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 74 | FB_NAME_00035946 | 4/8/2015 | Kat Johnston (Facebook Legal Team) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Cristina Nathan (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 75 | FB_NAME_00035947 | 12/14/2012 | Ritasha Lal Singh (outside counsel) | Aaron Fennimore, Nonie McMahon, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 76 | FB_NAME_00035948 | 12/14/2012 | Ritasha Lal Singh (outside counsel) | Aaron Fennimore, Nonie McMahon, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Summary of ongoing matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 77 | FB_NAME_00035949 | 12/14/2012 | Ritasha Lal Singh (outside counsel) | Aaron Fennimore, Nonie McMahon, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Substantive agenda for meeting to discuss ongoing trademark matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 78 | FB_NAME_00035950 | 3/13/2014 | Kat Johnston, Matt Stratton, Susan Kawaguchi (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 79 | FB_NAME_00035951 | 3/13/2014 | Kat Johnston, Matt Stratton, Susan Kawaguchi (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Substantive agenda for meeting to discuss ongoing trademark matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 80 | FB_NAME_00035952 | 1/24/2014 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 81 | FB_NAME_00035953 | 1/24/2014 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 82 | FB_NAME_00035954 | 12/14/2012 | Kat Johnston (Facebook Legal Team) | Anne Peck, Nonie McMahon, Lori Mayall, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 83 | FB_NAME_00035958 | 5/12/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 84 | FB_NAME_00035959 | 9/17/2013 | Aaron Fennimore (outside counsel) | Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 85 | FB_NAME_00035960 | 2/28/2014 | Kat Johnston (Facebook Legal Team); Nonie McMahon (outside counsel) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 86 | FB_NAME_00035961 | 2/28/2014 | Kat Johnston (Facebook Legal Team); Nonie McMahon (outside counsel) | Anne Peck, Aaron Fennimore, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 87 | FB_NAME_00035962 | 10/1/2014 | Aaron Fennimore (outside counsel) | Nonie McMahon, Lucy Altieri (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 88 | FB_NAME_00035963 | 4/8/2015 | Cristina Nathan (outside counsel) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 89 | FB_NAME_00035964 | 4/8/2015 | Kat Johnston (Facebook Legal Team) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Cristina Nathan (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 90 | FB_NAME_00035965 | 5/8/2015 | Cristina Nathan (outside counsel) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 91 | FB_NAME_00035966 | 5/9/2015 | Kat Johnston (Facebook Legal Team); Cristina Nathan (outside counsel) | Anne Peck, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 92 | FB_NAME_00035967 | 12/14/2012 | Kat Johnston (Facebook Legal Team) | Anne Peck, Nonie McMahon, Lori Mayall, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 93 | FB_NAME_00035968 | 5/12/2015 | Morgan Champion (outside counsel) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 94 | FB_NAME_00035969 | 5/12/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |

**Plaintiffs' Privilege Log**

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)

Updated: October 20, 2021

| # | Bates | Date | From | To | CC | Description | Privilege | Designating Party |
|---|---|---|---|---|---|---|---|---|
| 95 | FB_NAME_00035970 | 9/17/2013 | Nonie McMahon (outside counsel) | Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 96 | FB_NAME_00035971 | 2/15/2014 | Kat Johnston, Matt Stratton, Susan Kawaguchi (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 97 | FB_NAME_00035972 | 2/15/2014 | Kat Johnston, Matt Stratton, Susan Kawaguchi (Facebook Legal Team) | Anne Peck, Aaron Fennimore, Nonie McMahon, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Lori Mayall (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 98 | FB_NAME_00035983 | 7/31/2015 | Cristina Nathan, Sheri Corallo (outside counsel) | Anne Peck, Morgan Champion, Janet MacGregor, Liza Bets (outside counsel) | Andrew Wiltrout (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 99 | FB_NAME_00036010 | 5/21/2013 | Facebook Trademark Mailbox (outside counsel) | None | Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 100 | FB_NAME_00036011 | 5/21/2013 | Facebook Trademark Mailbox (outside counsel) | None | Lucy Altieri, Facebook Trademark Mailbox (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 101 | FB_NAME_00036012 | 11/7/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton; Christian Dowell (Facebook Legal Team), Anne Peck, Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 102 | FB_NAME_00036013 | 11/8/2014 | Aaron Fennimore (outside counsel) | None | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 103 | FB_NAME_00036014 | 10/14/2013 | Kat Johnston (Facebook Legal Team) | Aaron Fennimore, Lori Mayall, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 104 | FB_NAME_00036018 | 9/21/2013 | Kat Johnston (Facebook Legal Team) | Aaron Fennimore, Lori Mayall, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 105 | FB_NAME_00036021 | 6/3/2011 | Kat Johnston (Facebook Legal Team) | None | Jeffrey Norberg (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 106 | FB_NAME_00036022 | 10/14/2010 | Kat Johnston (Facebook Legal Team) | None | Kathleen Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 107 | FB_NAME_00036023 | 10/15/2010 | Kat Johnston (Facebook Legal Team) | None | Kathleen Johnston (Facebook Legal Team) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 108 | FB_NAME_00036024 | 4/11/2013 | Kat Johnston (Facebook Legal Team); Nonie McMahon (outside counsel) | Lucy Altieri, Lori Mayall, Anne Peck (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 109 | FB_NAME_00036025 | 10/30/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton (Facebook Legal Team); Anne Peck, Aaron Fennimore, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 110 | FB_NAME_00036026 | 5/14/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 111 | FB_NAME_00036027 | 9/24/2015 | Anthony Malutta, Rosaleen Chou, Larry McFarland, Dennis Wilson, Min YeWon (outside counsel) | Christian Dowell, Kat Johnston (Facebook Legal Team) | Liza Garibaldi (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 112 | FB_NAME_00036028 | 5/18/2018 | Kat Johnston (Facebook Legal Team) | None | Liza Garibaldi (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 113 | FB_NAME_00036029 | 5/18/2018 | Kat Johnston (Facebook Legal Team) | None | Liza Garibaldi (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 114 | FB_NAME_00036030 | 4/8/2015 | Kat Johnston (Facebook Legal Team) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Cristina Nathan (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 115 | FB_NAME_00036031 | 11/19/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Alli Pawlenty-Altman; 1113120.eml.townsend@wcs.kilpatricktownsend.com | Calla Yee (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 116 | FB_NAME_00036032 | 11/19/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Alli Pawlenty-Altman; 1113120.eml.townsend@wcs.kilpatricktownsend.com | Calla Yee (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 117 | FB_NAME_00036033 | 5/12/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 118 | FB_NAME_00036034 | 10/30/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton (Facebook Legal Team); Anne Peck, Aaron Fennimore, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 119 | FB_NAME_00036035 | 5/14/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 120 | FB_NAME_00036036 | 8/29/2011 | Sam O. Rourke (Facebook Legal Team) | Kat Johnston (Facebook Legal Team) | Richard Nessary (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 121 | FB_NAME_00036037 | 4/16/2013 | Kat Johnston (Facebook Legal Team) | Lucy Altieri, Nonie McMahon (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 122 | FB_NAME_00036044 | 4/11/2013 | Kat Johnston (Facebook Legal Team) | Lucy Altieri, Aaron Fennimore, Lori Mayall (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 123 | FB_NAME_00036051 | 5/21/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 124 | FB_NAME_00036052 | 5/21/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Substantive agenda for meeting to discuss ongoing trademark matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |

# Plaintiffs' Privilege Log

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)
Updated: October 20, 2021

| # | Bates | Date | From | To | CC | Description | Privilege | Asserted By |
|---|---|---|---|---|---|---|---|---|
| 125 | FB_NAME_00036053 | 5/21/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 126 | FB_NAME_00036054 | 5/21/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 127 | FB_NAME_00036055 | 9/24/2015 | Anthony Malutta, Liza Garibaldi, Larry McFarland, Dennis Wilson, YeWon Min (outside counsel) | Chsitian Dowell, Kat Johnston (Facebook Legal Team) | Rosaleen Chou | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 128 | FB_NAME_00036056 | 8/29/2011 | Sam O. Rourke, Richard Nessary (Facebook Legal Team) | None | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 129 | FB_NAME_00036057 | 12/14/2012 | Kat Johnston (Facebook Legal Team) | Anne Peck, Lori Mayall, Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 130 | FB_NAME_00036058 | 11/10/2014 | Kat Johnston (Facebook Legal Team) | Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 131 | FB_NAME_00036059 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 132 | FB_NAME_00036060 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 133 | FB_NAME_00036061 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 134 | FB_NAME_00036062 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 135 | FB_NAME_00036063 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 136 | FB_NAME_00036064 | 11/8/2018 | Kat Johnston (Facebook Legal Team) | Liza Garibaldi | Scott Minden (Facebook Legal Team) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 137 | FB_NAME_00036065 | 4/16/2013 | Aaron Fennimore, Nonie McMahon (outside counsel) | Lucy Altieri, Lori Mayall, Anne Peck (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 138 | FB_NAME_00036066 | 5/12/2015 | Kat Johnston (Facebook Legal Team) | Anne Peck, Cristina Nathan, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 139 | FB_NAME_00036067 | 4/23/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 140 | FB_NAME_00036068 | 4/23/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters, including for the FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 141 | FB_NAME_00036069 | 4/24/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Substantive agenda for meeting to discuss ongoing trademark matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 142 | FB_NAME_00036070 | 4/24/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 143 | FB_NAME_00036071 | 4/24/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 144 | FB_NAME_00036072 | 4/24/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 145 | FB_NAME_00036073 | 4/24/2015 | Kat Johnston, Matt Stratton (Facebook Legal Team) | Lucy Altieri, Facebook Trademark Mailbox, Morgon Champion, Chantal Hwang, Timothy Hance, Cristina Nathan, Anne Peck (outside counsel) | Thomas Hadid (outside counsel) | Summary of ongoing matters | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 146 | FB_NAME_00036074 | 4/24/2014 | Kat Johnston (Facebook Legal Team) | Aaron Fennimore, Lucy Altieri (outside counsel) | Nonie McMahon (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 147 | FB_NAME_00036075 | 8/28/2011 | Richard Nessary (Facebook Legal Team) | None | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 148 | FB_NAME_00036076 | 5/9/2015 | Kat Johnston (Facebook Legal Team); Cristina Nathan (outside counsel) | Anne Peck, Facebook Trademark Mailbox (outside counsel) | Morgan Champion (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 149 | FB_NAME_00036077 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 150 | FB_NAME_00036078 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |

**Plaintiffs' Privilege Log**

*Facebook, Inc. v. Namecheap, Inc.*, No. 2:20-cv-00470-GMS (D. Ariz.)

Updated: October 20, 2021

| # | Bates | Date | From | To | CC | Description | Privilege | Designation |
|---|---|---|---|---|---|---|---|---|
| 151 | FB_NAME_00036079 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 152 | FB_NAME_00036080 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 153 | FB_NAME_00036081 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 154 | FB_NAME_00036082 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Non-responsive document attached to privileged document | Attorney-Client Privilege; Attorney Work-Product | Plaintiffs' Counsel |
| 155 | FB_NAME_00036083 | 11/2/2018 | Kat Johnston, Scott Minden, liza Garibaldi (Facebook Legal Team) | Anthony Malutta, Paul Sousa, Peter Kidd, Calla Yee (outside counsel) | Calla Yee (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 156 | FB_NAME_00036087 | 11/8/2014 | Kat Johnston (Facebook Legal Team) | Matt Stratton, Christian Dowell (Facebook Legal Team); Anne Peck, Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 157 | FB_NAME_00036088 | 4/8/2015 | Kat Johnston (Facebook Legal Team) | Morgan Champion, Anne Peck, Facebook Trademark Mailbox (outside counsel) | Cristina Nathan (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 158 | FB_NAME_00036089 | 11/11/2014 | Aaron Fennimore (outside counsel) | Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 159 | FB_NAME_00036090 | 11/11/2014 | Kat Johnston (Facebook Legal Team) | Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Aaron Fennimore (outside counsel) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |
| 160 | FB_NAME_00036091 | 11/11/2014 | Aaron Fennimore (outside counsel) | Nonie McMahon, Facebook Trademark Mailbox (outside counsel) | Kat Johnston (Facebook Legal Team) | Correspondence related to prosecution of FB mark | Attorney-Client Privilege | Plaintiffs' Counsel |