UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Meta Platforms, Inc., et al., | CASE NO. 2:20-cv-00470-GMS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS'DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DISCOVERY** |
| v. | |
| WhoisGuard, Inc., et al., | |
| Defendants. | |
| WhoisGuard, Inc., et al., | |
| Counterclaimants, | |
| v. | |
| Meta Platforms, Inc., | |
| Counterclaim Defendant. | |

Before the Court is Defendants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard") (together, "Defendants") Motion to Compel Plaintiffs to Produce Discovery.

Having considered Defendants' Motion, the Court finds good cause to grant the request.

IT IS HEREBY ORDERED THAT the Plaintiff and Counterclaim Defendant Meta Platforms, Inc. ("Facebook") and Plaintiffs Instagram, LLC and WhatsApp LLC to produce further discovery responses and documents responsive to WhoisGuard's First Set of Requests for Production, First Set of Interrogatories, and the Mandatory Initial Discovery Pilot project

1

("MIDP Order"), pursuant to Federal Rule of Civil Procedure 37(a)(1). Plaintiffs are ordered to produce all non-privileged documents responsive to RFPs 1-25 and produce full, non-evasive answers to Interrogatories 1, 2, 5-7, 10-15, and 17-25 within 30 days. Plaintiffs' responses shall comply with the Federal Rules of Civil Procedure. Plaintiffs are further ordered to produce all responsive documents required under the MIDP Order. To the extent Plaintiffs withhold any privileged documents, they should update their privilege log to identify them.

If Plaintiffs still fail to produce compliant responses and all responsive documents within 30 days, Defendants are granted permission to file a motion for more severe sanctions, up to and including terminating sanctions.

The Court also imposes monetary sanctions against Plaintiffs and their counsel of record pursuant to the MIDP Order and Federal Rule of Civil Procedure 37(b)(2) in the amount of $11,025. Plaintiffs and their counsel of record shall be jointly responsible to pay the sanctions amount to Defendants within 30 days from this Order.