IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., <br><br>        Plaintiffs, <br><br>v. <br><br>Namecheap Incorporated, et al., <br><br>        Defendants. <br> WhoisGuard, Inc., <br><br>        Counterclaimant, <br><br>v. <br><br>Meta Platforms, Inc., <br><br>        Counterclaim Defendant. | No. CV-20-00470-PHX-GMS <br><br>**ORDER** |

    Before the Court is Defendants Namecheap, Inc. and WhoisGuard, Inc.'s ("Defendants") Motion to Compel Plaintiffs to Produce Discovery (Doc. 161.) While the Court did not expressly permit Defendants to file this written discovery motion, the Court understands that Defendants believed in good faith that the Court did provide such permission during a telephonic discovery dispute held on August 20, 2021 (Doc. 161-9 at 4.) The Court has reviewed Defendants' Motion and grants retroactive permission for it to be filed.

**IT IS THEREFORE ORDERED** that Plaintiffs shall have the opportunity to file a responsive memorandum pursuant to LRCiv 7.2. However, given the posture of this motion, Plaintiffs' response will be due twenty-one (21) days rather than fourteen (14) days after the date Defendants filed their Motion to Compel with the Court (Doc. 161.)

**IT IS FURTHER ORDERED** that Defendants shall have the opportunity to file a reply memorandum that complies in all respects with LRCiv 7.2.

Dated this 23rd day of November, 2021.

_____
G. Murray Snow
Chief United States District Judge