**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WhoisGuard, Inc., et al.,<br><br>　　　　Defendants.<br>———————————————<br>WhoisGuard, Inc., et al.,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>Meta Platforms, Inc.,<br><br>　　　　Counterclaim Defendant. | CASE NO. 2:20-cv-00470-GMS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT AND COUNTERCLAIMANT NAMECHEAP, INC. TO FILE ITS DISCOVERY MOTION** |

Defendant and Counterclaimant Namecheap, Inc. ("Namecheap") hereby requests for an extension of time of one week to file its motion for an order limiting the scope of customer information sought by Plaintiff and Counterclaim Defendant Meta Platforms, Inc. ("Facebook") and Plaintiffs Instagram, LLC and WhatsApp LLC (collectively, "Plaintiffs") in their discovery requests ("Motion"). Namecheap also requests the corresponding opposition and reply deadlines similarly be extended by one-week. The relief requested is unopposed. In further support of this Motion, Plaintiffs state the following:

1. On November 17, 2021, the Court held a telephonic informal discovery conference with attorneys of all parties in this action present. Among the issues discussed was Namecheap's objection to the scope of customer information sought by Plaintiffs, that Namecheap asserted was not relevant nor proportional to the needs of the case, and that it would be unduly burdensome on Namecheap to make such a production.
2. At the end of the conference, the Court issued an Order allowing Namecheap to filed their motion seeking to limit the scope of the discovery requests at issue by December 1, 2021, and for opposition and reply briefs to be filed pursuant to "normal response times".
3. In the interim Namecheap's counsel is unable to meet this deadline due to the intervening Thanksgiving holiday weekend and because an attorney working closely on this matter will be on vacation during the week the brief is due.
4. Namecheap's counsel has conferred with Plaintiffs' counsel who has stated that they do not oppose the relief requested in this Motion.
5. A proposed order is attached to this filing, and immediately following the filing of this unopposed motion, Namecheap will submit, via electronic mail, a proposed order to chambers.

Namecheap respectfully requests that the Court extend the deadline to file its Motion by one week, until December 8, 2021, with corresponding opposition and reply deadlines be extended by one week, until December 22, 2021 and December 29, 2021, respectively.

1

Dated: November 24, 2021        **ROME & ASSOCIATES, A.P.C.**

By: *s/ Sridavi Ganesan*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

And

**FENNEMORE CRAIG, P.C.**

Ray K. Harris
Mario C. Vasta

Attorneys for Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc.