**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>WhoisGuard, Inc., et al.,<br>　　　　　　　Defendants. | CASE NO. 2:20-cv-00470-GMS<br><br>**[PROPOSED] ORDER** |
| WhoisGuard, Inc., et al.,<br>　　　　　　　Counterclaimants,<br>　　　v.<br><br>Meta Platforms, Inc.,<br>　　　　　　　Counterclaim Defendant. | |

Before the Court is Defendant and Counterclaimant Namecheap, Inc.'s ("Namecheap") Unopposed Motion for Extension of Time to File its Discovery Motion. (Doc . __)

Namecheap requests an a one week extension to submit its Motion to limit the scope of Plaintiff and Counterclaim Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs WhatsApp, LLC and Instagram, LLC (collectively, "Plaintiffs") discovery requests seek ing Namecheap's customer information; and requests a one week extension for corresponding opposition and reply briefs.  Namecheap also asserts that Plaintiffs have no objections to the Motion.

Accordingly, having considered the Motion and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion for Extension of Time (Doc. __) is GRANTED.  Namecheap shall have until December 8, 2021 to file its discovery motion.  Any opposition and reply briefs to that motion shall also be extended by one week until December 22, 2021 and December 29, 2021, respectively.