# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Meta Platforms, Inc., | |
| Counterclaim Defendant. | |

Before the Court is Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc.'s Unopposed Motion for Extension of Time for Defendant and Counterclaimant Namecheap Inc. to File Its Discovery Motion (Doc. 165). Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' and Counterclaimant's Motion (Doc. 165).

/ / /

**IT IS FURTHER ORDERED** that Namecheap shall have until **December 8, 2021** to file its discovery motion. Any opposition shall be filed on or before **December 22, 2021** and reply briefs shall be filed on or before **December 29, 2021**.

Dated this 1st day of December, 2021.

_____
G. Murray Snow
Chief United States District Judge