SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Namecheap, Inc., et al.,<br><br>　　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' BRIEF CONCERNING NAMECHEAP'S ASSERTION OF PRIVILEGE WITH RESPECT TO REQUEST FOR PRODUCTION NOS. 1-2 [158]** |

I, Steven E. Lauridsen, declare:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to the following facts.

2. On October 1, 2021, Plaintiffs propounded their first set of requests for production to Defendant Namecheap, Inc. A copy of these discovery requests is attached as Exhibit 1.

3. In response to these requests, Namecheap produced only the Service Agreement between itself and Withheld for Privacy ehf ("WFP") as well as a number of publicly available documents, such as blog posts concerning WFP.[1] Namecheap also served a number of objections with its responses. A copy of Namecheap's responses and objections is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 1, 2021 in West Hollywood, California.

    /s/Steven E. Lauridsen
    STEVEN E. LAURIDSEN

---

[1] Namecheap also produced some documents that appear unrelated to the requests at issue, including certain correspondence and unrelated news articles.

1