SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:    (602) 382-6000
Facsimile:    (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    (213) 430-3400
Facsimile:    (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Meta Platforms, Inc., et al., | Case No. CV-20-00470-PHX-GMS |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF LODGING UNDER SEAL UNDER LRCIV 5.6(d)** |
| Namecheap, Inc., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC submit this notice of lodging under LRCiv 5.6(d) and the Court's Order (ECF No. 158), regarding the following documents containing information designated by Defendants Namecheap, Inc. and Whoisguard Inc. under the Protective Order in this case:

- Plaintiffs' Brief Concerning Namecheap's Assertion of Privilege with Respect to Request For Production Nos. 1-2 [158].

On November 17, 2021, the Court ordered that Plaintiffs file a brief setting forth its position challenging Defendant Namecheap, Inc.'s privilege claims concerning certain documents concerning the newly formed entity Withheld for Privacy ehf. ECF No. 158. This order followed a telephonic discovery conference with the Court during which Plaintiffs explained that, based on a service agreement between Withheld for Privacy and Namecheap, Plaintiffs would expect to see certain documents reflecting the service agreement's terms. Namecheap has designated the entire service agreement, including the existence of its terms, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the terms of the protective order in this action (ECF No. 90).

Per LRCiv 5.6(d), Plaintiffs summarize the parties' positions: Defendants previously indicated that they consider the terms of their service agreements constitute AEO information that should be filed under seal. Plaintiffs do not agree but will not oppose a motion to seal these documents for the purposes of the Court adjudicating Plaintiffs' motion in connection with this information is being lodged.

Per LRCiv 5.6(d), Plaintiffs certify that Plaintiffs attempted to confer in good faith and contacted Defendants by email. However, as of the close of business, Plaintiffs had not received a response.

DATED: December 1, 2021                    SNELL & WILMER L.L.P.

By: /s/ Jacob C. Jones
David G. Barker
Jacob C. Jones
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC