**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>WhoisGuard, Inc., et al.,<br>　　　　Defendants.<br><br>WhoisGuard, Inc., et al.,<br>　　　　Counterclaimants,<br>　　v.<br>Meta Platforms, Inc.,<br>　　　　Counterclaim Defendant. | CASE NO. 2:20-cv-00470-GMS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ADDITIONAL DOMAIN NAME DATA AND PAYMENT INFORMATION** |

　　　Before the Court is Plaintiff and Counterclaim Defendant Meta Platforms, Inc. ("Facebook") and Plaintiffs Instagram, LLC and WhatsApp LLC's (collectively, "Plaintiffs") request to compel Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard") (together, "Defendants") to produce the following categories of materials, which Plaintiffs contend are responsive to the Model Initial Discovery Pilot project Order (General Order No. 17-08, Doc. 7) (the "MIDP Order"):

　　　(1) for each customer account associated with any of the domain names at issue in the case, a list of all other domain names associated with that customer account;

(2) payment information for each account;

(3) all contact and account information provided by each customer; and

(4) all notices and complaints associated with each customer account identified, or any domain name associated with the customer account (regardless of whether that domain name is at issue in the case), including all notices of infringement or Uniform Domain-Name Dispute-Resolution Policy ("UDRP") complaints. *See* Ex. A to Dahlberg Decl. at 1-2. During the telephonic discovery dispute conference held on November 17, 2021, Plaintiffs moved the Court to compel Defendants to produce the requested materials.

Having considered the oral argument or the parties and the parties' briefing, the Court finds that the requested material is (1) not relevant or within the scope of the MIDP Order, and (2) not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1).

IT IS THEREFORE ORDERED that Plaintiffs' motion to compel Defendants to produce the requested material is DENIED.