# Exhibit 1

**Subject:** Re: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)
**Date:** Tuesday, November 23, 2021 at 9:43:27 AM Pacific Standard Time
**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>
**CC:** Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, mvasta@fennemorelaw.com <mvasta@fennemorelaw.com>, rharris@fennemorelaw.com <rharris@fennemorelaw.com>, Steele, David J. <David.Steele@tuckerellis.com>, Kroll, Howard A. <Howard.Kroll@tuckerellis.com>, Guye, Helena M. <Helena.Guye@tuckerellis.com>, Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>, Barker, David <dbarker@swlaw.com>, Jones, Jacob <jcjones@swlaw.com>

Steven,

We will be producing additional documents. I am available today or tomorrow for a meet and confer call to discuss our position on each of the categories in your email below.

Brianna

---

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Monday, November 22, 2021 at 5:25 PM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "mvasta@fennemorelaw.com" <mvasta@fennemorelaw.com>, "rharris@fennemorelaw.com" <rharris@fennemorelaw.com>, "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>
**Subject:** RE: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

Brianna,

I'm following up on this. Per the Court's order (ECF No. 158), the parties are to attempt to come to an agreement concerning these documents. It has been nearly a week, so please let us know Defendants' position.

Regards,
Steven

---

**From:** Lauridsen, Steven E.
**Sent:** Thursday, November 11, 2021 10:40 AM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; mvasta@fennemorelaw.com; rharris@fennemorelaw.com; Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Barker, David <dbarker@swlaw.com>; Jones, Jacob <jcjones@swlaw.com>
**Subject:** RE: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

Brianna,

We don't necessarily agree it is productive for Plaintiffs to provide a list of the categories of documents they believe would be responsive to the RFPs given that Namecheap uniquely possesses the knowledge of what documents are in its possession, custody, or control. Regardless, in an effort to facilitate a resolution, we would expect at least the following types of documents to be responsive:

- Drafts of the Service Agreement;
- Correspondence between Withheld for Privacy and Namecheap;
- Correspondence regarding the Service Agreement and the negotiations thereof, including its terms, preparation, and the exchange of drafts;
- The Service Agreement references a "proprietary algorithm," which would be responsive;
- Documents reflecting the manner in which the algorithm was provided/is provided to Namecheap;
- Documents reflecting how any other requirements or terms of the Agreement are fulfilled;
- Payment instructions (e.g., wire instructions);
- Proof of payment under the Agreement;
- Document reflecting how emails are routed through Namecheap's servers;
- Any corporate formation documents or other indicia provided to Namecheap to show that Withheld for Privacy is an active company in good standing;
- Documents reflecting Namecheap informing Whoisguard that Namecheap would be switching service providers; and
- Documents reflecting the transition from Whoisguard as a service provider to Withheld for Privacy.

We would expect each of these categories of documents to exist in an arm's length transaction. This list is not meant to be exhaustive and is for illustrative purposes only.

-Steven

---

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Tuesday, November 9, 2021 6:39 PM
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; mvasta@fennemorelaw.com; rharris@fennemorelaw.com; Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Barker, David <dbarker@swlaw.com>; Jones, Jacob <jcjones@swlaw.com>
**Subject:** Re: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

**<<< EXTERNAL EMAIL >>>**

---

Please call my cell. 818-274-1357.

Sent from my iPhone

> On Nov 9, 2021, at 5:34 PM, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com> wrote:

Brianna,

That time works fine for us. Should I call your mobile then, or would you prefer to call me?

Steven

---

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Tuesday, November 9, 2021 4:50 PM
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; mvasta@fennemorelaw.com; rharris@fennemorelaw.com
**Cc:** Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Barker, David <dbarker@swlaw.com>; Jones, Jacob <jcjones@swlaw.com>
**Subject:** Re: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

**<<< EXTERNAL EMAIL >>>**

---

Steven,

I am available tomorrow morning at 10 am.

Brianna

---

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Tuesday, November 9, 2021 at 3:42 PM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>, Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "mvasta@fennemorelaw.com" <mvasta@fennemorelaw.com>, "rharris@fennemorelaw.com" <rharris@fennemorelaw.com>
**Cc:** "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>
**Subject:** RE: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

Brianna,

Do you have an update as to when we can call the Court? As you know from prior disputes, this scheduling call will take about five minutes, and as we stressed on our Zoom call yesterday, this needs to be brought to the Court's attention immediately given the upcoming amendment deadline and Defendants refusal to stipulate to extend the deadline while we work through this dispute.

-Steven

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Monday, November 8, 2021 4:31 PM
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; mvasta@fennemorelaw.com; rharris@fennemorelaw.com
**Cc:** Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Barker, David <dbarker@swlaw.com>; Jones, Jacob <jcjones@swlaw.com>
**Subject:** Re: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

**<<< EXTERNAL EMAIL >>>**

Steven,

Thank you for leading the meet and confer call today. With respect to Plaintiffs' issues with Defendants' responses, we are conferring with our client and expect to get back to you by close of business tomorrow about a time when we can call the Court.

In the meantime, if you can offer any specificity about additional categories of documents that Plaintiffs believe are responsive to their RFP 1, that would be helpful towards resolving the dispute.

Brianna

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Sunday, November 7, 2021 at 10:25 AM
**To:** Brianna Dahlberg <BDahlberg@romeandassociates.com>, Eugene Rome <erome@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "mvasta@fennemorelaw.com" <mvasta@fennemorelaw.com>, "rharris@fennemorelaw.com" <rharris@fennemorelaw.com>
**Cc:** "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>
**Subject:** RE: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

Brianna,

We can do 2:30-3:00 p.m. I'll circulate a Zoom invite.

Best,
Steven

**From:** Brianna Dahlberg <BDahlberg@romeandassociates.com>
**Sent:** Friday, November 5, 2021 9:39 AM
**To:** Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Eugene Rome <erome@romeandassociates.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; mvasta@fennemorelaw.com; rharris@fennemorelaw.com
**Cc:** Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Barker, David <dbarker@swlaw.com>; Jones, Jacob <jcjones@swlaw.com>
**Subject:** Re: Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

<<< **EXTERNAL EMAIL** >>>

Steven,

We are available on Monday between 11 – 3 pm for a call to discuss your letter. On the same call, we would like to address deficiencies in Plaintiffs' responses and document production.

Please let us know if you are available during that time frame.

Brianna

**From:** "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>
**Date:** Friday, October 29, 2021 at 3:31 PM
**To:** Eugene Rome <erome@romeandassociates.com>, Brianna Dahlberg <BDahlberg@romeandassociates.com>, Sridavi Ganesan <sganesan@romeandassociates.com>, "mvasta@fennemorelaw.com" <mvasta@fennemorelaw.com>, "rharris@fennemorelaw.com" <rharris@fennemorelaw.com>
**Cc:** "Steele, David J." <David.Steele@tuckerellis.com>, "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Guye, Helena M." <Helena.Guye@tuckerellis.com>, "Sindelar, Jeffrey C." <Jeffrey.Sindelar@tuckerellis.com>, "Barker, David" <dbarker@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>
**Subject:** Facebook v. Namecheap - MIDP Deficiency Letter (TE No. 015949-008)

Counsel:

Please see the attached correspondence. Wishing everyone a safe an happy Halloween weekend.

Best regards,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com