# Exhibit 2

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35171 | Attorney-Client | Email | Jenn Suarez | 3/17/2021 12:26 PM | Eugene Rome <erome@romeandassociates.com> (Outside counsel for Defendants) | Jenn Suarez <jenn@namecheap.com> (Namecheap Legal) | | | RE: Withheld for Privacy Service Agreement (Namecheap).doc | |
| 2 | 37182 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/17/2021 10:29 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> (Namecheap Product Manager, Domains) | Hillan Klein <hillan@namecheap.com> (Namecheap COO) | Brennan Walter <brennan.walter@namecheap.com> (Namecheap Legal); Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> (Namecheap Product Manager, Domains); Elpida Moutsiou <moutsiou.elpida@namecheap.com> (Global Marketing Manager, Domains) ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com> (Namecheal Legal) | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 3 | 37258 | Attorney-Client | Email | Jenn Suarez | 3/11/2021 10:11 AM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | | RE: Agreements | |
| 4 | 37478 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/17/2021 11:15 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Brennan Walter <brennan.walter@namecheap.com>; Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> ;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communicating questions related to lawsuit to Legal Department |
| 5 | 37624 | Attorney-Client | Email | Jenn Suarez | 3/15/2021 6:10 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: lets discuss | |
| 6 | 38165 | Attorney-Client | Email | Jenn Suarez | 2/9/2021 6:30 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 7 | 39187 | Attorney-Client | Email | Jenn Suarez | 3/10/2021 3:11 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | | RE: Agreements | |
| 8 | 39348 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 3/12/2021 2:48 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Patti Strombeck <patti.strombeck@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | Re: WithHeldForPrivacy Docs | |
| 9 | 39448 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 3/12/2021 7:26 AM | Patti Strombeck <patti.strombeck@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | Re: WithHeldForPrivacy Docs | |
| 10 | 40467 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/16/2021 9:06 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Brennan Walter <brennan.walter@namecheap.com>; Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 11 | 40541 | Attorney-Client | Email | Jenn Suarez | 2/8/2021 12:58 PM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 12 | 40855 | Attorney-Client | Email | Jenn Suarez | 3/10/2021 2:32 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | | Agreements | |
| 13 | 41103 | Attorney-Client | Email | Jenn Suarez | 2/10/2021 12:49 PM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 14 | 41333 | Attorney-Client | Email | Jenn Suarez | 1/28/2021 8:00 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 15 | 41543 | Attorney-Client | Email | Jenn Suarez | 2/11/2021 4:26 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 41635 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/15/2021 7:02 PM | Hillan Klein <hillan@namecheap.com> | Brennan Walter <brennan.walter@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck <patti.strombeck@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 17 | 42729 | Attorney-Client | Email | Jenn Suarez | 2/9/2021 11:15 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 18 | 44135 | Attorney-Client | Email | Jenn Suarez | 2/9/2021 5:57 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 19 | 44325 | Attorney-Client | Email | Jenn Suarez | 2/10/2021 5:10 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 20 | 44458 | Attorney-Client | Email | Jenn Suarez | 3/8/2021 1:15 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com> | | Re: Namecheap website privacy service ToS | |
| 21 | 45469 | Attorney-Client | Email | Jenn Suarez | 1/26/2021 5:42 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 22 | 46262 | Attorney-Client | Email | Jenn Suarez | 3/4/2021 4:49 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 23 | 48422 | Attorney-Client | Email | Jenn Suarez | 3/9/2021 1:55 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 24 | 48679 | Attorney-Client | Email | Jenn Suarez | 12/21/2021 1:12 PM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 25 | 52257 | Attorney-Client | Email | Jenn Suarez | 1/11/2021 9:45 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 26 | 52310 | Attorney-Client | Email | Jenn Suarez | 12/15/2021 1:40 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: FW: Iceland LLC | |
| 27 | 53740 | Attorney-Client | Email | Jenn Suarez | 1/15/2021 6:15 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 28 | 53892 | Attorney-Client | Email | Jenn Suarez | 12/15/2021 2:11 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | RE: Iceland LLC | |
| 29 | 55023 | Attorney-Client | Email | Jenn Suarez | 12/15/2021 2:18 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | RE: Iceland LLC | |
| 30 | 55187 | Attorney-Client | Email | Jenn Suarez | 12/15/2021 1:35 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | | | FW: Iceland LLC | |
| 31 | 55196 | Attorney-Client | Email | Jenn Suarez | 12/15/2021 1:55 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | | | RE: Iceland LLC | |
| 32 | 55428 | Attorney-Client | Email | Jenn Suarez | 1/15/2021 2:49 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 33 | 55666 | Attorney-Client | Email | Jenn Suarez | 1/11/2021 9:30 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 56152 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 2:13 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Iceland LLC | |
| 35 | 57080 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 1:53 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | RE: FW: Iceland LLC | |
| 36 | 57964 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 2:19 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Iceland LLC | |
| 37 | 59388 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 10:23 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | |
| 38 | 59772 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 2:06 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Iceland LLC | |
| 39 | 61400 | Attorney-Client;Work-Product | Email | Jenn Suarez | 12/7/2020 12:06 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | | | Privacy Service | |
| 40 | 62666 | Attorney-Client | Email | Jenn Suarez | 12/7/2020 12:44 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Privacy Service | |
| 41 | 66626 | Attorney-Client | Email | Jenn Suarez | 2/25/2021 7:16 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 42 | 66697 | Attorney-Client | Email | Jenn Suarez | 2/25/2021 7:43 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 43 | 66887 | Attorney-Client | Email | Jenn Suarez | 3/1/2021 7:32 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 44 | 67027 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 2:17 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | Dorielle Hammonds <dhammonds@romeandassociates.com> | | RE: WithheldForPrivacy ToS | |
| 45 | 68085 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 4:19 PM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 46 | 68109 | Attorney-Client | Email | Jenn Suarez | 3/1/2021 2:24 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 47 | 68559 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 7:23 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 48 | 68814 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 3:35 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | Dorielle Hammonds <dhammonds@romeandassociates.com> (Paralegal) | | RE: WithheldForPrivacy ToS | |
| 49 | 69138 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 8:06 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 50 | 69319 | Attorney-Client | Email | Jenn Suarez | 1/5/2021 7:03 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 51 | 70304 | Attorney-Client | Email | Jenn Suarez | 1/6/2021 4:38 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 52 | 70330 | Attorney-Client | Email | Jenn Suarez | 1/4/2021 7:56 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 70332 | Attorney-Client | Email | Jenn Suarez | 1/5/2021 7:28 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 54 | 71114 | Attorney-Client | Email | Jenn Suarez | 2/2/2021 10:32 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 55 | 71123 | Attorney-Client | Email | Jenn Suarez | 1/6/2021 7:07 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 56 | 71195 | Attorney-Client | Email | Jenn Suarez | 2/1/2021 6:54 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 57 | 71219 | Attorney-Client | Email | Jenn Suarez | 3/2/2021 10:48 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | | Re: Draft WFP ToS | |
| 58 | 71287 | Attorney-Client | Email | Jenn Suarez | 2/1/2021 9:13 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 59 | 71440 | Attorney-Client | Email | Jenn Suarez | 1/8/2021 2:29 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 60 | 71463 | Attorney-Client | Email | Jenn Suarez | 1/5/2021 6:27 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 61 | 72045 | Attorney-Client | Email | Jenn Suarez | 2/25/2021 12:22 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 62 | 72064 | Attorney-Client | Email | Jenn Suarez | 2/1/2021 2:16 PM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 63 | 72184 | Attorney-Client | Email | Jenn Suarez | 2/2/2021 2:45 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 64 | 72277 | Attorney-Client | Email | Jenn Suarez | 1/19/2021 8:06 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 65 | 72308 | Attorney-Client | Email | Jenn Suarez | 2/12/2021 6:28 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 66 | 72409 | Attorney-Client | Email | Jenn Suarez | 2/2/2021 10:28 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 67 | 72657 | Attorney-Client | Email | Jenn Suarez | 2/18/2021 6:28 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jennifer Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com>;Owen Smigelski <owen.smigelski@namecheap.com> (ICANN Compliance) | | | Domain contacts after expiration | Communication with Legal Department regarding change to privacy service |
| 68 | 72661 | Attorney-Client | Email | Jenn Suarez | 2/2/2021 11:32 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 69 | 73721 | Attorney-Client | Email | Jenn Suarez | 2/18/2021 6:51 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 74005 | Attorney-Client | Email | Jenn Suarez | 1/7/2021 6:09 AM | Jenn Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 71 | 74036 | Attorney-Client | Email | Jenn Suarez | 1/21/2021 2:13 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 72 | 74061 | Attorney-Client | Email | Jenn Suarez | 1/21/2021 6:15 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 73 | 74444 | Attorney-Client | Email | Jenn Suarez | 2/2/2021 11:07 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 74 | 74532 | Attorney-Client | Email | Jenn Suarez | 2/18/2021 6:49 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 75 | 74790 | Attorney-Client | Email | Jenn Suarez | 1/19/2021 9:42 AM | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com>; Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 76 | 75375 | Attorney-Client | Email | Jenn Suarez | 1/22/2021 4:49 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 77 | 75640 | Attorney-Client | Email | Jenn Suarez | 1/22/2021 6:23 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 78 | 76388 | Attorney-Client | Email | Jenn Suarez | 2/12/2021 9:44 AM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Brianna Dahlberg <BDahlberg@romeandassociates.com> (Outside counsel) | | Re: Regus - Phone answering | |
| 79 | 76530 | Attorney-Client | Email | Jenn Suarez | 2/3/2021 7:17 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 80 | 76563 | Attorney-Client | Email | Jenn Suarez | 2/12/2021 9:24 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 81 | 77160 | Attorney-Client | Email | Jenn Suarez | 1/19/2021 9:29 AM | Hillan Klein <hillan@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 82 | 92683 | Attorney-Client | Email | Jenn Suarez | 12/15/2020 3:04 PM | Jenn Suarez <jenn@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | | Re: Iceland LLC | |
| 83 | 95670 | Attorney-Client | Email | Jenn Suarez | 8/16/2021 2:57 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | | | Re: Notice of Actionable Harm – Proxy Services Disclosure Request - Withheld for Privacy (TE No. 015949-008) | |
| 84 | 95747 | Attorney-Client | Email | Jenn Suarez | 3/10/2021 3:03 PM | Jenn Suarez <jenn@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | | | Re: Agreements | |
| 85 | 96355 | Attorney-Client | Email | Jenn Suarez | 3/10/2021 4:39 PM | Jenn Suarez <jenn@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | | | Re: Agreements | |
| 86 | 101462 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 3/28/2019 5:22 PM | Patti Strombeck <patti.strombeck@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Patti Strombeck <patti.strombeck@namecheap.com> | | Country Research-Iceland, Switzerland & Cayman Islands | |
| 87 | 102133 | Attorney-Client;Work-Product | Word | Jenn Suarez;Patti Strombeck | 3/28/2019 5:21 PM | Patti Strombeck | Jenn Suarez | | | Country Review Part 2.docx | |
| 88 | 152762 | Attorney-Client;Work-Product | Word | Jenn Suarez;Patti Strombeck | 4/12/2019 8:31 AM | Patti Strombeck | Jenn Suarez | | | Additional Country research questions.docx | |
| 89 | 153961 | Attorney-Client;Work-Product | Word | Jenn Suarez | 2/16/2017 4:46 PM | Jenn Suarez | Hillan Klein; Rick Kirkendall (Namecheap CEO) | | | Country Review.docx | |
| 91 | 29937 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 4/3/2019 10:13 AM | Patti Strombeck <patti.strombeck@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | | Re: Country Research v2 Follow up questions | |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 168169 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/17/2021 5:31 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Brennan Walter <brennan.walter@namecheap.com>;J enn Suarez <jenn@namecheap.com> | Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com>; Hillan Klein <hillan@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service and the lawsuit |
| 93 | 169763 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 3/11/2021 7:08 PM | Patti Strombeck <patti.strombeck@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | WithHeldForPrivacy Docs | |
| 94 | 169944 | Attorney-Client;Work-Product | Word | Jenn Suarez;Patti Strombeck | 3/11/2021 6:17 PM | Patti Strombeck | Jenn Suarez; Julia Zinovieva | | | NC site_ Whois Privacy Service Agmt 3-8-2021 v2.docx | |
| 95 | 169945 | Attorney-Client;Work-Product | Word | Jenn Suarez;Patti Strombeck | 3/11/2021 6:18 PM | Jenn Suarez | Patti Strombeck; Julia Zinovieva | | | WfP website Privacy Statement v.2.docx | |
| 96 | 169946 | Attorney-Client;Work-Product | Word | Jenn Suarez;Patti Strombeck | 3/11/2021 6:26 PM | Jenn Suarez | Patti Strombeck; Julia Zinovieva | | | WfP Website Language_3-1-21.v2.docx | |
| 97 | 170521 | Attorney-Client;Work-Product | Email | Jenn Suarez | 3/11/2021 12:17 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | | Agreements | |
| 98 | 170741 | Attorney-Client;Work-Product | Word | Jenn Suarez | 3/11/2021 12:15 PM | Jenn Suarez | Eugene Rome | | | WfP Website Language_3-1-21.docx | |
| 99 | 170742 | Attorney-Client;Work-Product | Word | Jenn Suarez | 3/10/2021 1:49 PM | Patti Strombeck | Jenn Suarez; Eugene Rome | | | NC site_ Whois Privacy Service Agmt 3-8-2021.docx | |
| 100 | 170743 | Attorney-Client;Work-Product | Word | Jenn Suarez | 3/11/2021 10:57 AM | Jenn Suarez | Eugene Rome | | | WfP website Privacy Statement.docx | |
| 101 | 171098 | Attorney-Client | Email | Jenn Suarez | 3/17/2021 11:45 AM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | | Withheld for Privacy Service Agreement (Namecheap).doc | |
| 102 | 171163 | Attorney-Client;Work-Product | Word | Jenn Suarez | 3/17/2021 11:43 AM | Eugene Rome | Jenn Suarez | | | Withheld for Privacy Service Agreement (Namecheap).doc | |
| 103 | 174287 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/16/2021 8:55 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Brennan Walter <brennan.walter@namecheap.com>; Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com>; Hillan Klein <hillan@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 104 | 174825 | Attorney-Client | Email | Jenn Suarez | 1/28/2021 3:08 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Marina Savina <marina@namecheap.com> | | Re: Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 105 | 217226 | Attorney-Client | Email | Jenn Suarez | 2/1/2021 10:18 AM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | | | FW: Update from Iceland | |
| 106 | 286234 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/15/2021 6:48 PM | Brennan Walter <brennan.walter@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Julia Zinovieva <julia.zinovieva@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck <patti.strombeck@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 107 | 286287 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/16/2021 12:18 PM | Brennan Walter <brennan.walter@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Julia Zinovieva <julia.zinovieva@namecheap.com> | Marina Savina <marina@namecheap.com>;Elpida Moutsiou <moutsiou.elpida@namecheap.com> ;Patti Strombeck-Templeton <patti.strombeck@namecheap.com>; Hillan Klein <hillan@namecheap.com> | | Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 108 | 287830 | Attorney-Client | Email | Brennan Walter;Jenn Suarez;Patti Strombeck | 3/15/2021 5:53 PM | Brennan Walter <brennan.walter@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Patti Strombeck <Patti.strombeck@namecheap.com> | | | Jenn & Patti Re: URGENT Touching base re: change to Privacy service | Communication with Legal Department regarding change to privacy service |
| 109 | 319945 | Attorney-Client | Email | Jenn Suarez | 8/16/2021 2:54 PM | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com> | Eugene Rome <ERome@RomeAndAssociates.com > | | Fwd: Notice of Actionable Harm – Proxy Services Disclosure Request - Withheld for Privacy (TE No. 015949-008) | |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 342240 | Attorney-Client | Email | Jenn Suarez;Patti Strombeck | 3/24/2021 4:20 AM | Elena Teplytskaya <elena.t@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Patti Strombeck-Templeton <patti.strombeck@namecheap.com>; domainops@namecheap.com | | Re: .NG TLDs onboarding | Communication with Legal Department regarding change to privacy service |
| 111 | 444173 | Attorney-Client | Email | Brennan Walter;Jenn Suarez | 4/14/2021 8:04 AM | Eugene Rome <erome@romeandassociates.com> | Gunnar Egill Egilsson <gunnar.egilsson@nordik.is> (Iceland counsel) | Sigmar Páll Jónsson <sigmar@nordik.is> (Iceland counsel); Brennan Walter <brennan.walter@namecheap.com> | | Re: 007-2021-011844 | |
| 112 | 446062 | Attorney-Client | Email | Brennan Walter;Jenn Suarez | 3/25/2021 7:45 PM | Hillan Klein <hillan@namecheap.com> | Sridavi Ganesan <sganesan@romeandassociates.com>;Rick Kirkendall <richard.k@namecheap.com> | Brianna Dahlberg <BDahlberg@romeandassociates.com>;Brennan Walter <brennan.walter@namecheap.com>; Jenn Suarez <jenn@namecheap.com>;Eugene Rome <erome@romeandassociates.com>; Brad Cebeci <bcebeci@romeandassociates.com>; Jennifer Cho <JCho@romeandassociates.com> | | Re: Facebook v. Namecheap - Registrar's Certificate | |
| 113 | 453127 | Attorney-Client | Email | Brennan Walter;Jenn Suarez | 3/25/2021 5:12 PM | Brianna Dahlberg <BDahlberg@romeandassociates.com> | Sridavi Ganesan <sganesan@romeandassociates.com>;Brennan Walter <brennan.walter@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | Eugene Rome <erome@romeandassociates.com>; Brad Cebeci <bcebeci@romeandassociates.com>; Jennifer Cho <JCho@romeandassociates.com>;Hillan Klein <hillan@namecheap.com> | | Re: Facebook v. Namecheap - Registrar's Certificate | |
| 114 | 501932 | Attorney-Client | Email | Jenn Suarez | 3/29/2021 10:09 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Owen Smigelski <owen.smigelski@namecheap.com> | | Re: Domain contacts after expiration | Communication with Legal Department regarding change to privacy service |
| 115 | 501999 | Attorney-Client | Email | Jenn Suarez | 4/13/2021 3:38 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Owen Smigelski <owen.smigelski@namecheap.com> | Hillan Klein <hillan@namecheap.com> | | Re: Domain contacts after expiration | Communication with Legal Department regarding change to privacy service |
| 116 | 502011 | Attorney-Client | Email | Jenn Suarez | 4/5/2021 8:08 AM | Owen Smigelski <owen.smigelski@namecheap.com> | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | | Re: Domain contacts after expiration | Communication with Legal Department regarding change to privacy service |
| 117 | 502023 | Attorney-Client | Email | Jenn Suarez | 4/7/2021 5:09 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Owen Smigelski <owen.smigelski@namecheap.com> | Hillan Klein <hillan@namecheap.com> | | Re: Domain contacts after expiration | Communication with Legal Department regarding change to privacy service |
| 118 | 502071 | Attorney-Client | Email | Jenn Suarez | 3/19/2021 11:16 AM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Sergio Hernandez <serher20@hotmail.com>;Jenn Suarez <jenn@namecheap.com> | | Re: Iceland company | |
| 119 | 502109 | Attorney-Client | Email | Jenn Suarez | 3/24/2021 9:28 AM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Bank | |
| 120 | 502138 | Attorney-Client | Email | Jenn Suarez | 3/23/2021 4:47 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | | | FW: Bank | |
| 121 | 502145 | Attorney-Client | Email | Jenn Suarez | 4/21/2021 1:35 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: FW: question - Withhelp for privacy | |
| 122 | 502153 | Attorney-Client | Email | Jenn Suarez | 3/23/2021 7:50 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | RE: FW: Bank | |
| 123 | 502156 | Attorney-Client | Email | Jenn Suarez | 4/5/2021 7:40 AM | Julia Zinovieva <julia.zinovieva@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | Hillan Klein <hillan@namecheap.com>;Owen Smigelski <owen.smigelski@namecheap.com> | | Re: Domain contacts after expiration | |
| 124 | 502173 | Attorney-Client | Email | Jenn Suarez | 3/24/2021 6:19 AM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: Bank | |
| 125 | 502195 | Attorney-Client | Email | Jenn Suarez | 3/23/2021 5:20 PM | Hillan Klein <hillan@namecheap.com> | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com> | | Re: FW: Bank | |
| 126 | 502252 | Attorney-Client | Email | Jenn Suarez | 4/21/2021 1:26 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com>;Jenn Suarez <jenn@namecheap.com> | | | FW: question - Withhelp for privacy | |
| 127 | 502256 | Attorney-Client | Email | Jenn Suarez | 4/21/2021 1:37 PM | Eugene Rome <erome@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com> | | RE: FW: question - Withhelp for privacy | |

| Row | Document Id | Privilege Type | Document Type | Custodian | Date | Sender / Author | To | CC | BCC | Subject / Filename | Privilege Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 502362 | Attorney-Client | Email | Jenn Suarez | 4/5/2021 7:18 PM | Sridavi Ganesan <sganesan@romeandassociates.com> | Hillan Klein <hillan@namecheap.com> | Jenn Suarez <jenn@namecheap.com>;Eugene Rome <erome@romeandassociates.com>; Brianna Dahlberg <BDahlberg@romeandassociates.co m>;Rick Kirkendall <richard.k@namecheap.com> | | RE: Facebook v. Namecheap - Klein Declaration in support of Opp to Motion to Enforce | |
| 129 | 502385 | Attorney-Client;Work-Product | Word | Jenn Suarez | 4/5/2021 7:17 PM | Sridavi Ganesan | Hillan Klein; Jenn Suarez; Rick Kirkendall; Eugene Rome; Brianna Dahlberg | | | Klein Declaration.docx | Draft declaration |
| 130 | 502426 | Attorney-Client | Email | Jenn Suarez | 3/19/2021 10:30 AM | Eugene Rome <erome@romeandassociates.com> | Sergio Hernandez <serher20@hotmail.com> | Jenn Suarez <jenn@namecheap.com>;Hillan Klein <hillan@namecheap.com> | | FW: Iceland company | |
| 131 | 511828 | Attorney-Client; Joint Defense Privilege; Work-Product | Pdf | Rome & Associates | 11/29/2021 2:23 PM | Miller Barondess, LLP (Counsel for Sergio Hernandez and WFP) | | | | Joint Defense Agreement - Facebook Litigation, Fully Signed.pdf | Joint Defense Agreement between Sergio Hernandez, Withheld for Privacy, and Namecheap |
| 132 | 511829 | Attorney-Client; Joint Defense Privilege; Work-Product | Word | Rome & Associates | 11/24/2021 11:47 AM | Miller Barondess, LLP | | | | Joint Defense Agreement - Facebook Litigation.DOC | Draft of Joint Defense Agreement |
| 133 | 511817 | Attorney-Client | Email | Rome & Associates | 11/29/2021 2:19 PM | Jenn Suarez <jenn@namecheap.com> | Eugene Rome <erome@romeandassociates.com>;Sr idavi Ganesan <sganesan@romeandassociates.com >;Brianna Dahlberg <BDahlberg@romeandassociates.com | Sridavi Ganesan <sganesan@romeandassociates.co m>;Brianna Dahlberg <BDahlberg@romeandassociates.co m> | | Re: | Attorney-client communication regarding Joint Defense Agreement |
| 134 | 511826 | Attorney-Client | Email | Rome & Associates | 11/29/2021 1:20 PM | Eugene Rome <erome@romeandassociates.com> | Jenn Suarez <jenn@namecheap.com>;Sridavi Gan esan <sganesan@romeandassociates.com >;Brianna Dahlberg <BDahlberg@romeandassociates.com | Sridavi Ganesan <sganesan@romeandassociates.co m>;Brianna Dahlberg <BDahlberg@romeandassociates.co m> | | FW: RE: | Attorney-client communication regarding Joint Defense Agreement |
| 135 | 511407 | Attorney-Client;Work-Product | Email | Namecheap;Rome & Associates | 3/15/2021 9:31 PM | Eugene Rome <erome@romeandassociates.com> | Brad Cebeci <bcebeci@romeandassociates.com>; Brianna Dahlberg <BDahlberg@romeandassociates.com >;Sridavi Ganesan <sganesan@romeandassociates.com > | | | Proposed additional release | |