# Exhibit 1

1

2

3

4

5

6

7

8

9

10

11  Meta v. Namecheap

12  Domain Name Wire Podcast

13  Andrew Allemann

14  Episode 361

15  Namecheap COO Hillan Klein

16

17

18

19

20

21

22

23

24

25

Page 1

1              ANDREW ALLEMAN:  Welcome to the Domain
2    Name Wire Podcast.  I'm your host, Andrew
3    Allemann, and this is episode number 361.
4              Last month I spoke to Tucows CEO,
5    Elliot Noss about DNS abuse, and an initiative
6    his company is undertaking.  Well, today, I chat
7    with Namecheap COO, Hillan Klein.
8              Namecheap is the second largest
9    standalone retail registrar, and Klein explains
10   that Namecheap employs over 100 people to tackle
11   abuse.  He explains the company's philosophy
12   about privacy as it relates to alleged abuse, and
13   what Namecheap has done to clean up problems that
14   manifested last year as the pandemic took off. '
15             It's a very frank discussion, and I was
16   really surprised by some of the things that the
17   bad guys do to try to slow down Namecheap's
18   efforts.
19             So, stay tuned for that discussion.
20   But first, a word from our sponsor.  Our sponsor
21   this week is Dan.com and its API Partnership
22   Program.
23             Meet the first domain distribution
24   network.  Dan offers the most advanced
25   distribution network and domain ownership

1  transfer infrastructure, via its new API.  It
2  helps register our customers, discover and buy
3  unused domain names hassle free.  To learn more,
4  contact Dan.com, or go to its website and you'll
5  find a link to the API Partnership program on the
6  bottom of the page.  Thanks again to Dan.com for
7  sponsoring today's episode.
8        Let's run through some of the news
9  items in the domain name business before we chat
10  with Hillan.
11        First up, Facebook has renamed itself
12  Meta, and is forwarding the domain name Meta.com
13  to a page on Facebook.com.  The rebranding
14  reminds me a lot of what Alphabet did, back
15  around 2015, when it created a corporate umbrella
16  named Alphabet, but kept its iconic brand name,
17  such as Google and YouTube.  So, don't expect the
18  names Facebook and Instagram and WhatsApp to go
19  away.  However, you will see the name Meta as its
20  corporate name.
21        Now, I have a couple of thoughts on
22  this as it relates to domain investment.  First
23  of all, the term 'meta' and 'metaverse' have been
24  very popular now for a while.  And in the past
25  two to three months, meta domains have been

Page  3

```
 1   selling for a lot of money.  So, this should add
 2   some fuel to the fire there.
 3          At the same time, I don't expect
 4   Facebook itself to be buying a lot of these
 5   domains.  It will certainly buy some, but it's
 6   not like a brand that it's going to go out there
 7   and really be able to protect, except as it
 8   relates to its specific products; because it is
 9   this kind of generic term out there, or even
10   dictionary term at this point, that a lot of
11   people use.  And again, its Facebook brand is not
12   going away; this is more of a corporate umbrella
13   domain.
14          In other news, Verisign reported
15   earnings on Thursday after the market closed.
16   Revenue in the dot com, dot net domains under
17   management base were both up 5.1 percent in the
18   third quarter of 2021, compared to the same
19   quarter last year.  There were 10.7 new dot com
20   and dot net domains registered in the quarter.
21   That was down from 10.9 million in the same
22   quarter last year.  Of course, remember, this
23   time last year, companies were still flocking
24   online and creating a digital strategy, because
25   they were closed down due to COVID.
```

Page 4

1          And a SAS company that helps people

2    redact documents, has upgraded its domain name

3    from Redactable.co to Redactable.com through a

4    UDRP.  But it would have been a lot cheaper just

5    to buy the domain name.  Redactable, Inc. filed

6    the dispute against the owner of Paper Free

7    Corporation.  That's a document management

8    company that offers redaction tools.

9          Now, the owner of that company said

10   that he was surprised to see that Redactable,

11   Inc. had not acquired Redactable.com and gone

12   with the dot co, because it was available for

13   sale for only $2,200 on Brand Bucket.  So, he

14   bought it there.

15          Now, think about what happened there.

16   First of all, he bought this domain just in

17   September.  And then Redactable filed this UDRP

18   shortly thereafter.  So, it could have acquired

19   the domain name in September for $2,200.

20   Instead, it had to pay the UDRP filing fees, and

21   lawyers, to file the complaint.  So, it ended up

22   spending more money than it could have acquired

23   the domain name for.  Now, it did win the case,

24   and will get the domain name, but it spent more

25   money than it had to.

Veritext Legal Solutions
866 299-5127

1          And in another UDRP case, a WIPO panel

2     rejected a cybersquatting complaint against the

3     valuable domain name, Observe.com.

4          And finally, on the news front, a

5     stolen domain name lawsuit against the valuable

6     domain 509.com was dismissed.  A Chinese man

7     filed the lawsuit, saying the domain name was

8     stolen from him.  But a domain name investor who

9     bought the domain in a Sedo auction for $109,000,

10    showed up to defend the case.

11         All right, there is more news from the

12    past week on DomainNameWire.com, but now let's

13    move onto our guests and chat with Hillan.

14         My guest today is Hillan Klein.  He is

15    the COO of Namecheap.  Welcome to the show.

16         HILLAN KLEIN:  Thank you, appreciate

17    you having me.

18         ANDREW ALLEMAN:  So, I'd like for you -

19    - you know, Namecheap is a private company, share

20    some of your financials and size information.  I

21    know you've been in Inc. 5000 a few times as

22    well.  But paint a picture for us.  How big is

23    Namecheap today?

24         HILLAN KLEIN:  Yeah, I mean, we're a

25    fast-growing domain registrar hosting services

1    provider.  We have over 14 million domains under

2    management.  We're a direct-to-consumer business,

3    so we don't have a reseller or a large reseller

4    business at least.  And so, we really consider

5    those 14 million domains end consumers, and so we

6    manage that relationship; which is something we

7    appreciate and we are really proud of.

8            We've got over three million active

9    users and growing, on our platform.  And as, over

10   the last few years, we've continued to grow, with

11   that growth actually accelerating, both in terms

12   of acquiring new customers -- I know in 2020 we

13   added over a million new customers onto our

14   platform.  And our, of course, growing market

15   share in terms of domains under management, as

16   well as in the hosting, email services and array

17   of other, I guess, industries as well.

18           So, that's just a little about

19   Namecheap and, I guess, our scale.

20           ANDREW ALLEMAN:  Yeah.  When I think

21   about Namecheap, I do a monthly report on the dot

22   com side, as far as which registrars are biggest.

23   And, you know, a lot of the registrar, it's

24   registrar families as far as, instead of just an

25   individual registrar, like I think of Namecheap.

Veritext Legal Solutions
866 299-5127

```
1    So, really, you're probably -- I guess, do you
2    consider yourself the second biggest when you
3    don't think of these conglomerates adding up all
4    their registrars together?
5              HILLAN KLEIN:  That's right, yeah.
6    When you consider, again, direct-to-consumer, so
7    direct to the end registrar, we consider ourself
8    the second largest, absolutely.
9              ANDREW ALLEMAN:  What about people?
10   Give me an idea of scale on people?
11             HILLAN KLEIN:  People within our team?
12             ANDREW ALLEMAN:  Yeah, sorry.
13             HILLAN KLEIN:  Yeah, so, we're just shy
14   of about 2,000 people across the globe.  And that
15   comprises of everything from technology to, of
16   course, our very important customer support, our
17   abuse teams, our operational teams, our marketing
18   product, our business intelligence, and the list
19   goes on.  So, we have, really a comprehensive
20   organization and it's growing, as you can
21   imagine.
22             ANDREW ALLEMAN:  And you mentioned all
23   of your customers, it's direct relationships with
24   them.  How would you characterize them?  Are they
25   mostly small businesses?  Are there domain
```

Veritext Legal Solutions
866 299-5127

```
 1    investors in there?  How would you characterize
 2    your customers?
 3            HILLAN KLEIN:  I mean, of course, we
 4    have some domain investors, but that's certainly
 5    not the -- our bread and butter; that's not the
 6    majority of our customer base.  The majority of
 7    our customer base, as you mentioned, small
 8    business customers, people who are entrepreneurs,
 9    starting up new businesses, new ideas, getting
10    online; or building and growing existing
11    businesses.  And we've seen, through COVID, we
12    saw this huge influx of new customers who came
13    onto our platform, who already had existing
14    businesses, many of them brick and mortar, having
15    to come online, and then grow their presence
16    online.  And so, we offer solutions that help
17    them to do that.
18            ANDREW ALLEMAN:  So, as one of the
19    biggest domaining registrars, obviously, you're
20    dealing with, you know, at least a proportional
21    amount of kind of bad actors out there, right,
22    and DNS abuse that you need to tackle.  And it's
23    a topic we have discussed on this podcast before
24    with other companies.  I think all registrars
25    take a different approach to it.
```

Page  9

1           I'm curious what you're doing now to
2   handle DNS abuse, and maybe how that compares to,
3   say, three years ago.
4           HILLAN KLEIN:  Sure, yeah, of course.
5   Unfortunately, we'll have to deal with DNS abuse.
6   It's not something that any of us want to have to
7   deal with, because nobody wants abuse on your
8   platform.  But unfortunately, we all do have to.
9   And, as you said, we all take different
10  approaches.  And Namecheap has always fought
11  abuse on our platform.
12          Now, we invest millions of dollars a
13  year, and we have a 24-by-7 abuse team that
14  really is focused on combatting this problem.
15  And I might start, like, start further back and
16  then move forward to what we're doing now,
17  because that may just make a bit more sense.
18          And for many years, as a growing
19  business, we were constantly trying to keep up
20  with growing abuse.  And we were doing an okay
21  job; I wouldn't say we were doing a great job.
22  But part of the challenge for us, is we have a
23  very strong belief in due process, and in
24  privacy, for our customers, for our consumers.
25  And so, it was a tough balancing act, as we felt

Veritext Legal Solutions
866 299-5127

```
 1    that being too aggressive could also jeopardize
 2    or impact our actual customers, the real
 3    customers -- not those that are doing something
 4    wrong; those who are doing something right.
 5              And so, we were constantly trying to
 6    balance how aggressive we needed to be in
 7    fighting abuse, while at the same time, removing
 8    abuse from our platform.  We never, in our 20-
 9    year history, or 21-year history, have we ever
10    wanted any kind of abuse on our platform.
11              And we've now taken a new approach,
12    which I'll talk about in just a moment.  But it
13    set our mind at ease on the front in terms of due
14    process and privacy, because it's really focused
15    on scams, on phishing, where there are telltale
16    signs.  And that doesn't mean we've taken a step
17    back in any way, when it comes to our commitment
18    to due process and our commitment to privacy.
19              ANDREW ALLEMAN:  The easiest thing to
20    do is just take down every site as a complaint.
21    But we all know that some of those are spurious.
22    I had, a couple of years ago, all of my sites --
23    my business was down, my wife's business was
24    down.  And when I started digging into it,
25    someone had made a complaint to our webhost that
```

Veritext Legal Solutions
866 299-5127

```
 1    we were spamming.  And we finally got a copy of
 2    the email they sent, and it was someone who had
 3    basically copied the homepage of Domain Name
 4    Wire, and for some reason, included it in an
 5    email they sent that was marked as spam.  And
 6    that one thing took down all of our sites.
 7              HILLAN KLEIN:  Which is just
 8    ridiculous, because you're not a bad actor,
 9    you're not somebody who's out there spamming and
10    abusing, I would assume.  And the reality is,
11    that taking down legitimate websites can cost
12    people a lot of money, and it can really affect
13    people's brands and their business and their
14    livelihood.
15              And so, we take that seriously.  It's
16    not something that we can just gamble with.  And
17    so, that's, again, as you pointed out, why it's
18    so crucial that we investigate each and every
19    complaint that we get, and only take action when
20    there is clear evidence of abuse.  And we do
21    that, we make that investment -- that time
22    investment, that resource investment, and that
23    cost, because we really want to safeguard all of
24    our customers; which, honestly, are more than 99
25    percent of our customers, who are not bad actors,
```

Page 12

```
 1   and safeguard their domains and their websites.
 2   And we've been building tools to -- with this in
 3   mind.
 4           As an example, we've built a tool that
 5   allows us to block phishing content that's hosted
 6   on our service, instantaneously, without taking
 7   down and having to suspect the entire hosting
 8   account, so that the abuse is offline.  And then,
 9   we can speak with our customer.  And this is
10   typically used when there's been a breach of the
11   customer's account; they're, perhaps their
12   credentials were breached externally and somebody
13   managed to get in there.  And so that they can
14   cure that breach, they can resolve that, without
15   us taking down their website, which is a
16   legitimate website, that somebody else had
17   hijacked.
18           So, we're building tools like that, to
19   really make sure that we can protect those
20   customers, and at the same time, we can remove
21   that abuse as quickly as possible.
22           And so, I would say, look, I mentioned
23   we investigate each and every complaint we
24   receive.  And when COVID hit, in 2020, we really
25   underestimated the impact it would have in terms
```

Page 13

1    of abuse on our platform.  It really, it
2    literally doubled the amount of abuse on our
3    platform.
4              And, as you can imagine, moving all of
5    our teams to work from home, and it makes it
6    difficult to hire and train people to grow, in
7    the midst of all the -- let's call it chaos with
8    COVID - and this huge increase.  So, our team was
9    struggling.  And so, we had to take a step back
10   and say, okay, we need to do things differently.
11   We can't allow this abuse to continue to grow on
12   our platform, and we need to do things
13   differently in order to get a different result.
14             And we recognized that that growth,
15   that abuse growth, was partially due to a
16   coordinated effort, actually, by bad actors, who
17   were spamming our ticketing system with bots, so
18   that our team was overwhelmed and couldn't keep
19   up, because they know that we have to investigate
20   each and every complaint.
21             So, that was incredibly overwhelming
22   for our team.  And as a result, and you mentioned
23   it, many of the abuse complaints that we get --
24   even before these bots got involved, but
25   especially with these bots -- weren't legitimate

Veritext Legal Solutions
866 299-5127

```
 1    complaints; they were just tickets that were
 2    being created or it was a complaint that was
 3    misplaced and again, we needed to make sure we
 4    were protecting those customers who have a
 5    legitimate right to have their site online, and
 6    we weren't just taking down, because suddenly we
 7    were overwhelmed.
 8              So, we had to take, as I mentioned, a
 9    step back, to look at things differently.
10              ANDREW ALLEMAN:  Yeah, I want to
11    understand a little bit more about these bots.
12    So, the bots that are submitting, you're saying
13    some of them were just trying to flood your
14    system so that their spam or fishing sites could
15    stay up, because you'd be overwhelmed?
16              HILLAN KLEIN:  Right.  I mean, if you
17    think about it, for a bad actor, their intent is
18    to keep their services online as long as
19    possible, because that's why they're doing
20    fishing, or whatever; whether they're
21    distributing malware, whatever they're doing, the
22    longer it's up, the more damage they could do.
23              And so, if it takes us longer to be
24    able to respond to, investigate and take down
25    their service, then that allows them more time to
```

Veritext Legal Solutions
866 299-5127

```
1   do more damage.  And so, by increasing our
2   volume, and with the chaos that ensued with
3   COVID, generally, around the world, we observed
4   that there was just this enormous influx of, when
5   we looked at them, submissions, that were just
6   garbage; they weren't real submissions through
7   our ticketing system.
8            ANDREW ALLEMAN:  Interesting.  Okay.
9            HILLAN KLEIN:  I mean, they were
10  structured and formatted to look as though they
11  were legitimate, but once you actually started
12  looking at it, there was incorrect information in
13  there, there was no real evidence; sometimes it
14  was just garbage and it was -- they just were
15  making complaints that were unrelated to the
16  domain that they're submitting about.
17           So, we saw a lot of this as a result,
18  because they were trying to enable themselves to
19  have their services up longer, which does more
20  damage, right?
21           ANDREW ALLEMAN:  Right, got it.  Are
22  there also bots, like reporting bots that, say,
23  brand protection companies use, that are
24  sometimes a little bit overzealous; automated
25  submissions of problems where they're
```

Page 16

1    legitimately trying to, say, protect their brand

2    or something like that, but they're not

3    evaluating each one before submitting it?

4          HILLAN KLEIN:  Absolutely.  And in

5    significant numbers as well.  So, a large portion

6    of the tickets that we get, the complaints that

7    we get, come from those kind of -- let's call it

8    more legitimate bots in the sense that they're

9    not intentionally trying to spam us, but as you

10   said, they're trying to protect their brand.

11   But, I mean, as you put it, they're overzealous

12   and, in many cases, and I would say the vast

13   majority of the complaints they submit, there's

14   no evidence, and we aren't able to take action

15   because, I mean, there's no real infringement.

16         At the end of the day, there's due

17   process.  There's the UDRP and there are

18   processes that people and companies can go

19   through to protect their brand, and just

20   submitting hordes of complaints to us for

21   anything that remotely might look like or sound

22   like, or the word may be similar to, their brand;

23   doesn't do anybody any justice, because it means

24   that it discredits them, in our eyes, even though

25   we still investigate everyone.  But it also slows

Page 17

1   us down from being able to actually action those

2   that are most important to them as well, that may

3   actually affect their brand.

4           ANDREW ALLEMAN:  Right.  Okay, so last

5   year, your abuse reports nearly double; over a

6   million abuse reports.  So, obviously -- and

7   then, people working from home.  So, you're kind

8   of overwhelmed last year.  And what do you guys

9   do to take action about that?

10          So, we start investing in tools, and

11  investing in our team.  And as soon as we could,

12  well, we changed our processes to be able to hire

13  and train remotely, in the midst of COVID.  And

14  we built tools, like automation tools that

15  suspend abusive domains, that meet certain

16  criteria within minutes.  We're partnering with

17  large security companies such as Netcraft and

18  Phishlabs, RiskIQ, RSA -- there's a bunch of them

19  -- to accept reports from them via API instead of

20  individual tickets, so that we can actually

21  process those automatically when they meet

22  certain criteria that we set.

23          And so, we've also built a tool that

24  allows us to find related accounts, so that we

25  can act not only on the reported services that we

Veritext Legal Solutions
866 299-5127

1    may receive from external parties, but we can

2    proactively look to see, are there any other

3    abusive domains associated with that user, or

4    there are a bunch of variables we can look at to

5    identify that, and we can take action.

6              And in all honesty, about 40 percent of

7    our actioned abuse is actually identified by our

8    team, through our investigation practices, not

9    from external reports.  So, these tools are

10   really helping us to reduce the amount of time

11   that we spend.

12             But if I'm going to be completely

13   honest, a lot of what I'm saying -- there's more,

14   there's much more I can talk to in terms of what

15   we've been doing -- it's possible that other

16   registrars and others in technology industry, are

17   doing similar; maybe they're doing some of these,

18   maybe they're doing all of them things we're now

19   doing.

20             But I just want to emphasize that we

21   made a specific decision to start responding, in

22   social media, to info sec professionals, who are

23   active in social media, in reporting abuse.  And

24   in doing so, we have really tried to embrace that

25   community and be able to partner with them in

1   fighting abuse.  And in doing so, we've now got

2   to a point where we're able to take any abuse

3   complaint that comes to us through social media

4   channels, and we are reviewing it, investigating

5   it, taking action, and it's down, if it's abuse,

6   within 10 to 15 minutes, maximum.

7           So, we're -- what we think is quite

8   pivotal about that, and why I want to emphasize

9   this, is because it's not just about, hey, yeah,

10  now we're active on social media; but instead,

11  we're active on social media in building these

12  relationships.  So, we're able to learn from info

13  sec experts about trends that are going on.

14  We're able to not only respond and get that time

15  to action down to minutes, opposed to hours, and

16  we're able to then start to identify trends

17  alongside them, partner with them.  We have side

18  channel conversations now, directly with some of

19  these experts, where they can help inform us of

20  abuse that they're seeing, abuse trends that

21  they're seeing.  We can do the same.  We can

22  provide them with insight from things we're

23  learning.  And we certainly appreciate the

24  relationships that we're building with these

25  experts, because they really are helping us to

Veritext Legal Solutions
866 299-5127

1   take action much sooner, and to be much more

2   proactive in preventing abuse on our platform.

3            And so, responding in this forum, in

4   social media, on Twitter and Facebook, is really

5   allowing us to do something different.  Nobody

6   else is doing it.  We're not seeing any other

7   registrars active there.  In fact, we don't see

8   any online service providers dealing with abuse

9   in the social space.  And so, this was different

10  for us.  And when we made that decision,

11  immediately, we knew it was the right decision,

12  because immediately, we started to see results.

13           ANDREW ALLEMAN:  Yeah, it's interesting

14  to think about it.  Because it also, you know,

15  from a Namecheap brand protection perspective,

16  those are the people that are being loud out

17  there, right?  And so, if you can address their

18  issues right there, there's value to that in

19  taking care of those.

20           And anecdotally -- obviously, I don't

21  have any hard data on this -- but we see lots of

22  tweets directed at lots of registrars about

23  abuse.  And I would say last year, a lot of them

24  that I saw about Namecheap, were people

25  complaining.  I have seen a couple this year,

Page 21

1   where it's people kind of in that security space,

2   that are like, "Hey, Namecheap took care of this

3   domain really fast for me."

4          HILLAN KLEIN:  Yeah, well, I mean,

5   we're honestly very proud of this pretty

6   straightforward change to -- I mean, it's not

7   straightforward operationally to be able to

8   respond so quickly, but straightforward in terms

9   of opening up and engaging with this community

10  who we've always respected, but we just haven't

11  had the means to be able to.  So, we built the

12  capability.  We were then able to respond to them

13  - again, within 10 to 15 minutes, which is almost

14  unheard of when it comes to abuse.  And we are

15  now being praised, as we see it.  I'm not trying

16  to make out like we're some kind of hero or

17  anything like that.  All I'm trying to say is,

18  we've seen appreciation from this community, and

19  we have seen a change in their tone when engaging

20  with us, to be much more collaborative and to

21  really work with us in fighting abuse, and to be

22  much more appreciative of the fact that we're

23  there and taking action.

24          And we've heard from a number of them

25  that they really wish that other registrars and

Veritext Legal Solutions
866 299-5127

```
1    other online service providers, would come to the
2    table and engage in the same way, because it
3    makes such a difference in terms of abuse on the
4    platform.
5             I mean, we've seen a dramatic decline
6    in the amount of new abuse on our platform since
7    we've been implementing a lot of these tools,
8    including this relationship with info sec
9    professionals on social media.
10            ANDREW ALLEMAN:  Yeah, I want to go
11   back to something you said a few minutes ago
12   about your automated systems to catch people who
13   are doing something that might have other
14   accounts, for example, with Namecheap.  Because
15   one thing, in the past, I've found -- I think,
16   look, a registrar will take down one domain, but
17   that person -- and maybe they only have one
18   domain in their account, but they use the same
19   payment method, or email address, in other
20   accounts.
21            So, are you going in then and saying,
22   okay, this person's clearly a bad actor, I'm
23   going to squash their other accounts as well, and
24   what they're doing there?
25            HILLAN KLEIN:  Yeah.  So, we will look
```

Veritext Legal Solutions
866 299-5127

1   at a number of different variables.  It can be
2   payment source, it can be email address, it can
3   be even perhaps IP addresses, bad actors'
4   accounts they're using.  So, there's a number of
5   different tools that they use -- I'm not going to
6   go through all of them, because I don't want to
7   give away all of the secrets to these bad actors
8   -- but there are a number of different tools that
9   we're using to identify related accounts.  And,
10  of course, we still stand strong on due process
11  and privacy.  And so, we wouldn't cross that
12  line.  But where we do find abuse and we can
13  follow a trail of abuse, we're definitely taking
14  action.
15          An as I mentioned earlier, that's
16  resulting in about 40 percent of our action
17  coming from those investigations internally.  And
18  that's pretty significant.
19          ANDREW ALLEMAN:  So, a little over half
20  coming from submissions to the other portion.
21  Are you guys kind of proactively taking action on
22  domains and accounts?
23          HILLAN KLEIN:  Right.  Now, again, this
24  is where we follow our nose.  So, where there is
25  already a bad actor, I'm looking at their

Veritext Legal Solutions
866 299-5127

1   behavior, looking at areas in which we can find
2   related accounts and more abuse.  We're not
3   policing our customer base, because once again,
4   we don't have the means; we wouldn't ever dare do
5   that, because we believe so strongly in privacy.
6   And also, again, 99.8 -- I don't know the exact,
7   it's 99 point something, number, percent of our
8   customers, are legitimate customers who are doing
9   nothing wrong.  And we don't ever want them to
10  feel as though we believe they're doing something
11  wrong.  We want those bad actors who are doing
12  something wrong to feel that we are looking for
13  them, we can find them, and we'll take action
14  very quickly.
15          So, coming back to my earlier point
16  about them trying to get us to keep their
17  services online as long as possible, we're
18  focused on trying to reduce their time as much as
19  possible.
20          And I mentioned that we partnered with
21  Netcraft, and they mainly report phishing
22  incidents to us, to be clear.  But the average
23  takedown time with them has reduced, from what
24  was 34 hours, a number of months ago, to now one-
25  to two-hour availability max.  And sometimes it's

Veritext Legal Solutions
866 299-5127

1   down to even like seven minutes availability in

2   September, and just looking at the last four

3   months that we had.

4           And we do even better with that with

5   these live reports on social media where, as I

6   mentioned, it's 10 to 15 minutes, in terms of our

7   responsiveness for trusted and whitelisted

8   partners.  And we're building those relationships

9   over time.

10          ANDREW ALLEMAN:  So, how many people

11  are on your abuse team, then?

12          HILLAN KLEIN:  We have over 120 people

13  on our abuse team.  And I know that in the past

14  there have been comments about, you don't need

15  many people to fight abuse.  But let's be honest,

16  if you're protecting privacy rights, and you're

17  really focused on due process, and you want to

18  make sure you're investigating each case

19  adequately, and ensuring that you're only taking

20  action against those abuse -- those bad actors

21  who are actually using your platform for abuse --

22  and you're not going to take down people like

23  yourself, Andrew, who, when your site and your

24  wife's site were down, you need a significant

25  team that's working around the clock, that's very

Page 26

```
 1   well trained and really focused on fighting this
 2   abuse.  And that's what we've built and that's
 3   what we continue to grow.  But it takes a
 4   significant investment.
 5            ANDREW ALLEMAN:  I want to make sure I
 6   understand that.  So, you have -- these 120
 7   people are strictly assigned to handling -- well,
 8   proactive and reactive abuse complaints?
 9            HILLAN KLEIN:  Correct.
10            ANDREW ALLEMAN:  Okay.  So, that's over
11   five percent of your workforce then?
12            HILLAN KLEIN:  Right.
13            ANDREW ALLEMAN:  Okay.  So, you
14   mentioned the privacy standpoint.  So, I want to
15   make sure I understand that as well.  So, a lot
16   of times when we think Elliot Noss from Tucows on
17   a podcast a couple of weeks ago, and he was
18   talking about the number of requests for,
19   basically, to uncover who's behind a domain name,
20   because maybe there's a cybersquatting issue,
21   phishing issue, that sort of thing.  And bad
22   actor will, they'll try to hide at the registrars
23   that do -- let's say, make it the most difficult
24   to get that kind of information there.  So, how
25   do you balance that?  I know you guys are
```

Page 27

1    involved in a lawsuit with Facebook right now

2    that's related to that.  But how do you manage

3    that, where in some cases, a company being able

4    to identify who is behind a bad domain name, is

5    crucial to them being able to stop future

6    activity, as opposed to also wanting to protect

7    the identity of customers in believing in

8    privacy?

9            HILLAN KLEIN:  Well, it all comes down

10   to due process.  We aren't a government body.  We

11   aren't a law enforcement body.  We aren't a

12   judge, jury and executioner.  And so, where there

13   is abuse, we will take action.  But where there

14   is a request, and there are a vast quantity of

15   requests, that there's perhaps not even a

16   complaint that targets specific abuse, but they

17   want to know who the underling registrant is; we

18   will not hand over that information without a

19   court order or a subpoena us being compelled by a

20   court of law.  And of course, then we will.  But

21   we believe that that creates a due process for

22   our customer, who may not have done anything

23   wrong.  And again, in the majority of cases, in

24   our experience, have not done something wrong.

25            There are certainly overzealous brands

Page 28

1    out there, and people in the IP and trademark

2    community, who are very, very aggressive in

3    trying to get underlying information of

4    consumers, because they believe that that's going

5    to help them to protect their brand.  And, at the

6    end of the day, if those consumers are

7    legitimately infringing on their brand, on their

8    rights, then they should be able to get that

9    access.

10            But there needs to be due process.  It

11   can't just be, "Hey, we need this information,"

12   and us as a registrar saying, "Sure, here it is."

13   That's not going to happen with us.  We will

14   ensure there's that due process.  We'll ensure

15   that that privacy is maintained, unless we're

16   compelled, through UDRP, through a court order,

17   through subpoena, a warrant, and what have you.

18   So, there are obviously circumstances where we

19   are providing that information and we're

20   compelled to do so.  That's after there's been a

21   due process.

22            ANDREW ALLEMAN:  Do you have any idea

23   how many requests a year you get through

24   companies and other law enforcement, that sort of

25   things, for the identities of domain name owners?

Veritext Legal Solutions
866 299-5127

```
 1            HILLAN KLEIN:  I do not have the
 2    specific numbers.  I mean, no.  I can tell you,
 3    we work very closely with law enforcement.  I
 4    mean, we work closely with the FBI, with the US
 5    Security and Exchange Commission, with the UK's
 6    National Cybersecurity Center, and a whole array
 7    of other government and law enforcement entities
 8    that are fighting fraud, they're fighting other
 9    abuse.  And we have great working relationships
10    with all of these organizations, and many of the
11    people within them.
12            And so, we'll work with them, again,
13    within the realms of what's legal and within the
14    realms of due process.  And so, to answer your
15    question, while I don't have the specific number,
16    our law enforcement partners understand that due
17    process is crucial and important.  They
18    understand that going through that process, and
19    then coming to us, requesting for that
20    information, they'll get that information because
21    we're compelled to do so, and because due process
22    has taken place.
23            And so, we have no friction with law
24    enforcement when it comes to these circumstances,
25    because we work so closely with them, and we're
```

Page 30

```
 1   able to ensure that our values around privacy and
 2   due process are maintained; while at the same
 3   time ensuring, as quickly as possible, that they
 4   get information that helps them with
 5   investigations.  And so, we balance that.
 6           And then there are, of course, those
 7   requests that don't come from law enforcement,
 8   where we will refer the party, if they haven't
 9   come through one of the avenues that I mentioned
10   before, in terms of due process, to go ahead and
11   do that.  And we invite them to do that because
12   that's their right.  But without them doing that,
13   we're not going to hand over underlying
14   information.  Unfortunately, I don't have the
15   specific numbers on me, thought.
16           ANDREW ALLEMAN:  Sure.  But we are
17   talking about -- it sounds like a substantial
18   number of requests each year.
19           HILLAN KLEIN:  We do get a lot of
20   requests.
21           ANDREW ALLEMAN:  Yeah.  So, when I
22   think about the domain ecosystem over the past,
23   say, ten years, since new top-level domains come
24   out, and I look at the reports that different
25   groups put out -- Spamhaus and others, about say,
```

Page 31

1  the most abused top-level domains, it's almost

2  universally the ones that you can buy for cheap,

3  or almost free.  And this makes sense to me.  You

4  know, if you're running a spamming operation,

5  you're going to have to churn through a lot of

6  different domains, you're going to take the

7  really cheap ones.  And Namecheap -- well, it's

8  in your name; you guys have inexpensive domains.

9  But you guys also have sold a lot of those

10  domains for a dollar, that sort of thing.

11            Do you find challenges with offering

12  domain names very cheap, and kind of a

13  correlation between that and abuse?

14            ANDREW ALLEMAN:  I think that we are

15  aware that, obviously, if there's a bad actor,

16  they want to pay the least amount of money to

17  purchase the surfaces they need, to conduct their

18  abuse.  And then, as we spoke about earlier, and

19  then try and keep it online as long as possible.

20            So, I mean, it would -- logically, it

21  makes sense that they're going to try and go to

22  providers who are more affordable.  That being

23  said, we combat that very actively.  Again,

24  investing heavily into our team, investing

25  heavily into the technology.  And, as I mentioned

Page 32

```
 1    earlier, we spend millions of dollars a year in
 2    combatting this abuse, to identify patterns, even
 3    as soon as at registration, of abuse, to prevent
 4    bad actors from being able to purchase them; if
 5    they do purchase them, to be able to identify the
 6    abusive domains or domains that look to be
 7    abusive early on, and to be able to take action
 8    early.
 9            So, our absolute intent, is to bring
10    the most value to our customers as possible, and
11    to enable people the world over, regardless of
12    whether they're here in the United States or
13    whether they're in any other country, the ability
14    to be able to afford to get online, and to make a
15    difference to their life, to build their
16    business, to take their idea and turn it into a
17    reality.  That's our goal.
18            And then, in doing so, we understand
19    there is this unfortunate side effect of bad
20    actors thinking that, well, I can get it cheaper,
21    perhaps, at Namecheap.  And so, we are really
22    serious about addressing that abuse within
23    minutes, if not before it's registered, to --
24    because there are certain trends and patterns
25    that bad actors have, when it comes to
```

Page 33

1   registering their domains and using services.

2           And we are, because of that investment

3   we made, because of the sophistication of our

4   team, we are certainly equipped to able to

5   identify that and to take action.

6           And, as you're seeing, we're now taking

7   action within minutes -- not just through social

8   media, but also through our partners, through

9   automated -- leveraging APIs with our partners,

10  and where the complaints are meeting certain

11  criteria, taking action within minutes.  Then, a

12  whole array of other tools that I mentioned, and

13  more, that we've been building, and now are

14  continuing to build new ones, and we're improving

15  on the ones we have built, to just become much

16  more effective at it.

17          We don't want to abuse on our platform,

18  but we also aren't willing to sacrifice our

19  commitment to our customers that we're going to

20  bring them the most value that we can.  And we

21  don't feel we should have to.

22          ANDREW ALLEMAN:  So, Hillan, right now,

23  2021, it sounds like you've made progress toward

24  combatting abuse.  You're not 100 percent of the

25  way there, to where you'd like to be, right?  So,

Veritext Legal Solutions
866 299-5127

```
1   if we think of, like a scale of one to ten, ten
2   being where you'd really, ultimately, want to be,
3   and where you are now, what number would you say
4   you are now?
5              HILLAN KLEIN:  I would say, we're
6   probably at a seven, heading to an eight, now.  I
7   think for us, a ten would be that we are able to
8   squash all abuse that comes to our platform,
9   within minutes.  And now, we average, as I
10  mentioned earlier, we average maybe one to two
11  hours, although the vast majority of that is
12  being done much faster, and anything that comes
13  through social media is ten to 15 minutes max;
14  sometimes it's two, three, five minutes.  So,
15  we're really just -- for us, it's about getting
16  that time to take action down so that there's no
17  value for a bad actor to use our platform; that
18  they just learn "I'm wasting money working with
19  Namecheap."
20             And, I mean, unfortunately, they'll
21  probably go somewhere else.  We can't control
22  that.  But what we can control is that they're
23  not on our platform.
24             ANDREW ALLEMAN:  Yeah, I want to ask
25  about that somewhere else.  But if I were to have
```

Page 35

```
 1    asked you the same question, scale of one to ten,
 2    a year ago, what would you have likely said?
 3              HILLAN KLEIN:  I would say -- I mean, a
 4    year ago, we were in the midst of COVID --
 5              ANDREW ALLEMAN:  Right.  Yeah, I
 6    imagine this was kind of a low point for you,
 7    right?
 8              HILLAN KLEIN:  I would say it was
 9    probably a one or a two, just because of the
10    sheer volume and us having to do 180 in terms of
11    how we were addressing abuse because of the
12    situation we found ourselves in.  But that's not
13    reflective of our intent, it never has been.  Our
14    intent has always been to remove all abuse from
15    our platform, if possible.  Obviously, I mean,
16    unfortunately, it's probably not possible to
17    remove all abuse, but that's our goal.  We'd
18    rather strive for that and get as close to it as
19    we can.
20              ANDREW ALLEMAN:  So, finally, you know,
21    you mentioned people just move somewhere else.
22    And some of those somewhere else's are, well, you
23    know, they kind of cater to that crowd, right?
24    They advertise for it.  I do think there's value
25    as a registrar if you make yourself serious about
```

Page 36

```
 1   what you're doing against abuse.  For example,
 2   you guys have blogged about it, you're on this
 3   podcast about it.  People will, then, start
 4   gravitating to toward other places, so that helps
 5   you out that way.
 6            But I'm thinking of some of the smaller
 7   guys.  I mean you talked about your scale.
 8   You're basically the second biggest retail
 9   registrar out there.  And you have over 100
10   people dedicated to abuse.  I'm thinking of some
11   of the smaller registrars -- I mean, is there
12   like an opportunity for like, to share some of
13   this technology with some of the smaller
14   registrars, to make it easier for them to fight
15   abuse as well?
16            HILLAN KLEIN:  Yeah.  I mean, I think
17   it's something that we would absolutely consider.
18   I mean, right now, we're focused on getting our
19   house in order.  We want to get ourselves to a
20   point where we're like, okay, we are now at ten,
21   or we're at nine and a half, and constantly
22   trying to get that ten, and we have very little
23   abuse on our platform; not to say there's not
24   people trying to use our platform for abuse, but
25   we're able to combat that really effectively.  I
```

Page 37

1    would say we're effective now.  As you said,

2    there's still more work to do.

3          And once we do, then I think, at that

4    point, we could turn around and say, okay, how

5    can we help the industry be more effective at

6    fighting abuse across the board?  And, I mean, we

7    don't just not want abuse on our platform, we

8    don't want abuse, full stop.  Unfortunately, the

9    reality of the world is, there will be abuse,

10   they will go somewhere.  Us offering to help

11   could contribute to reducing that abuse,

12   especially, as you mentioned, at smaller players.

13   But I don't think anybody's going to able to

14   stamp it out entirely, as much as we would like

15   to.

16         ANDREW ALLEMAN:  And, to anyone who's

17   listening to this, who's like, "Oh man, I

18   remember abuse on Namecheap," that sort of thing.

19   Is your message to them just that hey, we make

20   significant process in trying to stamp this out

21   and we take it seriously?

22         HILLAN KLEIN:  Yeah.  It's -- we

23   recognize that we were trying in the past; there

24   was more we could do if we were going to be

25   completely honest about it, and transparent about

Page 38

1   it.  There was more we could do.  We weren't, at

2   the time, we thought we were doing a good job.

3   But we had a wakeup call, and we said -- and that

4   was COVID; it really changed our landscape

5   completely.  And we said to ourselves, this just

6   is not good enough.  And so, we are doing things

7   differently.  This is a commitment we're making.

8   This is not a short-term change for us.  This is

9   something that we believe in, and we believe it's

10  important to -- in order to protect our values of

11  due process and privacy, we need to be at the

12  front of the conversation saying, hey, we are

13  fighting abuse and we are using the most advanced

14  technology, and we are partnering with law

15  enforcement and key organizations and info sec

16  professionals to really try to make a difference

17  in the industry.

18          And so, that's the journey that we're

19  going on.  But we're committed to that.  And for

20  us, ultimately, it's about removing that abuse

21  from our platform, contributing to the wider

22  anti-abuse community, through our partnerships.

23  And then, being able to focus the rest of our

24  resources on what's most important to us, which

25  is our customers and growing our customer base

Veritext Legal Solutions
866 299-5127

1    and bringing them more value.

2              ANDREW ALLEMAN:  All right.  Well,

3    Hillan, thanks so much for coming on the show

4    today to talk about what Namecheap is doing to

5    combat abuse.

6              HILLAN KLEIN:  It's my pleasure.  Thank

7    you for having us, and we'll continue to keep you

8    updated as we have more progress in this fight.

9              ANDREW ALLEMAN:  All right.  My guest

10   today has been Hillan Klein.  He is he COO of

11   Namecheap.

12             That's a wrap on this week's DNW

13   podcast.  You can listen to all previous episodes

14   at DNW.com slash Podcast, or your favorite

15   podcast app.  Thanks for listening.

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: December 17, 2021

17

18

19

20

21

22

23

24

25
```

                                              Page 41

**[10 - andrew]**

| 1 |
|---|
| **10**   20:6 22:13 26:6 |
| **10.7**   4:19 |
| **10.9**   4:21 |
| **100**   2:10 34:24 37:9 |
| **109,000**   6:9 |
| **11501**   41:14 |
| **120**   26:12 27:6 |
| **12151**   41:9 |
| **14**   7:1,5 |
| **15**   20:6 22:13 26:6 35:13 |
| **17**   41:16 |
| **180**   36:10 |

| 2 |
|---|
| **2,000**   8:14 |
| **2,200**   5:13,19 |
| **20**   11:8 |
| **2015**   3:15 |
| **2020**   7:12 13:24 |
| **2021**   4:18 34:23 41:16 |
| **21**   11:9 |
| **24**   10:13 |

| 3 |
|---|
| **300**   41:13 |
| **330**   41:12 |
| **34**   25:24 |
| **361**   1:14 2:3 |

| 4 |
|---|
| **40**   19:6 24:16 |

| 5 |
|---|
| **5.1**   4:17 |
| **5000**   6:21 |
| **509.com**   6:6 |

| 7 |
|---|
| **7**   10:13 |

| 9 |
|---|
| **99**   12:24 25:7 |
| **99.8**   25:6 |

| a |
|---|
| **ability**   33:13 |
| **able**   4:7 15:24 17:14 18:1,12 19:25 20:2,12,14 20:16 22:7,11,12 28:3,5 29:8 31:1 33:4,5,7,14 34:4 35:7 37:25 38:13 39:23 |
| **absolute**   33:9 |
| **absolutely**   8:8 17:4 37:17 |
| **abuse**   2:5,11,12 8:17 9:22 10:2,5,7 10:11,13,20 11:7,8 11:10 12:20 13:8 13:21 14:1,2,11,15 14:23 18:5,6 19:7 19:23 20:1,2,5,20 20:20 21:2,8,23 22:14,21 23:3,6 24:12,13 25:2 26:11,13,15,20,21 27:2,8 28:13,16 30:9 32:13,18 33:2,3,22 34:17,24 35:8 36:11,14,17 37:1,10,15,23,24 38:6,7,8,9,11,18 39:13,20,22 40:5 |
| **abused**   32:1 |
| **abusing**   12:10 |
| **abusive**   18:15 19:3 33:6,7 |

| accelerating   7:11 |
|---|
| **accept**   18:19 |
| **access**   29:9 |
| **account**   13:8,11 23:18 |
| **accounts**   18:24 23:14,20,23 24:4,9 24:22 25:2 |
| **accurate**   41:4 |
| **acquired**   5:11,18 5:22 |
| **acquiring**   7:12 |
| **act**   10:25 18:25 |
| **action**   12:19 17:14 18:1,9 19:5 20:5 20:15 21:1 22:23 24:14,16,21 25:13 26:20 28:13 33:7 34:5,7,11 35:16 |
| **actioned**   19:7 |
| **active**   7:8 19:23 20:10,11 21:7 |
| **actively**   32:23 |
| **activity**   28:6 |
| **actor**   12:8 15:17 23:22 24:25 27:22 32:15 35:17 |
| **actors**   9:21 12:25 14:16 24:3,7 25:11 26:20 33:4 33:20,25 |
| **actual**   11:2 |
| **add**   4:1 |
| **added**   7:13 |
| **adding**   8:3 |
| **address**   21:17 23:19 24:2 |
| **addresses**   24:3 |
| **addressing**   33:22 36:11 |

| adequately   26:19 |
|---|
| **advanced**   2:24 39:13 |
| **advertise**   36:24 |
| **affect**   12:12 18:3 |
| **afford**   33:14 |
| **affordable**   32:22 |
| **aggressive**   11:1,6 29:2 |
| **ago**   10:3 11:22 23:11 25:24 27:17 36:2,4 |
| **ahead**   31:10 |
| **alleged**   2:12 |
| **alleman**   2:1 6:18 7:20 8:9,12,22 9:18 11:19 15:10 16:8,21 18:4 21:13 23:10 24:19 26:10 27:5,10,13 29:22 31:16,21 32:14 34:22 35:24 36:5,20 38:16 40:2,9 |
| **allemann**   1:13 2:3 |
| **allow**   14:11 |
| **allowing**   21:5 |
| **allows**   13:5 15:25 18:24 |
| **alongside**   20:17 |
| **alphabet**   3:14,16 |
| **amount**   9:21 14:2 19:10 23:6 32:16 |
| **andrew**   1:13 2:1,2 6:18 7:20 8:9,12 8:22 9:18 11:19 15:10 16:8,21 18:4 21:13 23:10 24:19 26:10,23 27:5,10,13 29:22 31:16,21 32:14 |

Veritext Legal Solutions
866 299-5127

**[andrew - comes]**

34:22 35:24 36:5
36:20 38:16 40:2
40:9
**anecdotally** 21:20
**answer** 30:14
**anti** 39:22
**anybody** 17:23
**anybody's** 38:13
**api** 2:21 3:1,5
18:19
**apis** 34:9
**app** 40:15
**appreciate** 6:16
7:7 20:23
**appreciation**
22:18
**appreciative** 22:22
**approach** 9:25
11:11
**approaches** 10:10
**areas** 25:1
**array** 7:16 30:6
34:12
**asked** 36:1
**assigned** 27:7
**associated** 19:3
**assume** 12:10
**auction** 6:9
**automated** 16:24
23:12 34:9
**automatically**
18:21
**automation** 18:14
**availability** 25:25
26:1
**available** 5:12
**avenues** 31:9
**average** 25:22
35:9,10
**aware** 32:15

**b**

**back** 3:14 10:15
11:17 14:9 15:9
23:11 25:15
**bad** 2:17 9:21 12:8
12:25 14:16 15:17
23:22 24:3,7,25
25:11 26:20 27:21
28:4 32:15 33:4
33:19,25 35:17
**balance** 11:6
27:25 31:5
**balancing** 10:25
**base** 4:17 9:6,7
25:3 39:25
**basically** 12:3
27:19 37:8
**behavior** 25:1
**belief** 10:23
**believe** 25:5,10
28:21 29:4 39:9,9
**believing** 28:7
**better** 26:4
**big** 6:22
**biggest** 7:22 8:2
9:19 37:8
**bit** 10:17 15:11
16:24
**block** 13:5
**blogged** 37:2
**board** 38:6
**body** 28:10,11
**bots** 14:17,24,25
15:11,12 16:22,22
17:8
**bottom** 3:6
**bought** 5:14,16 6:9
**brand** 3:16 4:6,11
5:13 16:23 17:1
17:10,19,22 18:3
21:15 29:5,7

**brands** 12:13
28:25
**breach** 13:10,14
**breached** 13:12
**bread** 9:5
**brick** 9:14
**bring** 33:9 34:20
**bringing** 40:1
**bucket** 5:13
**build** 33:15 34:14
**building** 9:10 13:2
13:18 20:11,24
26:8 34:13
**built** 13:4 18:14,23
22:11 27:2 34:15
**bunch** 18:18 19:4
**business** 3:9 7:2,4
8:18 9:8 10:19
11:23,23 12:13
33:16
**businesses** 8:25
9:9,11,14
**butter** 9:5
**buy** 3:2 4:5 5:5
32:2
**buying** 4:4

**c**

**c** 41:1,1
**call** 14:7 17:7 39:3
**capability** 22:12
**care** 21:19 22:2
**case** 5:23 6:1,10
26:18
**cases** 17:12 28:3
28:23
**catch** 23:12
**cater** 36:23
**center** 30:6
**ceo** 2:4
**certain** 18:15,22
33:24 34:10

**certainly** 4:5 9:4
20:23 28:25 34:4
**certify** 41:3
**challenge** 10:22
**challenges** 32:11
**change** 22:6,19
39:8
**changed** 18:12
39:4
**channel** 20:18
**channels** 20:4
**chaos** 14:7 16:2
**characterize** 8:24
9:1
**chat** 2:6 3:9 6:13
**cheap** 32:2,7,12
**cheaper** 5:4 33:20
**chinese** 6:6
**churn** 32:5
**circumstances**
29:18 30:24
**clean** 2:13
**clear** 12:20 25:22
**clearly** 23:22
**clock** 26:25
**close** 36:18
**closed** 4:15,25
**closely** 30:3,4,25
**collaborative**
22:20
**com** 4:16,19 7:22
**combat** 32:23
37:25 40:5
**combatting** 10:14
33:2 34:24
**come** 9:15 17:7
23:1 31:7,9,23
**comes** 11:17 20:3
22:14 28:9 30:24
33:25 35:8,12

Veritext Legal Solutions
866 299-5127

[coming - doing]

**coming** 24:17,20
25:15 30:19 40:3
**comments** 26:14
**commission** 30:5
**commitment**
11:17,18 34:19
39:7
**committed** 39:19
**community** 19:25
22:9,18 29:2
39:22
**companies** 4:23
9:24 16:23 17:18
18:17 29:24
**company** 2:6 5:1,8
5:9 6:19 28:3
**company's** 2:11
**compared** 4:18
**compares** 10:2
**compelled** 28:19
29:16,20 30:21
**complaining** 21:25
**complaint** 5:21
6:2 11:20,25
12:19 13:23 14:20
15:2 20:3 28:16
**complaints** 14:23
15:1 16:15 17:6
17:13,20 27:8
34:10
**completely** 19:12
38:25 39:5
**comprehensive**
8:19
**comprises** 8:15
**conduct** 32:17
**conglomerates** 8:3
**consider** 7:4 8:2,6
8:7 37:17
**constantly** 10:19
11:5 37:21

**consumer** 7:2 8:6
**consumers** 7:5
10:24 29:4,6
**contact** 3:4
**content** 13:5
**continue** 14:11
27:3 40:7
**continued** 7:10
**continuing** 34:14
**contribute** 38:11
**contributing**
39:21
**control** 35:21,22
**conversation**
39:12
**conversations**
20:18
**coo** 1:15 2:7 6:15
40:10
**coordinated** 14:16
**copied** 12:3
**copy** 12:1
**corporate** 3:15,20
4:12
**corporation** 5:7
**correct** 27:9
**correlation** 32:13
**cost** 12:11,23
**country** 33:13
41:12
**couple** 3:21 11:22
21:25 27:17
**course** 4:22 7:14
8:16 9:3 10:4
24:10 28:20 31:6
**court** 28:19,20
29:16
**covid** 4:25 9:11
13:24 14:8 16:3
18:13 36:4 39:4

**created** 3:15 15:2
**creates** 28:21
**creating** 4:24
**credentials** 13:12
**criteria** 18:16,22
34:11
**cross** 24:11
**crowd** 36:23
**crucial** 12:18 28:5
30:17
**cure** 13:14
**curious** 10:1
**customer** 8:16 9:6
9:7 13:9 25:3
28:22 39:25
**customer's** 13:11
**customers** 3:2
7:12,13 8:23 9:2,8
9:12 10:24 11:2,3
12:24,25 13:20
15:4 25:8,8 28:7
33:10 34:19 39:25
**cybersecurity**
30:6
**cybersquatting**
6:2 27:20

**d**

**damage** 15:22
16:1,20
**dan** 2:24
**dan.com** 2:21 3:4
3:6
**dare** 25:4
**data** 21:21
**date** 41:16
**day** 17:16 29:6
**deal** 10:5,7
**dealing** 9:20 21:8
**december** 41:16
**decision** 19:21
21:10,11

**decline** 23:5
**dedicated** 37:10
**defend** 6:10
**definitely** 24:13
**dictionary** 4:10
**difference** 23:3
33:15 39:16
**different** 9:25 10:9
14:13 21:5,9 24:1
24:5,8 31:24 32:6
**differently** 14:10
14:13 15:9 39:7
**difficult** 14:6
27:23
**digging** 11:24
**digital** 4:24
**direct** 7:2 8:6,7,23
**directed** 21:22
**directly** 20:18
**discover** 3:2
**discredits** 17:24
**discussed** 9:23
**discussion** 2:15,19
**dismissed** 6:6
**dispute** 5:6
**distributing** 15:21
**distribution** 2:23
2:25
**dns** 2:5 9:22 10:2
10:5
**dnw** 40:12
**dnw.com** 40:14
**document** 5:7
**documents** 5:2
**doing** 10:1,16,20
10:21 11:3,4
15:19,21 19:15,17
19:17,18,19,24
20:1 21:6 23:13
23:24 25:8,10,11
31:12 33:18 37:1

[doing - future]

39:2,6 40:4
**dollar**  32:10
**dollars**  10:12 33:1
**domain**  1:12 2:1
   2:23,25 3:3,9,12
   3:22 4:13 5:2,5,16
   5:19,23,24 6:3,5,6
   6:7,8,9,25 8:25
   9:4 12:3 16:16
   22:3 23:16,18
   27:19 28:4 29:25
   31:22 32:12
**domaining**  9:19
**domainnamewir...**
   6:12
**domains**  3:25 4:5
   4:16,20 7:1,5,15
   13:1 18:15 19:3
   24:22 31:23 32:1
   32:6,8,10 33:6,6
   34:1
**dot**  4:16,16,19,20
   5:12 7:21
**double**  18:5
**doubled**  14:2
**dramatic**  23:5
**due**  4:25 10:23
   11:13,18 14:15
   17:16 24:10 26:17
   28:10,21 29:10,14
   29:21 30:14,16,21
   31:2,10 39:11

**e**

**e**  41:1
**earlier**  24:15
   25:15 32:18 33:1
   35:10
**early**  33:7,8
**earnings**  4:15
**ease**  11:13

**easier**  37:14
**easiest**  11:19
**ecosystem**  31:22
**effect**  33:19
**effective**  34:16
   38:1,5
**effectively**  37:25
**effort**  14:16
**efforts**  2:18
**eight**  35:6
**elliot**  2:5 27:16
**else's**  36:22
**email**  7:16 12:2,5
   23:19 24:2
**embrace**  19:24
**emphasize**  19:20
   20:8
**employs**  2:10
**enable**  16:18
   33:11
**ended**  5:21
**enforcement**
   28:11 29:24 30:3
   30:7,16,24 31:7
   39:15
**engage**  23:2
**engaging**  22:9,19
**enormous**  16:4
**ensued**  16:2
**ensure**  29:14,14
   31:1
**ensuring**  26:19
   31:3
**entire**  13:7
**entirely**  38:14
**entities**  30:7
**entrepreneurs**  9:8
**episode**  1:14 2:3
   3:7
**episodes**  40:13

**equipped**  34:4
**especially**  14:25
   38:12
**evaluating**  17:3
**evidence**  12:20
   16:13 17:14
**exact**  25:6
**example**  13:4
   23:14 37:1
**exchange**  30:5
**executioner**  28:12
**existing**  9:10,13
**expect**  3:17 4:3
**experience**  28:24
**experts**  20:13,19
   20:25
**explains**  2:9,11
**external**  19:1,9
**externally**  13:12
**eyes**  17:24

**f**

**f**  41:1
**facebook**  3:11,18
   4:4,11 21:4 28:1
**facebook.com.**
   3:13
**fact**  21:7 22:22
**families**  7:24
**far**  7:22,24
**fast**  6:25 22:3
**faster**  35:12
**favorite**  40:14
**fbi**  30:4
**feel**  25:10,12 34:21
**fees**  5:20
**felt**  10:25
**fight**  26:15 37:14
   40:8
**fighting**  11:7 20:1
   22:21 27:1 30:8,8
   38:6 39:13

**file**  5:21
**filed**  5:5,17 6:7
**filing**  5:20
**finally**  6:4 12:1
   36:20
**financials**  6:20
**find**  3:5 18:24
   24:12 25:1,13
   32:11
**fire**  4:2
**first**  2:20,23 3:11
   3:22 5:16
**fishing**  15:14,20
**five**  27:11 35:14
**flocking**  4:23
**flood**  15:13
**focus**  39:23
**focused**  10:14
   11:14 25:18 26:17
   27:1 37:18
**follow**  24:13,24
**foregoing**  41:4
**formatted**  16:10
**forum**  21:3
**forward**  10:16
**forwarding**  3:12
**fought**  10:10
**found**  23:15 36:12
**four**  26:2
**frank**  2:15
**fraud**  30:8
**free**  3:3 5:6 32:3
**friction**  30:23
**front**  6:4 11:13
   39:12
**fuel**  4:2
**full**  38:8
**further**  10:15
**future**  28:5

[gamble - investigation]

| g | h |
|---|---|
| **gamble** 12:16 | **half** 24:19 37:21 |
| **garbage** 16:6,14 | **hand** 28:18 31:13 |
| **generally** 16:3 | **handle** 10:2 |
| **generic** 4:9 | **handling** 27:7 |
| **getting** 9:9 35:15 | **happen** 29:13 |
| 37:18 | **happened** 5:15 |
| **give** 8:10 24:7 | **hard** 21:21 |
| **globe** 8:14 | **hassle** 3:3 |
| **go** 3:4,18 4:6 | **heading** 35:6 |
| 17:18 23:10 24:6 | **heard** 22:24 |
| 31:10 32:21 35:21 | **heavily** 32:24,25 |
| 38:10 | **help** 9:16 20:19 |
| **goal** 33:17 36:17 | 29:5 38:5,10 |
| **goes** 8:19 | **helping** 19:10 |
| **going** 4:6,12 19:12 | 20:25 |
| 20:13 23:21,23 | **helps** 3:2 5:1 31:4 |
| 24:5 26:22 29:4 | 37:4 |
| 29:13 30:18 31:13 | **hero** 22:16 |
| 32:5,6,21 34:19 | **hey** 20:9 22:2 |
| 38:13,24 39:19 | 29:11 38:19 39:12 |
| **good** 39:2,6 | **hide** 27:22 |
| **google** 3:17 | **hijacked** 13:17 |
| **government** 28:10 | **hillan** 1:15 2:7 |
| 30:7 | 3:10 6:13,14,16,24 |
| **gravitating** 37:4 | 8:5,11,13 9:3 10:4 |
| **great** 10:21 30:9 | 12:7 15:16 16:9 |
| **groups** 31:25 | 17:4 22:4 23:25 |
| **grow** 7:10 9:15 | 24:23 26:12 27:9 |
| 14:6,11 27:3 | 27:12 28:9 30:1 |
| **growing** 6:25 7:9 | 31:19 34:22 35:5 |
| 7:14 8:20 9:10 | 36:3,8 37:16 |
| 10:18,20 39:25 | 38:22 40:3,6,10 |
| **growth** 7:11 14:14 | **hire** 14:6 18:12 |
| 14:15 | **history** 11:9,9 |
| **guess** 7:17,19 8:1 | **hit** 13:24 |
| **guest** 6:14 40:9 | **home** 14:5 18:7 |
| **guests** 6:13 | **homepage** 12:3 |
| **guys** 2:17 18:8 | **honest** 19:13 |
| 24:21 27:25 32:8 | 26:15 38:25 |
| 32:9 37:2,7 | |

**honestly** 12:24
22:5
**honesty** 19:6
**hordes** 17:20
**host** 2:2
**hosted** 13:5
**hosting** 6:25 7:16
13:7
**hour** 25:25
**hours** 20:15 25:24
35:11
**house** 37:19
**huge** 9:12 14:8
**hyde** 41:3

| i |
|---|
| **iconic** 3:16 |
| **idea** 8:10 29:22 |
| 33:16 |
| **ideas** 9:9 |
| **identified** 19:7 |
| **identify** 19:5 |
| 20:16 24:9 28:4 |
| 33:2,5 34:5 |
| **identities** 29:25 |
| **identity** 28:7 |
| **imagine** 8:21 14:4 |
| 36:6 |
| **immediately** 21:11 |
| 21:12 |
| **impact** 11:2 13:25 |
| **implementing** |
| 23:7 |
| **important** 8:16 |
| 18:2 30:17 39:10 |
| 39:24 |
| **improving** 34:14 |
| **incidents** 25:22 |
| **included** 12:4 |
| **including** 23:8 |
| **incorrect** 16:12 |

**increase** 14:8
**increasing** 16:1
**incredibly** 14:21
**individual** 7:25
18:20
**industries** 7:17
**industry** 19:16
38:5 39:17
**inexpensive** 32:8
**influx** 9:12 16:4
**info** 19:22 20:12
23:8 39:15
**inform** 20:19
**information** 6:20
16:12 27:24 28:18
29:3,11,19 30:20
30:20 31:4,14
**infrastructure** 3:1
**infringement**
17:15
**infringing** 29:7
**initiative** 2:5
**insight** 20:22
**instagram** 3:18
**instantaneously**
13:6
**intelligence** 8:18
**intent** 15:17 33:9
36:13,14
**intentionally** 17:9
**interesting** 16:8
21:13
**internally** 24:17
**invest** 10:12
**investigate** 12:18
13:23 14:19 15:24
17:25
**investigating** 20:4
26:18
**investigation** 19:8

Veritext Legal Solutions
866 299-5127

[investigations - minutes]

**investigations**
24:17 31:5
**investing**  18:10,11
32:24,24
**investment**  3:22
12:21,22,22 27:4
34:2
**investor**  6:8
**investors**  9:1,4
**invite**  31:11
**involved**  14:24
28:1
**ip**  24:3 29:1
**issue**  27:20,21
**issues**  21:18
**items**  3:9

**j**

**jeopardize**  11:1
**job**  10:21,21 39:2
**journey**  39:18
**judge**  28:12
**jury**  28:12
**justice**  17:23

**k**

**keep**  10:19 14:18
15:18 25:16 32:19
40:7
**kept**  3:16
**key**  39:15
**kind**  4:9 9:21
11:10 17:7 18:7
22:1,16 24:21
27:24 32:12 36:6
36:23
**klein**  1:15 2:7,9
6:14,16,24 8:5,11
8:13 9:3 10:4 12:7
15:16 16:9 17:4
22:4 23:25 24:23
26:12 27:9,12

28:9 30:1 31:19
35:5 36:3,8 37:16
38:22 40:6,10
**knew**  21:11
**know**  6:19,21 7:12
7:23 9:20 11:21
14:19 21:14 25:6
26:13 27:25 28:17
32:4 36:20,23

**l**

**landscape**  39:4
**large**  7:3 17:5
18:17
**largest**  2:8 8:8
**law**  28:11,20
29:24 30:3,7,16,23
31:7 39:14
**lawsuit**  6:5,7 28:1
**lawyers**  5:21
**learn**  3:3 20:12
35:18
**learning**  20:23
**ledanski**  41:3
**legal**  30:13 41:11
**legitimate**  12:11
13:16 14:25 15:5
16:11 17:8 25:8
**legitimately**  17:1
29:7
**level**  31:23 32:1
**leveraging**  34:9
**life**  33:15
**line**  24:12
**link**  3:5
**list**  8:18
**listen**  40:13
**listening**  38:17
40:15
**literally**  14:2
**little**  7:18 15:11
16:24 24:19 37:22

**live**  26:5
**livelihood**  12:14
**logically**  32:20
**long**  15:18 25:17
32:19
**longer**  15:22,23
16:19
**look**  13:22 15:9
16:10 17:21 19:2
19:4 23:16,25
31:24 33:6
**looked**  16:5
**looking**  16:12
24:25 25:1,12
26:2
**lot**  3:14 4:1,4,10
5:4 7:23 12:12
16:17 19:13 21:23
23:7 27:15 31:19
32:5,9
**lots**  21:21,22
**loud**  21:16
**low**  36:6

**m**

**maintained**  29:15
31:2
**majority**  9:6,6
17:13 28:23 35:11
**making**  16:15 39:7
**malware**  15:21
**man**  6:6 38:17
**manage**  7:6 28:2
**managed**  13:13
**management**  4:17
5:7 7:2,15
**manifested**  2:14
**marked**  12:5
**market**  4:15 7:14
**marketing**  8:17
**max**  25:25 35:13

**maximum**  20:6
**mean**  6:24 9:3
11:16 15:16 16:9
17:11,15 22:4,6
23:5 30:2,4 32:20
35:20 36:3,15
37:7,11,16,18 38:6
**means**  17:23 22:11
25:4
**media**  19:22,23
20:3,10,11 21:4
23:9 26:5 34:8
35:13
**meet**  2:23 18:15
18:21
**meeting**  34:10
**mentioned**  8:22
9:7 13:22 14:22
15:8 24:15 25:20
26:6 27:14 31:9
32:25 34:12 35:10
36:21 38:12
**message**  38:19
**meta**  1:11 3:12,19
3:23,25
**meta.com**  3:12
**metaverse**  3:23
**method**  23:19
**midst**  14:7 18:13
36:4
**million**  4:21 7:1,5
7:8,13 18:6
**millions**  10:12
33:1
**mind**  11:13 13:3
**mineola**  41:14
**minutes**  18:16
20:6,15 22:13
23:11 26:1,6
33:23 34:7,11
35:9,13,14

Veritext Legal Solutions
866 299-5127

[misplaced - platform]

**misplaced** 15:3
**moment** 11:12
**money** 4:1 5:22,25
  12:12 32:16 35:18
**month** 2:4
**monthly** 7:21
**months** 3:25 25:24
  26:3
**mortar** 9:14
**move** 6:13 10:16
  36:21
**moving** 14:4

**n**

**n** 41:1
**name** 1:12 2:2 3:9
  3:12,16,19,20 5:2
  5:5,19,23,24 6:3,5
  6:7,8 12:3 27:19
  28:4 29:25 32:8
**namecheap** 1:11
  1:15 2:7,8,10,13
  6:15,19,23 7:19,21
  7:25 10:10 21:15
  21:24 22:2 23:14
  32:7 33:21 35:19
  38:18 40:4,11
**namecheap's** 2:17
**named** 3:16
**names** 3:3,18
  32:12
**national** 30:6
**nearly** 18:5
**need** 9:22 14:10,12
  26:14,24 29:11
  32:17 39:11
**needed** 11:6 15:3
**needs** 29:10
**net** 4:16,20
**netcraft** 18:17
  25:21

**network** 2:24,25
**never** 11:8 36:13
**new** 3:1 4:19 7:12
  7:13 9:9,9,12
  11:11 23:6 31:23
  34:14
**news** 3:8 4:14 6:4
  6:11
**nine** 37:21
**nose** 24:24
**noss** 2:5 27:16
**number** 2:3 22:24
  24:1,4,8 25:7,24
  27:18 30:15 31:18
  35:3
**numbers** 17:5
  30:2 31:15
**ny** 41:14

**o**

**o** 41:1
**observe.com.** 6:3
**observed** 16:3
**obviously** 9:19
  18:6 21:20 29:18
  32:15 36:15
**offer** 9:16
**offering** 32:11
  38:10
**offers** 2:24 5:8
**offline** 13:8
**oh** 38:17
**okay** 10:20 14:10
  16:8 18:4 23:22
  27:10,13 37:20
  38:4
**old** 41:12
**once** 16:11 25:3
  38:3
**ones** 32:2,7 34:14
  34:15

**online** 4:24 9:10
  9:15,16 15:5,18
  21:8 23:1 25:17
  32:19 33:14
**opening** 22:9
**operation** 32:4
**operational** 8:17
**operationally** 22:7
**opportunity** 37:12
**opposed** 20:15
  28:6
**order** 14:13 28:19
  29:16 37:19 39:10
**organization** 8:20
**organizations**
  30:10 39:15
**ourself** 8:7
**overwhelmed**
  14:18 15:7,15
  18:8
**overwhelming**
  14:21
**overzealous** 16:24
  17:11 28:25
**owner** 5:6,9
**owners** 29:25
**ownership** 2:25

**p**

**page** 3:6,13
**paint** 6:22
**pandemic** 2:14
**panel** 6:1
**paper** 5:6
**part** 10:22
**partially** 14:15
**parties** 19:1
**partner** 19:25
  20:17
**partnered** 25:20
**partnering** 18:16
  39:14

**partners** 26:8
  30:16 34:8,9
**partnership** 2:21
  3:5
**partnerships**
  39:22
**party** 31:8
**patterns** 33:2,24
**pay** 5:20 32:16
**payment** 23:19
  24:2
**people** 2:10 4:11
  5:1 8:9,10,11,14
  9:8 12:12 14:6
  17:18 18:7 21:16
  21:24 22:1 23:12
  26:10,12,15,22
  27:7 29:1 30:11
  33:11 36:21 37:3
  37:10,24
**people's** 12:13
**percent** 4:17 12:25
  19:6 24:16 25:7
  27:11 34:24
**person** 23:17
**person's** 23:22
**perspective** 21:15
**philosophy** 2:11
**phishing** 11:15
  13:5 25:21 27:21
**phishlabs** 18:18
**picture** 6:22
**pivotal** 20:8
**place** 30:22
**places** 37:4
**platform** 7:9,14
  9:13 10:8,11 11:8
  11:10 14:1,3,12
  21:2 23:4,6 26:21
  34:17 35:8,17,23
  36:15 37:23,24

Veritext Legal Solutions
866 299-5127

[platform - requesting]

38:7 39:21
**players**  38:12
**pleasure**  38:12
**podcast**  1:12 2:2
9:23 27:17 37:3
40:13,14,15
**point**  4:10 20:2
25:7,15 36:6
37:20 38:4
**pointed**  12:17
**policing**  25:3
**popular**  3:24
**portion**  17:5 24:20
**possible**  13:21
15:19 19:15 25:17
25:19 31:3 32:19
33:10 36:15,16
**practices**  19:8
**praised**  22:15
**presence**  9:15
**pretty**  22:5 24:18
**prevent**  33:3
**preventing**  21:2
**previous**  40:13
**privacy**  2:12 10:24
11:14,18 24:11
25:5 26:16 27:14
28:8 29:15 31:1
39:11
**private**  6:19
**proactive**  21:2
27:8
**proactively**  19:2
24:21
**probably**  8:1 35:6
35:21 36:9,16
**problem**  10:14
**problems**  2:13
16:25
**proceedings**  41:5

**process**  10:23
11:14,18 17:17
18:21 24:10 26:17
28:10,21 29:10,14
29:21 30:14,17,18
30:21 31:2,10
38:20 39:11
**processes**  17:18
18:12
**product**  8:18
**products**  4:8
**professionals**
19:22 23:9 39:16
**program**  2:22 3:5
**progress**  34:23
40:8
**proportional**  9:20
**protect**  4:7 13:19
17:1,10,19 28:6
29:5 39:10
**protecting**  15:4
26:16
**protection**  16:23
21:15
**proud**  7:7 22:5
**provide**  20:22
**provider**  7:1
**providers**  21:8
23:1 32:22
**providing**  29:19
**purchase**  32:17
33:4,5
**put**  17:11 31:25

**q**

**quantity**  28:14
**quarter**  4:18,19,20
4:22
**question**  30:15
36:1
**quickly**  13:21 22:8
25:14 31:3

**quite**  20:7

**r**

**r**  41:1
**reactive**  27:8
**real**  11:2 16:6,13
17:15
**reality**  12:10
33:17 38:9
**really**  2:16 4:7 7:4
7:7 8:1,19 10:14
11:14 12:12,23
13:19,24 14:1
19:10,24 20:25
21:4 22:3,21,25
26:17 27:1 32:7
33:21 35:2,15
37:25 39:4,16
**realms**  30:13,14
**reason**  12:4
**rebranding**  3:13
**receive**  13:24 19:1
**recognize**  38:23
**recognized**  14:14
**record**  41:5
**redact**  5:2
**redactable**  5:5,10
5:17
**redactable.co**  5:3
**redactable.com**
5:3,11
**redaction**  5:8
**reduce**  19:10
25:18
**reduced**  25:23
**reducing**  38:11
**refer**  31:8
**reflective**  36:13
**regardless**  33:11
**register**  3:2
**registered**  4:20
33:23

**registering**  34:1
**registrant**  28:17
**registrar**  2:9 6:25
7:23,24,25 8:7
23:16 29:12 36:25
37:9
**registrars**  7:22 8:4
9:19,24 19:16
21:7,22 22:25
27:22 37:11,14
**registration**  33:3
**rejected**  6:2
**related**  18:24 24:9
25:2 28:2
**relates**  2:12 3:22
4:8
**relationship**  7:6
23:8
**relationships**  8:23
20:12,24 26:8
30:9
**remember**  4:22
38:18
**reminds**  3:14
**remotely**  17:21
18:13
**remove**  13:20
36:14,17
**removing**  11:7
39:20
**renamed**  3:11
**report**  7:21 25:21
**reported**  4:14
18:25
**reporting**  16:22
19:23
**reports**  18:5,6,19
19:9 26:5 31:24
**request**  28:14
**requesting**  30:19

**[requests - states]**

**requests** 27:18 28:15 29:23 31:7 31:18,20
**reseller** 7:3,3
**resolve** 13:14
**resource** 12:22
**resources** 39:24
**respected** 22:10
**respond** 15:24 20:14 22:8,12
**responding** 19:21 21:3
**responsiveness** 26:7
**rest** 39:23
**result** 14:13,22 16:17
**resulting** 24:16
**results** 21:12
**retail** 2:9 37:8
**revenue** 4:16
**reviewing** 20:4
**ridiculous** 12:8
**right** 6:11 8:5 9:21 11:4 15:5,16 16:20,21 18:4 21:11,17,18 24:23 27:12 28:1 31:12 34:22,25 36:5,7,23 37:18 40:2,9
**rights** 26:16 29:8
**riskiq** 18:18
**road** 41:12
**rsa** 18:18
**run** 3:8
**running** 32:4

**s**

**sacrifice** 34:18
**safeguard** 12:23 13:1

**sale** 5:13
**sas** 5:1
**saw** 9:12 16:17 21:24
**saying** 6:7 15:12 19:13 23:21 29:12 39:12
**scale** 7:19 8:10 35:1 36:1 37:7
**scams** 11:15
**sec** 19:22 20:13 23:8 39:15
**second** 2:8 8:2,8 37:8
**secrets** 24:7
**security** 18:17 22:1 30:5
**sedo** 6:9
**see** 3:19 5:10 19:2 21:7,12,21 22:15
**seeing** 20:20,21 21:6 34:6
**seen** 9:11 21:25 22:18,19 23:5
**selling** 4:1
**sense** 10:17 17:8 32:3,21
**sent** 12:2,5
**september** 5:17,19 26:2
**serious** 33:22 36:25
**seriously** 12:15 38:21
**service** 13:6 15:25 21:8 23:1
**services** 6:25 7:16 15:18 16:19 18:25 25:17 34:1
**set** 11:13 18:22

**seven** 26:1 35:6
**share** 6:19 7:15 37:12
**sheer** 36:10
**short** 39:8
**shortly** 5:18
**show** 6:15 40:3
**showed** 6:10
**shy** 8:13
**side** 7:22 20:17 33:19
**signature** 41:9
**significant** 17:5 24:18 26:24 27:4 38:20
**signs** 11:16
**similar** 17:22 19:17
**site** 11:20 15:5 26:23,24
**sites** 11:22 12:6 15:14
**situation** 36:12
**size** 6:20
**slash** 40:14
**slow** 2:17
**slows** 17:25
**small** 8:25 9:7
**smaller** 37:6,11,13 38:12
**social** 19:22,23 20:3,10,11 21:4,9 23:9 26:5 34:7 35:13
**sold** 32:9
**solutions** 9:16 41:11
**somebody** 12:9 13:12,16
**sonya** 41:3

**soon** 18:11 33:3
**sooner** 21:1
**sophistication** 34:3
**sorry** 8:12
**sort** 27:21 29:24 32:10 38:18
**sound** 17:21
**sounds** 31:17 34:23
**source** 24:2
**space** 21:9 22:1
**spam** 12:5 15:14 17:9
**spamhaus** 31:25
**spamming** 12:1,9 14:17 32:4
**speak** 13:9
**specific** 4:8 19:21 28:16 30:2,15 31:15
**spend** 19:11 33:1
**spending** 5:22
**spent** 5:24
**spoke** 2:4 32:18
**sponsor** 2:20,20
**sponsoring** 3:7
**spurious** 11:21
**squash** 23:23 35:8
**stamp** 38:14,20
**stand** 24:10
**standalone** 2:9
**standpoint** 27:14
**start** 10:15,15 18:10 19:21 20:16 37:3
**started** 11:24 16:11 21:12
**starting** 9:9
**states** 33:12

Veritext Legal Solutions
866 299-5127

**[stay - underlying]**

stay   2:19 15:15
step   11:16 14:9
  15:9
stolen   6:5,8
stop   28:5 38:8
straightforward
  22:6,7,8
strategy   4:24
strictly   27:7
strive   36:18
strong   10:23 24:10
strongly   25:5
structured   16:10
struggling   14:9
submissions   16:5
  16:6,25 24:20
submit   17:13
submitting   15:12
  16:16 17:3,20
subpoena   28:19
  29:17
substantial   31:17
suddenly   15:6
suite   41:13
support   8:16
sure   10:4 13:19
  15:3 26:18 27:5
  27:15 29:12 31:16
surfaces   32:17
surprised   2:16
  5:10
suspect   13:7
suspend   18:15
system   14:17
  15:14 16:7
systems   23:12

**t**

t   41:1,1
table   23:2
tackle   2:10 9:22

take   9:25 10:9
  11:20 12:15,19
  14:9 15:8,24
  17:14 18:9 19:5
  20:2 21:1 23:16
  25:13 26:22 28:13
  32:6 33:7,16 34:5
  35:16 38:21
takedown   25:23
taken   11:11,16
  30:22
takes   15:23 27:3
talk   11:12 19:14
  40:4
talked   37:7
talking   27:18
  31:17
targets   28:16
team   8:11 10:13
  14:8,18,22 18:11
  19:8 26:11,13,25
  32:24 34:4
teams   8:17,17 14:5
technology   8:15
  19:16 32:25 37:13
  39:14
tell   30:2
telltale   11:15
ten   31:23 35:1,1,7
  35:13 36:1 37:20
  37:22
term   3:23 4:9,10
  39:8
terms   7:11,15
  11:13 13:25 19:14
  22:8 23:3 26:6
  31:10 36:10
thank   6:16 40:6
thanks   3:6 40:3,15
thing   11:19 12:6
  23:15 27:21 32:10

38:18
things   2:16 14:10
  14:12 15:9 19:18
  20:22 29:25 39:6
think   5:15 7:20,25
  8:3 9:24 15:17
  20:7 21:14 23:15
  27:16 31:22 32:14
  35:1,7 36:24
  37:16 38:3,13
thinking   33:20
  37:6,10
third   4:18
thought   31:15
  39:2
thoughts   3:21
three   3:25 7:8 10:3
  35:14
thursday   4:15
ticketing   14:17
  16:7
tickets   15:1 17:6
  18:20
time   4:3,23 11:7
  12:21 13:20 15:25
  19:10 20:14 25:18
  25:23 26:9 31:3
  35:16 39:2
times   6:21 27:16
today   2:6 6:14,23
  40:4,10
today's   3:7
tone   22:19
tool   13:4 18:23
tools   5:8 13:2,18
  18:10,14,14 19:9
  23:7 24:5,8 34:12
top   31:23 32:1
topic   9:23
tough   10:25

trademark   29:1
trail   24:13
train   14:6 18:13
trained   27:1
transcript   41:4
transfer   3:1
transparent   38:25
trends   20:13,16,20
  33:24
tried   19:24
true   41:4
trusted   26:7
try   2:17 27:22
  32:19,21 39:16
trying   10:19 11:5
  15:13 16:18 17:1
  17:9,10 22:15,17
  25:16,18 29:3
  37:22,24 38:20,23
tucows   2:4 27:16
tuned   2:19
turn   33:16 38:4
tweets   21:22
twitter   21:4
two   3:25 25:25
  35:10,14 36:9
typically   13:10

**u**

udrp   5:4,17,20 6:1
  17:17 29:16
uk's   30:5
ultimately   35:2
  39:20
umbrella   3:15
  4:12
uncover   27:19
underestimated
  13:25
underling   28:17
underlying   29:3
  31:13

Veritext Legal Solutions
866 299-5127

**[understand - youtube]**

**understand**  15:11
  27:6,15 30:16,18
  33:18
**undertaking**  2:6
**unfortunate**  33:19
**unfortunately**
  10:5,8 31:14
  35:20 36:16 38:8
**unheard**  22:14
**united**  33:12
**universally**  32:2
**unrelated**  16:15
**unused**  3:3
**updated**  40:8
**upgraded**  5:2
**use**  4:11 16:23
  23:18 24:5 35:17
  37:24
**user**  19:3
**users**  7:9

**v**

**v**  1:11
**valuable**  6:3,5
**value**  21:18 33:10
  34:20 35:17 36:24
  40:1
**values**  31:1 39:10
**variables**  19:4
  24:1
**vast**  17:12 28:14
  35:11
**verisign**  4:14
**veritext**  41:11
**volume**  16:2 36:10

**w**

**wakeup**  39:3
**want**  10:6 12:23
  15:10 19:20 20:8
  23:10 24:6 25:9
  25:11 26:17 27:5

  27:14 28:17 32:16
  34:17 35:2,24
  37:19 38:7,8
**wanted**  11:10
**wanting**  28:6
**wants**  10:7
**warrant**  29:17
**wasting**  35:18
**way**  11:17 23:2
  34:25 37:5
**we've**  7:8,10 9:11
  11:11,16 13:2,4
  18:23 19:15 20:1
  22:10,18,24 23:5,7
  27:2 34:13
**webhost**  11:25
**website**  3:4 13:15
  13:16
**websites**  12:11
  13:1
**week**  2:21 6:12
**week's**  40:12
**weeks**  27:17
**welcome**  2:1 6:15
**whatsapp**  3:18
**whitelisted**  26:7
**wider**  39:21
**wife's**  11:23 26:24
**willing**  34:18
**win**  5:23
**wipo**  6:1
**wire**  1:12 2:2 12:4
**wish**  22:25
**word**  2:20 17:22
**work**  14:5 22:21
  30:3,4,12,25 38:2
**workforce**  27:11
**working**  18:7
  26:25 30:9 35:18
**world**  16:3 33:11
  38:9

**wrap**  40:12
**wrong**  11:4 25:9
  25:11,12 28:23,24

**y**

**yeah**  6:24 7:20 8:5
  8:12,13 10:4
  15:10 20:9 21:13
  22:4 23:10,25
  31:21 35:24 36:5
  37:16 38:22
**year**  2:14 4:19,22
  4:23 10:13 11:9,9
  18:5,8 21:23,25
  29:23 31:18 33:1
  36:2,4
**years**  7:10 10:3,18
  11:22 31:23
**youtube**  3:17

Veritext Legal Solutions
866 299-5127