**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:    310-282-0690
Facsimile:    310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Ray K. Harris (No. 007408)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
rharris@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., <br><br>           Plaintiffs, <br><br>    v. <br><br> WhoisGuard, Inc., et al., <br><br>           Defendants. | CASE NO. 2:20-cv-00470-GMS <br><br> **DECLARATION OF SRIDAVI GANESAN IN SUPPORT OF DEFENDANTS' BRIEF RE: PLAINTIFFS' REQUESTS FOR ADDITIONAL DOMAIN NAME DATA AND PAYMENT INFORMATION** |
| WhoisGuard, Inc., et al., <br><br>           Counterclaimants, <br><br>    v. <br><br> Meta Platforms, Inc., <br><br>           Counterclaim Defendant. | |

## DECLARATION OF SRIDAVI GANESAN

I, Sridavi Ganesan, hereby declare:

1. I am counsel of record of Defendants and Counterclaimants Namecheap, Inc. ("Namecheap") and WhoisGuard, Inc. ("WhoisGuard") (collectively, "Defendants")in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and if called upon to testify under oath, I could and would testify competently thereto.

2. I make this declaration in support of Defendants'Reply in Support of Brief Re: Plaintiffs Meta Platforms, Inc. ("Facebook"), Instagram, LLC, and WhatsApp LLC's(collectively, "Plaintiffs") Requests for Additional Domain Name Data and Payment Information.

3. On or about December 28, 2021, I reviewed a letter posted publicly on ICANN's websitefrom domain name registrar Tucows, Inc. ("Tucows") to ICANN dated October 21, 2018. The letter is located at https://www.icann.org/en/system/files/correspondence/noss-to-marby-chalaby-hedlund-21oct18-en.pdf, and a true and correct copy of it is attached hereto as Exhibit A.

4. In the letter, Tucows discusses 1,273 notices received from AppDetex, Facebook's brand protection partner,whichwere apparently automated queries made without sufficient human review.  Per Tucows, AppDetex is "simply creating algorithms to identify potential infringements and demanding personal Registrant data for these potentialities wholesale," and then claiming that the listed domains misuses one or more of Facebook's trademarks. As examples. Tucows identified domains like "linolnstainedglass.com" and "griffinstafford.com," improperly listed in the AppDetexnotices.  Presumably those domains were included because they contain a portion of Facebook's trademark "Instagram".Tucows noted that it was considering banning AppDetex as a vexatious reporter.

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2021 in Los Angeles, California.


                                                /s/ Sridavi Ganesan
                                                Sridavi Ganesan