**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>Namecheap, Inc., et al.,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' REPLY IN SUPPORT OF BRIEF RE: PLAINTIFFS' REQUESTS FOR ADDITIONAL DOMAIN NAME DATA AND PAYMENT INFORMATION (DOC. 178)** |

      Before this Court is Plaintiffs' Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC's (collectively, "Plaintiffs") Motion for Leave to File a Sur-Reply to Defendants' Reply in Support of Brief re: Plaintiffs' Requests for Additional Domain Name Data and Payment Information (Doc. 178). Plaintiffs' Motion is **GRANTED,** and the proposed Sur-Reply lodged with the Court contemporaneously with the filing of Plaintiffs' Motion for Leave is deemed filed.

\4878-9694-7209