SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC and WhatsApp LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., | Case No. CV-20-470-PHX-GMS |
| Plaintiffs, | **STIPULATION TO CONTINUE THE DEADLINE TO AMEND THE PLEADINGS TO ADD PARTIES** |
| v. | |
| Namecheap, Inc., et al., | **(First Stipulated Request)** |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

*TUCKER ELLIS LLP*
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1

Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.), Instagram, LLC, and WhatsApp LLC ("Plaintiffs") and Defendants Namecheap, Inc. and WhoisGuard, Inc. ("Defendants"), by and through this stipulation, seek an order from the Court extending the deadline for Plaintiffs to amend the pleadings to add parties by forty-five days from February 1, 2022 to March 18, 2022. This stipulation is based on the following facts:

1.  On August 20, 2021, the Court entered the Case Management Order in this action. ECF No. 125. That order set a November 18, 2021 deadline for Plaintiffs to amend the complaint to add new parties. *Id.*

2.  On November 17, 2021, the Court entered an order extending the deadline for Plaintiffs to amend the complaint to add parties by seventy-five days from November 18, 2021 to February 1, 2022. ECF No. 158.

3.  Plaintiffs have indicated that they may seek to add as Defendants' alter ego the Icelandic entity Withheld for Privacy ehf ("WFP"). As part of their discovery efforts concerning WFP, Plaintiffs served a subpoena on Sergio Hernandez, one of WFP's officers.

4.  After negotiations with Mr. Hernandez's counsel and based on the extended deadline to add parties, Plaintiffs scheduled Mr. Hernandez's deposition for January 13, 2022.

5.  On January 11, 2022, Mr. Hernandez's attorney contacted Plaintiffs' counsel and informed them that the deposition would have to be rescheduled because Mr. Hernandez's attorney had contracted COVID-19.

6.  In light of the need to postpone Mr. Hernandez's deposition, the parties have agreed to a forty-five day extension of the deadline to amend the pleadings to add parties, making the new deadline March 18, 2022.

The parties do not enter into this stipulation for the purposes of delay, and this is the first stipulated request for an extension of this deadline. The parties therefore respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

**SO STIPULATED.**

DATED: January 24, 2022          SNELL & WILMER L.L.P.


By: s/David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC

DATED: January 24, 2022

**ROME & ASSOCIATES, A.P.C.**

By: s/ Brianna Dahlberg *(with permission)*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

FENNEMORE CRAIG, P.C.
Ray K. Harris
Mario C. Vasta

Attorneys for Defendants,
Namecheap, Inc. and WhoisGuard, Inc.

Tucker Ellis LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis