# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Namecheap, Inc., et al.,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE TO AMEND THE PLEADINGS TO ADD PARTIES**<br><br>**(First Stipulated Request)** |

1    The Court, having read and considered the Stipulation of Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.), Instagram, LLC, and WhatsApp LLC ("Plaintiffs") and Defendants Namecheap, Inc. and WhoisGuard, Inc. ("Defendants") to Continue the Deadline to Amend the Pleadings to Add Parties, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that the deadline to amend the pleadings to add parties is continued to March 18, 2022.

**IT IS SO ORDERED.**