1 **ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
2 Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
3 2029 Century Park East, Suite 450
Los Angeles, CA  90067
4 Telephone:    310-282-0690
Facsimile:    310-282-0691
5 erome@romeandassociates.com
sganesan@romeandassociates.com
6 bdahlberg@romeandassociates.com

7 **FENNEMORE CRAIG, P.C.**
Todd S. Kartchner (No. 021857)
8 Mario C. Vasta (No. 033254)
2394 E. Camelback Road
9 Suite 600
Phoenix, AZ 85016
10 Telephone: (602) 916-5000
tkartchner@fennemorelaw.com
11 mvasta@fennemorelaw.com
Attorneys for Defendants/Counterclaimants
12 Namecheap, Inc. and WhoisGuard, Inc.

13 UNITED STATES DISTRICT COURT

14 DISTRICT OF ARIZONA

| | |
|---|---|
| 15 Meta Platforms, Inc., a Delaware corporation; Instagram LLC, a Delaware | No. 2:20 cv 00470 PHX GMS |
| 16 limited liability company; and WhatsApp LLC, a Delaware corporation, | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| 17 Plaintiffs, | |
| 18 v. | |
| 19 | |
| 20 Namecheap Inc., a Delaware corporation; and WhoisGuard Inc., a Republic of Panama corporation, | |
| 21 | |
| 22 Defendants. | |
| 23 AND RELATED COUNTERCLAIM | |
| 24 | |

25        Notice is hereby given, pursuant to Local Rule 83.3(b)(4), that effective immediately

26 Todd S. Kartchner (tkartchner@fennemorelaw.com) has been substituted in the place of

Ray K. Harris, who is no longer with Fennemore Craig, P.C., as counsel of record for Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc.

Attorneys Eugene Rome, Sridavi Ganesan, Brianna Dahlberg and Mario C. Vasta shall continue to represent Defendants and Counterclaimants as counsel of record in addition to Mr. Kartchner.

DATED this 27th day of January, 2022.

**FENNEMORE CRAIG, P.C**.

By:   *s/ Mario C. Vasta*
      Todd S. Kartchner
      Mario C. Vasta

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

Attorneys for Defendants/
Counterclaimants Namecheap, Inc. and
WhoisGuard, Inc.

FENNEMORE CRAIG, P.C.

PHOENIX

- 2 -

19284808