David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc (fka Facebook, Inc.),
Instagram, LLC and WhatsApp LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Meta Platforms, Inc., et al., | Case No. CV-20-00470-PHX-GMS |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Namecheap, Inc., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiffs Meta Platforms, Inc., Instagram, LLC and WhatsApp Inc., served the following discovery on Defendants via email on January 27, 2022:

Documents bearing Bates numbers FB_NAME_00051121 to FB_NAME_00052281. These documents comprise additional correspondence recently received from AppDetex as well as internal Meta Platforms, Inc. documents, each of which is relevant to Defendants' motion to compel (ECF No. 161).

DATED: January 28, 2022

SNELL & WILMER L.L.P.

By: */s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC