**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:   310-282-0690
Facsimile:   310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Todd S. Kartchner (No. 021857)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
tkartchner@fennemorelaw.com
mvasta@fennemorelaw.com
Attorneys for Defendants and Counterclaimants
Namecheap, Inc. and WhoisGuard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Namecheap Inc., et al.,<br><br>                    Defendants.<br><br>And related Counterclaims. | No. 2:20-cv-00470-GMS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc. served the following discovery on Plaintiff and Counterclaim Defendant Meta Platforms, Inc. and

Plaintiffs Instagram LLC and WhatsApp LLC via email:

   On January 18, 2022:

- NC_013824 – NC_013841

On January 7, 2022:

- NC_013795 – NC_013823

On December 23, 2021:

- NC_013713-NC_013794

On November 24, 2021:

- NC_013650-NC_013712

DATED this 28th day of January, 2022

**ROME & ASSOCIATES, A.P.C.**

By: *s/ Brianna Dahlberg*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**
Todd S. Kartchner
Mario C. Vasta

Attorneys for Defendants and Counterclaimants Namecheap, Inc. and WhoisGuard, Inc.