David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 383-6070

TUCKER ELLIS LLP
David J. Steel, CA Bar No. 209797
david.steele@tuckerellils.com
Howard A. Kroll CA Bar No. 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen CA Bar No. 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

*Attorneys for Plaintiffs Meta Platforms, Inc., Instagram, LLC and WhatsApp LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Namecheap Incorporated, et al.,<br><br>　　　　　　Defendants. | Case No. CV-20-00470-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |
| WhoisGuard, Inc.,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>Meta Platforms, Inc.,<br><br>　　　　　　Counterclaim Defendant. | |

Pursuant to LRCiv 40.2(d), the parties hereby inform the Court and the Clerk of the Court that the parties have voluntarily agreed to a settlement that will dispose of this action. The parties are in the process of preparing a definitive, formal settlement agreement and expect to have it completed within the next thirty days. The parties presently anticipate that within thirty days they will either provide the Court with a stipulation disposing of this action or a settlement status update.

DATED: March 8, 2022

SNELL & WILMER L.L.P.

By: *s/ David G. Barker*
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

*Attorneys for Plaintiffs,*
*Meta Platforms, Inc., Instagram, LLC, and*
*WhatsApp LLC*