# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Namecheap Incorporated, et al.,<br><br>  Defendants. | No. CV-20-00470-PHX-GMS<br><br>**ORDER** |
| WhoisGuard, Inc.,<br><br>  Counterclaimant,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>  Counterclaim Defendant. | |

The Court has been advised that this case has settled (Doc. 187).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court be dismissed with prejudice within (30) days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **April 8, 2022** without further leave of Court.

Dated this 8th day of March, 2022.

_____
G. Murray Snow
Chief United States District Judge