FILED

MAR 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> WHOISGUARD, INC., a Republic of Panama corporation, <br><br> Defendant-Appellant, <br><br> and <br><br> NAMECHEAP, INC., a Delaware corporation, <br><br> Defendant. | No.   21-15875 <br><br> D.C. No. 2:20-cv-00470-GMS District of Arizona, Phoenix <br><br> ORDER |

Before:  HAWKINS, PAEZ, and WATFORD, Circuit Judges.

The parties' stipulated motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) is GRANTED.

The parties shall bear their own fees and costs on appeal.

This order shall act as and for the mandate of this court.

**DISMISSED.**