SNELL & WILMER L.L.P.
David G. Barker (#024657)
dbarker@swlaw.com
Jacob C. Jones (#029971)
jcjones@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

TUCKER ELLIS LLP
David J. Steele (*pro hac vice*)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice*)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice*)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC and WhatsApp LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Namecheap, Inc., et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR A STIPULATION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.), Instagram, LLC, and WhatsApp LLC, and Defendants Namecheap, Inc. and Whoisguard, Inc., stipulate and jointly move the Court for a fourteen-day extension of the current April 8, 2022 deadline, set by Order of the Court (ECF No. 188), for the parties to complete their settlement and file a joint stipulation to dismiss. Extending the deadline to April 22, 2022, will enable the parties to finish negotiating and documenting their settlement with approval from the five corporate entities involved.

Good cause supports the requested brief extension. For example, certain of Namecheap's employees were located in Ukraine when the war with Russia broke out. Namecheap had to dedicate significant time and resources in its efforts to assist its employees and their families in fleeing the country. The parties also anticipate filing as part of their settlement agreement papers seeking one or more orders from this Court to dissolve the various Registrar's Certificates Namecheap lodged with the Court so as to effectuate the release from the Court's control and authority the domain names listed in the certificates.

The parties have acted with diligence, but respectfully move the Court for this short extension, through April 22, 2022, to complete and execute the settlement agreements and to file a joint stipulation of dismissal and proposed order.

DATED: April 7, 2022

SNELL & WILMER L.L.P.

By: s/David G. Barker
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

Attorneys for Plaintiffs,
Meta Platforms, Inc. (fka Facebook, Inc.),
Instagram, LLC, and WhatsApp LLC

DATED: April 7, 2022

ROME & ASSOCIATES, A.P.C.

By: /s/ Brianna Dahlberg
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

FENNEMORE CRAIG, P.C.
Ray K. Harris
Mario C. Vasta
Attorneys for Defendants and Counterclaimants,
Namecheap, Inc. and WhoisGuard, Inc.