# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Namecheap, Inc., et al.,<br><br>　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. CV-20-470-PHX-GMS<br><br>**[PROPOSED] ORDER** |

The Court, having read and considered the parties Stipulation to Extend the Deadline for a Stipulation to Dismiss (First Request), and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is **ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice unless a stipulation to dismiss is filed on or before April 22, 2022.