# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Meta Platforms, Inc., | |
| Counterclaim Defendant. | |

Before the Court is a Stipulation to Extend the Deadline for a Stipulation to Dismiss (First Request) (Doc. 190).  Good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 190).

**IT IS FURTHER ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice unless a stipulation to dismiss is filed on or before **April 22, 2022**.  There will be no further extension.

/ / /

1     **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter
2 on **April 25, 2022** without further leave of Court unless a stipulation to dismiss is filed
3 prior to the dismissal date.

    Dated this 7th day of April, 2022.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge