# Exhibit 1

buy-instagram-follower.com
buyinstagramfollowers.biz
buyinstagramlikes.io
captionforfacebook.com
coolwhatsappstatus.com
faccebook.xyz
facebookables.com
facebookaduniversity.com
facebookartist.com
facebookfilms.com
facebookipodayclosingprice.com
facebookmessengerspy.com
fecbook.xyz
freefacebookspy.com
freeinstagramfollowers.website
hafacebook.com
hainstagram.com
hamwhatsapp.com
ibnstagram.com
ihstagram.com
ijnstagram.com
imnstagram.com
indstagram.com
inestagram.com
insrtagram.com
instabgram.com
instabram.com
instafgram.com
instagfam.com
instagr.me
instagramaphone.com
instagrambo.com
instagramfollowers.party
instagramfollowersfree.net
instagram-lux.com
instagrammarketingonline.com
instagramstopmodel.com
instagramviral.com
instagrom.org
instergram.net
instqagram.com
instwgram.com
phanmemfacebook.info

phanmeminstagram.com
scheduleinstagrampostsfree.com
secured-lnstagram.com
sexywhatsapp.adult
tehfaceb00k.com
uninstagrammable.com
uzfacebook.com
whatsappgb.download
whatsappme.info
whatsappnumbersza.com
whatsappp.net
whatsappsex.club
whatsdog-whatsapp.com
whatsmobileapp.com
whatspp.net
whattsapp.net
whtsapp.net
xn--fcebok-pta1m.com