# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

Meta Platforms, Inc., et al,

           Plaintiffs,

  v.

Namecheap, Inc., et al.,

           Defendants.

AND RELATED COUNTERCLAIMS.

Case No. CV-20-470-PHX-GMS

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER DOMAIN NAMES TO PLAINTIFFS**

The Court, having read and considered Plaintiffs' Unopposed Motion to Transfer Domain Names to Plaintiffs, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

Accordingly, it is **ORDERED** that Namecheap will take all necessary steps to transfer the domain names listed in Exhibit 1 to Plaintiffs.

It is further **ORDERED** that the Court releases from its control and authority all domain names at issue in the case, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i)(I).

**IT IS SO ORDERED.**