**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (admitted pro hac vice)
Sridavi Ganesan (admitted pro hac vice)
Brianna Dahlberg (admitted pro hac vice)
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691
erome@romeandassociates.com
sganesan@romeandassociates.com
bdahlberg@romeandassociates.com

**FENNEMORE CRAIG, P.C.**
Todd S. Kartchner (No. 021857)
Mario C. Vasta (No. 033254)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
tkartchner@fennemorelaw.com
mvasta@fennemorelaw.com

Attorneys for Defendants and Counterclaimants,
Namecheap, Inc. and WhoisGuard, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al,<br><br>          Plaintiffs,<br><br>     v.<br><br>Namecheap, Inc., et al.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:20-cv-00470-GMS<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER DOMAIN NAMES TO PLAINTIFFS** |

On April 20, 2022, Plaintiffs filed their Unopposed Motion to Transfer Domain Names to Plaintiffs. ECF No. 192. As indicated in the motion, Defendants hereby state that they do not oppose the motion or entry of the amended proposed order (ECF No. 193) granting Plaintiffs' motion.

DATED: April 21, 2022	**ROME & ASSOCIATES, A.P.C.**

By: /s/ Brianna Dahlberg
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg

**FENNEMORE CRAIG, P.C.**
Todd S. Kartchner
Mario C. Vasta

Attorneys for Defendants and Counterclaimants, Namecheap, Inc. and WhoisGuard, Inc.