IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al., | No. CV-20-00470-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, et al., | |
| Defendants. | |
| WhoisGuard, Inc., | |
| Counterclaimant, | |
| v. | |
| Meta Platforms, Inc., | |
| Counterclaim Defendant. | |

Before the Court is Plaintiffs' Unopposed Motion to Transfer Domain Names to Plaintiffs (Doc. 192). For the following reasons, Plaintiffs' motion is granted.

Earlier in the litigation, Defendant Namecheap, Inc. ("Namecheap") lodged 1,241 domain names under the dominion and control of the Court. *See* 15 U.S.C. § 1125(d)(2)(D)(i)(I) (requiring the "expeditious[] deposit with the court [of] documents sufficient to establish the court's control and authority regarding the disposition of the registration and use of the domain name" in a cybersquatting action seeking forfeiture,

cancellation, or transfer of an infringing domain name); (Docs. 133, 135.) Plaintiffs now move for the Court to order the transfer of a subset of these domain names from Namecheap to Plaintiffs. (Doc. 192 at 3); *see* 15 U.S.C. § 1125(d)(1)(C) ("In any civil action involving the registration, trafficking, or use of a domain name under this paragraph, a court may order the forfeiture or cancellation of the domain name or the transfer of the domain name to the owner of the mark."). The domain names in question are listed in Appendix A to this Order. Defendants do not oppose Plaintiffs' motion.

Good cause appearing,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion to Transfer Domain Names to Plaintiffs (Doc. 192) is **GRANTED.**

**IT IS FURTHER ORDERED** that all domain names at issue in this case are **RELEASED** from the Court's control and authority, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i)(I).

**IT IS FURTHER ORDERED** that Defendant Namecheap, Inc. will take all necessary steps to transfer the domain names listed in **Appendix A** to Plaintiffs.

Dated this 22nd day of April, 2022.

_____
G. Murray Snow
Chief United States District Judge

# **APPENDIX A**

| | |
|---|---|
| buy-instagram-follower.com | instagrambo.com |
| buyinstagramfollowers.biz | instagramfollowers.party |
| buyinstagramlikes.io | instagramfollowersfree.net |
| captionforfacebook.com | instagram-lux.com |
| coolwhatsappstatus.com | instagrammarketingonline.com |
| faccebook.xyz | instagramstopmodel.com |
| facebookables.com | instagramviral.com |
| facebookaduniversity.com | instagrom.org |
| facebookartist.com | instergram.net |
| facebookfilms.com | instqagram.com |
| facebookipodayclosingprice.com | instwgram.com |
| facebookmessengerspy.com | phanmemfacebook.info |
| fecbook.xyz | phanmeminstagram.com |
| freefacebookspy.com | scheduleinstagrampostsfree.com |
| freeinstagramfollowers.website | secured-lnstagram.com |
| hafacebook.com | sexywhatsapp.adult |
| hainstagram.com | tehfaceb00k.com |
| hamwhatsapp.com | uninstagrammable.com |
| ibnstagram.com | uzfacebook.com |
| ihstagram.com | whatsappgb.download |
| ijnstagram.com | whatsappme.info |
| imnstagram.com | whatsappnumbersza.com |
| indstagram.com | whatsappp.net |
| inestagram.com | whatsappsex.club |
| insrtagram.com | whatsdog-whatsapp.com |
| instabgram.com | whatsmobileapp.com |
| instabram.com | whatspp.net |
| instafgram.com | whattsapp.net |
| instagfam.com | whtsapp.net |
| instagr.me | xn--fcebok-pta1m.com |
| instagramaphone.com | |