IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meta Platforms, Inc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Namecheap Incorporated, et al.,<br><br>    Defendants.<br><hr>WhoisGuard, Inc.,<br><br>    Counterclaimant,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>    Counterclaim Defendant. | No. CV-20-00470-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss With Prejudice (Doc. 196). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 196).

**IT IS FURTHER ORDERED** dismissing this action, including all claims and counterclaims, with prejudice with each party to bear its own costs and fees.

Dated this 25th day of April, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge